UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> Defendants. | Case No. 1:25-cv-10814-BEM |

## NOTICE OF APPEARANCE

Please enter the appearance of Vanessa A. Arslanian, Assistant Attorney General, as counsel for the plaintiff, the Commonwealth of Massachusetts, in the above-entitled action.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,

By its Attorneys

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Vanessa Arslanian*
Vanessa Arslanian, BBO No. 688089
*Assistant Attorney General*
Office of the Massachusetts Attorney General
One Ashburton Place
Boston, MA  02108
(617) 727-2200
vanessa.arslanian@mass.gov

Date: April 4, 2025

## CERTIFICATE OF SERVICE

I, Vanessa A. Arslanian, hereby certify that the above document, filed electronically through the Court's CM/ECF electronic case filing system on April 4, 2025, will be sent electronically to all parties registered on the Court's electronic filing system, and paper copies of the document will be sent by first class mail, postage pre-paid, to non-registered parties.

                                                     */s/ Vanessa A. Arslanian*
                                                   Vanessa A. Arslanian
                                                   Assistant Attorney General