IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>    *Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>    *Defendants.* | No. 1:25-cv-10814-BEM |

## PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 7.1, plaintiffs Massachusetts, California, Maryland, Washington, Arizona, Delaware, Hawai'i, Nevada, New Jersey, New York, Oregon, Rhode Island, and Wisconsin respectfully move for a temporary restraining order requiring defendants[1] to immediately rescind the unlawful terminations of awarded National Institutes of Health (NIH) grants and enjoining defendants from unlawfully terminating any additional awarded NIH grants.

Defendants have purported to terminate a swath of already-awarded NIH grants on the sole ground that the grants allegedly "no longer effectuate agency priorities." Researchers with

---

[1] Defendants are Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services, the United States Department of Health and Human Services, Jayanta Bhattacharya, in his official capacity as Director of the National Institutes of Health, the National Institutes of Health, the National Cancer Institute, the National Eye Institute, the National Heart, Lung, and Blood Institute, the National Human Genome Research Institute, the National Institute on Aging, the National Institute on Alcohol Abuse and Alcoholism, the National Institute of Allergy and Infectious Diseases, the National Institute of Arthritis and Musculoskeletal and Skin Diseases, the National Institute of Biomedical Imaging and Bioengineering, the Eunice Kennedy Shriver National Institute of Child Health and Human Development, the National Institute on Deafness and Other Communication Disorders, the National Institute of Dental and Craniofacial Research, the National Institute of Diabetes and Digestive and Kidney Diseases, the National Institute on Drug Abuse, the National Institute of Environmental Health Sciences, the National Institute of General Medical Sciences, the National Institute of Mental Health, the National Institute on Minority Health and Health Disparities, the National Institute of Neurological Disorders and Stroke, the National Institute of Nursing Research, the National Library of Medicine, the National Center for Advancing Translational Sciences, the John E. Fogarty International Center for Advanced Study in the Health Sciences, the National Center for Complementary and Integrative Health, and the Center for Scientific Review.

awarded grants suddenly have had their funding source unceremoniously terminated on the basis that their projects are "antithetical to science." This about-face has upended important research projects, not to mention lives. Plaintiffs accordingly are forced to bring this motion, which seeks immediate relief from defendants' unlawful grant terminations.

Plaintiffs satisfy the requirements for temporary emergency relief. First, plaintiffs are likely to succeed on the merits of their claims because defendants' termination of NIH grants is unlawful in multiple respects. The grant terminations are arbitrary and capricious, as well as contrary to law, both as to the regulations specifically governing NIH grant awards and as to the statutory scheme governing NIH research programs and appropriations, all in violation of the Administrative Procedure Act. The terminations also violate constitutional separation-of-powers principles because the Executive branch may not unilaterally decline to spend funds that Congress has appropriated for NIH research.

Second, plaintiffs will suffer immediate and irreparable harm if these terminations stand. Funding that colleges and universities counted on—because NIH committed to provide that funding—will evaporate. As a result, some of plaintiffs' public institutions are being forced to stop research activities, reduce personnel, and even shut down programs, including active clinical trials. Moreover, these abrupt terminations have caused operational chaos and confusion to these institutions, upending months, if not years, of planning and plunging them into budgetary and programmatic uncertainty.

Third, the balance of equities and the public interest weigh in favor of a temporary restraining order. Plaintiffs have a substantial interest in the successful operation of their research programs and higher education institutions, and the only harm of temporarily enjoining

defendants is that they will have to comply with the terms of grant awards they themselves awarded to plaintiffs.

Plaintiffs further request that the Court exercise its discretion to waive the requirement to post a bond under Rule 65(c). *See, e.g., Int'l Assoc. of Machinists and Aerospace Workers v. Eastern Airlines*, 925 F.2d 6, 9 (1st Cir. 1991) (finding "ample authority for the proposition that the provisions of Rule 65(c) are not mandatory and that a district court retains substantial discretion to dictate the terms of an injunction bond."); *see also da Silva Medeiros v. Martin*, 458 F. Supp. 3d 122, 130 (D.R.I. 2020) (district court waived the bond requirement where it would pose a hardship on petitioners, and unduly restrict the federal rights at issue); *Pineda v. Skinner Services, Inc.*, 22 F.4th 47, 57 (1st Cir. 2021) (district court did not abuse its discretion when it did not require low-wage laborers to post a bond).

As further grounds in support of their request for a temporary restraining order, plaintiffs rely on the accompanying memorandum of law, declarations, and evidence filed in support of this motion.

Wherefore, plaintiffs respectfully request that the Court immediately enter a temporary restraining order in the form set forth in the proposed order attached to this motion.

April 4, 2025

Respectfully submitted.

| | |
|---|---|
| **ANDREA JOY CAMPBELL**<br>   *Attorney General of Massachusetts*<br><br>/s/ *Gerard J. Cedrone*<br>Katherine B. Dirks (BBO No. 673674)<br>   *Chief State Trial Counsel*<br>Gerard J. Cedrone (BBO No. 699674)<br>   *Deputy State Solicitor*<br>Allyson Slater (BBO No. 704545)<br>   *Deputy Director, Reproductive Justice Unit*<br>Rachel M. Brown (BBO No. 667369)<br>Vanessa A. Arslanian (BBO No. 688099)<br>Chris Pappavaselio (BBO No. 713519)<br>   *Assistant Attorneys General*<br>Office of the Attorney General<br>One Ashburton Place, 20th Floor<br>Boston, MA 02108<br>(617) 963-2282<br>gerard.cedrone@mass.gov<br><br>*Counsel for the*<br>   *Commonwealth of Massachusetts* | **ROB BONTA**<br>   *Attorney General of California*<br><br>/s/ *Emilio Varanini*<br>Emilio Varanini\*<br>   *Supervising Deputy Attorney General*<br>Sophia TonNu\*<br>Daniel Ambar\*<br>   *Deputy Attorneys General*<br>455 Golden Gate Avenue<br>San Francisco, CA 94102<br>(415) 510-3541<br>emilio.varanini@doj.ca.gov<br><br>*Counsel for the State of California* |
| **ANTHONY G. BROWN**<br>   *Attorney General of Maryland*<br><br>/s/ *James C. Luh*<br>Michael Drezner\*<br>James C. Luh\*<br>   *Senior Assistant Attorneys General*<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>(410) 576-6959<br>mdrezner@oag.state.md.us<br><br>*Counsel for the State of Maryland* | **NICHOLAS W. BROWN**<br>   *Attorney General of Washington*<br><br>/s/ *Andrew Hughes*<br>Andrew Hughes\*<br>Tyler Roberts\*<br>   *Assistant Attorneys General*<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744<br>andrew.hughes@atg.wa.gov<br><br>*Counsel for the State of Washington* |

| | |
|---|---|
| **KRISTIN K. MAYES**<br>  *Attorney General of Arizona*<br><br> /s/ *Joshua G. Nomkin*<br>Joshua G. Nomkin*<br>  *Assistant Attorney General*<br>2005 N. Central Avenue<br>Phoenix, AZ 85004<br>(602) 542-3333<br>joshua.nomkin@azag.gov<br><br>*Counsel for the State of Arizona* | **KATHLEEN JENNINGS**<br>  *Attorney General of Delaware*<br><br> /s/ *Vanessa L. Kassab*<br>Ian R. Liston*<br>  *Director of Impact Litigation*<br>Vanessa L. Kassab*<br>  *Deputy Attorney General*<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov<br><br>*Counsel for the State of Delaware* |
| **ANNE E. LOPEZ**<br>  *Attorney General of Hawaiʻi*<br><br> /s/ *Kalikoʻonālani D. Fernandes*<br>David D. Day*<br>  *Special Assistant to the Attorney General*<br>Kalikoʻonālani D. Fernandes*<br>  *Solicitor General*<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov<br><br>*Counsel for the State of Hawaiʻi* | **AARON D. FORD**<br>  *Attorney General of Nevada*<br><br> /s/ *Heidi Parry Stern*<br>Heidi Parry Stern*<br>  *Solicitor General*<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119<br>hstern@ag.nv.gov<br><br>*Counsel for the State of Nevada* |
| **MATTHEW J. PLATKIN**<br>  *Attorney General of New Jersey*<br><br> /s/ *Nancy Trasande*<br>Nancy Trasande*<br>Bryce Hurst*<br>  *Deputy Attorneys General*<br>Office of the Attorney General<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>(609) 954-2368<br>Nancy.Trasande@law.njoag.gov<br><br>*Counsel for the State of New Jersey* | **LETITIA JAMES**<br>  *Attorney General of New York*<br><br> /s/ *Rabia Muqaddam*<br>Rabia Muqaddam*<br>  *Special Counsel for Federal Initiatives*<br>Molly Thomas-Jensen*<br>  *Special Counsel*<br>28 Liberty Street<br>New York, NY 10005<br>(929) 638-0447<br>rabia.muqaddam@ag.ny.gov<br><br>*Counsel for the State of New York* |

5

<table>
<tr><td>

**DAN RAYFIELD**
  *Attorney General of Oregon*

/s/ *Christina L. Beatty-Walters*
Christina L. Beatty-Walters*
  *Senior Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Tina.BeattyWalters@doj.oregon.gov

*Counsel for the State of Oregon*

</td><td>

**PETER F. NERONHA**
  *Attorney General of Rhode Island*

/s/ *Jordan Broadbent*
Jordan Broadbent*
  *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2060
jbroadbent@riag.ri.gov

*Counsel for the State of Rhode Island*

</td></tr>
</table>

**JOSHUA L. KAUL**
  *Attorney General of Wisconsin*

/s/ *Lynn K. Lodahl*
Lynn K. Lodahl*
  *Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, WI 53707
(608) 264-6219
lodahllk@doj.state.wi.us

*Counsel for the State of Wisconsin*


*application for *pro hac vice* admission forthcoming

6

**CERTIFICATE OF SERVICE**

  I, Gerard J. Cedrone, certify that on April 4, 2025, I provided a copy of the foregoing document and all attachments to the following attorneys at the U.S. Department of Justice by electronic mail:

Brad Rosenberg
Special Counsel
Federal Programs Branch
U.S. Department of Justice
brad.rosenberg@usdoj.gov

Abraham George
Chief, Civil Division
District of Massachusetts
abraham.george@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

               /s/ *Gerard J. Cedrone*
               Gerard J. Cedrone (BBO #699674)
               *Deputy State Solicitor*