IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., *et al.*, <br><br> *Defendants.* | No. 1:25-cv-10814-BEM |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Rule 7.1(b)(4), plaintiffs Massachusetts, California, Maryland, Washington, Arizona, Delaware, Hawaiʻi, Nevada, New Jersey, New York, Oregon, Rhode Island, and Wisconsin respectfully request leave to file a 30-page memorandum in support of their motion for a temporary restraining order. Given the emergency posture, plaintiffs have filed the memorandum contemporaneously with this motion.

Good cause exists for plaintiffs' request. Plaintiffs are seeking emergency relief for defendants' unlawful, mass termination of active research grants at plaintiffs' public research institutions. Defendants' abrupt cancellation of these grants has caused, and will continue to cause, immediate and devastating harm to plaintiffs. Plaintiffs require more than the standard 20 pages to explain in full why they are likely to succeed on their claims that these terminations violated the Constitution and Administrative Procedure Act, and to detail how defendants' unlawful terminations have harmed and will continue to harm them.

Wherefore, plaintiffs respectfully requests that the Court grant them leave to file a 30-page memorandum in support of their motion for a temporary restraining order.

April 4, 2025

**ANDREA JOY CAMPBELL**
   *Attorney General of Massachusetts*

 /s/ *Gerard J. Cedrone*
Katherine B. Dirks (BBO No. 673674)
   *Chief State Trial Counsel*
Gerard J. Cedrone (BBO No. 699674)
   *Deputy State Solicitor*
Allyson Slater (BBO No. 704545)
   *Deputy Director, Reproductive Justice Unit*
Rachel M. Brown (BBO No. 667369)
Vanessa A. Arslanian (BBO No. 688099)
Chris Pappavaselio (BBO No. 713519)
   *Assistant Attorneys General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for the*
   *Commonwealth of Massachusetts*

**ANTHONY G. BROWN**
   *Attorney General of Maryland*

 /s/ *James C. Luh*
Michael Drezner*
James C. Luh*
   *Senior Assistant Attorneys General*
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6959
mdrezner@oag.state.md.us

*Counsel for the State of Maryland*

Respectfully submitted.

**ROB BONTA**
   *Attorney General of California*

 /s/ *Emilio Varanini*
Emilio Varanini*
   *Supervising Deputy Attorney General*
Sophia TonNu*
Daniel Ambar*
   *Deputy Attorneys General*
455 Golden Gate Avenue
San Francisco, CA 94102
(415) 510-3541
emilio.varanini@doj.ca.gov

*Counsel for the State of California*

**NICHOLAS W. BROWN**
   *Attorney General of Washington*

 /s/ *Andrew Hughes*
Andrew Hughes*
Tyler Roberts*
   *Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
andrew.hughes@atg.wa.gov

*Counsel for the State of Washington*

**KRISTIN K. MAYES**
  *Attorney General of Arizona*

 /s/ *Joshua G. Nomkin*
Joshua G. Nomkin*
  *Assistant Attorney General*
2005 N. Central Avenue
Phoenix, AZ 85004
(602) 542-3333
joshua.nomkin@azag.gov

*Counsel for the State of Arizona*


**ANNE E. LOPEZ**
  *Attorney General of Hawaiʻi*

 /s/ *Kalikoʻonālani D. Fernandes*
David D. Day*
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*


**MATTHEW J. PLATKIN**
  *Attorney General of New Jersey*

 /s/ *Nancy Trasande*
Nancy Trasande*
Bryce Hurst*
  *Deputy Attorneys General*
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 954-2368
Nancy.Trasande@law.njoag.gov

*Counsel for the State of New Jersey*

**KATHLEEN JENNINGS**
  *Attorney General of Delaware*

 /s/ *Vanessa L. Kassab*
Ian R. Liston*
  *Director of Impact Litigation*
Vanessa L. Kassab*
  *Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*


**AARON D. FORD**
  *Attorney General of Nevada*

 /s/ *Heidi Parry Stern*
Heidi Parry Stern*
  *Solicitor General*
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Counsel for the State of Nevada*


**LETITIA JAMES**
  *Attorney General of New York*

 /s/ *Rabia Muqaddam*
Rabia Muqaddam*
  *Special Counsel for Federal Initiatives*
Molly Thomas-Jensen*
  *Special Counsel*
28 Liberty Street
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov

*Counsel for the State of New York*

| | |
|---|---|
| **DAN RAYFIELD**<br>  *Attorney General of Oregon* | **PETER F. NERONHA**<br>  *Attorney General of Rhode Island* |
| /s/ *Christina L. Beatty-Walters*<br>Christina L. Beatty-Walters*<br>  *Senior Assistant Attorney General*<br>100 SW Market Street<br>Portland, OR 97201<br>(971) 673-1880<br>Tina.BeattyWalters@doj.oregon.gov | /s/ *Jordan Broadbent*<br>Jordan Broadbent*<br>  *Special Assistant Attorney General*<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2060<br>jbroadbent@riag.ri.gov |
| *Counsel for the State of Oregon* | *Counsel for the State of Rhode Island* |

**JOSHUA L. KAUL**
  *Attorney General of Wisconsin*

 /s/ *Lynn K. Lodahl*
Lynn K. Lodahl*
  *Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, WI 53707
(608) 264-6219
lodahllk@doj.state.wi.us

*Counsel for the State of Wisconsin*


*application for *pro hac vice* admission forthcoming

## CERTIFICATE OF SERVICE

I, Gerard J. Cedrone, certify that on April 4, 2025, I provided a copy of the forgoing document to the following attorneys at the U.S. Department of Justice by electronic mail:

Brad Rosenberg
Special Counsel
Federal Programs Branch
U.S. Department of Justice
brad.rosenberg@usdoj.gov

Abraham George
Chief, Civil Division
District of Massachusetts
abraham.george@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

/s/ *Gerard J. Cedrone*
Gerard J. Cedrone (BBO #699674)
*Deputy State Solicitor*