UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al. <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> Defendants. | Case No. 1:25-cv-10814 |

### DECLARATION OF CHRIS PAPPAVASELIO

I, Chris Pappavaselio, an attorney admitted to practice before this Court, do hereby state the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an Assistant Attorney General in the Office of the Attorney General for the Commonwealth of Massachusetts, and I appear on behalf of the Commonwealth of Massachusetts in this action.

2. I submit this declaration in support of Plaintiff States' Motion for a Temporary Restraining Order, pursuant to Federal Rule of Civil Procedure 65.

3. The facts set forth herein are based upon my personal knowledge or a review of the files in my possession.

4. I have attached to this declaration true and correct copies of publicly promulgated or issued documents and factual declarations, as follows:

5. Attached hereto as Exhibit 1 is Executive Order 14151, "Ending Radical Government DEI Programs and Preferencing."

1

6. Attached hereto as Exhibit 2 is Executive Order 14168, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

7. Attached hereto as Exhibit 3 is Executive Order 14173, "Ending Illegal Discrimination and Restoring Merit-Based Opportunity."

8. Attached hereto as Exhibit 4 is a true and correct copy of a February 10, 2025 Secretarial Directive on DEI-Related Funding issued by Dorothy A. Fink, Acting Secretary of the Department of Health & Human Services.

9. Attached hereto as Exhibit 5 is a true and correct copy of a February 12, 2025 Memorandum authored by Michael S. Lauer titled "NIH Review of Agency Priorities Based on the New Administration's Goals."

10. Attached hereto as Exhibit 6 is a true and correct copy of a February 13, 2025 document titled "Supplemental Guidance to Memo Entitled- NIH Review of Agency Priorities Based on the New Administration's Goals."

11. Attached hereto as Exhibit 7 is a true and correct copy of a February 28, 2025 post on X from the Department of Government Efficiency account.

12. Attached hereto as Exhibit 8 is a true and correct copy of a March 4, 2025 document titled "Staff Guidance—Award Assessments for Alignment with Agency Priorities – March 2025."

13. Attached hereto as Exhibit 9 is a true and correct copy of a March 13, 2025 email from Michelle G. Bulls with Subject "Award Revision Guidance and List of Terminated Grants via letter on 3/12."

14. Attached hereto as Exhibit 10 is an image of March 25, 2025 notice entitled, "NIH Grants Management Staff Guidance – Award Assessments for Alignment with Agency Priorities – March 2025."

15. Attached hereto as Exhibit 11 is an excerpt of the April 2024 NIH Grants Policy Statement issued by the US Department of Health and Human Services.

16. Attached hereto as Exhibit 12 is the declaration of Denise Barton and accompanying exhibits.

17. Attached hereto as Exhibit 13 is the declaration of Dr. Jason Wilder.

18. Attached hereto as Exhibit 14 is the declaration of Hala Madanat and accompanying exhibits.

19. Attached hereto as Exhibit 15 is the declaration of Ganesh Raman, Ph.D. and accompanying exhibits.

20. Attached hereto as Exhibit 16 is the declaration of Dr. Miguel Garcia-Diaz.

21. Attached hereto as Exhibit 17 is the declaration of Vasillis L. Syrmos.

22. Attached hereto as Exhibit 18 is the declaration of Darryll J. Pines and accompanying exhibits.

23. Attached hereto as Exhibit 19 is the declaration of Dr. Bruce E. Jarrell (UMB) and accompanying exhibits.

24. Attached hereto as Exhibit 20 is the declaration of John J. Farmer, Jr. and accompanying exhibits.

25. Attached hereto as Exhibit 21 is the declaration of Katie Tracy.

26. Attached hereto as Exhibit 22 is the declaration of David W. Hatchett.

27. Attached hereto as Exhibit 23 is the declaration of Timothy F. Murphy and accompanying exhibits.

28. Attached hereto as Exhibit 24 is the declaration of Scott E. Shurtleff and accompanying exhibits.

29. Attached hereto as Exhibit 25 is the declaration of Amy Hequembourg and accompanying exhibits.

30. Attached hereto as Exhibit 26 is the declaration of Bethany D. Jenkins and accompanying exhibits.

31. Attached hereto as Exhibit 27 is the declaration of Mari Ostendorf and accompanying exhibits.

32. Attached hereto as Exhibit 28 is the supplemental declaration of Mari Ostendorf and accompanying exhibits.

33. Attached hereto as Exhibit 29 is the declaration of Dorota A. Grejner-Brzezinska and accompanying exhibits.

34. Attached hereto as Exhibit 30 is the declaration of Megan A. Moreno and accompanying exhibits.

35. Attached hereto as Exhibit 31 is the declaration of Priya Nambisian.

36. Attached hereto as Exhibit 32 is the declaration of Kristian O'Connor and accompanying exhibits.

37. Attached hereto as Exhibit 33 is the declaration of Ryan Shorey.

38. Attached hereto as Exhibit 34 is the declaration of Peter G. Barr-Gillespie and accompanying exhibits.

39. Attached hereto as Exhibit 35 is the declaration of Susan Philip and accompanying exhibits.

40. Attached hereto as Exhibit 36 is the declaration of Theresa A. Maldonado.

41. Attached hereto as Exhibit 37 is the declaration of Jeremy M. Berg, Ph.D.

42. Attached hereto as Exhibit 38 is the declaration of Rafael Jaime.

Dated:   April 4, 2025
         Boston, MA

                                        */s/ Chris Pappavaselio*
                                        Chris Pappavaselio
                                        Assistant Attorney General, Honors Fellow
                                        Office of the Attorney General

## **CERTIFICATE OF SERVICE**

  I, Chris Pappavaselio, certify that on April 4, 2025, I provided a copy of the foregoing document and its attachments to the following individuals at the U.S. Department of Justice:

Brad Rosenberg
Special Counsel
Federal Programs Branch
U.S. Department of Justice
Brad.Rosenberg@usdoj.gov

Abraham George
Chief, Civil Division
District of Massachusetts
abraham.george@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

              /s/ Chris Pappavaselio
              Chris Pappavaselio
              Assistant Attorney General