# EXHIBIT 24

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> *Defendants.* | No. 1:25-cv-_____ |

**DECLARATION OF SCOTT E. SHURTLEFF**

I, Scott E. Shurtleff, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am the Vice President for Sponsored Programs and Regulatory Affairs of The Research Foundation for The State University of New York (RF). I am familiar with the information in the statements set forth below either through personal knowledge, in consultation with the RF and State University of New York staff, or from documents that have been provided to and reviewed by me.

2.      I submit this Declaration in support of the States' Motion for Temporary Restraining Order.

**Professional Background**

3.      I am Vice President for Sponsored Programs and Regulatory Affairs for The Research Foundation for The State University of New York (RF), a role I have held since June 2020, before which I was the Associate Director for Grants, Contracts and Pre-Award since October 2017. Prior, I was Senior Associate Counsel in the RF Office of General Counsel starting in May 2013.  Before coming to the RF,  I had 20 years of sponsored research program

1

experience: I was Co-Director of sponsored programs at the State University of New York, University at Buffalo, a Research Center Manager at the London School of Economics, Manager of the Research Grants Office at University of York, and worked for Massachusetts Institute of Technology (MIT) for eight years in three roles including as Assistant Director for Finance and Administration for the Cambridge-MIT Institute, Manager for Finance and Administration for the Industrial Performance Center and as an administrator with the MIT-China program.  I also worked in private law practice for six years. I earned my bachelor's degree from the Syracuse University School of Management and my law degree from Boston University.

4.      RF is the largest comprehensive university-connected research foundation in the country. It provides essential administrative services that enable SUNY faculty to devote themselves to SUNY's core mission of educating students and conducting life-changing research. RF was chartered in 1951 by the New York State Board of Regents as a non-profit education corporation. RF writes and submits grant proposals to agencies, foundations, and companies; establishes contracts and manages funding awarded to run campus-based research projects; protects and commercializes intellectual property created within those projects; and establishes enduring partnerships to advance research and research commercialization

5.      The SUNY System is comprised of 64 colleges and universities, 29 of which are directly operated by the State of New York. Of those, four SUNY campuses are designated R1 research institutions: Binghamton University; Stony Brook University; University at Albany; and University at Buffalo.

6.      I am providing this declaration to explain the impacts of NIH's abrupt and summary termination of issued grants, delays and/or cancellation of study sections and advisory council meetings.

**Reliance on NIH Funding**

7.      In fiscal year 2024, the Research Foundation for SUNY received funding through the National Institutes of Health ("NIH") to support 894 projects, totaling $237.5 million.

8.      The Research Foundation for SUNY receives NIH grants across a variety of institutes encompassed within the NIH, including 24 NIH Institutes.

9.      Through those NIH grants, the Research Foundation for SUNY funds 859 Researchers, including both principal investigators (PIs) and co-principal investigators (co-PIs).

10.      The work done by SUNY research faculty on NIH funded projects provides education and training in Biomedical Engineering, Chemical Engineering, Civil Engineering, Electrical Engineering, Mechanical Engineering, Agriculture, Biology, Public Health and Health Sciences, Mathematics, Chemistry, Psychology, and other programs of benefit to the American public.

11.      SUNY and The Research Foundation for SUNY provide considerable employment benefits in the Science, Technology, Engineering and Mathematics ("STEM") workforce to the New York economy.

**Typical Timeline and Processes for NIH Grant Awards**

12.      The Research Foundation works with SUNY researchers to submit grant applications and receives awards on behalf of SUNY institutions.

13.      Based on my eight years of experience as Vice President for Sponsored Programs and Regulatory Affairs and as Associate Director for Grants, Contracts and Pre-Award, I have an understanding of the NIH grant process. NIH grant applications are typically submitted via NIH's online portal, usually in response to a Notice of Funding Opportunity ("NOFO"). From there, they are assigned to a "study section" where the grant application is subjected to peer review and judged on its scientific merit. The grant application is then given a score. If the grant receives what is called a "fundable score," there is a high probability that the

3

grant will be funded.

14.    What constitutes a fundable score is dependent on several factors as every institute is different.  Most of the standing study sections result in an impact score and percentile for each proposal, but many others will only result in an impact score, but not percentile. Program officers have latitude to recommend proposals with higher scores/percentiles in order to balance portfolios and meet specific directives.

15.    After the study section, the grant application is sent to an "advisory council" where the ultimate decision on whether or not to fund the grant is made.  After the advisory council meets, a Notice of Award is issued confirming whether or not the grant will be funded.

16.    The process for competitive renewals is very similar.

17.    The budget process at SUNY campuses relies upon the NIH grant application, review, and approval cycle. Historically, we have relied on grants being reviewed and scored within 9-12 months of submission.

18.     Once a grant receives a score, a SUNY campus is able to consider whether to include the funding coming from that grant as part of its budget for the coming year.

**Delays and Irregularities in the Processing of NIH Grant Applications**

19.    Since late January 2025, SUNY has seen an unusual number of delays in the processing of NIH grant applications.  Researchers have had their grant application study sections and advisory councils canceled or otherwise not scheduled, and grant application scoring has been significantly delayed.

20.    SUNY faculty have not received formal notice of changes for many of these grants.  For most, SUNY faculty have gotten only a notification that proposals are "under review."

4

**Terminations of NIH Grants**

21.     Since March 12, 2025, SUNY has received notices of termination of at several NIH grants.

22.     The termination of these grants in mid-term will result in the loss of over $4.5 million which is the total funding still available on the terminated awards as of the date of termination. NIH Award Number 1P50MD019473-01, "*Igniting Hope in Buffalo New York Communities, Training the Next Generation of Health Equity Researchers*" ("UB Project") was issued to the Research Foundation on behalf of the University of Buffalo (UB) on July 19, 2024. The Notice of Award is attached hereto as Exhibit A.  The term of the award was five years (ending on June 30, 2029) with total funding of $3,596,263 over the term.  Of the first-year funding of $724,502, $128,305 has been spent to date.  UB Distinguished Professor of Medicine. Timothy F. Murphy, MD of the Jacobs School of the Jacobs School of Medicine and Biomedical Sciences is the principal investigator (PI) on the award.

23.     Dr. Murphy submitted a proposal in response to a Notice of Funding Opportunity (RFA-MD-23-11) (NOFO) issued by the National Institute on Minority Health and Health Disparities (NIMHD) on May 24, 2023.  NOFO RFA-MD-23-11 is attached hereto as Exhibit B.

24.     The mission of NIMHD as described in the NOFO is: "[t]o conduct and support research, training, health information dissemination, and other programs with respect to minority health and health disparities. This funding opportunity seeks to facilitate the education of participants from diverse backgrounds, including those underrepresented in biomedical research to pursue clinical research, translational and/or patient-oriented research, particularly on diseases that disproportionately impact populations that experience health disparities https://www.nimhd.nih.gov/about/overview/".

5

25.    The website referenced in paragraph 33 remains live and further provides that "[m]any populations in America, whether defined by race, ethnicity, immigrant status, disability, sex, or geography, experience higher rates of certain diseases and more deaths and suffering from them compared with the general population. While the diversity of the American population is one of the nation's greatest assets, one of its greatest challenges is reducing the profound disparity in health status of its racial and ethnic minority, rural, low-income, and other underserved populations Through NIMHD's leadership, health disparities have become a recognized scientific field of study, which has evolved from documenting and investigating differences in health status and risk factors among affected populations, to addressing health disparities using traditional and non-traditional research approaches." https://www.nimhd.nih.gov/about/overview/ (last visited March 29, 2025).

26.    UB's successful proposal, entitled *Igniting Hope in Buffalo New York Communities, Training the Next Generation of Health Equity Researchers,* attached hereto as Exhibit C is a 273-page document proposing to establish the University at Buffalo Center of Excellence in Investigator Development and Community Engagement with a goal "to train and develop the next generation of health disparities investigators to perform innovative research in minority health and health disparities in partnership with our community and to the benefit of the community." Exhibit C at 66. The Center of Excellence would have supported "a transdisciplinary framework that cuts across scientific and organizational silos to integrate disciplines to address the full range of social determinants of health and to mentor early-career investigators in research in health disparities."

27.    NIH Award Number 5K01MH130270-03, *Intersectional minority stress, mental health, and HIV treatment and care among MSM living with HIV in Ghana,* was issued to the Research Foundation on behalf of the University of Buffalo on August 1, 2022, for a five-year duration ending on July 31, 2027. The total funding for the award is $863,125. The PI on the

award is Dr. Akua Gyamerah, Assistant Professor of Community Health and Health Behavior in the UB School of Public Health and Health Professions.

28.    As defined in the Notice of Funding Opportunity PA-20-190 issued by the National Institute for Mental Health, "the purpose of the NIH Mentored Research Scientist Development Award (K01) is to provide support and protected time (three to five years) for an intensive, supervised career development experience in the biomedical, behavioral, or clinical sciences leading to research independence." NOFO PA-20-190 is attached as Exhibit D.

29.    As noted in the Project Abstract Summary, the project is focused on health disparities. It states "[i]n Ghana, MSM bear a high HIV burden, yet less than 4% of HIV-positive MSM are on antiretroviral therapy—a disparity found throughout Africa. Social stressors, such as sexuality- and gender-based stigma, criminalization, and violence, have been linked to both poor mental health and HIV outcomes and may be barriers to optimal HIV service engagement among African MSM."

30.    NIH Award number R01AA028810-01A1, "*Peer Victimization and Risky Alcohol Use among Sexual Minority Youth: Understanding Mechanisms and Contexts*" was issued to the Research Foundation on behalf of the University of Buffalo on November 3, 2020. Dr. Amy Hequembourg, associate professor at the State University of New York University at Buffalo in the School of Nursing, is the PI on the award. To date $1,924,939 of $2,351,707 in total award funding has been expended, leaving $426,668 remaining on the award.

31.    The Research Foundation on behalf of the University at Albany (UA) is a subrecipient to the University of Michigan on NIH Award Number 1R01AG082080-01A1, *Improving Inclusivity of Alzheimer's Disease and Related Dementias Research for Asian Americans and Latinx through Nationally Representative Hybrid Sampling."* The UA PI on the subaward is Dr. Elizabeth Vasquez. Director of the Center for the Elimination of Minority

7

Health Disparities at UA.  The total amount of funding on the UA sub-award is $26,847.  The total amount of the prime award to the University of Michigan for the period January 1, 2025, to December 31, 2025, is $1,072,668.  The UA sub-award (including the University of Michigan prime award is attached hereto as Exhibit E.

32.    The Research Foundation on behalf of SUNY Downstate Health Sciences University (Downstate) is a subrecipient to New York University on NIH Award Number 1RO1HL169503-01A1, *Geographically Explicit Ecological Momentary Assessment Protocol to Assess the Linkages between Intersectional Discrimination and CVD Risk Among Sexual and Gender Minorities.*  The PI on the award is Dr. Jason Lazar, Executive Vice Dean and Chair of the Department of Medical Education,  Downstate College of Medicine.

33.    By letter of March 12, 2025, NIH summarily and without prior notice terminated Award 1P50MD019473-01  ("Murphy Termination Letter").  The Murphy Termination Letter is attached hereto as Exhibit F.

34.    By letter of March 21,2025, NIH summarily terminated Project 5K01MH130270-03 ("Gyamerah Termination Letter")   The Gyamerah Termination Letter is attached hereto as Exhibit G.

35.    By letter of March 21, 2025, NIH summarily terminated Project R01AA028810-01A1 ("Hequenbourg Termination Letter").  The Hequenbourg Termination Letter is attached hereto as Exhibit H.

36.    By email of March 21, 2025, the University of Michigan directed UA to stop work on the subaward because NIH summarily terminated Project 1R01AG082080-01A1 via an NIH letter of termination which was transmitted with the correspondence.  ("Vasquez Termination Correspondence").  The Vasquez Termination Correspondence is attached hereto as Exhibit I.

8

37.     By email of March 21, 2025, NYU directed Downstate to stop work on the subaward because NIH summarily terminated Project 1RO1HL169503-01A1 via a termination letter which was transmitted with the correspondence.  ("Lazar Termination Correspondence"). The Lazar Termination Correspondence is attached hereto as Exhibit J.

38.     The Murphy Termination Letter, the Gyamerah Termination Letter, and the Vasquez Termination Correspondence cite identical grounds for termination: "This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans." The termination letter says nothing about why the project is a "DEI study" or how it is a "research program based primarily on artificial and non-scientific categories … that ultimately do[es] not enhance health, lengthen life, or reduce illness."  Nor does it identify any alternative priorities that NIMHD or NIH now seeks to effectuate.

39.     As stated in the Hequenbourg Termination Letter and the Lazar Termination Correspondence, the grounds for termination are: "This award no longer effectuates agency priorities.  Research Programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs."  The Hequenbourg Termination Letter and the Lazar Termination Correspondence do not say why the award activities are considered an "unscientific gender identity research program" or why it "does nothing to enhance the health of

9

many Americans." I am aware that the Uniform Guidance in effect on the dates the dates the Murphy, Gyamerah and Hequenbourg grants were awarded (July 19, 2024; August 1, 2024; and July 1, 2024, respectively), provided in relevant part that a grant may be terminated "[b]y the Federal Awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities" 2. C.F.R. § 200.340(a)(2) (2023).

40.     I am also familiar with the 2024 NIH Grants Policy Statement in effect on the dates of termination of the Murphy, Gyamerah and Hequenbourg Terminations, as cited in the Termination Letters, and with the regulations cited therein regarding the procedures applicable to termination of NIH awards (42 C.F.R. § 50.404) ("What disputes are covered by these procedures?")

41.     The referenced procedures do not address termination of an award because it "no longer effectuate agency priorities" as stated in the March 12 termination letter despite the following provision of the Uniform Guidance in effect on July 19, 2024: "A federal awarding agency should clearly and unambiguously specify termination provisions applicable to each Federal award, in applicable regulations or in the award, consistent with this section" 2 C.F.R. § 200.340(b) (2023).

42.     The Murphy, Gyamerah, and Hequenbourg Termination Letters also state: "although NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision, no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities."

43.    In my career as a senior research administrator at several research universities, I have never seen a summary termination of this nature without any ability to identify corrective action or program modifications to avoid suspension or termination.  Nor do the procedures referenced in the termination letter provide any guidance whatsoever regarding how to challenge a termination for failing to effectuate unspecified agency priorities.  I have no basis to identify the "issue(s) in dispute," to "provide a full statement of [our] position with respect to such issue(s)," or to supply "pertinent facts and reasons in support of [our] position."

**Comparisons Across Administrations**

44.    Throughout my career in research administration, spanning 30 years, under both Democratic and Republican administrations, research universities have never experienced this volume of unexplained delays or procedural breakdowns.

45.    Renewals were routine and predictable. This year, even long-standing, high-performing programs are in limbo.

**Effect on Public-Facing or State-Supported Programs**

46.    Our institution administers multiple programs funded jointly by NIH and the State of New York, including community health clinics and research addressing health disparities. Delays in NIH funding have prevented the timely launch of a community health initiatives.

47.    We are also unable to finalize contracts with  other research partners until federal funds are secured.

**Admissions, Training and Workforce Disruptions**

48.    NIH training grants, including T32 and F31 mechanisms, have been affected by review and award delays.  These training grants are designed to provide resources to institutions so they can train individuals in certain shortage areas (T32 grants), as well as support through predoctoral dissertation research (F31 grants).

11

**Concerns About FY25 Funds Being Obligated**

49.      We are increasingly concerned that NIH will not be able to process and obligate FY25 funds by the end of the fiscal year in September.

50.      Several major proposals from our institution remain stuck at preliminary review stages, with no indication that the required advisory reviews or notices of the award will occur in time.

**Irreparable Harm**

51.      The delays have disrupted ongoing research, as well as setting back vital and impactful future research.  Funding gaps have forced researchers to abandon studies, miss deadlines, or lose key personnel.

52.      Some of these studies had the potential to achieve significant breakthroughs which would have advanced

 public health for the American public, and which will now not occur.

53.      Delays have also disrupted community services, student opportunities, and public programs.

54.      In many cases, there is no way to recover the lost time, research continuity, or training value once disrupted.

**Conclusion**

55.      The breakdown in NIH processes is affecting institutional operations, planning, and public health partnerships.  Terminations and delays with no explanation or remedy are undermining confidence in the system.  These harms are ongoing and, in many instances, irreparable.

_____/s/Scott E Shurtleff_____
                    Scott E. Shurtleff

Date:  April 1, 2025

12

**Exhibit A to Shurtleff Declaration**

**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

**Notice of Award**
FAIN# P50MD019473
**Federal Award Date**
07/19/2024

## Recipient Information

**1. Recipient Name**
RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK, THE
520 LEE ENTRANCE STE 211
AMHERST, NY 14228

**2. Congressional District of Recipient**
26

**3. Payment System Identifier (ID)**
1141368361A1

**4. Employer Identification Number (EIN)**
141368361

**5. Data Universal Numbering System (DUNS)**
038633251

**6. Recipient's Unique Entity Identifier**
LMCJKRFW5R81

**7. Project Director or Principal Investigator**
Timothy F Murphy, MD
Director
murphyt@buffalo.edu
(716) 881-8911

**8. Authorized Official**
Amy Lagowski

## Federal Agency Information

**9. Awarding Agency Contact Information**
MICHELLE MAE Phillips
Grants Management Specialist
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES
michelle.phillips@nih.gov
(301) 402-1366

**10. Program Official Contact Information**
Nathaniel  Stinson
Director
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES
stinsonn@mail.nih.gov
301-594-8704

## Federal Award Information

**11. Award Number**
1P50MD019473-01

**12. Unique Federal Award Identification Number (FAIN)**
P50MD019473

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Igniting Hope in Buffalo New York Communities: Training the Next Generation of Health Equity Researchers

**15. Assistance Listing Number**
93.307

**16. Assistance Listing Program Title**
Minority Health and Health Disparities Research

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 07/19/2024 – **End Date** 01/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $724,502 |
| 20 a.  Direct Cost Amount | $450,001 |
| 20 b.  Indirect Cost Amount | $274,501 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $724,502 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $724,502 |
| **26. Project Period Start Date** 07/19/2024 – **End Date** 01/31/2029 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $724,502 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Priscilla  Grant

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version:25 - 2/15/2024 9:51 AM | Generated on: 7/19/2024 12:19 AM

Notice of Award



*SPECIALIZED RESEARCH CENTER*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

### SECTION I – AWARD DATA – 1P50MD019473-01

**Principal Investigator(s):**
Timothy F Murphy, MD

**Award e-mailed to:** awards@research.BUFFALO.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $724,502 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to SUNY Research Foundation in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Minority Health And Health Disparities of the National Institutes of Health under Award Number P50MD019473. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Priscilla  Grant
Grants Management Officer
NATIONAL INSTITUTE ON MINORITY HEALTH AND HEALTH DISPARITIES

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---:|
| **Salaries and Wages** | $83,847 |
| **Fringe Benefits** | $46,352 |
| **Personnel Costs (Subtotal)** | $130,199 |
| **Consultant Services** | $29,400 |
| **Travel** | $1,350 |
| **Other** | $19,052 |
| **Participant Other** | $270,000 |
| | |
| **Federal Direct Costs** | $450,001 |
| **Federal F&A Costs** | $274,501 |
| **Approved Budget** | $724,502 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $724,502 |
| **TOTAL FEDERAL AWARD AMOUNT** | $724,502 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $724,502 |

| **SUMMARY TOTALS FOR ALL YEARS** (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $724,502 | $724,502 |
| 2 | $723,103 | $723,103 |
| 3 | $717,902 | $717,902 |
| 4 | $716,233 | $716,233 |
| 5 | $714,523 | $714,523 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**
**Payment System Identifier:**     1141368361A1
**Document Number:**     PMD019473A
**PMS Account Type:**     P (Subaccount)
**Fiscal Year:**     2024

| IC | CAN | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| MD | 8067679 | $724,502 | $723,103 | $717,902 | $716,233 | $714,523 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: CPS01 / **OC**: 41021 / **Released**:  07/12/2024
**Award Processed:** 07/19/2024 12:19:02 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1P50MD019473-01**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1P50MD019473-01**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

  a.  The grant program legislation and program regulation cited in this Notice of Award.
  b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
  c.  45 CFR Part 75.
  d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
  e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
  f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain

Version: 25 - 2/15/2024 9:51 AM | Generated on: 7/19/2024 12:19 AM

references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) P50MD019473. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.

Version: 25 - 2/15/2024 9:51 AM | Generated on: 7/19/2024 12:19 AM

- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – MD SPECIFIC AWARD CONDITIONS – 1P50MD019473-01**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**RESTRICTION**  This award is issued without a currently valid certification of IRB approval for this project with the following special condition:  Only activities that are clearly severable and independent from activities that involve human subjects may be conducted under this award until the project has received IRB approval consistent with 45 CFR Part 46 and certification of IRB approval has been submitted to and accepted by the NIMHD.

No funds may be drawn down from the payment system and no obligations may be made against Federal funds for research involving human subjects at any site engaged in such research for any period not covered by both (1) the recipient's OHRP-approved Assurance and if performance sites are involved, each performance site's OHRP-approved Assurance(s) and (2) appropriate IRB approvals consistent with all OHRP-approved Assurances.

Failure to comply with this special condition can result in the suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action.

**RESTRICTION**  This award is issued subject to the following special condition:

In accordance with NIH policy, no research involving human subjects may be conducted on this project until the NIMHD receives certification that all key personnel as defined in the June 5, 2000 NIH Guide announcement, (revised August 25, 2000), "Required Education in the Protection of Human Subjects" (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html), have completed education on the protection of human subjects; and the NIMHD removes this restriction.   The certification(s) for key personnel involved in this project, clearly identifying the grant number, must be sent no later than November 1,

2024 to pg38h@nih.gov and the assigned Grants Management Specialist.

If the certification(s) is not received by the date listed above, this award may be suspended and may be terminated.  The award also may be subject to audit disallowances and/or other appropriate action.

**REQUIREMENT**  This award is subject to the conditions set forth in RFA-MD-23-011, NIMHD Centers of Excellence in Investigator Development and Community Engagement (P50 - Clinical Trial Optional), NIH Guide to Grants and Contracts, May 24, 2023, which are hereby incorporated by reference as special terms and conditions of this award.

Copies of this RFA may be accessed at the following internet address:

RFA-MD-23-011: NIMHD Centers of Excellence in Investigator Development and Community Engagement (P50 - Clinical Trial Optional) (nih.gov)

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

**RESTRICTION** This award is made for the purpose of assisting the recipient in supporting a program of excellence as set forth in Public Law 106-525, Title I, Sec. 102 (https://www.congress.gov/bill/106th-congress/senate-bill/1880/text?overview=closed). Funds must be expended in accordance with this Act's purpose and requirements.

The pilot project program is expected to support the biomedical and behavioral research training and professional development of researchers who are members of health disparity populations. Eligibility to receive a pilot project award is limited to the post-doctoral fellows, junior faculty and other early stage investigators as defined by NIH (see https://grants.nih.gov/policy/new_investigators/index.htm#definition) of the recipient institution and collaborating/consortium **institutions which would have been eligible to apply\* for a COE award under RFA-MD-23-011 (**where eligible pilot individuals are primarily employed/enrolled/affiliated long-term (without temporarily changing their employment/enrollment/affiliation status for this purpose)].  Recruitment of investigators from groups underrepresented in science (http://www.nsf.gov/statistics/wmpd/) is encouraged.

> \* Pursuant to Public Law 106-525, institutions of higher education must meet the following criteria to be eligible: (A) Has a significant number of members of minority health disparity populations or other health disparity populations enrolled as students in the institution (including individuals accepted for enrollment in the institution). NIH-designated health disparity populations are Black/African Americans, American Indians or Alaska Natives, Asian Americans, Hispanics or Latinos, Native Hawaiians and other Pacific Islanders, socioeconomically disadvantaged populations, underserved rural populations, and sexual and gender minorities.  (B) Has been effective in assisting such students of the institution to complete the

program of education or training and receive the degree involved. (C) Has made significant efforts to recruit minority students to enroll in and graduate from the institution, which may include providing means-tested scholarships and other financial assistance as appropriate.  (D) Has made significant recruitment efforts to increase the number of minority or other members of health disparity populations serving in faculty or administrative positions at the institution.   **Note**: NIH-designated populations that experience health disparities are Black/African Americans, American Indians or Alaska Natives, Asian Americans, Hispanics or Latinos, Native Hawaiians and other Pacific Islanders, socioeconomically disadvantaged populations, underserved rural populations, and sexual and gender minorities.

<u>RESTRICTION</u>  The pilot project program is expected to support the training and professional development of researchers who are members of health disparity populations. Eligibility to receive a pilot project award is limited to the recipient institution's post-doctoral fellows, junior faculty and other early stage investigators as defined by NIH (see https://grants.nih.gov/policy/new_investigators/index.htm#definition). Pilot project award eligibility refers to where these employees/students/trainees are primarily employed/enrolled/affiliated long-term (e.g., without temporarily changing their employment/enrollment/affiliation status for this purpose). Recruitment of early career investigators from groups underrepresented in science http://www.nsf.gov/statistics/wmpd/) is strongly encouraged.

<u>REQUIREMENT</u>  **Annual funding for the pilot project program must be a minimum of $300,000 total direct costs (including consortium indirect costs) with at least three new pilot projects awarded each year** (typically beginning in year 2).  Pilot project applications should use the current SF 424 (R&R) application forms package for NIH R03 small grant applications.

<u>RESTRICTION</u>  Projects using live vertebrate animals cannot be supported under the Pilot Project Program.

<u>REQUIREMENT</u> The recipient is required to follow the guidance in NOT-OD-15-128, "Guidance on Changes That Involve Human Subjects in Active Awards and That Will Require Prior NIH Approval: Updated Notice," and NOT-OD-15-129, "Prior NIH Approval of Human Subjects Research in Active Awards Initially Submitted without Definitive Plans for Human Subjects Involvement (Delayed Onset Awards): Updated Notice" in the approval of pilot projects, which are hereby incorporated by reference as special terms and conditions of this award.

(1) For "minimal risk" human subjects activities, the recipient will conduct the review and selection of these pilots, as well as ensure IRB approval and compliance with all Federal rules, regulations, and policies regarding human subjects research. For documentation/awareness, the recipient's AOR must email the following information to pg38h@nih.gov and the assigned Grants

Management Specialist at the time of approval and include a copy in the next RPPR or progress report: the grant number, contact PI name, approval date, pilot title, pilot PI name, pilot PI biosketch, a one sentence pilot project summary, a copy of the IRB approval, Inclusion Enrollment Record (IER) submitted to the NIH Human Subjects System (HSS), and the AOR's attestation that they followed applicable Federal rules, regulations, and policies.

(2) For human subjects activities that involve greater than minimal risk, the recipient's AOR will email prior approval requests to pg38h@nih.gov and the assigned Grants Management Specialist or submit them online using the eRA prior approval system, following this process:  NIMHD prior approval in a revised Notice of Award must be received prior to starting any new research involving human subjects that involve greater than minimal risk.  The recipient will submit to NIH via the HSS system, study protocols that address risks and protections for human subjects in accordance with NIH's Instructions for Preparing the Human Subjects Section of the Research Plan and specific plans for data and safety monitoring, IRB approval and FWA, and email a copy to pg38h@nih.gov and the assigned Grants Management Specialist.

Copies of these Notices may be accessed at the following internet address: http://www.nih.gov/grants/guide/index.html

**REQUIREMENT** With respect to authorized activities, the institution, or institutions in the consortium, as the case may be, must agree to maintain expenditures of non-Federal amounts for such activities at a level that is not less than the level of such expenditures maintained by the institutions involved for the fiscal year preceding the fiscal year for which such institutions receive such an award.  With respect to any Federal amounts received by the Center or consortium and available for carrying out authorized activities, the institutions involved agree that the institutions will, before expending the award, expend the Federal amounts obtained from sources other than the award.

**INFORMATION**  In accordance with the National Institute on Minority Health and Health Disparities' (NIMHD's) Fiscal Year (FY) 2024 funding policies, this award has been issued at 90%of the corrected recommended level.  Future year committed levels* have been adjusted accordingly.

 * committed level. The level of support calculated by applying the NIMHD funding plan to the corrected recommended level for each budget category for all years of the project period.

**INFORMATION**   In order to redistribute awards more evenly throughout the year, budget periods are being adjusted.  This award is issued with a shortened budget period and with 12 months of support.  Continuation awards will cycle each year on February 1.

**INFORMATION**  Although the budget period start date for this award is 7/19/2024, this award includes funds for 12 months of support.  Future year

budget periods will cycle on February 1.  Allowable preaward costs may be charged to this award, in accordance with the conditions outlined in the NIH Grants Policy Statement, and with institutional requirements for prior approval.  The NIH GPS can be found on the internet at http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.


**INFORMATION**  Unobligated balances may be used by the NIMHD to reduce or offset funding for a subsequent budget period


Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.


**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1P50MD019473-01

**INSTITUTION:** SUNY Research Foundation

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Salaries and Wages | $83,847 | $84,432 | $83,846 | $83,846 | $83,846 |
| Fringe Benefits | $46,352 | $46,740 | $46,352 | $46,352 | $46,352 |
| Personnel Costs (Subtotal) | $130,199 | $131,172 | $130,198 | $130,198 | $130,198 |
| Consultant Services | $29,400 | $29,400 | $29,400 | $29,400 | $29,400 |
| Travel | $1,350 | $1,350 | $1,350 | $1,350 | $1,350 |
| Other | $19,052 | $17,210 | $14,954 | $13,917 | $12,855 |
| Participant Other | $270,000 | $270,000 | $270,000 | $270,000 | $270,000 |
| TOTAL FEDERAL DC | $450,001 | $449,132 | $445,902 | $444,865 | $443,803 |
| TOTAL FEDERAL F&A | $274,501 | $273,971 | $272,000 | $271,368 | $270,720 |
| TOTAL COST | $724,502 | $723,103 | $717,902 | $716,233 | $714,523 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| F&A Cost Rate 1 | 61% | 61% | 61% | 61% | 61% |
| F&A Cost Base 1 | $450,001 | $449,132 | $445,902 | $444,865 | $443,803 |
| F&A Costs 1 | $274,501 | $273,971 | $272,000 | $271,368 | $270,720 |

Version: 25 - 2/15/2024 9:51 AM | Generated on: 7/19/2024 12:19 AM

# Exhibit B to Shurtleff Declaration

**1. Criteria**

**Significance**

**Specific to this PDs:**

**In addition, for applications involving clinical trials**

**Approach**

**Specific to this NOFO:**

**In addition, for applications involving clinical trials**

*Study Design:*

*Data Management and Statistical Analysis:*

**Environment**

**Specific to this PDs:**

**In addition, for applications involving clinical trials**

**Additional Review Criteria - Overall**

**Study Timeline**

**Specific to applications involving clinical trials**

**Protections for Human Subjects**

**Inclusion of Women, Minorities, and Individuals Across the Lifespan**

**Vertebrate Animals**

**Biohazards**

**Resubmissions**

**Renewals**

Not Applicable

**Revisions**

Not Applicable

**Additional Review Considerations - Overall**

**Applications from Foreign Organizations**

Not Applicable

**Select Agent Research**

**Resource Sharing Plans**

**Authentication of Key Biological and/or Chemical Resources**

**Budget and Period of Support**

**Review Criteria - Cores**

**Review Criteria - Administrative Core**

**Review Criteria - Investigator Development Core**

**Review Criteria - Community Engagement and Dissemination Core**

**2. Review and Selection Process**

**3. Anticipated Announcement and Award Dates**

## Section VI. Award Administration Information

**1. Award Notices**

**Prior Approval of Pilot Projects**

**2. Administrative and National Policy Requirements**

**Cooperative Agreement Terms and Conditions of Award**

Not Applicable

**3. Data Management and Sharing**

**4. Reporting**

## Section VII. Agency Contacts

**Application Submission Contacts**

**Scientific/Research Contact(s)**

**Peer Review Contact(s)**

**Financial/Grants Management Contact(s)**

## Section VIII. Other Information

**Authority and Regulations**

# Exhibit C to Shurtleff Declaration

| PI: **Murphy, Timothy F** | Title: Igniting Hope in Buffalo New York Communities: Training the Next Generation of Health Equity Researchers | |
|---|---|---|
| Received: 08/04/2023 | Opportunity: RFA-MD-23-011 | Council: 01/2024 |
| Competition ID: FORMS-H | FOA Title: NIMHD Centers of Excellence in Investigator Development and Community Engagement (P50 - Clinical Trial Optional) | |
| **1P50MD019473-01** | Dual: | Accession Number: 4864707 |
| IPF: 5992614 | Organization: STATE UNIVERSITY OF NEW YORK AT BUFFALO | |
| Former Number: | Department: | |
| IRG/SRG: ZMD1 MLS (J1) | AIDS: N | Expedited: N |
| Subtotal Direct Costs (excludes consortium F&A) Year 1: 499,999 Year 2: 499,998 Year 3: 500,003 Year 4: 500,001 Year 5: 499,999 | Animals: N Humans: Y Clinical Trial: Y Current HS Code: 30 HESC: N HFT: N Special Topics: Data Management Sharing | New Investigator: Early Stage Investigator: |

| Senior/Key Personnel: | Organization: | Role Category: |
|---|---|---|
| Timothy Murphy M.D. | STATE UNIVERSITY OF NEW YORK AT BUFFALO | PD/PI |
| Susan Grinslade Ph.D | SUNY at Buffalo | Co-Investigator |
| Ekaterina Noyes Ph.D | SUNY at Buffalo | Co-Investigator |
| Henry Taylor Ph.D | SUNY at Buffalo | Co-Investigator |
| Gregory Wilding Ph.D | SUNY at Buffalo | Co-Investigator |
| Robert Silverman Ph.D | SUNY at Buffalo | Co-Investigator |
| Christopher St. Vil Ph.D | SUNY at Buffalo | Co-Investigator |
| Oscar Gómez Ph.D | SUNY at Buffalo | Co-Investigator |
| Heather Orom Ph.D | SUNY at Buffalo | Co-Investigator |
| Kinzer Pointer | Concerned Clergy Coalition of Western New York | Other (Specify)-Collaborator |
| Carol Van Zile Tamsen Ph.D | SUNY at Buffalo | Other (Specify)-Evaluator |

OMB Number: 4040-0001
Expiration Date: 11/30/2025

APPLICATION FOR FEDERAL ASSISTANCE
# SF 424 (R&R)

| | |
|---|---|
| **3. DATE RECEIVED BY STATE** | **State Application Identifier**<br>New York |

## 1. TYPE OF SUBMISSION*

| | |
|---|---|
| ○ Pre-application   ○ Application   ● Changed/Corrected Application | **4.a. Federal Identifier** |
| | **b. Agency Routing Number** |

| **2. DATE SUBMITTED** | **Application Identifier** | **c. Previous Grants.gov Tracking Number**<br>GRANT13949934 |
|---|---|---|

## 5. APPLICANT INFORMATION

**UEI*:** LMCJKRFW5R81

| | |
|---|---|
| Legal Name*: | The Research Foundation for SUNY on behalf of U. at Buffalo |
| Department: | Sponsored Projects Services |
| Division: | |
| Street1*: | The UB Commons |
| Street2: | 520 Lee Entrance, Suite 211 |
| City*: | Amherst |
| County: | Erie |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| ZIP / Postal Code*: | 14228-2567 |

Person to be contacted on matters involving this application

| | |
|---|---|
| Prefix:     First Name*: Amy     Middle Name:     Last Name*: Lagowski     Suffix: | |
| Position/Title: | Agreement Administartor |
| Street1*: | The UB Commons |
| Street2: | 520 Lee Entrance, Suite 211 |
| City*: | Amherst |
| County: | Erie |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| ZIP / Postal Code*: | 14228-2567 |

Phone Number*: 716-645-4419          Fax Number:          Email: amy.lagowski@buffalo.edu

| | |
|---|---|
| **6. EMPLOYER IDENTIFICATION NUMBER** *(EIN) or (TIN)** | 1-141368361-A1 |

| **7. TYPE OF APPLICANT*** | X: Other (specify) |
|---|---|

Other (Specify): Private, Non-Profit

**Small Business Organization Type**     ○ Women Owned     ○ Socially and Economically Disadvantaged

## 8. TYPE OF APPLICATION*

| | If Revision, mark appropriate box(es). |
|---|---|
| ● New     ○ Resubmission | ○ A. Increase Award   ○ B. Decrease Award   ○ C. Increase Duration |
| ○ Renewal   ○ Continuation   ○ Revision | ○ D. Decrease Duration   ○ E. Other *(specify)* : |

**Is this application being submitted to other agencies?*** ○ Yes ● No   What other Agencies?

| **9. NAME OF FEDERAL AGENCY*** | **10. CATALOG OF FEDERAL DOMESTIC ASSISTANCE NUMBER** |
|---|---|
| National Institutes of Health | TITLE: |

**11. DESCRIPTIVE TITLE OF APPLICANT'S PROJECT***
Igniting Hope in Buffalo New York Communities: Training the Next Generation of Health Equity Researchers

| **12. PROPOSED PROJECT** | **13. CONGRESSIONAL DISTRICTS OF APPLICANT** |
|---|---|
| Start Date*          Ending Date*<br>04/01/2024          03/31/2029 | NY-026 |

**SF 424 (R&R)** APPLICATION FOR FEDERAL ASSISTANCE                                    **Page 2**

---

**14. PROJECT DIRECTOR/PRINCIPAL INVESTIGATOR CONTACT INFORMATION**

| | | | | | |
|---|---|---|---|---|---|
| Prefix: | First Name*: Timothy | Middle Name: | | Last Name*: Murphy | Suffix: M.D. |

Position/Title:

Organization Name*:    STATE UNIVERSITY OF NEW YORK AT BUFFALO

Department:

Division:

Street1*:          875 Ellicott St.

Street2:

City*:             Buffalo

County:

State*:            NY: New York

Province:

Country*:          USA: UNITED STATES

ZIP / Postal Code*:    14203-1034

Phone Number*: (716) 881-8911          Fax Number:                Email*: murphyt@buffalo.edu

---

**15. ESTIMATED PROJECT FUNDING**

a. Total Federal Funds Requested*          $4,025,000.00

b. Total Non-Federal Funds*                         $0.00

c. Total Federal & Non-Federal Funds*      $4,025,000.00

d. Estimated Program Income*                      $0.00

**16. IS APPLICATION SUBJECT TO REVIEW BY STATE EXECUTIVE ORDER 12372 PROCESS?***

a. YES  ○ THIS PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON:

DATE:

b. NO  ● PROGRAM IS NOT COVERED BY E.O. 12372; OR

○ PROGRAM HAS NOT BEEN SELECTED BY STATE FOR REVIEW

---

**17.  By signing this application, I certify (1) to the statements contained in the list of certifications* and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances * and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

● I agree*

*\* The list of certifications and assurances, or an Internet site where you may obtain this list, is contained in the announcement or agency specific instructions.*

---

**18. SFLLL or OTHER EXPLANATORY DOCUMENTATION**          File Name:

---

**19. AUTHORIZED REPRESENTATIVE**

| | | | | | |
|---|---|---|---|---|---|
| Prefix: | First Name*: Amy | Middle Name: | | Last Name*: Lagowski | Suffix: |

Position/Title*:          Agreement Administrator

Organization Name*:    The Research Foundation for SUNY on behalf of U. at Buffalo

Department:          Sponsored Projects Services

Division:

Street1*:          The UB Commons

Street2:          520 Lee Entrance, Suite 211

City*:             Amherst

County:          Erie

State*:            NY: New York

Province:

Country*:          USA: UNITED STATES

ZIP / Postal Code*:    14228-2567

Phone Number*: 716-645-4419          Fax Number:                Email*: amy.lagowski@buffalo.edu

|  **Signature of Authorized Representative***  |  **Date Signed***  |
|---|---|
| Amy Lagowski | 08/04/2023 |

---

**20. PRE-APPLICATION**    File Name:

**21. COVER LETTER ATTACHMENT**    File Name:

## 424 R&R and PHS-398 Specific
## Table Of Contents

SF 424 R&R Cover Page................................................................................ 1
  Table of Contents................................................................................. 3
  Summaries......................................................................................... 5
    Component Summary............................................................................. 5
    Performance Sites Summary..................................................................... 6
    Human Subjects - Clinical Trials - Vertebrate Animals - HESC - Human Fetal Tissue
    Summary........................................................................................ 8
    Study Summary.................................................................................. 9
    Composite Application Budget Summary...........................................................10
    Component Budget Summary...................................................................... 11
    Categories Budget Summary..................................................................... 13
    Senior/Key personnel Summary.................................................................. 21
  Biosketches...................................................................................... 22
Performance Sites.................................................................................. 62
Research & Related Other Project Information....................................................... 65
  Project Summary/Abstract(Description).......................................................... 66
  Project Narrative.............................................................................. 67
  Facilities & Other Resources................................................................... 68
  Equipment...................................................................................... 88
  Other Attachments.............................................................................. 89
    UB_VPHS_effort_attestation................................................................... 89
    Special_Eligibility_Requirements............................................................. 90
Research & Related Senior/Key Person............................................................... 98
PHS398 Cover Page Supplement....................................................................... 104
PHS 398 Research Plan.............................................................................. 106
  Specific Aims.................................................................................. 107
  Research Strategy.............................................................................. 108
  PHS Human Subjects and Clinical Trials Information............................................. 114
  Bibliography & References Cited................................................................ 117
  Letters of Support............................................................................. 119
  Other Plan(s).................................................................................. 134
Admin-Core......................................................................................... 135
Admin-Core-001 (344) - Igniting Hope in Buffalo New York communities: Training th
e Next Generation of Health Equity Researchers.................................................... 135
Performance Sites.................................................................................. 136
Research & Related Other Project Information....................................................... 139
  Project Summary/Abstract(Description).......................................................... 140
Research & Related Senior/Key Person............................................................... 141
Research & Related Budget Year - 1................................................................. 143
Research & Related Budget Year - 2................................................................. 146
Research & Related Budget Year - 3................................................................. 149
Research & Related Budget Year - 4................................................................. 152
Research & Related Budget Year - 5................................................................. 155
Budget Justification............................................................................... 158
Research & Related Cumulative Budget............................................................... 163
PHS398 Cover Page Supplement....................................................................... 165
PHS 398 Research Plan.............................................................................. 167
  Specific Aims.................................................................................. 168
  Research Strategy.............................................................................. 169
  PHS Human Subjects and Clinical Trials Information............................................. 175
  Bibliography & References Cited................................................................ 177
Core............................................................................................... 178
Core-001 (154) - Igniting Hope in Buffalo New York communities: Training the Next

Generation of Health Equity Researchers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 178
Performance Sites . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 179
Research & Related Other Project Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 182
    Project Summary/Abstract(Description) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 183
Research & Related Senior/Key Person . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 184
Research & Related Budget Year - 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 187
Research & Related Budget Year - 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 190
Research & Related Budget Year - 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 193
Research & Related Budget Year - 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 196
Research & Related Budget Year - 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 199
Budget Justification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 202
Research & Related Cumulative Budget . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 205
PHS398 Cover Page Supplement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 207
PHS 398 Research Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 209
    Specific Aims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 210
    Research Strategy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 211
    PHS Human Subjects and Clinical Trials Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 217
    Bibliography & References Cited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 219
Investigator-Core . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 221
Investigator-Core-001 (358) - Igniting Hope in Buffalo New York communities: Trai
ning the Next Generation of Health Equity Researchers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 221
Performance Sites . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 222
Research & Related Other Project Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 225
    Project Summary/Abstract(Description) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 226
Research & Related Senior/Key Person . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 227
Research & Related Budget Year - 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 230
Research & Related Budget Year - 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 233
Research & Related Budget Year - 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 236
Research & Related Budget Year - 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 239
Research & Related Budget Year - 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 242
Budget Justification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 245
Research & Related Cumulative Budget . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 248
PHS398 Cover Page Supplement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 250
PHS 398 Research Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 252
    Specific Aims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 253
    Research Strategy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 254
    PHS Human Subjects and Clinical Trials Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 266
    Bibliography & References Cited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 270

**Component
Summary**

| Components | Component Project Title | Organization Name | Contact PD/PI Name or Project Lead Name |
|---|---|---|---|
| Overall | Igniting Hope in Buffalo New York Communities: Training the Next Generation of Health Equity Researchers | The Research Foundation for SUNY on behalf of U. at Buffalo | Murphy, Timothy |
| Admin-Core-001 (344) | Igniting Hope in Buffalo New York communities: Training the Next Generation of Health Equity Researchers | The Research Foundation for SUNY on behalf of U. at Buffalo | Murphy, Timothy |
| Core-001 (154) | Igniting Hope in Buffalo New York communities: Training the Next Generation of Health Equity Researchers | The Research Foundation for SUNY on behalf of U. at Buffalo | Silverman, Robert |
| Investigator-Core-001 (358) | Igniting Hope in Buffalo New York communities: Training the Next Generation of Health Equity Researchers | The Research Foundation for SUNY on behalf of U. at Buffalo | Gómez, Oscar |

## Project/Performance
## Site Location(s) Summary

| Applicant Organization | City | State/Province | Country |
|---|---|---|---|
| The Research Foundation for SUNY on behalf of U. at Buffalo | Amherst | NY | UNITED STATES |

| Organization Name | City | State/Province | Country | Component |
|---|---|---|---|---|
| Buffalo Center for Health Equity | Buffalo | NY | UNITED STATES | Admin-Core-001 (344) |
| Buffalo Center for Health Equity | Buffalo | NY | UNITED STATES | Core-001 (154) |
| Buffalo Center for Health Equity | Buffalo | NY | UNITED STATES | Investigator-Core-001 (358) |
| Buffalo Center for Health Equity | Buffalo | NY | UNITED STATES | Overall |
| The Research Foundation for SUNY on behalf of U. at Buffalo | Amherst | NY | UNITED STATES | Admin-Core-001 (344) |
| The Research Foundation for SUNY on behalf of U. at Buffalo | Amherst | NY | UNITED STATES | Core-001 (154) |
| The Research Foundation for SUNY on behalf of U. at Buffalo | Amherst | NY | UNITED STATES | Investigator-Core-001 (358) |
| The Research Foundation for SUNY on behalf of U. at Buffalo | Amherst | NY | UNITED STATES | Overall |
| UB Clinical and Translational Research Center | Buffalo | NY | UNITED STATES | Admin-Core-001 (344) |
| UB Clinical and Translational Research Center | Buffalo | NY | UNITED STATES | Core-001 (154) |
| UB Clinical and Translational Research Center | Buffalo | NY | UNITED STATES | Investigator-Core-001 (358) |
| UB Clinical and Translational Research Center | Buffalo | NY | UNITED STATES | Overall |
| UB Community Health Equity Research Institute | Buffalo | NY | UNITED STATES | Admin-Core-001 (344) |
| UB Community Health Equity Research Institute | Buffalo | NY | UNITED STATES | Core-001 (154) |
| UB Community Health Equity Research Institute | Buffalo | NY | UNITED STATES | Investigator-Core-001 (358) |
| UB Community Health Equity Research Institute | Buffalo | NY | UNITED STATES | Overall |
| UB Jacobs School of Medicine and Biomedical Sciences | Buffalo | NY | UNITED STATES | Admin-Core-001 (344) |
| UB Jacobs School of Medicine and Biomedical Sciences | Buffalo | NY | UNITED STATES | Core-001 (154) |

Tracking Number: GRANT13951079                    Opportunity Number: RFA-MD-23-011.     Received Date: 2023-08-04T08:29:33.000-04:00

| UB Jacobs School of Medicine and Biomedical Sciences | Buffalo | NY | UNITED STATES | Investigator-Core-001 (358) |
|---|---|---|---|---|
| UB Jacobs School of Medicine and Biomedical Sciences | Buffalo | NY | UNITED STATES | Overall |
| UB School of Architecture and Planning | Buffalo | NY | UNITED STATES | Admin-Core-001 (344) |
| UB School of Architecture and Planning | Buffalo | NY | UNITED STATES | Investigator-Core-001 (358) |
| UB School of Architecture and Planning | Buffalo | NY | UNITED STATES | Overall |
| UB School of Architecture and Plannning | Buffalo | NY | UNITED STATES | Core-001 (154) |
| UB School of Nursing | Buffalo | NY | UNITED STATES | Admin-Core-001 (344) |
| UB School of Nursing | Buffalo | NY | UNITED STATES | Core-001 (154) |
| UB School of Nursing | Buffalo | NY | UNITED STATES | Investigator-Core-001 (358) |
| UB School of Nursing | Buffalo | NY | UNITED STATES | Overall |
| UB School of Public Health and Health Professions | Buffalo | NY | UNITED STATES | Admin-Core-001 (344) |
| UB School of Public Health and Health Professions | Buffalo | NY | UNITED STATES | Core-001 (154) |
| UB School of Public Health and Health Professions | Buffalo | NY | UNITED STATES | Investigator-Core-001 (358) |
| UB School of Public Health and Health Professions | Buffalo | NY | UNITED STATES | Overall |

Tracking Number: GRANT13951079          Opportunity Number: RFA-MD-23-011.      Received Date: 2023-08-04T08:29:33.000-04:00

Case 1:25-cv-10814-WGY     Document 12-24     Filed 04/04/25     Page 36 of 375

Human Subjects
Clinical Trials
Vertebrate Animals
HESC
Human Fetal Tissue
Summary

| Component | Human Subjects | Clinical Trial / Anticipated Clinical Trial | Vertebrate Animals | HESC | Human Fetal Tissue |
|---|---|---|---|---|---|
| Overall | Y | N | N | N | N |
| Admin-Core-001 (344) | N | N | N | N | N |
| Core-001 (154) | N | N | N | N | N |
| Investigator-Core-001 (358) | Y | Y | N | N | N |

Tracking Number: GRANT13951079          Opportunity Number: RFA-MD-23-011.      Received Date: 2023-08-04T08:29:33.000-04:00

Study Summary

| Component | Study | Delayed Onset | Clinical Trial/Anticipated Clinical Trial | NIH Defined Phase III Clinical Trial |
|---|---|---|---|---|
| Investigator-Core-001 (358) | TBD Based on Pilot Study Selections | Yes | Yes | |

Tracking Number: GRANT13951079          Opportunity Number: RFA-MD-23-011.     Received Date: 2023-08-04T08:29:33.000-04:00

## Composite Application Budget Summary

| Categories | Budget Period 1 | Budget Period 2 | Budget Period 3 | Budget Period 4 | Budget Period 5 | TOTALS |
|---|---|---|---|---|---|---|
| Salary, Wages and Fringe Benefits | 144,663 | 146,709 | 149,221 | 150,371 | 151,549 | 742,513 |
| Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 7,500 |
| Participant/Trainee Support Costs | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 1,500,000 |
| Data Management and Sharing (DMS) Costs* | 0 | 0 | 0 | 0 | 0 | 0 |
| Human Fetal Tissue (HFT) Costs* | | | | | | 0 |
| Other Direct Costs (excluding Consortium) | 53,836 | 51,789 | 49,282 | 48,130 | 46,950 | 249,987 |
| Consortium Costs | 0 | 0 | 0 | 0 | 0 | 0 |
| Direct Costs | 499,999 | 499,998 | 500,003 | 500,001 | 499,999 | 2,500,000 |
| Indirect Costs | 305,001 | 304,999 | 305,002 | 305,000 | 304,998 | 1,525,000 |
| Total Direct and Indirect Costs | 805,000 | 804,997 | 805,005 | 805,001 | 804,997 | **4,025,000** |

*HFT/DMS Costs, if present, are included in the budget summary for information only; the values have not been subtracted from "Other Direct Costs (excluding Consortium)"

## Total Direct Costs less Consortium F&A

NIH policy (NOT-OD-05-004) allows applicants to exclude consortium/contractual F&A costs when determining if an application falls at or beneath any applicable direct cost limit. When a direct cost limit is specified in an FOA, the following table can be used to determine if your application falls within that limit.

| Category | Budget Period 1 | Budget Period 2 | Budget Period 3 | Budget Period 4 | Budget Period 5 | TOTALS |
|---|---|---|---|---|---|---|
| Total Direct Costs less Consortium F&A | 499,999 | 499,998 | 500,003 | 500,001 | 499,999 | **2,500,000** |

Opportunity Number: RFA-MD-23-011.   Received Date: 2023-08-04T08:29:33.000-04:00

## Component Budget Summary

| Components | Categories | Budget Period 1 | Budget Period 2 | Budget Period 3 | Budget Period 4 | Budget Period 5 | TOTALS |
|---|---|---|---|---|---|---|---|
| Admin-Core-001 (344) | Salary, Wages and Fringe Benefits | 66,327 | 67,581 | 69,207 | 70,173 | 71,160 | 344,448 |
| | Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| | Travel | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 7,500 |
| | Participant/Trainee Support Costs | 0 | 0 | 0 | 0 | 0 | 0 |
| | Data Management and Sharing Costs* | 0 | 0 | 0 | 0 | 0 | 0 |
| | Human Fetal Tissue Costs* | | | | | | 0 |
| | Other Direct Costs (excluding Consortium) | 18,667 | 18,667 | 18,667 | 18,667 | 18,667 | 93,335 |
| | Consortium Costs | 0 | 0 | 0 | 0 | 0 | 0 |
| | Direct Costs | 86,494 | 87,748 | 89,374 | 90,340 | 91,327 | 445,283 |
| | Indirect Costs | 52,761 | 53,526 | 54,518 | 55,107 | 55,709 | 271,621 |
| TOTALS | Total Direct and Indirect Costs | 139,255 | 141,274 | 143,892 | 145,447 | 147,036 | **716,904** |
| Core-001 (154) | Salary, Wages and Fringe Benefits | 37,365 | 37,678 | 38,005 | 38,005 | 38,005 | 189,058 |
| | Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| | Travel | 0 | 0 | 0 | 0 | 0 | 0 |
| | Participant/Trainee Support Costs | 0 | 0 | 0 | 0 | 0 | 0 |
| | Data Management and Sharing Costs* | | | | | | 0 |
| | Human Fetal Tissue Costs* | | | | | | 0 |
| | Other Direct Costs (excluding Consortium) | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 120,000 |

Tracking Number: GRANT13951079    Opportunity Number: RFA-MD-23-011.    Received Date: 2023-08-04T08:29:33.000-04:00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Consortium Costs | 0 | 0 | 0 | 0 | 0 | 0 |
| | Direct Costs | 61,365 | 61,678 | 62,005 | 62,005 | 62,005 | 309,058 |
| | Indirect Costs | 37,434 | 37,624 | 37,823 | 37,823 | 37,823 | 188,527 |
| **TOTALS** | Total Direct and Indirect Costs | 98,799 | 99,302 | 99,828 | 99,828 | 99,828 | **497,585** |
| Investigator-Core-001 (358) | Salary, Wages and Fringe Benefits | 40,971 | 41,450 | 42,009 | 42,193 | 42,384 | 209,007 |
| | Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| | Travel | 0 | 0 | 0 | 0 | 0 | 0 |
| | Participant/Trainee Support Costs | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 1,500,000 |
| | Data Management and Sharing Costs* | | | | | | 0 |
| | Human Fetal Tissue Costs* | | | | | | 0 |
| | Other Direct Costs (excluding Consortium) | 11,169 | 9,122 | 6,615 | 5,463 | 4,283 | 36,652 |
| | Consortium Costs | 0 | 0 | 0 | 0 | 0 | 0 |
| | Direct Costs | 352,140 | 350,572 | 348,624 | 347,656 | 346,667 | 1,745,659 |
| | Indirect Costs | 214,806 | 213,849 | 212,661 | 212,070 | 211,466 | 1,064,852 |
| **TOTALS** | Total Direct and Indirect Costs | 566,946 | 564,421 | 561,285 | 559,726 | 558,133 | **2,810,511** |
| **TOTALS** | | **805,000** | **804,997** | **805,005** | **805,001** | **804,997** | **4,025,000** |

Tracking Number: GRANT13951079     Opportunity Number: RFA-MD-23-011.     Received Date: 2023-08-04T08:29:33.000-04:00

## Categories Budget Summary

| Categories | Components | Budget Period 1 | Budget Period 2 | Budget Period 3 | Budget Period 4 | Budget Period 5 | TOTALS |
|---|---|---|---|---|---|---|---|
| R&R Budget - Senior/Key Person Funds Requested | Admin-Core-001 (344) | 66,327 | 67,581 | 69,207 | 70,173 | 71,160 | 344,448 |
| | Core-001 (154) | 37,365 | 37,678 | 38,005 | 38,005 | 38,005 | 189,058 |
| | Investigator-Core-001 (358) | 40,971 | 41,450 | 42,009 | 42,193 | 42,384 | 209,007 |
| **TOTALS** | | 144,663 | 146,709 | 149,221 | 150,371 | 151,549 | **742,513** |
| R&R Budget - Other Personnel Funds Requested | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Section A & B. Total Salary, Wages and Fringe Benefits (A+B) | Admin-Core-001 (344) | 66,327 | 67,581 | 69,207 | 70,173 | 71,160 | 344,448 |
| | Core-001 (154) | 37,365 | 37,678 | 38,005 | 38,005 | 38,005 | 189,058 |
| | Investigator-Core-001 (358) | 40,971 | 41,450 | 42,009 | 42,193 | 42,384 | 209,007 |
| **TOTALS** | | 144,663 | 146,709 | 149,221 | 150,371 | 151,549 | **742,513** |
| R&R Budget - Section C. Total Equipment | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |

Tracking Number: GRANT13951079      Opportunity Number: RFA-MD-23-011.      Received Date: 2023-08-04T08:29:33.000-04:00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R&R Budget - Domestic Travel | Admin-Core-001 (344) | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 7,500 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | **7,500** |
| R&R Budget - Foreign Travel | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Section D. Total Travel | Admin-Core-001 (344) | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 7,500 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | **7,500** |
| R&R Budget - Tuition/Fees/Health Insurance | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Stipends | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |

Opportunity Number: RFA-MD-23-011.    Received Date: 2023-08-04T08:29:33.000-04:00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Trainee Travel | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Subsistence | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Other Participants/Trainee Support Costs | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 1,500,000 |
| **TOTALS** | | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | **1,500,000** |
| R&R Budget - Section E. Total Participants/Trainee Support Costs | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 1,500,000 |
| **TOTALS** | | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | **1,500,000** |
| R&R Budget - Materials and Supplies | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |

Case 1:25-cv-10814-WGY    Document 12-24    Filed 04/04/25    Page 43 of 375

| | | | | | | |
|---|---|---|---|---|---|---|
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Publication Costs | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Consultant Services | Admin-Core-001 (344) | 18,667 | 18,667 | 18,667 | 18,667 | 18,667 | 93,335 |
| | Core-001 (154) | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 70,000 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 32,667 | 32,667 | 32,667 | 32,667 | 32,667 | **163,335** |
| R&R Budget - ADP/Computer Services | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Subawards/Consortium/Contractual Costs | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Equipment or Facility | Admin-Core-001 | 0 | 0 | 0 | 0 | 0 | 0 |

Case 1:25-cv-10814-WGY    Document 12-24    Filed 04/04/25    Page 44 of 375

Tracking Number: GRANT13951079          Opportunity Number: RFA-MD-23-011.          Received Date: 2023-08-04T08:29:33.000-04:00

| Rental User Fees | (344) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Alterations and Renovations | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Other Direct Cost 1 | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 50,000 |
| | Investigator-Core-001 (358) | 11,169 | 9,122 | 6,615 | 5,463 | 4,283 | 36,652 |
| **TOTALS** | | 21,169 | 19,122 | 16,615 | 15,463 | 14,283 | **86,652** |
| R&R Budget - Other Direct Cost 2 | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Other Direct Cost 3 | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |

Tracking Number: GRANT13951079          Opportunity Number: RFA-MD-23-011.          Received Date: 2023-08-04T08:29:33.000-04:00

| | | | | | | | |
|---|---|--:|--:|--:|--:|--:|--:|
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Other Direct Cost 4 | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Other Direct Cost 5 | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Other Direct Cost 6 | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Other Direct Cost 7 | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Other Direct Cost 8 | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |

Tracking Number: GRANT13951079     Opportunity Number: RFA-MD-23-011.     Received Date: 2023-08-04T08:29:33.000-04:00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Other Direct Cost 9 | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Other Direct Cost 10 | Admin-Core-001 (344) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Core-001 (154) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Investigator-Core-001 (358) | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0 | 0 | 0 | 0 | **0** |
| R&R Budget - Section F. Total Other Direct Cost | Admin-Core-001 (344) | 18,667 | 18,667 | 18,667 | 18,667 | 18,667 | 93,335 |
| | Core-001 (154) | 24,000 | 24,000 | 24,000 | 24,000 | 24,000 | 120,000 |
| | Investigator-Core-001 (358) | 11,169 | 9,122 | 6,615 | 5,463 | 4,283 | 36,652 |
| **TOTALS** | | 53,836 | 51,789 | 49,282 | 48,130 | 46,950 | **249,987** |
| R&R Budget - Section G. Total Direct Cost (A thru F) | Admin-Core-001 (344) | 86,494 | 87,748 | 89,374 | 90,340 | 91,327 | 445,283 |
| | Core-001 (154) | 61,365 | 61,678 | 62,005 | 62,005 | 62,005 | 309,058 |
| | Investigator-Core-001 (358) | 352,140 | 350,572 | 348,624 | 347,656 | 346,667 | 1,745,659 |
| **TOTALS** | | 499,999 | 499,998 | 500,003 | 500,001 | 499,999 | **2,500,000** |
| R&R Budget - Section H. Indirect Costs | Admin-Core-001 (344) | 52,761 | 53,526 | 54,518 | 55,107 | 55,709 | 271,621 |

Opportunity Number: RFA-MD-23-011.    Received Date: 2023-08-04T08:29:33.000-04:00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Core-001 (154) | 37,434 | 37,624 | 37,823 | 37,823 | 37,823 | 188,527 |
| | Investigator-Core-001 (358) | 214,806 | 213,849 | 212,661 | 212,070 | 211,466 | 1,064,852 |
| **TOTALS** | | 305,001 | 304,999 | 305,002 | 305,000 | 304,998 | **1,525,000** |
| R&R Budget - Section I. Total Direct and Indirect Costs (G +H) | Admin-Core-001 (344) | 139,255 | 141,274 | 143,892 | 145,447 | 147,036 | 716,904 |
| | Core-001 (154) | 98,799 | 99,302 | 99,828 | 99,828 | 99,828 | 497,585 |
| | Investigator-Core-001 (358) | 566,946 | 564,421 | 561,285 | 559,726 | 558,133 | 2,810,511 |
| **TOTALS** | | 805,000 | 804,997 | 805,005 | 805,001 | 804,997 | **4,025,000** |

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011.    Received Date: 2023-08-04T08:29:33.000-04:00

Senior/Key Personnel
Summary

| Name | Organization | Role on Project | Components |
|---|---|---|---|
| Murphy, Timothy | STATE UNIVERSITY OF NEW YORK AT BUFFALO | PD/PI(Contact) | Overall |
| Grinslade, Susan | SUNY at Buffalo | Co-Investigator | Core-001 (154) |
| Grinslade, Susan | SUNY at Buffalo | Co-Investigator | Overall |
| Gómez, Oscar | SUNY at Buffalo | Co-Investigator(Contact) | Investigator-Core-001 (358) |
| Gómez, Oscar | SUNY at Buffalo | Co-Investigator | Overall |
| Murphy, Timothy | STATE UNIVERSITY OF NEW YORK AT BUFFALO | Other: Admin Core Director | Admin-Core-001 (344) |
| Noyes, Ekaterina | SUNY at Buffalo | Co-Investigator | Investigator-Core-001 (358) |
| Noyes, Ekaterina | SUNY at Buffalo | Co-Investigator | Overall |
| Orom, Heather | SUNY at Buffalo | Co-Investigator | Core-001 (154) |
| Orom, Heather | SUNY at Buffalo | Co-Investigator | Overall |
| Pointer, Kinzer | Concerned Clergy Coalition of Western New York | Other: Co-Director of Investigator Dev. Core | Investigator-Core-001 (358) |
| Pointer, Kinzer | Concerned Clergy Coalition of Western New York | Other: Collaborator | Overall |
| Silverman, Robert | SUNY at Buffalo | Co-Investigator(Contact) | Core-001 (154) |
| Silverman, Robert | SUNY at Buffalo | Co-Investigator | Overall |
| St. Vil, Christopher | SUNY at Buffalo | Co-Investigator | Core-001 (154) |
| St. Vil, Christopher | SUNY at Buffalo | Co-Investigator | Overall |
| Taylor, Henry Louis | SUNY at Buffalo | Co-Investigator | Core-001 (154) |
| Taylor, Henry Louis | SUNY at Buffalo | Co-Investigator | Investigator-Core-001 (358) |
| Taylor, Henry Louis | SUNY at Buffalo | Co-Investigator | Overall |
| Van Zile Tamsen, Carol | SUNY at Buffalo | Other: Evaluator | Admin-Core-001 (344) |
| Van Zile Tamsen, Carol | SUNY at Buffalo | Other: Evaluator | Overall |
| Wilding, Gregory | SUNY at Buffalo | Co-Investigator | Investigator-Core-001 (358) |
| Wilding, Gregory | SUNY at Buffalo | Co-Investigator | Overall |

Tracking Number: GRANT13951079                Opportunity Number: RFA-MD-23-011.        Received Date: 2023-08-04T08:29:33.000-04:00

OMB No. 0925-0001 and 0925-0002 (Rev. 10/2021 Approved Through 09/30/2024)

## BIOGRAPHICAL SKETCH

NAME: Murphy, Timothy F. MD

eRA COMMONS USER NAME (credential, e.g., agency login): tmurphy

POSITION TITLE: SUNY Distinguished Professor

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | Completion Date | FIELD OF STUDY |
|---|---|---|---|
| New York University, New York, NY | BS | 05/1972 | Biology |
| Tufts University, Boston, MA | MD | 06/1976 | Medicine |
| Cornell University, New York | Residency | 06/1979 | Internal Medicine |
| Tuffs University, Boston, MA | Fellowship | 06/1981 | Infectious Disease |

## A. Personal Statement

My experience as a physician scientist, a mentor and an institutional leader has prepared me well to serve as PI of this proposal for an NIMHD Center of Excellence in Investigator Development and Community Engagement.

I have a passion and a long-term commitment to training future scientists. I have had the opportunity to mentor high school students, undergraduate college students, medical students, masters level graduate students, Ph.D. graduate students, medical residents, M.D. infectious diseases fellows, M.D. pulmonary fellows, and Ph.D. postdoctoral fellows in my laboratory. I have mentored junior faculty members supported by K awards and other similar mechanisms. Fourteen graduate students in microbiology have earned PhDs in my lab, including three MD-PhD students.

In addition to mentoring trainees, I have a strong commitment to training program administration. I am currently PI of a T35 training grant from NIAID, "Training the Next Generation of Clinician Scientists." Over the first 10 years of this program 37% of trainees were from groups underrepresented in medicine and 62% were women. Previously, I served as Program Director of the ACGME-certified Infectious Diseases Fellowship Program at UB from 1993 through 2000.

As Principal Investigator of the University at Buffalo Clinical and Translational Science Award (CTSA), I serve as Director of the University at Buffalo Clinical and Translational Science Institute (CTSI). The mission of the Institute is to advance and accelerate innovative clinical and translational research to reduce health disparities and improve the health of our community and the nation. All of the extensive resources and services of the CTSI will be available to support the early career investigators supported by this proposal.

In 2019, UB launched the UB Community Health Equity Research Institute that conducts research that addresses the root causes of health disparities, while developing and testing innovative solutions to eliminate health inequities in the region. I am privileged to serve as Director of the Institute, which includes faculty from twelve UB schools and works closely with community partners. The mission of the CTSI and the community partnerships that developed as a result were critical in the "birth" of the Community Health Equity Research Institute.

My scientific interests focus on the respiratory tract bacterial pathogens nontypeable *Haemophilus influenzae* and *Moraxella catarrhalis*, including the molecular epidemiology of infection, mechanisms of pathogenesis and vaccine development. This work has been continuously funded by the NIH since 1983. My work has also included conducting a 20-year prospective, observational study of bacterial infection in adults with COPD from 1994 to 2014 that has generated an enormously valuable repository of data, bacterial strains, serum and sputum samples. My current work focuses on 2 areas. 1) Analysis of the genomes of several hundred strains of *H. influenzae* and *M. catarrhalis* collected in our prospective study of COPD to elucidate mechanisms of persistence in the airways of adults with COPD. 2) Prevention of bacterial otitis media in children and bacterial infection in

COPD through vaccine development for nontypeable *H. influenzae* and *M. catarrhalis*. Both COPD and otitis media (ear infections) disproportionately affect and impact populations that experience health disparities.

**Ongoing funded projects that I would like to highlight include**:
Award Number: UL1 TR001412
Sponsor: NIH/NCATS
PI: Murphy, Timothy
Award Dates: 08/15/15-12/31/24
Project Title: University at Buffalo Clinical and Translational Science Institute

Award Number: R01 AI19641
Sponsor: NIH/NIAID
PI: Murphy, Timothy
Award Dates: 09/01/83-06/30/24
Project Title: Genome Evolution During Bacterial Persistence in the Human Airways in COPD

Award Number: R13 TR003486
Sponsor: NIH/NCATS
PI: Murphy, Timothy
Award Dates: 07/01/20-06/30/23 NCE 7-1-23- 6/30/24
Project Title: Igniting Hope: Mobilizing Community Resources to Achieve Health Equity

Award Number: T35 AI089693
Sponsor: NIH/NIAID
PI: Murphy, Timothy
Award Dates: 09/01/11-08/31/27
Project Title: Training the Next Generation of Clinician Scientists

## B. Positions, Scientific Appointments and Honors

**Positions and Scientific Appointments**

| | |
|---|---|
| 2020-present | Co-lead COVID-19 Vaccine Equity Task Force of the Western NY COVID-19 Vaccination Hub |
| 2019-present | Director, UB Community Health Equity Research Institute |
| 2015-present | Director, UB Clinical and Translational Science Institute |
| 2011-present | Director, UB Clinical and Translational Research Center |
| 2011-present | SUNY Distinguished Professor, State University of New York |
| 2009-present | Senior Associate Dean for Clinical and Translational Research, University at Buffalo |
| 2004-present | UB Distinguished Professor of Medicine, University at Buffalo |
| 1995-1996 | Visiting Professor, University of Canberra, Australia |
| 1993-2009 | Director, Division of Infectious Diseases, University at Buffalo |
| 1992-present | Professor of Medicine and Microbiology, University at Buffalo |
| 1990-2009 | Chief, Infectious Diseases, Buffalo VA Medical Center, Buffalo, NY |
| 1988-1990 | Chief, Infectious Diseases, Erie County Medical Center |
| 1987-1992 | Associate Professor of Medicine and Microbiology, University at Buffalo |
| 1981-1990 | Internist, Erie County Medical Center, Buffalo, NY |
| 1981-1987 | Assistant Professor of Medicine, University at Buffalo, Buffalo, NY |

**Other Experience and Professional Membership**
**National Review Groups**

| | |
|---|---|
| 2008-2011 | Chair, VA Infectious Diseases B Study Section |
| 2007-2011 | NIH Study Section-Clinical Research and Field Studies in Infectious Diseases |
| 1999-2003 | Department Veterans Affairs, Infectious Diseases Medical Research Advisory Group |
| 1992-1994 | Chair, NIH Study Section, Bacteriology and Mycology 2 |
| 1990-present | Multiple NIH study sections (ad hoc panels, special emphasis panels, etc) |
| 1989-2004 | Thrasher Research Fund |
| 1989-1994 | NIH Study Section, Bacteriology and Mycology 2 |
| 1987-2011 | VA Merit Review Grants |

<u>**International Review Panels**</u>
The Wellcome Trust (United Kingdom)
Medical Research Council of Canada
National Health and Medical Research Council (Australia)
Medical Research Council (United Kingdom)
Federal Ministry for Research (Germany)
US-Japan Cooperative Medical Sciences Program (Japan)
Netherlands Organization for Health Research and Development

**Selected Awards and Honors**

| | |
|---|---|
| 2020 | Office of Inclusion and Cultural Enhancement's 2020 Community Award of Excellence for Promoting Inclusion and Cultural Diversity, Jacobs School of Medicine and Biomedical Sciences |
| 2015 | Outstanding Mentor Award, UB Department of Medicine |
| 2013 | Outstanding Research Award, UB Department of Medicine |
| 2011 | SUNY Distinguished Professor |
| 2010 | Fellow, American Academy of Microbiology |
| 2010 | Dean's Award, UB School of Medicine and Biomedical Sciences |
| 2009 | Visionary Innovator Award, University at Buffalo |
| 2005 | Top 5% of reviewers Journal of Infectious Diseases |
| 2004 | University at Buffalo Distinguished Professor |
| 2002 | Outstanding Inventor Award (vaccines), State University of New York |
| 2000 | Stockton Kimball Award, UB School of Medicine and Biomedical Sciences |
| 1998 | Niagara Frontier Inventor of the Year (vaccine development) |
| 1995 | Senior International Fellowship, NIH Fogarty Institute |
| 1995 | American Society for Clinical Investigation |
| 1994 | American Federation for Clinical Research, Eastern Young Investigator Award |
| 1992 | Niagara Frontier Inventor of the Year (vaccine development) |
| 1990 | Fellow, Infectious Diseases Society of America |
| 1989 | Fellow, American College of Physicians |

## C. Contributions to Science

1. **<u>Bacterial Infection in Chronic Obstructive Pulmonary Disease (COPD):</u>** In an effort to bring clarity and rigor to understanding the role of bacterial infection in the course and pathogenesis of COPD, my colleagues and I conducted a 20-year prospective observational study of bacterial infection in COPD at the Buffalo VA Medical Center, supported by a series Merit Review grants from the Department of Veterans Affairs from 1994 to 2014 of which I was PI from 1994 - 2009. Patients visited monthly and at exacerbations and we collected clinical data, sputum and serum samples. Four selected novel observations from this study

   - A seminal observation is that the acquisition of a new strain of bacterial pathogen triggers most bacterial exacerbations of COPD (a). This paper, cited 1393 times, has resulted in a change in thinking regarding the pathogenesis of bacterial exacerbations, showing that acquisition of new strains drives exacerbations.

   - Adults with COPD are persistently colonized with nontypeable *Haemophilus influenzae* for months to years (b, cited 373 times). The prospective design of the study and analysis of sputum with molecular tools showed that sputum cultures underestimate the role of bacteria in infecting the airways in COPD.

   - *Moraxella catarrhalis* was long ignored as a COPD pathogen. In the first study that relied on prospective data and used careful microbiological techniques, we showed that *M. catarrhalis* is the second most common cause of exacerbations of COPD, causing 2 to 4 million annually in the US (c cited 373).

   - A series of papers from ours and other groups established that chronic colonization in COPD causes airway inflammation and contributes to the course and pathogenesis of COPD (d, cited 1509 times).

   a. Sethi S, Evans N, Grant BJ, **Murphy TF**. New strains of bacteria and exacerbations of chronic obstructive pulmonary disease. <u>N Engl J Med</u>. 2002 Aug 15;347(7):465-71. PMID: 12181400

b. **Murphy TF**, Brauer AL, et al. Persistent colonization by *Haemophilus influenzae* in chronic obstructive pulmonary disease. <u>Am J Respir Crit Care Med</u>. 2004 Aug 1;170(3):266-72. PMID: 15117742

c. **Murphy TF**, Brauer AL, et al. *Moraxella catarrhalis* in chronic obstructive pulmonary disease: burden of disease and immune response. <u>Am J Respir Crit Care Med</u>. 2005 Jul 15;172(2):195-9. PMCID: PMC2718466

d. Sethi S, **Murphy TF**. Infection in the pathogenesis and course of chronic obstructive pulmonary disease. <u>N Engl J Med</u>. 2008 Nov 27;359(22):2355-65. PMID: 19038881

2. **<u>Vaccine Development for Otitis Media and COPD</u>:** Otitis media exacts a huge toll on children and their families. Up to 80% of children have at least one episode of otitis media by the age of 3 years. Up to 20% of children experience recurrent otitis media, which leads to hearing loss and delays in speech and language development. Otitis media is the most common reason for children to receive antibiotics and thus contributes to driving global antibiotic resistance. There is an urgent need for a vaccine to prevent otitis media.

   For the past 30 years I have had a continuous commitment to vaccine development to prevent otitis media in children and infections in adults with COPD. The work has focused on nontypeable *H. influenzae* and *M. catarrhalis*, two of the three most common causes of otitis media. My work identified outer membrane protein P6 of nontypeable *H. influenzae*, a leading candidate vaccine antigen (a). More recently, my laboratory has identified a series of promising vaccine candidates for *M. catarrhalis* (b,c,d). All of my vaccine development work has been supported by the NIH and has resulted in 13 US patents.

   a. **Murphy TF**. Vaccines for Nontypeable *Haemophilus influenzae*: the Future is Now. <u>Clin Vaccine</u> Immunol. 2015 May;22(5):459-66. PMCID: PMC4412935

   b. **Murphy TF**, Kirkham C, et al. Sulfate-binding protein, CysP, is a candidate vaccine antigen of *Moraxella catarrhalis*. <u>Vaccine</u>. 2016 Jul 19;34(33):3855-61. PMID: 27265455

   c. **Murphy TF**, Brauer AL, et al. A Cation-binding Surface Protein as a Vaccine Antigen to Prevent *Moraxella catarrhalis* Otitis Media and Infections in Chronic Obstructive Pulmonary Disease. <u>Clin Vaccine Immunol</u>. 2017 Jun 28. pii: CVI.00130-17. PMCID: PMC5585693

   d. Perez AC, Johnson A, Chen Z, Wilding GE, Malkowski MG, **Murphy TF**. Mapping Protective Regions on a Three-Dimensional Model of the *Moraxella catarrhalis* Vaccine Antigen Oligopeptide Permease A. <u>Infect Immun</u>. 2018 Feb 20;86(3). pii: e00652-17. PMCID: PMC5820933

3. ***Haemophilus influenzae* and *Moraxella catarrhalis* as Pathogens in COPD:** In work supported by two long running R01s, which leverage samples and data from the COPD Study Clinic, my laboratory has contributed several key advances in understanding the pathogenesis and epidemiology of nontypeable *H. influenzae* and *M. catarrhalis* infection. A theme of the work has been the focus on human strains and samples because both of these bacteria are <u>exclusively human pathogens</u>:

   - We sequenced the genomes of 269 strains of *H. influenzae* isolated longitudinally from COPD study. NTHi alters its genome during persistence by regulation of critical virulence functions primarily by slipped-strand mispairing, advancing our understanding adapts to survival in human airways(a).

   - Analysis of sequential isolates of strain that persisted for 543 days in the airways of an adult with COPD revealed that the NTHi genome underwent inversion of a ~400-kb segment three times during persistence. This inversion event resulted in switching of expression two major adhesins (b).

   - A genome mining approach was used to identify a newly recognized virulence factor and vaccine candidate in nontypeable *H. influenzae*. NTHI 1441 mediates invasion of the organism into respiratory epithelial cells, contributing to persistence in human airways (c).

   - *M. catarrhalis* genomes from persistent strains led to the novel observation that the Hag/MID adhesin is important for initial colonization but its expression decreases during persistence in the airways (d).

   a. Pettigrew MM, Ahearn CP, Gent JF, Kong Y, Gallo MC, Munro JB, D'Mello A, Sethi S, Tettelin H, **Murphy TF**. *Haemophilus influenzae* genome evolution during persistence in the human airways in COPD <u>Proc Natl Acad Sci USA</u>. 2018 Apr 3;115(14):E3256-E3265. PMCID: PMC5889651

b. **Murphy TF**, Kirkham C, D'Mello A, Sethi S, Pettigrew MM, Tettelin H. Adaptation of nontypeable *Haemophilus influenzae* in human airways in COPD: Genome rearrangements and modulation of expression of HMW1 and HMW2. mBio 2023 Apr 25;14(2):e0014023. PMID: 36927061 PMCID: PMC10127715

c. Ahearn CP, Kirkham C, Chaves LD, Kong Y, Pettigrew MM, **Murphy TF.** Discovery and contribution of nontypeable *Haemophilus influenzae* NTHI1441 to human respiratory epithelial cell invasion. Infect Immun. 2019 Oct 18;87(11):e00462-19 PMCID: PMC6803334

d. **Murphy TF**, Brauer AL, et al. Persistence of *Moraxella catarrhalis* in COPD and regulation of the Hag/MID adhesin. J Infect Dis. 2019 Apr 16;219(9):1448-1455. PMCID: PMC6467191

4. **Contributions to Premier Medical Textbooks:** Through my clinical activities and research on *Haemophilus influenzae* and *Moraxella catarrhalis*, I have had the opportunity to write 36 chapters, including the most recent editions of the leading textbooks of pediatrics (a), infectious diseases (b, c) and internal medicine (d).

a. **Murphy TF** (2020) *Moraxella catarrhalis*. In: Kliegman RM, Stanton BF, St. Geme III JW, Schor NF, Behrman RE (eds) Nelson Textbook of Pediatrics 21st Edition. Philadelphia: Elsevier Saunders.

b. **Murphy TF** (2020) *Haemophilus* species (Including *H. influenzae* and Chancroid). Bennett JE, Dolin R, Blaser MJ (eds) Mandell, Douglas and Bennett's Principles and Practice of Infectious Diseases Ninth Edition.

c. **Murphy TF** (2020) *Moraxella catarrhalis, Kingella* and other gram negative cocci. Bennett JE, Dolin R Blaser MJ. Elsevier Saunders (eds) Mandell, Douglas and Bennett's Principles and Practice of Infectious Diseases Ninth Edition.

d. **Murphy TF** (2018) *Haemophilus* and *Moraxella* infections. In: Jameson JL, Kasper DL, Longo DL, Fauci AS, Hauser SL, Loscalzo J (eds) Harrison's Principles of Internal Medicine, 20th Edition. New York: McGraw-Hill Education.

**Complete List of Published Work in MyBiblography (233 papers in peer-reviewed journals):**
https://www.ncbi.nlm.nih.gov/myncbi/1d7pqQIoOt9k-/bibliography/public/

OMB No. 0925-0001 and 0925-0002 (Rev. 10/2021 Approved Through 09/30/2024)

## BIOGRAPHICAL SKETCH

NAME: Grinslade, Susan M.

eRA COMMONS USER NAME: Susan Grinslade

POSITION TITLE: Clinical Professor, Community Engagement Coordinator, SUNY University at Buffalo School of Nursing & Associate Director of University at Buffalo Community Health Equity Research Institute

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | Completion Date | FIELD OF STUDY |
|---|---|---|---|
| Barnes Hospital School of Nursing, St. Louis, MO | N/A | 12/1969 | Nursing |
| Southern Illinois University, Edwardsville, IL | BSN | 06/1972 | Nursing |
| Southern Illinois University, Edwardsville, IL | MS Ed | 06/1975 | Human Services |
| Southern Illinois University, Edwardsville, IL | MS | 06/1990 | Nursing |
| University of Illinois at Chicago, Chicago, IL | PhD | 09/2005 | Nursing Science |

## A. Personal Statement

I am qualified to be a co-investigator on this proposal, as a Clinical Professor and Community Engagement Coordinator at the University of Buffalo School of Nursing and a member of the African American Health Equity Task Force and Center, I work closely with the community in addressing and mitigating health inequities through my implementation of community-based health screenings at local African American churches through the provision of health education and promotion, assist in obtaining health insurance and referral to primary care providers.

I have been a Nurse educator with 30 plus years teaching in traditional, accelerated, and RN-BS undergraduate, master, DNP, post-masters, and Ph.D. nursing programs. Areas of teaching include medical-surgical, perioperative, critical care, community, and public health. Areas of research include diabetes self-care management, self-efficacy, social support, and metacognitive strategies to promote critical thinking. I have had a faculty practice with a 13-county Metropolitan Health District (MHD) as a Senior Public Health Nurse responsible for a Tuberculosis Program. As part of my faculty practice with the MHD, I coordinated in-depth health risk assessments for community residents who were potentially exposed to toxic waste through a grant from the Agency for Toxic Substances and Disease Registry (ATSDR). Additionally, I co-lead the implementation of a CDC Demonstration Project to increase the uptake of the influenza vaccine in South Texas. I served in the United States Naval Reserve as a Navy Nurse Corps officer in the Fleet Hospital programs. I was deployed to Desert Storm to serve in a 500-bed Fleet Hospital and oversaw post-anesthesia and critical care wards supervising CRNAs, RN, Navy Corpsman, and Marine Corps E1-E3. I have nursing education administrative experience of ten plus years. I am a public health clinical nurse specialist, and for the last 5 years, I have led an interdisciplinary Million Hearts screening program in collaboration with the Greater Buffalo United Ministry, and currently reactivating this program post-COVID-19.

I am a member of the community-based African American Health Disparity/Equity Task Force, a member of the African American Health Equity Community Center, and an Associate Director of the University at Buffalo Community Health Equity Research Center. I am recently appointed as the Community Engagement Coordinator for the University at Buffalo School of Nursing. I will use my knowledge, expertise, and leadership in using community-based participatory research (CBPR) in coordinating tasks with community partner(s), coordinating the Community Scientific Advisory Board, participating in study implementation and evaluation, and attending regular university and community meetings to discuss project progress.

**Ongoing and recently completed projects that I would like to highlight include:**

Award Number: COVID-2020C2-11158
Person-Centered Outcomes Research Institute (PCORI)
PI: Chang, Yu-Ping
11/01/20-Present
Comparing Two Ways to Mitigate the Impact of the COVID-19 Pandemic on Mental Health among Adults from Underserved and Racial Minority Communities

Awarded- awaiting award number
Environmental Protection Agency (EPA)
PI: Yoo, Eun-Hye
11/1/22-10/31/25
Improving air quality monitoring for Buffalo African-American Community

Award Number: HS023672001A1
Agency for Healthcare Research and Quality (AHRQ)
PI: Martin, Stan
09/30/19-09/29/20
REACH (Racial and Ethnic Approaches to Community Health)

## B. Positions, Scientific Appointments, and Honors

### Positions and Scientific Appointments

| | |
|---|---|
| 2019 – Present | Clinical Professor, Associate Director Community Health Equity Research Institute, Community Engagement Coordinator School of Nursing |
| 2017 – 2019 | Clinical Professor, University at Buffalo School of Nursing, Member of the African American Health Equity Task Force. |
| 2009 - 2017 | Clinical Professor and Undergraduate Department Chair, University at Buffalo School of Nursing, Buffalo, NY |
| 2006 - 2009 | Baccalaureate Program Director, University of Texas Medical Branch School of Nursing, Galveston, TX |
| 2000 - 2006 | Assistant Professor, University of Texas Health Science Center at San Antonio, Chronic Nursing Care Department, San Antonio, TX. Public Health Clinical Specialist Metropolitan County Health Department, San Antonio, TX. |
| 1997 - 2001 | Research Assistant/Project Director, University of Illinois, College of Nursing, Chicago, IL |
| 1978 - 2000 | Instructor, Assistant Director, Associate Professor, Jewish Hospital School/College of Nursing, St. Louis, MO |
| 1972 - 1978 | Clinical Nursing Instructor, Lutheran Medical Center, St. Louis, MO |

### Honors

| | |
|---|---|
| 2023 | Selected for Induction as a Fellow American Academy of Nursing, October 2023. |
| 2023 | Clinical Scholar Award, SUNY, University at Buffalo, School of Nursing |
| 2019 | Distinguished Alumni Award, Goldfarb School of Nursing, Barnes – Jewish College, St. Louis, MO |
| 2016 | Teaching Innovation Award, SUNY, University at Buffalo, School of Nursing |
| 2015 | Faculty Mentoring Award, SUNY, University at Buffalo, School of Nursing |
| 2002 | Army Nurse Corps Scholars Grant Award, UTHSCSA School of Nursing, San Antonio, TX |
| 1998 | Edna Malen Scholarship Award, Barnes – Jewish Hospital, St. Louis, MO |

## C. Contributions to Science

1. My early publications were directly related to my role in clinical practice as a certified diabetes educator (CDE) in a health care center hospital and as a CDE in a Federally Qualified Community Health Center. As a CDE I was challenged by the self-care management issues experienced by patients and providers. This led to my exploration of health behavior theories and their impact on self-care, which ultimately led me to pursue my second master's degree and Ph.D. My earliest publication was driven by a lack of knowledge of

medical-surgical nurses related to caring for patients with ketoacidosis. My role in the preparation of this manuscript was expert clinician related to diabetes management as a CDE.

   a. **Grinslade MS**, Buck EA. Diabetic ketoacidosis: Implications for the medical-surgical nurse. Medsurg Nurse. 1999 Feb;8(1):37-45. PMID: 10232211.

2. In addition to the contribution described above, subsequent publications were directly related to my academic work while a doctoral student at the University of Illinois Chicago, where in addition to my role as a student, I was a teaching assistant in the Nursing Measurement Course.  In this role, I was responsible for developing and grading assignments to improve students' understanding of psychometrics and measurement issues in research and subsequently serving in a research assistant role with Dr. Kathleen Baldwin. I served as a co-investigator in these studies and co-author, primarily guiding data management and analysis.

   a. Baer LC, Baldwin KA, Sisk RJ, Watts P, **Grinslade MS**, Brockschmidt B, Dinger MK, Marion LN, McCubbin J. Development of an instrument to measure community acceptance of nurse practitioners and physician assistants. J Nurs Meas. 1999 Spring;7(1):63-77. PMID: 10394775.

   b. Baldwin KA, **Grinslade MS**, Baer LC, Watts P, Dinger MK, McCubbin J. Higher-order factor analysis of an instrument with dichotomous data. Res Nurs Health. 2005 Oct;28(5):431-40. PMID: 16163680.

3. Throughout my doctoral education, I continued to focus on diabetes self-care management challenges for individuals with Type 2 diabetes.  Informed by my clinical practice, continuing work as a research assistant, and growing interest in measurement and statistics, my dissertation focused on developing theory-driven research instruments to measure concepts related to self-care management of women with Type 2 diabetes including self-efficacy and social support. Guided by the work of current diabetes expert Russell Glasgow on diabetes self-care management and mentored by Dr. Bandura, I developed a diabetes self-efficacy scale. This product of my dissertation resulted in the publication below.

   a. **Grinslade MS**, Paper B, Jing H, Quinn L. Development and psychometric evaluation of the Diabetes Self-Efficacy Scale. J Nurs Meas. 2015;23(1):40-56. PMID: 25985494.

4. The publications below were collaborative research studies and/or projects related to my nursing educator role with undergraduate and graduate nursing students, community health interests, and clinical practice issues related to the Scope of Nursing Practice. My role in the Davilla, et al., (2008) study and publication was as C0-I responsible for facilitating community engagement, study design, methods, data management, and analysis. This study evolved from the increase in HIV-positive diagnoses in a particularly vulnerable female population of Latinx women who were non-English speaking and had limited access to health care services. My role in the Suwanpasu, et al., systematic review and publication was as faculty advisor, clinical practitioner, and co-author. The study and publication by Raines, et al., (2016) evolved from increasing health costs related to increased hospital length of stay secondary to nosocomial infections, inpatient falls, and medico nursing errors, and cost in health care. It was proposed that these costs could be reduced if the bedside nurse was provided additional education in components of health care quality and safety.  My role in this study included teaching a course on quality and safety for RN-BS students, co-PI on the study design, data management, analysis, and publication.  As technology and clinical interventions have evolved the role and scope of nursing practice have been impacted in multiple practice settings.  This has been increasingly evident in the Emergency Room (ER).  The practice issue was the basis of the project by Castner, et al., (2013) examining the current protocols in the ER relative to the nursing scope of practice across multiple states in the United States. The outcome of this study was critical to inform changes in the nursing scope of practice and protocols that expanded the RN's role in the ER.

   a. Davila YR, Bonilla E, Gonzalez-Ramirez D, **Grinslade MS**, Villarruel AM. Pilot testing HIV and intimate partner violence prevention modules among Spanish-speaking Latinas. J Assoc Nurses AIDS Care. 2008 May-Jun;19(3):219-24. PMID: 18457763.

   b. Suwanpasu, S., **Grinslade, S.**, Wu, Yow-Wu, Porock, D. (2014). Risk factors of delirium in elderly patients with hip fracture. *Asian Biomedicine,* 8(2), 157-165.

   c. Raines D, **Grinslade MS**, Fabry D, Hewner S, Steeg L. Knowledge and Attitudes of RN-BSN Students Before and After a Patient Safety Course.  Nursing Education Perspectives. 37(6), 317-319.

d. Castner J, **Grinslade MS**, Guay J, Hettinger AZ, Seo JY, Boris L. Registered nurse scope of practice and ED complaint-specific protocols. J Emerg Nurs. 2013 Sep;39(5):467-473.e3. PMID: 23639417.

OMB No. 0925-0001 and 0925-0002 (Rev. 10/2021 Approved Through 09/30/2024)

## BIOGRAPHICAL SKETCH

NAME: Gomez, Oscar G.

eRA COMMONS USER NAME (credential, e.g., agency login): GOMEZOSCAR

POSITION TITLE: Associate Professor

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | Completion Date | FIELD OF STUDY |
|---|---|---|---|
| Universidad Nacional de Colombia, Bogotá, Colombia | MD | 04/1987 | Medicine & Surgery |
| University of Maryland, Baltimore, MD | PhD | 03/1994 | Microbiology/Immunology |
| University of Maryland, Baltimore, MD | Postdoc | 10/1994 | Vaccinology |
| Max-Plank Institute for Biology, Tuebingen, Germany | Postdoc | 11/1997 | Bacterial Pathogenesis & Vaccinology |
| Sinai Hospital of Baltimore, Baltimore, MD | Residency | 06/2004 | Pediatrics |
| University of Washington, Seattle, WA | Fellowship | 06/2006 | Pediatric Infectious Diseases |

## A. Personal Statement

My biomedical research expertise involves molecular epidemiology of childhood diarrhea affecting children in low resource settings including low- and middle-income countries. My expertise on molecular epidemiology of childhood gastroenteritis includes the identification of *E. coli* pathogens among children with diarrhea in several Latin American countries and the detection of these pathogens among food products for human consumption. These projects were directed to the implementation of cost-effective technologies in countries with limited resources to facilitate epidemiological surveillance of the most common bacterial, viral, and parasitic pathogens associated with childhood diarrhea. My collaborative studies have included investigators from Colombia, Costa Rica, Mexico, Peru, and Uruguay. Despite current knowledge about the etiology of diarrheal disease, there is limited point-of-care diagnostic to screen and diagnosed enteric pathogens in the field. To fill this gap, we designed and developed molecular-based as well as PCR-free technologies to detect diarrheal agents. Successful implementation of these techniques has yielded critical information about the epidemiology of *E. coli* intestinal pathogens among children with diarrhea in different countries and in the US.

I am a member of the Harold Amos Medical Faculty Development program, first as a scholar beginning 2009, and later as an alumnus in 2012. This program is dedicated to the career development of minorities in medical science in the US. I am also a member of the Hispanic Leadership Institute at the State University of New York (SUNY). I am committed to mentorship and career development of individuals underrepresented in health science and clinical practice. I participated as a faculty advisor for the Latino Medical Student Association at Vanderbilt University and now at SUNY Buffalo. I was also a member of the Council on Inclusion in Medicine and Science (CIMS) Executive Committee, University at Buffalo. I am also a Co-Investigator and Associate Program Lead in the University at Buffalo KL2 award, a program to support junior faculty in biomedical science. I provide mentoring and career and professional development to Scholars funded by the grant and members of the Community of Scholars that I chair. I am qualified to serve in the T35 training grant because I have extensive experience as a mentor of underrepresented biomedical science graduate students and postdoctoral trainees and as an active advocate of underrepresented minorities in medical science. As an NIH funded investigator, I have mentored in my laboratory more than 30 undergraduate and graduate students and postdoctoral research and clinical fellows. Furthermore, I am an active member of the diverse workforce in clinical and translational research. Based on the above I am committed to contribute to this grant by leading the research core program that will offer pilot research grants to a new generation of early career scholars to lead observational and

interventional research and propose health policy changes to address and eliminate health disparities. The program will offer an excellence training to scholars in translational science applied to health disparities research.

**Ongoing and recently completed projects that I would like to highlight include:**
NCATS CTSA KL2
Dubocovich (PI)
08/01/2020-03/01/2025
Clinical and Translational Science Award (KL2): Mentored Career Development Award NCATS

Sklarow Foundation, Buffalo, NY
Gomez (PI)
05/01/11-04/30/23
Lytic bacteriophages as antibiotic alternatives against multidrug resistant bacterial pathogens

NIH/NIAID 5T35AI089693-10
Murphy (PI)
07/2022 – 06/2027
Training the Next Generation of Clinician Scientists

## B. Positions, Scientific Appointments and Honors

**Positions and Scientific Appointments**
2020-2022    President of the American Society for Microbiology, Western New York Branch, Buffalo, NY
2016-2016    Associate Professor, Department of Pediatrics, Vanderbilt University School of Medicine, Nashville, TN
2016-present  Associate Professor, Department of Pediatrics, University at Buffalo, The State University of New York, Buffalo, NY
2016-present  Chief Division of Pediatric Infectious Diseases, Department of Pediatrics, University at Buffalo, The State University of New York, Buffalo, NY
2012-present  Visiting Professor, School of Medicine, University of Santander, Colombia
2011-present  Visiting Professor, Department of Biology, Universidad de Cartagena, Colombia
2011-2016    Assistant Professor, Department of Pediatrics, Vanderbilt University School of Medicine, Nashville, TN
2006-2011    Assistant Professor, Department of Pediatrics, University of Iowa College of Medicine, Iowa City, IA
2004-2006    Fellow, Pediatrics Infectious Diseases, University of Washington, Seattle, WA
1998-2001    Instructor, University of Maryland Medical School, Baltimore, MD
1995-1997    Postdoctoral Research Fellow and Director of the Animal Facility, Max Planck Institute for Biology, Tuebingen, Germany
1993-1994    Postdoctoral Research Fellow, Center for Vaccine Development, University of Maryland School of Medicine, Baltimore, MD

**Other Experience and Professional Membership**
2019        Hispanic Leadership Institute fellowship, SUNY, Albany, NY
2010        Editorial Committee, Revista de Anestesiologia Colombiana
2009-present  Member, Society for Pediatric Research
2004-present  Member, Pediatric Infectious Disease Society
2004-present  Member, Infectious Diseases Society of America
2001-present  Member, American Academy of Pediatrics

**Honors**
2020-2023    Top Doctors award, Buffalo, NY
2019        Community Service Award of Excellence for Promoting Inclusion and Cultural Diversity. Jacobs School of Medicine and Biomedical Sciences, University at Buffalo, Buffalo, NY
2004        Award for Excellence in Pediatric Basic Research, Sinai Hospital Baltimore, Baltimore, MD

## C. Contributions to Science

1. <u>Studies on CS21 pili of enterotoxigenic *E. coli*:</u> My studies of bacterial pathogenesis include the genetic and phenotypic characterization of ETEC pathogens and the role of CS21 (also designated longus) type IV pili of ETEC in gut colonization. ETEC are important causes of diarrhea in travelers and children in the developing world and also re-emerging diarrheal pathogens in the US. Our studies in Colombia indicate that ETEC is the most common *E. coli* pathotype, and the genotypic and phenotypic characterization of the Colombian isolates indicate that they are highly diverse. Despite this extensive diversity, more than 20 of the isolated ETEC strains cluster in well-defined clonal groups that share identical serotype, multiple locus sequence type, enterotoxins, and virulence genes. Virulence factors associated with ETEC diarrheal disease include fimbrial and non-fimbrial colonization factors as well as heat-labile and heat-stable enterotoxins. Our research identified and characterized the gene cluster region encoding the CS21 type IV pili, a highly prevalent ETEC colonization factor. We engineered the first site-directed mutation in the major subunit gene of CS21 and identified the first phenotype specifically associated with CS21, designated microcolony formation, which is characterized by the formation of tiny colonies on agar plates. We found that CS21-mediated microcolony formation protects bacteria against stress factors, suggesting that CS21 provides an advantage to ETEC in the gastrointestinal lumen. In addition, we reported that CS21 mediates adherence to differentiated primary pig intestinal cells and found that adherence is specific. We showed that CS21 is required for ETEC pathogenesis, as survival is significantly greater in mice infected with a CS21 ETEC mutant strain in comparison to those infected with wild-type ETEC. During my doctoral training, we identified a regulatory operon in enteropathogenic *E. coli* (EPEC) designated plasmid-encoded regulators (*per*). We are currently working on the regulation of ETEC CS21 gene expression in collaboration with Dr. Juan Xicotechatl at the Children's University Hospital in Mexico City. The *lngS* and *lngR* regulatory genes located upstream of the major subunit *lngA* are hypothesized to control the expression of CS21.

   a. *Clavijo AP*, Bai J, **Gómez-Duarte, OG**. The Longus Type IV Pilus of Enterotoxigenic *Escherichia coli* (ETEC) Mediates Bacterial Self-aggregation and Protection from Antimicrobial Agents. <u>Microbial Pathogenesis</u>. 2010 Jun;48(6):230-238. PMCID: PMC2860038

   b. Guevara C, Luis WB, Sierra A, <u>Cruz C</u>, Qadri F, Kaushik RS, **Gómez-Duarte, OG**. Enterotoxigenic *Escherichia coli* (ETEC) CS21 fimbriae affects both adhesion to human and pig intestinal cells and pathogenicity in a neonatal mouse model. <u>Microbiol</u>. 2013;159:1725-1735.

   c. Guevara C, Zhang C, Gaddy JA, Iqbal J, Guerra J, Greenberg DP, Decker MD, Carbonetti N, Starner TD, McCray PB Jr, Mooi FR, **Gómez-Duarte OG.** Highly differentiated human airway epithelial cells: a model to study host cell-parasite interactions in pertussis. Infect Dis (Lond). 2016;48(3):177-188. doi:10.3109/23744235.2015.1100323

   d. Kuhlmann FM, Martin J, Hazen TH, Vickers TJ, Pashos M, Okhuysen PC, **Gómez-Duarte OG,** Cebelinski E, Boxrud D, Del Canto F, Vidal R, Qadri F, Mitreva M, Rasko DA, Fleckenstein JM. Conservation and global distribution of non-canonical antigens in Enterotoxigenic Escherichia coli. PLoS Negl Trop Dis. 2019;13(11):e0007825. Published 2019 Nov 22. doi:10.1371/journal.pntd.0007825

2. <u>Enteric vaccines:</u> Building on my strong research interest on vaccines, I worked on the development of live-vaccine vectors using attenuated *Salmonella* as a delivery system. I conducted extensive work during my postdoctoral fellowship at the Center for Vaccine Development, University of Maryland and later or at the Max-Planck Institute, Germany. Work in this area resulted in the discovery that attenuated *Salmonella* can induce strong and specific systemic and mucosal immune responses against delivered bacterial and parasitic antigens and to protect animal models against disease by wild type bacterial challenge. The most remarkable attenuated *Salmonella* vaccines constructs included the *H. pylori* urease-expressing attenuated *Salmonella* Typhymurium vaccine capable to induce strong and specific systemic and mucosal immune responses against urease and, more importantly, capable to protect mice against gastric colonization by *H. pylori*. Also, I was able to express the fragment C of tetanus toxin in attenuated *Salmonella* which upon delivery to a mouse model resulted in strong and specific anti-tetanus toxin antibodies. The vaccine also protected mice against tetanus toxin lethal challenge. Most recently, we reported the first studies on immunogenicity of CS21, a type IV pilus of enterotoxigenic *E. coli* (ETEC). CS21 is essential for ETEC colonization and pathogenesis and it protects ETEC against environmental stress factors within the mammalian host. We evaluated CS21 purified protein in a mouse model and demonstrated that CS21 and LngA major subunit are immunogenic and that they induce strong humoral and mucosal immune responses. More importantly, we

also showed that mice immunized with CS21 plus cholera toxin adjuvant intranasally were able to protect mice from ETEC gut colonization.

    a. **Gomez-Duarte OG**, Lucas B, Yan Z, Panthel K, Haas R, Meyer, TF. Urease subunits A and B delivered by attenuated *Salmonella typhimurium* vaccine strain protects mice against gastric colonization by *Helicobacter pylori*. <u>Vaccine</u>. 1998;16:460-471.

    b. Chinchilla M, Pasetti MF, Medina-Moreno S, Wang JW, **Gómez-Duarte OG**, Stout R, Levine MM, Galen, JE. Enhanced immunity to *Plasmodium falciparum* circumsporozoite protein using *Salmonella* Typhi expressing PfCSP-encoding DNA vaccine in a heterologous prime-boost strategy. <u>Infect. Immun</u>. 2007 Aug;75(8):3769-3779. PMCID: PMC1951980.

    c. Zhang C., J. Iqbal, **O. G. Gomez-Duarte.** 2017. Murine immunization with CS21 pili or LngA major subunit of enterotoxigenic *Escherichia coli* (ETEC) elicits systemic and mucosal immune responses and inhibits ETEC gut colonization. Vet. Microbiol. 202: 90-100.

    d. 60. Zhou S, Yu KOA, Mabrouk MT, Jahagirdar D, Huang WC, Guerra JA, He X, Ortega J, Poole ST, Hall ER, **Gomez-Duarte OG**, Maciel M Jr, Lovell JF. 2023. Antibody Induction in Mice by Liposome-Displayed Recombinant Enterotoxigenic *Escherichia coli* (ETEC) Colonization Antigens. Biomed J. 14:S2319-4170(23)00025-2. doi: 10.1016/j.bj.2023.03.001.

3. <u>Molecular Epidemiology of *E. coli* childhood diarrhea:</u> Childhood diarrhea remains an important cause of morbidity and mortality in children under 5 years of age, predominately in low- and middle-income countries in Africa, Southeast Asia, and some regions in Latin America. My studies in molecular epidemiology of gastroenteritis included the identification of *E. coli* pathogens among children with diarrhea in several Latin American countries, Pakistan and also in the US. I have also conducted field studies on the detection of these pathogens among food products for human consumption. These projects employ cost-effective technologies in countries with limited resources to facilitate epidemiological surveillance of the most common bacterial, viral, and parasitic pathogens associated with childhood diarrhea. Despite current knowledge about the etiology of diarrheal disease, there is no available rapid diagnostic method to identify bacterial pathogens. To fill this gap, we designed and developed molecular-based as well as PCR-free technologies to detect diarrheal agents. Successful implementation of these techniques has yielded critical information about the epidemiology of *E. coli* intestinal pathogens among children with diarrhea in different countries. We were the first to conduct a case-control study to determine the etiology of gastrointestinal infections in children under 5 year of age in Colombia. This study not only identified that viruses are the most important cause of childhood diarrhea but it also identified novel emergent pathogens.

    a. Imdad, A F., Foster, M. A F., Iqbal, J P., Fonnesbeck, C., Payne, D. C., Zhang C P., Chappell, J.D., Halasa, N., and **Gómez-Duarte O.G.** 2018. Diarrheagenic Escherichia coli and acute gastroenteritis in children in Davidson County, Tennessee, United States: A case-control study. Ped. Infect. Dis. J. Jun 37(6):543-548. doi: 10.1097/INF.0000000000001908. Corresponding author.

    b. Guerra J. A., Zhang C., Bard J. E., Yergeau D.,Halasa N., **OG Gomez-Duarte**. 2020. Comparative Genomic Analysis of a Shiga toxin-producing Escherichia coli (STEC) O145:H25 Associated with a Severe Pediatric Case of Hemolytic Uremic Syndrome in Davidson County, Tennessee, US. BMC Genomics. In press. Corresponding author.

    c. Farfán-García A.E., Imdad A F., Zhang C P., Arias-Guerrero M. Y G., Sánchez-Álvarez N. T G., Iqbal J P., Hernández-Gamboa A. E., Slaughter J. C., C. **Gómez-Duarte O.G.** 2020. Etiology of Acute Gastroenteritis among Children less than 5 Years of Age in Bucaramanga, Colombia: a Case-Control Study. PLOS Neg. Trop. Dis. 14(6):e0008375.

    d. 56. Iqbal J., Malviya N., Gaddy J., Zhang C., Seier A., Haley K., Doster R., Farfan-Garcia A. E. and **Gómez-Duarte O. G**. C. 2022. Enteroinvasive Escherichia coli O96:H19 is an emergent biofilm-forming pathogen. J. Bact. Mar 28:e0056221. doi: 10.1128/jb.00562-21.

**Complete List of Published Work in MyBibliography:**
https://www.ncbi.nlm.nih.gov/myncbi/1TyGvgmmcFQ5k/bibliography/public/

OMB No. 0925-0001 and 0925-0002 (Rev. 10/2021 Approved Through 09/30/2024)

## BIOGRAPHICAL SKETCH

NAME: Noyes, Ekaterina I.

eRA COMMONS USER NAME: Knoyes17

POSITION TITLE:  Professor and Division Director

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | Completion Date | FIELD OF STUDY |
|---|---|---|---|
| Saratov State University, Saratov, Russia/ Middlebury College, Middlebury, VT | BS | 06/1995 | Medical Optics |
| University of Rochester, Rochester, NY | MS | 06/1997 | Biophysics |
| University of Rochester, Rochester, NY | PhD | 10/2000 | Biophysics/Neurophysiology |
| University of Rochester, Rochester, NY | MPH | 06/2002 | Clinical Investigation/Health Services Research |

## A. Personal Statement

I am Professor and Director of the Division of Health Services Policy and Practice, Department of Epidemiology and Environmental Health, in the School of Public Health and Health Professions, University at Buffalo (UB). I am also Director of Surgical Outcomes and Research (UB SOAR) Center for UB Department of Surgery where I direct a research training program in surgical outcomes. I have a broad background in health services research with expertise in health outcomes, large administrative data analytics, and economic evaluations, as well as mixed methods, team science and implementation research in healthcare. I have specialized in multidisciplinary intervention development and evaluation and have successfully led and participated in numerous interdisciplinary project teams on a variety of projects related to disparities in care access and outcomes. My research program is supported by federal and private sources including NIH, AHRQ, PCORI, and private foundations, among others, focused on reducing disparities in cancer care. I also serve as a mentor on several UB training grants aimed to provide mentored research opportunities to pre- and post-doctoral trainees and junior faculty committed to building research careers in translational and outcomes research.

Through my research, committee and administrative work, I have developed close-working relationships with the co-investigators on the project research team and community stakeholders, which will ensure team efficiency and productivity on this project. Specifically, we have built close collaborations with both rural and urban communities that experience limited access to healthcare services, such as cancer screening and treatment and obstetrics care. Our community partners have been instrumental in helping us design impactful and sustainable interventions and ensure success of implementation process to bring these solutions into a board community setting.

In my role as one of the faculty on the Investigator Development Core, I will be involved in all phases of the core development, from hiring project staff, curriculum development, to data collection and analysis, and will work closely with other team members on the program development, activities and dissemination. With my experience in community based participatory research, academic development and implementation and dissemination science, care delivery and implementation science, I am well-suited to contribute to the proposed project.

**Ongoing and recently completed projects that I would like to highlight include:**
NHLBI K12 HL138052
Canty/Singh (MPIs)
9/1/17-8/31/23 NCE
UB Clinical Scholar Program in Implementation Science to Achieve Triple Aims

AHRQ R01 HS028000
Hewner (PI)
2/1/21-1/31/2026
Implementing personalized cross-sector transitional care management to promote care continuity, reduce low value utilization, and reduce the burden of treatment for high-need, high-cost patients


## B. Positions, Scientific Appointments and Honors

### Positions and Scientific Appointments
| | |
|---|---|
| 2017-Present | Adjunct Professor of Oncology, Roswell Park Comprehensive Cancer Center, Buffalo, NY |
| 2017-Present | Director, Team Science Core, UB Clinical and Translational Science Institute (CTSI), Buffalo, NY |
| 2017-Present | Research Associate, VA Western New York Medical Center, Buffalo, NY |
| 2016-Present | Professor and Director, Division of Health Services Policy and Practice, Department of Epidemiology and Environmental Health, University at Buffalo (UB), Buffalo, NY |
| 2016-Present | Clinical Professor of Surgery and Director of Surgical Outcomes and Research (UB SOAR), Department of Surgery, Jacobs School of Medicine and Biomedical Sciences (JSMBS), UB |
| 2016-Present | Adjunct Professor, Department of Surgery, University of Rochester Medical School (URMC), Rochester, NY |
| 2015-2016 | Director of Regional Engagement and Outcomes, the Judy DiMarzo Cancer Survivorship Program, Wilmot Cancer Institute, Rochester, NY |
| 2015-2016 | Expert Team Lead, Multidisciplinary Team Science, Community and Collaborations Domain, University of Rochester's Clinical and Translational Science Institute, Rochester, NY |
| 2013-2016 | Professor, Department of Surgery, Scientific Director, Surgical Health Outcomes and Research Enterprise (SHORE), University of Rochester Medical Center, Rochester, NY |
| 2012-2016 | Professor, Department of Community and Preventive Medicine/Public Health Sciences, URMC |
| 2008-2012 | Division Chief, Health Services Research, Dept. of Community & Preventive Medicine, URMC |
| 2007-2012 | Associate Professor, Department of Community and Preventive Medicine, URMC |
| 2002-2007 | Assistant Professor, Department of Community and Preventive Medicine, URMC |
| 2000-2002 | Research Fellow, Department of Community and Preventive Medicine, URMC |

### Other Experience and Professional Membership
| | |
|---|---|
| 2021 | Grant Reviewer, Career Development (K01, K23, K99) Awards, National Institute on Minority Health and Health Disparities |
| 2021-Present | Associate Editor, Implementation Science Specialty Section, Frontiers in Health Services Journal |
| 2020-Present | Grant Reviewer, CTSI, Community Engagement/Partnership Development Seed Grant Program, UB |
| 2020 | Grant Reviewer, Dissemination and Implementation Research in Health (DIRH) Study Section, Center for Scientific Review, National Institutes of Health |
| 2019-Present | Steering Committee, New York State Cancer Consortium |
| 2018-Present | External Advisory Board Member, National Institute of Health Research Collaborations for Leadership in Applied Health Research and Care Programme, United Kingdom |
| 2016-Present | Member, American Society of Clinical Oncology |
| 2013-Present | Member, Surgical Outcomes Club |
| 2000-Present | Member, AcademyHealth (2017-2018: Senior Theme Leader/Quality & Value Interest Group) |

### Honors
| | |
|---|---|
| 2021 | Outstanding Senior Researcher of the Year, School of Public Health and Health Professions, UB |
| 2018 | Induction into Delta Omega Public Health Honorary Society, Gamma Lambda Chapter, UB |
| 2011 | Best Poster Award, International Society of Pharmacoeconomics and Outcomes Research 14th Annual European Congress, Madrid, Spain |
| 2011 | AAMC Mid-Career Women Faculty Professional Development Scholar, Austin, TX |
| 2007 | Dean's Teaching Fellowship, University of Rochester School of Medicine and Dentistry |
| 2005 | Best Short Course Presentation, Society for Medical Decision Making 27th Annual Meet, San Fran, CA |

## C. Contributions to Science

1. Patient-, Provider- and System-level Drivers of Outcomes in Oncology: The primary goals of this program of research funded by the NIH, Wilmot Cancer Institute, Zeller Corporation, American Society for Colon and Rectal Surgeons (ASCRS) and PCORI are (i) to develop a better understanding of multiple factors affecting cancer outcomes including patient socio-economic characteristics, provider teamwork and regional environment, and (ii) develop and test innovative interventions to minimize the effect of these risk factors. Our findings about the importance of teamwork culture, caregiver engagement and regional care coordination are instrumental in developing new approaches aimed to improve quality of cancer patient care and patient experience through increased use of multidisciplinary care. As a part of this line of work, we created a regional multidisciplinary network of various stakeholders invested in cancer care delivery including patients and their caregivers, public health and health insurance company administrators, oncology and primary care providers, among others. This work provided a foundation for several other studies addressing gaps in cancer care delivery and examining new strategies to close these gaps.

   a. **Noyes K,** Monson JRT, Savastano A, Rizvi I, Green J, Sevdalis N. Regional Multiteam Systems in Cancer Care Delivery. J Oncol Pract. 2016, Nov; 12(11):1059-1066. PMCID: PMC5455419

   b. Shaver AL, Cao Y, **Noyes K**. General Health Care Utilization Among Nonelderly Cancer Survivors Before and After Affordable Care Act Implementation: Early Results. JCO Oncol Pract. 2020 Jul;16(7):e581-e589. PMCID: PMC7359775

   c. Soukup T, Morbi A, Lamb BW, Gandamihardja TAK, Hogben K, **Noyes K,** Skolarus TA, Darzi A, Sevdalis N, Green JSA. A measure of case complexity for streamlining workflow in multidisciplinary tumor boards: Mixed methods development and early validation of the MeDiC tool. Cancer Medicine. 2020 Jul;9(14):5143-5154. PMCID: PMC7367630

   d. Somayaji D, Seo YS, Wilding G, **Noyes K**. A Multilevel Approach to Investigate Relationships Between Health Care Resources and Lung Cancer. Nurs Res. 2022 May 5. PMID: 35510544

2. Implementation of Multidisciplinary Healthcare Programs: The goal of this program of study funded by the NIH, AHRQ, PCORI, Roche Diagnostics International and other sources is to improve efficiency of implementation process for guideline-recommended multidisciplinary interventions in community settings and minimize disparities in health outcomes and economic burden associated with utilization of these interventions and programs. Using the principles of equity-focused implementation and designing for dissemination, we plan to further use these findings to identify the most relevant implementation strategies and examine their comparative effectiveness in reducing health disparities.

   a. Baack-Kukreja JE, Kiernan M, Schempp B, Siebert A, Hontar A, Dolan J, **Noyes K**, Dozier A, Ghazi A, Rashid HH, Wu G, Messing EM. Quality Improvement in Cystectomy Care with Enhanced Recovery (QUICCER Study). BJU Int. 2017;119(1):38-49. PMID: 27128851

   b. Lillvis DF, Willison C, **Noyes K.** Normalizing inconvenience to promote childhood vaccination: a qualitative implementation evaluation of a novel Michigan program. BMC Health Serv Res. 2020 Jul 23;20(1):683. PMCID: PMC7379806

   c. Crabtree-Ide C, Lillvis DF, Nie J, Fagnano M, Tajon RS, Tremblay P, Halterman JS, **Noyes K**. Evaluating the Financial Sustainability of the School-Based Telemedicine Asthma Management Program. Popul Health Manag. 2021 Dec;24(6):664-674. PMID: 33989067

   d. Crabtree-Ide C, Sevdalis N, Bellohusen P, Constine L, Fleming F, Holub D, Rizvi I, Rodriguez J, Shayne M, Termer N, Tomaszewski K, **Noyes K**. Strategies for improving access to cancer services in rural communities: a preimplementation study. Front Health Serv. Epub 28 Jan 2022. doi: 10.3389/frhs.2022.818519. PMCID: PMC Journal in Process.

3. Quality of Care and Value in Health Services Delivery: Guided by the Institute for Healthcare Improvement's Triple Aim and Donabedian's Framework for quality of care assessment, we used multiple sources of administrative, clinical and patient-reported data to explore the complex relationship between regional variation in clinical practices, provider experience and financial incentives, and patient selection. This line of work has been funded by the New York State Empire Clinical Research Investigator Program (ECRIP), Kaleida Health System and the NIH. Using innovative statistical techniques and non-linear methods, we seek

to discover the mechanism behind quality and safety outliers in order to propose more efficient strategies for data collection, quality monitoring, and provide reimbursement.

a. **Noyes K**, Myneni AA, Schwaitzberg SD, Hoffman AB. Quality of MBSAQIP data: bad luck, or lack of QA plan?. Surg Endosc. 2019 Jun 12. PMID: 31190225

b. Kayler LK, Nie J, **Noyes K**. Hardest-to-place kidney transplant outcomes in the United States. Am J Transplant. 2021 Nov;21(11):3663-3672. Epub 2021 Jul 20. PMID: 34212471

c. Hoffman AB, Myneni AA, Towle-Miller LM, Karim SA, Train AT, Burstein M, Schwaitzberg SD, **Noyes K.** The Early (2009–2017) Experience with Robot-Assisted Cholecystectomy in New York State. Annals of Surgery. 2021 Sep 1;274(3):e245-e252. PMID: 34397456

d. Simmonds I, Towle-Miller LM, Myneni AA, Gray J, Jordan JM, Schwaitzberg SD, Hoffman AB, **Noyes K**. Is New York State good at managing hollow viscus injury? Surg Endosc**.** 2022 Jan 7. Online ahead of print. PMID: 34997346

**Complete List of Published Work in MyBibliography:**
https://www.ncbi.nlm.nih.gov/myncbi/katia.noyes.1/bibliography/public/

OMB No. 0925-0001 and 0925-0002 (Rev. 10/2021 Approved Through 09/30/2024)

## BIOGRAPHICAL SKETCH

NAME: Orom, Heather

eRA COMMONS USER NAME (credential, e.g., agency login): ay6457

POSITION TITLE: Associate Professor

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | Completion Date | FIELD OF STUDY |
|---|---|---|---|
| Marlboro College, Marlboro, VT | BA | 05/1997 | Comparative Literature |
| University of Illinois at Chicago, Chicago, IL | MA | 05/2003 | Social/Personality Psychology |
| University of Illinois at Chicago, Chicago, IL | PHD | 12/2005 | Social/Personality Psychology |
| Wayne State University / Karmanos Cancer Institute, Detroit, MI | NIH training grant | 09/2008 | Communication and Behavioral Oncology |

## A. Personal Statement

As a Co-Investigator I will serve on the Steering Committee of the proposed NIMHD Center of Excellence in Investigator Development and Community Engagement. In this role, I will contribute to guiding the strategic priorities of the Center of Excellence and work with the Investigator Development Core to identify mentors for early career investigators on pilot studies and subsequent projects. I will also facilitate partnerships in the School of Public Health and Health Professions to support the goals of the Institute and contribute to selected initiatives of the Center, for example, conferences and workshops. Much of my research, teaching and service is focused on understanding the causes and means of eliminating health inequities. I am experienced in providing training to researchers who want to engage with community partners and conduct health equity research. For years I have taught PhD students best practices for engaging with, and recruiting participants of color and other groups underrepresented in research. I have taught a graduate-level course on health equity for over a decade and provide workshops and seminars for post-doctoral trainees on health equity.

**Ongoing and recently completed projects that I would like to highlight include:**

R01 CA0197351-02
Hay / Orom (MPIs)
8/13/2015 - 7/31/2020
Don't Know Responses to Risk Perception Questions: Identifying Mechanisms and Solutions

NSF 2200173
Surtees (PI)
9/012022-02/29/2024
PIPP Phase I: Center for Ecosystems Data Integration and Pandemic

R13TR003486
Murphy (PI)
8/2020-07/2023
Igniting Hope: Mobilizing Community Resources to Achieve Health Equity 2020

1. Holmes LC, Orom H, Lehman HK, Lampkin S, Halterman JS, Akiki V, Supernault-Sarker AA, Butler SB, Piechowski D, Sorrentino PM, Chen Z, Wilding GE. A pilot school-based health center intervention to improve asthma chronic care in high-poverty schools. J Asthma. 2022 Mar;59(3):523-535. PubMed Central PMCID: PMC8281495.

2. Hoffman AB, Myneni AA, Orom H, Schwaitzberg SD, Noyes K. Disparity in access to bariatric surgery among African-American men. Surg Endosc. 2020 Jun;34(6):2630-2637. PubMed PMID: 31385077.

3. Orom H, Sharma C, Homish GG, Underwood W 3rd, Homish DL. Racial Discrimination and Stigma Consciousness Are Associated with Higher Blood Pressure and Hypertension in Minority Men. J Racial Ethn Health Disparities. 2016 Oct 31; PubMed Central PMCID: PMC5411333.

4. Orom H. Nativity and Perceived Healthcare Quality. J Immigr Minor Health. 2016 Jun;18(3):636-643. PubMed PMID: 25957045.

## B. Positions, Scientific Appointments and Honors

### Positions and Scientific Appointments

| | |
|---|---|
| 2019 - | Associate Dean for Equity, Diversity and Inclusion, School of Public Health and Health Professions, University at Buffalo, Buffalo, NY |
| 2016 - | Assistant Dean for Equity, Diversity and Inclusion, School of Public Health and Health Professions, University at Buffalo, Buffalo, NY |
| 2015 - | Associate Professor, Community Health and Health Behavior, University at Buffalo, Buffalo, NY |
| 2009 - | Adjunct Professor, Department of Urology, Roswell Park Cancer Institute, Buffalo, NY |
| 2008 - 2015 | Assistant Professor, Community Health and Health Behavior, University at Buffalo, Buffalo, NY |
| 2008 - 2015 | Assistant Professor, Community Health and Health Behavior, University at Buffalo, Buffalo, NY |
| 2005 - 2008 | Agency for Healthcare Research and Quality Post Doctoral Research Fellow, Institute of Gerontology, Wayne State University / Karmanos Cancer Institute, Detroit, MI |
| 2005 - 2008 | Member, Communication and Behavioral Oncology Research Program, Population Studies, Karmanos Cancer Institute, Detroit, MI |
| 2000 - 2005 | Graduate Research Assistant, University of Illinois at Chicago, Chicago, NY |

### Honors

| | |
|---|---|
| 2021 | Dean's Award, University at Buffalo School of Public Health and Health Professions |
| 2017 - 2018 | Society of Behavioral Medicine Leadership Fellow, Society of Behavioral Medicine |
| 2016 - 2017 | MAC Leadership Fellow, Mid-American Conference |
| 2015 | Citation Abstract, Society of Behavioral Medicine |
| 2014 | Outstanding Junior Researcher, University at Buffalo School of Public Health and Health Professions |
| 2012 | Civic Engagement Research Dissemination Fellowship, University at Buffalo |
| 2012 | Dean's Award for Community Service, University at Buffalo School of Public Health and Health Professions |
| 2012 | Citation Abstract, Society of Behavioral Medicine |
| 2010 | Citation Abstract, Society of Behavioral Medicine |
| 2005 | University Fellowship, University of Illinois Chicago |
| 2003 | Student Travel Award, American Psychological Society |
| 2000 | University Fellowship, University of Illinois Chicago |
| 1997 | Magna Cum Laude, Marlboro College |

## C. Contributions to Science

1. Disparities in Health Care

I have helped to document that people of color have worse survival rates for many cancers and are also less likely to receive guideline cancer treatment (i.e., conforms to current clinical guidelines), compared to Whites. We have found that Black men with prostate cancer are less likely to receive definitive treatment than their White counterparts. We also report that among prostate cancer patients treated with surgery and for whom a pelvic lymph node dissection would be standard care, Black men are less likely to receive a pelvic lymph

node dissection than Whites men. In another study we found that men with lower socioeconomic status have worse quality of life after treatment for prostate cancer. I have also demonstrated that lower satisfaction with care among people of color and immigrants which has been well-documented, especially among Latinx, is in part, due to receiving less patient-centered care. Finally, colleagues and I have demonstrated gender bias in treatment recommendations for vignette patients presenting with symptoms of coronary heart disease when patients have psychological symptoms. Findings can inform practice and policy change.

a. Biddle C, Fallavollita JA, Homish GG, Orom H. Gender bias in clinical decision making emerges when patients with coronary heart disease symptoms also have psychological symptoms. Heart Lung. 2019 Jul - Aug;48(4):331-338. PubMed PMID: 30595342.

b. Orom H, Biddle C, Underwood W 3rd, Homish GG, Olsson CA. Racial or Ethnic and Socioeconomic Disparities in Prostate Cancer Survivors' Prostate-specific Quality of Life. Urology. 2018 Feb;112:132-137. PubMed Central PMCID: PMC5826752.

c. Moses KA, Orom H, Brasel A, Gaddy J, Underwood W 3rd. Racial/ethnic differences in the relative risk of receipt of specific treatment among men with prostate cancer. Urol Oncol. 2016 Sep;34(9):415.e7-415.e12. PubMed Central PMCID: PMC4996674.

d. Hayn MH, Orom H, Shavers VL, Sanda MG, Glasgow M, Mohler JL, Underwood W 3rd. Racial/ethnic differences in receipt of pelvic lymph node dissection among men with localized/regional prostate cancer. Cancer. 2011 Oct 15;117(20):4651-8. PubMed Central PMCID: PMC3505608.

2. Illness risk perceptions and health disparities

According to nearly all theories of health behavior, perceived risk or beliefs and feelings about being susceptible to getting an illness are a central motivator of protective behavior. I have developed a line of research on the role of perceived risk in cancer inequities. I have found that uncertainty about cancer risk is higher among those with lower education and health literacy, and may be higher among Black people than White people. As we have associated uncertainty about risk with lower engagement in preventive behavior, it is a potential source of health disparities. People who are uncertain about their risk have also been overlooked in the development of health risk communication interventions. We are currently trying to address this gap. In addition, my work in this area is helping to highlight the importance of uncertainty about risk may be a useful addition to theories of health behavior. In a second set of studies I have also repeatedly found that that people of color have lower perceived risk for developing cancer than White people. I have explored the underpinnings of risk appraisals in a community sample of African Americans who, like their nationally representative counterparts had relatively low perceived cancer risk. The most common spontaneously uttered attributions for low risk were: 1) avoiding stating one's risk was high because this could increase risk (cognitive causation); or 2) hoping it was low (wishful thinking). Both indicate a role for positive thinking as causal agent, a concept that is not currently integrated into most models of perceived risk and has been little studied in the empirical literature. Results of a recent qualitative exploration of perceived risk beliefs among refugees from Burma are similar. My work on racial/ethnic differences in perceived risk and the determinants of these differences is important because it helps researchers to evaluate whether current theories of health behavior are adequate descriptors of behavior change in diverse populations and provides a basis for expanding our models to render them better guides for behavior intervention in diverse populations. In our most recent work I explored prosocial risk perceptions (e.g., perceptions of risk to others) for Covid-19 and found that people of color perceived the risk of contracting the illness to be greater for others compared than did White people, and believed it is more important to protect others. Both are associated with greater engagement in prevention behaviors such as mask wearing.

a. Orom H, Allard NC, Kiviniemi MT, Hay JL, Waters EA, Schofield E, Thomas SN, Tuman M. Racial/Ethnic Differences in Prosocial Beliefs and Prevention Behavior During the COVID-19 Pandemic. J Racial Ethn Health Disparities. 2022 Oct;9(5):1807-1817. PubMed Central PMCID: PMC8405041.

b. Orom H, O'Quin KE, Reilly S, Kiviniemi MT. Perceived cancer risk and risk attributions among African-American residents of a low-income, predominantly African-American neighborhood. Ethn Health. 2015;20(6):543-56. PubMed PMID: 25145570.

   c.  Orom H, Kiviniemi MT, Shavers VL, Ross L, Underwood W 3rd. Perceived risk for breast cancer and its relationship to mammography in Blacks, Hispanics, and Whites. J Behav Med. 2013 Oct;36(5):466-76. PubMed Central PMCID: PMC3565065.

   d.  Orom H, Coté ML, González HM, Underwood W 3rd, Schwartz AG. Family history of cancer: is it an accurate indicator of cancer risk in the immigrant population?. Cancer. 2008 Jan 15;112(2):399-406. PubMed PMID: 18072272.

3.  Prostate Cancer Treatment Decision Making

Prostate cancer presents unique challenges to the over 230,000 men diagnosed with the disease every year in the U.S. I demonstrated that the decision to treat their prostate cancer can be difficult for about a third of men and have identified personality factors and beliefs that contribute to greater decision-making difficulty and distress shortly after diagnosis. The field recommends that men be highly involved in deciding how to treat their cancer as there are multiple treatment modalities and no clinical trial evidence supporting one over the other. Side effect profiles differ and most men are affected to some degree. We have found that men who are involved in the decision and knowledgeable are indeed more satisfied with their decision and less conflicted about their decision, but also find that making the decision was more difficulty. It may be that are decisional support is still inadequate to support patient-driven decision making. A major concern in prostate cancer care is discouraging over-treatment. I have shown that men who are more emotionally distressed when they are diagnosed are more likely to choose surgery over active surveillance, even if they have low risk disease. These projects confirm that we are still need to develop better ways of supporting men during prostate cancer treatment decision-making. In some cases, informational support is need, but psychosocial support could also help men make better, and possibly easier decisions.

   a.  Orom H, Underwood W 3rd, Cheng Z, Homish DL, Scott I. Relationships as Medicine: Quality of the Physician-Patient Relationship Determines Physician Influence on Treatment Recommendation Adherence. Health Serv Res. 2018 Feb;53(1):580-596. PubMed Central PMCID: PMC5785307.

   b.  Orom H, Underwood W 3rd, Biddle C. Emotional Distress Increases the Likelihood of Undergoing Surgery among Men with Localized Prostate Cancer. J Urol. 2017 Feb;197(2):350-355. PubMed Central PMCID: PMC5241229. S

   c.  Orom H, Underwood W 3rd, Homish DL, Kiviniemi MT, Homish GG, Nelson CJ, Schiffman Z. Prostate cancer survivors' beliefs about screening and treatment decision-making experiences in an era of controversy. Psychooncology. 2015 Sep;24(9):1073-9. PubMed Central PMCID: PMC5514549.

   d.  Orom H, Homish DL, Homish GG, Underwood W 3rd. Quality of physician-patient relationships is associated with the influence of physician treatment recommendations among patients with prostate cancer who chose active surveillance. Urol Oncol. 2014 May;32(4):396-402. PubMed Central PMCID: PMC4004652.

4.  Well-being Across the Prostate Cancer Survivorship Continuum

I have identified determinants of higher distress among men diagnosed with prostate cancer. As a second set of findings also indicate that early distress predicts distress later in survivorship, early intervention for those who a highly distress may be warranted. Identifying factos associated with distress will contribute to designing these interventions. We have also found that men with stronger spiritual beliefs find it easier to make the treatment decision and have less regret about their decision six months after treatment, compared to men with less strong spiritual beliefs. We have found that there are some racial-ethnic and socioeconomic disparities in quality of life after treatment, although African American men may have advantages in some domains. Results suggest that, especially low income men, could be better supported with post-treatment care, including interventions for erectile dysfunction. Finally, we have found that emotional distress and physical quality of life after treatment are reciprocally related. This work is important because it further underlines the potential roles of psycho-social care, adequate treatment of side effects, and possibly, the role spiritual care in improving prostate cancer survivorship.

   a.  Orom H, Biddle C, Underwood W 3rd, Nelson CJ. Worse Urinary, Sexual and Bowel Function Cause Emotional Distress and Vice Versa in Men Treated for Prostate Cancer. J Urol. 2018 Jun;199(6):1464-1469. PubMed Central PMCID: PMC7197257.

b.  Orom H, Biddle C, Underwood W 3rd, Homish GG, Olsson CA. Racial or Ethnic and Socioeconomic Disparities in Prostate Cancer Survivors' Prostate-specific Quality of Life. Urology. 2018 Feb;112:132-137. PubMed Central PMCID: PMC5826752.

c.  Orom H, Biddle C, Underwood W 3rd, Nelson CJ, Homish DL. What Is a "Good" Treatment Decision? Decisional Control, Knowledge, Treatment Decision Making, and Quality of Life in Men with Clinically Localized Prostate Cancer. Med Decis Making. 2016 Aug;36(6):714-25. PubMed Central PMCID: PMC4930707.

d.  Orom H, Nelson CJ, Underwood W 3rd, Homish DL, Kapoor DA. Factors associated with emotional distress in newly diagnosed prostate cancer patients. Psychooncology. 2015 Nov;24(11):1416-22. PubMed Central PMCID: PMC5549449.

**Complete List of Published Work in MyBibliography:**
https://www.ncbi.nlm.nih.gov/myncbi/heather.orom.1/bibliography/public/

OMB No. 0925-0001 and 0925-0002 (Rev. 10/2021 Approved Through 09/30/2024)

**BIOGRAPHICAL SKETCH**

NAME: Pointer, Kinzer M.

eRA COMMONS USER NAME: KINZERPO

POSITION TITLE: Pastor

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | Completion Date | FIELD OF STUDY |
|---|---|---|---|
| Canisius College, Buffalo, NY | BA | 05/1985 | History Education and Political Science |
| Rochester Center for Theological and Biblical Studies | BCM | 11/2019 | Christian Ministry |
| | MTh | 05/2021 | Master of Theology |
| | DMin(ABD) | 05/2024 | Doctor of Ministry |

## A. Personal Statement

I am the Pastor of Agape Fellowship Baptist Church, Liberty Missionary Baptist Church, Chairman of the Board Managers of Millennium Collaborative Care, Chairman of the Erie County Poverty Commission, Board Chair of the Greater Buffalo United Ministries and Board Secretary of Child Care Resource Network, Board Member of the Erie County Medical Center Corporation, President and CEO of African Heritage Food Co-Op.

I am the convener of the Concerned Clergy Coalition of Western New York. I am a co-convener of the African American Health Equity Task Force and the Buffalo Center of Health Equity. I am a Board member of the University at Buffalo Community Health Equity Research Institute, as well as a member of the Community Advisory Board of the SUNY at Buffalo CTSI. I have spent the last 10 years working in multiple ways to eradicate the social determinants of health in the Black and Brown communities of the Greater Buffalo region. I have joined the Board of Trustees for Erie County Medical Center. I am the President and CEO of the African Heritage Food Co-Op. I am committed to continuing these works towards completion!

In this proposed Center of Excellence, I am thrilled to work with Dr. Timothy Murphy and others to ensure that we begin earnestly to prepare a new generation of Scientific Investigators who will focus on our ability to improve health outcomes and work to the goal of eradicating health disparities, especially those impacted by the social determinants of health driven by race-based policies and practices. In my role here, I will collaborate with my colleagues and the community, we will recruit and train, with the assistance of the community and scientific investigators who will become competent in working in and alongside the Community.

## B. Positions, Scientific Appointments and Honors

**Positions and Scientific Appointments**
2023 Present  President and CEO, African Heritage Food Co-Op
2019-Present  Pastor, Liberty Missionary Baptist Church
2019-Present  Board Member, SUNY @ Buffalo Community Health Equity Research Institute
2017-Present  Adjunct Faculty, Jacobs School of Medicine and Biomedical Sciences
2014-Present  President and CEO, Greater Buffalo United Ministries, LLC  (founder)
2010-Present  Pastor, Agape Fellowship Baptist Church
2007-2013    Coordinator of Parent and Community Services, Enterprise Charter School of Buffalo
2004-2011    Coordinator, Enterprise Charter School
2000-2008    President, District Parent Coordinating Council of the Buffalo Public Schools
1989-1995    Protestant Chaplain, Erie County Correctional Facility

**Other Experience and Professional Membership**

2014-Present  Concerned Clergy Coalition of Western New York (founding member)
2007-2011     Member, Board of Education, City of Buffalo Public School District
2004-2007     Board of Trustees, Western New York Maritime Charter School
2002-2013     Board Member, Project Flight, Inc

## C. Contributions to Science

N/A

**Complete List of Published Work in MyBibliography:** N/A

OMB No. 0925-0001 and 0925-0002 (Rev. 10/2021 Approved Through 09/30/2024)

**BIOGRAPHICAL SKETCH**

NAME: Silverman, Robert Mark

eRA COMMONS USER NAME: SILVERMAN35

POSITION TITLE: Professor of Urban and Regional Planning

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | Completion Date | FIELD OF STUDY |
|---|---|---|---|
| Arizona State University, Tempe, AZ | BS | 05/1989 | Political Science |
| Arizona State University, Tempe, AZ | MPA | 12/1991 | Public Administration |
| University of Wisconsin, Milwaukee, WI | PHD | 05/2007 | Urban Studies |

## A. Personal Statement

I am a Professor of Urban Planning. My research focuses on affordable housing, neighborhood planning, and community development policies. I have broad background in urban studies topics with an emphasis on social equity and citizen participation in the planning process. My research applies mixed methods, and I have expertise in qualitative and community-based policy research. I am the co-author of one of the only textbooks with a specific focus on qualitative research methods for community development. An undergirding theme of that textbook is the incorporation of participatory research techniques across qualitative research design. I have built foundational skills for the proposed project as a PI and co-investigator on several extramural grants that have incorporated community-based research methods. Past projects I have worked on will inform the proposed project. They include: "Turning the Corner" (co-investigator) funded by the Ralph Wilson, Jr. Foundation; "Analysis of Impediments for Fair Housing Choice" (co-investigator) funded by the Erie County Urban County Consortium; "University at Buffalo Neighborhood Transformation Community Outreach Partnership Center (UBNT-COPC)," (co-investigator) funded by United Stated Department of Housing and Urban Development (HUD); and the "Housing Service Agency Structural Definition Report," (PI) funded by the Buffalo Branch of the Federal Reserve Bank of New York. Each of these projects involved collaborative research with community stakeholders and other methods. In summary, I have the training, expertise, and experience working with research teams, and the motivation necessary to successfully carry out the proposed research project.

**Ongoing and recently completed projects that I would like to highlight include:**
Baldy Center Small Grant, The Baldy Center for Law and Social Policy, University at Buffalo
Silverman (PI)
06/01/21-12/31/22
Some public housing authorities (PHAs) get it right: successful implementation of the U.S. Department of Housing and Urban Development's (HUD's) small area fair market rent (SAFMR) rule

Baldy Center Small Grant, The Baldy Center for Law and Social Policy, University at Buffalo
Silverman (PI)
06/01/19-5/31/20
Who lives in the worst government subsidized housing?: A demographic analysis of residential patterns in U.S. Department of Housing and Urban Development (HUD) properties

Research Grant, Poverty Race & Research Action Council (PRRAC)
Patterson (PI)
08/01/18-07/31/19
Small area fair market rents (SAFMRs): Best practices and the scope of institutional and community support for their expansion

## Citations:

a. Patterson KL, Santiago AM, **Silverman RM.** The enduring backlash against racial justice in the United States: Mobilizing strategies for institutional change. Journal of Community Practice. 29(4): 334-344.

b. **Silverman RM**, Patterson KL. Qualitative research methods for community development. 2nd Edition. New York: Routledge.

c. **Silverman RM**, Taylor HL Jr, Crawford CG. The role of citizen participation and action research principles in Main Street revitalization: An analysis of a local planning project. Action Research. 6(1): 69-93.

d. **Silverman, R.M.**, Taylor, H.T., Yin, L., Miller, C. and Buggs, P. Are we still going through the *empty ritual of participation*?: Inner-city residents' and other grassroots stakeholders' perceptions of public input and neighborhood revitalization in Buffalo, NY. Critical Sociology, 46(3): 413-428.

## B. Positions, Scientific Appointments and Honors

**Positions and Scientific Appointments**

| | |
|---|---|
| 2021-Present | Affiliated Faculty, University at Buffalo Center for Cannabis and |
| 2014-Present | Professor, Department of Urban and Regional Planning, University at Buffalo Cannabinoid Research (CeCaR), University at Buffalo |
| 2021-2022 | National Science Foundation, Advisory Panel for the Build and Broaden: Enhancing Social, Behavioral and Economic Science Research and Capacity at Minority-Serving Institutions Research Grant Program |
| 2017-2018 | Urban Affairs Association, Governing Board Chair |
| 2015-2017 | Urban Affairs Association, Governing Board Vice Chair |
| 2019-Present | Editorial Board, Journal of Policy Practice and Research |
| 2018-Present | Editorial Board, Journal of Community Practice |
| 2012-2018 | Urban Affairs Association, Governing Board |
| 2005-2013 | Editorial Board, Community Development: Journal of the Community Development Society |
| 2005-Present | Editorial Board, Critical Sociology |
| 2003-Present | Senior Research Fellow, Center for Urban Studies, University at Buffalo |
| 2003-2013 | Associate Professor, Department of Urban and Regional Planning, University at Buffalo |
| 2003 | Associate Professor, Department of Sociology, Wayne State University |
| 2000-2003 | Assistant Professor, Department of Sociology, Wayne State University |
| 1998-2000 | Assistant Professor, Department of Urban and Regional Planning, Jackson State University |

**Honors**

| | |
|---|---|
| 2014 | Article of the Year Award, Leadership and Policy in Schools, "Urban, suburban and rural contexts of school districts and neighborhood revitalization strategies: Rediscovering equity in education policy and urban planning." |
| 2012 | Emerald Literati Network, Highly Commended Article Award, International Journal of Public Sector Management, "The effects of perceived funding trends on nonprofit advocacy: A national survey of nonprofit advocacy organizations in the United States." |
| 2009 | Scott Greer Award for Postgraduate Achievement in the Study of Urban Social Institutions, University of Wisconsin, Milwaukee. |
| 1992 | Outstanding Graduate, College of Public Programs, Arizona State University |

## C. Contributions to Science

1. A substantial portion of my early publications focused on empirically analyzing the public participation process in urban communities. This research was based on qualitative analysis done in Jackson, MS, Detroit, MI, Buffalo, NY and other cities. It focused on participatory processes used by local government, nonprofit organizations, and grassroots advocacy groups. This body of work was used to inform the development of theory on public participation and advocacy.

a. **Silverman RM.** Citizens' district councils in Detroit: The promise and limits of using planning advisory boards to promote citizen participation. National Civic Review. 92(4): 3-13.

b. **Silverman RM.** Progressive reform, gender, and institutional structure: A critical analysis of citizen participation in Detroit's community development corporations (CDCs). Urban Studies. 40(13): 2731-2750.

c. **Silverman RM.** Caught in the middle: Community development corporations (CDCs) and the conflict between grassroots and instrumental forms of citizen participation. Community Development. 36(2): 35-51.

d. **Silverman RM**. Sandwiched between patronage and bureaucracy: The plight of citizen participation in community-based housing organizations (CBHOs). Urban Studies. 46(1): 3-25.

2. A related stream of my work has focused on the relationship between institutions engaged in the urban development process and their impacts on minority communities. In particular, this research has examined the impacts of neighborhood revitalization processes on patterns of residential displacement and efforts to promote equitable development.

a. Belongie N, **Silverman RM.** Model CBAs and Community Benefits Ordinances as Tools for Negotiating Equitable Development: Three Critical Cases. Journal of Community Practice. 26(3): 308-327.

b. **Silverman, RM.** CDCs and charitable organizations in the urban South: Mobilizing social capital based on race and religion for neighborhood revitalization. Journal of Contemporary Ethnography. 30(2): 240-268.

c. **Silverman RM**, Lewis J, Patterson KL. William Worthy's concept of 'institutional rape' revisited: Anchor institutions and residential displacement in Buffalo, NY. Humanity & Society. 38(2): 158-181.

d. **Silverman RM**, Taylor H, Yin L, Miller C, Buggs P. There Goes Our Family Friendly Neighborhood: Residents' Perceptions of Institutionally Driven Inner-City Revitalization in Buffalo, NY. Journal of Community Practice. 27(2): 168-187.

3. My research has also empirically examined affordable housing policy and patterns of disinvestment in urban neighborhoods. This work has focused on questions of spatial equity in terms of investment in inner city neighborhoods and residential mobility.

a. Patterson KL, **Silverman RM**, Wang C. It's not always sunny in San Diego for Housing Choice Voucher (HCV) holders: The reproduction of racial and socioeconomic segregation under the Choice Communities Initiative. Journal of Policy Practice and Research. 2(2): 76-89.

b. **Silverman RM**, Yin L, Patterson KL. Dawn of the dead city: An exploratory analysis of vacant addresses in Buffalo, NY 2008-2010. Journal of Urban Affairs. 35(2):131-152.

c. **Silverman RM**, Patterson KL, Yin L, Ranahan M, Wu L. Affordable housing in US shrinking cities: From neighborhoods of despair to neighborhoods of opportunity?. Bristol: Policy Press.

d. Yin L, Yin F, **Silverman RM.** Spatial clustering of property abandonment a in shrinking cities: A case study of targeted demolition in Buffalo, NYs African American neighborhoods. Urban Geography, Online First.

**Complete List of Published Work in MyBibliography:**

https://www.ncbi.nlm.nih.gov/myncbi/robert.silverman.2/bibliography/public/

OMB No. 0925-0001 and 0925-0002 (Rev. 10/2021 Approved Through 09/30/2024)

## BIOGRAPHICAL SKETCH

NAME: St. Vil, Christopher

eRA COMMONS USER NAME: CSTVIL

POSITION TITLE: Assistant Professor

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | Completion Date | FIELD OF STUDY |
|---|---|---|---|
| State College, Buffalo, NY | BSW | 2000 | Social Work |
| State University of New York at Stony Brook, Stony Brook, New York | MSW | 2002 | Social Work |
| Howard University, Washington, DC | PHD | 2012 | Social Work |
| University of Maryland, College Park | Post Doc | 2015 | African American Studies |

## A.  Personal Statement

My background is in social work with specific training in both quantitative and qualitative methods as well as evaluation. My research broadly focuses on masculinity with an emphasis on black males from marginalized neighborhoods who have experienced violent victimization. My specific research interests include victimization, mentoring, and evaluation design with the ultimate goal of informing interventions that promote the health of black males in the U.S. These experiences have positioned me as a researcher that specializes in data collection procedures with black and brown men. My evaluation research, most pertinent to this application, has led me to have extensive experience interviewing black males and informing interventions that improve their outcomes. For example, I have served as the principal investigator or co-investigator on several studies that attest to this. My focus group work with black men in organizations of faith has led to culturally specific approaches to address domestic violence within black churches in Washington, DC (Bent-Goodley, Henderson, Youmans, & St. Vil, 2015). During my post-doctoral training, I served as the co-investigator of a longitudinal ethnographic study that explored correlates of victimization among black men who experienced violent injury. That research led to a number of publications, one of which that led to suggestions for how researchers could engage black males in research within a hospital setting (St. Vil, Richardson, & Cooper, 2018). Also, I have successfully evaluated a mentoring program through qualitative interviews with black males that have informed a body of work with regard to engaging educationally disconnected young males (St. Vil & Angel, 2018). My research and experience at the intersection of masculinity (male help-seeking) and victimization have informed my expertise in the area of recruiting, retaining and successfully engaging black men and their families in community-based research.  These experiences make me well suited to contribute to the development of researchers in conducting community-based research in marginalized Black communities.

**<u>Ongoing and recently completed projects that I would like to highlight include:</u>**
15POVC-22-GK-01799-NONF
Victim of Crime Act Administrators (VOCA)
St. Vil (PI)
10/1/21-9/30/22
Facilitating Organizational Change at SNUG Buffalo

2017-SMSV-006
Office of Victim Service and Justice Grants (OVSJG)
St. Vil (PI)
10/1/17-9/30/20
Supporting Male Survivors of Violence

3R21MD013486-01S1
National Institute on Minority Health and Health Disparities
Megan Moore (PI)
4/1/19-12/31/2020
Achieving Injury-related Health Equity in the National Trauma Healthcare System

## B. Positions, Scientific Appointments, and Honors

### Positions and Scientific Appointments

| | |
|---|---|
| 2015- | Assistant Professor, University at Buffalo (SUNY) School of Social Work |
| 2013-2015 | Co-Investigator, University of Maryland, Dept. of AAS |
| 2010-2012 | Research Analyst, Westat Research Corporation |
| 2010-2011 | Research Assistant, University of Maryland, Dept. of AAS |
| 2006-2008 | Research Assistant, Casey Family Programs |
| 2006 | Research Assistant, Howard University School of Social Work |
| 2005 | Research Assistant, Howard University School of Social Work |
| 2005 | Research Assistant, Council of the District of Columbia |

### Other Experience and Professional Memberships

| | |
|---|---|
| 2016 | Social Work |
| 2015- | Institute for Community Health Promotion Fellow (SUNY Buffalo State) |
| 2014- | American Evaluation Association |
| 2010 | Culturally Responsive Evaluation Association |

## C. Contributions to Science

1. Interventions to reduce interpersonal violence. My research focuses broadly on masculinity with an emphasis on marginalized black males. As a result, my publications tend to focus on solutions and interventions to issues that plague black males as a demographic group. One issue that plagues black males is their environmental contexts. As a result of living in dangerous environments, young black males are often exposed to parenting strategies and environmental stimuli that are unique to their experience and increase the likelihood for negative outcomes. The following publications discuss the parenting strategies that some male youth contend with, including being brought to law enforcement as an intervention strategy by their parents or experiencing exile. I have also used ethnographic methods to understand why some delinquent black male youth choose to maintain distal relationships with neighborhood peers. We found that maintaining these relationships is a safety strategy for these youth, known as "rolling dolo," rather than a friendship characterized by mutual trust, obligation, and reciprocity. Finally, I have participated in efforts to understand the relationship of income inequality and racial segregation with fatal interactions with police.

   a. Richardson JB Jr, Van Brakle M, **St Vil C**. Taking boys out of the hood: exile as a parenting strategy for African American male youth. New Dir Child Adolesc Dev. 2014 Mar;2014(143):11-31. PMID: 24677646.

   b. Richardson JB Jr, Johnson W, **St Vil C**. I want him locked up: Juvenile confinement as a parenting strategy for pre-delinquent African-American male youth. Journal of Contemporary Ethnography, 43(4), 488-522.

   c. Richardson JB Jr, **St Vil C**. Rolling dolo: Desistance from delinquency and negative peer relationships over the early adolescent life course. Ethnography.

   d. Johnson O Jr, **St Vil C**, Gilbert KL, Goodman M, Johnson CA. How neighborhoods matter in fatal interactions between police and men of color. Soc Sci Med. 2019 Jan;220:226-235. PMID: 30472515.

2. Violent trauma recidivism. My research of victimization focuses on trauma recidivism, which refers to multiple episodes of emergency room or trauma center visits as a result of violent injury. One method to reduce the likelihood of violent victimization is to engage them in the emergency room during the "Golden hour," when they may be more susceptible to receiving help to avoid a subsequent victimization. This interest has naturally led me to the evaluation of hospital-based violence intervention programs and to a research agenda that seeks to identify mediators and moderators of violent victimization among men of color. While some of

my publications identified above seek to reduce the likelihood of victimization among men of color, they do so within the community context. From this work, I have published on valuable lessons in recruiting and maintaining contact with black male participants in research, including using innovative methods such as social media to follow-up with participants.

a. Richardson JB, **St Vil C**, Sharpe T, Wagner M, Cooper C. Risk factors for recurrent violent injury among black men. <u>J Surg Res</u>. 2016 Jul;204(1):261-6. PMID: 27451895.

b. **St Vil C**, Richardson J, Cooper C. Methodological Considerations for Research With Black Male Victims of Violent Injury in an Urban Trauma Unit. <u>Violence Vict</u>. 2018 Apr 1;33(2):383-396. PMID: 29609682.

c. **St Vil C**, Hall EC, Sheppard M, Williams M. Testing the efficacy of a hospital-based violence intervention programme: protocol and design. <u>Inj Prev</u>. 2020 Dec 16:injuryprev-2020-044026. PMID: 33328172.

d. Njus MM, **St Vil C**, Sheppard M, Hall EC. Hospital-Based Violence Intervention Programs: An Essential Relief System in the COVID-19 Pandemic. <u>J Am Coll Surg</u>. 2021 Nov;233(5):S296. PMCID: PMC8531702.

**Complete List of Published Work in MyBibliography:**
https://www.ncbi.nlm.nih.gov/sites/myncbi/14mtOY5bZmlwEy/bibliography/58202764/public/?sort=date&direction=ascending.

OMB No. 0925-0001 and 0925-0002 (Rev. 10/2021 Approved Through 09/30/2024)

## BIOGRAPHICAL SKETCH

NAME: Taylor, Henry, L., Jr.

eRA COMMONS USER NAME: HLTAYLOR

POSITION TITLE: Director (University at Buffalo Center for Urban Studies) and Professor (U.B. Department of Urban and Regional Planning)

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | Completion Date | FIELD OF STUDY |
|---|---|---|---|
| SUNY Buffalo, Buffalo, NY | Ph.D. | 05/1979 | Urban History |
| SUNY Buffalo, Buffalo, NY | M.A. | 05/1973 | Urban History |
| University of Tennessee, Knoxville, TN | M.A. | 05/1966 | Clinical Audiology |
| Tennessee A&I State University, Nashville, TN | B.S. | 05/1965 | Speech Pathology and Audiology |

## A. Personal Statement

I am a historian and urban planner with a health science background. I have a B.A. and M.A. in clinical audiology and directed an audiology clinic for three years. My current research focuses on the relationship between city building and health outcomes in urban neighborhoods, particularly marginalized, underdeveloped neighborhoods of color. My research seeks to understand how the interplay among the urbanization process, structural racism, and the economy produce underdeveloped neighborhoods where substandard housing, under-resourced schools, unkept sidewalks, polluted environments, and other adverse social determinants cause undesirable health outcomes and delimit the life chances of its residents. This research aims to build a bridge between the health sciences and urban planning, which facilitates the development of innovative intervention strategies to improve health outcomes among Blacks and other people of color. To deepen my understanding of the causal relationship between adverse health outcomes and the built environment, I am studying the link between the residential segregation process and health outcomes, the connection between substandard housing and undesirable health outcomes in Buffalo, and the causal link between gun violence and the social determinants of health in New York State.

Over the years, I have been engaged in numerous participatory neighborhood planning projects in Buffalo, New York, and elsewhere. As a member of the Jacobs School of Medicine's Medical Education and Educational Research Institute and Associate Director of the Community Health Equity Research Institute, I developed a course with others on health and the neighborhood to deepen understanding of the relationship between the social determinants of health and adverse health outcomes in the Black community. I am also working with the Jacobs faculty on an anti-racist four-year medical curriculum and have conducted an annual 5-week workshop, sponsored by the  Clinical and Translational Science Institute, on competencies in health equity that over 500 health practitioners attended. Additionally, I have worked with young scholars interested in the social determinants of health. The current application builds on my knowledge base and unique experiences. I will play a key role in training the next generation of health equity researchers by helping to deepen their understanding of marginalized, underdeveloped neighborhoods, developing interdisciplinary community participatory research teams, and aiding in outreach and building the community research infrastructure of neighborhoods. I will participate in building a bridge between health equity researchers and communities of color.  The following four publications highlight my experience and qualifications for this project.

   a.  Taylor, H.L., Jr. (2021).  Region Central:  Residential Segregation, Housing Inequity, and Neighborhood Inequality.  A Report to the Stantec Consultant Services. June. 1- 45.

b. Taylor, H.L., Jr. (2021). The Harder We Run: The State of Black Buffalo in 1990 and the Present. A Report to the Buffalo Center for Health Equity. September. 1- 85.

c. Taylor, H.L., Jr. (2020). Disrupting market-based predatory Development: Race, class, and the underdevelopment of Black neighborhoods in the U.S. Journal of Race, Ethnicity and the City. DOI10.1080/26884674.2020.1798204.

d. Luter, Gavin, Taylor, H.L., Jr. (2020). Building the Neighborly Community in the Age of Trump: Toward a University-Community Engagement Movement 3.0 in Robert Kronick (Ed.). Emerging Perspectives on Community Schools and Engaged Universities. IGI Global.

## B.  Positions, Scientific Appointments and Honors

### Positions and Scientific Appointments

| | |
|---|---|
| 2020-Present | Associate Director, Community Health Equity and Research Institute, University at Buffalo |
| 1996-Present | Professor, Department of Urban and Regional Planning, University at Buffalo |
| 1987-1996 | Associate Professor, Department of American Studies, University at Buffalo |
| 1987-Present | Director, Center for Urban Studies |
| 1980-1987 | Assistant Professor, Departments of History and Black Studies, The Ohio State University |
| 1976-1979 | Director of Learning Resource and Minority Recruitment, the University of Cincinnati Medical School |
| 1974-1976 | Director of Employee's Developmental Educational Program, University of Cincinnati, |
| 1968-1970 | Instructor, Speech and Audiology, Hampton Institute |
| 1967-1968 | Director of Clinical Audiology, Hampton Roads Speech and Hearing Clinic, Newport News, Virginia |

### Other Experience and Professional Memberships

| | |
|---|---|
| 2022-2023 | New York State 400 Years of African American History Commission |
| 2018-2023 | President, Board of Directors, King Urban Life Center |
| 2015-2023 | Erie County Poverty Committee |
| 2010-2023 | Board of Editors, Universities and Community Schools |
| 2000-2023 | American Collegiate Schools of Planning |
| 1990-2023 | Urban Affairs Association |
| 1990-2023 | Urban History Association |
| 1993-2023 | American Planning Association |

### Honors

| | |
|---|---|
| 2022 | Community Healer Award. Community Healing Network |
| 2021 | The Harder We Run: Report on the Status of Black Buffalo |
| 2018 | Marilyn J. Gittell Activist Scholar Award, The Urban Affairs Association |
| 2016 | Excellence in University-Community Engagement Award: Sustained Contribution, University at Buffalo |
| 2012 | Lee Benson Activist Scholar Award, the Netter Center for Community Partnerships, University of Pennsylvania |
| 2008 | Outstanding Program Award-East Side Neighborhood Transformation Partnership, The Community Development Society |
| 2005 | Distinguished Leadership, Michael J. Krasner Professional Planner Award, American Planning Association, New York Upstate Chapter, Western New York Section |

## C.  Contributions to Science

1. My contribution to science focuses on understanding the relationship between city building, urbanization, structural racism, and the underdevelopment and marginalization of Black neighborhoods and other communities of color. The work indicates that social determinants of health are primarily rooted in black neighborhood space and result from choices and decisions on how we build cities in the United States. The conditions found in these communities are not due to poverty or natural causes but rather to policymakers' conscious choices and decisions.

   a. **Taylor HL**. The Historical Roots of the Crisis in Housing Affordability: The Case of Buffalo, New York 1920-1950. Fair and Affordable Housing in the U.S.: Trends, Outcomes, Future Directions (Vol. 33, pp. 245-276).

   b. **Taylor HL.** Disrupting market-based predatory development: Race, class, and the underdevelopment of Black neighborhoods in the U.S. Journal of Race, Ethnicity and the City. 1(1-2), 16-21.

   c. **Taylor HL.** Land Values and the Enduring Significance of Racial Residential Segregation. Poverty & Race. 30:1. January-April.

   d. Taylor, H.L., Jr. (2021). Land Values and the Enduring Significance of Racial Residential Segregation, in (eds). Haberle, M., K. House, *Racial Justice in Housing Finance: A Series on   New Directions.* PRRAC. May.

2. My research has also contributed to our understanding of the challenges of community engagement and getting residents involved in research, neighborhood planning, and community development activities.

   a. Silverman RM, **Taylor HL**, Yin L, Miller C, Buggs P. Are We Still Going Through the Empty Ritual of Participation? Inner-City Residents' and Other Grassroots Stakeholders' Perceptions of Public Input and Neighborhood Revitalization. Critical Sociology. 1-16.

   b. Silverman RM, **Taylor HL**, Yin L, Miller C, Buggs P. There goes our family friendly neighborhood: Residents' perceptions of institutionally driven inner-city revitalization in Buffalo, NY. Journal of Community Practice. 27(2), 168-187.

   c. **Taylor HL**. Participatory Democracy, Neighbourhood Revitalization and the Promise of the University at Buffalo in Sjur Bergan, Ira Harkavy, and Hillgie van't Land. Strasbourg Cedex: Council of Europe Publishing. 157-166.

3. A third scientific contribution has been on the impact of gentrification on Black neighborhood development. The work identifies the role of market dynamics in making it difficult to build stable, mixed-income neighborhoods for Blacks and people of color. The reason is that market dynamics spawn increases in rent and home values that displace and eventually remove most of the low-income residents.

   a. Luter G, **Taylor HL**. Building the Neighborly Community in the Age of Trump: Toward a University-Community Engagement Movement 3.0 in Robert Kronic. IGI Global.

   b. Silverman RM, **Taylor HL,** Yin L, Miller C, Buggs P. Perceptions of Residential Displacement and Grassroots Resistance to Anchor Driven Encroachment in Buffalo, NY. Urbanites. 8:2 (November). 79-86.

   c. **Taylor HL**, Silverman RM, Yin L. Buffalo Turning the Corner. The Wilson Foundation. 1-95.

4. A fourth area of research has studied the built environment's impact on health outcomes in the Black community. The work has demonstrated that a strong correlation exists between neighborhood conditions and health outcomes. Its findings suggest that improvements in health outcomes will be limited unless neighborhoods of color are revitalized for the people living there.

   a. **Taylor HL**. The Pre-COVID-19 World: Race and Inequality in Higher Education in (eds). Bergan, S., Harkavy, I. The Higher Education Response to the COVID-19 Pandemic: Responsibility for a Sustainable Future. The Council of Europe Higher Education Series.

   b. **Taylor HL**. Striving for a Healthier Buffalo:  A Community Needs Assessment for the Greater Buffalo United Ministries.

   c. **Taylor HL**, Brody D, Hahn-Baker D. Meeting the 21st Century Housing Challenge: Building a Minimum Housing Standard in Erie County. December 31. Erie County Legislature.

   d. **Taylor HL**. The Health Status of the Near East Side Community and Neighborhood Conditions. Kaleida Health.

**Complete List of Published Work in MyBibliography:**
https://www.ncbi.nlm.nih.gov/myncbi/collections/mybibliography/

OMB No. 0925-0001 and 0925-0002 (Rev. 10/2021 Approved Through 09/30/2024)

## BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person.  **DO NOT EXCEED FIVE PAGES.**

NAME: Van Zile-Tamsen, Carol

eRA COMMONS USER NAME (credential, e.g., agency login): CAROLVAN

POSITION TITLE: Associate Vice Provost and Director

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| University of Pittsburgh at Bradford | BS | 04/1989 | Psychology |
| University of Pittsburgh at Bradford | BA | 04/1989 | English |
| University at Buffalo | MEd | 05/1991 | College Counseling |
| University at Buffalo | PhD | 05/1996 | Educational Psychology |

## A. Personal Statement

As the Program Evaluator on the P50 center grant, entitled "Specialized Centers in Investigator Development and Community Engagement," PI Timothy F. Murphy, MD, I will leverage the skills and experiences I have gained in nearly 30 years of work in assessment and program evaluation. Going into the PhD program in educational psychology at the University at Buffalo, I had a great deal of experience in statistics and psychometric theory. To further build upon these skills, I enrolled in the quantitative methods track, completing such courses as quantitative research methods, regression analysis, path analysis, and multivariate analyses. I continued to develop skills in psychometric analysis, and, later in the PhD program, I completed a course in qualitative methods. Throughout my time in the program, I took consulting jobs related to survey development/ administration and statistical analysis. In addition, my experience with qualitative approaches to data collection helped me realize how important mixed methods are for triangulating findings. As a result of this new perspective, I used a qualitative analysis of interview data to help me address the research questions outlined in my dissertation.

As an assistant/associate professor at the University of West Georgia, I taught psychometric theory, research methods, and program evaluation.  In addition, I worked on a departmental grant with funding from the DeWitt Wallace – Reader's Digest fund. Part of the focus of the RFP was to better prepare school counselors in the areas of program evaluation and using assessments of student learning and success to inform improvements of student support programs across the P-12 landscape.  I was charged with developing a course in program and evaluation and assessment specifically for school counselors. The result was a new course: Assessment and the Use of Data. While at West Georgia, I also served on the departmental assessment committee, through which we annually evaluated student progress and used the aggregate data for program improvement.

Through my work as a data manager and statistician at the Research Institute on Addictions, I worked on two multimillion-dollar grants: Women 2000 and Lives Across Time. I spent much time reading the literature in the areas of alcoholism, risky behavior, and sexual assault to "catch up" with research related to these projects, and I had two first-author publications during my time there. I was able to use my statistical, psychometric, and qualitative analysis skills to support numerous presentations, publications, and grant proposals. I also participated in trainings on more advanced statistical analysis procedures, including Structural Equation Modeling, Hierarchical Linear Modeling, and Power Analysis.

My true passion has always been higher education, specifically promoting effective instruction and helping students develop effective approaches to long-term learning. When I returned to the higher education environment as a research analyst in the Office of the Provost, I used a variety of data collection methods to support assessment and evaluation of both the student experience and various educational programs. Data sources included survey and questionnaire data, institutional systems data, and qualitative data from focus groups. I expanded my program evaluation skills through my roles as facilitator of student learning assessment, comprehensive program review, and program evaluator for the undergraduate general education program.

Over my career, I have also managed many individual and collaborative research projects, as well as initiatives related to my administrative duties. Based on these experiences, I have developed excellent project management skills, as evidenced by my role as co-chair of the Middle States Commission on Higher Education reaccreditation effort for both the 2014 and 2024 reviews. Further, since spring 2022, I have been the project lead for the implementation of the Brightspace learning management system, which will replace Blackboard in fall 2023. Reaccreditation and Brightspace implementation have been university-wide initiatives that require strict timelines and extensive coordination among constituents.

After returning to higher education administration, my only opportunity to serve as a program evaluator for funded projects was during my time in UB's Center for Educational Innovation. With my supervisor, I served as program evaluator for the KL2 training grant that was included as part of the proposal that established the Clinical and Translation al Science Institute. I also developed the program evaluation plan for a T35 training grant renewal (PI Dr. Timothy Murphy). Details of these awards are listed below:

**<u>Ongoing and recently completed projects that I would like to highlight include:</u>**
1KL2TR001413-01
Dubocovich (PI)
08/12/2015-07/31/2019
Engaging a Diverse Workforce of Translational Researchers

75490 – COEUS Proposal # 16031122
Murphy (PI)
09/15/2011-08/31/2021
Training the Next Generation of Physician Scientists

While I have limited experience as a program evaluator for funded projects, I have published results of program evaluations for educational programs and on usage and reliability/validity of various data collection methods. Several of these projects are listed below with citations in APA format:

1. **VanZile-Tamsen, C**. (2017). Using Rasch analysis to inform rating scale development. *Journal of Research in Higher Education,* DOI: 10.1007/s11162-017-9448-0.
2. Testa, M., Livingston, J. A., & **VanZile-Tamsen, C.** (2011). Advancing the study of violence against women with mixed methods. *Violence Against Women, 17*(2), 236-250.
3. Ahuna, K.H., Tinnesz, C. G., & **VanZile-Tamsen, C.** (2011). Methods of Inquiry: Using critical thinking to retain students. *Innovative Higher Education, 36* (4), 249-259.
4. Testa, M., **VanZile-Tamsen, C**., Livingston, J. A., & Koss, M. P. (2004). Assessing women's experiences of sexual aggression using the sexual experiences survey: Evidence for validity and implications for research. *Psychology of Women Quarterly, 28,* 256-265.

## B. Positions, Scientific Appointments and Honors

## Positions and Scientific Appointments

2021-present Associate Vice Provost, Curriculum, Assessment, and Teaching Transformation, University at Buffalo, Buffalo, NY
2021-present Adjunct Instructor, Learning and Instruction, University at Buffalo, Buffalo, NY
2019-present Adjunct Instructor, Social Sciences Interdisciplinary Programs, University at Buffalo, Buffalo, NY
2018-2021 Assistant Vice Provost, Office of Educational Effectiveness, University at Buffalo, Buffalo, NY

2016-2018    Assistant Director, Curriculum and Assessment, UB Curriculum, University at Buffalo, Buffalo, NY
2014-present  Adjunct Instructor, Counseling, School, and Educational Psychology, University at Buffalo, Buffalo, NY
2014-2018    Program Faculty, SUNY Center for Professional Development, Syracuse, NY
2014-2016    Associate Director, Center for Educational Innovation, University at Buffalo, Buffalo, NY
2012-2014    Associate Director, Office of Accreditation and Assessment, University at Buffalo, Buffalo, NY
2006-2012    Research Analyst, Office of Institutional Analysis, University at Buffalo, Buffalo, NY
2001-2006    Data Manager and Statistician, Research Institute on Addictions, University at Buffalo, Buffalo, NY
1996-2001    Assistant/Associate Professor, Counseling and Educational Psychology, University of West Georgia, Carrollton, GA

**Other Experience and Professional Membership**
2014-present  Peer Reviewer, Middle States Commission on Higher Education
2012-present  Co-Chair SUNY Council on Assessment
2012-present  Board Member, SUNY Council on Assessment
2012-present  Member, Assessment Network of New York
2012-15      Annual Conference Poster Coordinator, Northeastern Association of Institutional Research

**Honors**
2022    Plenary Speaker, First Annual Assessment Symposium, Stony Brook University
2015    Murray Straus Interpersonal Violence Original Research Award
2012    Institutional Research Leadership in Student Retention Award, sponsored by the Consortium for Student Retention Data Exchange

**C. Contributions to Science**

1. **Examination of Reliability/Validity and Usefulness of Approaches to Psychological Measurement, Data Collection, and Analysis.** Since the beginning of psychology as a field of study, psychologists grappled with the most effective methods to measure peoples' subjective perceptions, experiences, and memories. Over the past 150 years of research, human subjects have been concerned with this issue and have worked to improve the reliability, validity, and usefulness of psychological measures. This is an issue that I have been concerned with since my time as a PhD student attempting to measure metacognitive ability and motivation. Over the years, I have conducted and disseminated research on these topics.  In addition to the article on Rasch analysis to examine the scaling of Likert-type measures (included above), I have several other products that have contributed to this area of study:

    a. Testa, M., **VanZile-Tamsen, C**., Livingston, J. A., & Koss, M. P. (2004).  Assessing women's experiences of sexual aggression using the sexual experiences survey: Evidence for validity and implications for research.  *Psychology of Women Quarterly, 28,* 256-265.
    b. Testa, M., Livingston, J. A., & **VanZile-Tamsen, C.** (2005).  The impact of questionnaire administration mode on response rate and reporting of consensual and non-consensual sexual behavior.  *Psychology of Women Quarterly, 29,* 345-352.
    c. **VanZile-Tamsen, C.** (2011, December).  *What do I do with it now? Beginning and advanced analysis techniques for open-ended survey data.*  Poster presented at the Annual Meeting of the Northeastern Association of Institutional Research, Boston, MA.
    d. **VanZile-Tamsen, C**., Testa, M., Harlow, L. L., & Livingston, J. A. (2006).  A measurement model of women's behavioral risk taking.  *Health Psychology, 25*, 249-254.

2. **Relationships Among Alcohol and Drug Use, Risky Behavior and Sexual Assault**. During my years at the Research Institute on Addictions, I was the Data Manager and Statistician on the Women 2000 project.  On the project, we explored how childhood sexual abuse and substance use predicted risky behaviors related to HIV infection and sexual assault risk.  However, we also explored how victimization occurs and is perceived within the context of intimated and long-term relationships, a thread that resulted from my qualitative analysis of interviews with women about their sexual assault histories. The Women 2000 project led to 14 publications, numerous presentations, and additional funded projects led by Testa and Livingston.

a. Testa, M., Livingston, J. A., **VanZile-Tamsen, C.**, & Frone, M. R. (2003). The role of women's substance use in vulnerability to forcible and incapacitated rape. *Journal of Studies on Alcohol, 64,* 756-764.

b. Testa, M., **VanZile-Tamsen, C.**, & Livingston, J. A. (2005). Childhood sexual abuse, relationship satisfaction, and sexual risk-taking in a community sample of women. *Journal of Consulting and Clinical Psychology, 73,* 1116-1124.

c. Testa, M., **VanZile-Tamsen, C.**, & Livingston, J. A. (2007). Prospective prediction of women's sexual victimization by intimate and nonintimate male perpetrators. *Journal of Consulting and Clinical Psychology, 75,* 52-60.

d. **VanZile-Tamsen, C.**, Testa, M., & Livingston, J. A. (2005). The impact of sexual assault history and relationship context on appraisal of and responses to acquaintance sexual assault risk. *Journal of Interpersonal Violence, 20,* 813-832.

3. **Program Evaluation and Statistical Analysis to Explore Learning and Health Disparities for Underrepresented Minorities.** My work in this area began as an evaluation of a learning skills development program. The findings of this evaluation were extremely interesting and showed that, while the program was overall effective in terms of promoting student success, it was most effective for students from underrepresented and/or disadvantaged populations. From this point on, I have always disaggregated data for any analyses that I do to allow for identification of inequities. This work has led to several publications and the Institutional Research Leadership in Student Retention Award mentioned above.

    a. Patterson, D.A., Ahuna, K.H., Tinnesz, C.G., & **VanZile-Tamsen, C**. (2014). Using self-regulated learning to increase Native American college retention. *Journal of College Student Retention: Research, Theory & Practice, 16*, 219-237.

    b. Patterson, D.A., **VanZile-Tamsen, C.**, Black, J., & Billiot, S. (2013). A comparison of self-reported physical health and health conditions of American Indian/Alaskan Natives to other college students. *Journal of Community Health, 38,* 1090-1097.

    c. Patterson, D.A., **VanZile-Tamsen, C.**, Black, J., Billiot, S., & Tovar, M. (2015). Impact of disability and other physical health issues on academic outcomes among American Indian and Alaskan Native college students: An exploratory analysis. *Journal of Social Work in Disability & Rehabilitation*.

    d. Fish, J., Livingston, J. A., **Van Zile-Tamsen, C.,** & Patterson, D. (2017). Victimization and substance use among Native American college students. *Journal of College Student Development, 58*.

**Complete List of Published Work in MyBibliography:**
https://www.ncbi.nlm.nih.gov/myncbi/1vEh6oSuh-hAC/bibliography/public/

OMB No. 0925-0001 and 0925-0002 (Rev. 10/2021 Approved Through 09/30/2024)

## BIOGRAPHICAL SKETCH

NAME: Wilding, Gregory E.

eRA COMMONS USER NAME: gewilding

POSITION TITLE: Professor; Chair, Department of Biostatistics

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | Completion Date | FIELD OF STUDY |
|---|---|---|---|
| State University of New York at Brockport, Brockport, NY | BS | 05/1996 | Mathematics, Business Administration, Computer Science |
| University of Rochester, Rochester, NY | MA | 05/1998 | Statistics |
| University of Rochester, Rochester, NY | PhD | 05/2003 | Statistics |

## A. Personal Statement

I am a Tenured Full Professor in the Department of Biostatistics at the State University of New York at Buffalo (UB), housed within the School of Public Health and Health Professions, and have been a member of the faculty in the Department since its inception in 2002. In addition, I am Director of the Biostatistics, Epidemiology, and Research Design Core of the UB Clinical and Translational Research Center where I oversee many of the statistical efforts associated with interdisciplinary projects and develop educational initiatives around advanced research methods. I also hold courtesy appointments within the UB Jacobs School of Medicine and Biomedical Sciences and UB School of Nursing, am Associate Faculty within the UB Institute for Computational and Data Sciences, and am Research Associate within the Buffalo Center for Social Research. Beyond my work at UB, I serve as Professor of Biostatistics and Oncology at the Roswell Park Comprehensive Cancer Center's (RPCCC) Department of Biostatistics and Bioinformatics and as a Research Associate within the Department of Veterans Affairs. Over my 20-year career, I have developed extensive expertise in the design and analysis of clinical and non-clinical studies, based on both experimental and observational designs, and have participated in many aspects of numerous interdisciplinary research projects within and outside of UB resulting in over 250 published manuscripts. Many of these research projects have been grant funded and I have been a statistical co-investigator on over 45 current or past grants. I have also served on several scientific committees, data safety and monitoring boards, and internal review boards. In order to address barriers to clinical and translational science, I have made substantial contributions to the statistical methodological literature in the areas of clinical trial design, order-restricted inference, and exact inference approaches. I have been responsible for the statistical training of and have personally trained and mentored numerous graduate students, postgraduate researchers and faculty. Given me expertise and administrative roles, I am well positioned to provide the support needed to the researchers and pilot award recipients as described in this P50 grant application.

## B. Positions, Scientific Appointments, and Honors

### Positions & Scientific Appointments
2019-present     Professor, Department of Medicine, University at Buffalo, Buffalo, NY
2019-present     Associate Faculty, University at Buffalo Institute for Computational and Data Sciences, Buffalo, NY
2019-present     Research Associate, Buffalo Center for Social Research, University at Buffalo, Buffalo, NY
2019-present     Adjunct Professor, School of Nursing, University at Buffalo, Buffalo, NY
2017-2023     Chair, Department of Biostatistics, University at Buffalo, Buffalo, NY Buffalo, NY

| | |
|---|---|
| 2016-present | Director of Biostatistics, Epidemiology and Research Design Core of the Buffalo Clinical and Translational Research Center |
| 2016-present | Research Associate, Department of Veterans Affairs |
| 2016-2017 | Interim Chair, Department of Biostatistics, University at Buffalo, Buffalo, NY Buffalo, NY |
| 2015-present | Professor, Department of Biostatistics, University at Buffalo, Buffalo, NY |
| 2015-present | Professor of Biostatistics and Oncology, Roswell Park Cancer Institute, Buffalo, NY |
| 2012-2016 | Co-Director of the Biostatistics Resource, Roswell Park Cancer Institute, Buffalo, NY |
| 2009-2014 | Adjunct Associate Professor, School of Nursing, University at Buffalo, Buffalo, NY |
| 2009-2016 | Vice Chair, Department of Biostatistics and Bioinformatics, Roswell Park Cancer Institute, Buffalo, NY |
| 2009-2015 | Associate Professor of Biostatistics and Oncology, Roswell Park Cancer Institute, Buffalo, NY |
| 2009-2015 | Associate Professor, Department of Biostatistics, University at Buffalo, Buffalo, NY |
| 2009-2012 | Director of the Biostatistics Resource, Roswell Park Cancer Institute, Buffalo, NY |
| 2008-2009 | Assistant Director of the Biostatistics Resource, Roswell Park Cancer Institute, Buffalo, NY |
| 2007-2009 | Assistant Professor of Biostatistics and Oncology, Roswell Park Cancer Institute, Buffalo, NY |
| 2006-2009 | Adjunct Assistant Professor, School of Nursing, University at Buffalo, Buffalo, NY |
| 2005-2009 | Assistant Chair, Department of Biostatistics, Roswell Park Cancer Institute, Buffalo, NY |
| 2004-2005 | Associate Biostatistics Consultant, Roswell Park Cancer Institute, Buffalo, NY |
| 2003-2009 | Assistant Professor, Department of Biostatistics, University at Buffalo, Buffalo, NY |
| 2003 | Research Assistant Professor, Department of Biostatistics, University at Buffalo, Buffalo, NY |
| 2002-2005 | Director of Statistical Consulting Laboratory, University at Buffalo, Buffalo, NY |
| 2002-2003 | Research Assistant Professor, Department of Social and Preventive Medicine, Division of Biostatistics, University at Buffalo, Buffalo, NY |
| 1997-2002 | Research Trainee, Department of Biostatistics, University of Rochester, Rochester, NY |

**Honors**

| | |
|---|---|
| 2011 | School of Public Health and Health Professions Outstanding Senior Researcher of the Year |
| 2006 | School of Public Health and Health Professions Outstanding Teacher of the Year |

## C.  Contributions to Science

1. **Contributions in clinical trials.** I have participated in the design and conduct of clinical trials in a vast number of areas and settings. The designs of these studies have ranged from simple, single-center pilot studies to complex, multi-center adaptive trials. My role within these projects includes assistance in the selection and implementation of an efficient trial design, overseeing of clinical data management efforts, data safety and monitoring, execution of all planned statistical analyses, and assistance in dissemination of results. I am currently the statistical co-investigator on 6 grant funded trials.

   a. Holmes LC, Orom H, Lehman HK, Lampkin S, Halterman JS, Akiki V, Supernault-Sarker AA, Butler SB, Piechowski D, Sorrentino PM, Chen Z, **Wilding GE**. A pilot school-based health center intervention to improve asthma chronic care in high-poverty schools. J Asthma. 2022 Mar;59(3):523-535. PMID: 33322963

   b. Torka P, Patel P, Tan W, **Wilding GE**, Bhat SA, Czuczman MS, Lee KP, Deeb G, Neppalli V, Mavis C, Wallace P, Hernandez-Ilizaliturri FJ. A phase II trial of rituximab combined with pegfilgrastim in patients with indolent B-cell non-hodgkin lymphoma. Clin Lymphoma Myeloma Leuk. 2018 Jan;18(1):e51-e60. PMID: 29233743

   c. Chowriappa A, Raza SJ, Fazili A, Field E, Malito C, Samarasekera D, Shi Y, Ahmed K, **Wilding GE**, Kaouk J, Eun DD, Ghazi A, Peabody JO, Kesavadas T, Mohler JL, Guru KA. Augmented-reality-based skills training for robot-assisted urethrovesical anastomosis: a multi-institutional randomized controlled trial. BJU Int. 2015 Feb;115(2):336-45. PMID: 24612471

    d. Cummings JJ, Gerday E, Minton S, Katheria A, Albert G, Flores-Torres J, Famuyide M, Lampland A, Guthrie S, Kuehn D, Weitkamp J-H, Fort P, Abu Jawdeh EG, Ryan RM, Martin GC, Swanson JR, Mulrooney N, Eyal F, Gerstmann D, Kumar P, **Wilding GE**, Egan EA, AERO-02 STUDY INVESTIGATORS. Aerosolized calfactant for newborns with respiratory distress: a randomized trial. <u>Pediatrics</u>. 2020 Nov;146(5):e20193967. PMID: 33060258

2. **Contributions in longitudinal designs.** Much of my work has required the use of advanced longitudinal statistical models to address meaningful scientific questions, including the use of generalized estimating equations, multivariate marginal models, linear mixed models, and generalized mixed linear models. This work has been in collaboration with both basic science and clinical research faculty.

    a. Fuchs T, Wojcik C, **Wilding GE**, Pol J, Dwyer MG, Weinstock-Guttman B, Zivadinov R, Benedict RHB. Trait conscientiousness predicts rate of longitudinal SDMT decline in multiple sclerosis. <u>Mult Scler</u>. 2020 Feb;26(2):245-252. PMID: 30615562

    b. Abu Lehyah NAA, Hasan AA, Juneau JN, Al Jammal MA, Jaber GA, **Wilding GE**, Roberts KD, Guthrie SO. Implementation of surfactant administration through laryngeal or supraglottic airways (SALSA): a Jordanian NICU's journey to improve surfactant administration. <u>Children (Basel)</u>. 2022 Jul 30;9(8):1147. PMCID: PMC9406484

    c. Szigeti K, Ihnatovych I, Birkaya B, Chen Z, Ouf A, Indurthi DC, Bard JE, Kann J, Adams A, Chaves L, Sule N, Reisch JS, Pavlik V, Benedict RHB, Auerbach A, **Wilding GE**. CHRFAM7A: A human specific fusion gene, accounts for the translational gap for cholinergic strategies in Alzheimer's disease. <u>EBioMedicine</u>. 2020 Sep;59:102892. PMCID: PMC7452451

3. **Methodological contributions.** A large portion of my interdisciplinary research is in the areas of clinical trials and pre-clinical research where I have made substantial contributions in study design and analysis. Motivated by the shortcomings of available statistical methods I have encountered, I have dedicated a considerable amount of effort to the development of analysis methods and innovative study designs. The statistical research topics have included the modeling of the area under the curve, often used as a measure of total exposure when working with outcomes such as drug concentration in the study of pharmacokinetics, early phase clinical trial design, and exact statistical inference.

    a. **Wilding GE**, Shan G, Hutson AD. Exact two-stage designs for phase II activity trials with rank-based endpoints. <u>Contemp Clin Trials</u>. 2012 Mar;33(2):332-41. PMID: 22074983

    b. **Wilding GE**, Consiglio JD, Shan G. Exact approaches for testing hypotheses based on the intra-class kappa coefficient. <u>Stat Med</u>. 2014 Jul 30;33(17):2998-3012. PMID: 24634280

    c. Chandrasekhar R, Shi Y, Hutson AD, **Wilding GE**. A Novel Approach to Testing for Average Bioequivalence Based on Modeling the Within-Period Dependence Structure. <u>J Biopharm Stat</u>. 2015;25(6):1320-38. PMID: 25671781

**Complete List of Publishing Work in MyBibliography:**
https://pubmed.ncbi.nlm.nih.gov/?term=((((Wilding+G%5BAuthor%5D)+OR+Wilding%2C+Gregory%5BAuthor%5D)+OR+Wilding+GE%5BAuthor%5D)+OR+Wilding%2C+Gregory+E%5BAuthor%5D)

## Project/Performance Site Location(s)

**Project/Performance Site Primary Location**    ○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | The Research Foundation for SUNY on behalf of U. at Buffalo |
| UEI: | LMCJKRFW5R81 |
| Street1*: | The UB Commons |
| Street2: | 520 Lee Entrance, Suite 211 |
| City*: | Amherst |
| County: | Erie |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14228-2567 |
| Project/Performance Site Congressional District*: | NY-026 |

**Project/Performance Site Location 1**    ○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | UB Clinical and Translational Research Center |
| UEI: | |
| Street1*: | 875 Ellicott Street |
| Street2: | |
| City*: | Buffalo |
| County: | |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14203-1034 |
| Project/Performance Site Congressional District*: | NY-026 |

Tracking Number: GRANT13951079    Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

**Project/Performance Site Location 2**

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | UB Jacobs School of Medicine and Biomedical Sciences |
| UEI: | |
| Street1*: | 955 Main Street |
| Street2: | |
| City*: | Buffalo |
| County: | |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14203-1034 |
| Project/Performance Site Congressional District*: | NY-026 |

**Project/Performance Site Location 3**

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | UB School of Public Health and Health Professions |
| UEI: | |
| Street1*: | 3435 Main Street |
| Street2: | |
| City*: | Buffalo |
| County: | |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14214-3099 |
| Project/Performance Site Congressional District*: | NY-026 |

**Project/Performance Site Location 4**

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | UB School of Nursing |
| UEI: | |
| Street1*: | 3435 Main Street- Wende Hall |
| Street2: | |
| City*: | Buffalo |
| County: | |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14214-3010 |
| Project/Performance Site Congressional District*: | NY-026 |

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

**Project/Performance Site Location 5**    ○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name:    UB School of Architecture and Planning
UEI:
Street1*:    3435 Main Street- Hayes Hall
Street2:
City*:    Buffalo
County:
State*:    NY: New York
Province:
Country*:    USA: UNITED STATES
Zip / Postal Code*:    14214-3015
Project/Performance Site Congressional District*:    NY-026

---

**Project/Performance Site Location 6**    ○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name:    UB Community Health Equity Research Institute
UEI:
Street1*:    875 Ellicott Street
Street2:
City*:    Buffalo
County:
State*:    NY: New York
Province:
Country*:    USA: UNITED STATES
Zip / Postal Code*:    14203-1070
Project/Performance Site Congressional District*:    NY-026

---

**Project/Performance Site Location 7**    ○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name:    Buffalo Center for Health Equity
UEI:
Street1*:    257 West Genesee Street
Street2:
City*:    Buffalo
County:
State*:    NY: New York
Province:
Country*:    USA: UNITED STATES
Zip / Postal Code*:    14202-2657
Project/Performance Site Congressional District*:    NY-026

---

**Additional Location(s)**    File Name:

Tracking Number: GRANT13951079    Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

## RESEARCH & RELATED Other Project Information

**1. Are Human Subjects Involved?*** ● Yes  ○ No

1.a. If YES to Human Subjects

    Is the Project Exempt from Federal regulations?  ○ Yes  ● No

        If YES, check appropriate exemption number:  — 1 — 2 — 3 — 4 — 5 — 6 — 7 — 8

        If NO, is the IRB review Pending?  ● Yes  ○ No

            IRB Approval Date:

            Human Subject Assurance Number  00008824

**2. Are Vertebrate Animals Used?*** ○ Yes  ● No

2.a. If YES to Vertebrate Animals

    Is the IACUC review Pending?  ○ Yes  ○ No

        IACUC Approval Date:

        Animal Welfare Assurance Number

**3. Is proprietary/privileged information included in the application?*** ○ Yes  ● No

**4.a. Does this project have an actual or potential impact - positive or negative - on the environment?*** ○ Yes  ● No

4.b. If yes, please explain:

4.c. If this project has an actual or potential impact on the environment, has an exemption been authorized or an ○ Yes  ○ No environmental assessment (EA) or environmental impact statement (EIS) been performed?

4.d. If yes, please explain:

**5. Is the research performance site designated, or eligible to be designated, as a historic place?*** ○ Yes  ● No

5.a. If yes, please explain:

**6. Does this project involve activities outside the United States or partnership with international collaborators?*** ○ Yes  ● No

6.a. If yes, identify countries:

6.b. Optional Explanation:

| | Filename |
|---|---|
| **7. Project Summary/Abstract*** | Abstract.pdf |
| **8. Project Narrative*** | Narrative.pdf |
| **9. Bibliography & References Cited** | Bibliography_Overall.pdf |
| **10.Facilities & Other Resources** | Facilities_and_Other_Resources.pdf |
| **11.Equipment** | Equipment.pdf |
| **12. Other Attachments** | UB_VPHS_effort_attestation.pdf<br>Special_Eligibility_Requirements.pdf |

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

Buffalo, New York, the second largest city in New York State (population 278,349), has a diverse population, including 37% African American and 14% Latinx. One of the most pressing problems in metropolitan Buffalo is race-based health inequities, a condition shared with many American metropolitan areas. The life expectancy of African American residents of Buffalo is 10 to 12 years shorter compared to White residents of Buffalo. African Americans are 300% more likely to have chronic, often preventable, diseases than Whites who live in Buffalo. In response to this crisis, in 2014, a group of visionary community leaders created the African American Health Equity Task Force, which includes leaders and stakeholders from multiple sectors of the Buffalo community, including faith leaders, community non-profits, healthcare providers, payers, University at Buffalo (UB) faculty and more. The Task Force has met monthly since 2015 and led to the formation of three new organizations, including the UB Community Health Equity Research Institute (2019), the community-based Buffalo Center for Health Equity (2019) and the Erie County Office of Health Equity (2021). Leaders of these three organizations continue to meet monthly as part of the Task Force. This **community-university-government partnership** has enormous reach and influence throughout the community, positioning us to disseminate research findings and work with policy makers and community stakeholders to promote sustainable community- and system-level change. **The mission of our NIMHD Center of Excellence in Investigator Development and Community Engagement is to train and develop the next generation of health disparities investigators to perform innovative research in minority health and health disparities in partnership with our community and to the benefit of the community.** The Center of Excellence will be embedded in the UB Community Health Equity Research Institute, which includes faculty from all 12 UB schools, creating a transdisciplinary framework that cuts across scientific and organizational silos to integrate disciplines to address the full range of social determinants of health and to mentor early-career investigators in research in health disparities. Our Center of Excellence will inspire, train, and mentor a new generation of scientists from diverse backgrounds and disciplines to perform innovative research in health disparities and advance their careers (Aim 1). We will nurture our enduring community-university partnerships to perform transdisciplinary research to develop and test innovative solutions to end race-based health inequities in Buffalo (Aim 2). Finally, we will advance equitable collaborations with community partners to translate our research into sustainable, community and system-level changes toward eliminating race-based health inequities in Buffalo (Aim 3). Our enduring community-university-government partnership a strong foundation for an NIMHD Center of Excellence will be an exceptional advance in our environment to train and mentor a new generation of researchers to perform research that will create sustained improvements in health outcomes in African American communities in Buffalo and the nation.

Buffalo, New York, the second largest city in New York State (population 278,349), experiences disturbing race-based health inequities that shorten the lifespan and reduce quality of life for people of color who reside in predominantly African American neighborhoods on the East Side of Buffalo. Community leaders and stakeholders from multiple sectors of the Buffalo community have created an enduring **community-university-government partnership** that has enormous reach and influence throughout the community, positioning us to disseminate research findings to promote sustainable system-level change. The goal of our University at Buffalo NIMHD Center of Excellence in Investigator Development and Community Engagement is to train and develop the next generation of health disparities investigators to perform innovative research in minority health and health disparities in partnership with our community and to the benefit of the community.

**FACILITIES & OTHER RESOURCES**

**University at Buffalo**

The University at Buffalo (UB) is the flagship institution in the State University of New York (SUNY) System. It is a research-intensive institution and the largest and most comprehensive campus in the 64-campus SUNY System. The University at Buffalo is comprised of three campuses – North Campus, South Campus and the Buffalo Niagara Medical Campus in downtown Buffalo – includes six health sciences schools (Jacobs School of Medicine and Biomedical Sciences, School of Public Health and Health Professions, School of Dental Medicine, School of Nursing, School of Pharmacy and Pharmaceutical Sciences, and School of Social Work), School of Architecture and Planning, College of Arts and Sciences, School of Engineering and Applied Sciences, School of Law, School of Management, and Graduate School of Education.

We envision that early-career investigators who will be mentored and trained in our NIMHD Center of Excellence in Investigator Development and Community Engagement will be faculty and postdoctoral fellows based in any of the 12 UB schools noted above. For this reason, we include an overview of the extensive resources at UB to support research of many kinds, with emphasis on those that are most likely to interface with the community. In addition to research centers and core facilities at UB, Roswell Park Comprehensive Cancer Center has outstanding core services that are available to UB researchers. Roswell Park is located on the Buffalo Niagara Medical Campus and is a close partner with UB in research, education and clinical care activities.

**Resources and Research Centers** (additional centers based in individual schools are noted under selected schools below. Note that centers based in individual schools are available to all UB researchers).

- UB Community Health Equity Research Institute brings together 12 UB schools (Architecture and Planning, Arts and Sciences, Dental Medicine, Education, Engineering, Jacobs School of Medicine and Biomedical Sciences, Law, Management, Nursing, Pharmacy and Pharmaceutical Sciences, Public Health and Health Professions, and Social Work) and community stakeholders for a mission to perform research to advance understanding of the root causes of health disparities and develop and test innovative solutions to eliminate health inequities. The ultimate goal/vision of the institute is to ensure that wellness and social well-being become a reality for all people in Buffalo, including people of color residing in underserved neighborhoods and who are more likely to have serious, chronic and often preventable diseases, as well as significantly higher mortality rates. This Institute is described in detail in the proposal.

  - Center for Urban Studies is a research and service entity that is embedded in the Community Health Equity Research Institute that seeks solutions to the problems facing cities and metropolitan regions. The Center works to build healthy communities and to create just cities and metropolitan regions. The intent is to build vibrant neighborhoods based on community control, participatory democracy, and cooperative economics that are anchored in people-centered urban centers based on social, economic, political, cultural and racial justice. To achieve this goal the UB Center for Urban Studies uses a prefigurative neighborhood planning strategy, engages in radical community development, and works with other groups and organizations to transform underdeveloped and marginalized neighborhoods into vibrant, healthy communities that are controlled by its residents.

- Clinical and Translational Science Institute, funded by an NIH Clinical and Translational Science Award, provides expert, broad-based support to investigators at the UB and partner Buffalo Translational Consortium institutions. Core services include:
  - A centralized university-wide Clinical Research Office with support for clinical research, including regulatory support, IRB pre-reviews, assistance with designing clinical trial recruitment plans and conducting studies
  - Biostatistics, Epidemiology and Research Design (BERD) core services
  - Community Engagement Team to engage community members as participants in research projects and develop and implement innovative recruitment plans
  - Comprehensive education, training and career development oportunities with an extensive range of seminars, workshops, certificate and degree-granting programs in the broad area of clinical and translational research
  - Translational Imaging Center that includes a 3T MRI and a PET CT for humans and large animals, and a 9.4 Tesla MRI for small animals, in addition to expert consultation, collaboration and assistance

- o Biomedical Informatics Core for collaboration and support for research database creation, biomedical informatics projects and high-performance computing
- o Laboratory Core Facilities navigation to assist investigators in identifying the best core among a robust array of core facilities to support their research activities

The hub of the CTSI is the UB Clinical and Translational Research Center (CTRC), a 170,000 foot$^2$ modern research building that opened in 2012. The CTRC includes the administrative offices and core functions of the CTSI; a Clinical Research Center with 7 examination rooms for clinical trial visits and support for blood drawing, specimen collection and laboratory processing of samples; open architecture, state-of-the-art laboratories that house 35 principal investigators with translational research programs; an AAALAC-certified 20,000 foot$^2$ Laboratory Animal Facility for small and large animals, including a transgenic mouse facility; a biorepository and specimen processing laboratory with the capacity to store two million samples with associated informatics; the Translational Imaging Center devoted exclusively to research; seminar and educational facilities with modern audiovisual infrastructure.

- Institute for Healthcare Informatics (IHI) is a secure, HIPAA-compliant academic data center that opened in 2012. Its servers are in the Center for Computational Research. The IHI provides a secure environment where healthcare data are stored, aggregated and analyzed. The IHI houses approximately 700,000 fully identified patient records (UBMD practice plan and Kaleida Health System) and limited-data sets of claims encompassing 1.5 million individuals. Fully identified Kaleida Health patient records (~1 million patients) are being moved into the IHI. The IHI hosts an i2b2 dashboard for feasibility studies and cohort identification, is a CTSA Accrual to Clinical Trials (ACT) site and partners with TriNetX to provide access to industry-funded clinical trials. Present production data capacity is 14.1 terabytes of encrypted storage with clustered servers with the ability to scale as needs grow. Clinical data are protected by employing multilayered security, including a scalable, virtual machine environment.

- Clinical Research Office supports investigators and their study staff to create, establish and manage research that advances our understanding of human health and behavior. The CRO provides the following services for the investigator:
  - o IRB and Regulatory Document Preparation
  - o Protocol Development and Review
  - o Contracts Negotiation
  - o Budget Negotiation
  - o Accounts Receivable/Accounts Payable Set-up, Maintenance and Reconciliation
  - o Research Subject Advocacy
  - o Coverage Analysis Review
  - o Clinical Research Coordinator Support (if requested)
  - o Navigation of Available University Support Services

- Sponsored Projects Services within the UB Office of the Vice President for Research and Economic Development, is dedicated to supporting UB faculty and staff in their efforts to seek out and secure external awards for programs of research, scholarly and creative activities, education and training, and public service. Further, Sponsored Projects supports faculty and staff in their efforts to manage external award funds effectively and prudently to ensure that all sponsor and University commitments and expectations are met. The Sponsored Projects web site provides several mechanisms for faculty and staff to obtain information about funding opportunities, including a searchable database that can be searched by program type, deadline, discipline, and title keywords. A personalized funding search service is available to UB faculty and staff upon request. Sponsored Projects staff work closely with faculty in the pre-award and post-award phases of their extramurally funded research.

- Office of Research Compliance oversees policies and programs including financial conflicts of interest; responsible conduct of research, intellectual and creative activity; and export controls. It interacts with federal, state and other regulatory agencies and works collaboratively with UB safety offices. The Office of Research Compliance provides the following services:
  - o AAHRPP accredited Institutional Review Board
  - o CITI Training
  - o Responsible Conduct in Research Training
  - o Institutional Animal Care and Use Committee

- o Export Controls

- Institute for Artificial Intelligence and Data Science (IAD) brings together researchers, labs, institutes, and centers of excellence at the University at Buffalo that are focused on advancements in AI, data science, computational science and related areas of research to tackle these complex problems. The Institute include faculty with expertise who focus on the following activities:
  - o Advance the disciplinary core of AI and Data Science,
  - o Identify cross-cutting applications in other disciplines,
  - o Study social and cultural implications and assume leadership in the formulation of policies for ethical and legal considerations,
  - o Design innovative educational programs and skills training mechanisms to prepare students and retool the workforce for the era and big data and AI,
  - o Develop strategic partnerships with industry and government,
  - o Evolve training ecosystems for workforce development.

- Buffalo Institute for Genomics (BIG) & Data Analytics provides informatics and biomedical expertise to advance genomic medicine. A $100 million New York State grant to the University at Buffalo and the New York Genome Center in New York City created this unique partnership to make the state a leader in the field. BIG is also a regional asset, offering operational resources to industry partners, helping them in innovative practices and processes as well as creating jobs.

- Center for Computational Research (CCR) is a leading academic supercomputing facility that maintains a high-performance computing (HPC) environment, high-end visualization laboratories, and corresponding support staff with expertise in advanced computing, modeling and simulation, and data analytics dedicated to support Buffalo Translational Consortium (BTC) researchers. Together these resources support CCR's core mission of enabling research in Western New York providing high-tech workforce training, and fostering economic development and job creation within Western New York and New York State. The Center's computing facilities include a Linux cluster with more than 13,000 processor cores connected via a high-speed QDR Infiniband network and a 3,000 core Linux cluster that is dedicated to support economic development through outreach to industry. In addition to providing access to state-of-the-art computing and visualization resources, CCR's staff of computational scientists and software engineers provide researchers and industrial partners with support for modeling and simulation, software development, bioinformatics, and data analytics.

- Institute for Lasers, Photonics and Biophotonics focuses on Photonics, the science and technology based on light, which is projected to play a dominant role in this century-impacting communication, information technology and healthcare, as well as consumer commodities. The Institute's objective is to contribute to the economic development of the region.

- Institute on Innovative Aging Policy and Practice promotes aging-related research, scholarship, learning and service concerning care for older persons, particularly those most vulnerable and oppressed. The Institute is housed within the Buffalo Center for Social Research and is dedicated to the health, well-being and independence of older adults.

- Jacobs Neurological Institute is made up of a preeminent team of neurologists and other healthcare professionals who are part of the UB Department of Neurology. The Institute integrates innovative, compassionate patient care with interdisciplinary neurological research.

- National Center for Ontological Research (NCOR) has a goal of advancing the quality of ontological research and development and of establishing tools and measures for ontology evaluation and quality assurance. NCOR serves as a vehicle to coordinate, enhance, publicize, and seek funding for ontological research activities. It provides researchers working in ontology-related areas with specialized support in seeking external funding and in assembling collaborative, interdisciplinary teams both nationally and internationally. It provides consulting services for ontology projects especially in the defense and security fields and in healthcare and biomedical informatics.

- UB Center for Advanced Technology in Big Data and Health Sciences, sponsored by Empire State Development's Division of Science, Technology and Innovation, is one of 15 such designated Centers in New York State dedicated to leveraging University resources to drive company growth. The Center is focused

on the intersection of big data and health sciences, particularly as it relates to drug development, medical devices, diagnostic tools and healthcare IT.

- UB Genome, Environment and Microbiome Community of Excellence (GEM) looks to advance understanding of the genome, microbiome and their interaction with the environment, and uses this knowledge to benefit humanity in a just, broad-based and responsible manner. GEM facilitates interactions among academia to promote innovative approaches to important problems through cross-disciplinary research within the life sciences and between the life sciences, social sciences and the arts. Through outreach and engagement related to its research, GEM strives to become a national model for increasing literacy in these areas.

- Community for Global Health Equity supports those who most influence global health—leaders, organizations and policy makers who can affect systemic change and community members around the world who can inspire, promote, and implement solutions in their respective neighborhoods. The community brings together scholars in health sciences and Architecture, Planning, Engineering, and other cross-synergizing disciplines (APEX) to:
  - advance foundational science to develop innovative, low-cost solutions to improve health equity
  - develop innovative solutions to overcome socio-cultural barriers to optimal health and well-being
  - build and sustain relationships with and contribute critical guidance to policy-making organizations to improve global health equity
  - improve the dissemination of equity-promoting practices of implementation organizations
  - demonstrate impact through projects that improve the health and well-being of target communities
  - train students to develop the expertise to work effectively in interdisciplinary teams and to contribute to research, engagement and implementation activities that advance global health equity

- UB Microbiome Center works with faculty, researchers, students, and experts worldwide to understand the impact of microbiomes by studying the microbiome in health and disease, enhancing our understanding of the challenges, and refining our applications of the new knowledge.

- BioXFEL (Biology with X-ray Free Electron Lasers) is a Science and Technology Center supported by a $25 million National Science Foundation grant to the University at Buffalo and Hauptman-Woodward Research Institute. Headquartered in Buffalo, BioXFEL is a collaboration of eight research universities to hold images of protein translation through conformational states filmed by the Stanford Accelerator. The center focuses on developing new X-ray bioimaging techniques to analyze new molecular targets for drug discovery.

**Laboratory Core Facilities**

- **Genomics and Proteomics**

  - DNA Sequencing Lab (Roswell Park) is a component of the Genomics Shared Resource, a shared resource facility at Roswell Park Cancer Comprehensive Center. Through state-of-the-art biomolecular instrumentation and techniques, it provides services including cycle sequencing of DNA samples and primers, purification of reacted samples, sequencing run, and analysis and editing of data.

  - Genomic Shared Resource (Roswell Park) provides investigators a full spectrum of services for parallel analyses of genomes and their expression. Applications include Comparative Genomic Hybridization (CGH) and global gene expressions profiling. The facility maintains and provides a screening and clone characterization service for nine large insert genomic BAC & PAC libraries for human, mouse, rat, and S. Pombe as a resource for investigators.

  - Next Generation Sequencing and Expression Core (New York State Center of Excellence in Bioinformatics and Life Sciences) offers high-throughput, next-generation sequencing on two illumine HiSeq2500 and MiSeq platforms. The expertise in whole-genome, exome, epigenetic and microbiome sequencing in conjunction with a team of bioinformaticists helps facilitate rapid analysis and algorithm deployment, data storage and management. The facility also provides gene expression analysis services on Affymetrix platforms, including 3'-expression, miRNA, exon and gene arrays.

  - UB's Genomics & Bioinformatics Core (GBC) offers high-throughput, next-generation sequencing on two illumine HiSeq2500 and MiSeq platforms. The expertise in whole-genome, exome, epigenetic and microbiome sequencing in conjunction with a team of bioinformaticists helps facilitate rapid analysis and algorithm deployment, data storage and management. The facility also provides gene expression

analysis services on Affymetrix platforms, including 3'-expression, miRNA, exon and gene arrays. GBC has a long-standing track record in next generation sequencing technology and provides high-throughput massively parallel sequencing and bioinformatics expertise and services to university faculty, industry and other research institutions. This includes a comprehensive suite of sequencing services such as exome, transcriptome, microbiome, and epigenome sequencing. The GBC has several Illumina next generation platforms including a NovaSeq6000, a NextSeq500 and two MiSeqs for all library sequencing needs. In addition, the GBC has the 10X Genomics Chromium Platform for single cell transcriptomics, single cell ATACseq and immunogenomic identification from cultured cells or native tissues. Other on site equipment for the generation of NGS libraries include the BluePippin gel purification system, Advanced Analytical's Fragment Analyzer, the BioRad QX100 and QX200 Droplet Digital PCR Machines, QIAsymphony SP robot for nucleic acid extraction, a Qiagen Q48 pyrosequencer and a Diagenode SX-8G IP-Star Compact system for performing automated ChIP. Staffed with three bench scientists and three computational scientists, the core has extensive expertise in genomic sequencing and bioinformatic analyses. The Center for Computational Research (CCR) works synergistically with the GBC in support of the core's data analytics and data management needs. Data is transferred directly from the sequencers to CCR resources in real time, reducing processing time and enabling direct access to high-performance computing resources. The genomic data produced is also managed and backed-up by CCR staff, allowing researchers to focus on the biology of their work, rather than server and data maintenance.

o Proteomics/Mass Spectrometry Core (New York State Center of Excellence in Bioinformatics and Life Sciences) focuses on ultra-sensitive quantification of small-molecule analytes, comprehensive protein expression profiling and differential proteome analysis, and ultra-sensitive quantification of proteins/peptides. The core facility identifies proteins in cell or tissue extracts using several different liquid chromatography/mass spectrometry based approaches. The UB Proteomics & Bioanalysis Core (PBC) specializes in proteomics, LC/MS (liquid chromatography–mass spectrometry) and bioinformatics. The core houses three mass spectrometers: 1x high-resolution Thermo Lumos ETD, 2x Thermo Quantiva triple-quad; eight liquid chromatography systems; high flow fractionation systems; micro-flow LC and nano-LC ultra-high-pressure systems. The PBC provides collaborative services in: quantitative proteomics and biomarker discovery (quantification of >5000 proteins in clinical or pharmaceutical samples); large-scale protein or proteome identification; identification and localization of post-translation modifications on proteins; high-throughput quantification of specific protein markers in large-scale analysis; LC/MS-based biological and pharmaceutical analysis (regulated or unregulated). The facility includes a well-equipped wet-lab devoted to cell culture, biochemistry experiments (for Western-blotting, electrophoresis, ELISA, etc.), column packing and sample preparation for quantitative analysis.

- **Laboratory Animal Core Facilities**

  o Comparative Medicine-Laboratory Animal Facility (CM-LAF) is a centralized service organization responsible for the animal care, research and education across the University at Buffalo. Through its administrative and veterinary services, the CM-LAF assures that healthy animals are available for use by faculty members who have received approval to perform research, testing or education studies on animal subjects. The facility includes animal housing for more than 13 species of research animals; high-security, barrier housing for pathogen-free animals and for genetically altered animals; procedure rooms, operating theaters and surgical training areas; comprehensive equipment for gas anesthesia and anesthesia monitoring; radiological suite for diagnostic X-ray; pharmacy for sourcing and dispensing routine preparations and scheduled drugs; clinical pathology laboratory for blood counts, biochemistry and other diagnostic tests; and air-conditioned vehicle for animal transport.

  o Gene Targeting and Transgenic Facility (GeTT) (Roswell Park) provides services to modify the murine genome by transgenic approaches for systematic dissection of the genetic, molecular, cellular and physiological mechanisms underlying complex biological processes. GeTT also assists in the development of unique mouse models that contribute to understanding imprinting and its role in cancer, regulation of important genes and two transgenic models that mimic chromosome rearrangements associated with specific human cancer. GeTT has the resources and skills necessary to construct mice with defined mutations at specific locations of the mouse genome by in vitro manipulation of embryonic stem (ES) cells by blastocyst injection of altered ES cells.

- o <u>Laboratory Animal Resources (LAR) (Roswell Park)</u> is responsible for the support of biomedical research by promoting the human care of laboratory animals at Roswell Park Comprehensive Cancer Center. The LAR provides the entire spectrum of animal-related research services including specialized animal husbandry, veterinary medical care, diagnostic services, irradiation services, imaging resources, and training of investigators and laboratory personnel.

- **Biorepositories and Tissue Specimens**

  - o <u>Clinical and Translational Research Center (CTRC) Biobank</u> includes a biobank facility capable of storing 2 million specimens, as equipped using institutional resources. The service and specimens are available to Buffalo Translational Consortium investigators. The CTRC biobank has implemented informatics and annotation using principled biomedical ontologies and is designed to integrate with the Roswell Park and Department of Social and Preventive Medicine biorepositories.

  - o <u>Data Bank and BioRepository (DBBR) (Roswell Park)</u> collects and provides de-identified biospecimens and associated epidemiological and clinical data to meet the scientific needs of investigators. The DBBR strives to provide specimens that are rigorously collected, processed and stored so the integrity of potential analytes will be consistent across all patients and controls. The DBBR team works integrally with investigators to hone their research concepts and identify best available biospecimen and data sources to support their research needs.

  - o <u>Department of Social and Preventive Medicine Biological Specimen Bank</u> houses specimens collected as part of epidemiological studies and clinical trials conducted in the department. A complex, secure computerized mapping system tracks the specimens and a sophisticated back-up system maintains integrity. The <u>Department of Social and Preventive Medicine</u> bio-bank currently houses over 1 million samples from over 25,000 participants, which in conjunction with the specimen bank at Roswell Park Comprehensive Cancer Center and the Clinical and Translational Research Center provides a novel resource for translational science.

  - o <u>Pathology Network Shared Resource (Roswell Park)</u> provides human specimens and laboratory services for basic and translational research to further understanding of the cellular and molecular pathogenesis of human cancers. The overall mission is to facilitate access to human tissue for investigators with an emphasis on translational efforts.

- **Immunology and Histology Core Facilities**

  - o <u>Flow Cytometry and Cell Sorting</u> provides training and consultation services for researchers whose work involves flow cytometry, confocal microscopy and gel-documentation. The facility hosts two analytical flow cytometers and a state of art high-speed cell sorter. The analytical instruments include a BD FACS Calibur four-color and a BD FACScan three-color system. The FACS Aria high-speed cell sorter can analyze and select cells based on up to seven fluorescent colors. Multiplex cytokine analysis is performed by the BD FACSArray Bioanalyzer utilizing the cytometric bead array technique.

  - o <u>Flow and Image Cytometry Shared Resource (FICSR) (Roswell Park)</u> provides advanced flow cytometric and morphology service utilizing state-of-the-art technology and an extensive computer network that has been assembled into a user-friendly and cost-effective environment. FICSR provides multiparameter flow cytometry, encompassing analytical, sorting and Luminex services; Confocal, Live Cell and ImageStream imaging services; and instruction and technical support as required by investigators.

  - o <u>Histology Service Laboratory</u> is equipped to process tissue for paraffin embedding, section paraffin blocks, and make available a wide variety of routine and special stains. It has two cryostats for sectioning frozen tissue specimens to facilitate rapid diagnosis, lipid and enzyme demonstration, some immunohistochemical techniques or immunofluorescence work. In addition, it has a JB-4 microtome for cutting methacrylate embedded tissues but does not currently provide services with this piece of equipment. Since 1980, the Histopathology Lab has served the University at Buffalo and Western New York as a full-service histology lab available to students, faculty, researchers, and clinicians.

- **Microscopy and Imaging Facilities**

  - o <u>Center for Biomedical Imaging (CBI)</u> is a comprehensive core facility of the UB Clinical and Translational Science Institute. Its state-of-the-art services and common platform for storing, analyzing and sharing

imaging data (3T MRI for human and large animals, 9.4T MRI for small animals, and PET/CT scanners) advances clinical and preclinical research. CBI team expertise is available for clinical and translational researchers seeking to incorporate standard and advanced imaging into protocols. The center is dedicated to providing innovative, affordable, invasive and noninvasive, high-resolution, in vivo and ex vivo imaging and support to UB investigators and external collaborators.

- o Confocal Microscopy and Cellular Imaging Facility provides Zeiss LSM-510 Meta NLO laser scanning confocal microscope services with the capability of simultaneous imaging of multiple-emission wavelengths, transmitted light imaging and multiphoton capability through the addition of a Coherent Chameleon Ultra II laser. Zeiss Axio Observer and Axioimager wide-field fluorescent microscopes are available for bright field, DIC and phase contrast imaging with cooled-CCD and color cameras.

- o Electron Microscopy Laboratory provided by the Department of Pathology and Anatomical Sciences, allows faculty, trainees, students and other researchers to bring their work requiring technology for high resolution thin section work and biological specimen preparation. The facility is available to assist investigators in routine sample preparation for transmission and electron microscopy analysis, for training, and for project consultation.

- o Scanning Transmission X-ray Microscopy provided by the School of Dental Medicine to include secondary electron imaging with magnification up to 100,000X and spatial resolution better than 50 å; backscattered electron imaging of chemical phase difference; qualitative and quantitative elemental analysis with EDS; x-ray imaging—elemental line scans and maps.

- o Small Animal Bio-Imaging Resource (Roswell Park) provides the necessary intellectual and physical resources relating to non-invasive in vivo in small animal models of cancer. This resource provides insight into various biological processes involved in disease and facilitate evaluation of experimental therapeutics and enables translation of imaging techniques evaluated in preclinical models to improve disease detection and monitoring of therapeutic response in the clinical setting.

- **Drug Development and Pharmacology**

- o cGMP (Center for Immunotherapy Good Manufacturing Practices Therapeutic Cell Production) Facility consists of a class 100,000 anteroom (gowning and storage) and class 10,000 cell processing room (manufacture of cell therapy products for Phase I and Phase II clinical trials).

- o Small Molecule Screening Shared Resource (SMSR) (Roswell Park) provides investigators with the possibility of screening chemical libraries in a variety of readout systems for new prospective diagnostic and therapeutic compounds and research tools. Researchers can get assistance with the design and the execution of chemical screenings. SMSR's collection of chemicals totals more than 110,000 compounds.

- o Toxicology Research Center provides expertise in toxicology for basic and applied research projects. The facility maintains an analytical toxicology laboratory and offers a wide variety of analytical techniques to solve complicated research problems. This multiuser facility houses instrumentation for conducting cellular, biochemical and molecular studies, and concentrates on new method development and sample analysis.

- o Translational Pharmacology Research Core (TPRC) (New York State Center of Excellence in Bioinformatics and Life Sciences) is designed to facilitate and expedite the translation of pre-clinical and development research into approved drugs with real-world benefits. TPRC is designed to foster collaboration and advance innovation at multiple stages of drug development. The core's work is wide-ranging but emphasizes oncology, neurology, infectious disease, cardiovascular disease, and inflammation and immunosuppression.

- o X-ray Crystallography Core/High-Throughput Crystal Screening Center (HTCSC) (Hauptman Woodward Medical Research Institute) is a facility used to identify crystallization conditions for biological macromolecules. It makes use of automated liquid handling imaging systems coordinated through a LIMS/database to quickly set up and record the outcomes of 1,536 unique crystallization screening experiments.

- **Stem Cell Core Facilities**

- o <u>Induced Pluripotent Stem Cell Generation</u> facility helps investigators generate induced pluripotent stem cells from human skin fibroblasts using lentiviral vectors delivering five reprogramming factors. It reprograms cells to iPSC and perform characterization by PCR and immunostaining, and return the iPSC lines. The facility also trains users to develop iPSC lines for basic and translational research.

- o <u>Stem Cell Culture, Banking and Training</u> maintains and banks stem cells and provides stem cells and training to researchers interested in using them in research projects. The facility offers feeder cell isolation and propagation; expansion and banking of stem cell lines and culturing of stem cells; provision of pluripotent stem cells to particular cell types; hoods, incubators and certified reagents for stem cell culturing; and consultations and training courses.

- o <u>Stem Cell Engraftment and In Vivo Analysis</u> facility analyzes the engraftment of a variety of stem cells in vivo, the effects of genetic modification of stem cells on engraftment and stem cell function, and the behavioral consequences of neural engraftment.

- o <u>Stem Cell Sequencing/Epigenomics Analysis</u> facility is a resource for epigenomic analysis of stem cells that function interactively with other the other stem cell facilities to characterize stem cells and their differentiated progeny. The goals of the facility are to characterize the transcriptome and epigenome of all stem cell types and their derived lineages and provide experimental and computational support for investigator-initiated genomic expression or epigenetic experiments.

## Jacobs School of Medicine and Biomedical Sciences

Founded in 1846, the Jacobs School of Medicine and Biomedical Sciences is one of the oldest medical schools in the United States and is the only medical school in Buffalo. It builds upon its proud legacy of teaching, patient care and scientific discovery. Its mission is to advance health and wellness across the life span for the people of New York and the world through the education of tomorrow's leaders in healthcare and biomedical sciences, innovative research and outstanding clinical care. Included within the Jacobs School are the 26 departments: anesthesiology, biochemistry, biomedical engineering, biomedical informatics, biotechnical and clinical laboratory science, emergency medicine, family medicine, medicine, microbiology and immunology, neurology, neurosurgery, nuclear medicine, obstetrics and gynecology, ophthalmology, orthopaedics, otolaryngology, pathology and anatomical sciences, pediatrics, pharmacology and toxicology, physiology and biophysics, psychiatry, radiation oncology, radiology, structural biology, surgery, and urology. The Jacobs School has a unique consortium of affiliated teaching hospitals and health care systems – Kaleida Health (Buffalo General Medical Center, Oishei Children's Hospital, Millard Fillmore Suburban Hospital, and DeGraff Memorial Hospital), Erie County Medical Center, Great Lakes Health System of Western New York, Veterans Affairs Western New York Healthcare System, Catholic Health System (Sisters of Charity Hospital, Kenmore Mercy Hospital, Mercy Hospital of Buffalo, and Sisters of Charity Hospital St. Joseph Campus), and Roswell Park Comprehensive Cancer Center.

**Research centers** associated with the Jacobs School of Medicine and Biomedical Sciences (and not previously described) include:

- <u>Alzheimer's Disease Translational Genomics Research Laboratory</u> conducts research focused on characterizing the contribution of copy number variations to the genetic architecture of Alzheimer's disease to develop genetic biomarkers for risk stratification; explores olfactory identification deficit as a biomarker of the disease; and uses stem cell technology to study the disease mechanism.

- <u>Buffalo Neuroimaging Analysis Center (BNAC)</u> works to extend the boundaries of knowledge about neurological diseases and disorders through innovative neuroimaging research techniques and the application of bioinformatics resources. The center is equipped with the necessary technology, software and experience to carry out specialized neuroimaging studies, and houses a computer center that performs quantitative analysis of MRI scans. Since its inception in 2000, BNAC has established itself as a world leader in performing neuroanalysis measurements.

- <u>Center for Biomedical Imaging (CBI)</u> provides infrastructure and advanced imaging expertise that is completely dedicated to performing research imaging. It is located on the 7th floor of the <u>Clinical and Translational Research Center</u> (CTRC). The imaging facility is adjacent to the laboratory animal facility and

the preclinical departments and basic research laboratories of the CTRC, which also houses the Clinical Research Center (CRC) on the 6th floor, which has a dedicated suite for clinical research. The CBI has approximately 7,500 square feet of available space. The CBI currently hosts three research imaging scanners: General Electric Discovery PET/CT 690, 3 Tesla Canon Vantage Titan MRI and the 9.4T Bruker Biospin BioSpec 94/20 USR preclinical MRI and cell radiotracer laboratory.

- Center for Developmental Biology of the Lung is a state-of-the-art translational and basic research facility with extensive equipment and technical staff support with a focus on pulmonary development and lung injury and repair. It conducts translational research to prevent and treat disorders of pulmonary transition such as birth asphyxia, persistent pulmonary hypertension of the newborn (PPHN), transient tachypnea of the newborn (TTN) and respiratory distress syndrome (RDS).

- Center for Functional Assessment Research seeks to establish, maintain and disseminate uniformity of instruments that document levels of disability and outcomes of medical rehabilitation for persons with disability and/or chronic health conditions, using state-of-the-art technologies. The center maintains the world's largest database for medical rehabilitation outcomes.

- Center for Research in Cardiovascular Medicine strives to develop novel approaches to improve heart function and to study the efficacy of therapeutic intervention in preclinical models that reproduce human ischemic heart disease and heart failure. Data from these investigators help advance therapies to early-phase clinical trials. Molecular imaging and high-throughput molecular biology is used to understand molecular pathophysiology. Clinical investigations are conducted to evaluate therapies for patients with heart failure, ischemia and arrhythmia.

- Center for Single Molecule Biophysics is an interdisciplinary and interdepartmental group dedicated to studying the structure and function of proteins, nucleic acids and lipids at the single-molecule level.

- Children's Guild Foundation Autism Spectrum Disorder Center is the only center for medically-based, multidisciplinary evaluation and diagnosis of children with autism spectrum disorders in Western New York. Since its establishment in 2010, it takes a team-based approach to child evaluation to determine the diagnosis and/or need for additional testing or services.

- Comprehensive Epilepsy Program conducts clinical research and drug trials focusing on individuals with difficult-to-control seizures and aim to improve treatment, prevention or diagnosis of seizures and epilepsy.

- Cystic Fibrosis Center of Western New York is one of the first centers of its kind in the U.S. Composed of multidisciplinary medical professionals. The center strives to provide exemplary family-centered patient care to patients, to participate in research for improvement of care and treatment, and to educate patients, families, the medical community, and the public about the disease CF.

- Diabetes Center plays a key role in the Western New York community where over 900 children with Type 1 and Type 2 diabetes receive their care. Due in large part to the childhood obesity epidemic, Type 2 diabetes in now being diagnosed in children, with the center as the only pediatric hospital to have received designation of Diabetes Center of Excellence for Type 2 diabetes from the New York State Department of Health.

- Diabetes-Endocrinology Center of Western New York helps patients improve the quality of their lives and health through proper management of and education about their particular diabetes states. Center clinicians specialize in the diagnosis, management and treatment of Type I and Type II diabetes and its complications. The center treats other endocrine disorders such as thyroid disease and metabolic disorders.

- Digestive Diseases and Nutrition Center is a premier center in the U.S. treating children with gastrointestinal and nutritional disorders and disease. Their goal is to prevent, diagnose and treat gastrointestinal, nutritional, hepatic and pancreatic disease in children from birth through young adulthood.

- Hunter James Kelly Research Institute conducts basic research based on a multi-disciplinary approach to understand how myelin is formed, how it is damaged in disease and how it may be repaired. An important focus for the Institute is to understand, prevent and reverse axonal degeneration. The Institute uses a variety of state-of-the-art approaches that include genetic models, bioinformatics, primary cultures of neuronal and glial cells form patients and animal models, neurophysiology and live imaging.

- IRA G. Ross Eye Institute Research Center is dedicated to preserving and protecting vision. Physicians with both medical and surgical management of routine and complex eye disorders use state-of-the-art technology for diagnosis, treatment and repair. The center performs painstaking research to unlock barriers to discover cures.

- Jacobs Multiple Sclerosis Center for Treatment and Research is a clinical partner of the Department of Neurology. The center conducts research to understand mechanisms of disease progression, with a primary focus on the role of environmental factors and environmental-gene interactions. It also conducts clinical trials for new pharmacologic interventions.

- Liver Biorepository at the UB Clinical and Translational Research Center collects, stores and manages clinically annotated human liver samples for use in clinical and translational research. The center offers samples from patients with a full spectrum of liver conditions, including fatty liver disease and hepatitis B and C.

- National Center for Physician Training in Addiction Medicine focuses on developing curricula and training primary care providers to specialize in the prevention and treatment of substance use disorders.

- NeuroMolecular Imaging Center investigates disease pathophysiology in humans and animal models of human disease using multimodality imaging. The center uses functional modalities, including positron emission tomography, single-photon emission computed tomography, fMRI and structural modalities including MRI and computerized tomography.

- Neuromuscular Disease Research Center conducts clinical research and clinical trials in a wide variety of neuromuscular disorders with a focus on myasthenia gravis and peripheral neuropathy, including neuropathic pain.

- Neuropsychology Center employs behavioral psychometrics to understand how cerebral disease affects personality, cognition and psychiatric stability. The center develops widely adopted tests, notably memory tests, to determine areas of cognitive impairment in multiple sclerosis, cerebral injury and disease, and other conditions.

- Patient Safety Research Center works to reduce the national burden of medical errors through educational and research programs using collaborative, multidisciplinary team-based safety measurement and enhancement.

- Pediatric Multiple Sclerosis Center at John R. Oishei Children's Hospital conducts pediatric multiple sclerosis research. It is a designated center of excellence affiliated with the National MS Society.

- Primary Care Research Institute is a transdisciplinary research unit based in the Department of Family Medicine. The Institute pursues a dynamic agenda of clinical and health services research designated to benefit patients, inform policy and enhance health systems. Evidence-based strategies are applied to diverse problems that affect large populations across the lifespan, ranging from chronic disease and addiction to health disparities and healthcare workforce shortages. The group's focus includes areas such as community based participatory research, health disparity research, management of complex chronic conditions, health care practice transformation, comparative effectiveness research, translation of evidence into practice, and health workforce training.

- Robert Guthrie Biochemical & Molecular Genetics Laboratory performs over 5,000 specialized diagnostic tests annually for inborn errors of metabolism with a particular emphasis on the metabolic myopathies and mitochondrial disease. Its main goal is to provide comprehensive diagnostic testing that will facilitate the arrival at a final diagnosis for the patient through coordination with clinical, histochemical and molecular findings.

- Canon Stroke and Vascular Research Center focuses on research related to the diagnosis and treatment of vascular disease through minimally invasive image-guided interventions, improved imaging modalities and devices, and better understanding of hemodynamics. The overall goal is to have innovations emerging from the center quickly translated into clinical practice and implemented by industry so that they may directly benefit patients.

- UB Center for Successful Aging, housed in the Division of Geriatrics and Palliative Medicine in the Department of Medicine, is focused on advancing interdisciplinary research and interprofessional practice for older adults.

- Witebsky Center for Microbial Pathogenesis and Immunology is comprised of research scientists and their students/fellows who share a common interest in understanding the molecular mechanisms of infectious diseases and host defenses against them. Its application of genetic, biochemical and immunological concepts and technologies meld the diverse research foci into a single interactive unit.

**School of Public Health and Health Professions**

UB's School of Public Health and Health Professions is one of only a handful of schools across the country that includes health-related professions as an integral component of the public health educational and research system. The philosophy of the school is to improve the health of populations, communities, and individuals. The School of Public Health is composed of five departments, each with its own discipline-specific research facilities as well as access to shared resources.

- Biostatistics is home to faculty, staff, students, and post-doctoral fellows. The department is dedicated to advancing knowledge in the field substantively and methodologically. They conduct important methodological, theoretical, and applied research, as well as serve as vital contributors to collaborative research with UB and community partners.

- Community Health and Health Behavior is comprised of faculty who are renowned researchers and produce innovative solutions to improving health for individuals, communities, and populations here in Western New York and across the globe. Its graduates are prepared to conduct research on behavioral and community factors influencing disease prevention and health promotion; develop, implement, monitor, and evaluate public health programs addressing behavioral and community health; and create positive changes in the health of their local, regional and broader communities.

- Epidemiology and Environmental Health focus on understanding the determinants and prevention of disease, on the role of environmental factors in health and disease and how the administration of health programs can help implement this understanding. The department is dedicated to research, training, and service; bringing faculty, students and postdoctoral fellows with widely diverse backgrounds to engage in developing new ideas, methods and knowledge to improve the health of populations; and continuing educating leaders who play key roles in the public health arena.

- Exercise and Nutrition Sciences offers a broad understanding of the human body, including physiological, biomechanical and nutritional factors. Its vision is to improve the public's health and well-being through our scientific discoveries, our education of researchers and professionals, and our commitment to outreach and community education. The department's research will allow it to better understand how exercise and nutrition influence health, disease prevention and individual function performance.

- Rehabilitation Services encompasses several disciplines, including occupational therapy and physical therapy, devoted to the quality of life for people whose functional capabilities are limited. The department is dedicated to advancing knowledge through research in the disciplines of occupational therapy and physical therapy, developing students and practitioners, and developing meaningful interdisciplinary collaborations in education, research and practice that promote and improve the health of people across the region, country and world.

Research centers associated with the School of Public Health and Health Professions (and not previously described) include:

- Aging and Technology Research Center is dedicated to promoting health and independent living among older adults and their caregivers. The center performs research on technological solutions to problems associated with aging.

- Center for Research and Education in Special Environments (CRESE) is a center of excellence for applied physiology. The CRESE facility can simulate any environment, from the extremes of the deep ocean to desert, arctic and rainforest climates to high altitude and space. It also houses a unique altitude and wet hyperbaric chamber bracketing 100,000 feet of altitude and 5,600 feet of depth. CRESE also has the world's only annular (endless) pool and operates one of the world's few human-rated centrifuges.

- Center for Knowledge Translation for Technology Transfer (KT4TT) is a program of the Center for Assistive Technology sponsored by NIDILRR. The Center assists NIDILRR Agency grantees and applicants who plan to conduct or who are conducting technology-oriented R&D projects to achieve stakeholders' increased understanding of technology transfer processes and practices that lead to successful communication; to increase grantee's capacity to plan and engage in technology transfer activities; and to increase grantee's rate of success in the transfer of rehabilitation technology projects to the marketplace, into standards/guidelines or other intended applications.

- Center for Assistive Technology (CAT) explores the functional utility of Assistive Technology devices and services in support of persons with disabilities. CAT develops and synthesizes knowledge about assistive devices to aid people with functional impairments. Activities integrate multiple disciplines and span economic sectors to improve the quality of life for persons with any level of impairment, across all ages and within any environment.

- Center for Assistive Technology (CAT) Client Services provides awareness of the use of Assistive Technology (AT) helping people of all ages with various disabilities, illnesses and functional impairments apply AT for daily living, school, work, recreational and leisure activities. Services can help people live more independent lives and also facilitate improved health, wellness and disease prevention.

- Population Health Observatory (PHO) is a public health research, training and informatics center founded in 2003. The PHO applies biostatistical and computational expertise to analyze large population based data sets, mining information from them to enhance knowledge and practice of public health. PHO's goal is to provide policy makers, program managers, public health professionals and regulatory agencies with information that promotes data driven health policy and decision making, evidence based program management, scientifically sound program evaluation and accurate information for regulatory decisions.

- WHO Collaboration Center on Health and Housing is a collaboration of the School of Public Health and School of Architecture and Planning. Its focus is on research and technical assistance in the design of the built environment that will foster the health and functioning of all people, including those with disabilities.

- Women's Health Initiative (WHI), sponsored by the NHLBI, is a long-term national health study that focuses on strategies for preventing heart disease, breast and colorectal cancer, and osteoporosis in postmenopausal women. The original Women's Health Initiative study has received extension (and ancillary) studies, most currently collecting annual health information from consenting WHI participants through 2020, focusing on cardiovascular events and aging.

**School of Dental Medicine**

UB's School of Dental Medicine plays a critical role in advancing oral health in the Buffalo-Niagara region and around the world. Established in 1892, the School of Dental Medicine continues to educate general practitioners, specialists and biomedical scientists in the art and science of oral health through our comprehensive accredited programs. A wide range of interdisciplinary training, informational and support options are available to students among the various facilities and resources throughout the campus and surrounding area. The school is made up of the following seven departments:

- Oral Biology was the first of its program in an American dental school. It is a highly dynamic and supportive research and training environment for undergraduates, graduate students and clinical fellows involved in cutting edge research into the molecular basis of diseases that affect a staggering number of people in the U.S. and abroad. The department's focus is on the creation, dissemination, and application of knowledge in oral and craniofacial health science. It supports basic and clinical research directed to solve important problems affecting oral and general health.

- Oral Diagnostic Sciences mission is to teach, conduct research and provide service in the differential diagnosis and treatment of orofacial diseases and disorders. Emphasis is given to the use and integration of biological, behavioral and clinical sciences that are relevant to the different diagnosis of pathological conditions in the orofacial region, and to the utilization of critical thinking skills in that process.

- Oral and Maxillofacial Surgery provides didactic and clinical training for dental students, surgery residents and graduate students. Emphasis is put on the basics of patient assessment and diagnosis and proficiency in routine dentoalveolar surgery.

- Orthodontics provide children, adults and seniors with straighter teeth and healthier smiles through its training of dental students and offering of clinical care.

- Pediatric and Community Dentistry provides predoctoral and postdoctoral specialty training and clinical experience in the diagnosis and treatment of the developing definition of children, adolescents and young adults. Emphasis is placed on specialty training for patients with medical, mental, physical and developmental disabilities to ensure that vulnerable populations are provided with care by the future generations of dental professionals. Overcoming cultural barriers is a key aspect of achieving optimal patient care.

- Periodontics and Endodontics has played a pivotal role in training world-class clinicians, researchers and academicians who have now become leaders in dental education and research. The comprehensive mission is to prepare students in the art of periodontology, implantology and endodontics to meet and exceed the standards necessary for accreditation; educate dentists to become specialists in the field for academic, research and clinical careers; advance knowledge through research and community service; and educate and facilitate the continuing education of dental professionals in practice.

- Restorative Dentistry is the largest and most comprehensive unit in the school, and includes the Division of Operative Dentistry and Division of Prosthodontics. The department is committed to continuing the improvement of well-being and oral health in the community by providing a stimulating environment to educate students, dentists and other professionals; providing direct comprehensive restorative clinical services; conducting oral health research and other scholarly activity; and developing future leaders of the profession in education, research and organized dentistry. It also helps ensure the next generation of dentists will excel in their professions to be life-long learners.

Research centers associated with the School of Dental Medicine (and not previously described) include:

- Center for Dental Studies has a long history of working with industry. One of the center's strengths is its ability to provide comprehensive services, including developing research protocols, performing basic scientific and clinical studies for new project introduction and/or project enhancement, coordinating multicenter research, and facilitating technology transfer to industry.

- Center for Orofacial Pain Research focuses on research questions that revolve around pain, function, diagnosis and classification. The research activities take place within three laboratories for primary data collection: neurosensory, biomechanics and psychophysiology.

- The Center for Translational and Clinical Biophotonics focuses its interests in soft tissue laser surgery, hard tissue (dental) interactions, endodontic interactions and therapy, and laser implications in cancer promotion, detection and photodynamic therapy treatments.

- Industry/University Center for Biosurfaces (IUCB) focuses on understanding, predicting and control of biological adhesion. Through such understanding, IUCB seeks to predict how living cells and biological matter will attach to other materials to safely, effectively and economically control the speed and strength of biological surface interactions for the benefit of personal, public and environmental health. Multidisciplinary studies of the mechanistic details of "conditioning" film formation, biopolymer deposition, and cell and protein adhesion to synthetic materials and model tissues are in progress.

- Periodontal Research Center has been supported by the NIH since 1977 as one of their specialized clinical research centers for the study of periodontal disease. The center focuses its current activities on longitudinal studies directed at modulating risk factors within populations at risk for periodontal disease.

**School of Nursing**

For over 75 years the UB School of Nursing (SON) has provided high quality nursing education. The SON offers three Bachelor of Science (BS) degree programs; a Doctor of Nursing Practice (DNP) in four programs (Adult Gerontology Nurse Practitioner, Family Nurse Practitioner, Nurse Anesthetist and Psychiatric/Mental Health Nurse Practitioner); a post-master's DNP in seven programs (Adult-Gerontology Clinical Nurse Specialist, Adult-Gerontology Nurse Practitioner, Child Health Nurse Practitioner, Family Nurse Practitioner, Nurse Anesthesia, Psychiatric/Mental Health Nurse Practitioner and Women's Health Nurse Practitioner); a Master's Degree in Nursing Leadership in Health Care Systems; and a Doctor of Philosophy (PhD) degree.

The Center for Nursing Research (CNR) is dedicated to providing resources to support faculty and students to develop and advance nursing and interprofessional science. Center staff provide methodological and clinical research consultation to the School of Nursing faculty, students and staff. The CNR is dedicated to the following goals:

- Expedite preparation of high-quality grant proposals
- Foster energy and interest in research
- Support the creation of quality manuscripts and presentations on nursing research
- Stimulate the development of a community of scholars/researchers
- Increase the knowledge base of nursing
- Establish a repository of research resources
- Enhance research skills and productivity through multidisciplinary teams

The Center is a repository for information on internal and external sources of funding, including guidelines and application forms. The Center also houses a research library and research instrument repository.

**School of Pharmacy and Pharmaceutical Sciences**

The UB School of Pharmacy and Pharmaceutical Sciences is ranked among the top pharmacy schools in the United States. The School of Pharmacy and Pharmaceutical Sciences' building has 160,000-square foot facility includes many green-design features, such as maximizing natural daylight (75% of all space in the building receives natural light), creation of social spaces and the reuse of the Acheson Hall building footprint. The building offers a state-of-the-art Pharmaceutical Care and Teaching Center and has improved linkages between all of UB's health science schools. The school is home to over 20 research facilities. The Drug Development service brings together the expertise of Roswell Park Comprehensive Cancer Center and the School of Pharmacy and Pharmaceutical Sciences to provide a resource (including training) in preclinical and early clinical development of novel compounds for investigators. The Drug Development service provides a centralized resource for preclinical pharmacology, pharmacokinetic-pharmacodynamics and early phase clinical trial design, conduct and management.

UB's School of Pharmacy and Pharmaceutical Sciences has robust research centers in both the department of pharmacy practice (eight centers) and the department of pharmaceutical sciences (three centers). Major federal and external programmatic funding sustain the valuable work conducted in these areas.

- Pharmaceutical Sciences offers a collaborative research environment to conduct advanced research alongside its 16 internationally renowned faculty. As students graduate to scientists, they possess a competitive advantage to pursue successful careers in academia, regulatory agencies and the pharmaceutical and biotechnology industries.

- Pharmacy Practice prepares integration of all aspects of healthcare, acknowledging unique challenges and opportunities, to provide highly respected healthcare professionals that instruct patients and other healthcare colleagues on a variety of medication therapy management issues. The department's faculty engage in active clinical and research scholarship with expertise in specialties that include ID/HIV, pediatrics, geriatrics, nephrology, oncology, neuropharmacology, cardiac care, ambulatory care, palliative care, pharmacoeconomics and healthcare disparities.

Research Centers based in the School of Pharmacy and Pharmaceutical Sciences

The Pharmaceutical Genetics Laboratory provides research support for an array of basic molecular biology techniques to assist students and faculty in addressing questions in pharmacogenetics research. The laboratory has the necessary equipment to perform quantitative real-time PCR, DNA genotyping, DNA cloning, recombinant protein expression, fluorescence microscopy and imaging. The facility provides varied equipment including real-time PCR cyclers (Bio-Rad and Stratagene), a Bio-Rad photo documentation system, nano drop spectrophotometers, a Zeiss Axiovert 200M microscope, gradient PCR thermal cyclers, refrigerated centrifuges and ultracentrifuges, dedicated -20 ºC and -80 ºC freezers and miscellaneous equipment.

Collaborative Computational Facilities Computation and visualization play a key role in our educational and research activities. We offer courses that provide a heavy concentration in quantitative disciplines, including physical pharmaceutical sciences, pharmacokinetics, pharmacodynamics, pharmacogenetics and pharmacogenomics. Specialized software holdings not only support research and education in PK/PD/PG, but also in molecular computation and visualization.

Basic skills training is offered in computation related to the practice of pharmacy. In terms of research, both undergraduate and graduate students receive hands-on research training by participating in externally funded research projects. Analysis of data and presentation of research findings are a mainstay of research training.

Research centers associated with the School of Pharmacy and Pharmaceutical Sciences (and not previously described) include:

Center for Drug Delivery is a dynamic academic home for investigators interested in discovering and advancing innovative drug delivery and therapy strategies. It seeks to actively pursue industry partnerships allowing UB biotechnologies to translate into economic growth opportunities and revenue generation; to foster interdisciplinary training environments educating the next generation of translational scientists interested in drug delivery and therapy development; and to create delivery technologies for investigator projects and formulate translational services supporting further drug development.

Center for Protein Therapeutics works with leading pharmaceutical companies to advance the development of next generation protein drugs, providing improved effectiveness and convenience for users. The Center conducts leading-edge research and provides structural training programs in concert with other centers at the New York State Center of Excellence in Bioinformatics and Life Sciences.

The Center of Excellence in Pharmacokinetics and Pharmacodynamics was established to promote the development and application of PK/PD to the problems and challenges of drug therapy. The Center's primary areas of research include translational pharmacology, mechanism-based PK/PD modeling, modeling of disease and disease progression, PK/PD systems, PD interaction and PK/PD structure-activity.

Center for HOPE (Health Outcomes, Pharmacoinformatics and Epidemiology) is the foremost producer and evaluator of the healthcare evidence base, serving local, regional, national, and international partners of UB as well as healthcare providers across the globe. The focus of its effort is on optimization of pharmacotherapy in underserved populations.

Center for Integrated Global Biomedical Sciences is an international hub for innovation that brings together scientific disciplines in a nontraditional approach to build capacity to address regional as well as global challenges. The center uses education, training and research to promote novel discovery, maximize technology and foster translation.

Global Health Initiative offers multiple initiatives which exposes students to practical global health concerns, promotes culturally competent healthcare and fosters the development of servant leadership in global populations locally, nationally and internationally.

Laboratory for Antimicrobial Pharmacodynamics is focused on novel approaches to combat bacterial resistance by studying interdisciplinary areas including antimicrobial pharmacokinetics and pharmacodynamics, clinical pharmacology, bacterial genetics and translational medicine. The laboratory utilizes a variety of approaches to optimize the profile of new and existing antibiotics including susceptibility and bactericidal testing, the cutting edge hollow fiber infection model and advanced pharmacometric analyses.

Research Pharmacy is a New York State-licensed outpatient facility focused on providing UB researchers pharmaceutical support during all aspects of their research. Through its highly skilled pharmacy team, the Research Pharmacy provides support in a variety of areas including federal and state legislation, customization of dosing regimens, management of medication dispensation and blinding and specialized compounding.

Translational Pharmacology Research Core (TPRC) is a collaboration between other research cores in the Center of Excellence in Bioinformatics and Life Sciences, School of Pharmacy and Pharmaceutical Sciences, the Clinical and Translational Science Institute and other units within the University at Buffalo and the Buffalo Niagara Medical Campus. The TPRC has grown and collaborates across decanal units with UB as well as throughout the New York State.

Transplantation Immunosuppressive Pharmacology Research Program focuses on understanding the relationship between the pharmacokinetics of immunosuppressive drugs, pharmacodynamics of immunologic markers, and pharmacogenomic endpoints as related to gender, race, and age of renal transplant recipients.

UB-UZ Research Training Program (HRTP) is supported by the NIH Fogarty International Center and is a postgraduate fellowship training initiative with emphasis on HIV/AIDS clinical pharmacology between UB and the University of Zimbabwe (UZ). Program faculty at both institutions contribute mentored training to UZ students

and scholars who will contribute clinical pharmacology expertise to multidisciplinary teams to achieve the HIV/AIDS research goals for Zimbabwe.

**School of Architecture and Planning**

This is the only school of architecture and planning within the 64-campus State University of New York (SUNY) system. As a community of thought leaders and aspiring architects and urban planners, thoughts and actions are on the edge of knowledge and practice, guided by a culture of experimentation, a core belief in learning by doing, and a spirit of public service and inclusion. The school proves each and every day that design and planning are agents of change for community, place, culture, social justice and the natural world.

Research centers associated with the School of Architecture and Planning (and not previously described) include:

- Center for Architecture and Situated Technologies (CAST) focuses on the evolving and growing implications of new technologies within the built environment: social, political, ecological and material.

- Center for Inclusive Design and Environmental Access (IDeA Center) focuses on research, development, education, dissemination, and design projects related to universal design.

- Food Systems Planning and Healthy Communities Lab is dedicated to studying the role of planning and policy in facilitating sustainable food systems and healthy communities.

- UB Regional Institute / Urban Design Project is a major research enterprise for the School of Architecture and Planning.

**College of Arts and Sciences**

With 27 departments, 16 academic programs, and 23 centers and institutes, the College of Arts and Sciences offers students the resources of a major research institution – such as cutting-edge facilities and faculty at the forefront of their fields – combined with the support of a small university setting and a commitment to community engagement through research, study abroad, internships and service programs.

**Graduate School of Education**

A professional school with a social mission to create and apply knowledge informed by research on human development, educational policy, teaching and information science, the Graduate School of Education offers nine doctoral programs, 48 master's programs and 18 advanced certificate programs, many of which are on-line. Faculty and students are involved in dynamic, collaborative and transformative research that impacts local, national and global communities.

**School of Engineering and Applied Sciences**

Eleven undergraduate degree programs, 18 master's programs and 10 doctoral degree programs are offered through the School of Engineering and Applied Sciences. Multidisciplinary teams collaborate with the school's research centers, institutes and programs to address such topics as healthcare, personal security and recovery from natural disasters. The Department of Biomedical Engineering spans both the School of Engineering and the Jacobs School of Medicine.

**School of Social Work**

The diverse community of the school is unified by its vision of a better society achieved through the generation and transmission of knowledge, promotion of social justice and service to humanity. Faculty research addresses many critical topics, including substance abuse, trauma, aging, health access, mental health, chronic disease, child welfare, sexuality and cross-cultural practice.

Research centers associated with the School of Social Work (and not previously described) include:

- Buffalo Center for Social Research facilitates social work faculty and graduate students' research programs by providing assistance in securing extramural support for their scholarly, research, teaching and community service activities through individual, collaborative and interdisciplinary grant proposal submissions.

- Immigrant and Refugee Research Institute create and shares knowledge on immigrants and refugees to improve their lives with a focus on Western New York newcomers.

### School of Law

- The UB School of Law is the only law school in the State University of New York system and is one of only a few law schools located on an international border. The School of Law offers a myriad of cross-border learning opportunities, including a new cross-border legal studies concentration. Many nationally prominent faculty members have a Ph.D. in addition to their law degrees, which allowing the school to offer a wide range of interdisciplinary course options taught by experts. A unique feature of the UB School of Law is a collaborative initiative with the legal community. Students, faculty, staff, loyal employers, judges. and a wide-ranging network of alumni are all deeply engaged with the law school community. They are mutually supportive of one another and directly involved and committed to the educational process.

### School of Management

- The UB School of Management has been recognized by *The Wall Street Journal* as one of the best in the world for seven consecutive years. The mission of the school is to discover and deepen our understanding of management concepts and applications that drive effective organizations and use them to produce principled and insightful leaders who create positive change in the world. The School of Management engages in a wide variety of public service activities that benefit the Western New York region and beyond.

### UB Health Sciences Library

- The mission of the UB Health Sciences Library is to advance knowledge by developing, managing and providing access to health information resources. Located on the UB South Campus, the Health Sciences Library focuses its resources and services to meet the information needs of the University's five health sciences schools as well as health professionals and organizations throughout Western New York.

- Resources include over 10,000 current biomedical journal subscriptions in all formats, over 365,000 volumes of book and journal titles in multiple formats, a strong collection of audiovisual programs and a well-used history of medicine collection highlighting books and rare medical instruments. A growing array of electronic information resources including MEDLINE, CINAHL, EMBASE, PsycINFO, Web of Science, Evidence Based Medicine Reviews and Nursing Reference Center are available to all faculty, staff and students either on campus or remotely. Visitors to the library may access library resources on site. Instruction on aforementioned and other curriculum and resource-based tools are available in person or online.

- Reference assistance is provided in person, by phone, chat or via email, AskHSL@buffalo.edu. Librarians are available to share searching expertise and provide information research consultation for faculty and students working on a thesis, dissertation and research project or grant proposal. In addition, interlibrary loan and document delivery service either electronically or in print are provided via Delivery+.

### Buffalo Translational Consortium

The UB Clinical and Translational Science Institute leads the Buffalo Translational Consortium, which is comprised of the five UB health sciences schools, leading clinical institutions (Roswell Park Comprehensive Cancer Center, Kaleida Health System¸ Erie County Medical Center, UBMD Practice Plan and Buffalo Veterans Administration Medical Center), research institutes and community partners. All partners share a commitment to perform research with a vision to improve methods of prevention and treatment and to test and implement innovative approaches to improve health and reduce health disparities in our community. (see figure below)



## UB Health Sciences Schools

- Jacobs School of Medicine and Biomedical Sciences (described previously in this document)
- School of Dental Medicine (described previously in this document)
- School of Nursing (described previously in this document)
- School of Pharmacy and Pharmaceutical Sciences (described previously in this document)
- School of Public Health and Health Professions (described previously in this document)

## Clinical Institutions

- Buffalo Veterans Administration Medical Center is one of two members of the VA Western New York Healthcare System. The Buffalo VA has provided medical, surgical, mental health and long term care services through a range of inpatient and outpatient programs since 1950. VA Western New York Healthcare System is academically affiliated with UB along with 66 additional universities and professional schools. Its researchers have earned worldwide acclaim in developing the cardiac pacemaker, as well as other recent breakthroughs.

- Erie County Medical Center (ECMC) is one of the area's leading healthcare providers and one of the country's most modern, functional and efficient healthcare delivery systems. ECMC is the regional center for trauma, burn care, behavioral health, transplantation, and medical rehabilitation, and a number of Centers of Excellence. It is also a major teaching facility for UB, making it a top destination for research and innovation. ECMC provides care to the eight counties of Western New York and Southern Ontario, Canada.

- Kaleida Health System is the largest healthcare provider in Western New York, with 40 percent of the market share, serving the area's eight counties with state-of-the-art technology and comprehensive healthcare services via five hospitals, two long-term care facilities, over 80 outpatient clinics, including school-based health centers, and home healthcare. In addition, Kaleida Health's hospitals support UB residency programs, training more than 700 residents each year. Kaleida Health Laboratories in the Great Lakes Health System are the dominant NYS/CLIA-certified clinical laboratories in Western New York.

- Roswell Park Comprehensive Cancer Center, America's first cancer center since 1898, is a freestanding comprehensive cancer center that brings together the best medical and scientific minds in cancer care who are dedicated to the mission to understand, prevent and cure cancer. Roswell Park practices a patient-centered, multidisciplinary approach where a team of cancer experts, including surgical, medical and

radiation oncologists alongside oncology nurses, participate in every patient's care in one location. With more than a century of groundbreaking research, Roswell Park commits the infrastructure, intellectual capital and necessary resources to convert scientific discoveries into real-world products and applications. Roswell Park actively seeks to help medically underserved and high-risk populations through a variety of programs.

- UBMD Physicians Group is the single largest physicians group in Western New York, with more than 500 doctors in 18 medical specialties, offering a full range of primary and specialty care for children, adults and seniors. In addition to practicing medicine, UBMD doctors teach medical students and residents at the Jacobs School of Medicine and Biomedical Sciences and conduct clinical trials.

- Great Lakes Integrated Network (GLIN) is a capital partner of Kaleida and includes ~500 providers in community practices (half primary care) and 175,000 lives, primarily in Erie County, including urban and rural practices. GLIN has a data warehouse using HealtheIntent and will share data with our IHI data repository, enabling identification of clinical trial cohorts. The GLIN collaboration creates a valuable opportunity to bring clinical trials to community-based practices.

**Research Institutes**

- Hauptman-Woodward Medical Research Institute is committed to finding fundamental causes of many diseases. Its scientists use a methodology known as structural biology, allowing them to create 3D models of molecules that build up cells. Results of their investigations provide insight to how molecular machines work. The institute also seeks to make technological improvements in the process of creating these 3D molecular models to enhance productivity of scientists all over the world.

- Institute for Healthcare Informatics (IHI) (described previously in this document)

- New York State Center of Excellence in Bioinformatics and Life Sciences is a hub for life sciences innovation and technology-based economic development driving scientific discovery, facilitating collaboration among academia, industry and the public sector to create jobs that directly impact the region's and state's economics. The Center of Excellence in Bioinformatics and Life Sciences is home to over 250 scientists and research staff with biological, physical and computational expertise, all engaged in interdisciplinary biomedical research with collaborators from across the region, country and globe.

**Community Partners**

- Buffalo Center for Health Equity The mission of the Buffalo Center for Health Equity is to eliminate race, economic and geographic-based health inequities in Western New York by changing the social and economic conditions that cause illness and shorten lives among the sickest of the region. The Center uses policy analysis, research, assessment, and evaluation, advocacy, community engagement and education, and program development and implementation to eliminate these inequities. The Center works collaboratively with community members and organizations as well as the public and faith-based sectors to advance this multi-level agenda. The work is focused on the social and economic determinants of health (failing schools, high unemployment, low property values, poor access to public transportation, absence of grocery stores, lead contamination in homes, highway pollution, brownfields, and poor access to healthcare) primarily in the 14204, 14206, 14211, 14212, 14215 zip codes where African Americans are dying at three times the rate as their white counterparts. Buffalo Center for Health Equity is a community-based 501(c)3 center that includes active involvement of multiple sectors of the community, including the faith-based community, healthcare providers, labor, health insurance, non-profits, the criminal justice system and elected officials.

- HEALTHeLINK is a collaboration of physician, hospital and insurance organizations to share clinical information in efficient and meaningful ways to improve delivery of care, enhance clinical outcomes and control healthcare costs throughout the Western New York region. HEALTHeLINK is working towards the vision of creating community-based virtual medical records and other clinical applications. This ultimately leads to broader, quicker access to medical information to be translated into better clinical outcomes, increased professional collaboration, improved efficiency and lower costs, and overall improved patient safety.

- New York State AHEC System is a statewide, community-based health workforce development initiative with a mission to enhance access to quality healthcare and improve healthcare outcomes by addressing the

health workforce needs of medically disadvantaged communities and populations via community academic partnerships.

- Community Health Worker (CHW) Network of Buffalo was formed in 2010 through the efforts of a group of advocates in health care, public health, academia, and community-based organizations looking to foster "bottom up" strategies to improve community health in Buffalo and beyond. The CHWNB developed as frontline workers of and from the communities they serve (Community Health Workers) and stakeholders came together in the areas of health care, public health, housing, education, environment, food access, and social services; with the intent to empower community members to define their own challenges and opportunities and take action to self-determine their future. The CHWNB's mission is to provide education, networking, and support to ensure all people and communities have the resources and power they need to realize their full potential for health and well-being, with a focus on diversity, inclusion, and equity.

## Equipment

As outlined in the proposal, *Igniting Hope in Buffalo New York Communities: Training the Next Generation of Health Equity Researchers,* we will attract, train and mentor early-career investigators from all 12 UB schools to perform research to achieve health equity in our region by addressing the complete range of social determinants of health (SDOH). Because we will not know the specific projects or mentors until we solicit letters of intent and fund pilot studies proposals, it is difficult to predict pertinent equipment. The mentors of investigators will be accomplished, well-funded faculty, who have well equipped research environments and laboratories (in the case of laboratory-based projects).

The Facilities and Resources section includes a comprehensive summary of the 12 UB schools and many of the most pertinent Core Facilities and Research Centers. UB and Roswell Park Comprehensive Cancer Center have comprehensive, well-equipped core facilities with modern, appropriate equipment for the cores to provide state-of-the-art support to pilot studies awardees.



**Office of the Vice President for Health Sciences and Dean**

July 26, 2023

Dear officers of NIMHD and review committee members,

In response to and in support of the required materials for the submission, *Igniting Hope in Buffalo New York communities: Training the Next Generation of Health Equity Researchers,* to the National Institute on Minority Health and Health Disparities (NIHMD). I commit on behalf of our research efforts and the university that the University at Buffalo and our partners in this submission agree to maintain our current expenditures for activities not less than the expenditures maintained by the institutions in the fiscal year preceding receipt of this award.

We also agree with respect to any Federal amounts received by the Center or consortium and available for carrying out authorized activities, the institutions involved agree that the institutions will, before expending the award, expend the Federal amounts obtained from sources other than the award.

Sincerely,

Allison Brashear, M.D., M.B.A.
Vice President for Health Sciences
Dean, Jacobs School of Medicine and Biomedical Sciences

955 Main Street, Room 6190, Buffalo, NY 14203-1121
716.829.3355 (F) 716.829.2179  www.medicine.buffalo.edu

UB_VPHS_effort_attestation                        Page 89

## Special Eligibility Requirements

The University at Buffalo (UB) Jacobs School of Medicine and Biomedical Sciences, the lead institution for this proposal, is making significant, efforts to recruit and retain members of minority health disparity populations and other health disparity populations enrolled as students. The School of Medicine includes undergraduate college students, graduate students in PhD and masters' degree programs, and medical students in training for MD degrees. We outline here some of the programs and strategies that we have developed and implemented along with data showing the substantial progress reflected in a steadily increasing proportion of students who are underrepresented in medicine and science.

Data reported in this document are provided by the UB Office of Institutional Analysis in the Office of the Provost.

## Medical Students

The admissions policy has been critical in achieving the medical school's mission of admitting a diverse class of highly qualified individuals, of the highest integrity and ethical standards, who will become the next generation of competent physicians, medical educators, and clinical investigators.

As part of diversity as a core value, the School of Medicine's goal is to recruit students that bring a wide variety of life experiences, personal interests, and academic achievements. To achieve diversity in medical admissions the school employs a **holistic review process**. Holistic review provides a means to tailor the individualized assessment of an applicant's capabilities through balanced consideration of life experiences, attributes, and academic metrics that when considered in combination, predict how the individual might contribute value as a medical student and physician. Assessment criteria focus on essential and unique attributes that include, but are not limited to, academic and personal achievement, intellectual curiosity, industriousness, obstacles overcome, commitment to service, compassion, personal integrity, communication skills, potential for



**Figure 1.** Percent of medical students admitted who are members of minority health disparity populations or other health disparity populations by year.

leadership and unique personal characteristics. Each entering class is selected from the total applicant pool to include individuals whose credentials indicate their dual capacity to meet the rigorous training requirements of medical school and to contribute to the diverse learning environment of their fellow students and ultimately to the diverse practice environment of the population served. **Figure 1** shows the percentage of medical students admitted who are members of NIH-designated minority health disparity populations or other health disparity populations by year.

The Associated Medical Schools of New York (AMSNY) Post Baccalaureate Program, hosted by UB Jacobs School of Medicine and Biomedical Sciences, has had a **substantial regional impact in expanding the pool of physicians from diverse backgrounds.** UB hosts a one-year program to prepare underrepresented, economically, and educationally disadvantaged students for medical training in seven New York State medical schools that conditionally accepted them. Of 607 students (all from underrepresented or economically disadvantaged backgrounds) admitted to the program since 1991, 92% matriculated in medical school and 87% graduated. Funded by the New York State Department of Health, we enroll 20-25 students annually (4-5 per year subsequently enroll at UB). All participants attend tuition-free and receive a living stipend from AMSNY.

## Graduate Students in the School of Medicine

The PhD Program in Biomedical Sciences provides an entry portal and a common first-year curriculum, equipping graduate students with core knowledge and concepts to support pursuit of a doctoral degree in one of our several participating disciplines. After the first year, students join one PhD program while still collaborating across research areas. Recruitment activities include attendance at national events focused on increasing graduate school applications from diverse populations, including Society for Advancement of Chicanos and Native Americans in Science (SACNAS) and the Annual Biomedical Research Conference for Minoritized Scientists (ABRCMS). We work across UB STEM decanal units to increase our reach and presence at these events. We have also developed pipelines with key institutions (City University of New York, John Jay College

of Criminal Justice, University of Puerto Rico), and a focus on UB's diverse population of undergraduates (e.g., Collegiate Science and Technology Entry Program and McNair Scholars). UB also recruits diverse scholars via its Initiative for Maximizing Student Development (IMSD T32 training grant) and the Institute for Strategic Enhancement of Educational Diversity (iSEED) program. To increase yield on admission offers, we award a number of internal fellowships (such as Schomburg, Presidential, and Graduate School fellowships) that provide funds on existing assistantship packages. These funds allow us to increase funding offers for these highly sought-after students.



**Figure 2.** Percent of graduate students admitted who are members of minority health disparity populations or other health disparity populations by year.

**Figure 2** shows the percentage of graduate students admitted who are members of NIH-designated minority health disparity populations or other health disparity populations by year.

The **Collaborative Learning and Integrated Mentoring in the Bioscience (CLIMB)** Program has been particularly successful in recruiting students form diverse backgrounds into graduate programs, both locally and nationally. Founded in 2009, CLIMB offers research opportunities, mentoring, and professional development workshops to undergraduates, graduates and postdocs and has had (as of 2022) 588 participants (Current students 44% underrepresented minority [URM]). As of 2022, CLIMB UP has hosted 255 undergraduate students (68% URM) for summer internships. Of these, 103 (40%) have completed or are enrolled in PhD (28), MD (26), MD/PhD (3), Masters (13), DDS (9), PharmD (13), MPH (7), and other (4) programs. Overall, 37 are in UB programs and 66 are at other universities. **The CLIMB Program has received national recognition, including the 2020 Inspiring Programs in STEM Award from Diversity Magazine.**

## Undergraduate Students in the School of Medicine

The School of Medicine includes an active undergraduate program in the biomedical sciences with approximately 1,000 students. The undergraduate program has eight majors, including:

- Biochemistry
- Biomedical Informatics
- Biomedical Sciences
- Biotechnology
- Medical Technology
- Neuroscience
- Nuclear Medicine Technology
- Pharmacology and Toxicology



Many graduates go on to professional or graduate school for advanced training. However, many are also placed in industry in a wide variety of fields, including healthcare facilities, biotech, or research labs.

**Figure 3.** Percent of undergraduate students who are members of NIH-designated minority health disparity populations or other health disparity populations admitted to the School of Medicine by year

**Figure 3** shows the percentage of undergraduate students who are members of NIH-designated minority health disparity populations or other health disparity populations admitted to the School of Medicine by year

Federal Pell Grants are awarded to undergraduate students who display exceptional financial need and have not yet earned a bachelor's degree. Of undergraduate students in the School of Medicine, 35.7% are Pell Grant eligible in the 2022-23 academic year, reflecting efforts to admit students from underrepresented groups:

- Total undergraduate students:    1,036
- Pell Grant eligible:    370
- % Pell Grant eligible:    35.7%

## University-wide demographics of students

UB has launched and implemented robust and broad-based programs to enhance the diversity of students, faculty, and staff (summarized below). These efforts have resulted in a 40% increase over the last 10 years in the percentage of NIH-designated minority health disparity populations or other health disparity populations in the overall student population at UB (**Table 1).**

| Table 1. Demographics of All Undergraduate, Graduate, and Professional Students at University at Buffalo | | | | |
|---|---|---|---|---|
| Students | **2012-13 academic year** | | **2022-23 academic year** | |
| | Number | Percentage | Number | Percentage |
| NIH-designated minority health disparity populations or other health disparity populations | 6,355 | 23.6% | 10,209 | 33.1% |
| Total students | 26,961[1] | | 30,877[2] | |
| [1]1,991 with unknown race subtracted from 28,952 total students [2]1,122 with unknown race subtracted from 32,009 total students | | | | |

## Mentoring Programs to Support Successful Education and Completion of Degree

UB hosts many programs to support underrepresented and underserved populations. The programs are designed to support success, help build an interdisciplinary and diverse community at UB, and assist students to complete their programs and receive their degrees. These programs include:

- o **Arthur O. Eve Educational Opportunity Program (EOP)** is a multifaceted academic and student enrichment program for students who have demonstrated their potential to academically and personally succeed at UB, despite economic or social barriers.

- o **Access to College Excellence (ACE)** provides support services to students during their transition to college and throughout their first two years of study at UB.

- o **Daniel Acker Scholars Program** is a community of academically talented, diverse students who demonstrate strong leadership potential and commitment to community service.

- o **Collegiate Science and Technology Entry Program** (CSTEP) empowers talented undergraduate students from underrepresented backgrounds to pursue careers in science, technology, math, and engineering (STEM), the licensed professions and health-related fields.

- o **McNair Scholars Program** serves low-income, first-generation students and traditionally underrepresented undergraduate student populations in PhD programs. Scholars have access to a network of year-round support that includes graduate school preparation, funded research opportunities and academic and personal development.

- o **TRiO Student Support Services** support undergraduate students who are first-generation, low-income, and/or students with disabilities to help them overcome academic, cultural and social barriers so they can succeed in higher education. Students receive holistic academic and personal support services designed to assist with graduate school and career preparation, economic and financial literacy, and ultimately persistence to graduation.

- o **Arthur A. Schomburg Fellowship** is a graduate fellowship program that supports high achieving students who contribute to the diversity of campus. The program includes professional development opportunities and cross-disciplinary community building experiences to enhance graduate experience. This program is funded by SUNY.

- o **Generation Honors** program offers an opportunity for Honors Scholars from underrepresented backgrounds to develop a deep sense of community, build lasting connections and leverage key campus resources starting the summer before freshman year and lasting through graduation. In Fall 2022, **42** students participated in this program, a **120%** increase over 2021. Among the top

40 public university honors colleges, Generation Honors is the only summer bridge cohort program prioritizing underrepresented students of which we are aware.

UB has a high number of first-generation students, 20% of the undergraduate population. As part of a larger program by the Association of Public and Land-grant Universities (APLU) initiative to close the achievement gap for underrepresented minority and underserved undergraduates, UB has developed summer bridge and peer mentoring programs for first gen students:

- **First Gen Peer Mentoring Program** provides mentorship from an upperclassman and support to first-generation college students for their first year at UB

- **UB Thrive** is a summer bridge program for STEM and first-generation students. For summer 2021, **92%** of STEM Success participants were retained to the second semester, and **97%** of first generation students were retained to second semester. The program was particularly impactful for underrepresented minorities (URM), women, and Pell student retention:

    - **100%** of **URM** participants retained to their second term
    - **100%** of **Women** participants retained to their second term
    - **94%** of **Pell Eligible** participants retained to their second term

## University-wide Programs to Increase Faculty Recruitment of Minority and Other Members of Health Disparities Populations

Recognizing that a diverse, equitable and inclusive community is an essential foundation for achieving excellence and success, the University at Buffalo has long been committed to fostering diversity, inclusivity, and accessibility on campus. Founded in 1846, UB's integration into the SUNY system in 1962 coincided with a period of deep social and academic engagement on campus with local and national civil rights struggles. That period witnessed the development of a commitment to addressing social issues and engagement with communities locally and globally that remains a hallmark of UB's culture.

UB was a pioneer in the establishment of race and gender studies programs in the late 1960s and early 1970s. Today, researchers, departments and schools across UB boast strengths in diversity and inclusion-related research and education, such as our national leadership in critical race, critical class and feminist legal theory in the School of Law; universal design in the School of Architecture and Planning; women's health in the School of Public Health and Health Professions; Africana and American studies, Asian studies, Jewish thought, disability studies, and global gender and sexuality studies in the College of Arts and Sciences; and race and equity in schools and society in the Graduate School of Education, to name just a few. In 2020, the College of Arts and Sciences, in collaboration with the Office of the Vice Provost for Inclusive Excellence, received a $3.2 million grant from the Andrew W. Mellon Foundation to launch the interdisciplinary Department of Indigenous Studies, which builds on UB's longstanding legacy as a key location for Haudenosaunee and Indigenous studies.

In 2014, UB founded the Office of Inclusive Excellence. Led by the Vice Provost for Inclusive Excellence, UB's chief diversity officer, the office is responsible for facilitating UB's diversity and inclusion strategies and for supporting UB's efforts to provide an inclusive campus culture. A pioneer within SUNY in launching an office focused on equity and inclusion and in creating a cabinet-level, chief diversity officer position, UB was a model for the entire system when SUNY launched its multi-prong effort in 2015 to address diversity and assure inclusive excellence system-wide. In 2019, UB created a university-wide network of 16 unit diversity officers, who represent each of UB's schools and several administrative offices and who work with the Vice Provost for Inclusive Excellence. The unit diversity officers are a national model for coordinating efforts and sharing resources across a large university, which recognizes the needs of the individual colleges and units while, at the same time, providing a mechanism for collaboration for university-wide impact.

In 2019, UB president Satish Tripathi established an ambitious goal to move UB into the top 25 public research universities in the nation. A key goal of UB's Top 25 institutional ambition is to further enhance faculty and student diversity through focused enrollment and hiring strategies and the implementation of best practices that further integrate inclusiveness into all aspects of the university. UB is committed to doubling the number of faculty from historically underrepresented backgrounds between 2020 and 2025. In support of this effort, several individual schools have launched or grown faculty pipeline programs. University-wide, in 2020-21, UB launched the

Distinguished Visiting Scholars program, among the largest and most comprehensive program of its kind, which brings a cohort of highly accomplished scholars and artists whose work elucidates social inequality and advances social justice for the university and Buffalo community.

- **Distinguished Visiting Scholars Program.** UB provides a one-year, temporary, full-time, residential, salaried position (benefits eligible) as a Distinguished Visiting Scholar hosted by a department within the College of Arts and Sciences. Distinguished Visiting Scholars will be part of a cohort. The program provides scholars and artists of exceptional accomplishment a unique opportunity to join a cohort of visiting faculty to promote diversity, equity, and inclusion. The program has led to recruitment of several new full-time faculty. The first cohort was 2020-21 and three cohorts of ~10 scholars each year have participated. Ten scholars have committed to the 2023-24 cohort, which will be the fourth cohort of this highly successful program.

In fall 2021, the Office Inclusive Excellence launched the Visiting Future Faculty (VITAL) program, which brings late-stage PhD scholars from historically underrepresented groups to UB to present work and engage with community**.**

- **Visiting Future Faculty Program** (VITAL) is a four-day program that brings outstanding doctoral scholars from all disciplines to UB. VITAL contributes to the growth of faculty from traditionally underrepresented populations in the United States, particularly from Indigenous, African American/Black, and Hispanic/Latinx backgrounds. VITAL scholars present their work, engage with UB faculty and students, meet other scholars in the program, and experience the region's many offerings. The first cohort was in 2022 in which 22 scholars from throughout the country visited UB. Recruitment is underway for the 2023 cohort to start in October.
- **PRODiG ("Promoting Recruitment, Opportunity, Diversity, Inclusion and Growth")** is a SUNY-wide program to increase underrepresented faculty at SUNY in all disciplines and women in STEM fields. Supported by $2,199,600 in PRODiG funds since 2019, UB hired 26 new faculty, including 12 from underrepresented backgrounds (including 3 women in STEM) and 14 women in STEM fields.

**As a result of these and other efforts, the percentage of historically underrepresented faculty among new tenured and tenure-track hires has increased from 8% in 2017 to ~36% in 2022.**

### Leadership Hires

During the last two years, UB recruited new Deans of four of the six Health Sciences Schools. Two are women (medicine- Dean Allison Brashear and nursing- Dean Annette Wysocki) and the others are African American (social work- Dean Keith Alford) and Latinx (dental medicine- Dean Marcelo Araujo). UB is committed to diversifying students, faculty, staff, and university leadership.

In 2020, President Satish K. Tripathi formed the President's Advisory Council on Race (PACOR) to ensure equity in UB's policies, programs, activities and traditions. To date, more than 150 faculty, students and staff have been involved in efforts to address critical issues relevant to curriculum; pedagogy; faculty and staff hiring, retention and advancement; enrollment; the campus experience; and community engagement. Ongoing implementation of the PACOR recommendations is a top priority for the university.

### Developing Early Career Pathways

As part of our underlying theme of prioritizing health equity at our university, we are committed to training a workforce prepared to confront the structural racism that generated centuries of disparate health outcomes. A critical element to achieving diversity at the faculty level is establishing early pathways to science careers in groups underrepresented in science and medicine. The student population in Buffalo Public Schools, the second largest school district in the state, is 80% underrepresented minority and has one of the lowest high school graduation rates in the state. UB has placed a priority on developing career pathways beginning with elementary schools in Buffalo Public Schools through the faculty level. **Table 2** (next page) briefly outlines the many programs and initiatives of UB faculty and students at the elementary, middle, and high school levels in developing career pathways for academic and career success, with a focus on Buffalo Public Schools.

**Table 2.** University at Buffalo career pathway programs to enhance the diversity and excellence of the pool of future trainees and faculty

| Level | Program | Host/Funding Source | Participants | Remarks |
|---|---|---|---|---|
| Elementary School | Black Men in White Coats | UB medical student volunteers | Elementary students in *Buffalo Public Schools* | Mentoring by medical students |
| Elementary School | Microbiome Workshops | UB Genomics, Environment and Microbiome Community of Excellence | Second graders in *Buffalo Public Schools* | Delivered by UB faculty and graduate students to *Buffalo Public Schools* |
| Middle School | Interdisciplinary Science and Engineering Partnership (ISEP) | $10 million NSF grant: Interdisciplinary Science and Engineering Partnership (ISEP) | Middle Schools in *Buffalo Public Schools* (Goal: transform how science is taught) | Mentoring and teaching in STEM by UB faculty and students and develop classroom materials |
| Middle School | Annual Genome Day | Center of Excellence for Bioinformatics and Life Sciences and ~50 UB student and faculty volunteers | Eighth graders from *Buffalo Public Schools* | Hands-on laboratory experience in UB labs for 400 eighth graders annually |
| Middle School and High School | Science and Technology Entry Program (STEP) | New York State Department of Education, UB Cora P. Maloney Center | Underrepresented and economically disadvantaged students in *Buffalo Public Schools* | Tutoring to prepare students to enter college in STEM. (42 students per year grades 7-12) |
| Middle School and High School | Geo-Technology Experiences for Students and Teachers (GTEST) | $10 million NSF grant: Interdisciplinary Science and Engineering Partnership (ISEP) | Middle and high school students and teachers in high-needs school districts | Summer camp experience and after school program for teachers and students |
| Middle School and High School | Curriculum on genome and microbiome science | UB Genomics, Environment and Microbiome Community of Excellence | *Buffalo Public School* students | Faculty and graduate students work with teachers to develop lessons in genome and microbiome education |
| Middle School, High School, and parents | Buffalo Niagara Medical Campus Open House | Center of Excellence for Bioinformatics and Life Sciences and institutions of the Buffalo Niagara Medical Campus | *Buffalo Public School* students and parents | Participants visit institutions on the campus and participate in hands-on learning activities. |
| High School | Scientific Educational Partnership Award (SEPA) | NIH R25 GM 137364 Metagenomics Partnership Project and New York State Area Health | *Buffalo Public School* students and teachers | Pathway to recruit students to careers in health care and STEM. Hand-on training for science teachers in metagenomics and bioinformatics. |

| | | Education Center System (AHEC) | | |
|---|---|---|---|---|
| High School | Paid summer research internships in UB labs | Center for Bioinformatics and Life Science and faculty volunteer mentors | Students in *Research Laboratory High School*, a new Buffalo Public School | Through the Erie County "Summer Youth Employment Program," the Buffalo Urban League, and the UB partnership with this new Buffalo Public school, students are placed in UB research labs |
| High School | After School Program to Support Extended Learning | *Buffalo Public Schools* | High school students in *Buffalo Public Schools* | Tutoring and mentoring high school students |
| High School | STEM Literacy Program | Subaward, *Buffalo Public Schools* | High school students in *Buffalo Public Schools* | With Department of Surgery |
| High School | UB-*Buffalo Public School* Partnership to Improve Student Achievement in Biological Sciences | Cullen Foundation | High school students in *Buffalo Public Schools* | Tutoring and mentoring in biological sciences |
| High School | Science Education Fellows | Cullen Foundation | *Buffalo Public School* teachers | UB students (Science Ambassadors) work with *Buffalo Public School* teachers to create educational materials on health sciences |
| High School | Science Exploration Day | UB faculty and students | *Buffalo Public School* teachers | Day-long science and engineering talks and activities in 3 concurrent sessions |
| High School | Health Science Symposium for high school juniors | Department of surgery with Roswell Park Comprehensive Cancer Center, Hauptman Woodward Institute, Kaleida Health and local health science companies | High school juniors in *Buffalo Public Schools* | Day-long event on all aspects of health sciences, including surgery, dentistry, research, drug development, and infection control. |
| High School | Buffalo Niagara Medical Campus Summer STEM Program | School of Medicine, Buffalo General Medical Center, Oishei Children's Hospital, UB Clinical and Translational Research Center, | *Buffalo Public Schools* | Two-week hands-on workshops for entering high school students to *Buffalo Public Schools*. Students visiting institutions on the Buffalo Niagara Medical Campus |

|  |  | Roswell Park, several biotech companies |  |  |
|---|---|---|---|---|
| High School | Liberty Partnership Program | New York State and UB Cora P. Maloney Center | *Buffalo Public Schools* | Goal is to increase the high school graduation rate in *Buffalo Public Schools*. Academic support, individual and family counseling, career guidance, and parent engagement |
| High School | UB Upward Bound Program | United States Department of Education, UB Cora P. Maloney Center | High school students from disadvantaged backgrounds | Academic immersion, service learning, civic engagement, career exploration, creative thinking, hands-on discovery and personal growth |

OMB Number: 4040-0001
Expiration Date: 11/30/2025

## RESEARCH & RELATED Senior/Key Person Profile (Expanded)

| PROFILE - Project Director/Principal Investigator |
|---|

| Prefix: | First Name*: Timothy | Middle Name | Last Name*: Murphy | Suffix: M.D. |
|---|---|---|---|---|

Position/Title*:
Organization Name*:      STATE UNIVERSITY OF NEW YORK AT BUFFALO
Department:
Division:
Street1*:                875 Ellicott St.
Street2:
City*:                   Buffalo
County:
State*:                  NY: New York
Province:
Country*:                USA: UNITED STATES
Zip / Postal Code*:      14203-1034

Phone Number*: (716) 881-8911          Fax Number:

E-Mail*: murphyt@buffalo.edu

Credential, e.g., agency login: tmurphy

Project Role*:  PD/PI                  Other Project Role Category:

Degree Type:                           Degree Year:

Attach Biographical Sketch*:      File Name:      Murphy_Bio.pdf

Attach Current & Pending Support:  File Name:

| PROFILE - Senior/Key Person |
|---|

| Prefix: | First Name*: Oscar | Middle Name | Last Name*: Gómez | Suffix: Ph.D |

Position/Title*: Associate Professor and Division Chief
Organization Name*: SUNY at Buffalo
Department:
Division:
Street1*: 1001 Main Street
Street2:
City*: Buffalo
County:
State*: NY: New York
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 14203-1009

Phone Number*: (716) 323-0150    Fax Number:

E-Mail*: oscargom@buffalo.edu

Credential, e.g., agency login: GOMEZOSCAR

Project Role*: Co-Investigator    Other Project Role Category:

Degree Type:    Degree Year:

Attach Biographical Sketch*:    File Name:    Gomez_Bio.pdf

Attach Current & Pending Support:    File Name:

| PROFILE - Senior/Key Person |
|---|

| Prefix: | First Name*: Susan | Middle Name | Last Name*: Grinslade | Suffix: Ph.D |

Position/Title*: Associate Director
Organization Name*: SUNY at Buffalo
Department:
Division:
Street1*: 210 Wende Hall
Street2:
City*: Buffalo
County:
State*: NY: New York
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 14214-3079

Phone Number*: 716-829-2234    Fax Number:

E-Mail*: msgrinsl@buffalo.edu

Credential, e.g., agency login: MGRINSLADE

Project Role*: Co-Investigator    Other Project Role Category:

Degree Type:    Degree Year:

Attach Biographical Sketch*:    File Name:    Grinslade_Bio.pdf

Attach Current & Pending Support:    File Name:

Tracking Number: GRANT13951079    Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

| PROFILE - Senior/Key Person |
|---|

Prefix:    First Name*: Ekaterina    Middle Name    Last Name*: Noyes    Suffix: Ph.D

Position/Title*:    Professor
Organization Name*:    SUNY at Buffalo
Department:
Division:
Street1*:    270C Farber Hall
Street2:
City*:    Buffalo
County:
State*:    NY: New York
Province:
Country*:    USA: UNITED STATES
Zip / Postal Code*:    14214-8001

Phone Number*: (716) 829-5386        Fax Number:

E-Mail*: enoyes@buffalo.edu

Credential, e.g., agency login: Knoyes17

Project Role*:  Co-Investigator        Other Project Role Category:

Degree Type:        Degree Year:

Attach Biographical Sketch*:    File Name:    Noyes_Bio.pdf

Attach Current & Pending Support:  File Name:

| PROFILE - Senior/Key Person |
|---|

Prefix:    First Name*: Heather    Middle Name    Last Name*: Orom    Suffix: Ph.D

Position/Title*:    Associate Professor
Organization Name*:    SUNY at Buffalo
Department:
Division:
Street1*:    304 Kimball Tower
Street2:
City*:    Buffalo
County:
State*:    NY: New York
Province:
Country*:    USA: UNITED STATES
Zip / Postal Code*:    14214-8028

Phone Number*: (716) 829-6682        Fax Number:

E-Mail*: horom@buffalo.edu

Credential, e.g., agency login: ay6457

Project Role*:  Co-Investigator        Other Project Role Category:

Degree Type:        Degree Year:

Attach Biographical Sketch*:    File Name:    Orom_Bio_.pdf

Attach Current & Pending Support:  File Name:

Tracking Number: GRANT13951079        Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

| PROFILE - Senior/Key Person |
|---|

Prefix: Rev.    First Name*: Kinzer          Middle Name              Last Name*: Pointer                    Suffix:

Position/Title*:
Organization Name*:        Concerned Clergy Coalition of Western New York
Department:
Division:
Street1*:            347 Peckham Street
Street2:
City*:              Buffalo
County:
State*:             NY: New York
Province:
Country*:           USA: UNITED STATES
Zip / Postal Code*:  14206-1716

Phone Number*: 716-563-1609                    Fax Number:

E-Mail*: kinzerpo@buffalo.edu

Credential, e.g., agency login: KINZERPO

Project Role*:  Other (Specify)                Other Project Role Category: Collaborator

Degree Type:                                   Degree Year:

Attach Biographical Sketch*:      File Name:      Pointer_Bio.pdf

Attach Current & Pending Support:  File Name:

---

| PROFILE - Senior/Key Person |
|---|

Prefix:      First Name*: Robert          Middle Name              Last Name*: Silverman                  Suffix: Ph.D

Position/Title*:        Professor
Organization Name*:    SUNY at Buffalo
Department:
Division:
Street1*:            329 Hayes Hall
Street2:
City*:              Buffalo
County:
State*:             NY: New York
Province:
Country*:           USA: UNITED STATES
Zip / Postal Code*:  14214-8030

Phone Number*: (716) 829-5882                  Fax Number:

E-Mail*: rms35@buffalo.edu

Credential, e.g., agency login: SILVERMAN35

Project Role*:  Co-Investigator               Other Project Role Category:

Degree Type:                                   Degree Year:

Attach Biographical Sketch*:      File Name:      Silverman_Bio.pdf

Attach Current & Pending Support:  File Name:

Tracking Number: GRANT13951079                    Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

PROFILE - Senior/Key Person

| | | | | |
|---|---|---|---|---|
| Prefix: | First Name*: Christopher | Middle Name | Last Name*: St. Vil | Suffix: Ph.D |

Position/Title*: Assistant Professor
Organization Name*: SUNY at Buffalo
Department:
Division:
Street1*: 625 Baldy Hall
Street2:
City*: Buffalo
County:
State*: NY: New York
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 14260-1000

Phone Number*: 716-645-9091          Fax Number:

E-Mail*: cstvil@buffalo.edu

Credential, e.g., agency login: CSTVIL

Project Role*: Co-Investigator          Other Project Role Category:

Degree Type:          Degree Year:

Attach Biographical Sketch*:     File Name:     St.Vil_Bio_.pdf

Attach Current & Pending Support:  File Name:

---

PROFILE - Senior/Key Person

| | | | | |
|---|---|---|---|---|
| Prefix: | First Name*: Henry | Middle Name Louis | Last Name*: Taylor | Suffix: Ph.D |

Position/Title*: Professor
Organization Name*: SUNY at Buffalo
Department:
Division:
Street1*: 330A Hayes Hall
Street2:
City*: Buffalo
County:
State*: NY: New York
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 14214-8030

Phone Number*: (716) 829-5458          Fax Number:

E-Mail*: htaylor@buffalo.edu

Credential, e.g., agency login: HLTAYLOR

Project Role*: Co-Investigator          Other Project Role Category:

Degree Type:          Degree Year:

Attach Biographical Sketch*:     File Name:     Taylor_Bio.pdf

Attach Current & Pending Support:  File Name:

Tracking Number: GRANT13951079          Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

| PROFILE - Senior/Key Person |
|---|

| Prefix: | First Name*: Carol | Middle Name | Last Name*: Van Zile Tamsen | Suffix: Ph.D |
|---|---|---|---|---|

Position/Title*: Director
Organization Name*: SUNY at Buffalo
Department:
Division:
Street1*: 5A Norton Hall
Street2:
City*: Buffalo
County:
State*: NY: New York
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 14260-1800

Phone Number*: (716) 645-3905          Fax Number:

E-Mail*: cmv3@buffalo.edu

Credential, e.g., agency login: CAROLVAN

Project Role*:  Other (Specify)          Other Project Role Category: Evaluator

Degree Type:          Degree Year:

Attach Biographical Sketch*:     File Name:     Van_Zile-Tamsen_Bio.pdf

Attach Current & Pending Support:  File Name:

| PROFILE - Senior/Key Person |
|---|

| Prefix: | First Name*: Gregory | Middle Name | Last Name*: Wilding | Suffix: Ph.D |
|---|---|---|---|---|

Position/Title*: Professor
Organization Name*: SUNY at Buffalo
Department:
Division:
Street1*: 719 Kimball Tower
Street2:
City*: Buffalo
County:
State*: NY: New York
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 14214-8028

Phone Number*: (716) 829-2594          Fax Number:

E-Mail*: gwilding@buffalo.edu

Credential, e.g., agency login: gewilding

Project Role*:  Co-Investigator          Other Project Role Category:

Degree Type:          Degree Year:

Attach Biographical Sketch*:     File Name:     Wilding_Bio.pdf

Attach Current & Pending Support:  File Name:

Tracking Number: GRANT13951079          Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

Contact PD/PI: Murphy, Timothy

PHS 398 Cover Page Supplement

OMB Number: 0925-0001

Expiration Date: 01/31/2026

### 1. Vertebrate Animals Section

Are vertebrate animals euthanized?          ○ Yes    ● No

If "Yes" to euthanasia

Is the method consistent with American Veterinary Medical Association (AVMA) guidelines?

○ Yes    ○ No

If "No" to AVMA guidelines, describe method and provide scientific justification

..................................................................................................................................................................................

### 2. *Program Income Section

*Is program income anticipated during the periods for which the grant support is requested?

○ Yes    ● No

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

PHS 398 Cover Page Supplement

**3. Human Embryonic Stem Cells Section**

*Does the proposed project involve human embryonic stem cells?          ○ Yes     ● No

**4. Human Fetal Tissue Section**

*Does the proposed project involve human fetal tissue obtained from elective abortions?          ○ Yes     ● No

If "yes" then provide the HFT Compliance Assurance

If "yes" then provide the HFT Sample IRB Consent Form

**5. Inventions and Patents Section (Renewal applications)**

*Inventions and Patents:     ○ Yes     ● No

If the answer is "Yes" then please answer the following:

*Previously Reported:     ○ Yes     ○ No

**6. Change of Investigator/Change of Institution Section**

❏          Change of Project Director/Principal Investigator

Name of former Project Director/Principal Investigator

Prefix:

*First Name:

Middle Name:

*Last Name:

Suffix:

❏          Change of Grantee Institution

*Name of former institution:

Page 105

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

## PHS 398 Research Plan

OMB Number: 0925-0001

Expiration Date: 01/31/2026

| Introduction | |
|---|---|
| 1. Introduction to Application<br>(for Resubmission and Revision applications) | |

| Research Plan Section | |
|---|---|
| 2. Specific Aims | Aims_Overall.pdf |
| 3. Research Strategy* | 0verall_Research_Strategy.pdf |
| 4. Progress Report Publication List | |

| Other Research Plan Section | |
|---|---|
| 5. Vertebrate Animals | |
| 6. Select Agent Research | |
| 7. Multiple PD/PI Leadership Plan | |
| 8. Consortium/Contractual Arrangements | |
| 9. Letters of Support | Letters_of_Support.pdf |
| 10. Resource Sharing Plan(s) | |
| 11. Other Plan(s) | Data_Management_and_Sharing_Plan.pdf |
| 12. Authentication of Key Biological and/or Chemical Resources | |

| Appendix | |
|---|---|
| 13. Appendix | |

Tracking Number: GRANT13951079          Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

**Igniting Hope in Buffalo NY Communities: Training the Next Generation of Health Equity Researchers**

## A1. Specific Aims

Buffalo, New York, the second largest city in the state (population 278,349), has a diverse population, including 37% African American and 14% Latinx. One of the most pressing problems in metropolitan Buffalo is race-based health inequities, a condition shared with many American metropolitan areas. The life expectancy of African American residents of Buffalo is 10 to 12 years shorter compared to White residents of Buffalo (1). African Americans are 300% more likely to have chronic, often preventable, diseases than Whites who live in Buffalo (2, 3). These statistics reflect inequities due to systemic structural racism leading to differential health outcomes, resulting from the social determinants of health.

In response to this crisis, the African American Health Equity Task Force (Task Force) was formed in 2014, led by visionary community leaders from multiple sectors of the Buffalo community, including faith leaders, community non-profits, healthcare providers, payers and more. In addition, University at Buffalo (UB) faculty and the leadership of the UB Clinical and Translational Science Institute (CTSI) joined the Task Force when it was formed. The Task Force has met monthly since 2015 and led to the formation in 2019 of the UB Community Health Equity Research Institute and simultaneously the community-based Buffalo Center for Health Equity. Our UB Institute's goal is to *perform research to advance understanding of the root causes and develop and test innovative solutions to eliminate health inequities in the region.* After meeting with Task Force leaders, Erie County legislator April Baskin proposed legislation that created an Office of Health Equity in the Erie County Health Department of Health that was passed into law in 2021. A community leader, who is a member of the Task Force, was appointed director of the



**Figure A1.** The African American Health Equity Task Force, which includes the four organizations above and many community stakeholders, meets monthly.

office. The four organizations are part of the Task Force, which continues to meet monthly (**Figure A1**). This *community-university-government partnership* has enormous reach and influence throughout the community, positioning us to disseminate research findings and work with policy makers and community stakeholders to promote sustainable community- and system level- change. This enduring partnership represents a strong foundation on which to establish an NIMHD Center of Excellence in Investigator Development and Community Engagement (Center of Excellence).

**The mission of our Center of Excellence is to train and develop the next generation of health disparities investigators to perform innovative research in minority health and health disparities in partnership with our community and to the benefit of the community.** We will train a workforce prepared to confront disparate health outcomes from centuries of structural racism and function with the expertise and support of our influential community partnerships. A diverse workforce is critical to enhancing the excellence, creativity and innovation needed to solve complex, systemic problems to reduce health inequities (4, 5). We will engage early-career investigators from all six UB health sciences schools (Medicine, Nursing, Public Health, Pharmacy, Dental Medicine, Social Work) and beyond (Architecture and Planning, Arts and Sciences, etc) enabling our Center to train a broad range of scientists in health disparities, mentored by experts from multiple disciplines. We will offer pilot studies in minority health and health disparities research and facilitate formation of a mentoring team for each pilot studies awardee. We will individually tailor support in research design, biostatistics, regulatory compliance, links with community partners and grant writing for each scholar, being responsive to our diverse investigators, who have different strengths and opportunities for growth. We will accomplish these Aims:

**Aim 1.** Inspire, train and mentor a new generation of scientists from diverse backgrounds and disciplines to advance their knowledge and to perform innovative research in health disparities.

**Aim 2.** Nurture our enduring community-university partnerships to perform transdisciplinary research to develop and test innovative solutions to end race-based health inequities in Buffalo.

**Aim 3.** Advance equitable collaborations with community partners to translate our research into sustainable, community and system-level changes toward eliminating race-based health inequities in our community and disseminate the results to community stakeholders and policy makers.

## A2. Significance and Environment

Health disparities and health inequities are closely linked with racial and social justice. The term "disparities" refers to the disproportionate health outcomes by race while the term "health inequity" stresses the injustice and oppression that underlies these differences (6, 7). The undesirable health outcomes result from institutional and societal conditions that lead to the social determinants that result in adverse health outcomes.

Our proposed work is focused in a racially segregated urban setting, specifically East Side neighborhoods where most African Americans in Buffalo live (**Figure A2**). Buffalo is the sixth most segregated metro area in the United States (US) (8). Studies of health inequities explore the dynamics of the most destructive element of racial oppression in the US,— health inequity. In this proposal we commit ourselves to the battle to improve health outcomes for African Americans in Buffalo. Demonstrating and testing innovative approaches in our community will enable us to disseminate solutions that prove effective, given the reality that many American cities experience race-based health disparities.

**Table A1** shows the extraordinary race-based disparities in health outcomes in Erie County, where Buffalo is located. These data are striking, revealing a social tragedy, not simply because someone died before their time, but because these are stolen years robbing a community of what might have been. Premature death results in broken up families, and the loss mothers, fathers, sons and daughters, boyfriends, and girlfriends. It robs a community of a great leader who died before realizing their potential and a brilliant scientist who would have saved millions had she not died at birth. These data continuously remind us of the human toll of health disparities in our community.



**Figure A2.** Map of five ZIP codes on Buffalo's East Side, showing population (Pop) and percent of Black residents. Source: U.S. Census and Social Variables Database of Buffalo East Side - H. Taylor, UB Center for Urban Studies.

### Shifting the Community Engagement Paradigm

Universities and academic health centers have long considered community engagement as a social responsibility. A more comprehensive approach to working with communities is required to shift the narrative toward a more population health paradigm (9). It is important for universities and academic health centers to move from viewing communities as groups of people who have needs to recognizing them as assets. Engaged communities can better show institutional leaders and researchers how to understand and address social determinants of health (SDOH) and increase the impact of research discoveries (10). This is the approach that our NIMHD Center of Excellence in Investigator Development and Community Engagement (Center of Excellence) will take.

Community engagement is too often dependent on individual faculty or student led programs. With this approach, programs dissolve when the people leading them leave and the trust that was built with the

| **Table A1.** Erie County Health Indicators by Race | | |
|---|---|---|
| **Health Indicator** | **White** | **Black** |
| % premature deaths (<75 years) | 36% | 60% |
| Heart disease mortality per 100,000 | 174 | 209 |
| Stroke mortality per 100,000 | 33 | 48 |
| Diabetes mortality per 100,000 | 20 | 44 |
| Diabetes hospitalization per 100,000 | 13 | 50 |
| Asthma hospitalization per 10,000 | 10 | 47 |
| % Low birthweight births (2500 grams) | 7% | 14% |
| Infant mortality per 1000 live births | 4.7 | 11.3 |
| Source: New York State Department of Health, County Health Indicators by Race/Ethnicity 2016-2018 | | |

community is lost, creating a cycle of mistrust. This reality emphasizes the importance of central structures in universities devoted to community health equity. A Center of Excellence grant to attract and train new faculty into health disparities research working with the UB Community Health Equity Research Institute will provide stability and sustainability to our centralized structures enabling authentic, sustainable community engagement. Our Community Engagement and Dissemination Core is designed to empower the community as true collaborators and partners, enabling us to elevate the impact of research discoveries creating sustainable changes to achieve health equity. We will leverage our exceptional community-university-government

partnership (see Overall Aims page) for the research of investigators supported by our Center of Excellence to be disseminated to the community and implemented to benefit the community.

## Diversifying our Workforce through a Transformational Institutional Hiring Initiative

A diverse workforce is critical to solving the complex, systemic problems to reduce health inequities (11, 12). A key element to achieving diversity among researchers and research leaders is establishing early pathways to science careers in groups underrepresented in science and medicine. The student population in Buffalo Public Schools, the second largest school district in the state, is 80% underrepresented minority and has one of the lowest high school graduation rates in the state. UB placed a priority on developing career pathways through the faculty level, beginning with elementary schools in Buffalo Public Schools. (see Investigator Development Core and Special Eligibility Requirement attachment)

In 2022, UB was designated as one of two flagship universities of the SUNY system of 64 campuses. As a result, New York State has made a historic investment to grow the ranks of tenure-track faculty at UB. In a transformational initiative, UB will be hiring ~200 new tenure-track faculty over the next few years (see President/Provost letter). In 2020, UB committed to doubling the number of faculty from historically underrepresented backgrounds by 2025. As signs of early progress, while 10% of faculty hires in 2019 were from underrepresented backgrounds, the rate steadily increased to more than 25% in 2022. A prime example is Dr. Jamal Williams, born and raised on the East Side of Buffalo:

---

**Jamal Williams PhD** was born and raised on the Buffalo's East Side and attended Buffalo Public Schools. He earned his PhD in Neuroscience from UB in 2022. He was supported by CLIMB program (Collaborative Learning and Integrated Mentoring in the Biosciences) and Institute for Strategic Enhancement of Educational Diversity (iSEED) Fellowships and two NIH diversity supplements. His PhD thesis focused on epigenetic mechanisms of cognitive decline in Alzheimer's disease and related neurodegenerative disorders. He published 12 papers from his PhD work, several in high impact journals, and has won numerous awards for his research. He earned an NIH D-SPAN Blueprint F99/K00 Award (F99NS118745) and did a postdoctoral fellowship with Dr. Daniel Geschwind at UCLA, a pioneer and international authority in the functional genomic analyses of the nervous system.



Jamal
Williams PhD

Dr. Williams was recruited to a tenure-track position at UB as Assistant Professor of Psychiatry in 2023. He is working on the genetics of neurodevelopmental disorders (autism) particularly in diversifying genetic databases in which people of African descent are profoundly underrepresented. He has created extensive partnerships in East Side neighborhoods. PI Murphy is chairing his mentoring committee, which also includes Steven Dubovsky MD, the UB Chair of Psychiatry, and Ray DePaulo MD of Johns Hopkins, an internationally recognized expert on the genetics of depression, bipolar disorder, and other mental health disorders.

---

Faculty in our Center of Excellence will be actively involved in recruiting new faculty as part of this hiring initiative (see Dean and VP for Health Sciences letter). We will leverage the outstanding resources of our proposed Center of Excellence including mentoring, didactic training, a peer group, pilot studies, grant writing support etc., to recruit diverse faculty with expertise in health disparities research to UB (see Investigator Development Core).

## Endowed Chair in Health Equity

The UB Provost committed to supporting a Carl Granger Endowed Chair in Health Equity who will also serve as the Director of the UB Community Health Equity Research Institute (see President/Provost letter). This huge investment gives us the opportunity to recruit a national leader in health equity research with hopes to further enhance and grow the mission of the Health Equity Institute of performing research to achieve health equity in our community. This exciting prospect is further evidence of the strong and growing commitment of UB to eliminate the disturbing health disparities in our community.

## Equitable Stakeholder Collaborations: Creating Sustainable, Systemic Change

A priority of our proposed Center of Excellence is the emphasis on catalyzing sustainable, systemic change in health inequities and social determinants of health in Buffalo. Too often, academic researchers end their involvement after publishing their work and completing their grant. Our Community Engagement and Dissemination Core will work with each early career investigator in enabling the results of their work to lead to systemic change, particularly through policy changes. A community representative with relevant connections to the work will be included on mentoring committees to work with pilot studies awardees in designing and implementing pilot studies projects. Three examples of how our community partnerships are addressing race-based inequities and creating early change in our community are noted:

- Awareness of race-based health inequities by community stakeholders. Following the release of a comprehensive report in 2014 on the striking health disparities in African Americans in Buffalo (13), the African American Health Equity Task Force determined that a community dialogue was needed to create awareness and focus research and advocacy on the root causes of these disparities. In response, a team of community leaders and university faculty organized the annual *Igniting Hope* conference series that has become the premier conference on health disparities in the region (14). The series, supported by an NIH R13 conference grant (R13 TR003486) from 2020-2023, has been held five times (2018-2022) and attracts 250 to 300 attendees each year, including community leaders, community members, university faculty and trainees. It will next be held September 30, 2023. Approximately half of attendees are community



**Figure A3.** Breakdown of attendees of the 2021 Igniting Hope Conference

members and half are university faculty and trainees (**Figure A3**). The conference includes keynote talks by national leaders in health disparities and breakout groups. The conferences are attracting the attention of elected leaders, business leaders and policy makers, creating awareness of the pervasive health inequities in East Side neighborhoods that are often too easily ignored. For example, the Deputy Mayor of Buffalo, State Senator Tim Kennedy and many other community leaders now attend the conference. Awareness of the problem communicated by credible sources to stakeholders is a critical step toward policy change.

- Fines and fees reform. A discussion in a breakout group in the 2018 Igniting Hope conference, led to the formation of a working group on fines and fees that partnered with the Western New York Law Center to address the problem of disparate traffic ticketing in predominantly African American East Side neighborhoods resulting in suspension of a person's driver's license when they can't afford to pay a traffic ticket. African Americans are disproportionately stopped and ticketed, creating a cycle of debt and punishment that especially burdens low-income communities of color. The Task Force co-hosted a series of "community conversations" which attracted attention from the media and led to a series of articles in the Buffalo News and Investigative Post, raising further attention to the problem at the state level. New York State Senator Tim Kennedy, who represents Buffalo's East Side and works closely with the Task Force, co-sponsored a bill (Senate Bill S5348B) that was passed in the 2019-2020 legislative session and signed by the governor to reform the law related to driver's license suspension. This new law has substantially reduced traffic tickets and driver's license suspensions in East Side neighborhoods. The efforts of the working group created from the *Igniting Hope* conferences contributed to this policy change and outcome by bringing attention to the problem and engaging elected leaders.

- Mitigating the disproportionate fatalities in African Americans during the COVID pandemic. African Americans throughout the US were more likely to contract COVID-19 and more likely to die from COVID-19 compared to the general population (15-18). The city of Buffalo was a prime example of this disproportionate impact. On April 9, 2020, 67% of COVID-19-related deaths in Buffalo were in African Americans while the city's overall population is 37% African American. In response, our community-university partnership worked with Erie County leadership on a comprehensive community-based effort to mitigate the disproportionate impact in East Side communities. We worked with the Visiting Nursing Association of Western NY to set up mobile COVID-19 testing sites in East Side neighborhoods. Supported by a grant from Erie County, call centers based in 15 churches reached out to families to assess their needs and connected them with services and support, including masks, meals, accurate information, and transport to testing sites and healthcare. Remarkably, seven weeks later, on May 28, 2020, 45% of deaths in Buffalo from COVID-19 were in African Americans (down from 67%) compared to 37% of the overall population. Buffalo is one of few communities in the country that was able to reduce and sustain the reduction in the disparity in fatality rates in African Americans to this degree, an achievement that is a direct result of a strong partnership and collaboration between the community, the university, and the county.

This work and outcomes were important in influencing County Legislature Chairwoman April Baskin and County Executive Mark Poloncarz to establish the Erie County Office of Health Equity in 2021. Kelly Wofford, an active member of the Buffalo Center for Health Equity was appointed Director of the Office of Health Equity. We will continue working together for sustainable changes to improve health equity in Buffalo. (see Letters of Support).

## A3.     Innovations

- *Influential, enduring community-university-government partnership.* This key partnership has resulted from a nine-year commitment by all parties to work together in the fight to eliminate race-based health inequities in Buffalo. The trust and lines of communication we built together were invaluable in responding quickly and definitively to the disproportionate impact of the pandemic on communities of color. This extensive reach and influence throughout the community will position us to translate findings into sustainable community and system-level changes locally and nationally through sharing our solutions.

- *Innovative approaches to advance DEIA.* Our Center of Excellence has a comprehensive commitment to diversity, equity, inclusion, and accessibility (DEIA) through undertaking intentional steps to diversify our workforce and creating an inclusive, welcoming culture with an innovative DEIA action plan. We will leverage the ongoing hiring initiative to participate actively in recruitment to increase faculty diversity and expand the faculty who work in minority health and health disparities research. (see Investigator Development Core)

- *Embedding of the Center of Excellence in the Community Health Equity Research Institute.* The Health Equity Institute includes faculty from all 12 UB schools, creating a transdisciplinary framework that cuts across scientific and organizational silos to integrate disciplines, including biomedical, behavioral, and social sciences; epidemiology; data science; public health; health services; economics; public policy; and more. This relationship with the Health Equity Institute will provide a large pool of excellent mentors to enable our scholars to take on projects that use approaches encompassing multiple domains of influence and multiple levels of influence, aligning with the NIMHD Research Framework (see Administrative Core).

- *Emphasis on sustainable community- and system level-change.* Academic researchers often view their work as completed when they publish the results in a scientific journal. One of the most frequent questions our community partners ask when they meet with faculty researchers is "How will your research benefit us as community members?" A priority of our Center of Excellence is to translate the results of our research into sustainable change (Aim 3 in Overall). Realistically, pilot studies-sized projects alone will not create systemic change. However, an important goal of our pilot studies is to provide results leading to larger grants to tackle generational challenges. Our Community Engagement and Dissemination Core will work with scholars to put their project on a path toward research that creates sustainable change to benefit the community. The Erie County Office of Health Equity is positioned to make policy recommendations as a result of research findings.

- *Pre-existing working relationships with elected leaders and policy makers.* Our team has worked actively with community leaders, including elected leaders, to enact changes in laws, policies, and practices to address SDOH in our community. These are noted throughout the proposal and in letters from city (mayor), county (county executive and Office of Health Equity Office Director), state (state senator) and federal (congress member) leaders. These relationships are key in translating our work into system-level changes.

- *Close partnership with the Clinical and Translational Science Institute (CTSI).* The vision of the UB CTSI is "to advance and accelerate research to reduce health disparities and improve the health of our community and the nation," aligning closely with this Center of Excellence. Dr. Murphy is PI of both; Dr. Gomez, who leads the Investigator Development Core, is associate lead of the CTSI KL2-mentored career development program, and Dr. Ekaterina Noyes, a Co-I on the Investigator Development Core is Director of CTSI Workforce Development. The CTSI offers extensive resources and expertise to UB research teams.

- *Integration of community members into Center of Excellence leadership.* Community members play leadership roles in each core. Pastor George Nicholas, CEO of the Buffalo Center for Health Equity, is Center of Excellence Co-Director. Pastor Kinzer Pointer, President and CEO of Greater Buffalo United Ministries and mentor in the National Medical Association is Associate Director of the Investigator Development Core. Pastor Pointer and Dr. Murphy met with Congressman Brian Higgins of Buffalo and NIMHD Director Dr. Eliseo Pérez-Stable in Washington in March 2020 to discuss our work with the community (see letter of support). Rita Hubbard Robinson JD, an influential community leader serves on the Steering Committee. Stan Martin, Director, CAI Buffalo Office, Racial and Ethnic Approaches to Community Health (REACH), is Co-Director of the Community Engagement and Dissemination Core. These community leaders all receive support on this proposal in amounts on par with faculty effort. We take this approach with all our projects and publications together: community members are equal partners who are compensated on par with faculty.

## A.4.    Monitoring Progress and Evaluation

A logic model and a detailed monitoring and evaluation plan are described in the Administrative Core.

## A5.    Design, Structure, and Governance of the Center of Excellence

Our Center of Excellence is embedded in the UB Community Health Equity Research Institute, a fully sanctioned university-wide institute founded in 2019 as a direct result of our partnership and work with the African American Health Equity Task Force. The Center of Excellence will enable us to advance a critical element of our work toward eliminating health inequities by training new investigators in the discipline to take new approaches and become future leaders. A major advantage of this relationship is that early career investigators will have immediate links to the community to work together on projects and easy connection with researchers from multiple disciplines throughout UB for collaboration and expertise.

The governance structure has clear reporting lines and advisory groups representing key constituencies (see Administrative Core). We place emphasis on coordination and communication among the three cores. **Figure A4** shows a high-level view of the complementary Aims of the three cores and several examples in the center portion of the figure of coordination of activities among cores. Strategies to enhance communication among cores are listed at the bottom of the figure. The Administrative Core section describes this structure in more detail.



**Figure A4.** Coordination of Cores. DEIA: Dissemination, equity, inclusion, and accessibility; CBPR: community-based participatory research.

The Administrative Core of the Center of Excellence provides leadership and guides its overall vision. While the overlap in leadership between the Center of Excellence and the Health Equity Institute enhances coordination, communication, and collaboration, we are mindful of the related but separate missions of the two entities:

- **Center of Excellence mission:** To train and develop the next generation of health disparities investigators to perform innovative research in minority health and health disparities in partnership with our community and to the benefit of the community.
- **Health Equity Institute mission:** To perform research to advance understanding of the root causes and develop and test innovative solutions to eliminate health inequities in the region.

The education and training components of the Center of Excellence will fill a critical gap in our minority health and health disparities research environment by bringing comprehensive and rigorous training and mentoring in the discipline. The CTSI and each of the UB health science schools have workshop series, seminars, and selected courses in health disparities research. The Center of Excellence will function as a centralized training center in health disparities research, bringing coordination and communication to this key element of advancing health disparities research locally and nationally. Further, the Center of Excellence will provide well-coordinated, careful mentoring, didactic training, and professional development individually tailored to each scholar's needs.

To be successful in performing research to advance community health, a pivotal skill for researchers is the ability to form equitable collaborative and sustainable relationships with community members. Our Center of Excellence will attract and train early-stage investigators to perform their research on health disparities based on the principles of community-based participatory research, an approach that engages the community as true partners in research, including guiding the research agenda, participating in the design and conduct of the research and benefiting from the results. Working with the Investigator Development Core our Community Engagement and Dissemination Core will work with each pilot study awardee to 1) provide training in working with the community, 2) link scholars with key community partners in the planning stages of their project, 3) develop a dissemination plan for their project to be implemented during the project and after it is completed, and 4) plan and implement an approach for their work to lead to actual benefit to the community. This often involves the planning of a larger project facilitated by the pilot study, which in many cases provides key preliminary data for the larger project.

In addition to training early career scientists in the science of health equity research, our training will also equip scholars in how to engage stakeholders and how to disseminate and translate new observations into sustainable change, (i.e., dissemination and implementation science). The Community Engagement Core and Dissemination will work with each scholar to develop a path toward sustainable change.

## Summary and Vision

The year 2022 was particularly devastating for African American communities in Buffalo. While the community was recovering from the pandemic, which disproportionately impacted African Americans, a racially motivated shooting took place on May 14, 2022, on the East Side that tragically killed ten African Americans who were targeted specifically because of their race. Our community continues to be traumatized by this cruel tragedy. In December 2022, Buffalo experienced a deadly blizzard that killed 47 people, 25 African Americans. Of 199 people who visited Emergency Rooms with injuries due to the blizzard, 80% were African Americans (**Figure A5**). Sadly, this was a predictable outcome as many East Side residents live in old, substandard housing with poor insulation, limited internet access for communication and increased susceptibility to wind and snow damage reflecting disinvestment in a neighborhood impacted by a history of redlining and discriminatory lending. The pandemic, the May 14 racially motivated mass shooting and now the Blizzard of 2022 all highlight the profoundly adverse SDOH that African Americans in Buffalo experience. These tragic events fuel the fire of our community-university-government partnership to work together for fundamental, systemic change



**Figure A5.** Race distribution of people who visited hospital ERs with cold-related injuries during the Blizzard of 2022.

to address the underlying root causes and develop and test solutions to address the systemic causes. An NIMHD Center of Excellence in Buffalo will be an exceptional advance in this ambitious goal by attracting, training, and mentoring a new generation of researchers in the science of minority health and health disparities to create sustained improvements in health outcomes in African American communities in Buffalo and the nation.

PHS Human Subjects and Clinical Trials Information

OMB Number: 0925-0001

Expiration Date: 01/31/2026

**Use of Human Specimens and/or Data**

Does any of the proposed research in the
application involve human specimens and/or data *        ● Yes        ○ No

Provide an explanation for any use of human
specimens and/or data not considered to be
human subjects research.

Are Human Subjects Involved        ● Yes        ○ No

Is the Project Exempt from Federal regulations?        ○ Yes        ● No

Exemption Number        ❏ 1    ❏ 2    ❏ 3    ❏ 4    ❏ 5    ❏ 6    ❏ 7    ❏ 8

Other Requested Information

**Human Subject Studies**

| Study# | Study Title | Clinical Trial? |
|---|---|---|
| The form does not have any study records | | |

Delayed Onset Studies

| Delayed Onset Study# | Study Title | Anticipated Clinical Trial? | Justification |
|---|---|---|---|
| The form does not have any delayed onset studies | | | |

Tracking Number: GRANT13951079          Opportunity Number: RFA-MD-23-011.          Received Date: 2023-08-04T08:29:33.000-04:00

## Bibliography: Overall

1.      Advancing Health Equity and Inclusive Growth in Buffalo 2014. Available from: https://www.policylink.org/sites/default/files/BuffaloProfileFinal.pdf.

2.      Erie County Health Indicators (2014-2016) New York State Department of Health 2019. Available from: https://www.health.ny.gov/statistics/community/minority/county/erie.htm

3.      Erie County, NY Community Health Assessment Community Health Improvement Plan 2022- 2024 Available from: https://www3.erie.gov/health/sites/www3.erie.gov.health/files/2022-06/cha.pdf

4.      Boulware LE, Vitale A, Ruiz R, Corbie G, Aguilar-Gaxiola S, Wilkins CH, Egede LE. Diversity, equity and inclusion actions from the NCATS Clinical and Translational Science awarded programs. Nat Med. 2022;28(9):1730-1. doi: 10.1038/s41591-022-01863-7. PubMed PMID: 35764682; PMCID: PMC9244304.

5.      Boulware LE, Corbie G, Aguilar-Gaxiola S, Wilkins CH, Ruiz R, Vitale A, Egede LE. Combating Structural Inequities - Diversity, Equity, and Inclusion in Clinical and Translational Research. N Engl J Med. 2022;386(3):201-3. Epub 20220115. doi: 10.1056/NEJMp2112233. PubMed PMID: 35029847.

6.      Meghani SH, Gallagher RM. Disparity vs inequity: toward reconceptualization of pain treatment disparities. Pain Med. 2008;9(5):613-23. Epub 2008/09/09. doi: 10.1111/j.1526-4637.2007.00344.x. PubMed PMID: 18777609.

7.      Institute of Medicine (US) Committee on Understanding and Eliminating Racial and Ethnic Disparities in Health Care, Smedley BD, Stith AY, Nelson AR. Unequal Treatment: Confronting Racial and Ethnic Disparities in Health Care. Washington D.C.: National Academies Press; 2003. DOI: 10.17226/12875 PMID: 25032386

8.      Frey WH. Black-white segregation edges downward since 2000, census shows. 2019 [September 2, 2019]. Available from: https://www.brookings.edu/blog/the-avenue/2018/12/17/black-white-segregation-edges-downward-since-2000-census-shows/.

9.      Park B, Frank B, Likumahuwa-Ackman S, Brodt E, Gibbs BK, Hofkamp H, DeVoe J. Health Equity and the Tripartite Mission: Moving from Academic Health Centers to Academic-Community Health Systems. Acad Med. 2019;94(9):1276-82. Epub 2019/08/29. doi: 10.1097/ACM.0000000000002833. PubMed PMID: 31460915.

10.     Wilkins CH, Alberti PM. Shifting Academic Health Centers from a Culture of Community Service to Community Engagement and Integration. Academic Medicine. 2019;94(6):763-7. doi: 10.1097/acm.0000000000002711. PubMed PMID: 00001888-201906000-00024.

11.     Boulware LE, Vitale A, Ruiz R, Corbie G, Aguilar-Gaxiola S, Wilkins CH, Egede LE. Diversity, equity and inclusion actions from the NCATS Clinical and Translational Science awarded programs. Nat Med. 2022;28(9):1730-1. doi: 10.1038/s41591-022-01863-7. PubMed PMID: 35764682; PMCID: PMC9244304.

12.     Boulware LE, Corbie G, Aguilar-Gaxiola S, Wilkins CH, Ruiz R, Vitale A, Egede LE. Combating Structural Inequities - Diversity, Equity, and Inclusion in Clinical and Translational Research. N Engl J Med. 2022;386(3):201-3. Epub 20220115. doi: 10.1056/NEJMp2112233. PubMed PMID: 35029847.

13.     Nicholas G, Underwood W, Carter J, Trabert S, Pointer K, Swygert M, Robinson R, Walls ME. Task Force on Health Care Disparity in the African American Community 2015 [November, 14, 2021]. Available from: https://static1.squarespace.com/static/5e02325015c09a59a2d0355a/t/5e738cdeb20d7a1c1d82a7c2/158463103 2813/Health+Care+Disparity+in+the+African+American+Community_Position+Paper_J ...pdf.

14.     Murphy TF, Robinson RH, Wofford KM, Lesse AJ, Grinslade S, Taylor HL, Jr., Pointer KM, Nicholas GF, Orom H. A community-university run conference as a catalyst for addressing health disparities in an urban community. J Clin Transl Sci. 2022;6(1):e67. Epub 20220506. doi: 10.1017/cts.2022.398. PubMed PMID: 35836792; PMCID: PMC9257780.

15.     Tai DBG, Shah A, Doubeni CA, Sia IG, Wieland ML. The Disproportionate Impact of COVID-19 on Racial and Ethnic Minorities in the United States. Clin Infect Dis. 2021;72(4):703-6. doi: 10.1093/cid/ciaa815. PubMed PMID: 32562416; PMCID: PMC7337626.

16.     Ramirez AV, Ojeaga M, Espinoza V, Hensler B, Honrubia V. Telemedicine in Minority and Socioeconomically Disadvantaged Communities Amidst COVID-19 Pandemic. Otolaryngology--head and neck

surgery : official journal of American Academy of Otolaryngology-Head and Neck Surgery. 2021;164(1):91-2. Epub 20200728. doi: 10.1177/0194599820947667. PubMed PMID: 32720844.

17.    Yancy CW. COVID-19 and African Americans. JAMA. 2020. Epub 2020/04/16. doi: 10.1001/jama.2020.6548. PubMed PMID: 32293639.

18.    Price-Haywood EG, Burton J, Fort D, Seoane L. Hospitalization and Mortality among Black Patients and White Patients with Covid-19. N Engl J Med. 2020;382(26):2534-43. Epub 2020/05/28. doi: 10.1056/NEJMsa2011686. PubMed PMID: 32459916; PMCID: PMC7269015.



Please find a table below on the letters of support for this proposal, *Igniting Hope in Buffalo New York Communities: Training the Next Generation of Health Equity Researchers*, from the University at Buffalo.

| INDIVIDUAL | TITLE | ORGANIZATION | PAGE # |
|---|---|---|---|
| Satish Tripathi, PhD & A. Scott Weber, PhD | President & Provost | University at Buffalo | 1 |
| Allison Brashear, MD, MBA | Vice President for Health Sciences and Dean | University at Buffalo, Jacobs School of Medicine and Biomedical Sciences | 3 |
| Pastor George Nicholas | CEO | Buffalo Center for Health Equity | 5 |
| Kelly Wofford | Director | Office of Health Equity, Erie County Department of Health | 7 |
| Stan Martin | Director | CAI Buffalo Office, Racial and Ethnic Approaches to Community Health (REACH) | 9 |
| Mark Poloncarz | County Executive | County of Erie, State of New York | 11 |
| Byron Brown | Mayor | City of Buffalo, State of New York | 13 |
| Tim Kennedy | Senator | State of New York | 14 |
| Brian Higgins | Congressman | United States Congress | 15 |

Contact PD/PI: Murphy, Timothy



**University at Buffalo**
Office of the President

July 13, 2023

Dr. Timothy Murphy
Clinical Translational Research Center
875 Ellicott Street
Buffalo, NY 14203

Dear Dr. Murphy:

We are very pleased to provide the full support of the University at Buffalo leadership for your proposal *Igniting Hope in Buffalo New York Communities: Training the Next Generation of Health Equity Researchers* to the National Institute on Minority Health and Health Disparities. UB is strongly committed to advancing health equity in our region, and this award would enable us to achieve this by supporting research and training more researchers to address health disparities in our community.

In your role as Director of the UB Community Health Equity Research Institute, you have nurtured enduring partnerships with the community to work together to build programs and resources over the years to improve health equity in Buffalo and across Western New York. Your commitment has been unwavering. Your proposed NIMHD Center of Excellence in Investigator Development and Community Engagement has enormous potential to further advance the university's partnerships within our community and work toward eliminating health disparities. This Center of Excellence will be an outstanding resource for our faculty throughout UB, as more and more are embarking on projects with direct relevance to research in minority health and health disparities.

As part of UB's robust dedication to addressing health disparities in our region, we have committed funds to establish a Carl Granger Endowed Chair in Health Equity for the director of the UB Community Health Equity Research Institute. This significant investment gives us the opportunity to recruit a national leader in health equity research to further enhance and advance the mission of the Health Equity Institute. These resources will allow you to further solidify UB's role as a leader in the promotion of health equity across our community and build upon existing partnerships with community leaders and clinical partners to promote health equity in research and clinical care. We envision this recruit will be an integral member of your team working with the NIMHD Center of Excellence.

UB recently launched the Advancing Top 25: Faculty Hiring initiative, though which the university plans to hire upward of 200 full-time faculty across the university over the next two years. To support faculty research, we also plan to expand our research administration support by hiring approximately 40 new professionals. Your work on health equity will be fully supported and enhanced by these efforts. In addition, enhancing faculty, staff and student diversity at UB is a top university priority, and we welcome and support your initiatives in the proposal to help diversify our faculty with these new recruitments. Strengths build on each other and, with the support of NIMHD, we hope to work even more diligently to make Buffalo a model for what can be achieved in health equity. The diversity of our region and our university community is something we celebrate and prioritize, as part of our core values and the commitment we have to our community.

As part of our commitment to the UB Community Health Equity Research Institute, the university has been supporting a full-time research administrator since its launch in 2019. We will continue supporting this salary and envision this administrator will be active in supporting the activities of the NIMHD Center of Excellence. We also support the 50% cost share of all faculty engaged in this proposal.

In closing, you have the full endorsement of our offices and that of the university in pursuit of these critical research resources for our community. As a scholarly community grounded in values of social justice, we are committed to cultivating a diverse, equitable and welcoming academic environment for the betterment of our region. We recognize that UB thrives because of our diversity. It is this diversity — of perspective, backgrounds, cultures and lived experiences — that contributes to UB's dynamic and intellectually stimulating environment. It enriches our research, our scholarly pursuits, our academic discourse — indeed, all that we endeavor to accomplish. Thank you for your continued work and commitment to our core values and mission.

Sincerely,

**President**

A. Scott Weber
**Provost and Executive Vice President for Academic Affairs**

Contact PD/PI: Murphy, Timothy



**Office of the Vice President for Health Sciences and Dean**

July 14, 2023

Timothy F. Murphy MD
SUNY Distinguished Professor
Director, UB Clinical and Translational Science Institute
Director, UB Community Health Equity Research Institute
Jacobs School of Medicine and Biomedical Sciences
University at Buffalo, State University of New York

Dear Dr. Murphy,

As dean of the University at Buffalo (UB) Jacobs School of Medicine and Biomedical Sciences, as well as in my role as vice president for the UB's Health Science Schools, I write to fully support pursuit of your proposal, *Igniting Hope in Buffalo New York communities: Training the Next Generation of Health Equity Researchers,* to the National Institute on Minority Health and Health Disparities (NIHMD). I am in a unique role on campus to oversee six university schools including the School of Nursing; the School of Pharmacy and Pharmaceutical Sciences; the School of Public Health and Health Professions; the School of Social Work; the School of Dental Medicine; and of course, the medical school. From this vantage in reviewing the proposal you are preparing, I commend you for bringing together an interdisciplinary team, reflective of the numerous disciplines which can be strong resources for these efforts. UB is uniquely poised to have this full complement of strengths.

I recognize this center brings together a team you have built both within the university and across our community over the years to address the critical topic of health equity not only in research, but also specifically how it impacts the community we are part of. Our region is proud of and thankful for the work your group has accomplished to date in these regards, especially as your efforts in working with the community turned around the impact of COVID-19 on the black community. Additional support from NIHMD for a Center of Excellence, "Igniting Hope in Buffalo New York Communities: Training the Generation of Health Equity Researchers", you are proposing will only propel your team further.

From an administrative perspective, I am pleased to be part of the recruiting for and hiring of a newly created Carl Granger Endowed Chair in Health Equity who will assume the position of Director of the UB Community Health Equity Research Institute. With the support of Provost Weber, this investment will permit us the ability to recruit a national leader in health equity scholarship with hopes to further enhance the foundation you have set and further advance the university investment and commitment to achieving health equity in our community. As you know, since coming to UB a year and a half ago, I am fully committed to ensuring we are the best resource for our region on health equity as there is so much work to be done. We have a beautiful, highly diverse community that we always strive to be the best partner with, and this work is critical to that.

Following the designation of UB as a flagship institution in the SUNY system, UB has embarked on an extensive faculty hiring initiative. Many of these new hires will be in the health sciences schools. A

955 Main Street, Room 6190, Buffalo, NY 14203-1121
716.829.3355 (F) 716.829.2179  www.medicine.buffalo.edu

3

goal of this initiative is to increase the diversity of our faculty. Your proposal includes innovative approaches to contribute to this effort. To this end, we will actively include faculty who have effort on the NIMHD Center grant on search committees and in meeting with faculty candidates. In addition, we will work with your group to engage candidates of color with community partners to meet with candidates and show the candidates the Buffalo community from their important perspective. This approach has been quite effective in previous recruits.

Lastly, this center has significant resources committed to growing the next generation of leaders in health equity research.  I have witnessed your success in a similar regard as PI of the UB Clinical and Translational Science Award in the talented, early career PIs you have fostered and mentored and as PI of the T35 training grant "Training the Next Generation of Clinician Scientists" and the influence it has on medical and pharmacy students.  I am optimistic to see a similar model in finding and growing the future leaders in health equity and I have complete trust in your abilities to do so with your group.  Health equity and all the challenges we face in Buffalo related to social determinants of health, make our community in critical need of support from NIMHD and position us to leverage that support toward meaningful progress. I thank you for continuing to pursue these opportunities that allow our expertise to grow to the betterment of our neighbors and beyond.

Best regards,

Allison Brashear, M.D., M.B.A.
Vice President for Health Sciences
Dean, Jacobs School of Medicine and Biomedical Sciences



July 17, 2023

Pastor George F. Nicholas
Buffalo Center for Health Equity
257 W. Genesee St., Suite 160
Buffalo, NY 14202

Dear Dr. Murphy,

I write this letter in full support of the proposal, Igniting Hope in Buffalo New York Communities: Training the Next Generation of Health Equity Researchers, to the National Institute on Minority Health and Health Disparities (NIMHD). As a community partner who has worked with you for years to the betterment of research and health equity in our region, I am hopeful NIMHD will recognize the value of our collaboration and the impact this support can have in continuing to close the health equity gaps in our community and beyond.

As you are aware, the African American Health Equity Task Force (AAHETF) was established to eliminate race-based health disparities among communities of color in the Greater Buffalo Region. This task force (a group comprised of local pastors, university faculty, community leaders and residents) formed for the specific purpose of changing public policy that impacts health outcomes with representation from all facets of our community with the university included. We came together to provide insight into the most pressing issues facing African Americans in the Greater Buffalo Region; to shed light on the fact that African Americans suffer disproportionately from a cluster of co-existing health problems that contribute to the onset of serious chronic life limiting illnesses and are aware that interventions vary greatly from that of other populations. Specifically, African American men, women, and children who reside in five ZIP codes within the City of Buffalo experience many of the worst health outcomes in Erie County. They are more likely to have serious, chronic, and often preventable diseases, and they have a rate of premature mortality that is almost 300% higher than Whites who live outside of these areas.

In my role as CEO for the Buffalo Center for Health Equity (BCHE), I fully appreciate the partnerships we have established and seen flourish in advancing health equity across our community. The BCHE was established in 2019 to address the challenges experienced by Black and/or financially distressed communities on the East Side of Buffalo, New York as a continuation of the work spearheaded by the AAHETF. The BCHE serves as a mechanism to create equity in health outcomes, that are influenced by the conditions into which people are born, and in which they develop, live, work, and worship. Upon our founding we have moved quickly and effectively on numerous community issues including the response to the global pandemic which was disproportionately affecting the neighborhoods we serve. Our success in turning those circumstances around is in part due to the productive collaborations we have with

257 W. Genesee St., Suite 160 | Buffalo, NY 14202 | BuffaloHealthEquity.org

5

your Community Health Equity Research Institute at UB; the UB Clinical and Translational Sciences Institute; and the Erie County Department of Health- Health Equity Office. It is fitting that these same partnerships bring us together to apply for this potential award, which is sorely needed in Buffalo.

I believe that the award we are applying for fits an essential need in our community. Training the next generation of health disparities researchers is a critical element in the work we are currently doing as it not only brings fresh ideas and perspectives, but protects the future of the strides we have already made. We, as a team, are in a unique position to engage and support future leaders in this area. We can help them as they grow and their infusion of talents I am confident will help us be more impactful. We are committed to working with you in partnership to give them the best training possible.

Lastly, you have my full support and that of the Buffalo Center for Health Equity with the recruitment of UB's new faculty. We recognize the impact the university has across our community and we very much want to be part of the conversation and planning for recruiting people from diverse backgrounds that mirror the beautiful tapestry of the community in Buffalo.

I am hopeful for a successful outcome.

Best,

Pastor George F. Nicholas
CEO, Buffalo Center for Health Equity

**Erie County Department of Health**

**Public Health**
Prevent. Promote. Protect.

GALE R. BURSTEIN. MD, MPH, FAAP
COMMISSIONER OF HEALTH

July 18, 2023

Timothy F. Murphy, MD
SUNY Distinguished Professor
Director, UB Clinical and Translational Science Institute
Director, UB Community Health Equity Research Institute
Senior Associate Dean for Clinical and Translational Research
Jacobs School of Medicine and Biomedical Sciences
University at Buffalo, State University of New York

Dear Tim,

On behalf of the Erie County Office of Health Equity, I am pleased to write this letter of support for your grant application, *Igniting Hope in Buffalo New York Communities: Training the Next Generation of Health Equity Researchers,* to the National Institute on Minority Health and Health Disparities (NIMHD).

The Erie County Office of Health Equity (ECOHE), a division of the Erie County Department of Health, is committed to the work that you describe in the proposal, which we have discussed and planned together. Established by the Erie County Health Equity Act of 2021, the vision of the ECOHE is for all disadvantaged, marginalized, and diverse populations in Erie County, who presently experience higher rates of poor health outcomes, to achieve maximum health and wellness. The ECOHE's mission is to evaluate a wide variety of specific health outcomes among diverse populations to fully understand the depth of health disparities in Erie County and to partner with community members, healthcare providers, faith and philanthropic leaders, and organizations to enact programs that help disadvantaged, marginalized, and diverse populations in Erie County achieve maximum health and wellness. The partnership among my office, your Community Health Equity Research Institute, and the Buffalo Center for Health Equity led by Pastor Nicholas has been a most valuable and active partnership for all of us. My office and our partnership are committed to combatting the injustices that we see daily and work toward achieving health equity in our community.

The opportunity for my team to engage with and help train the next generation of health equity professionals through *Igniting Hope in Buffalo New York Communities: Training the Next Generation of Health Equity Researchers* aligns closely with the work of our office. We anticipate that the research projects undertaken by this group of future leaders and trainees will inform our efforts by providing new data to drive effective policy. You and this up-and-coming group have the full support of my office and that of Erie County via our commitment to collaborate and contribute our own unique expertise.



**Erie County Department of Health**

**Public Health**
Prevent. Promote. Protect

GALE R. BURSTEIN, MD, MPH, FAAP
COMMISSIONER OF HEALTH

An exciting direction of this proposal is its emphasis on translating the results of research into real world initiatives and policy changes so that the community benefits from the research. Our office, which has extensive reach throughout Buffalo and Erie County, will help guide early career researchers on their projects to help inform approaches that address key problems in the community. We are enthusiastic to continue to work together. Having an NIMHD Center of Excellence to attract new investigators into minority health and health disparities research will raise our work to new heights.

It is our hope that the NIMHD and its experts recognize our past successful collaborations with you, our commitment to this partnership, and perhaps most importantly, the impact they can have on our community via this award. You have our full support and our best wishes for a successful proposal.

Sincerely,

Kelly Marie Wofford
Director, Health Equity
Erie County Department of Health

95 FRANKLIN STREET • BUFFALO, NEW YORK • 14202
TELEPHONE: (716) 858-7690 • FAX (716) 858-8701 • ERIE.GOV/HEALTH

TELEPHONE 212.594.7741 · FAX 212.629.3321

ADDRESS 505 Eighth Ave., Suite 1900, NY, NY 10018

WEBSITE www.caiglobal.org

July 27, 2023

Timothy F. Murphy MD
SUNY Distinguished Professor
Director, UB Clinical and Translational Science Institute
Director, UB Community Health Equity Research Institute
Jacobs School of Medicine and Biomedical Sciences
University at Buffalo, State University of New York

Dear Dr. Murphy,

Cicatelli Associates Inc. (CAI), is pleased to enthusiastically support the grant application being submitted by the University of Buffalo to the National Institute of Minority Health and Health Disparities entitled "Igniting Hope in Buffalo New York Communities: Training the Next Generation of Health Equity Researchers."

CAI is a current recipient of the Centers for Disease Control and Prevention's (CDC) Racial and Ethnic Approaches to Community Health (REACH) grant in Buffalo, New York.  In that capacity we currently partner with the Buffalo Center for Health Equity and the UB Community Health Equity Research Institute to inform and implement select program strategies.

CAI's REACH  project is one of 31 REACH communities funded by CDC to identify and implement innovative and evidence-based strategies to reduce racial and ethnic health disparities in chronic disease. As part of this initiative CAI engages, mobilizes and builds the capacity of residents and stakeholders along the Ferry Street Corridor on Buffalo's East Side to partner to design and conduct needs assessment, utilize needs assessment data to identify drivers of enduring disparities, co-design solutions to address identified drivers, and in collecting and using data to assess impact and continuously improve.

The NIMHD Center of Excellence and REACH initiative have a common interest to eliminate health inequities in African American communities in Buffalo. Should you be successful in securing NIH funding, we look forward to exploring how CAI might partner to support achievement of project objectives, including the potential to participate on the Community Engagement and Dissemination Core of the NIMHD Center of Excellence.

Our work together has great potential in improving health outcomes for our community.

Sincerely,

Barbara Cicatelli
President and Founder

CICATELLI ASSOCIATES INCORPORATED



# COUNTY OF ERIE

## MARK C. POLONCARZ
### COUNTY EXECUTIVE

July 12, 2023

Tim Murphy, MD
875 Ellicott St.
Room 6091
Buffalo, New York 14203

Re:     **Igniting Hope in Buffalo New York Communities: Training the Next Generation of
Health Equity Researchers Proposal**

Dear Dr. Murphy,

As County Executive of Erie County, which is home to Buffalo, New York as well as the
University at Buffalo (UB), I fully support your proposal, *Igniting Hope in Buffalo New York
Communities: Training the Next Generation of Health Equity Researchers,* to the National Institute
on Minority Health and Health Disparities (NIHMD).

I have always been pleased to work with the University at Buffalo as it takes an active role in
the WNY region - from volunteering beyond the campus, to using the time and talent of UB scholars
to focus on issues affecting our neighbors. With a community-centered approach at the forefront of
its mission, your Community Health Equity Research Institute, established in 2019 in close
partnership with the UB African American Health Equity Task Force has become a regional asset.
Your mission to perform research that advances understanding of the root causes of health
inequities; and develop innovative solutions to eliminate health inequities in our region, with a
focus on those experienced by African Americans is critical to the efforts we need to make as a
community to improve health outcomes for everyone.

As you know, Erie County, and particularly the City of Buffalo, suffer from disturbing race
and income-based health disparities. In Buffalo, 30% of residents live below the poverty level, and
the average life expectancy of a black person is 12 years less than a white person. Not surprisingly,
the coronavirus pandemic heightened these longstanding inequities in the region, yet our work
together, including your team in collaboration with community leaders and our governmental
offices, turned around the disproportionate fatalities in people of color and became a beacon of
hope for others metropolitan areas.

In 2021, I worked with the Erie County Legislature to create the Erie County Department of Health Office of Health Equity. Its vision is for all disadvantaged, marginalized, and diverse populations in Erie County, who presently experience higher rates of poor health outcomes, to achieve maximum health and wellness. I appointed Kelly Wofford, a member of the African American Health Equity Task Force to lead the office. The partnership among this office, the community-based Buffalo Center for Health Equity and your UB Community Health Equity Research Institute has unlimited potential in moving the needle on health disparities in our region.

Our needs in Erie County are vast. In the City of Buffalo, 30% of families live in poverty with over 63% of families having women as head of household. Each year, approximately 1,000 children are born to mothers without a high school diploma and 25% of women do not receive prenatal care. The City of Buffalo's population is 37 % Black or African American; 14% Hispanic; 1 % Native American making Buffalo a minority-majority city. We have much work to do together and my office is committed to working with you and your team. The goal of your proposed NIMHD Specialized Center of Excellence in Investigator Development and Community Engagement fits with the needs of our community to increase our efforts in the fight to eliminate health disparities in Buffalo and Erie County.

I am hopeful this award comes to fruition as it could help further the work being done on health equity across our region and beyond. Best wishes for a successful proposal.

Sincerely yours,

Mark C. Poloncarz
Erie County Executive

**THE SENATE**
**STATE OF NEW YORK**

**CHAIRMAN**
TRANSPORTATION
SELECT COMMITTEE ON
STATE-NATIVE AMERICAN RELATIONS

**COMMITTEES**
BANKS
CITIES 2
ENERGY AND TELECOMMUNICATIONS
FINANCE
INSURANCE
RULES

**TIMOTHY M. KENNEDY**
SENATOR, 63RD DISTRICT

❏ **ALBANY OFFICE:**
ROOM 708
LEGISLATIVE OFFICE BUILDING
ALBANY, NEW YORK 12247
(518) 455-2426 OFFICE
(518) 426-6851 FAX

❏ **DISTRICT OFFICE:**
37 FRANKLIN ST., SUITE 550
BUFFALO, NEW YORK 14202
(716) 826-2683 OFFICE
(716) 826-2793 FAX

**E-MAIL ADDRESS:**
KENNEDY@NYSENATE.GOV

July 26, 2023

Timothy F. Murphy MD
SUNY Distinguished Professor
Director, UB Clinical and Translational Science Institute
Director, UB Community Health Equity Research Institute
Jacobs School of Medicine and Biomedical Sciences
University at Buffalo, State University of New York

Dear Dr. Murphy,

I fully support your application to the National Institute on Minority Health and Health Disparities (NIMHD), Igniting Hope in Buffalo New York Communities: Training the Next Generation of Health Equity Researchers.

As a New York State Senator, I have seen firsthand the challenges New Yorkers face, yet I see even more vividly the many things we are challenged by and strive to overcome as Buffalonians. One of our community's top priorities is achieving health equity. It is unacceptable that neighbors, living in certain parts of our community, or coming from diverse backgrounds, live on average ten years less than their neighbors. I commend you for your work on this important initiative.

As you know, I joined you and a group of community leaders from the African American Health Equity Task Force in the pivotal meeting with UB President Satish Tripathi and the UB Provost in 2019 that led to the formation of the UB Community Health Equity Research Institute. My office has worked with and supported your groups from the outset. Zeneta Everhart, who serves as Director of Diversity & Inclusion in my office, is an active member of the African American Health Equity Task Force. My office is enthusiastic in working with you as you launch and implement an NIMHD Center of Excellence in Investigator Development and Community Engagement.

You and your team of faculty and community partners have aligned your work in the UB Community Health Equity Research Institute to be responsive to the needs of our community, particularly those who experience profound disparities in health outcomes due to adverse social determinants of health. I am an advocate for the work of UB and your team, and will continue to champion the needs of our under-resourced and under-served communities. You have given voice to many and it is my hope that with this training opportunity being offered in our wonderful community, you and our regional leadership can continue to combat inequality in health. Training the next generation of health equity researchers under the leadership of your group is ideal. You have done excellent work and we need more scholars in our community tackling these problems in a holistic, interdisciplinary way.

I firmly believe that by investing in research pursuits on health equity in Buffalo, we will attract talent to benefit from your mentorship, and advance the health equity field. Most importantly, I believe it will improve the lives of many in Buffalo and the region. Thank you for your commitment and leadership in this effort.

Sincerely,

Timothy M. Kennedy
New York State Senator, 63rd District



**CITY OF BUFFALO**
OFFICE OF THE MAYOR

BYRON W. BROWN
MAYOR

July 21, 2023

Timothy F. Murphy, MD
SUNY Distinguished Professor
Director, UB Clinical and Translational Science Institute
Director, UB Community Health Equity Research Institute
Jacobs School of Medicine and Biomedical Sciences
University at Buffalo, State University of New York

Dear Dr. Murphy,

It is with pleasure that I write this letter of support for your application to the National Institute on Minority Health and Health Disparities (NIMHD), *Igniting Hope in Buffalo New York Communities: Training the Next Generation of Health Equity Researchers.* I recognize the value of this work and proposal for our community and am thankful to see the University at Buffalo and your Community Health Equity Research Institute working to bring more resources to our region to combat the health inequities our neighbors face.

Buffalo, NY has such strengths and sadly has faced significant challenges. We have a community which is beautifully diverse in countless ways, which horrifically, made us the target of a racially motivated shooting in May 2022. That event highlighted for the entire nation the challenges our community faces. However, I believe it also demonstrated the strength of our bonds across our neighborhoods and how we can persevere when we work in partnership. This work is most effective when all voices are heard and given agency. You have representation from critical voices in relation to health equity and have engaged leadership from government, community organizations, and academic leadership.

The proposal that you are submitting to NIMHD has the potential to create even greater opportunities for a community that needs every tool and investment it can access to improve lives and circumstances for so many, with more positive health outcomes being essential.

Thank you for your past work and your commitment to Buffalo via your Igniting Hope efforts.

Sincerely,

Byron W. Brown
Mayor

14

BRIAN HIGGINS
26TH DISTRICT, NEW YORK

COMMITTEE ON WAYS AND MEANS
SUBCOMMITTEE ON HEALTH
SUBCOMMITTEE ON TRADE
SUBCOMMITTEE ON SOCIAL SECURITY

COMMITTEE ON THE BUDGET

ASSISTANT WHIP

## Congress of the United States
## House of Representatives
### Washington, DC 20515–3226

LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–3306
(202) 226–0347 (FAX)

726 EXCHANGE STREET
SUITE 601
BUFFALO, NY 14210
(716) 852–3501
(716) 852–3929 (FAX)

800 MAIN STREET
SUITE 3C
NIAGARA FALLS, NY 14301
(716) 282–1274
(716) 282–2479 (FAX)

higgins.house.gov

July 26, 2023

Timothy F. Murphy MD
SUNY Distinguished Professor
Director, UB Clinical and Translational Science Institute
Director, UB Community Health Equity Research Institute
Jacobs School of Medicine and Biomedical Sciences
University at Buffalo, State University of New York
Buffalo, New York 14260

**Re: SUNY University at Buffalo's grant request to the National Institute on Minority Health and Health Disparities (NIMHD)**

Dear Dr. Murphy:

It has been conveyed to me that the University's Community Health Equity Research Institute is pursuing a health equity center grant with the National Institute on Minority Health and Health Disparities (NIMHD) titled *Igniting Hope in Buffalo New York Communities: Training the Next Generation of Health Equity Researchers*. I am pleased to convey my support for this submission.

Research has repeatedly shown vast, imbalanced health outcomes throughout the U.S. that are frequently correlated to race and socioeconomics. Unfortunately, Buffalo and Western New York experience profound race-based health inequities, particularly in predominantly African American neighborhoods of the East Side of Buffalo. We had an excellent discussion about these issues, and about your Community Health Equity Research Institute, when you visited my office in Washington, along with Pastor Kinzer Pointer and Dr. Eliseo Pérez-Stable, Director of NIMHD in March 2020, days before workplaces and schools shut down as a result of the pandemic. It is most encouraging to me that your work has progressed to position you to submit this outstanding proposal to train a new generation of health equity researchers.

Again, I commend you for your important work in this area and am pleased to commend your application to the National Institute on Minority Health and Health Disparities. Thank you very much,

Sincerely,

Brian Higgins
Member of Congress

Letters of Support                                    Page 133

15

NIH Generated message:

The Other Plan(s) attachment included with the application is not evaluated during the peer review process but will be evaluated prior to a funding decision. Although part of the official submission, the attachment is maintained as a separate document in eRA Commons viewable by authorized users and is not part of this assembled application.

OMB Number: 4040-0001
Expiration Date: 11/30/2025

APPLICATION FOR FEDERAL ASSISTANCE
## SF 424 (R&R)

| 5. APPLICANT INFORMATION | | UEI*: LMCJKRFW5R81 |
|---|---|---|
| Legal Name*: | The Research Foundation for SUNY on behalf of U. at Buffalo | |
| Department: | Sponsored Projects Services | |
| Division: | | |
| Street1*: | The UB Commons | |
| Street2: | 520 Lee Entrance, Suite 211 | |
| City*: | Amherst | |
| County: | Erie | |
| State*: | NY: New York | |
| Province: | | |
| Country*: | USA: UNITED STATES | |
| ZIP / Postal Code*: | 14228-2567 | |

Person to be contacted on matters involving this application

| Prefix: | First Name*: | Middle Name: | Last Name*: | Suffix: |
|---|---|---|---|---|
| | Amy | | Lagowski | |

| | |
|---|---|
| Position/Title: | Agreement Administartor |
| Street1*: | The UB Commons |
| Street2: | 520 Lee Entrance, Suite 211 |
| City*: | Amherst |
| County: | Erie |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| ZIP / Postal Code*: | 14228-2567 |

Phone Number*: 716-645-4419          Fax Number:                    Email: amy.lagowski@buffalo.edu

**7.  TYPE OF APPLICANT***                                    X: Other (specify)

Other (Specify): Private, Non-profit
**Small Business Organization Type**          ○ Women Owned          ○ Socially and Economically Disadvantaged

**11. DESCRIPTIVE TITLE OF APPLICANT'S PROJECT***
Igniting Hope in Buffalo New York communities: Training the Next Generation of Health Equity Researchers

**12. PROPOSED PROJECT**

| Start Date* | Ending Date* | |
|---|---|---|
| 04/01/2024 | 03/31/2029 | |

# Project/Performance Site Location(s)

**Project/Performance Site Primary Location**    ○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | The Research Foundation for SUNY on behalf of U. at Buffalo |
| UEI: | LMCJKRFW5R81 |
| Street1*: | The UB Commons |
| Street2: | 520 Lee Entrance, Suite 211 |
| City*: | Amherst |
| County: | Erie |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14228-2567 |
| Project/Performance Site Congressional District*: | NY-026 |

**Project/Performance Site Location 1**    ○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | UB Clinical and Translational Research Center |
| UEI: | |
| Street1*: | 875 Ellicott Street |
| Street2: | |
| City*: | Buffalo |
| County: | |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14203-1034 |
| Project/Performance Site Congressional District*: | NY-026 |

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

**Project/Performance Site Location 2**

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | UB Jacobs School of Medicine and Biomedical Sciences |
| UEI: | |
| Street1*: | 955 Main Street |
| Street2: | |
| City*: | Buffalo |
| County: | |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14203-1034 |
| Project/Performance Site Congressional District*: | NY-026 |

**Project/Performance Site Location 3**

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | UB School of Public Health and Health Professions |
| UEI: | |
| Street1*: | 3435 Main Street |
| Street2: | |
| City*: | Buffalo |
| County: | |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14214-3099 |
| Project/Performance Site Congressional District*: | NY-026 |

**Project/Performance Site Location 4**

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | UB School of Nursing |
| UEI: | |
| Street1*: | 3435 Main Street- Wende Hall |
| Street2: | |
| City*: | Buffalo |
| County: | |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14214-3010 |
| Project/Performance Site Congressional District*: | NY-026 |

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

## Project/Performance Site Location 5

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name:    UB School of Architecture and Planning

UEI:

Street1*:    3435 Main Street- Hayes Hall

Street2:

City*:    Buffalo

County:

State*:    NY: New York

Province:

Country*:    USA: UNITED STATES

Zip / Postal Code*:    14214-3015

Project/Performance Site Congressional District*:    NY-026

## Project/Performance Site Location 6

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name:    UB Community Health Equity Research Institute

UEI:

Street1*:    875 Ellicott Street

Street2:

City*:    Buffalo

County:

State*:    NY: New York

Province:

Country*:    USA: UNITED STATES

Zip / Postal Code*:    14203-1070

Project/Performance Site Congressional District*:    NY-026

## Project/Performance Site Location 7

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name:    Buffalo Center for Health Equity

UEI:

Street1*:    257 West Genesee Street

Street2:

City*:    Buffalo

County:

State*:    NY: New York

Province:

Country*:    USA: UNITED STATES

Zip / Postal Code*:    14202-2657

Project/Performance Site Congressional District*:    NY-026

**Additional Location(s)**    File Name:

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

## RESEARCH & RELATED Other Project Information

**1. Are Human Subjects Involved?*** ○ **Yes** ● **No**

1.a. If YES to Human Subjects

Is the Project Exempt from Federal regulations? ○ Yes ○ No

If YES, check appropriate exemption number: — 1 — 2 — 3 — 4 — 5 — 6 — 7 — 8

If NO, is the IRB review Pending? ○ **Yes** ○ **No**

IRB Approval Date:

Human Subject Assurance Number

**2. Are Vertebrate Animals Used?*** ○ **Yes** ● **No**

2.a. If YES to Vertebrate Animals

Is the IACUC review Pending? ○ Yes ○ No

IACUC Approval Date:

Animal Welfare Assurance Number

**3. Is proprietary/privileged information included in the application?*** ○ **Yes** ● **No**

**4.a. Does this project have an actual or potential impact - positive or negative - on the environment?*** ○ **Yes** ● **No**

4.b. If yes, please explain:

4.c. If this project has an actual or potential impact on the environment, has an exemption been authorized or an ○ Yes ○ No
environmental assessment (EA) or environmental impact statement (EIS) been performed?

4.d. If yes, please explain:

**5. Is the research performance site designated, or eligible to be designated, as a historic place?*** ○ **Yes** ● **No**

5.a. If yes, please explain:

**6. Does this project involve activities outside the United States or partnership with international collaborators?*** ○ **Yes** ● **No**

6.a. If yes, identify countries:

6.b. Optional Explanation:

| | Filename |
|---|---|
| **7. Project Summary/Abstract*** | Abstract_Admin_Core.pdf |
| **8. Project Narrative*** | |
| **9. Bibliography & References Cited** | Bibliography-_Administrative_Core.pdf |
| **10. Facilities & Other Resources** | |
| **11. Equipment** | |

Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

The organizational and governance structure of our NIMHD Center of Excellence in Investigator Development and Community Engagement (Center of Excellence) is guided by its mission, which is to train and develop the next generation of health disparities investigators to perform innovative research in minority health and health disparities in partnership with our community and to the benefit of the community. The Center of Excellence will be embedded in the UB Community Health Equity Research Institute (Health Equity Institute), a fully sanctioned university-wide institute founded in 2019 as a direct result of our partnership and collaborations with community leaders and community members. The Health Equity Institute includes faculty from all 12 schools of the University at Buffalo, providing an immediate connection with researchers and mentors in essentially all disciplines that bring expertise to perform innovative research to address the many social determinants of health. Estimates are that improving healthcare will reduce disparities in health outcomes by 10 to 20%. It is critical that research addresses the upstream factors that account for these disparities. Another noteworthy feature of our administrative structure is the integration of community leaders as part of the leadership teams of the Center of Excellence and of each Core, leveraging our influential and far-reaching community-university-government partnership. The Administrative Core will coordinate and manage Center of Excellence activities with a responsive governance and inclusive approach, engaging community participation in the leadership and the work of the Center (Aim 1). The leadership of the Administrative Core will organize and integrate core initiatives to ensure communication and synergy among cores, while providing expertise and support for maintaining compliance with policies and procedures (Aim 2). With the African American Health Equity Task Force serving as an "umbrella" group of our community-university-government partnership, the well-attended monthly Task Force meetings are highly effective in ensuring continuous communication and coordination between the Center of Excellence and the community. We will carefully monitor progress toward milestones through evaluation and continuous quality improvement, while tracking key milestones for processes, productivity, and impact of the work of the Center of Excellence (Aim 3). We will track scholarly outcomes and career trajectory of early-career investigators supported by pilot studies. Our vision is the Center of Excellence will provide training, individualized mentoring, and professional development to early-stage investigators to substantially increase the number of investigators and leaders in health disparities research. Thus, our Center of Excellence will have enormous impact in our environment to address root causes of health inequities and lead to sustainable system-level changes in race-based health inequities in Buffalo and nationally through sharing the innovative interventions that our investigators develop and test.

OMB Number: 4040-0001
Expiration Date: 11/30/2025

## RESEARCH & RELATED Senior/Key Person Profile (Expanded)

| PROFILE - Project Director/Principal Investigator |
|---|

| Prefix: | First Name*: Timothy | Middle Name | Last Name*: Murphy | Suffix: M.D. |
|---|---|---|---|---|

Position/Title*:           SUNY Distinguished Professor
Organization Name*:      STATE UNIVERSITY OF NEW YORK AT BUFFALO
Department:              Medicine
Division:
Street1*:                875 Ellicott St.
Street2:
City*:                   Buffalo
County:
State*:                  NY: New York
Province:
Country*:                USA: UNITED STATES
Zip / Postal Code*:      14203-1034

Phone Number*: (716) 881-8911                      Fax Number:

E-Mail*: murphyt@buffalo.edu

Credential, e.g., agency login: tmurphy

Project Role*:  Other (Specify)                    Other Project Role Category: Admin Core Director

Degree Type:  MD                                   Degree Year:

Attach Biographical Sketch*:       File Name:

Attach Current & Pending Support:  File Name:

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

| PROFILE - Senior/Key Person |
|---|

| Prefix: | First Name*: Carol | Middle Name | Last Name*: Van Zile Tamsen | Suffix: Ph.D |
|---|---|---|---|---|

Position/Title*:  Director
Organization Name*:  SUNY at Buffalo
Department:  Office of Curriculum, Assessment and Teaching Transformation (CATT)
Division:
Street1*:  5A Norton Hall
Street2:
City*:  Buffalo
County:
State*:  NY: New York
Province:
Country*:  USA: UNITED STATES
Zip / Postal Code*:  14260-1800

Phone Number*: (716) 645-3905          Fax Number:

E-Mail*: cmv3@buffalo.edu

Credential, e.g., agency login: CAROLVAN

Project Role*:  Other (Specify)          Other Project Role Category: Evaluator

Degree Type:  PhD          Degree Year:

Attach Biographical Sketch*:          File Name:

Attach Current & Pending Support:  File Name:

Page 142

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - SECTION A & B, BUDGET PERIOD 1

UEI*:  LMCJKRFW5R81

**Budget Type*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date*:** 04-01-2024    **End Date*:** 03-31-2025    **Budget Period:** 1

### A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Dr. | Timothy | | Murphy | M.D. | Principal Investigator | 190,890.00 | 1.0 | | | 8,838.00 | 5,784.00 | 14,622.00 |
| 2. | | Carol | | Van Zile Tamsen | Ph.D | Evaluator | 142,147.00 | 0.6 | | | 3,554.00 | 2,326.00 | 5,880.00 |
| 3. | | TBN | | Program Manager | | Program Manager | 65,000.00 | 6.0 | | | 32,500.00 | 13,325.00 | 45,825.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

| Additional Senior Key Persons: | File Name: | | Total Senior/Key Person | 66,327.00 |
|---|---|---|---|---|

### B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 0 | **Total Number Other Personnel** | | | | | **Total Other Personnel** | 0.00 |
| | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | | 66,327.00 |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

## RESEARCH & RELATED BUDGET - SECTION C, D, & E, BUDGET PERIOD 1

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**      ● Project      ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2024      **End Date\*:** 03-31-2025      **Budget Period: 1**

| C. Equipment Description | |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | **Funds Requested ($)\*** |
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | **0.00** |
| **Additional Equipment:**      File Name: | |

| D. Travel | **Funds Requested ($)\*** |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | 1,500.00 |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **1,500.00** |

| E. Participant/Trainee Support Costs | | **Funds Requested ($)\*** |
|---|---|---|
| 1. Tuition/Fees/Health Insurance | | |
| 2. Stipends | | |
| 3. Travel | | |
| 4. Subsistence | | |
| 5. Other: | | |
| **Number of Participants/Trainees** | **Total Participant Trainee Support Costs** | **0.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTIONS F-K, BUDGET PERIOD 1

**UEI\*:** LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2024     **End Date\*:** 03-31-2025     **Budget Period: 1**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | 18,667.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Data Management and Sharing Costs | 0.00 |
| **Total Other Direct Costs** | **18,667.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **86,494.00** |

| H. Indirect Costs | | | |
|---|---|---|---|
| **Indirect Cost Type** | **Indirect Cost Rate (%)** | **Indirect Cost Base ($)** | **Funds Requested ($)*** |
| 1. Institutional IDC Cost On Campus | 61.0 | 86,494.00 | 52,761.00 |
| | | **Total Indirect Costs** | **52,761.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **139,255.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **139,255.00** |

| L. Budget Justification* | File Name: Budget_Justification-Admin_Core.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - SECTION A & B, BUDGET PERIOD 2

UEI*:  LMCJKRFW5R81

**Budget Type*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date*:** 04-01-2025    **End Date*:** 03-31-2026    **Budget Period: 2**

## A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Dr. | Timothy | | Murphy | M.D. | Principal Investigator | 194,708.00 | 1.0 | | | 8,838.00 | 5,907.00 | 14,745.00 |
| 2. | | Carol | | Van Zile Tamsen | Ph.D | Evaluator | 144,909.00 | 0.6 | | | 3,554.00 | 2,375.00 | 5,929.00 |
| 3. | | TBN | | Project Manager | | Program Manager | 66,300.00 | 6.0 | | | 33,150.00 | 13,757.00 | 46,907.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:**    File Name:    **Total Senior/Key Person**    **67,581.00**

## B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 0 | **Total Number Other Personnel** | | | | | **Total Other Personnel** | **0.00** |
| | | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | **67,581.00** |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Case 1:25-cv-10814-WGY    Document 12-24    Filed 04/04/25    Page 174 of 375

# RESEARCH & RELATED BUDGET - SECTION C, D, & E, BUDGET PERIOD 2

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2025    **End Date\*:** 03-31-2026    **Budget Period: 2**

| C. Equipment Description | Funds Requested ($)* |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | |
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | **0.00** |
| **Additional Equipment:**    File Name: | |

| D. Travel | Funds Requested ($)* |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | 1,500.00 |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **1,500.00** |

| E. Participant/Trainee Support Costs | Funds Requested ($)* |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees**    **Total Participant Trainee Support Costs** | **0.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13951079                    Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTIONS F-K, BUDGET PERIOD 2

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2025        **End Date\*:** 03-31-2026        **Budget Period: 2**

| **F. Other Direct Costs** | **Funds Requested ($)\*** |
|---|---|
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | 18,667.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Data Management and Sharing Costs | 0.00 |
| **Total Other Direct Costs** | **18,667.00** |

| **G. Direct Costs** | **Funds Requested ($)\*** |
|---|---|
| **Total Direct Costs (A thru F)** | **87,748.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)\* |
|---|---|---|---|
| 1. Institutional IDC Cost On Campus | 61.0 | 87,748.00 | 53,526.00 |
| | | **Total Indirect Costs** | **53,526.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| **I. Total Direct and Indirect Costs** | **Funds Requested ($)\*** |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **141,274.00** |

| **J. Fee** | **Funds Requested ($)\*** |
|---|---|
| | |

| **K. Total Costs and Fee** | **Funds Requested ($)\*** |
|---|---|
| | **141,274.00** |

| **L. Budget Justification\*** | File Name: Budget_Justification-Admin_Core.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13951079                    Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - SECTION A & B, BUDGET PERIOD 3

UEI*:  LMCJKRFW5R81

**Budget Type*:**  ● Project  ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

          **Start Date*:** 04-01-2026    **End Date*:** 03-31-2027    **Budget Period: 3**

### A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Dr. | Timothy | | Murphy | M.D. | Principal Investigator | 198,602.00 | 1.0 | | | 8,838.00 | 6,035.00 | 14,873.00 |
| 2. | | Carol | | Van Zile Tamsen | Ph.D | Evaluator | 147,889.00 | 0.6 | | | 3,554.00 | 2,427.00 | 5,981.00 |
| 3. | | TBN | | Program Manager | | Program Manager | 67,626.00 | 6.0 | | | 33,813.00 | 14,540.00 | 48,353.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

Additional Senior Key Persons:    File Name:                     **Total Senior/Key Person**    **69,207.00**

### B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| **0** | **Total Number Other Personnel** | | | | | **Total Other Personnel** | **0.00** |
| | | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | **69,207.00** |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

Case 1:25-cv-10814-WGY   Document 12-24   Filed 04/04/25   Page 177 of 375

## RESEARCH & RELATED BUDGET - SECTION C, D, & E, BUDGET PERIOD 3

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**      ● Project      ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2026      **End Date\*:** 03-31-2027      **Budget Period: 3**

| C. Equipment Description | |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | **Funds Requested ($)\*** |
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | **0.00** |
| **Additional Equipment:**      File Name: | |

| D. Travel | **Funds Requested ($)\*** |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | 1,500.00 |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **1,500.00** |

| E. Participant/Trainee Support Costs | | **Funds Requested ($)\*** |
|---|---|---|
| 1. Tuition/Fees/Health Insurance | | |
| 2. Stipends | | |
| 3. Travel | | |
| 4. Subsistence | | |
| 5. Other: | | |
| **Number of Participants/Trainees** | **Total Participant Trainee Support Costs** | **0.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13951079                              Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTIONS F-K, BUDGET PERIOD 3

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2026    **End Date\*:** 03-31-2027    **Budget Period: 3**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | 18,667.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Data Management and Sharing Costs | 0.00 |
| **Total Other Direct Costs** | **18,667.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **89,374.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1. Institutional IDC Cost On Campus | 61.0 | 89,374.00 | 54,518.00 |
| | | **Total Indirect Costs** | **54,518.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **143,892.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **143,892.00** |

| L. Budget Justification* | File Name: Budget_Justification-Admin_Core.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - SECTION A & B, BUDGET PERIOD 4

UEI*:  LMCJKRFW5R81

**Budget Type*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date*:** 04-01-2027    **End Date*:** 03-31-2028    **Budget Period: 4**

## A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Dr. | Timothy | | Murphy | M.D. | Principal Investigator | 198,602.00 | 1.0 | | | 8,838.00 | 6,035.00 | 14,873.00 |
| 2. | | Carol | | Van Zile Tamsen | Ph.D | Evaluator | 147,889.00 | 0.6 | | | 3,554.00 | 2,427.00 | 5,981.00 |
| 3. | | TBN | | Program Manager | | Program Manager | 68,979.00 | 6.0 | | | 34,489.00 | 14,830.00 | 49,319.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

Additional Senior Key Persons:        File Name:        **Total Senior/Key Person**        **70,173.00**

## B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 0 | **Total Number Other Personnel** | | | | | **Total Other Personnel** | **0.00** |
| | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | | **70,173.00** |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Case 1:25-cv-10814-WGY    Document 12-24    Filed 04/04/25    Page 180 of 375

Tracking Number: GRANT13951079    Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

## RESEARCH & RELATED BUDGET - SECTION C, D, & E, BUDGET PERIOD 4

**UEI\*:** LMCJKRFW5R81

**Budget Type\*:**  ● Project   ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2027   **End Date\*:** 03-31-2028   **Budget Period: 4**

| C. Equipment Description | |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | **Funds Requested ($)\*** |
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | **0.00** |
| **Additional Equipment:**    File Name: | |

| D. Travel | **Funds Requested ($)\*** |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | 1,500.00 |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **1,500.00** |

| E. Participant/Trainee Support Costs | | **Funds Requested ($)\*** |
|---|---|---|
| 1. Tuition/Fees/Health Insurance | | |
| 2. Stipends | | |
| 3. Travel | | |
| 4. Subsistence | | |
| 5. Other: | | |
| **Number of Participants/Trainees** | **Total Participant Trainee Support Costs** | **0.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13951079                    Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTIONS F-K, BUDGET PERIOD 4

**UEI\*:** LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2027    **End Date\*:** 03-31-2028    **Budget Period:** 4

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | 18,667.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Data Management and sharing Costs | 0.00 |
| **Total Other Direct Costs** | **18,667.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **90,340.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1. Institutional IDC Cost On Campus | 61.0 | 90,340.00 | 55,107.00 |
| | | **Total Indirect Costs** | **55,107.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **145,447.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **145,447.00** |

| L. Budget Justification* | File Name: Budget_Justification-Admin_Core.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13951079    Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - SECTION A & B, BUDGET PERIOD 5

UEI*:  LMCJKRFW5R81

**Budget Type*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date*:** 04-01-2028    **End Date*:** 03-31-2029    **Budget Period:** 5

**A. Senior/Key Person**

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Dr. | Timothy | | Murphy | M.D. | Principal Investigator | 198,602.00 | 1.0 | | | 8,838.00 | 6,035.00 | 14,873.00 |
| 2. | | Carol | | Van Zile Tamsen | Ph.D | Evaluator | 147,889.00 | 0.6 | | | 3,554.00 | 2,427.00 | 5,981.00 |
| 3. | | TBN | | Program Manager | | Program Manager | 70,358.00 | 6.0 | | | 35,179.00 | 15,127.00 | 50,306.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:**    File Name:                    **Total Senior/Key Person**    71,160.00

**B. Other Personnel**

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 0 | **Total Number Other Personnel** | | | | | **Total Other Personnel** | 0.00 |
| | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | | 71,160.00 |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

Case 1:25-cv-10814-WGY    Document 12-24    Filed 04/04/25    Page 183 of 375

# RESEARCH & RELATED BUDGET - SECTION C, D, & E, BUDGET PERIOD 5

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**  ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2028    **End Date\*:** 03-31-2029    **Budget Period: 5**

| C. Equipment Description | Funds Requested ($)* |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | |
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | **0.00** |
| **Additional Equipment:**    File Name: | |

| D. Travel | Funds Requested ($)* |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | 1,500.00 |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **1,500.00** |

| E. Participant/Trainee Support Costs | | Funds Requested ($)* |
|---|---|---|
| 1. Tuition/Fees/Health Insurance | | |
| 2. Stipends | | |
| 3. Travel | | |
| 4. Subsistence | | |
| 5. Other: | | |
| **Number of Participants/Trainees** | **Total Participant Trainee Support Costs** | **0.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTIONS F-K, BUDGET PERIOD 5

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2028    **End Date\*:** 03-31-2029    **Budget Period: 5**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | 18,667.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Data Management and Sharing Costs | 0.00 |
| **Total Other Direct Costs** | **18,667.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **91,327.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1. Institutional IDC Cost On Campus | 61.0 | 91,327.00 | 55,709.00 |
| | | **Total Indirect Costs** | **55,709.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **147,036.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **147,036.00** |

| L. Budget Justification* | File Name: Budget_Justification-Admin_Core.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

**Budget Justification: Administrative Core**

## A. Personnel Salaries and Wages

**Senior/Key Personnel**

**Timothy Murphy, MD**
- Principal Investigator, NIMHD Center of Excellence in Investigator Development and Community Engagement
- Effort: 1.0 calendar months (Institutional support years 1-5: 0.50 calendar months)

Dr. Murphy is a SUNY Distinguished Professor, Founding Director of the Community Health Equity Research Institute and Director of the Clinical and Translational Science Institute in the Jacobs School of Medicine and Biomedical Sciences, University at Buffalo. He is an accomplished physician scientist who has been continuously funded by the NIH as a PI of R01 grants since 1983. His work involves T1 translational research on pathogenesis and vaccine development for respiratory tract bacterial pathogens. He has extensive experience as a mentor and is PI of a T35 training grant "Training the next generation of clinician scientists."

Responsibilities:
- Oversee the strategic planning and direction of the Center of Excellence
- Guide the overall activities of the Center of Excellence
- Chair the Leadership Team
- Responsible for assuring compliance with applicable federal regulations and NIH policies
- Manage the budget
- Oversee the DEIA Action Plan

**Pastor George Nicholas, MDiv**
- Co-Director, Administrative Core
- Effort: Independent Contractor

Pastor Nicholas is Senior Pastor of Lincoln Memorial United Methodist in Buffalo, NY. He has been recognized by the General Board of Global Ministries of the United Methodist for his work on urban ministries. Pastor Nicholas is an advocate for social justice and community revitalization. A founding member of the Concerned Clergy Coalition of Western New York, he is the convener of the African American Health Equity Task Force and CEO of the Buffalo Center for Health Equity (501(c)3). He is an influential and visionary community leader.

Responsibilities
- Work with the Director to:
  - Oversee the strategic planning and direction of the Center of Excellence
  - Guide the overall activities of the Center of Excellence
  - Manage the budget
- Serve on Leadership Team
- Connect Buffalo Center for Health Equity with Center of Excellence initiatives
- Facilitate active involvement of community leaders and community members

**Carol Van Zile Tamsen, PhD**
- Evaluator
- Effort: 0.60 calendar months (Institutional support years 1-5: 0.30 calendar months)

Dr. Van Zile-Tamsen is Associate Vice Provost and Director Office of Curriculum, Assessment and Teaching Transformation Dr. Van Zile-Tamsen leads the university efforts to achieve programmatic and instructional excellence and increased student learning and success. She is a nationally recognized expert in evaluation and assessment of educational and training programs.

Responsibilities

- Oversee and implement evaluation and continuous quality improvement of the project
- Communicate progress and evaluation data to Center of Excellence Leadership
- Serve on the Center of Excellence Steering Committee

**Oscar Gomez, MD, PhD**
- Director, Investigator Development Core
- Center of Excellence Leadership Team
- Effort as needed

Dr. Gomez is an Associate Professor of Pediatrics, School of Medicine and an active advocate of recruiting underrepresented minorities in medical science to training programs. He is a member of the Harold Amos Medical Faculty Development Program of The Robert Wood Johnson Foundation, first as a scholar beginning 2009, and later as an alumnus beginning in 2012. This program is dedicated to career development of underrepresented minorities in medical science in the US. He is co-investigator and associate lead of the CTSI-associated KL2-mentored research award program in which he serves as a faculty advisor for early-career scholars. He conducts studies on the epidemiology of childhood diarrhea among children in low- and middle-income countries in Latin America and studies on hepatitis C- exposure and infection among infants in Buffalo, a condition that disproportionately impacts communities that experience adverse social determinants of health.

Responsibilities:
- Lead the Investigator Development Core
- Collaborate with Administrative Core in managing pilot project award announcements
- Coordinate training and mentoring activities
- Serve on Center of Excellence Leadership Team

**Robert Silverman, PhD**
- Director, Community Engagement and Dissemination Core
- Center of Excellence Leadership Team
- Effort as needed

Dr. Silverman is Professor of Urban and Regional Planning in the School of Architecture and Planning He is an internationally regarded urban planning scholar whose work focuses on community development, inequity in urban communities, affordable housing, and education policy. He has worked closely with Buffalo East Side Communities since he joined the UB faculty in 2003.

Responsibilities

- Lead the Community Engagement and Dissemination Core
- Facilitate linking of pilot studies awardees with community partners
- Work with Buffalo Center for Health Equity on dissemination of research results to community
- Work with Administrative Core in reviewing and managing the Community Partnership grants

**Pastor Kinzer Pointer, MM**
- Co-Director, Investigator Development Core
- Center of Excellence Steering Committee
- Effort: Independent Contractor

Pastor Pointer is the pastor of Liberty Missionary Baptist Church, President and CEO of Greater Buffalo United Ministries and Chair, Erie County Poverty Committee. He is a mentor in the National Medical Association and has worked for the past five years with Drs. Murphy and Gomez on the T35 training grant "Training the Next Generation of Clinician Scientists." He co-teaches a course in the medical school with Dr. Henry Taylor, "Health in the Neighborhood," in which students review key literature and meet with and work with community members in their neighborhoods. Pastor Pointer also serves on the Board of the Community Health Equity Research Institute.

Responsibilities
- Co-Director of Investigator Development Core (IDC)
- Provide guidance and contribution to IDC
- Provide mentorship to pilot study awardees
- Serve on Center of Excellence Steering Committee

**Rita Hubbard Robinson, JD**
- Center of Excellence Steering Committee
- Effort: Independent Contractor

Rita Hubbard Robinson is the founder and Chief Executive Officer of NeuWater & Associates, LLC, a company focused on improving population health through projects that focus on improving access to healthy food, employment, industry development, youth development, entrepreneurial development, health and wellness initiatives, and green community redevelopment. As an influential leader she has been committed to the improvement of health and social determinants of health for over 30 years. Ms. Hubbard-Robinson works with several community-based teams to improve access to healthy produce in Buffalo neighborhoods that experience food insecurity. She is treasurer of the Buffalo Center for Health Equity, runs the First Fruits Food Pantry that serves 200 East Side families, and has won numerous awards for her work in the community.

Responsibilities
- Serve on Center of Excellence Steering Committee
- Provide a community perspective to the Center Excellence through the Steering Committee
- Connect Buffalo Center for Health Equity with Center of Excellence initiatives

**Henry Taylor, PhD**
- Center of Excellence Steering Committee
- Co-Investigator, Community Engagement and Dissemination Core
- Co-Investigator, Investigator Development Core
- Effort as needed

Dr. Taylor is Professor of Urban and Regional Planning, School of Architecture and Planning, Director of the Center for Urban Studies; and Associate Director, UB Community Health Equity Research Institute. His areas of expertise include urban development, housing, gentrification, underdeveloped neighborhoods, shrinking cities, race and class, and U.S.-Cuba relations. His research focuses on a historical and contemporary analysis of underdeveloped urban neighborhoods, social isolation, and race and class issues among people of color, especially African Americans and Latinos. Dr. Taylor designed and conducts the *Urban Internship Program,* which creates opportunities for graduate and undergraduate students to become involved in neighborhood redevelopment initiatives and research projects. He has trained numerous students in this program over the years. He is also the Co-leader of the CTSI Workshop series in Health Equity.

Responsibilities:
- Provide guidance and contribution to the Community Engagement and Dissemination Core
- Provide guidance and contribution to the Investigator Development Core
- Serve on Center of Excellence Steering Committee
- Serve as Center of Excellence advocate to selected pilot studies awardees
- Facilitate partnerships and collaborations in the School of Architecture and Planning
- Help identify mentors for pilot studies awardees as needed

**Heather Orom, PhD**
- Center of Excellence Steering Committee
- Co-Investigator, Community Engagement and Dissemination Core
- Effort as needed

Dr. Orom is Associate Professor of Community Health and Health Behavior and Associate Dean for Equity, Diversity and Inclusion in the School of Public Health. Her research focuses on the causes of health disparities with a particular interest in how discrimination influences health outcomes. Dr. Orom has led many projects and has collaborated on many projects that have advanced understanding of health inequities. She engages in applied health equity research for local community organizations, assisting with evaluation and other research needs. Dr. Orom is an Associate Director of the Community Health Equity Research Institute

Responsibilities:
- Provide guidance and contribution to the Community Engagement and Dissemination Core
- Work with the Investigator Development core to identify mentors for early career investigators
- Facilitate partnerships and collaborations in the School of Public Health and Health Professions
- Serve on Center of Excellence Steering Committee

**Susan Grinslade, PhD, RN**
- Center of Excellence Steering Committee
- Co-Investigator, Community Engagement and Dissemination Core
- Effort as needed

    Dr. Grinslade is Clinical Professor in the School of Nursing and fellow in the American Academy of Nursing with expertise in public health nursing and a passion for health equity. She is also an Associate Director of the Community Health Equity Research Institute. She led the Million Hearts Initiative in Buffalo (a CDC program to reduce heart disease) facilitating a partnership between the School of Nursing and African American East Side communities. She has particular expertise in community based participatory research. Dr. Grinslade was an original member of the African American Health Equity Task Force and was instrumental in connecting UB faculty with the Task Force.

Responsibilities:
- Provide guidance and contribution to the Community Engagement and Dissemination Core
- Work with the Investigator Development core to identify mentors for early career investigators
- Facilitate partnerships and collaborations in the School of Nursing
- Provide guidance on community based participatory research
- Serve on Center of Excellence Steering Committee

**Other Personnel**

**Project Manager**
- To be named
- Effort: 6.0 Calendar Months

Responsibilities:
- Work with Center of Excellence leaders in implementing the many initiatives outlined in this proposal.
- Provide project management support for the solicitation and review of pilot studies letters of intent and full proposals
- Coordinate the quarterly meetings of the Community Advisory Board and the annual meetings of the External Advisory Committee
- Provide project management support for the Community Partnership grants
- Work with the Institute Administrator of the UB Community Health Equity Research Institute in organizing and coordinating the seminars, workshops and annual pilot studies symposium.

**Other Direct Costs**

**Travel**                                   $1,500

PI Murphy will attend the annual NIMHD Centers of Excellence grantees meeting, held at or near NIH, Bethesda, MD. We have approximated expenses for travel from Buffalo, NY to MD.

# RESEARCH & RELATED BUDGET - Cumulative Budget

| | Totals ($) | |
|---|---|---|
| Section A, Senior/Key Person | | 344,448.00 |
| Section B, Other Personnel | | 0.00 |
| Total Number Other Personnel | 0 | |
| Total Salary, Wages and Fringe Benefits (A+B) | | 344,448.00 |
| Section C, Equipment | | 0.00 |
| Section D, Travel | | 7,500.00 |
| 1. Domestic | 7,500.00 | |
| 2. Foreign | 0.00 | |
| Section E, Participant/Trainee Support Costs | | 0.00 |
| 1. Tuition/Fees/Health Insurance | 0.00 | |
| 2. Stipends | 0.00 | |
| 3. Travel | 0.00 | |
| 4. Subsistence | 0.00 | |
| 5. Other | 0.00 | |
| 6. Number of Participants/Trainees | 0 | |
| Section F, Other Direct Costs | | 93,335.00 |
| 1. Materials and Supplies | 0.00 | |
| 2. Publication Costs | 0.00 | |
| 3. Consultant Services | 93,335.00 | |
| 4. ADP/Computer Services | 0.00 | |
| 5. Subawards/Consortium/Contractual Costs | 0.00 | |
| 6. Equipment or Facility Rental/User Fees | 0.00 | |
| 7. Alterations and Renovations | 0.00 | |
| 8. Other 1 | 0.00 | |
| 9. Other 2 | 0.00 | |
| 10. Other 3 | 0.00 | |
| 11. Other 4 | 0.00 | |
| 12. Other 5 | 0.00 | |
| 13. Other 6 | 0.00 | |
| 14. Other 7 | 0.00 | |
| 15. Other 8 | 0.00 | |
| 16. Other 9 | 0.00 | |
| 17. Other 10 | 0.00 | |
| Section G, Direct Costs (A thru F) | | 445,283.00 |
| Section H, Indirect Costs | | 271,621.00 |

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

| | |
|---|---|
| Section I, Total Direct and Indirect Costs (G + H) | 716,904.00 |
| Section J, Fee | 0.00 |
| Section K, Total Direct and Fee (I + J) | 716,904.00 |

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

PHS 398 Cover Page Supplement

OMB Number: 0925-0001

Expiration Date: 01/31/2026

1. Vertebrate Animals Section

Are vertebrate animals euthanized?          ◯  Yes          ●  No

If "Yes" to euthanasia

Is the method consistent with American Veterinary Medical Association (AVMA) guidelines?

◯  Yes          ◯  No

If "No" to AVMA guidelines, describe method and provide scientific justification

......................................................................................................................................................................

2. *Program Income Section

*Is program income anticipated during the periods for which the grant support is requested?

◯  Yes          ●  No

If you checked "yes" above (indicating that program income is anticipated), then use the format below to reflect the amount and source(s). Otherwise, leave this section blank.

  *Budget Period    *Anticipated Amount ($)      *Source(s)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

PHS 398 Cover Page Supplement

---

### 3. Human Embryonic Stem Cells Section

*Does the proposed project involve human embryonic stem cells?          ○ Yes    ● No

If the proposed project involves human embryonic stem cells, list below the registration number of the specific cell line(s) from the following list: http://grants.nih.gov/stem_cells/registry/current.htm. Or, if a specific stem cell line cannot be referenced at this time, check the box indicating that one from the registry will be used:

❑ Specific stem cell line cannot be referenced at this time. One from the registry will be used.

Cell Line(s) (Example: 0004):

---

### 4. Human Fetal Tissue Section

*Does the proposed project involve human fetal tissue obtained from elective abortions?          ○ Yes    ● No

If "yes" then provide the HFT Compliance Assurance


If "yes" then provide the HFT Sample IRB Consent Form

---

### 5. Inventions and Patents Section (Renewal applications)

*Inventions and Patents:          ○ Yes    ● No

If the answer is "Yes" then please answer the following:

*Previously Reported:          ○ Yes    ○ No

---

### 6. Change of Investigator/Change of Institution Section

❑ Change of Project Director/Principal Investigator

Name of former Project Director/Principal Investigator

Prefix:

*First Name:

Middle Name:

*Last Name:

Suffix:

❑ Change of Grantee Institution

*Name of former institution:

---

Tracking Number: GRANT13951079          Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

PHS 3C8 Research Plan

L MB Number: 9C25-9991

Expiration Date: 91/31/2926

| Introduction | |
|---|---|
| 1. Introduction to Application | |
| (for Resubmission and Revision applications) | |

| Research Plan Section | |
|---|---|
| 2. Specific Aims | Aims_Admin_Oore.pdf |
| 3. Research Strategy* | Admin_Oore_Research_Strategy.pdf |
| 0. Progress Report Publication 4ist | |

| L ther Research Plan Section | |
|---|---|
| 5. Vertebrate Animals | |
| 6. Select Agent Research | |
| 7. Multiple PD/PI 4eadership Plan | |
| 8. Oonsortium/Oontractual Arrangements | |
| C. 4etters of Support | |
| 19. Resource Sharing Plan(s) | |
| 11. L ther Plan(s) | |
| 12. Authentication of Key Biological and/or Ohemical Resources | |

| Appendix | |
|---|---|
| 13. Appendix | |

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

## B. Administrative Core: Organizational and Governance Structure

### B1.    Specific Aims

The mission of our NIMHD Center of Excellence in Investigator Development and Community Engagement (Center of Excellence) is to train and develop the next generation of health disparities investigators to perform innovative research in minority health and health disparities in partnership with our community and to the benefit of the community. The work will advance understanding of the root causes and develop and test innovative solutions to eliminate health inequities. Our vision is that these investigators will "move the needle" on health disparities so that wellness and social well-being become a reality for all people in Buffalo, including people of color who have serious, chronic, preventable diseases and higher mortality rates.

The Center of Excellence will be embedded in the UB Community Health Equity Research Institute (Health Equity Institute), providing an immediate connection with researchers in essentially all disciplines that bring expertise to perform innovative research to address the many social determinants of health (**Figure B1**). Estimates are that improving healthcare will reduce disparities in health outcomes by 10 to 20% (1-3). Thus, it is critical that research addresses the upstream factors that account for these disparities. Examples of important expertise include economics, urban planning, law and social justice, social services, education, big data analytics, epidemiology, health-related fields, policy development, basic sciences and more.



**Figure B1**. The Center of Excellence is embedded in the Community Health Equity Research Institute, facilitating seamless communication and partnerships with the community and each of the 12 schools of UB.

The Health Equity Institute has an Advisory Board that includes a leader from each of the 12 UB schools and several community leaders. The Dean of each UB school identified a representative, such as an Associate Dean or a faculty leader in health disparities research, to serve on the Board. This mechanism engages the entire university and important sectors of the community, providing an excellent resource for developing and maintaining relationships with community stakeholders and university expertise. We will include reports on the Center of Excellence to the Health Equity Institute Board to facilitate communication and collaboration.

Our Health Equity Institute also encompasses the UB Center for Urban Studies, which is a research, neighborhood planning and community development center focusing on the transformation of vulnerable, under-developed and marginalized neighborhoods into healthy communities controlled by its residents. The Center for Urban Studies is led by Dr. Henry Taylor, who is also an Associate Director of the Health Equity Institute and Co-I on this Center of Excellence.

The Administrative Core provides leadership and guides the overall vision of the Center of Excellence. Aims are:

**Aim 1.** Coordinate and manage Center of Excellence activities with a responsive governance and inclusive approach, engaging community participation in Center activities.

**Aim 2.** Organize and integrate core initiatives to ensure communication and synergy among cores, while providing expertise and support for maintaining compliance with policies and procedures.

**Aim 3.** Monitor progress toward milestones through evaluation and continuous quality improvement, while tracking key milestones for processes, productivity and impact of the work of the Center of Excellence.

**B2.    Significance and Environment**

Partnering with the Health Equity Institute advances the mission of the Center of Excellence by leveraging the extensive reach of the Health Equity Institute. This administrative structure:

- strengthens communication throughout UB regarding the outstanding training and career development opportunity that the Center of Excellence brings to our environment
- facilitates communication to eligible faculty and postdocs to apply for pilot studies and work with us
- introduces early career faculty to mentors from multiple disciplines
- facilitates multidisciplinary collaborations
- enhances awareness of the research resources throughout the schools of the university
- links early career investigators with community partners and community collaborators.

**B3.    Innovation**

- **Integrated Leadership.** The integrated leadership of the Administrative Core between community partners and the university leverages the nine-year partnership to which multiple stakeholders have made a continuing commitment. The Co-Director of the Center of Excellence, Pastor George Nicholas, is an influential community leader. The leadership team of each core includes community members.

- **Community-driven Research.** The research of the Health Equity Institute is community-driven. For example, the NIH-supported Igniting Hope conference series was conceived and has been conducted as a partnership with community co-investigators (4). This approach, guided by our shared values, will continue to be a theme of all our work and the work of the Center of Excellence.

- **Broadly Engaged Team Science** merges team science and community-engaged research (5). The Center of Excellence integrates multiple disciplines to nurture collaborations between researchers, community organizations, health service providers, public health agencies, and policymakers.

- **Addressing the Range of Social Determinants of Health (SDOH).** The participation of all 12 UB schools reflects our commitment to addressing the range of SDOH, including, for example, educational opportunity (School of Education), disinvested neighborhoods (School of Architecture and Planning), the criminal justice system (School of Law), etc.

- **Continuous Communication and Coordination.** With the African American Health Equity Task Force serving as an "umbrella" group, our well-attended monthly meetings are highly effective in ensuring continuous communication and coordination between the Center of Excellence and the community.

**B4.1    Action Plan for Aim 1.**

**Aim 1.** Coordinate and manage Center of Excellence activities with a responsive governance and inclusive approach, engaging community participation in Center activities.

The organizational and governance structure (**Figure B2**) is designed to have clear reporting lines, advisory groups representing key constituencies and expertise (gold boxes), integration and coordination of all components of the Center of Excellence and a reporting structure to the highest levels of university leadership, reflecting the value that the university places on this Center of Excellence and its goals.

**Leadership.** Center of Excellence leaders and participants have well-defined roles and responsibilities. The Leadership Team includes the Director, Co-Director, and the Core Directors. The Director and Co-Director oversee the strategic planning and direction of the Center of Excellence, guide its overall activities, and oversee the budget along with the Leadership Team.

Members of the **Leadership Team:**

- **Timothy Murphy MD, Director,** an accomplished physician scientist in the School of Medicine, serves as Director. As founding Director of the UB Clinical and Translational Science Institute (CTSI) and PI of the Clinical and Translational Science Award (CTSA), he established its vision in 2015 "to advance and accelerate research to reduce health disparities and improve the health of our community and the nation." He has extensive experience as a mentor and is PI of a T35 training grant, *Training the Next Generation of Clinician Scientists* (T35 AI 089693), aligning with a major training focus of this Center of Excellence. In the first ten years of the T35 training grant, 37% of trainees are in NIH-designated groups that experience health disparities and 62% are women.

- **Pastor George Nicholas MDiv, Co-Director,** is an advocate for social justice and community revitalization. A founding member of the Concerned Clergy Coalition of Western New York, he is convener of the African American Health Equity Task Force and CEO of the Buffalo Center for Health Equity (501(c)3). He is an influential and visionary community leader.
- **Oscar Gomez MD PhD, Director, Investigator Development Core**, is a physician scientist with a longstanding commitment and experience in mentoring



**Figure B2.** Governance structure of Center of Excellence

individuals underrepresented in health science. He is a member of the Harold Amos Medical Faculty Development program, which is dedicated to career development of people of color in medical science in the US. He was first a scholar in the program and is now a faculty advisor. He is a member of the UB Council on Inclusion in Medicine and Science Executive Committee and Associate Program Lead of the UB CTSA KL2 mentored career development program.

- **Robert Silverman PhD, Director, Community Engagement and Dissemination Core** is Professor of Urban and Regional Planning and an internationally regarded urban planning scholar whose work focuses on community development, inequity in urban communities, affordable housing, and education policy. He has worked with Buffalo East Side communities since he joined the UB faculty in 2003.

The **Steering Committee** of the Center of Excellence will serve as an internal advisory group and includes the Leadership Team in addition to the following accomplished faculty and community leaders:

- **Susan Grinslade PhD RN** is Clinical Professor in the School of Nursing and fellow in the American Academy of Nursing with expertise in public health nursing and a passion for health equity. She led the Million Hearts Initiative in Buffalo (a CDC program to reduce heart disease) facilitating a partnership between the School of Nursing and African American East Side communities.
- **Heather Orom PhD** is Associate Professor of Community Health and Health Behavior and Associate Dean for Equity, Diversity and Inclusion in the School of Public Health. Her research focuses on the causes of health disparities with a particular interest in how discrimination influences health outcomes.
- **Rita Hubbard Robinson JD** is an influential community leader and founder and CEO of NeuWater & Associates, LLC, a company focused on population health. Ms. Hubbard Robinson has been committed to the improvement of health and social determinants of health for over 30 years. She is treasurer of the Buffalo Center for Health Equity and has won numerous awards for her work in the community.
- **Henry Taylor PhD** is Professor of Urban and Regional Planning in the School of Architecture and Planning and is Founding Director for the UB Center for Urban Studies. He is a national authority in distressed urban neighborhoods and race and class issues among people of color. He recently released a comprehensive report on the state of Black Buffalo, "The Harder We Run" that is attracting widespread attention throughout our community, including elected leaders and business leaders (6).
- **Pastor Kinzer Pointer MM,** Co-Director, Investigator Development Core, is President and CEO of Greater Buffalo United Ministries and Chair, Erie County Poverty Committee. He is a mentor in the National Medical Association and has worked for the past five years with Drs. Murphy and Gomez on the T35 training grant "Training the Next Generation of Clinician Scientists." He co-teaches a course in the medical school with Dr. Henry Taylor, "Health in the Neighborhood," in which students review key literature and meet with and work with community members in their neighborhoods.

- **Carol Van Zile Tamsen PhD,** Evaluation Director, is Director of the UB Office of Curriculum, Assessment and Teaching Transformation. She is a nationally recognized expert in evaluation and assessment of educational and training programs.

Thus, the Steering Committee includes faculty from multiple disciplines (medicine, public health, nursing, urban planning, evaluation) in addition to well-connected community members. In addition to an advisory role, members of the Steering Committee will serve on mentoring committees of early-career investigators and will identify mentors from their schools for mentoring roles, working with the Investigator Development Core. Drs. Orom, Grinslade, and Taylor and Ms. Hubbard Robinson are Associate Directors of the Health Equity Institute, enhancing coordination with the Center of Excellence. The UB Provost provides full time salary support for a research administrator to the Health Equity Institute and will continue to do so (see Letter of Support). This administrator will work closely with the Center of Excellence Project Manager (see Budget).

**Community Advisory Board (CAB)**. The Health Equity Institute has an active CAB that consists of a group of community members who share an identity, geography, history, or experiences and serve as a voice for the community regarding research, health care, inequities and more. Our Center of Excellence will work with the same CAB since the goals of the Center of Excellence and Health Equity Institute are well aligned. The CAB includes nine people of color, who all live in one of the five predominantly African American ZIP codes on the East Side. Board members serve staggered three-year terms, select their own chair and meet quarterly. The CAB provides feedback in ways to improve research in the community and will provide guidance and direction to the Center of Excellence in realizing its goals. CAB members are paid an hourly rate for their service.

**External Advisory Committee** will be comprised of three or four national experts who will visit Buffalo annually to review our progress and provide a detailed report.

## B4.2    Action Plan for Aim 2

**Aim 2.** Organize and integrate core initiatives to ensure communication and synergy among cores, while providing expertise and support for maintaining compliance with policies and procedures.

The day-to-day activities of the Center of Excellence will be managed by the director and institute administrator with the active participation of the Leadership Team to ensure coordination of cores through biweekly meetings and regular communication. **Table B1** shows the frequency of meetings of the key leadership and oversight groups to facilitate efficient functioning, anticipation and amelioration of barriers, active partnership with community stakeholders and continuous improvement through constructively critical review by experts on the External Advisory Board. No changes in leadership are anticipated. However, if the PI needs to be replaced, with the involvement of four active, experienced associate directors of the Health Equity Institute, our leadership structure has a built-in succession plan.

| Table B1. Frequency of Meetings | |
|---|---|
| **Leadership or oversight group** | **Frequency of meetings** |
| Leadership Team | every 2 weeks |
| Steering Committee | monthly |
| NIMHD Program Officer | monthly |
| Community Advisory Board | quarterly |
| External Advisory Board | annually |

The Steering Committee will meet monthly. Its roles include: 1) guide strategic priorities of the Center of Excellence; 2) work with the Investigator Development Core to identify mentors for early career investigators on pilot studies and subsequent projects; 3) facilitate resources and partnerships to support the goals of the Center of Excellence; 4) form subcommittees to plan and implement selected initiatives-- examples include, conferences, workshops, projects, new partnerships, etc; and 5) act as an initial point of contact for researchers to engage the Center of Excellence, given the broad reach of the committee throughout the university. The Leadership Team appoints members to the Steering Committee in consultation with the VP for Health Sciences to whom the Director reports.

We propose a monthly remote meeting with our Program Officer to ensure that our Center aligns with NIMHD priorities and to enhance communication. The Director, our community-based Co-Director, and administrator will attend. We can also invite Core Directors, depending on the preference of the Program Officer.

The roles of the Community Advisory Board and External Advisory Board are described above.

The Administrative Core will work closely with the Investigator Development Core in fostering research career development and enhancement for postdoctoral fellows, junior faculty and other early-stage investigators by providing support in organizing and administering a variety of educational opportunities. The administrator will

provide support in organizing and coordinating the didactic training outlined in Table C5 (Investigator Development Core), including the seminar series in minority health and health disparities that we will launch with invited outside speakers in addition to experts at UB. These also include an annual Pilot Studies Symposium and an Institute Research Day at which scholars will present their work. We will also facilitate awareness and coordination with valuable educational opportunities beyond our Institute in the university and the community.

Our Center of Excellence will serve as a central resource and point of information for the university and community on educational resources related to research in minority heath and health disparities. Our Administrative Core will link faculty and trainees with educational and training resources by responding to requests and through our website, listserv, social media and word of mouth.

### B4.3 Action Plan for Aim 3.

**Aim 3.** Monitor progress toward milestones through tracking and evaluation to identify opportunities for improvement.

**Figure B3** is the overarching logic model that will guide our evaluation and continuous quality improvement.



**Figure B3.** Logic Model for Center of Excellence. DEIA: diversity, equity, inclusion, accessibility. CBPR: community-based participatory research. SDOH: social determinants of health.

The overall evaluation of the Center of Excellence and evaluation plan for each Core are guided by the Program Evaluation Standards (3rd edition) (7). The evaluation plans have been developed using Backward Design to align aims and inputs with key project activities, milestones (short-term outcomes) and long-term impacts (8).

Through this approach, aims/inputs are aligned with desired outputs. Formative assessments of program activities are administered frequently to promote continuous improvement. Summative assessments are used to measure progress toward short-term outcomes and achievement of long-term impacts.

A detailed plan has been developed for all three cores. The evaluation plan for the Investigator Development Core is included here as an example, as page limits preclude showing the evaluation plan for each core.

This overall framework will be used to guide each pilot studies awardee to create an evaluation plan for their pilot projects (1 to 2 years), which focus on specific initiatives that will not yield the long-term impacts outlined in the overall logic model above. Thus, outcomes and impacts will be aligned with realistic goals for the projects. For example, a project may address a specific SDOH (e.g., housing). Realistic goals will be designed to measure outcomes (e.g., reduction in lead poisoning in a specific neighborhood). An effort will be made to link outcomes from work on specific SDOH with specific health outcomes to elucidate causality where possible.

### Table B2. Logic Model of Investigator Development Core

| Core Aims | Outputs | Short-Term Outcomes | Long-Term Impacts |
|---|---|---|---|
| **Aim 1.**<br>a. Attract, mentor, and train early career investigators to perform research on health disparities and adverse SDOH.<br><br>b. Fund pilot projects that address health disparities and adverse SDOH.<br><br>**Aim 2.**<br>a. Implement a diversity equity, inclusion, accessibility (DEIA) Action Plan.<br><br>b. Increase and diversify the workforce in health disparities research.<br><br>c. Create leadership pathways for early career faculty.<br><br>**Aim 3.**<br>Expert training/mentoring in rigorous research design that includes community-based participatory research. | 1a. Recruitment of a diverse pool of early career scientists from a broad range of disciplines.<br><br>1b. Implementation of pilot studies grant program.<br><br>2a. DEIA action plan for investigators, mentors and staff.<br><br>2b. Enhanced programs to increase workforce diversity.<br><br>2c. Development of leadership pathways for early career faculty.<br><br>3. Fully trained, diverse, and effective pool of early career scientists with an established research agenda related to SDOH and interventions to benefit the local community. | Outcome 1. Fully trained, diverse, and successful junior faculty committed to DEIA.<br><br>Outcome 2. Research agendas focused on solutions to health disparities and adverse SDOH, generating publications, grants and translatable knowledge/ interventions within the local community.<br><br>Outcome 3. Diverse and independent scientists prepared for leadership roles in research on minority health and health disparities. | A coherent network of support to promote development of junior faculty and a culture of mentoring.<br><br>Successful junior faculty engaged in research that promotes equity in health outcomes through amelioration of adverse SDOH.<br><br>Diverse expert scientists in leadership roles enabling them to positively impact equity in health care and health outcomes.<br><br>A body of research that addresses health disparities and adverse SDOH and includes community-based research and dissemination of findings. |

### Table B3. Formative Evaluation. Investigator Development Core

| Activities | Measures | Timing | Use of Results |
|---|---|---|---|
| Recruit (Aim 1) | Descriptive data on number, demographics, and disciplines. | Upon recruitment. | Data that can inform improvements in faculty diversity. |
| Train (Aims 1 & 3) | Attendance/completion of training modules/workshops | End of each training module/workshop. | Identification of necessary improvements. |
| | Participant Evaluations | End of each training module or workshop. | Identification of areas for further knowledge development and faculty development. Identification of necessary improvements. |
| Mentor (Aims 1 & 3) | Mentoring Satisfaction and Self-Efficacy Surveys. | At the end of the first six months and the first year. | Review of efficacy of mentoring pairings. Improvement of mentoring training program. |
| | Interviews/focus groups with mentors and mentees. | At the end of the first year of participation. | Review of efficacy of mentoring pairings. Improvement of mentoring/training. |
| DEIA, Career and Leadership Development (Aim 2) | Rubric review of DEIA. | End of each year of participation. | Identification of areas for continued development. |
| | Survey of professional/DEIA goals and career preparation. | End of each year of participation. | Improvement of training/mentoring. Identification of areas for further development. |

| Fund pilot research on health disparities (Aim 1) | Number and quality of pilot proposals (rubric). | As proposals are reviewed and funded. | Improvement of training/mentoring. Identification of areas for further development. |
|---|---|---|---|
| | Number of projects that develop and assess interventions in key health disparities and adverse SDOH | Upon completion of pilot projects. | Improvement of training/mentoring. Improvement of training/support and communication of Center goals to investigators. |
| | Number of pilot projects that lead to publications and proposals for NIH- or other federally-funded projects. | Upon completion of pilot projects. | Improvement of training/mentoring. Identification of areas for further knowledge and career development. |

### Table B4. Summative Evaluation: Short-Term Outcomes. Investigator Development Core

| Outcomes | Design | Measures | Timing | Analysis |
|---|---|---|---|---|
| Outcome 1. Fully trained, diverse, and successful junior faculty committed to DEIA. | Program Records Relevant National/Local Databases | 1. Demographics of faculty engaged in relevant research. 2. Number of projects with papers and grants in preparation | Annually after completion of the pilot project. | Descriptive Statistics |
| Outcome 2. Research agendas focused on health disparities and adverse SDOH and generating translatable knowledge/ interventions within the local community. | Investigator Feedback Form | Number and percent of scholars with community-focused research agendas focused on health disparities and adverse SDOH (scored with rubric). | Annually after completion of the pilot project. | Descriptive Statistics |
| Outcome 3. Diverse and independent scientists prepared for leadership roles that will provide a platform for advancing health disparities research. | Survey CV Collection | Number and percent of participants with PI/MPI roles on relevant funded projects and established publication records. | Annually after completion of the pilot project. | Descriptive Statistics |

### Table B5. Summative Evaluation: Long-Term Impacts. Investigator Development Core

| Impacts | Design | Measures | Timing | Analysis |
|---|---|---|---|---|
| A coherent network of support to promote development of early career investigators and a culture of mentoring among senior faculty. | Survey | Ratings of importance and effectiveness in training, mentoring, and professional development for career potential. | Every three years after completion of the pilot project. | Descriptive Statistics |
| Successful faculty engaged in research that promotes equity in research healthcare and health outcomes | National/Local Databases CV Collection | Number and percent of scholars engaged in relevant research. | Three years after completion of the pilot project. | Descriptive Statistics |
| A diverse group of expert scientists with strong community engagement in leadership roles that allow them to positively impact equity in research healthcare and health outcomes. | Survey CV Collection | 1. Number and percent of participants in leadership roles and reporting strong community engagement. 2. Number and percent of scholars engaged in relevant research. | Every three years after completion of the pilot project. | Descriptive Statistics |
| A body of research that addresses health disparities and adverse SDOH and includes community-based research and dissemination of findings. | National/Local Databases CV Collection | Number and percent of scholars engaged in relevant research. | Six years after completion of the pilot project. | Descriptive Statistics |

## Summary and Vision

An NIMHD Center of Excellence fills a critical gap in our training environment. Our vision is the Center of Excellence will provide training, individualized mentoring, and professional development to early-stage investigators to substantially increase the number of investigators in health disparities research. Our Center will also function as a central resource and "go to" to connect research teams and community-based organizations with educational and training opportunities throughout the university and community. Thus, our Center of Excellence will have enormous impact in our environment to address root causes of health inequities and lead to sustainable system-level changes in race-based health inequities in Buffalo and nationally through sharing the innovative interventions that our investigators will develop and test.

PHS Human Subjects and Clinical Trials Information

OMB Number: 0925-0001

Expiration Date: 01/31/2026

**Use of Human Specimens and/or Data**

Does any of the proposed research in the
application involve human specimens and/or data *          ○ Yes          ● No

Provide an explanation for any use of human
specimens and/or data not considered to be
human subjects research.

Are Human Subjects Involved          ○ Yes          ● No

Is the Project Exempt from Federal regulations?          ○ Yes          ○ No

Exemption Number          ❏ 1     ❏ 2     ❏ 3     ❏ 4     ❏ 5     ❏ 6     ❏ 7     ❏ 8

Other Requested Information

**Delayed Onset Studies**

| Delayed Onset Study# | Study Title | Anticipated Clinical Trial? | Justification |
|---|---|---|---|
| The form does not have any delayed onset studies | | | |

Tracking Number: GRANT13951079          Opportunity Number: RFA-MD-23-011.          Received Date: 2023-08-04T08:29:33.000-04:00

## Bibliography: Administrative Core

1.      Woolf SH. Progress In Achieving Health Equity Requires Attention To Root Causes. Health affairs. 2017;36(6):984-91. doi: 10.1377/hlthaff.2017.0197. PubMed PMID: 28583955.

2.      Kaplan RM, Milstein A. Contributions of Health Care to Longevity: A Review of 4 Estimation Methods. Annals of family medicine. 2019;17(3):267-72. doi: 10.1370/afm.2362. PubMed PMID: 31085531; PMCID: PMC6827626.

3.      Hood CM, Gennuso KP, Swain GR, Catlin BB. County Health Rankings: Relationships Between Determinant Factors and Health Outcomes. Am J Prev Med. 2016;50(2):129-35. Epub 20151031. doi: 10.1016/j.amepre.2015.08.024. PubMed PMID: 26526164.

4.      Murphy TF, Robinson RH, Wofford KM, Lesse AJ, Grinslade S, Taylor HL, Jr., Pointer KM, Nicholas GF, Orom H. A community-university run conference as a catalyst for addressing health disparities in an urban community. J Clin Transl Sci. 2022;6(1):e67. Epub 20220506. doi: 10.1017/cts.2022.398. PubMed PMID: 35836792; PMCID: PMC9257780.

5.      Selker HP, Wilkins CH. From community engagement, to community-engaged research, to broadly engaged team science. J Clin Transl Sci. 2017;1(1):5-6. Epub 20170412. doi: 10.1017/cts.2017.1. PubMed PMID: 31660208; PMCID: PMC6798217.

6.      Taylor HL, Jung, J.K., Dash, E. The Harder We Run. The State of Black Buffalo in 1990 and the Present Buffalo, NY2021. Available from: https://right2thecity.files.wordpress.com/2021/10/taylorhl-the-harder-we-run.pdf.

7.      Yarbrough DB, Shulha LM, Hopson RK, Caruthers FA. The program evaluation standards: A guide for evaluators and evaluation users. Thousand Oaks, CA: Sage Publications, Inc.; 2010.

8.      Wiggins G, McTighe, J. Understanding by Design. New York, N.Y.: Pearson; 2005.

OMB Number: 4040-0001
Expiration Date: 11/30/2025

APPLICATION FOR FEDERAL ASSISTANCE
## SF 424 (R&R)

| **5. APPLICANT INFORMATION** | | **UEI\*:** LMCJKRFW5R81 |
|---|---|---|

Legal Name*:    The Research Foundation for SUNY on behalf of U. at Buffalo
Department:    Sponsored Projects Services
Division:
Street1*:    The UB Commons
Street2:    520 Lee Entrance, Suite 211
City*:    Amherst
County:    Erie
State*:    NY: New York

Province:
Country*:    USA: UNITED STATES
ZIP / Postal Code*:    14228-2567

Person to be contacted on matters involving this application

| Prefix: | First Name*: | Middle Name: | Last Name*: | Suffix: |
|---|---|---|---|---|
|  | Amy |  | Lagowski |  |

Position/Title:    Agreement Administartor
Street1*:    The UB Commons
Street2:    520 Lee Entrance, Suite 211
City*:    Amherst
County:    Erie
State*:    NY: New York

Province:
Country*:    USA: UNITED STATES
ZIP / Postal Code*:    14228-2567

Phone Number*: 716-645-4419          Fax Number:          Email: amy.lagowski@buffalo.edu

| **7.  TYPE OF APPLICANT\*** | X: Other (specify) |
|---|---|

Other (Specify): Private, Non-profit
**Small Business Organization Type**          ○ Women Owned          ○ Socially and Economically Disadvantaged

**11. DESCRIPTIVE TITLE OF APPLICANT'S PROJECT\***
Igniting Hope in Buffalo New York communities: Training the Next Generation of Health Equity Researchers

**12. PROPOSED PROJECT**

| Start Date* | Ending Date* | |
|---|---|---|
| 04/01/2024 | 03/31/2029 | |

OMB Number: 4040-0010
Expiration Date: 11/30/2025

## Project/Performance Site Location(s)

**Project/Performance Site Primary Location**      ○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | The Research Foundation for SUNY on behalf of U. at Buffalo |
| UEI: | LMCJKRFW5R81 |
| Street1*: | The UB Commons |
| Street2: | 520 Lee Entrance, Suite 211 |
| City*: | Amherst |
| County: | Erie |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14228-2567 |
| Project/Performance Site Congressional District*: | NY-026 |

**Project/Performance Site Location 1**      ○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | UB Clinical and Translational Research Center |
| UEI: | |
| Street1*: | 875 Ellicott Street Buffalo |
| Street2: | |
| City*: | Buffalo |
| County: | |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14203-1034 |
| Project/Performance Site Congressional District*: | NY-026 |

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

## Project/Performance Site Location 2

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name:      UB Jacobs School of Medicine and Biomedical Sciences

UEI:

Street1*:               955 Main Street

Street2:

City*:                  Buffalo

County:

State*:                 NY: New York

Province:

Country*:               USA: UNITED STATES

Zip / Postal Code*:     14203-1034

Project/Performance Site Congressional District*:        NY-026

---

## Project/Performance Site Location 3

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name:      UB School of Public Health and Health Professions

UEI:

Street1*:               3435 Main Street

Street2:

City*:                  Buffalo

County:

State*:                 NY: New York

Province:

Country*:               USA: UNITED STATES

Zip / Postal Code*:     14214-3099

Project/Performance Site Congressional District*:        NY-026

---

## Project/Performance Site Location 4

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name:      UB School of Nursing

UEI:

Street1*:               3435 Main Street- Wende Hall

Street2:

City*:                  Buffalo

County:

State*:                 NY: New York

Province:

Country*:               USA: UNITED STATES

Zip / Postal Code*:     14214-3010

Project/Performance Site Congressional District*:        NY-026

---

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

**Project/Performance Site Location 5**                    ○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name:        UB School of Architecture and Plannning
UEI:
Street1*:                 3435 Main Street- Hayes Hall
Street2:
City*:                    Buffalo
County:
State*:                   NY: New York
Province:
Country*:                 USA: UNITED STATES
Zip / Postal Code*:       14214-3015
Project/Performance Site Congressional District*:        NY-026

---

**Project/Performance Site Location 6**                    ○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name:        UB Community Health Equity Research Institute
UEI:
Street1*:                 875 Ellicott Street
Street2:
City*:                    Buffalo
County:
State*:                   NY: New York
Province:
Country*:                 USA: UNITED STATES
Zip / Postal Code*:       14203-1070
Project/Performance Site Congressional District*:        NY-026

---

**Project/Performance Site Location 7**                    ○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name:        Buffalo Center for Health Equity
UEI:
Street1*:                 257 West Genesee Street
Street2:
City*:                    Buffalo
County:
State*:                   NY: New York
Province:
Country*:                 USA: UNITED STATES
Zip / Postal Code*:       14202-2657
Project/Performance Site Congressional District*:        NY-026

---

**Additional Location(s)**        File Name:

Tracking Number: GRANT13951079                    Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

## RESEARCH & RELATED Other Project Information

**1.  Are Human Subjects Involved?*** ○ **Yes**   ● **No**

1.a. If YES to Human Subjects

    Is the Project Exempt from Federal regulations?   ○ Yes   ○ No

       If YES, check appropriate exemption number:   — 1 — 2 — 3 — 4 — 5 — 6 — 7 — 8

       If NO, is the IRB review Pending?   ○ **Yes**   ○ **No**

         IRB Approval Date:

         Human Subject Assurance Number

**2.  Are Vertebrate Animals Used?*** ○ **Yes**   ● **No**

2.a. If YES to Vertebrate Animals

    Is the IACUC review Pending?   ○ Yes ○ No

      IACUC Approval Date:

      Animal Welfare Assurance Number

**3.  Is proprietary/privileged information included in the application?*** ○ **Yes**   ● **No**

**4.a. Does this project have an actual or potential impact - positive or negative - on the environment?*** ○ **Yes**   ● **No**

4.b. If yes, please explain:

4.c. If this project has an actual or potential impact on the environment, has an exemption been authorized or an ○ Yes   ○ No
environmental assessment (EA) or environmental impact statement (EIS) been performed?

4.d. If yes, please explain:

**5.  Is the research performance site designated, or eligible to be designated, as a historic place?*** ○ **Yes**   ● **No**

5.a. If yes, please explain:

**6.  Does this project involve activities outside the United States or partnership with international** ○ **Yes**   ● **No**
    **collaborators?***

6.a. If yes, identify countries:

6.b. Optional Explanation:

| | Filename |
|---|---|
| **7.  Project Summary/Abstract*** | Abstract_Comm_Engage.pdf |
| **8.  Project Narrative*** | |
| **9.  Bibliography & References Cited** | Bibliography_CEDC.pdf |
| **10.Facilities & Other Resources** | |
| **11.Equipment** | |

The Community Engagement and Dissemination Core (CEDC) will facilitate equitable collaborative and sustainable relationships with community partners and other stakeholders. Universities have long considered community engagement as a social responsibility. A more comprehensive approach to working with communities is required to shift the narrative from viewing communities as groups of people who have needs to recognizing them as assets. Engaged communities can show institutional leaders and researchers how to better understand and address social determinants of health and increase the impact of research discoveries. This is the approach that our NIMHD Center of Excellence in Investigator Development and Community Engagement will take. Our activities will be undertaken in collaboration with our community-university-government partnership, a collaboration established in 2014 involving multiple sectors of the community. The active participation of community and elected leaders will be particularly impactful in translating the results of our research into measurable impact in health disparities in Buffalo. The CEDC will aid investigators and community co-investigators during the planning and conduct of research to build community-based participatory research capacity (Aim 1). Working with the Investigator Development Core the CEDC will work with each pilot study awardee to 1) provide training in working with the community, 2) link scholars with key community partners in the planning stages of their project, 3) develop a dissemination plan for their project to be implemented during the project and after it is completed, and 4) plan and implement an approach for their work to lead to actual benefit to the community. This often involves the planning of a larger project facilitated by the pilot study, which in many cases provides key preliminary data for the larger project. The CEDC will work with research teams in sharing results of research for diverse audiences, including non-scientific community members, policy makers and community-based stakeholders in translating research findings to promote sustainable community- and system-level change (Aim 2). We will work closely with the community-based Buffalo Center for Health Equity who have an extensive communications network with broad reach into the community. The CEDC will offer small Community Partnership Grants to African American led community-based organizations to support neighborhood projects designed to mitigate health inequities (Aim 3). This initiative arose from planning discussions with community members who expressed a clear interest in working with the Center of Excellence to build capacity and develop critical infrastructure in community-based organizations and bring immediate visible benefit to community members. Our five-year vision is that the Center of Excellence will catalyze a transformation of community-based research by expanding our research workforce, training future leaders in the field, and creating a culture change by influencing UB researchers to design research to address root causes of health inequities and work toward translating findings into sustainable, system-level changes.

OMB Number: 4040-0001
Expiration Date: 11/30/2025

## RESEARCH & RELATED Senior/Key Person Profile (Expanded)

| PROFILE - Project Director/Principal Investigator |
|---|

| Prefix: | First Name*: Robert | Middle Name | Last Name*: Silverman | Suffix: Ph.D |
|---|---|---|---|---|

Position/Title*: Professor
Organization Name*: SUNY at Buffalo
Department: Urban and Regional Planning
Division:
Street1*: 329 Hayes Hall
Street2:
City*: Buffalo
County:
State*: NY: New York
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 14214-8030

Phone Number*: (716) 829-5882    Fax Number:

E-Mail*: rms35@buffalo.edu

Credential, e.g., agency login: SILVERMAN35

Project Role*: Co-Investigator    Other Project Role Category:

Degree Type: PhD    Degree Year:

Attach Biographical Sketch*:    File Name:

Attach Current & Pending Support:    File Name:

Tracking Number: GRANT13951079    Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

| PROFILE - Senior/Key Person |
|---|

| Prefix: | First Name*: Heather | Middle Name | Last Name*: Orom | Suffix: Ph.D |
|---|---|---|---|---|

Position/Title*:         Associate Professor
Organization Name*:   SUNY at Buffalo
Department:            Community Health and Health Behavior
Division:              School of Public Health and Health Professions
Street1*:              304 Kimball Tower
Street2:
City*:                 Buffalo
County:
State*:                NY: New York
Province:
Country*:              USA: UNITED STATES
Zip / Postal Code*:    14214-8028

Phone Number*: (716) 829-6682          Fax Number:

E-Mail*: horom@buffalo.edu

Credential, e.g., agency login: ay6457

Project Role*:  Co-Investigator          Other Project Role Category:

Degree Type:  PhD          Degree Year:

Attach Biographical Sketch*:      File Name:

Attach Current & Pending Support:  File Name:

| PROFILE - Senior/Key Person |
|---|

| Prefix: | First Name*: Susan | Middle Name | Last Name*: Grinslade | Suffix: Ph.D |
|---|---|---|---|---|

Position/Title*:         Associate Director
Organization Name*:   SUNY at Buffalo
Department:            UB Community Health Equity Research Institute
Division:              School of Nursing
Street1*:              210 Wende Hall
Street2:
City*:                 Buffalo
County:
State*:                NY: New York
Province:
Country*:              USA: UNITED STATES
Zip / Postal Code*:    14214-3079

Phone Number*: 716-829-2234          Fax Number:

E-Mail*: msgrinsl@buffalo.edu

Credential, e.g., agency login: MGRINSLADE

Project Role*:  Co-Investigator          Other Project Role Category:

Degree Type:  PhD          Degree Year:

Attach Biographical Sketch*:      File Name:

Attach Current & Pending Support:  File Name:

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

| PROFILE - Senior/Key Person | | | |
|---|---|---|---|

Prefix:   First Name*: Henry        Middle Name Louis        Last Name*: Taylor        Suffix: Ph.D

Position/Title*:        Professor
Organization Name*:    SUNY at Buffalo
Department:            Urban and Regional Planning
Division:
Street1*:              330A Hayes Hall
Street2:
City*:                 Buffalo
County:
State*:                NY: New York
Province:
Country*:              USA: UNITED STATES
Zip / Postal Code*:    14214-8030

Phone Number*: (716) 829-5458          Fax Number:

E-Mail*: htaylor@buffalo.edu

Credential, e.g., agency login: HLTAYLOR

Project Role*:  Co-Investigator          Other Project Role Category:

Degree Type:  PhD          Degree Year:

Attach Biographical Sketch*:      File Name:

Attach Current & Pending Support:  File Name:

| PROFILE - Senior/Key Person | | | |
|---|---|---|---|

Prefix:   First Name*: Christopher   Middle Name        Last Name*: St. Vil        Suffix: Ph.D

Position/Title*:        Assistant Professor
Organization Name*:    SUNY at Buffalo
Department:
Division:              UB School of Social Work
Street1*:              625 Baldy Hall
Street2:
City*:                 Buffalo
County:
State*:                NY: New York
Province:
Country*:              USA: UNITED STATES
Zip / Postal Code*:    14260-1000

Phone Number*: 716-645-9091          Fax Number:

E-Mail*: cstvil@buffalo.edu

Credential, e.g., agency login: CSTVIL

Project Role*:  Co-Investigator          Other Project Role Category:

Degree Type:  PhD          Degree Year:

Attach Biographical Sketch*:      File Name:

Attach Current & Pending Support:  File Name:

Tracking Number: GRANT13951079                    Opportunity Number: RFA-MD-23-011 . Received Date:
                                                   2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - SECTION A & B, BUDGET PERIOD 1

UEI*:  LMCJKRFW5R81

**Budget Type*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date*:** 04-01-2024    **End Date*:** 03-31-2025    **Budget Period:** 1

**A. Senior/Key Person**

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Robert | | | Silverman | Ph.D | Co-investigator | 129,394.00 | | 1.0 | | 7,189.00 | 4,705.00 | 11,894.00 |
| 2. | Christopher | | | St. Vil | Ph.D | Co-investigator | 94,057.00 | | 0.6 | | 3,135.00 | 2,052.00 | 5,187.00 |
| 3. | Heather | | | Orom | Ph.D | Co-Investigator | 145,349.00 | 0.6 | | | 3,634.00 | 2,378.00 | 6,012.00 |
| 4. | Henry | | | Taylor | Ph.D | Co-investigator | 186,567.00 | 0.6 | | | 4,664.00 | 3,053.00 | 7,717.00 |
| 5. | Margaret | Susan | | Grinslade | Ph.D | Co-investigator | 158,472.00 | 0.6 | | | 3,962.00 | 2,593.00 | 6,555.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:**    File Name:

**Total Senior/Key Person**    37,365.00

**B. Other Personnel**

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 0 | **Total Number Other Personnel** | | | | | **Total Other Personnel** | 0.00 |
| | | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | 37,365.00 |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Case 1:25-cv-10814-WGY    Document 12-24    Filed 04/04/25    Page 215 of 375

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTION C, D, & E, BUDGET PERIOD 1

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2024    **End Date\*:** 03-31-2025    **Budget Period: 1**

| C. Equipment Description | Funds Requested ($)\* |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | |
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | **0.00** |
| **Additional Equipment:**    File Name: | |

| D. Travel | Funds Requested ($)\* |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **0.00** |

| E. Participant/Trainee Support Costs | Funds Requested ($)\* |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees**    **Total Participant Trainee Support Costs** | **0.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13951079    Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTIONS F-K, BUDGET PERIOD 1

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2024    **End Date\*:** 03-31-2025    **Budget Period: 1**

| F. Other Direct Costs | Funds Requested ($)\* |
|---|---|
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | 14,000.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Communication Expenses | 10,000.00 |
| **Total Other Direct Costs** | **24,000.00** |

| G. Direct Costs | Funds Requested ($)\* |
|---|---|
| **Total Direct Costs (A thru F)** | **61,365.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)\* |
|---|---|---|---|
| 1. Institutional IDC Cost On Campus | 61.0 | 61,365.00 | 37,434.00 |
| | | **Total Indirect Costs** | **37,434.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)\* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **98,799.00** |

| J. Fee | Funds Requested ($)\* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)\* |
|---|---|
| | **98,799.00** |

| L. Budget Justification\* | File Name: Budget_Justification-Community_Engagement.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - SECTION A & B, BUDGET PERIOD 2

**UEI\*:** LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2025    **End Date\*:** 03-31-2026    **Budget Period: 2**

## A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Robert | | | Silverman | Ph.D | Co-investigator | 131,981.00 | | 1.0 | | 7,189.00 | 4,805.00 | 11,994.00 |
| 2. | Christopher | | | St. Vil | Ph.D | Co-investigator | 95,939.00 | | 0.6 | | 3,135.00 | 2,095.00 | 5,230.00 |
| 3. | Heather | | | Orom | Ph.D | Co-Investigator | 148,256.00 | 0.6 | | | 3,634.00 | 2,429.00 | 6,063.00 |
| 4. | Henry | | | Taylor | Ph.D | Co-investigator | 190,298.00 | 0.6 | | | 4,664.00 | 3,117.00 | 7,781.00 |
| 5. | Margaret | Susan | | Grinslade | Ph.D | Co-investigator | 161,641.00 | 0.6 | | | 3,962.00 | 2,648.00 | 6,610.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:**    File Name:

**Total Senior/Key Person**    37,678.00

## B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 0 | **Total Number Other Personnel** | | | | | **Total Other Personnel** | 0.00 |
| | | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | 37,678.00 |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Case 1:25-cv-10814-WGY    Document 12-24    Filed 04/04/25    Page 218 of 375

## RESEARCH & RELATED BUDGET - SECTION C, D, & E, BUDGET PERIOD 2

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2025        **End Date\*:** 03-31-2026        **Budget Period: 2**

| C. Equipment Description | Funds Requested ($)* |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | |
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | **0.00** |
| **Additional Equipment:**    File Name: | |

| D. Travel | Funds Requested ($)* |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **0.00** |

| E. Participant/Trainee Support Costs | Funds Requested ($)* |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees**        **Total Participant Trainee Support Costs** | **0.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13951079        Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTIONS F-K, BUDGET PERIOD 2

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2025    **End Date\*:** 03-31-2026    **Budget Period: 2**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | 14,000.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Communication Expenses | 10,000.00 |
| **Total Other Direct Costs** | **24,000.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **61,678.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1. Institutional IDC Cost On Campus | 61.0 | 61,564.00 | 37,624.00 |
| | | **Total Indirect Costs** | **37,624.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **99,302.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **99,302.00** |

| L. Budget Justification* | File Name: Budget_Justification-Community_Engagement.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13951079    Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - SECTION A & B, BUDGET PERIOD 3

UEI*:  LMCJKRFW5R81

**Budget Type*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date*:** 04-01-2026    **End Date*:** 03-31-2027    **Budget Period: 3**

Case 1:25-cv-10814-WGY   Document 12-24   Filed 04/04/25   Page 221 of 375

## A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Robert | | | Silverman | Ph.D | Co-investigator | 134,621.00 | | 1.0 | | 7,189.00 | 4,909.00 | 12,098.00 |
| 2. | Christopher | | | St. Vil | Ph.D | Co-investigator | 97,857.00 | | 0.6 | | 3,135.00 | 2,141.00 | 5,276.00 |
| 3. | Heather | | | Orom | Ph.D | Co-Investigator | 151,221.00 | 0.6 | | | 3,634.00 | 2,481.00 | 6,115.00 |
| 4. | Henry | | | Taylor | Ph.D | Co-investigator | 194,104.00 | 0.6 | | | 4,664.00 | 3,185.00 | 7,849.00 |
| 5. | Margaret | Susan | | Grinslade | Ph.D | Co-investigator | 164,874.00 | 0.6 | | | 3,962.00 | 2,705.00 | 6,667.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:**    File Name:    **Total Senior/Key Person**    **38,005.00**

## B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 0 | **Total Number Other Personnel** | | | | | **Total Other Personnel** | 0.00 |
| | | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | 38,005.00 |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

## RESEARCH & RELATED BUDGET - SECTION C, D, & E, BUDGET PERIOD 3

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2026    **End Date\*:** 03-31-2027    **Budget Period: 3**

**C. Equipment Description**

List items and dollar amount for each item exceeding $5,000

| **Equipment Item** | **Funds Requested ($)\*** |
|---|---|
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | **0.00** |

**Additional Equipment:**    File Name:

| **D. Travel** | **Funds Requested ($)\*** |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **0.00** |

| **E. Participant/Trainee Support Costs** | **Funds Requested ($)\*** |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees**        **Total Participant Trainee Support Costs** | **0.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13951079                    Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTIONS F-K, BUDGET PERIOD 3

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2026    **End Date\*:** 03-31-2027    **Budget Period: 3**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | 14,000.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Communication Expenses | 10,000.00 |
| **Total Other Direct Costs** | **24,000.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **62,005.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1. Institutional IDC Cost On Campus | 61.0 | 62,005.00 | 37,823.00 |
| | | **Total Indirect Costs** | **37,823.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **99,828.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **99,828.00** |

| L. Budget Justification* | File Name: Budget_Justification-Community_Engagement.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - SECTION A & B, BUDGET PERIOD 4

**UEI\*:** LMCJKRFW5R81

**Budget Type\*:**   ● Project   ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2027    **End Date\*:** 03-31-2028    **Budget Period: 4**

## A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Robert | | | Silverman | Ph.D | Co-investigator | 137,313.00 | | 1.0 | | 7,189.00 | 4,909.00 | 12,098.00 |
| 2. | Christopher | | | St. Vil | Ph.D | Co-investigator | 99,814.00 | | 0.6 | | 3,135.00 | 2,141.00 | 5,276.00 |
| 3. | Heather | | | Orom | Ph.D | Co-Investigator | 154,246.00 | 0.6 | | | 3,634.00 | 2,481.00 | 6,115.00 |
| 4. | Henry | | | Taylor | Ph.D | Co-investigator | 197,986.00 | 0.6 | | | 4,664.00 | 3,185.00 | 7,849.00 |
| 5. | Margaret | Susan | | Grinslade | Ph.D | Co-investigator | 168,171.00 | 0.6 | | | 3,962.00 | 2,705.00 | 6,667.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:**      File Name:

**Total Senior/Key Person**      **38,005.00**

## B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 0 | **Total Number Other Personnel** | | | | | **Total Other Personnel** | **0.00** |

**Total Salary, Wages and Fringe Benefits (A+B)**      **38,005.00**

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Case 1:25-cv-10814-WGY   Document 12-24   Filed 04/04/25   Page 224 of 375

Tracking Number: GRANT13951079      Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

## RESEARCH & RELATED BUDGET - SECTION C, D, & E, BUDGET PERIOD 4

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**  ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2027    **End Date\*:** 03-31-2028    **Budget Period: 4**

**C. Equipment Description**

List items and dollar amount for each item exceeding $5,000

| **Equipment Item** | **Funds Requested ($)\*** |
|---|---|
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | **0.00** |

**Additional Equipment:**    File Name:

| **D. Travel** | **Funds Requested ($)\*** |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **0.00** |

| **E. Participant/Trainee Support Costs** | **Funds Requested ($)\*** |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees**    **Total Participant Trainee Support Costs** | **0.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13951079                    Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTIONS F-K, BUDGET PERIOD 4

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2027      **End Date\*:** 03-31-2028      **Budget Period: 4**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | 14,000.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Communication Expenses | 10,000.00 |
| **Total Other Direct Costs** | **24,000.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **62,005.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1. Institutional IDC Cost On Campus | 61.0 | 62,005.00 | 37,823.00 |
| | | **Total Indirect Costs** | **37,823.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **99,828.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **99,828.00** |

| L. Budget Justification* | File Name: Budget_Justification-Community_Engagement.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - SECTION A & B, BUDGET PERIOD 5

**UEI\*:** LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2028    **End Date\*:** 03-31-2029    **Budget Period:** 5

## A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Robert | | | Silverman | Ph.D | Co-investigator | 137,313.00 | | 1.0 | | 7,189.00 | 4,909.00 | 12,098.00 |
| 2. | Christopher | | | St. Vil | Ph.D | Co-investigator | 99,814.00 | | 0.6 | | 3,135.00 | 2,141.00 | 5,276.00 |
| 3. | Heather | | | Orom | Ph.D | Co-Investigator | 154,246.00 | 0.6 | | | 3,634.00 | 2,481.00 | 6,115.00 |
| 4. | Henry | | | Taylor | Ph.D | Co-investigator | 197,986.00 | 0.6 | | | 4,664.00 | 3,185.00 | 7,849.00 |
| 5. | Margaret | Susan | | Grinslade | Ph.D | Co-investigator | 168,171.00 | 0.6 | | | 3,962.00 | 2,705.00 | 6,667.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:**    File Name:

**Total Senior/Key Person**      38,005.00

## B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 0 | **Total Number Other Personnel** | | | | | **Total Other Personnel** | 0.00 |

**Total Salary, Wages and Fringe Benefits (A+B)**      38,005.00

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Case 1:25-cv-10814-WGY    Document 12-24    Filed 04/04/25    Page 227 of 375

# RESEARCH & RELATED BUDGET - SECTION C, D, & E, BUDGET PERIOD 5

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2028    **End Date\*:** 03-31-2029    **Budget Period: 5**

| C. Equipment Description | Funds Requested ($)* |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | |
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | **0.00** |
| **Additional Equipment:**    File Name: | |

| D. Travel | Funds Requested ($)* |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **0.00** |

| E. Participant/Trainee Support Costs | Funds Requested ($)* |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other: | |
| **Number of Participants/Trainees**      **Total Participant Trainee Support Costs** | **0.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTIONS F-K, BUDGET PERIOD 5

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2028    **End Date\*:** 03-31-2029    **Budget Period: 5**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | 14,000.00 |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Communication Expenses | 10,000.00 |
| **Total Other Direct Costs** | **24,000.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **62,005.00** |

| H. Indirect Costs | | | |
|---|---|---|---|
| **Indirect Cost Type** | **Indirect Cost Rate (%)** | **Indirect Cost Base ($)** | **Funds Requested ($)*** |
| 1. Institutional IDC Cost On Campus | 61.0 | 62,005.00 | 37,823.00 |
| | | **Total Indirect Costs** | **37,823.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **99,828.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **99,828.00** |

| L. Budget Justification* | File Name: Budget_Justification-Community_Engagement.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

## Budget Justification: Community Engagement and Dissemination Core

NOTE: We share, with approval of the NIH grants management specialist, that we have committed $794,696 in institutional support vis personnel efforts. It was our intent to include key personnel from multiple disciplines as well as compensate community partners equally to faculty.  With this purpose, and $300,000 committed to pilot awards, we sought support from the university to maintain a balanced and robust budget.

## A. Personnel Salaries and Wages

**Senior/Key Personnel**

**Robert Silverman, PhD**
- Director, Community Engagement and Dissemination Core
- Effort: 1.0 academic months (Institutional support years 1-5: 0.50 academic months)

Dr. Silverman is Professor of Urban and Regional Planning in the School of Architecture and Planning He is an internationally regarded urban planning scholar whose work focuses on community development, inequity in urban communities, affordable housing, and education policy. He has worked closely with Buffalo East Side Communities since he joined the UB faculty in 2003.

Responsibilities

- Lead the Community Engagement and Dissemination Core
- Facilitate linking of pilot studies awardees with community partners
- Work with Buffalo Center for Health Equity on dissemination of research results to community
- Work with Administrative Core in reviewing and managing the Community Partnership grants

**Stan Martin, MM**
- Co-Director, Community Engagement and Dissemination Core
- Effort: Independent Contractor

Stan Martin is Co-Director, Buffalo Office Director and Senior Trainer at Ciccatelli Associates Inc. He directs a five-year Racial and Ethnic Approaches to Community Health (REACH) grant from the CDC that focuses on the promotion of tobacco-free living, improved nutrition and community support for breastfeeding, and increased access to health care in Buffalo East Side neighborhoods. His group holds frequent community events, workshops, and informational sessions with community members.

Responsibilities:
- Co-Director of Community Engagement and Dissemination Core (CEDC)
- Provide guidance and contribution to CEDC
- Facilitate community conversations to help guide pilot studies program
- Serve on Center of Excellence Steering Committee

**Henry Taylor, PhD**
- Co-Investigator, Community Engagement and Dissemination Core
- Co-Investigator, Investigator Development Core
- Effort: 0.60 calendar months (Institutional support years 1-5: 0.30 calendar months)

Dr. Taylor is Professor of Urban and Regional Planning, School of Architecture and Planning, Director of the Center for Urban Studies; and Associate Director, UB Community Health Equity Research Institute. His areas of expertise include urban development, housing, gentrification, underdeveloped neighborhoods, shrinking cities, race and class, and U.S.-Cuba relations. His research focuses on a historical and contemporary analysis of underdeveloped urban neighborhoods, social isolation, and race and class issues among people of color, especially African Americans and Latinos. Dr. Taylor designed and conducts the *Urban Internship Program,* which creates opportunities for graduate and undergraduate students to become involved in neighborhood redevelopment initiatives and research projects. He has trained

numerous students in this program over the years. He is also the Co-leader of the CTSI Workshop series in Health Equity.

Responsibilities:
- Provide guidance and contribution to the Community Engagement and Dissemination Core
- Provide guidance and contribution to the Investigator Development Core
- Serve on Center of Excellence Steering Committee
- Serve as Center of Excellence advocate to selected pilot studies awardees
- Facilitate partnerships and collaborations in the School of Architecture and Planning
- Help identify mentors for pilot studies awardees as needed

**Heather Orom, PhD**
- Co-Investigator, Community Engagement and Dissemination Core
- Effort: 0.60 calendar months (Institutional support years 1-5: 0.30 calendar months)

Dr. Orom is Associate Professor of Community Health and Health Behavior and Associate Dean for Equity, Diversity and Inclusion in the School of Public Health. Her research focuses on the causes of health disparities with a particular interest in how discrimination influences health outcomes. Dr. Orom has led many projects and has collaborated on many projects that have advanced understanding of health inequities. She engages in applied health equity research for local community organizations, assisting with evaluation and other research needs. Dr. Orom is an Associate Director of the Community Health Equity Research Institute

Responsibilities:
- Provide guidance and contribution to the Community Engagement and Dissemination Core
- Work with the Investigator Development core to identify mentors for early career investigators
- Facilitate partnerships and collaborations in the School of Public Health and Health Professions
- Serve on Center of Excellence Steering Committee

**Susan Grinslade, PhD, RN**
- Co-Investigator, Community Engagement and Dissemination Core
- Effort: 0.60 calendar months (Institutional support years 1-5: 0.30 calendar months)

Dr. Grinslade is Clinical Professor in the School of Nursing and fellow in the American Academy of Nursing with expertise in public health nursing and a passion for health equity. She is also an Associate Director of the Community Health Equity Research Institute. She led the Million Hearts Initiative in Buffalo (a CDC program to reduce heart disease) facilitating a partnership between the School of Nursing and African American East Side communities. She has particular expertise in community based participatory research. Dr. Grinslade was an original member of the African American Health Equity Task Force and was instrumental in connecting UB faculty with the Task Force.

Responsibilities:
- Provide guidance and contribution to the Community Engagement and Dissemination Core
- Work with the Investigator Development core to identify mentors for early career investigators
- Facilitate partnerships and collaborations in the School of Nursing
- Provide guidance on community based participatory research
- Serve on Center of Excellence Steering Committee

**Christopher St. Vil, PhD**
- Co-Investigator, Community Engagement and Dissemination Core
- Effort: 0.60 academic months (Institutional support years 1-5: 0.30 academic months)

Dr. St.Vil is Associate Professor in the School of Social Work. He is an expert on trauma and victims of violent injury, masculinities and health, gun violence, risk-taking attitudes and social welfare inequities in

African American communities. Dr. St. Vil leads the SNUG program at Erie County Medical Center, the safety net hospital in Buffalo. SNUG is an evidence-based street outreach program, which treats gun violence like a disease by identifying its causes and interrupting its transmission. The SNUG team develops and implements risk-reduction strategies to reduce involvement with gun violence with the goal of saving lives and helping individuals turn their lives around.

Responsibilities:
- Provide guidance and contribution to the Community Engagement and Dissemination Core
- Work with the Investigator Development core to identify mentors for early career investigators
- Facilitate partnerships and collaborations in the School of Social Work

**Kelly Wofford, MS**
- Collaborator, Community Engagement and Dissemination Core
- Effort: Independent Contractor

Kelly Wofford is Director, Office of Health Equity in the Erie County Department of Health. Before joining the Erie County Department of Health, she was the Community Engagement Coordinator of the UB School of Nursing and the Director of Community Relations for the Erie County Medical Center. She has a particular interest in mental health equity and is an active participant in the African American Health Equity Task Force.

Responsibilities:
- Provide guidance and contribution to the Community Engagement and Dissemination Core
- Work with the Investigator Development core to identify mentors for early career investigators
- Facilitate partnerships with community members and organizations
- Work with the Center of Excellence on developing strategies to implement policy changes based on results of research as appropriate based on results

**Other Personnel**

**Other Direct Costs**

**Communication expenses** $10,000

Dissemination of research results and communication with community members is a critical goal of our community Engagement and Dissemination Core. Expenses will be for printed material and online and social media strategies of reaching our community audience.

**Data Management and Sharing**
No costs to be incurred.  Campus resources will be utilized.

**Fringe Benefits**
Fringe benefit rates are based on the applicable state and federally negotiated rates."

**Indirect Costs**
The indirect costs are calculated at the University at Buffalo predetermined Facilities and Administrative (F&A) cost rate of MTDC per DHHS agreement dated 04/27/2023.

# RESEARCH & RELATED BUDGET - Cumulative Budget

| | Totals ($) |
|---|---|
| Section A, Senior/Key Person | 18,058.00 |
| Section B, Other Personnel | 0.00 |
| Total Number Other Personnel | 0 |
| Total Salary, Wages and Fringe Benefits (A+B) | 18,058.00 |
| Section C, Equipment | 0.00 |
| Section D, Travel | 0.00 |
| 1. Domestic | 0.00 |
| 2. Foreign | 0.00 |
| Section E, Participant/Trainee Support Costs | 0.00 |
| 1. Tuition/Fees/Health Insurance | 0.00 |
| 2. Stipends | 0.00 |
| 3. Travel | 0.00 |
| 4. Subsistence | 0.00 |
| 5. Other | 0.00 |
| 6. Number of Participants/Trainees | 0 |
| Section F, Other Direct Costs | 120,000.00 |
| 1. Materials and Supplies | 0.00 |
| 2. Publication Costs | 0.00 |
| 3. Consultant Services | 90,000.00 |
| 4. ADP/Computer Services | 0.00 |
| 5. Subawards/Consortium/Contractual Costs | 0.00 |
| 6. Equipment or Facility Rental/User Fees | 0.00 |
| 7. Alterations and Renovations | 0.00 |
| 8. Other 1 | 50,000.00 |
| 9. Other 2 | 0.00 |
| 10. Other 3 | 0.00 |
| 11. Other 4 | 0.00 |
| 12. Other 5 | 0.00 |
| 13. Other 6 | 0.00 |
| 14. Other 7 | 0.00 |
| 15. Other 8 | 0.00 |
| 16. Other 9 | 0.00 |
| 17. Other 10 | 0.00 |
| Section G, Direct Costs (A thru F) | 308,058.00 |
| Section H, Indirect Costs | 188,529.00 |

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

Section I, Total Direct anf  Inf irect Costs (G q H)                                4. 9,585l00

Section J, Fee                                                                                0l00

Section K, Total Direct anf  Fee (I q J)                                          4. 9,585l00

Tracking Number: GRANT13951079                          Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

## PHS 398 Cover Page Supplement

OMB Number: 0925-0001

Expiration Date: 01/31/2026

### 1. Vertebrate Animals Section

Are vertebrate animals euthanized?          ○ Yes     ● No

If "Yes" to euthanasia

Is the method consistent with American Veterinary Medical Association (AVMA) guidelines?

○ Yes     ○ No

If "No" to AVMA guidelines, describe method and provide scientific justification

### 2. *Program Income Section

*Is program income anticipated during the periods for which the grant support is requested?

○ Yes     ● No

If you checked "yes" above (indicating that program income is anticipated), then use the format below to reflect the amount and source(s). Otherwise, leave this section blank.

  *Budget Period    *Anticipated Amount ($)      *Source(s)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

PHS 398 Cover Page Supplement

---

### 3. Human Embryonic Stem Cells Section

*Does the proposed project involve human embryonic stem cells?          ○ Yes     ● No

If the proposed project involves human embryonic stem cells, list below the registration number of the specific cell line(s) from the following list: http://grants.nih.gov/stem_cells/registry/current.htm. Or, if a specific stem cell line cannot be referenced at this time, check the box indicating that one from the registry will be used:

❑    Specific stem cell line cannot be referenced at this time. One from the registry will be used.

Cell Line(s) (Example: 0004):

---

### 4. Human Fetal Tissue Section

*Does the proposed project involve human fetal tissue obtained from elective abortions?          ○ Yes     ● No

If "yes" then provide the HFT Compliance Assurance

If "yes" then provide the HFT Sample IRB Consent Form

---

### 5. Inventions and Patents Section (Renewal applications)

*Inventions and Patents:          ○ Yes     ● No

If the answer is "Yes" then please answer the following:

*Previously Reported:          ○ Yes     ○ No

---

### 6. Change of Investigator/Change of Institution Section

❑    Change of Project Director/Principal Investigator

Name of former Project Director/Principal Investigator

Prefix:

*First Name:

Middle Name:

*Last Name:

Suffix:

❑    Change of Grantee Institution

*Name of former institution:

---

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

PNS y9C Research Plan

V/ x : umberEK926-KKK1

3Hþiration gateEK18y182K2M

| Introduction | |
|---|---|
| 1. Introduction to Application | |
| (for Resubmission and Revision applications) | |

| Research Plan Section | |
|---|---|
| 2. Specific Aims | Alms_O3gO.pdf |
| y. Research Strate*04 | O3gO_Research_Strate*0.pdf |
| L. Pro*ress Report Publication 5ist | |

| Vther Research Plan Section | |
|---|---|
| 6. 7ertebrate Animals | |
| M Select A*ent Research | |
| D. / ultiple Pg8PI 5eadership Plan | |
| C. Oonsortium8Oontractual Arran*ements | |
| 9. 5etters of Support | |
| 1K. Resource Sharin* Plan(s) | |
| 11. Vther Plan(s) | |
| 12. Authentication of Be0xiolo*ical and8or Ohemical Resources | |

| AppendiH | |
|---|---|
| 1y. AppendiH | |

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

## D. Community Engagement and Dissemination Core

### D1.    Specific Aims

The Community Engagement and Dissemination Core (CEDC) will facilitate equitable collaborative and sustainable relationships with community partners and other stakeholders. Our approach to community-based participatory research (CBPR) is informed by the broad literature on participatory action research and CEDC team members' experience with praxis. The CEDC will have two foci encapsulated in Aims 1 and 2. Aim 1 activities are designed to aid university-based and community-based investigators (pilot studies PIs and Co-Is) to build CBPR capacity. Simultaneously, in Aim 2 the CEDC will coordinate dissemination of activities with investigators, community members, community-based organizations, service organizations, policymakers, and the scientific community with a goal to facilitate the translation of findings into sustainable community and system-level changes. To do this, the CEDC will use community organizing techniques to link the dissemination of research results to grassroots efforts to translate those results into policy change at the local level and beyond. Aim 3 resulted directly from the planning discussions for this proposal to fund small grants to community-based organizations to support neighborhood projects designed to mitigate specific inequities.

Our activities will be done in collaboration with the African American Health Equity Task Force (Task Force), a collaboration established in 2014 involving multiple sectors of the community (**Figure D1**). The active participation of community and elected leaders will be particularly impactful in translating the results of our research into measurable impact in health disparities in Buffalo, NY (see Overall).



**Figure D1**. African American Health Equity Task Force

The CEDC will accomplish the following Aims:

**Aim 1.** Aid investigators and community co-investigators during the planning and conduct of research to build community-based participatory research (CBPR) capacity.

**Aim 2.** Work with research teams in sharing results of research for diverse audiences, including non-scientific community members, policy makers and community-based stakeholders in translating research findings to promote sustainable community- and system-level change.

**Aim 3.** Offer small Community Partnership Grants to African American led community-based organizations to support neighborhood projects designed to mitigate health inequities.
- This initiative arose from planning discussions with community members who expressed a clear interest in working with the Center of Excellence to build capacity and develop critical infrastructure in community-based organizations and <u>bring immediate visible benefit to community members</u>.

## D2.    Significance

The traditional tripartite mission of academic health centers of education, clinical care and research does not address the most important factors accounting for shorter life expectancy and poorer health in communities of color. Socioeconomic, environmental and geographic factors play vital roles in population health. Thus, addressing the social determinants of health (SDOH) and equity where their patients live, work and play is the fourth fundamental component of the mission of academic health centers. For far too long, academic health centers and universities viewed communities as people who have needs and working with communities was viewed as solely a social responsibility. Our proposal takes a comprehensive approach to working with communities, wherein we recognize the community is an asset to show institutional leaders and researchers how to understand and address SDOH, advance trainees' ability to provide care, and increase the impact of our research discoveries (2, 3). Our approach is based on this principle.

The Community Engagement and Dissemination Core (CEDC) has three particularly distinctive features. First, the CEDC team's work is guided by the *participatory action research (PAR) paradigm,* which focuses on linking community-based research to community organizing activities (4). The goal of PAR is to use collaborative, non-hierarchal research designs to promote social change and eradicate inequality in society. This philosophy where community engagement is built into empirical research methods and community organizing activities growing out of them is embedded in the CEDC's work (5). We view research projects and community organizing activities as iterative, a distinguishing feature of our approach to community-based participatory research (CBPR). We view the PAR paradigm as a guiding principle (6-9).

The second distinguishing feature of the CEDC is an *intentionally interdisciplinary composition*, including members from academia, professional practice and the broad community. Members of the team come from the health sciences, public health, social work, urban planning and aligned fields. An interdisciplinary team facilitates communication between researchers, practitioners, community members and other stakeholders. This type of 'participatory interdisciplinarity' has been identified as a critical dimension of research and program design to break down barriers to translating knowledge into policy interventions (10). In essence, the existence of an interdisciplinary team facilitates the dissemination of research results and other products from the CEDC's work in a format devoid of jargon and technical language and accessible to a broad audience.

The third distinguishing feature of the CEDC is a commitment to *empowering members of the African American community* in Buffalo across research and community organizing activities. A central tenant is to embed community members as co-investigators and collaborators on research and leverage results to enhance community organizing efforts. We draw from community organizing techniques focused on community empowerment and grassroots leadership development (9,10,11,12) to pursue this goal. The partnership of the Center of Excellence with the community-based Buffalo Center for Health Equity is a key asset in this regard in view of the broad reach into many sectors of the Buffalo community enabling effective advocacy for change.

## D3.    Innovation

Our model is based on a three-pronged approach to community engagement.
- ***Infusing members of the African American community into the research process*** is the first prong (Aim 1) to strengthen research design by grounding it in the context of the African American experience. Fostering bidirectional conversations between university and community investigators adds dimension to research design, analysis, and strategies for disseminating research results. The CEDC will play a central role in building CBPR capacity and bidirectional interactions between investigators and community co-investigators.
- ***Building community organizing capacity in the African American community*** is the second prong Aim 2)**,** which focuses on linking the dissemination of research results to policy change to address race-based health inequities in Buffalo. This goal extends beyond immediate benefits from research results and has broader implications for capacity building and leadership development in African American civic organizations, enhancing levels of empowerment and community control in local policy domains. The broad reach of the Buffalo Center for Equity into the community and their experience in advocacy will substantially increase the likelihood that our work will lead to changes in policy and ultimately systemic change.
- ***Building the capacity of African American led community-based organizations*** is the third prong (Aim 3), which focuses on. small Community Partnership Grants awarded to these organizations to support the implementation of applied neighborhood projects designed to reduce health inequities. Small grants will bridge an important gap in the implementation of projects and programs aimed at addressing health inequities and bring visible benefit directly to people living East Side neighborhoods.

These three prongs are iterative and mutually reinforcing. The fusion of CBPR capacity building in research, community organizing in the African American community and the development of projects in African American led community-based organizations answers the call for methodological innovations that improve the translation and dissemination of research on health inequities (2, 11, 12).

***Evaluation tools for community-based research on health inequities.*** There is a lack of in-depth analysis of the social transformative potential of CBPR (13). Our focus on wedding CBPR capacity-building in health equity research with dissemination and advocacy through community organizing in the African American community provides an opportunity for innovations in evaluation research. We will build on past research (14, 15) and develop a model for evaluation of the social transformative potential of public deliberations in health inequities.

### D4.    Action Plan for Aims

### D4.1.   Action Plan for Aim 1

**Aim 1.** Aid investigators and co-investigators from the community during the planning and conduct of research to build community-based participatory research (CBPR) capacity.

**Investigators:** We will work with investigators in the project planning stages to link them with community partners and refine CBPR elements of their projects. We will provide consultation to investigators who are preparing letters of intent for pilot studies and those applicants whose letters of intent were chosen to submit full proposals. We will also work with postdocs and junior faculty who are interested in pursuing research in health disparities but are new to the discipline. We will work with the Investigator Development Core to link them with faculty mentors with well-established research programs in health disparities. We view this as an excellent strategy for bringing new investigators into the field of health disparities research.

**Other research and training resources.** Multiple other UB groups offer valuable research and educational opportunities in the form of seminars, workshops, courses, certificates, digital badges, micro-credentials, degree-granting programs and others. The Center for Urban Studies and CTSI are especially relevant:

- **Center for Urban Studies**, founded by Dr. Henry Taylor (CEDC Co-I ) in 1987, became formally affiliated with the Community Health Equity Research Institute in 2021. This Center's vision is "to build healthy communities and to create just cities and metropolitan regions" and engaged in community-based research for over three decades. Many graduate students in urban planning completed thesis projects in this Center.

- **Clinical Translational Science Institute (CTSI)** supported by an NIH clinical and translational science award and led by Dr. Murphy (PI of this program) has a vision "to advance and accelerate research to reduce health disparities and improve the health of our community and the nation." The CTSI offers expert support available to faculty at no charge, including biostatistics, epidemiology and research design; regulatory support (e.g., writing IRB protocols); and more. The CTSI *w*orkshops on research design, biostatistics; responsible conduct of research; community engagement; community-university collaborations; health equity; and others are open to all. Pilot studies awardees are required to complete the series on health equity.

In addition, numerous other relevant resources are available to scholars (**Table D1**). The Center of Excellence will connect researchers with resources based on individual needs. The Health Equity Institute website will serve as a central point of information for seminars, workshops, etc. for the UB community and wider Buffalo community.

| Table D1. Examples of Relevant University Resources Available to Scholars | | |
|---|---|---|
| **Resource** | **Description** | **UB Home** |
| Community for Global Health Equity | Scholarly community with an aim to improve peoples' lives around the world | VP for Research and Economic Development |
| Office of Inclusive Excellence | Students, faculty, & staff partner to build a culture of diversity, social justice, inclusion | Office of the Provost |
| Center for Diversity Innovation | Translates research on DEI to best practices through educational materials, trainings and consultations | Office of the Provost |
| Micro-credential in Strategies for Eliminating Health Inequities | Micro-credentials differentiate students and appear on digital resumés, Linked-In accounts and e-portfolios | School of Public Health and Health Professions |
| Buffalo HealthCast | Weekly health equity podcast by students and faculty | School of Public Health and Health Professions |
| Center for Inclusive Design and Environmental Access | Develop knowledge & tools to improve health, wellness & participation of groups marginalized by traditional design. | School of Architecture and Planning |
| Immigrant and Refugee Research Institute | Create and share knowledge on immigrants and refugees to improve their lives with a focus on WNY newcomers | School of Social Work |

**Community Co-Investigators:** We will assist with project specific training for co-investigators from the community who are engaged in pilot study projects. The CEDC will link early career investigators with existing resources at UB for CBPR capacity-building that augments the proposed work of this program. We anticipate a substantial proportion of pilot studies applicants will be new faculty and will benefit from learning and leveraging existing resources at UB to enhance their research over and above the UB Community Health Equity Research Institute in which our Center of Excellence is embedded.

### D4.2    Action Plan for Aim 2

**Aim 2.** Work with research teams in sharing results of research for diverse audiences, including non-scientific community members, policy makers, and community-based stakeholders in translating research findings to promote sustainable community- and system-level- change.

**Overall dissemination strategy.** Simply defined, dissemination is getting research results to people who can benefit from the findings (16). Dissemination by researchers most often occurs through scientific publications and presentations at scientific conferences. While these approaches are important to ensure that the science withstands peer review, these venues limit the reach to many who could benefit from knowing the results, such as research participants, policy makers and the general public. Communicating research results beyond the traditional academic and scientific audience is a critical component of research dissemination, especially if the results are going to lead to changes in practice. We view dissemination of our research results to the community as an ethical responsibility.

We will reach out to each pilot studies PI to create a well thought out dissemination plan. To be most effective, a dissemination plan should begin during the planning stages of the study (17). Participants in clinical studies consistently express a strong interest in hearing updates on the project in which they are participating. We will work with investigators to develop plans to provide project updates to study participants and other key stakeholders, being careful to adhere to guidelines regarding communicating main study results prior to publication. Maintaining stakeholder engagement during a study is an important component of a comprehensive dissemination plan.

**Disseminating research findings.** Upon study completion, the CEDC will work with the research team to write a "research summary document" that clearly and concisely summarizes the main findings of a study. This document is a key component of the dissemination strategy which can summarize a single study or may combine several studies performed by the same investigator. The research summary document generally includes key findings using three to five bullet points. Each bullet point can link to more detailed information. The CTSI has an active plain language initiative with tip sheets and experts who work with research teams on developing clear communication materials for lay audiences. We will make liberal use of engaging infographics and illustrations using best practices (18). In addition, the UB Artificial Intelligence (AI) Institute developed innovative AI approaches to creating plain language communications. We will partner with the UB CTSI and AI Institute on selected projects. In addition, we will work with UB Communications, which is active in disseminating research results to lay audiences.

| Table D2. Strategies to disseminate research findings to communities |
|---|
| • Press release |
| • Research summary document |
| • Flyers, posters, brochures |
| • Social media |
| • Policy briefs |
| • Study newsletters |
| • Websites and listservs |
| • Community agency publications |
| • Local events and community meetings |
| • Letter of thanks to participants |

The strategy for dissemination of findings will be guided by the study. The overall strategy is to distill complex research findings into accessible pieces of relevant information delivered by multiple avenues (**Table D2**). For studies to be published in high impact journals (e.g., JAMA, New England Journal of Medicine, etc.), the CEDC will work with UB Communications on a press release. For studies with immediate potential for policy change, we will work with the PI in composing policy briefs and communicating with the appropriate government agency or elected leader (see Administrative Core and Letters from partner elected leaders).

| Table D3. Strategies to communicate research results through social media |
|---|
| • Understand target audience |
| • Clear and concise message |
| • Use visual content |
| • Tell stories |
| • Encourage questions |
| • Use diverse social media platforms |
| • Harness hashtags for visibility |
| • Track analytics |

Social media will play a prominent role in our communication strategy (**Table D3**). Black individuals use social media at a higher rate than other racial groups globally (19). We will work with the research team

to understand key target audiences to tailor content and strategy. We work closely in communication strategies with the Buffalo Center for Equity, which has extensive reach throughout the Buffalo community, including an active social media network. They have a social media expert on staff with whom we work. **Table D3** shows an overview of approaches that we will use.

During the course of the pilot studies projects, the CEDC will reach out proactively to research teams and discuss the potential impact of the project and an implementation plan. We will connect the research team with the appropriate stakeholder to discuss and develop a strategy for next steps in translating the research results into meaningful community change. In some circumstances, this may involve reaching out to government, businesses, community groups, etc., depending on the nature of the research. Our community-university-government partnership will be especially valuable in facilitating these relationships and discussions (see Overall).

---

*A Successful Dissemination Strategy*
The Center for Urban Studies released a report by Dr. Henry Taylor (Co-I) entitled "The Harder We Run: The State of Black Buffalo in 1990 and the Present" in 2021 (1). The report examined socioeconomic conditions in Black neighborhoods in Buffalo, including their relationship to health inequities. The dissemination strategy included a press release from the UB Office of Communications, stories on multiple UB online newsletters, circulation of the report, and an in-person/remote community forum hosted by the Buffalo Center for Health Equity. The report generated enormous media coverage, including editorial articles in print media and interviews and coverage on local and national news broadcasts. Working groups including community- and university-based leaders were formed to address the recommendations and Dr. Taylor has written a proposed detailed comprehensive strategic plan "This Time It Will Be Different, The Good Neighborhood Demonstration Project" The draft is under review by community leaders.

---

**Translation of research into sustainable changes through partnerships with government, intermediaries, and local policy makers.** In addition to disseminating results of our research to communities, accomplishing our overall goal of reducing health disparities requires that the results of our research be implemented into real-world clinical, community, and public health settings. However, implementation of policy changes in healthcare is often slow, undervalued, incomplete, and inefficient, with the populations most impacted by health disparities typically being the last to have access to innovations, despite having the greatest need. The CEDC team and community partners cultivated a powerful network of partnerships with local government, intermediary organizations, and other local policy makers for the translation of research results. The African American Health Equity Task Force has especially broad reach (**Figure D1**). We sustain a partnership with the Local Initiative Support Corporation (LISC) of Western New York, a national nonprofit intermediary organization that assists in the planning, implementation, and capacity building of public-private community development projects. The Community Health Equity Research Institute has well established community partnerships that are each represented on the Board, along with a leader of each of the 12 UB schools (see Administrative Core). These partnerships are particularly important since they provide avenues for disseminating and translating research results in community and clinical settings.

The inclusion and active participation of public officials and elected leaders, in the African American Health Equity Task Force (Director of the Erie County Health Equity Office, a representative of the office of state Senator Tim Kennedy and the Deputy Mayor of the city of Buffalo) provides a direct line of communication to influential policy makers. We will leverage these partnerships in engaging in critical discussions regarding the research results of our pilot studies awardees with potential to lead to policy changes. Two examples in which these partnerships led to community changes:

- Zeneta Everhart, Director of Community Engagement in the office of State Senator Tim Kennedy, attends monthly Task Force meetings and also the annual *Igniting Hope* conferences on health disparities (see Overall) and participates in breakout discussions. A fines and fees breakout group identified discriminatory policies by the city of Buffalo in ticketing for routine traffic violations in African American East Side Buffalo neighborhoods, leading to driver's license suspensions for unpaid tickets. Ms. Everhart brought this discriminatory policy to the attention of Senator Kennedy leading to a new state law that he authored and sponsored, which led to policy change in traffic ticketing in the East Side of Buffalo (20).
- In 2023, the shocking revelation that the Water Board of the City of Buffalo had not been adding fluoride to its drinking water for the last 7.5 years came to light, explaining the recent increase in dental decay in children living in Buffalo, noted by area pediatric dentists. Following this revelation, Kelly Wofford, Director of the Erie County Office of Health Equity, contacted PI Murphy asking for advice regarding experts who could help with

a mitigation plan until water was again fluoridated. PI Murphy engaged Dr. Joseph Giambacorta, Associate Dean for Community Engagement in the UB School of Dental Medicine and an expert in fluoride and tooth decay. The three met along with other team members to develop a plan, which will involve the participation of UB dentists, to mitigate this disturbing inequity until the Buffalo water supply is properly re-fluoridated (which is now in progress). While this is not technically a result of research, it is an example of community benefit enabled by our enduring partnership, trust ,and bidirectional communication.

## D4.3    Action Plan for Aim 3

**Aim 3.** Offer small, Community Partnership Grants to African American led community-based organizations to support neighborhood projects designed to mitigate health inequities.

During the discussions of pilot studies in the planning of this proposal, community members expressed a clear interest in support for small pilot grants that 1) are in direct response to a community need, 2) are visible to the community and 3) have an immediate positive effect on day-to-day life of the people impacted by the grant. Examples might be purchasing curricular materials and supplies to support the work of a tutor in an after-school program, recreational supplies used in health programming based in a church or community center, among others. Community members value the impact of larger research projects. However, the impacts are not immediately visible. Small projects in response to community requests will go a long way in building trust and facilitating ongoing collaborations.

Accordingly, the CEDC will offer small grants up to $2,000 per award and up to five one-year awards annually under the Community Partnership Grant program. Community-based organizations in East Side ZIP codes are eligible to apply. We will circulate information about this opportunity through neighborhood churches, community centers, block clubs and the Buffalo Center for Health Equity, which has broad reach to Buffalo community groups. We will hold informational sessions with community organizations. For example, Project REACH (Stan Martin, Buffalo Office Director, CEDC Co-I) holds regular meetings and small events reaching community groups and members.

Applications will be accepted on a rolling basis. The application process is designed to be simple and straightforward with appropriate oversight and accountability. The applicant will write and submit a two-page application indicating applicant name, address, title of project, and a description of the project, including background, goal, activity to be conducted, expected outcomes and how the project will directly benefit the community. Additionally, a budget justification will be required to describe how the funds will be used. CEDC faculty will be available to assist community groups in writing their applications.

**Figure D2.** Flow chart of solicitation, review, and support for Community Partnership Grants

A review committee composed of three community members and three faculty will review proposals based on potential impact and benefit to the community, feasibility and alignment with Center of Excellence goals for community engagement. The review committee will decide whether to invite the leader(s) to meet in-person to discuss. Options include funding the proposal, recommending revisions and re-review or deciding against funding.

Funded projects will be assigned a faculty coach/advisor whose interest and experience align with the project. The coach will communicate regularly with the leaders, serve as a liaison to the Center of Excellence, advise as needed to optimize success and report back to CEDC leadership. At a minimum, the project leader(s) will check-in with the coach/advisor every three months for updates and to troubleshoot any obstacles. A one-page interim report will be submitted to the CEDC summarizing progress, obstacles, the budget, plans for the next six months and any other pertinent issues. A two-page final report with similar subheadings will be submitted at the end of the project. This report will be used to disseminate efforts, reference for future requests from the organization, help assess the Community Partnership Grant program and inform changes to enhance quality and impact.

## D5.    CEDC Leadership Team

Our approach to CBPR is informed by the PAR paradigm. The CEDC team was assembled because of the individual member's unique experiences engaging in the community and with praxis. Members of the team were selected because of their knowledge of Buffalo and a broader understanding of the nexus between health inequities and African American experiences with institutional barriers to community empowerment. Each member of the team offers complementary insights about building CBPR capacity (Aim 1) and the use of community organizing techniques to promote sustainable community- and system-level- change (Aim 2).

- **Robert Silverman PhD**, Core Director, Professor of Urban and Regional Planning. Professor Silverman is an internationally regarded urban planning scholar whose work focuses on community development, affordable housing, and education policy. He has worked closely with Buffalo East Side communities since he joined the UB faculty in 2003.

- **Stan Martin MM**, Co-Director, Buffalo Office Director and Senior Trainer at Ciccatelli Associates Inc. He directs the Racial and Ethnic Approaches to Community Health (REACH) program funded by the CDC. that focuses on the promotion of tobacco-free living, improved nutrition and community support for breastfeeding, and increased access to health care in Buffalo East Side neighborhoods. His group holds frequent community events, workshops, and informational sessions with community members.

- **Heather Orom PhD**, Associate Professor of Community Health and Health Behavior and Associate Dean for Equity, Diversity and Inclusion in the School of Public Health and Health Professions. Her research focuses on the causes of health disparities with a particular interest in how discrimination influences health outcomes.

- **Christopher St. Vil PhD**, Associate Professor in the School of Social Work. He is an expert on trauma and victims of violent injury, masculinity and health, gun violence, risk-taking attitudes and social welfare inequities in African American communities.

- **Henry Taylor PhD**, Professor of Urban and Regional Planning in the School of Architecture and Planning and Founding Director of the Center for Urban Studies. He is a national authority in the area of distressed urban neighborhoods and race and class issues among people of color. He recently published a landmark report on the state of Black Buffalo that has generated extensive discussion and planning among community stakeholders.

- **Susan Grinslade PhD RN** is a Clinical Professor in the School of Nursing and Fellow in the National Academy of Nursing with expertise in public health nursing and a passion for health equity. She played a key leadership role in launching the Million Hearts Initiative in Buffalo (a CDC program to reduce heart disease) facilitating the current close partnership between UB and the African American East Side communities in its earliest stages.

- **Kelly Wofford MS**, Director, Health Equity Office, Erie County Department of Health. Before joining the Erie County Department of Health, she was the Community Engagement Coordinator of the UB School of Nursing and the Director of Community Relations for the Erie County Medical Center.

## D6.    Summary and Five-Year Vision

The CEDC of our Center of Excellence is guided by the *participatory action research paradigm,* which focuses on linking community-based research to community organizing activities. We will train and mentor early career scholars to perform research using the principles of CBPR, in which the community guides the research agenda, participate as active partners in planning the study from the outset, are part of the research team, and benefit from the results of the research. Our strong partnerships with the community are the foundation on which the CEDC will grow. A priority of our Center of Excellence is that our research will translate into sustainable community and system-level changes. Our active collaborations with city (Mayor's office), county (County Executive), state (State Senate) and federal (Congressmember) governments with a history of working with each (see letters), position us to influence legislation and policies guided by research results that develop and assess effective approaches to impact health disparities and SDOH. Our five-year vision is that the support and impact of the Center of Excellence will catalyze a transformation of our community-based research by expanding our research workforce, training future leaders in the field, and creating a culture change by influencing researchers within and outside the Center of Excellence to design research to address root causes of health inequities and work toward translating findings into sustainable, system-level changes.

## PHS Human Subjects and Clinical Trials Information

OMB Number: 0925-0001

Expiration Date: 01/31/2026

**Use of Human Specimens and/or Data**

Does any of the proposed research in the application involve human specimens and/or data *    ○ Yes    ● No

Provide an explanation for any use of human specimens and/or data not considered to be human subjects research.

Are Human Subjects Involved    ○ Yes    ● No

Is the Project Exempt from Federal regulations?    ○ Yes    ○ No

Exemption Number    ❑ 1   ❑ 2   ❑ 3   ❑ 4   ❑ 5   ❑ 6   ❑ 7   ❑ 8

Other Requested Information

Contact PD/PI: Murphy, Timothy    Core-001 (154)

**Delayed Onset Studies**

| Delayed Onset Study# | Study Title | Anticipated Clinical Trial? | Justification |
|---|---|---|---|
| The form does not have any delayed onset studies | | | |

Tracking Number: GRANT13951079          Opportunity Number: RFA-MD-23-011.       Received Date: 2023-08-04T08:29:33.000-04:00

## Bibliography: Community Engagement and Dissemination Core

1.      Taylor HL, Jung, J.K., Dash, E. The Harder We Run. The State of Black Buffalo in 1990 and the Present Buffalo, NY2021. Available from: https://right2thecity.files.wordpress.com/2021/10/taylorhl-the-harder-we-run.pdf.

2.      Wilkins CH, Alberti PM. Shifting Academic Health Centers from a Culture of Community Service to Community Engagement and Integration. Acad Med. 2019;94(6):763-7. doi: 10.1097/acm.0000000000002711. PubMed PMID: 00001888-201906000-00024.

3.      Park B, Frank B, Likumahuwa-Ackman S, Brodt E, Gibbs BK, Hofkamp H, DeVoe J. Health Equity and the Tripartite Mission: Moving from Academic Health Centers to Academic-Community Health Systems. Acad Med. 2019;94(9):1276-82. Epub 2019/08/29. doi: 10.1097/ACM.0000000000002833. PubMed PMID: 31460915.

4.      McIntyre A. Participatory Action Research. First ed. Los Angeles: Sage Publications; 2008.

5.      Stoecker R. Are academics irrelevant? Roles of scholars in participatory research. American Behavioral Scientist. 1999; 42:840-54.

6.      Benson L, Harkavy, I. Higher education's third revolution: the emergence of the democratic cosmopolitan university. Cityscape. 2000; 5:45-57.

7.      Silka L. Scholarship in Action: Applied Research and Community Change. In: U.S. Department of Housing and Urban Development Office of University Partnership; 2006. https://www.huduser.gov/portal/publications/commdevl/scholarship.html

8.      Brinkley-Rubinstein L, Doykos, B. Martin, N. Mcguire, A. Academic in Action!: A model for community-engaged research, teaching and service. First ed. New York: Fordham University Press; 2016.

9.      Selker HP, Wilkins CH. From community engagement to community-engaged research, to broadly engaged team science. J Clin Transl Sci. 2017;1(1):5-6. Epub 20170412. doi: 10.1017/cts.2017.1. PubMed PMID: 31660208; PMCID: PMC6798217.

10.     O'Brien LM, M., White, R. M. Participatory interdisciplinarity': Towards the integration of disciplinary diversity with stakeholder engagement for new models of knowledge production. Science and Public Policy. 2013; 40:51-61.

11.     Alberti P, Fair M, Skorton DJ. Now Is Our Time to Act: Why Academic Medicine Must Embrace Community Collaboration as Its Fourth Mission. Acad Med. 2021;96(11):1503-6. doi: 10.1097/ACM.0000000000004371. PubMed PMID: 34432717.

12.     Michener L, Cook J, Ahmed SM, Yonas MA, Coyne-Beasley T, Aguilar-Gaxiola S. Aligning the goals of community-engaged research: why and how academic health centers can successfully engage with communities to improve health. Acad Med. 2012;87(3):285-91. doi: 10.1097/ACM.0b013e3182441680. PubMed PMID: 22373619; PMCID: PMC3292771.

13.     Haapanen KA, Christens BD. Community-engaged Research Approaches: Multiple Pathways to Health Equity. Am J Comm Psychol. 2021;67(3-4):331-7. Epub 20210726. doi: 10.1002/ajcp.12529. PubMed PMID: 34312882.

14.     Luger TM, Hamilton AB, True G. Measuring Community-Engaged Research Contexts, Processes, and Outcomes: A Mapping Review. Milbank Q. 2020;98(2):493-553. Epub 20200519. doi: 10.1111/1468-0009.12458. PubMed PMID: 32428339; PMCID: PMC7296434.

15.     Wallerstein N, Oetzel JG, Sanchez-Youngman S, Boursaw B, Dickson E, Kastelic S, Koegel P, Lucero JE, Magarati M, Ortiz K, Parker M, Pena J, Richmond A, Duran B. Engage for Equity: A Long-Term Study of Community-Based Participatory Research and Community-Engaged Research Practices and Outcomes. Health Educ Behav. 2020;47(3):380-90. doi: 10.1177/1090198119897075. PubMed PMID: 32437293; PMCID: PMC8093095.

16.     Chen PG, Diaz N, Lucas G, Rosenthal MS. Dissemination of results in community-based participatory research. Am J Prev Med. 2010;39(4):372-8. doi: 10.1016/j.amepre.2010.05.021. PubMed PMID: 20837290.

17.     Vanderbilt Institute for Clinical and Translational Research. Dissemination of research results. Available from: https://victr.vumc.org/dissemination-of-research-results/.

18.     Spicer JO, Coleman CG. Creating Effective Infographics and Visual Abstracts to Disseminate Research and Facilitate Medical Education on Social Media. Clin Infect Dis. 2022;74(Suppl 3):e14-e22. doi: 10.1093/cid/ciac058. PubMed PMID: 35568482.

19.     Stamps DL. Black Audiences' Identity-Focused Social Media Use, Group Vitality, and Consideration of Collective Action. Journalism & Mass Communication Quarterly. 2022(Special Issue: Social Media and the Black Lives Matter Movement):1-16.

20.     Murphy TF, Robinson RH, Wofford KM, Lesse AJ, Grinslade S, Taylor HL, Jr., Pointer KM, Nicholas GF, Orom H. A community-university run conference as a catalyst for addressing health disparities in an urban community. J Clin Transl Sci. 2022;6(1):e67. Epub 20220506. doi: 10.1017/cts.2022.398. PubMed PMID: 35836792; PMCID: PMC9257780.

OMB Number: 4040-0001
Expiration Date: 11/30/2025

APPLICATION FOR FEDERAL ASSISTANCE
## SF 424 (R&R)

| 5. APPLICANT INFORMATION | | UEI*: LMCJKRFW5R81 |
|---|---|---|
| Legal Name*: | The Research Foundation for SUNY on behalf of U. at Buffalo | |
| Department: | Sponsored Projects Services | |
| Division: | | |
| Street1*: | The UB Commons | |
| Street2: | 520 Lee Entrance, Suite 211 | |
| City*: | Amherst | |
| County: | Erie | |
| State*: | NY: New York | |
| Province: | | |
| Country*: | USA: UNITED STATES | |
| ZIP / Postal Code*: | 14228-2567 | |

Person to be contacted on matters involving this application

| Prefix: | First Name*: | Middle Name: | Last Name*: | Suffix: |
|---|---|---|---|---|
| | Amy | | Lagowski | |

| | |
|---|---|
| Position/Title: | Agreement Administartor |
| Street1*: | The UB Commons |
| Street2: | 520 Lee Entrance, Suite 211 |
| City*: | Amherst |
| County: | Erie |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| ZIP / Postal Code*: | 14228-2567 |

Phone Number*: 716-645-4419          Fax Number:                    Email: amy.lagowski@buffalo.edu

| 7.  TYPE OF APPLICANT* | X: Other (specify) |
|---|---|

Other (Specify): Private, Non-profit
**Small Business Organization Type**          ○ Women Owned          ○ Socially and Economically Disadvantaged

**11. DESCRIPTIVE TITLE OF APPLICANT'S PROJECT***
Igniting Hope in Buffalo New York communities: Training the Next Generation of Health Equity Researchers

**12. PROPOSED PROJECT**

| Start Date* | Ending Date* | |
|---|---|---|
| 04/01/2024 | 03/31/2029 | |

## Project/Performance Site Location(s)

**Project/Performance Site Primary Location**      ○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | The Research Foundation for SUNY on behalf of U. at Buffalo |
| UEI: | LMCJKRFW5R81 |
| Street1*: | The UB Commons |
| Street2: | 520 Lee Entrance, Suite 211 |
| City*: | Amherst |
| County: | Erie |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14228-2567 |

Project/Performance Site Congressional District*:      NY-026

---

**Project/Performance Site Location 1**      ○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | UB Clinical and Translational Research Center |
| UEI: | |
| Street1*: | 875 Ellicott Street |
| Street2: | |
| City*: | Buffalo |
| County: | |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14203-1034 |

Project/Performance Site Congressional District*:      NY-026

---

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

**Project/Performance Site Location 2**

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | UB Jacobs School of Medicine and Biomedical Sciences |
| UEI: | LMCJKRFW5R81 |
| Street1*: | 955 Main Street |
| Street2: | |
| City*: | Buffalo |
| County: | Erie |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14203-1034 |
| Project/Performance Site Congressional District*: | NY-026 |

**Project/Performance Site Location 3**

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | UB School of Public Health and Health Professions |
| UEI: | |
| Street1*: | 3435 Main Street |
| Street2: | |
| City*: | Buffalo |
| County: | |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14214-3099 |
| Project/Performance Site Congressional District*: | NY-026 |

**Project/Performance Site Location 4**

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

| | |
|---|---|
| Organization Name: | UB School of Nursing |
| UEI: | |
| Street1*: | 3435 Main Street- Wende Hall |
| Street2: | |
| City*: | Buffalo |
| County: | |
| State*: | NY: New York |
| Province: | |
| Country*: | USA: UNITED STATES |
| Zip / Postal Code*: | 14214-3010 |
| Project/Performance Site Congressional District*: | NY-026 |

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

## Project/Performance Site Location 5

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name:  UB School of Architecture and Planning
UEI:
Street1*:  3435 Main Street- Hayes Hall
Street2:
City*:  Buffalo
County:
State*:  NY: New York
Province:
Country*:  USA: UNITED STATES
Zip / Postal Code*:  14214-3015
Project/Performance Site Congressional District*:  NY-026

## Project/Performance Site Location 6

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name:  UB Community Health Equity Research Institute
UEI:
Street1*:  875 Ellicott Street
Street2:
City*:  Buffalo
County:
State*:  NY: New York
Province:
Country*:  USA: UNITED STATES
Zip / Postal Code*:  14203-1070
Project/Performance Site Congressional District*:  NY-026

## Project/Performance Site Location 7

○ I am submitting an application as an individual, and not on behalf of a company, state, local or tribal government, academia, or other type of organization.

Organization Name:  Buffalo Center for Health Equity
UEI:
Street1*:  257 West Genesee Street
Street2:
City*:  Buffalo
County:
State*:  NY: New York
Province:
Country*:  USA: UNITED STATES
Zip / Postal Code*:  14202-2657
Project/Performance Site Congressional District*:  NY-026

**Additional Location(s)**    File Name:

Tracking Number: GRANT13951079    Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED Other Project Information

| | |
|---|---|
| **1.  Are Human Subjects Involved?***     ● Yes      ○ No | |
| 1.a. If YES to Human Subjects | |
|     Is the Project Exempt from Federal regulations?      ○ Yes      ● No | |
|       If YES, check appropriate exemption number:          — 1 — 2 — 3 — 4 — 5 — 6 — 7 — 8 | |
|       If NO, is the IRB review Pending?      ○ **Yes**      ○ **No** | |
|         IRB Approval Date: | |
|         Human Subject Assurance Number | |

| | |
|---|---|
| **2.  Are Vertebrate Animals Used?***     ○ Yes      ● No | |
| 2.a. If YES to Vertebrate Animals | |
|     Is the IACUC review Pending?      ○ Yes ○ No | |
|       IACUC Approval Date: | |
|       Animal Welfare Assurance Number | |

| |
|---|
| **3.  Is proprietary/privileged information included in the application?***     ○ Yes      ● No |

| |
|---|
| **4.a. Does this project have an actual or potential impact - positive or negative - on the environment?***     ○ Yes      ● No |
| 4.b. If yes, please explain: |
| 4.c. If this project has an actual or potential impact on the environment, has an exemption been authorized or an ○ Yes      ○ No environmental assessment (EA) or environmental impact statement (EIS) been performed? |
| 4.d. If yes, please explain: |

| |
|---|
| **5.  Is the research performance site designated, or eligible to be designated, as a historic place?***     ○ Yes      ● No |
| 5.a. If yes, please explain: |

| |
|---|
| **6.  Does this project involve activities outside the United States or partnership with international collaborators?***     ○ Yes      ● No |
| 6.a. If yes, identify countries: |
| 6.b. Optional Explanation: |

| | Filename |
|---|---|
| **7.  Project Summary/Abstract*** | Abstract_IDCφ. f |
| **8.  Project Narrative*** | |
| **9.  Bibliography & References Cited** | Bibliography_Investigator_Developmentφ. f |
| **10.Facilities & Other Resources** | |
| **11.Equipment** | |

The University at Buffalo (UB) NIMHD Center of Excellence in Investigator Development and Community Engagement will provide well-coordinated, careful mentoring, didactic training, and professional development individually tailored to each scholar's needs. The education and training components of the Center of Excellence will fill a critical gap in our minority health and health disparities research environment by bringing comprehensive and rigorous training and mentoring in the discipline. This Center of Excellence will be the only formal training program in minority health and health disparities research at UB, bringing an enormously important resource to our training environment. The Center of Excellence will function as a centralized training center bringing coordination and communication to this key element of advancing health disparities research locally and nationally. The Investigator Development Core (IDC) will attract, mentor and train early-career investigators from a broad range of disciplines in transdisciplinary research in minority health and health disparities, including offering the opportunity to apply for pilot studies awards addressing health inequities and social determinants of health in the Buffalo region (Aim 1). Two of the most important elements for early-stage investigators to successfully establish their own independent research program are 1) training and mentoring, and 2) funding to support the development of preliminary results to be competitive for larger extramural grants. Our IDC is designed with these goals in mind. Because of lack of diversity in the health disparities research workforce, many researchers lack the insight that lived experiences bring to understanding systemic racism and the effects of discrimination and their impact on health disparities. A diverse workforce is more successful in engaging people from underrepresented groups in research and relevant stakeholders in policy making. Research related to racism and discrimination requires a multidisciplinary, broadly engaged, team science approach, which merges team science and community engagement. With this in mind, we will implement a diversity, equity, inclusion, and accessibility (DEIA) Action Plan and leverage the resources and expertise of the proposed Center of Excellence to increase and diversify our workforce, especially in health disparities research (Aim 2). Our IDC will provide expert training and mentoring in rigorous research design, methodology, statistical analysis, and community-based participatory research to early-career investigators to support their research and advance their careers in minority health and health disparities research (Aim 3). One theme of our Center of Excellence is integration of community throughout. We will assist early-career researchers in engaging community members on their research team and/or as a member of their mentoring team. Our vision for the next five years is that our Center of Excellence will facilitate the training of a more diverse faculty from more disciplines to perform innovative research in minority health and health disparities to advance their careers to independence and to create systemic change to reduce health inequities in Buffalo and beyond.

OMB Number: 4040-0001
Expiration Date: 11/30/2025

## RESEARCH & RELATED Senior/Key Person Profile (Expanded)

| PROFILE - Project Director/Principal Investigator |
|---|

| Prefix: | First Name*: Oscar | Middle Name | Last Name*: Gómez | Suffix: Ph.D |
|---|---|---|---|---|

Position/Title*: Associate Professor and Division Chief
Organization Name*: SUNY at Buffalo
Department: Pediatrics
Division: Jacobs School of Medicine & Biomedical Sciences
Street1*: 1001 Main Street
Street2:
City*: Buffalo
County:
State*: NY: New York
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 14203-1009

Phone Number*: (716) 323-0150                    Fax Number:

E-Mail*: oscargom@buffalo.edu

Credential, e.g., agency login: GOMEZOSCAR

Project Role*: Co-Investigator                    Other Project Role Category:

Degree Type: PhD and MD                    Degree Year:

Attach Biographical Sketch*:    File Name:

Attach Current & Pending Support:  File Name:

Tracking Number: GRANT13951079                    Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

| PROFILE - Senior/Key Person |
| --- |

Prefix: Rev.    First Name*: Kinzer          Middle Name                Last Name*: Pointer                    Suffix:

Position/Title*:
Organization Name*:        Concerned Clergy Coalition of Western New York
Department:
Division:
Street1*:                  347 Peckham Street
Street2:
City*:                     Buffalo
County:
State*:                    NY: New York
Province:
Country*:                  USA: UNITED STATES
Zip / Postal Code*:        14206-1716

Phone Number*: 716-563-1609                    Fax Number:

E-Mail*: kinzerpo@buffalo.edu

Credential, e.g., agency login: KINZERPO

Project Role*:  Other (Specify)              Other Project Role Category: Co-Director of Investigator Dev. Core

Degree Type:                                  Degree Year:

Attach Biographical Sketch*:      File Name:

Attach Current & Pending Support:  File Name:

| PROFILE - Senior/Key Person |
| --- |

Prefix:        First Name*: Gregory          Middle Name                Last Name*: Wilding                    Suffix: Ph.D

Position/Title*:           Professor
Organization Name*:        SUNY at Buffalo
Department:                Biostatistics
Division:                  School of Public Health and Health Professions
Street1*:                  719 Kimball Tower
Street2:
City*:                     Buffalo
County:
State*:                    NY: New York
Province:
Country*:                  USA: UNITED STATES
Zip / Postal Code*:        14214-8028

Phone Number*: (716) 829-2594                  Fax Number:

E-Mail*: gwilding@buffalo.edu

Credential, e.g., agency login: gewilding

Project Role*:  Co-Investigator              Other Project Role Category:

Degree Type:  PhD                             Degree Year:

Attach Biographical Sketch*:      File Name:

Attach Current & Pending Support:  File Name:

Page 228

| PROFILE - Senior/Key Person |
|---|

| Prefix: | First Name*: Ekaterina | Middle Name | Last Name*: Noyes | Suffix: Ph.D |
|---|---|---|---|---|

Position/Title*: Professor
Organization Name*: SUNY at Buffalo
Department: Surgery
Division:
Street1*: 270C Farber Hall
Street2:
City*: Buffalo
County:
State*: NY: New York
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 14214-8001

Phone Number*: (716) 829-5386          Fax Number:

E-Mail*: enoyes@buffalo.edu

Credential, e.g., agency login: Knoyes17

Project Role*: Co-Investigator          Other Project Role Category:

Degree Type: PhD          Degree Year:

Attach Biographical Sketch*:          File Name:

Attach Current & Pending Support:  File Name:

| PROFILE - Senior/Key Person |
|---|

| Prefix: | First Name*: Henry | Middle Name Louis | Last Name*: Taylor | Suffix: Ph.D |
|---|---|---|---|---|

Position/Title*: Professor
Organization Name*: SUNY at Buffalo
Department:
Division:
Street1*: 330A Hayes Hall
Street2:
City*: Buffalo
County:
State*: NY: New York
Province:
Country*: USA: UNITED STATES
Zip / Postal Code*: 14214-8030

Phone Number*: (716) 829-5458          Fax Number:

E-Mail*: htaylor@buffalo.edu

Credential, e.g., agency login: HLTAYLOR

Project Role*: Co-Investigator          Other Project Role Category:

Degree Type:          Degree Year:

Attach Biographical Sketch*:          File Name:

Attach Current & Pending Support:  File Name:

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - SECTION A & B, BUDGET PERIOD 1

**UEI*:** LMCJKRFW5R81

**Budget Type*:** ● Project  ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date*:** 04-01-2024    **End Date*:** 03-31-2025    **Budget Period:** 1

## A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | Oscar | | Gomez | Ph.D | Co-investigator | 129,381.00 | 1.0 | | | 8,838.00 | 5,784.00 | 14,622.00 |
| 2. | | Gregory | | Wilding | Ph.D | Co-investigator | 212,100.00 | 0.6 | | | 5,303.00 | 3,471.00 | 8,774.00 |
| 3. | | Ekatarina | | Noyes | Ph.D | Co-investigator | 212,100.00 | 0.6 | | | 5,303.00 | 3,471.00 | 8,774.00 |
| 4. | Rev. | Kinzer | | Pointer | | Collaborator | 15,606.00 | 1.2 | | | 6,242.00 | 2,559.00 | 8,801.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:**    File Name:    **Total Senior/Key Person**    **40,971.00**

## B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 0 | **Total Number Other Personnel** | | | | | **Total Other Personnel** | **0.00** |
| | | | | | **Total Salary, Wages and Fringe Benefits (A+B)** | | **40,971.00** |

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Case 1:25-cv-10814-WGY   Document 12-24   Filed 04/04/25   Page 258 of 375

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTION C, D, & E, BUDGET PERIOD 1

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2024     **End Date\*:** 03-31-2025     **Budget Period: 1**

| C. Equipment Description | Funds Requested ($)* |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | |
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | **0.00** |
| **Additional Equipment:**    File Name: | |

| D. Travel | Funds Requested ($)* |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **0.00** |

| E. Participant/Trainee Support Costs | | Funds Requested ($)* |
|---|---|---|
| 1. Tuition/Fees/Health Insurance | | |
| 2. Stipends | | |
| 3. Travel | | |
| 4. Subsistence | | |
| 5. Other:  Pilot Studies | | 300,000.00 |
| **Number of Participants/Trainees** | **Total Participant Trainee Support Costs** | **300,000.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTIONS F-K, BUDGET PERIOD 1

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**   ● Project   ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2024   **End Date\*:** 03-31-2025   **Budget Period: 1**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Seminars | 11,169.00 |
| **Total Other Direct Costs** | **11,169.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **352,140.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1. Institutional IDC Cost On Campus | 61.0 | 352,140.00 | 214,806.00 |
| | | **Total Indirect Costs** | **214,806.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **566,946.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **566,946.00** |

| L. Budget Justification* | File Name: Budget_Justification-Investigator_Development_Core.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - SECTION A & B, BUDGET PERIOD 2

**UEI\*:** LMCJKRFW5R81

**Budget Type\*:**  ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2025    **End Date\*:** 03-31-2026    **Budget Period: 2**

## A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | Oscar | | Gomez | Ph.D | Co-investigator | 131,969.00 | 1.0 | | | 8,838.00 | 5,907.00 | 14,745.00 |
| 2. | | Gregory | | Wilding | Ph.D | Co-investigator | 216,342.00 | 0.6 | | | 5,303.00 | 3,545.00 | 8,848.00 |
| 3. | | Ekatarina | | Noyes | Ph.D | Co-investigator | 216,342.00 | 0.6 | | | 5,303.00 | 3,545.00 | 8,848.00 |
| 4. | Rev. | Kinzer | | Pointer | | Collaborator | 15,918.00 | 1.2 | | | 6,367.00 | 2,642.00 | 9,009.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:**    File Name:

**Total Senior/Key Person**    **41,450.00**

## B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 0 | **Total Number Other Personnel** | | | | | **Total Other Personnel** | 0.00 |

**Total Salary, Wages and Fringe Benefits (A+B)**    **41,450.00**

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Case 1:25-cv-10814-WGY   Document 12-24   Filed 04/04/25   Page 261 of 375

## RESEARCH & RELATED BUDGET - SECTION C, D, & E, BUDGET PERIOD 2

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2025    **End Date\*:** 03-31-2026    **Budget Period: 2**

| C. Equipment Description | Funds Requested ($)* |
|---|---|
| List items and dollar amount for each item exceeding $5,000 | |
| **Equipment Item** | |
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | **0.00** |
| **Additional Equipment:**    File Name: | |

| D. Travel | Funds Requested ($)* |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **0.00** |

| E. Participant/Trainee Support Costs | Funds Requested ($)* |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other:  Pilot Studies | 300,000.00 |
| **Number of Participants/Trainees**    **Total Participant Trainee Support Costs** | **300,000.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13951079    Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTIONS F-K, BUDGET PERIOD 2

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2025    **End Date\*:** 03-31-2026    **Budget Period: 2**

| **F. Other Direct Costs** | **Funds Requested ($)\*** |
|---|---|
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Seminars | 9,122.00 |
| **Total Other Direct Costs** | **9,122.00** |

| **G. Direct Costs** | **Funds Requested ($)\*** |
|---|---|
| **Total Direct Costs (A thru F)** | **350,572.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)\* |
|---|---|---|---|
| 1. Institutional IDC Cost On Campus | 61.0 | 350,572.00 | 213,849.00 |
| | | **Total Indirect Costs** | **213,849.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| **I. Total Direct and Indirect Costs** | **Funds Requested ($)\*** |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **564,421.00** |

| **J. Fee** | **Funds Requested ($)\*** |
|---|---|
| | |

| **K. Total Costs and Fee** | **Funds Requested ($)\*** |
|---|---|
| | **564,421.00** |

| **L. Budget Justification\*** | File Name: Budget_Justification-Investigator_Development_Core.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

## RESEARCH & RELATED BUDGET - SECTION A & B, BUDGET PERIOD 3

UEI*: LMCJKRFW5R81

**Budget Type*:**  ● Project   ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date*:** 04-01-2026    **End Date*:** 03-31-2027    **Budget Period: 3**

### A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | Oscar | | Gomez | Ph.D | Co-investigator | 134,608.00 | 1.0 | | | 8,838.00 | 6,035.00 | 14,873.00 |
| 2. | | Gregory | | Wilding | Ph.D | Co-investigator | 220,669.00 | 0.6 | | | 5,303.00 | 3,621.00 | 8,924.00 |
| 3. | | Ekatarina | | Noyes | Ph.D | Co-investigator | 220,669.00 | 0.6 | | | 5,303.00 | 3,621.00 | 8,924.00 |
| 4. | Rev. | Kinzer | | Pointer | | Collaborator | 16,236.00 | 1.2 | | | 6,495.00 | 2,793.00 | 9,288.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:**    File Name:

**Total Senior/Key Person**    **42,009.00**

### B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 0 | **Total Number Other Personnel** | | | | | **Total Other Personnel** | **0.00** |

**Total Salary, Wages and Fringe Benefits (A+B)**    **42,009.00**

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

Case 1:25-cv-10814-WGY   Document 12-24   Filed 04/04/25   Page 264 of 375

# RESEARCH & RELATED BUDGET - SECTION C, D, & E, BUDGET PERIOD 3

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2026    **End Date\*:** 03-31-2027    **Budget Period: 3**

**C. Equipment Description**

List items and dollar amount for each item exceeding $5,000

| **Equipment Item** | **Funds Requested ($)\*** |
|---|---|
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | **0.00** |

**Additional Equipment:**    File Name:

| **D. Travel** | **Funds Requested ($)\*** |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **0.00** |

| **E. Participant/Trainee Support Costs** | **Funds Requested ($)\*** |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other:  Pilot Studies | 300,000.00 |
| **Number of Participants/Trainees**    **Total Participant Trainee Support Costs** | **300,000.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTIONS F-K, BUDGET PERIOD 3

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2026    **End Date\*:** 03-31-2027    **Budget Period: 3**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Seminars | 6,615.00 |
| **Total Other Direct Costs** | **6,615.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **348,624.00** |

| H. Indirect Costs | | | |
|---|---|---|---|
| **Indirect Cost Type** | **Indirect Cost Rate (%)** | **Indirect Cost Base ($)** | **Funds Requested ($)*** |
| 1. Institutional IDC Cost On Campus | 61.0 | 348,624.00 | 212,661.00 |
| | | **Total Indirect Costs** | **212,661.00** |
| **Cognizant Federal Agency** | | | |
| (Agency Name, POC Name, and POC Phone Number) | | | |

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **561,285.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **561,285.00** |

| L. Budget Justification* | File Name: Budget_Justification-Investigator_Development_Core.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

## RESEARCH & RELATED BUDGET - SECTION A & B, BUDGET PERIOD 4

**UEI\*:** LMCJKRFW5R81

**Budget Type\*:** ● Project   ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2027    **End Date\*:** 03-31-2028    **Budget Period: 4**

### A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | Oscar | | Gomez | Ph.D | Co-investigator | 137,300.00 | 1.0 | | | 8,838.00 | 6,035.00 | 14,873.00 |
| 2. | | Gregory | | Wilding | Ph.D | Co-investigator | 225,082.00 | 0.6 | | | 5,303.00 | 3,621.00 | 8,924.00 |
| 3. | | Ekatarina | | Noyes | Ph.D | Co-investigator | 225,082.00 | 0.6 | | | 5,303.00 | 3,621.00 | 8,924.00 |
| 4. | Rev. | Kinzer | | Pointer | | Collaborator | 16,561.00 | 1.2 | | | 6,624.00 | 2,848.00 | 9,472.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:**   File Name:

**Total Senior/Key Person** 42,193.00

### B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 0 | **Total Number Other Personnel** | | | | | **Total Other Personnel** | 0.00 |

**Total Salary, Wages and Fringe Benefits (A+B)** 42,193.00

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Case 1:25-cv-10814-WGY   Document 12-24   Filed 04/04/25   Page 267 of 375

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTION C, D, & E, BUDGET PERIOD 4

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2027    **End Date\*:** 03-31-2028    **Budget Period: 4**

---

**C. Equipment Description**

List items and dollar amount for each item exceeding $5,000

| **Equipment Item** | **Funds Requested ($)\*** |
|---|---|
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | **0.00** |

**Additional Equipment:**    File Name:

---

| **D. Travel** | **Funds Requested ($)\*** |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **0.00** |

---

| **E. Participant/Trainee Support Costs** | **Funds Requested ($)\*** |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other:  Pilot Studies | 300,000.00 |
| **Number of Participants/Trainees**        **Total Participant Trainee Support Costs** | **300,000.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTIONS F-K, BUDGET PERIOD 4

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2027    **End Date\*:** 03-31-2028    **Budget Period: 4**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Seminars | 5,463.00 |
| **Total Other Direct Costs** | **5,463.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **347,656.00** |

**H. Indirect Costs**

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1. Institutional IDC Cost On Campus | 61.0 | 347,656.00 | 212,070.00 |
| | | **Total Indirect Costs** | **212,070.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **559,726.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **559,726.00** |

| L. Budget Justification* | File Name: Budget_Justification-Investigator_Development_Core.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

OMB Number: 4040-0001
Expiration Date: 11/30/2025

# RESEARCH & RELATED BUDGET - SECTION A & B, BUDGET PERIOD 5

**UEI\*:** LMCJKRFW5R81

**Budget Type\*:**   ● Project   ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2028   **End Date\*:** 03-31-2029   **Budget Period: 5**

## A. Senior/Key Person

| | Prefix | First Name* | Middle Name | Last Name* | Suffix | Project Role* | Base Salary ($) | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits ($)* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | Oscar | | Gomez | Ph.D | Co-investigator | 140,046.00 | 1.0 | | | 8,838.00 | 6,035.00 | 14,873.00 |
| 2. | | Gregory | | Wilding | Ph.D | Co-investigator | 229,584.00 | 0.6 | | | 5,303.00 | 3,621.00 | 8,924.00 |
| 3. | | Ekatarina | | Noyes | Ph.D | Co-investigator | 229,584.00 | 0.6 | | | 5,303.00 | 3,621.00 | 8,924.00 |
| 4. | Rev. | Kinzer | | Pointer | | Collaborator | 16,892.00 | 1.2 | | | 6,757.00 | 2,906.00 | 9,663.00 |

**Total Funds Requested for all Senior Key Persons in the attached file**

**Additional Senior Key Persons:**   File Name:                                                                    **Total Senior/Key Person**   **42,384.00**

## B. Other Personnel

| Number of Personnel* | Project Role* | Calendar Months | Academic Months | Summer Months | Requested Salary ($)* | Fringe Benefits* | Funds Requested ($)* |
|---|---|---|---|---|---|---|---|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| 0 | **Total Number Other Personnel** | | | | | **Total Other Personnel** | **0.00** |

**Total Salary, Wages and Fringe Benefits (A+B)**   **42,384.00**

RESEARCH & RELATED Budget {A-B} (Funds Requested)

Case 1:25-cv-10814-WGY   Document 12-24   Filed 04/04/25   Page 270 of 375

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTION C, D, & E, BUDGET PERIOD 5

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2028    **End Date\*:** 03-31-2029    **Budget Period: 5**

---

**C. Equipment Description**

List items and dollar amount for each item exceeding $5,000

| **Equipment Item** | **Funds Requested ($)\*** |
|---|---|
| **Total funds requested for all equipment listed in the attached file** | |
| **Total Equipment** | **0.00** |

**Additional Equipment:**    File Name:

---

| **D. Travel** | **Funds Requested ($)\*** |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico, and U.S. Possessions) | |
| 2. Foreign Travel Costs | |
| **Total Travel Cost** | **0.00** |

---

| **E. Participant/Trainee Support Costs** | **Funds Requested ($)\*** |
|---|---|
| 1. Tuition/Fees/Health Insurance | |
| 2. Stipends | |
| 3. Travel | |
| 4. Subsistence | |
| 5. Other:  Pilot Studies | 300,000.00 |
| **Number of Participants/Trainees**    **Total Participant Trainee Support Costs** | **300,000.00** |

RESEARCH & RELATED Budget {C-E} (Funds Requested)

Tracking Number: GRANT13951079                          Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

# RESEARCH & RELATED BUDGET - SECTIONS F-K, BUDGET PERIOD 5

**UEI\*:**  LMCJKRFW5R81

**Budget Type\*:**    ● Project    ○ Subaward/Consortium

**Enter name of Organization:** The Research Foundation for SUNY on behalf of U. at Buffalo

**Start Date\*:** 04-01-2028     **End Date\*:** 03-31-2029      **Budget Period: 5**

| F. Other Direct Costs | Funds Requested ($)* |
|---|---|
| 1. Materials and Supplies | |
| 2. Publication Costs | |
| 3. Consultant Services | |
| 4. ADP/Computer Services | |
| 5. Subawards/Consortium/Contractual Costs | |
| 6. Equipment or Facility Rental/User Fees | |
| 7. Alterations and Renovations | |
| 8. Seminars | 4,283.00 |
| **Total Other Direct Costs** | **4,283.00** |

| G. Direct Costs | Funds Requested ($)* |
|---|---|
| **Total Direct Costs (A thru F)** | **346,667.00** |

### H. Indirect Costs

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($)* |
|---|---|---|---|
| 1. Institutional IDC Cost On Campus | 61.0 | 346,667.00 | 211,466.00 |
| | | **Total Indirect Costs** | **211,466.00** |

**Cognizant Federal Agency**

(Agency Name, POC Name, and POC Phone Number)

| I. Total Direct and Indirect Costs | Funds Requested ($)* |
|---|---|
| **Total Direct and Indirect Institutional Costs (G + H)** | **558,133.00** |

| J. Fee | Funds Requested ($)* |
|---|---|
| | |

| K. Total Costs and Fee | Funds Requested ($)* |
|---|---|
| | **558,133.00** |

| L. Budget Justification* | File Name: Budget_Justification-Investigator_Development_Core.pdf |
|---|---|

RESEARCH & RELATED Budget {F-K} (Funds Requested)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

## Budget Justification: Investigator Development Core

## A. Personnel Salaries and Wages

### Senior/Key Personnel

### Oscar Gomez, MD, PhD
- Director, Investigator Development Core
- Effort: 1.0 academic months (Institutional support years 1-5: 0.50 academic months)

Dr. Gomez is an Associate Professor of Pediatrics, School of Medicine and an active advocate of recruiting underrepresented minorities in medical science to training programs. He is a member of the Harold Amos Medical Faculty Development Program of The Robert Wood Johnson Foundation, first as a scholar beginning 2009, and later as an alumnus beginning in 2012. This program is dedicated to career development of underrepresented minorities in medical science in the US. He is co-investigator and associate lead of the CTSI-associated KL2-mentored research award program in which he serves as a faculty advisor for early-career scholars. He conducts studies on the epidemiology of childhood diarrhea among children in low- and middle-income countries in Latin America and studies on hepatitis C- exposure and infection among infants in Buffalo, a condition that disproportionately impacts communities that experience adverse social determinants of health.

Responsibilities:
- Lead the Investigator Development Core
- Collaborate with Administrative Core in managing pilot project award announcements
- Coordinate training and mentoring activities
- Serve on Center of Excellence Leadership Team

### Pastor Kinzer Pointer, MM
- Co-Director, Investigator Development Core
- Effort: Independent Contractor

Pastor Pointer is the pastor of Liberty Missionary Baptist Church, President and CEO of Greater Buffalo United Ministries and Chair, Erie County Poverty Committee. He is a mentor in the National Medical Association and has worked for the past five years with Drs. Murphy and Gomez on the T35 training grant "Training the Next Generation of Clinician Scientists." He co-teaches a course in the medical school with Dr. Henry Taylor, "Health in the Neighborhood," in which students review key literature and meet with and work with community members in their neighborhoods. Pastor Pointer also serves on the Board of the Community Health Equity Research Institute.

Responsibilities
- Co-Director of Investigator Development Core (IDC)
- Provide guidance and contribution to IDC
- Provide mentorship to pilot study awardees
- Serve on Center of Excellence Steering Committee

### Henry Taylor, PhD
- Co-Investigator, Investigator Development Core
- Co-Investigator, Community Engagement and Dissemination Core
- Effort as needed

Dr. Taylor is Professor of Urban and Regional Planning, School of Architecture and Planning, Director of the Center for Urban Studies; and Associate Director, UB Community Health Equity Research Institute. His areas of expertise include urban development, housing, gentrification, underdeveloped neighborhoods, shrinking cities, race and class, and U.S.-Cuba relations. His research focuses on a historical and contemporary analysis of underdeveloped urban neighborhoods, social isolation, and race and class issues among people of color, especially African Americans and Latinos. Dr. Taylor designed and conducts the *Urban Internship Program,* which creates opportunities for graduate and undergraduate students to

become involved in neighborhood redevelopment initiatives and research projects. He has trained numerous students in this program over the years. He is also the Co-leader of the CTSI Workshop series in Health Equity.

Responsibilities:
- Provide guidance and contribution to the Community Engagement and Dissemination Core
- Provide guidance and contribution to the Investigator Development Core
- Serve on Center of Excellence Steering Committee
- Serve as Center of Excellence advocate to selected pilot studies awardees
- Facilitate partnerships and collaborations in the School of Architecture and Planning
- Help identify mentors for pilot studies awardees as needed

**Ekaterina Noyes, PhD, MPH**
- Co-Investigator, Investigator Development Core
- Effort: 0.60 calendar months (Institutional support years 1-5: 0.30 calendar months)

Dr. Noyes is Professor and Director of the Division of Public Health Services Policy and Practice in the UB School of Public Health and Health Professions. She has broad experience in health services research with expertise in health outcomes and quality of care assessment, large administrative data analytics, comparative effectiveness, and economic evaluations in healthcare, as well as mixed methods and implementation research. She has a particular interest in rural health and associated health disparities. She builds and trains interdisciplinary teams supported by a variety of federal and private sources including the NIH, PCORI, National Multiple Sclerosis Society, among others. Dr. Noyes is Co-PI of a K12 training grant focused on training in implementation science (K12HL138052) and Director of the Team Science and Workforce Development Cores of the CTSI.

Responsibilities:
- Provide guidance and contribution to the Investigator Development Core
- Serve as Center of Excellence advocate to selected pilot studies awardees
- Help identify mentors for pilot studies awardees as needed
- Facilitate partnerships and collaborations in the School of Public Health and Health Professions
- Connect pilot studies awardees with CTSI educational and training opportunities

**Gregory Wilding, PhD**
- Co- Investigator, Investigator Development Core
- Effort: 0.60 calendar months (Institutional support years 1-5: 0.30 calendar months)

Dr. Wilding is Professor of Biostatistics in the School of Public Health and Health Professions and Director of the Biostatistics, Epidemiology, and Research Design (BERD) Core of the CTSI. He has over 230 papers in peer-reviewed clinical and statistical journals and has presented his work nationally and internationally. He is skilled in a vast array of statistical analysis techniques and computer programming languages. His biostatistical interests are in the areas of clinical trials, computationally intensive methods, and tests for and measures of independence. He designed and launched the highly successful *inter Instit te or iostatisti s* for undergraduate students to attract talented and interested students into the field of biostatistics.

Responsibilities:
- Provide guidance and contribution to the Investigator Development Core
- Provide study guidance in design, biostatistical and data management to pilot studies awardees
- Link researchers with biostatistics faculty with appropriate expertise to serve as collaborators on pilot projects and subsequent larger projects.

**Other Direct Costs**

**Pilot Studies**                              $300,000/year
Funds are requested for pilot studies for early-career investigators. Pilot studies awards will be up to $50,000 per year for up to two years as outlined in detail in the proposal.

**Seminar expenses**                     $7,500/year

Funds are requested to conduct a monthly seminar series. We will invite national experts in minority health and health disparities for some seminars and local experts for others.

# RESEARCH & RELATED BUDGET - Cumulative Budget

|  | Totals ($) |  |
|---|---|---|
| Section A, Senior/Key Person |  | 2. 0,. . hu . |
| Section B, Otmer Personnel |  | . u . |
| Total Nbg der Otmer Personnel | . |  |
| Total Salary, Waf es an+ Frinf e Beneqts (ApB) |  | 2. 0,. . hu . |
| Section C, Evbi7g ent |  | . u . |
| Section D, Tra6el |  | . u . |
| 1. Domestic | . u . |  |
| 2uForeif n | . u . |  |
| Section E, Partici7ant/Trainee Sb77ort Costs |  | 1,5. . ,. . u . |
| 1uTbition/Fees/HealtmInsbrance | 0.00 |  |
| 2uSti7en+s | . u . |  |
| 3uTra6el | . u . |  |
| 4uSbdsistence | . u . |  |
| 5uOtmer | 1,5. . ,. . u . |  |
| 9uNbg der oqPartici7ants/Trainees | . |  |
| Section F, Otmer Direct Costs |  | 39,952u . |
| 1uMaterials an+ Sb77lies | . u . |  |
| 2uPbdlication Costs | . u . |  |
| 3uConsbltant Ser6ices | . u . |  |
| 4uADP/Cog 7bter Ser6ices | . u . |  |
| 5uSbdawar+s/Consortibg /Contractbal Costs | . u . |  |
| 9uEvbi7g ent or Facility Rental/User Fees | . u . |  |
| huAlterations an+ Reno6ations | . u . |  |
| 8uOtmer 1 | 39,952u . |  |
| 0uOtmer 2 | . u . |  |
| 1. uOtmer 3 | . u . |  |
| 11uOtmer 4 | . u . |  |
| 12uOtmer 5 | . u . |  |
| 13uOtmer 9 | . u . |  |
| 14uOtmer h | . u . |  |
| 15uOtmer 8 | . u . |  |
| 19uOtmer 0 | . u . |  |
| 1huOtmer 1. | . u . |  |
| Section G, Direct Costs (A tmrb F) |  | 1,h45,950u . |
| Section H, In+irect Costs |  | 1,. 94,852u . |

Tracking Number: GRANT13951079    Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

| | |
|---|---|
| Section I, Total Direct an+ In+irect Costs (G p H) | 2,81. ,511u . |
| Section J, Fee | . u . |
| Section K, Total Direct an+ Fee (I p J) | 2,81. ,511u . |

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

## PHS 398 Cover Page Supplement

OMB Number: 0925-0001

Expiration Date: 01/31/2026

### 1. Vertebrate Animals Section

Are vertebrate animals euthanized?          ○ Yes    ● No

If "Yes" to euthanasia

Is the method consistent with American Veterinary Medical Association (AVMA) guidelines?

○ Yes    ○ No

If "No" to AVMA guidelines, describe method and provide scientific justification

### 2. *Program Income Section

*Is program income anticipated during the periods for which the grant support is requested?

○ Yes    ● No

If you checked "yes" above (indicating that program income is anticipated), then use the format below to reflect the amount and source(s). Otherwise, leave this section blank.

  *Budget Period    *Anticipated Amount ($)    *Source(s)

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

PHS 398 Cover Page Supplement

---

### 3. Human Embryonic Stem Cells Section

*Does the proposed project involve human embryonic stem cells?          ◯ Yes    ● No

If the proposed project involves human embryonic stem cells, list below the registration number of the specific cell line(s) from the following list: http://grants.nih.gov/stem_cells/registry/current.htm. Or, if a specific stem cell line cannot be referenced at this time, check the box indicating that one from the registry will be used:

❑    Specific stem cell line cannot be referenced at this time. One from the registry will be used.

Cell Line(s) (Example: 0004):

---

### 4. Human Fetal Tissue Section

*Does the proposed project involve human fetal tissue obtained from elective abortions?          ◯ Yes    ● No

If "yes" then provide the HFT Compliance Assurance

If "yes" then provide the HFT Sample IRB Consent Form

---

### 5. Inventions and Patents Section (Renewal applications)

*Inventions and Patents:          ◯ Yes    ● No

If the answer is "Yes" then please answer the following:

*Previously Reported:          ◯ Yes    ◯ No

---

### 6. Change of Investigator/Change of Institution Section

❑    Change of Project Director/Principal Investigator

Name of former Project Director/Principal Investigator

Prefix:

*First Name:

Middle Name:

*Last Name:

Suffix:

❑    Change of Grantee Institution

*Name of former institution:

---

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date:
2023-08-04T08:29:33.000-04:00

PHS gC8 Research Plan

5D B Number: 9C2V-9991

Expiration Oate: 91/g1/2927

| Introduction | |
|---|---|
| 1. Introduction to Application <br> (for Resubmission and Revision applications) | |

| Research Plan Section | |
|---|---|
| 2. Specific Aims | Aims_Inv_Oev_3ore.pdf |
| g. Research Stratey*0 | Inv_Oev_3ore_Research_Stratey*.pdf |
| 4. Proyress Report Publication List | |

| 5ther Research Plan Section | |
|---|---|
| V. 6ertebrate Animals | |
| 7. Select Ayent Research | |
| M D ultiple PO/PI Leadership Plan | |
| 8. 3onsortium/3ontractual Arranyements | |
| C. Letters of Support | |
| 19. Resource Shariny Plan(s) | |
| 11. 5ther Plan(s) | |
| 12. Authentication of Ke* Bioloyical and/or 3hemical Resources | |

| Appendix | |
|---|---|
| 1g. Appendix | |

Tracking Number: GRANT13951079

Opportunity Number: RFA-MD-23-011 . Received Date: 2023-08-04T08:29:33.000-04:00

## C. Investigator Development Core

### C1.  Specific Aims

Social determinants of health (SDOH) and racially informed policies dramatically affect health outcomes among people of color, including life expectancy and quality of life resulting from chronic diseases (see Overall). Advances in biomedical sciences and health interventions dramatically increased in recent decades; unfortunately, these advances do not reach underserved populations, including East Side neighborhoods in Buffalo. Understanding the root causes of health disparities in Buffalo and the complexity of factors involved, requires the training of a new generation of scholars to lead research in minority health and health disparities and achieve changes in policies and institutional structures to address and eliminate health disparities. Researchers who are new to the field face multiple challenges. Because of lack of diversity in the research workforce, many researchers lack the insight lived experiences bring to understanding systemic racism and the effects of discrimination and their impact on health disparities. A diverse workforce is more successful in engaging people from underrepresented groups in research and relevant stakeholders in policy making. Research related to racism and discrimination requires a multidisciplinary, broadly engaged, team science approach, which merges team science and community engagement (1).

While UB has faculty in a broad range of disciplines who perform research related to health disparities, there is an urgent need to train a new generation of researchers to address the multiple dimensions of health disparities in the region. The Investigator Development Core (IDC) will prepare early-stage investigators, including junior faculty and postdoctoral fellows, with the skills, support, training and mentoring to conduct research in minority health and health disparities (**Figure C1**). Our NIMHD Center of Excellence in Investigator Development and Community Engagement (Center of Excellence) will support and encourage research in populations experiencing health disparities, including racial and ethnic minorities, people with low socioeconomic status, underserved rural communities and sexual and gender minority communities. Because of the disturbing health disparities in Buffalo, a majority minority city, we place special emphasis on the structural and institutional racism accounting for adverse social determinants of health (SDOH) leading to health inequities in people of color in the Buffalo area. The tools and approaches our researchers develop in Buffalo will apply to other racially segregated cities as well.



**Figure C1.** Overview of investigator development, training, mentoring, and support. D and I: dissemination and implementation; CBPR: community-based participatory research

Two of the most important elements for early-stage investigators to successfully establish their own independent research program are 1) training and mentoring and 2) funding to support the development of preliminary results to be competitive for larger extramural grants. Our Investigator Development Core (IDC) is designed with these goals in mind.

The IDC will support and develop early-stage investigators with a goal of nurturing independent investigators supported by extramural NIH or similar funding (e.g., Patient-Centered Outcomes Research Institute (PCORI), National Science Foundation (NSF), etc.). We will work with the Community Engagement and Dissemination Core to guide early-stage investigators in developing multidisciplinary collaborations between researchers, practice settings and diverse communities. To accomplish these goals, we propose the following specific aims:

**Aim 1.** Attract, mentor and train early career investigators from a broad range of disciplines in transdisciplinary research in minority health and health disparities, including offering the opportunity to apply for pilot studies awards addressing health inequities and social determinants of health in the Buffalo region.

**Aim 2.** Implement a diversity, equity, inclusion, and accessibility (DEIA) Action Plan and leverage the resources and expertise of the proposed Center of Excellence to increase and diversify our workforce, especially in health disparities research.

**Aim 3.** Provide expert training and mentoring in rigorous research design, methodology, statistical analysis and community-based participatory research to early-career investigators to support their research and advance their careers in minority health and health disparities research.

## C2. Significance

Research on health disparities has grown exponentially since the 1960s, yet this expansion is not matched by an associated level of progress (2). This contradiction may be due, in part, to the limited number of health disparity researchers to address the overwhelming issues of health disparities, social justice, and structural racism in the US (3). Similarly, there is low racial and ethnic diversity in US universities among faculty, including early-stage investigators, with only 3% identifying themselves as Black or Hispanic (4). Increasing the number of investigators from underrepresented minority groups may have a positive impact on research addressing the health disparities associated with poor health indicators affecting minorities and low-income families in the US (5). Few mentoring programs address the needs of underrepresented, racially/ethnically diverse junior faculty conducting health-related research in the US (6, 7). There is an urgent need for programs to train early-career investigators in minority health and health disparities research.

## C3. Innovation

*Integration of the community with all phases of training.* One theme of our Center of Excellence is integration of community throughout. Pastor Kinzer Pointer, an influential community leader, teacher, and mentor in the National Medical Association, is Associate Director of this Investigator Core (IDC). We will assist early career researchers who are invited to submit a full proposal for pilot studies funding in engaging a community member on their research team and/or as a member of their mentoring team.

*Close affiliation with resources of the Clinical and Translational Science Institute (CTSI).* The Center of Excellence and CTSI share leadership. Several faculty with effort on this proposal also have effort on the CTSA grant. The CTSI offers an extensive range of support services that are available at no cost to UB faculty and researchers. Indeed, the CTSI prioritizes supporting early-career researchers. Early-career scientists supported by the Center of Excellence are invited to join the Community of Scholars, which includes the CTSI K scholars and other "K-like scholars" in the university. The Community of Scholars is a collegial body of junior scientists who meet regularly, grow academically, broaden their professional networks, and get involved in community outreach activities.

*Multidisciplinary early career researchers and mentors.* Elimination of health disparities will require addressing all the SDOH, including those outside of healthcare disciplines. The leadership of the IDC represents broad expertise and backgrounds. The structure of the Center of Excellence being embedded in a university-wide institute is ideally designed to engage early-stage researchers and mentors from all 12 UB schools that encompass a broad range of relevant disciplines (see Figure B1 in Administrative Core).

*Innovative DEIA action plan.* As part of our commitment to better recruit, support, and retain diverse faculty, staff and trainees in academic medicine, we will implement a Diversity, Equity, Inclusion, and Accessibility (DEIA) Action Plan for all faculty, staff, trainees, and mentors in the Center of Excellence. The plan requires action by every member and each action has a follow-up, enabling accountability. This approach is showing early results in changing the culture to overcome longstanding systemic barriers to diversifying the workforce and enhancing inclusion in healthcare and research institutions (8).

*Leveraging an institutional faculty hiring initiative to diversify faculty*. The exceptional hiring initiative in progress at UB is a potentially powerful opportunity to enhance the diversity of our faculty and to recruit more faculty whose work interfaces with health disparities. We developed strategies for faculty in the Center of Excellence and the UB Health Equity Institute to take active roles and influence recruitments.

*Mentoring and training plans tailored to each scholar.* A mentoring and training plan will be tailored for each early-stage investigator supported by the Center of Excellence to be responsive to the diverse backgrounds and strengths of each scholar. An IDC faculty advocate will be assigned and will work with the scholar to develop the plan, which will include a balance of one-on-one mentoring, peer mentoring, didactic training, and professional development.

## C4. Action Plan for Aims

### C4.1. Action Plan for Aim 1.

**Aim 1.** Attract, mentor, and train early-career investigators from a broad range of disciplines in transdisciplinary research in minority health and health disparities, including offering the opportunity to apply for pilot studies awards addressing of health inequities and social determinants of health in the Buffalo region.

To expand the pool of and train early-career investigators, the IDC will offer 1) pilot studies awards with funding for one to two years (maximum award $50,000 annually); 2) comprehensive support in designing and writing the pilot studies proposals; 3) facilitation with community partners to collaborate on the project; 4) access to research resources, facilitated by close partnership with the CTSI; 5) mentoring to support awardees to ensure successful completion of projects to publication of results and submission of subsequent grant applications; 6) regulatory oversight and support to comply with applicable policies, rules and guidelines; 7) development of a dissemination and implementation plan and 8) didactic training, including lectures and workshops in minority health and health disparities research tailored to individual pilot studies awardees.



**Figure C2.** Flow chart for pilot studies program

**Application for Pilot Studies.** This section addresses processes to apply for pilot awards. This two-tiered process is guided by our experience with the UB CTSI Translational Pilot Studies Program, which has an ~12:1 return on investment in extramural funding and successfully facilitated first national funding for a substantial number of early-stage investigators (**Figure C2**).

- **Community discussions.** In collaboration with the Community Engagement and Dissemination Core, a discussion of community priorities will inform the content of the Request for Proposals (RFP) each year. The overall focus on health disparities and review priorities will remain constant. Community conversations each year will provide guidance on whether we will solicit and prioritize proposals with a particular emphasis, for example, a SDOH, based on community input. The Community Advisory Board will consider community priorities in their quarterly meeting that is scheduled in advance of the release of the RFP each year. In addition, community priorities are a continuous topic of discussion at the monthly meetings of African American Health Equity Task Force (Task Force). This group will be asked specifically to consider priorities during the meeting preceding RFP release.

- **Request for Proposals.** The opportunity to apply for pilot studies awards will be announced annually through email, website postings, social media, direct communication to all UB school leaders and our community dissemination networks. UB has effective communication channels to reach faculty and postdoctoral fellows in all 12 UB schools.

- **Letters of intent (LOIs)**. The one-page LOI will include a summary of the project, which must address minority health and/or health disparities; how the award will lead to subsequent funding; and how the project will be a step on a pathway to sustainable, community- and system-level changes. Based on review by a panel of university and community-based reviewers, eight to 12 LOIs will be invited to submit full proposals.

- **Invite full proposals for Pilot Studies**. The proposal (four-page limit) will include Specific Aims, Background and Significance and Approach, in addition to a study timeline, the role of the pilot study in securing extramural funding for a larger project and a path to a sustainable community-level change. The proposal must provide information of community member inclusion as a mentor and/or as a research collaborator.

**Eligibility criteria.** Early-career investigators with appointments at UB are eligible to apply. We use the NIH definition, which is an investigator who completed their terminal research degree or end of post-graduate clinical training (whichever date is later) within the past 10 years and who has not previously competed successfully as a PI for a substantial, NIH independent research award. Clinical and basic science postdoctoral fellows are also eligible and will be encouraged to apply.

**Pool of applicants.** A large pool of early-stage investigators and postdoctoral fellows represent our applicant pool for pilot studies and associated training and mentoring.

**Table C1** shows the pool in the six health sciences schools using these criteria. Note that many additional eligible applicants are based in the other six UB schools as well (architecture and planning, arts and sciences, law, education, engineering, management). Each school has a subset of investigators whose work relates to SDOH in a broad range of domains of influence and levels of influence aligning with the NIMHD Research Framework, creating a large and diverse pool of applicants. We will actively recruit applicants who are underrepresented in science (see below).

| **Table C1**. Applicant pool of early-stage investigators* and postdoctoral fellows in UB health sciences schools | | |
|---|---|---|
| **Health Science School** | **Assistant Professors*** | **Postdoctoral Fellows** |
| Jacobs School of Medicine and Biomedical Sciences | 40 | 83 |
| School of Public Health and Health Professions | 8 | 8 |
| School of Pharmacy and Pharmaceutical Sciences | 4 | 23 |
| School of Nursing | 3 | 2 |
| School of Dental Medicine | 7 | 13 |
| School of Social Work | 3 | 1 |
| **Total** | **65** | **130** |
| *Early career investigators defined by NIH criteria | | |

**Application materials**
- Proposal described above
- A current NIH-style Biosketch for each Investigator. The personal statements should make clear the role of each investigator on the project and describe their interest in health disparities research, including past experience, academic training, current academic work, and short- and long-term goals.
- Letters of Support from mentor and community partner(s) outlining their commitment to the study.
- Budget and Budget Justification. The maximum allowable budget is $50,000 total for one year. We anticipate many awards will be ~$50,000. Applicants may apply for one or two-year awards. Funds for pilot projects must follow the Uniform Guidance Cost Principles and comply fully with applicable federal policies, rules, and guidelines for research involving human subjects and vertebrate animals.

**Review process of full applications.** After conflicts of interest are disclosed, LOIs will be reviewed by the Investigator Development Core (IDC) Team. We will invite approximately twice as many full proposals as we intend to fund. Requiring an LOI increases efficiency for faculty, their support staff and reviewers in ensuring that projects align with our priorities and criteria before many hours go into preparing and reviewing proposals that will be unsuccessful.

Full proposals will undergo peer scientific review by two UB faculty with expertise in areas of health equity based on the content of the proposal. The applications will be rated using the following criteria: 1) Scientific merit and innovation; 2) Significance to the field; 3) Potential impact on health equity; 4) Potential for leading to sustainable systemic changes; 5) Integration of community involvement in the project; 6) Potential for securing extramural funding; 7) Potential for creating a path to independence for the PI and8) Realistic milestones and feasibility of completion within the time frame requested. We will prioritize projects using approaches encompassing multiple domains of influence (e.g., biological, behavioral, sociocultural, environmental, physical environment, health system) and multiple levels of influence (e.g., individual, interpersonal, family, peer group, community, societal) to understand and address health disparities.

The IDC Team will provide the second level of review based on the scientific peer reviews and Center of Excellence priorities. This review will place emphasis on authentic engagement of community partners, potential for larger extramural funding and potential for sustainable change. Careful review and adjustment of proposed budgets presents an opportunity to ensure that requested expenses are allowable and are critical to successful completion of the project, potentially freeing up funds for additional awards.

**C4.2 Action Plan for Aim 2**

**Aim 2.** Implement a diversity equity, inclusion, and accessibility (DEIA) Action Plan and leverage the resources and expertise of the proposed Center of Excellence to increase and diversify our workforce, especially in health disparities research.

**Current environment and strengths.** Research teams with greater diversity in perspective, lived experience, race, ethnicity and field of study increases creativity and innovation, which leads to results with greater impact (9-12). Diversifying the workforce is critical to expand the scope and creativity of work to solve the complex

problem of health inequities. Indeed, culture change is needed to enhance recruitment and retention of people from diverse backgrounds in research settings (13, 14). Following the designation of UB as a flagship university of the SUNY system in 2022, New York State made a historic investment to grow the ranks of tenure-track faculty. In a transformational initiative, UB will be hiring ~200 <u>new</u> tenure-track faculty over the next couple of years (see UB President and Provost letter). In 2020, UB committed to doubling the number of faculty from historically underrepresented backgrounds by 2025. As signs of early progress, while 10% of faculty hires in 2019 were underrepresented minority, the rate steadily increased to more than 25% in 2022. During the last two years, UB recruited new Deans of four of the six Health Sciences Schools. Two are women (medicine and nursing) and the others are African American (social work) and Latinx (dental medicine). All faculty involved in this proposal are actively involved in the UB hiring initiative in their respective departments and schools. We have developed strategies for our Center of Excellence to leverage this hiring initiative to attract new faculty with interest and expertise in health disparities research and to increase the diversity of our faculty.

As part of our underlying theme of prioritizing health equity at our university, we are committed to training a workforce prepared to confront the structural racism that generated centuries of disparate health outcomes. A critical element to achieving diversity at the faculty level is establishing early pathways to science careers in groups underrepresented in science and medicine. The student population in Buffalo Public Schools, the second largest school district in the state, is 80% underrepresented minority and has one of the lowest high school graduation rates in the state. UB has placed a priority on developing career pathways beginning with elementary schools in Buffalo Public Schools through the faculty level (**Figure C3**).



**Figure C3.** Selected programs in progress at UB to expand and diversify the health sciences and healthcare workforce.

Outcomes of three programs at the graduate/professional and early career faculty levels, are described:

- The **Collaborative Learning and Integrated Mentoring in the Bioscience (CLIMB)** Program, founded in 2009, offers research opportunities, mentoring, and professional development workshops to undergraduates, graduates and postdocs and has had (as of 2022) 588 participants (Current students 44% underrepresented minority [URM]). As of 2022, CLIMB UP has hosted 255 undergraduate students (68% URM) for summer internships. Of these, 103 (40%) have completed or are enrolled in PhD (28), MD (26), MD/PhD (3), Masters (13), DDS (9), PharmD (13), MPH (7), and other (4) programs. Overall, 37 are in UB programs and 66 are at other universities. The CLIMB Program has received national recognition, including the 2020 Inspiring Programs in STEM Award from Diversity Magazine.
- The **Associated Medical Schools of New York (AMSNY) Post Baccalaureate Program,** hosted by UB Jacobs School of Medicine and Biomedical Sciences, has had a substantial regional impact in expanding the pool of physicians from diverse backgrounds. UB hosts a one-year program to prepare underrepresented,

economically and educationally disadvantaged students for medical training in seven NY State medical schools that conditionally accepted them. Of 607 students (all from underrepresented or economically disadvantaged backgrounds) admitted to the program since 1991, 92% matriculated in medical school and 87% graduated. Funded by the NY State Department of Health, we enroll 20-25 students annually (4-5 per year subsequently enroll at UB). All participants attend tuition-free and receive a living stipend from AMSNY.

- **PRODiG ("Promoting Recruitment, Opportunity, Diversity, Inclusion and Growth")** is a SUNY-wide program to increase underrepresented faculty at SUNY in all disciplines and women in STEM fields. Supported by $2,199,600 in PRODiG funds since 2019, UB hired 26 new faculty, including 12 from underrepresented backgrounds (including 3 women in STEM) and 14 women in STEM fields.

In the context of this comprehensive university commitment to diversifying faculty, our Center of Excellence will strategically and intentionally contribute to recruiting faculty from groups underrepresented in science and medicine.

**DEIA Action Plan**. As part of our commitment to better recruit, support, and retain diverse faculty, staff and trainees in academic medicine, we will implement a Diversity, Equity, Inclusion, and Accessibility (DEIA) action plan. Institutions have a greater ability than individuals to change culture to overcome longstanding systemic barriers to diversifying the workforce in healthcare and research (12). While our Center of Excellence is not technically an institution, we will implement key elements of a DEIA Action Plan modeled after the plan of Enders et al (8), which won the 2023 JCTS Publication Award at the Association for Clinical and Translational Science (ACTS) 2023 national conference. Our plan considers multiple diversity types since individuals have several social identities that can lead to diminished respect and protection in the workplace (**Table C2**).

| Table C2. Diversity Types |
|---|
| Race |
| Ethnicity |
| Gender identity |
| Cultural background |
| Religious tradition |
| Body type and size |
| Age |
| Socioeconomic background |
| Physical, cognitive, and social-emotional abilities |
| Educational level |
| Sexual orientation |
| Neurodiversity |
| Mental health |

The plan involves intentional action with accountability by all faculty with effort on the grant (N=~11), staff (N=2), pilot studies awardees (N=20 to 25 over five years) and mentors (N=25 to 30 over five years) (**Table C3**). An awareness of one's unconscious bias is the first step in eliminating bias (15). Each person will take the Black-White Harvard Implicit Association Test and use the results to help inform their equity statement and their own actions. The results will not be shared, but rather will be used by each individual to guide their own views and actions. We will annually anonymously survey individuals who work as part of the Center of Excellence regarding their sense of belonging and inclusion (Questions like: "I feel I belong in the Center of Excellence" Strongly agree, agree etc). Each individual will create an equity statement that includes consideration of individual behaviors, activities related to their position, DEIA training and education, etc. Equity statements will be updated annually and reviewed with the IDC Core Director in the case of trainees and mentors and with the PI in the case of faculty and staff on the grant. We will give annual DEIA awards to faculty, trainees and staff to recognize noteworthy advances in promoting DEIA. We will actively engage the community in faculty and staff recruitment efforts by sharing job postings with our community partners who have extensive communication networks in Buffalo communities and include community members on search committees (with compensation). Exit interviews will be performed by Center of Excellence leadership as part of our continuous efforts to assess our culture and initiate active changes as needed to enhance the sense of inclusion and belonging for faculty, trainees and staff.

| Table C3. DEIA Equity Action Plan |
|---|
| Assess unconscious bias |
| Annual anonymous survey |
| Equity statements |
| Update equity statement annually |
| Consider DEIA in raises and promotion recommendations to department chairs |
| Annual Center of Excellence DEIA Awards |
| Engage community in faculty and staff recruitment |
| Exit interviews to assess environment |

This DEIA Action Plan is more than a policy statement. The plan requires action by every member of the Center of Excellence and each action has a follow-up, ensuring accountability. This DEIA Action Plan will be presented to pilot studies applicants and prospective mentors to set the expectation. We will assess the results through the annual anonymous survey, the number and impact of new initiatives that we implement from ideas in annual DEIA statements, and the demographics and characteristics of faculty, staff, pilot study awardees and trainees. The CTSI will implement the same DEIA Action Plan, emphasizing commitment to culture change.

**Leveraging an Institutional Faculty Hiring Initiative to Diversify Faculty.** Faculty serving on the Cores of our Center of Excellence are all influential faculty in their departments and schools (schools of medicine, nursing, public health, social work, architecture and urban planning). In addition, the Board of the UB Community Health

Equity Research Institute, in which our Center of Excellence is embedded, includes a faculty leader from each of the 12 UB schools. These faculty have significant input and participation in faculty recruitment. As part of our commitment to diversify our faculty and attract more researchers into the field of health disparities research, our Center of Excellence faculty and faculty Board members will proactively engage in faculty recruitment as part of the UB hiring initiative. They will volunteer to serve on and chair selected search committees and will reach out individually to diverse faculty candidates/colleagues in their networks and those who work in health disparities research to encourage them to apply for positions at UB to increase and diversify the pool of applicants. In conversations with junior faculty candidates with interests in health disparities research, the opportunity to apply for pilot studies and mentoring as part of the Center of Excellence is a valuable recruitment tool. When serving on search committees, our faculty will be active in ensuring an inclusive search process through suggesting proven methods, including a session on implicit bias for the search committee, and resisting the exclusion of candidates with qualifications primarily based on institutional pedigree and focus on the candidate's qualifications for the job. These experienced voices will be vocal in considering non-traditional experiences and career pathways.

Our community partners will meet with candidates of color so they may learn about the community and living in Buffalo as a person of color. These meetings have been particularly effective in recent faculty recruitments. Overall, this intentional commitment by respected faculty across multiple disciplines has strong potential for significant impact on recruiting faculty from traditionally underrepresented groups. One example of success with a recent recruit (Dr. Jamal Williams) was shown in Overall. A second recruit Dr. Gillian Franklin, who is already engaging with the Community Health Equity Research Institute and will benefit from the Center of Excellence follows. Drs. Franklin and Williams are excellent candidates to apply for pilot studies awards and train with us.

**Gillian Franklin MD PhD MPH** joined the Biomedical Informatics Fellowship Program at UB after having completed a postdoc in Environmental Health at the Harvard T.H. Chan School of Public Health. Her research interests focus on environmental and social determinants of health in populations that are likely to encounter health and healthcare disparities. She was appointed Assistant Professor of Biomedical Informatics (tenure track) in 2022 and was awarded a Diversity Supplement to the CTSA (UL1 TR001412-08S3). Her research project studies health literacy, with emphasis on vaccine hesitancy and developing an inferential statistical learning tool to predict individuals likely to refuse complying with public health recommendations.



Gillian Franklin
MD PhD MPH

**Training mentors.** Retention of faculty goes hand in hand with recruitment, particularly faculty from underrepresented groups, who have lower rates of retention than their overrepresented colleagues (16). Mentoring is critical to retention and to the success of early-career faculty investigators who form the backbone of the research workforce (7)**.** Institutional investment in a mentored research career development program for junior faculty researchers is financially sustainable and enhances participants' grant productivity over multiple years, even after completion of the training (17).

A critical element of effective mentoring is well trained mentors. Competency-based, structured research mentor training improves mentors' skills (18). It is especially important to understand and use approaches that meet the specific needs of faculty from underrepresented groups, who face unconscious bias, diversity pressures, isolation, and racism (7). A systematic review has shown that mentoring programs for minority faculty increases retention, academic productivity, and promotion rates for this group (19).

Each mentor-scholar dyad of pilot study awardee and assigned mentor will attend the mentoring workshop series conducted by the CTSI Workforce Development Core and KL2. This interactive program is designed specifically for mentor-protégé pairs and is offered annually to all faculty and trainees at UB. It includes an in-person format (five one-hour monthly sessions) (**Table C4**) and an online platform to offer resources and host forums (18, 20). Scholars and mentors attending the mentoring training will have the value of multiple viewpoints, more experience, and more feedback from these collaborations. This popular mentor training program, launched in 2016, has been revised and improved based on experience and feedback from those who have completed the program.

| Table C4. Mentor-Protege Mentoring Workshop Series |
| --- |
| Establishing and Monitoring a Mentoring Relationship |
| Effective Communication |
| Conflict Resolution in Mentoring |
| Creating an Inclusive Learning and Research Environment |
| Bringing a Mentoring Relationship to a Satisfactory End |

**C4.3 Action Plan for Aim 3.**

**Aim 3.** Provide expert training and mentoring in rigorous research design, methodology, statistical analysis and community-based participatory research to early-career investigators to support their research and advance their careers in minority health and health disparities research.

**Mentoring and support for pilot studies applicants and awardees**. In addition to making pilot studies funding available, our proposed plan places strong emphasis on mentoring and supporting early career pilot studies applicants and awardees to maximize their likelihood of success and maximize the impact of their work on the community while advancing careers (**Table C5**). The mentoring begins while preparing proposals (see yellow boxes in **Figure C1** above). At the time of invitation to write a full proposal, our Core will work with the applicant to link them with appropriate community partners as needed. The pilot study applicant will also meet with Dr. Gregory Wilding, Professor of Biostatistics, a member of the IDC Team and expert in research design and biostatistics, to provide input as the proposal is being planned. Dr. Wilding may assign a biostatistics colleague

with appropriate expertise to work with the applicant. Based on our CTSI experience, this often leads to new collaborations with biostatisticians and inclusion as co-investigators on the pilot studies, increasing the rigor of the proposal. The IDC will also work with awardees to ensure access to appropriate research resources, particularly the extensive resources through the CTSI, which are available to all UB faculty and scholars at no charge.

| Table C5. Mentoring and support for pilot study applicants and awardees |
|---|
| Coaching session to write proposals |
| Training in working with community |
| Link with community partners |
| Mentor-protégé workshop series |
| Research design and biostatistics support |
| Link with relevant CTSI cores |
| Expert research compliance support |
| Assign advocate/mentor from Center of Excellence |
| Include community partner on each mentoring committee |
| Didactic training in health disparities |
| Join Community of Scholars |
| Grant writing workshops |
| Communication of research findings |

When proposals are funded, a faculty member of the IDC Team will be assigned to each awardee to ensure an effective mentoring committee and mentoring plan are in place, assist in linking with appropriate resources, troubleshoot any obstacles and meet every two months to ensure continued progress. We anticipate most awardees (early-career assistant professors and postdocs) will have mentors and mentoring committees in their home departments. The assigned IDC Team advocate will assess the existing mentoring team to ensure that mentor(s) have appropriate expertise and experience in minority health and health disparities research. In the case that a scholar would benefit from an additional mentor(s), the IDC Team member will work with the scholar and the existing mentoring team to identify a mentor with appropriate expertise. In some cases, this may include mentors from outside UB, including other academic institutions, or in some cases, stakeholders outside of academia. Either way, the IDC Team member will serve as an advocate and facilitator as their project and career progress. Members of the IDC Team and Center of Excellence Leadership team are well connected nationally in health equity research, facilitating collaboration and mentoring opportunities beyond UB as needed. The approach is not intended to replace current mentors, but rather to complement mentoring teams to the benefit of the scholars.

**Qualifications and research experience of mentoring teams.** In evaluating mentor qualifications, we will use the same criteria applied to mentors of NIH training grants. Mentors will be expected to have extramural funding, a track record of successful mentoring of postdocs and early career faculty and publications in peer reviewed journals. Their research will have a focus on health disparities in the general or related domain of that of the scholar. Mentors can be faculty in any of the 12 UB schools, depending on the focus of the scholars' work, creating a large pool of qualified mentors. Mentors assigned by the Center of Excellence will undergo mentor training described in Aim 2.

**Sustained mentorship.** As noted above, a member of the IDC will be assigned to each pilot studies award recipient to oversee and guide career mentoring, which will proceed in cooperation with the scholars' own department-based mentoring. Mentoring teams will provide guidance for scholars to apply for extramural funding tailored to their career paths toward independence. The most likely funding pathway for assistant professors will be either individual K awards or R01s (or similar mechanisms), depending on career stage, publication record and any funding history. Postdoctoral scholars will be candidates for F32, K awards or R-like awards. We envision some scholars from this program being excellent candidates for the CTSA-linked KL2 mentored career development program, which has been highly successful in training early career faculty to become independent investigators.

Research mentoring and career guidance will continue through independence. Additional mechanisms for continued guidance include participating in the Community of Scholars, selected didactic training aligning with

the scholars' interest (**Table C6** below), access to annual grant writing workshops and regular meetings with the Center of Excellence-assigned advocate (**Figure C4**).

Pilot studies recipients will also be invited to become Research Fellows of the Health Equity Institute, which include faculty and trainees with an interest and commitment to research in health disparities. Fellows can receive assistance in developing their research ideas and grant applications, have their research papers and grant applications



**Figure C4**. Continued mentorship of scholars. The Center of Excellence-assigned advocate/mentor follows scholar through independence for advocacy and career guidance. Scholars participate in mentor-protégé workshop (year 1) and grant writing workshop (year 2). Additional resources shown here are tailored for individual scholars working with advocate/mentor.

critiqued and participate in selected projects that align with their research and career interests. These fellows may also receive assistance in building community partnerships and developing interactive relationships with East Side neighborhood residents. The Health Equity Institute hosts an annual research day, which is an interactive event where research is shared and presented and with opportunities for new research collaborations and community partnerships.

**Compliance with federal regulations and NIH policies.** The Health Equity Institute Administrator will meet with each pilot study awardee and their team to review requirements, conditions of funding and to address any questions. They will together work with the UB Sponsored Projects Office to assist and ensure compliance with Federal policies, rules, and guidelines for research involving human subjects and vertebrate animals, from the pre-approval process and throughout the study. All human subjects research at UB goes through the AAHRPP-accredited UB IRB, which acts as the regional IRB through affiliation agreements with our hospital partners, Kaleida Health and Erie County Medical Center. The CTSI performs IRB pre reviews on all protocols submitted to the IRB and works with PIs to prepare protocols that follow all the required guidelines. These pre reviews reduce IRB turnaround time substantially by ensuring submission of well-prepared IRB protocols.

**Training in working with the community.** A priority expressed consistently by our community partners during our many planning discussions for this proposal was that early career investigators undergo training in working with communities. Many academic researchers have limited knowledge of emerging science and processes for effectively engaging communities, especially researchers who are new to working with communities (21). It is critical that our researchers recognize the community as an asset that can show them how to understand and address social determinants of health, advance trainees' ability to work hand in hand with community members, and increase the impact of their research discoveries (22, 23).

We will develop an interactive workshop series in working with communities that will be required of all pilot studies awardees and will be available to all researchers. The module will be tailored to working with communities in the Buffalo region and modeled after successful existing programs (21, 24). Community members with effort on this proposal will lead the training module with the participation of the Community Advisory Board (see Administrative Core) and with support by expert faculty on this Core and the Health Equity Institute Administrator. The training module will emphasize understanding and training in cultural humility, an orientation based on self-reflection; appreciation of community members' expertise on the social and cultural context of their lives; and willingness to share authority, credit for success and responsibility for failure (25-27). Cultural humility means admitting what one does not know and is willing to learn from community members who experience adverse social determinants of health. In addition to training in cultural humility, the workshops will include implicit bias training, consideration of the value of community engaged research, principles of CBPR, and interacting with community members.

**Didactic Training in Minority Health and Health Disparities.** In addition to providing mentoring, the IDC will offer a didactic research training program directed to early career investigators, including pilot studies program applicants and awardees, and make the educational offerings available widely to the UB community. We have

carefully designed a program adding value to early-stage investigators but is mindful of the importance of managing time for performing research. The program will be a combination of new training modules developed specifically as part of this proposal and leveraging rich and valuable existing educational opportunities in the UB environment, particularly those offered by the CTSI. This approach facilitates networking and collaboration opportunities for our investigators and ensures the feasibility of this plan from a budgetary perspective in that we are not launching all these educational modules from scratch. **Table C6** lists the didactic training in which pilot studies awardees will participate. We will also invite and encourage LOI and full proposal applicants whose projects were not chosen each year and other early-stage investigators to participate.

- Coaching sessions for LOIs and full proposal submission. These sessions are designed to assist investigators in becoming more successful in writing pilot studies proposals for basic biomedical, behavioral, clinical and/or population health research on diseases and conditions that disproportionately affect the health and well-being of ethnic minority and other underserved and marginalized communities (28). We will offer a session on how to write high quality LOIs and a second session on writing research proposals to the pilot research program. During these sessions, applicants will receive tips on how to make the LOI objective, focused and responsive to the RFA. Those applicants, who after submitting LOIs are invited to submit full applications, will have the opportunity to attend another session to receive tips on how to write a high-quality research proposal.

| Table C6. Didactic training modules for early-stage investigators | | | |
|---|---|---|---|
| **Training Module** | **New or existing** | **Sessions per year** | **Hours per year** |
| **For all pilot studies awardees:** | | | |
| Pilot Studies Symposium | New | 1 | 4 |
| Monthly seminar series | New | 12 | 12 |
| Annual Health Equity Institute Research Day | Existing | 1 | 8 |
| Igniting Hope Conference Series | Existing | 1 | 8 |
| LOI and Pilot Studies Coaching Sessions | New | 2 | 2 |
| CTSI Implementation Science Seminar series | Existing | 5 | 5 |
| CTSI Health Equity Workshop Series | Existing | 5 | 7.5 |
| CTSI Community-University Collaborations in Research | Existing | 3 | 6 |
| **Optional, tailored to individual scholars:** | | | |
| Join Community of Scholars | | | |
| Selected CTSI Core Competency workshops | | | |
| CTSI grant writing workshop | | | |

- Implementation science seminar series. This seminar series is hosted by the CTSI. Rapid advancements in translational research have led to innovative clinical discoveries and evidence-based interventions that should be implemented in real-world settings. However, implementation of these new effective interventions into practice is often delayed. Training scholars in implementation science bridges research to practice for diverse populations to advance health equity (29). Research on the adoption and/or scaling up of innovative strategies and tools and interventions for disease prevention in communities affected by health disparities will provide key data for policy makers, and local public health authorities to implement changes that will impact social determinants of health.

- Annual Center of Excellence Pilot Studies Symposium. Pilot study awardees will present their research in oral presentations at the end of their funding period, and the most recent round of awardees will present posters of their ongoing studies, providing a venue to facilitate networking and collaborations. Dr. Oscar Gomez will give a talk on "tips for writing successful pilot studies" that will generate interest among postdocs and early career faculty. This half-day symposium will be advertised widely throughout UB and the community, bringing attention to the pilot studies and resources that the Center of Excellence offers and attracting more researchers into the discipline and more applicants for pilot studies.

- Monthly Seminar Series. This series will feature UB and community researchers, in addition to invited national experts (two per year). Visiting speakers will meet with pilot studies awardees and other early career researchers to discuss their work and to interact personally with nationally recognized experts in the field.

- Annual Health Equity Research Day. We will invite faculty, trainees, and community members to submit abstracts, that will be reviewed and invited for oral or poster presentations. This day-long event hosted by the UB Community Health Equity Research Institute features a keynote speaker, small group breakout sessions on key topics, short talks, and poster sessions. In our first two research days, presenters have been from eight of the 12 UB schools and multiple community organizations, with presentations related to indigenous, LGBTQ, and rural communities, new Americans, immigrants, and asylum seekers, in addition to

under resourced and underserved urban communities. The event is a highly interactive, multidisciplinary interactive event, indicative of broad interest in health disparities research regionally. Attendance has been 80 to 90 people each year.

- CTSI Core Competency Workshop Series in Health Equity. Each year the CTSI offers a five-workshop series on social determinants of health and health equity, run by Dr. Henry Taylor, Associate Director of the UB Community Health Equity Research Institute and Dr. Yu Ping Chang, Senior Associate Dean of the School of Nursing, and member of the Health Equity Institute Board. This series has been quite popular with approximately 60 attendees per session.

- CTSI Core Competency Workshop Series in Community-University Collaborations in Research. Each workshop consists of a diverse, community-friendly panel designed to engage the audience in discussion about perceived barriers to conducting research with communities and using innovative approaches to address health disparities in Western New York communities.

- Igniting Hope Conference Series. This regional conference supported for 3 years by an NIH conference grant (R13 TR003486) will continue to be held each year as a joint effort by the UB Community Health Equity Research Institute, the Buffalo Center for Health Equity and the CTSI. The conference is described in Overall and in our recent publication (30).

The planned didactic training is approximately 84.5 hours per year (**Table C6**). Based on a 40-hour work week, that represents 4.2% effort. This amount is not onerous but will enhance career development substantially.

**Professional development.** We anticipate that pilot studies awardees will be at various stages of their careers. Therefore, we will provide mentoring, expert support and didactic training tailored to their career stage and needs and will individualize professional development support.

Investigators can choose from a range of professional development opportunities, guided by discussion with their assigned IDC Team advocate/mentor.

- Community of Scholars which is part of the CTSI Mentored Career Development Program, is a collegial body of junior scientists who meet regularly, grow academically, broaden their professional networks, and get involved in community outreach activities. Dr. Gomez, Director of the IDC, is the faculty advisor of the Community of Scholars. The group has a work-in-progress series in which scholars present their work, professional development sessions to enhance opportunities to develop professional and interpersonal skills with the goal of becoming a successful and independent investigator, sessions on preparation of CVs and promotion dossiers, and others.

- CTSI Core Competency workshop series on clinical and translational research is offered each year and open to all faculty, trainees, and staff. Workshops in addition to those in **Table C6** that may be particularly relevant include Biostatistics Boot Camp, Translational Teamwork, Scientific Communication, Biomedical Informatics, and others. Each series is three to eight workshops and can be attended in full or individually.

- Workshops on grant writing are offered by a team from the CTSI and the UB Office of Research Advancement on a yearly basis to early-stage investigators. Senior faculty with strong track records in grant funding lead these workshops.

- Communication of research findings. The Community Engagement and Dissemination Core will provide training and coaching in communication of research findings, a critical skill for any researcher. Training sessions will place emphasis on oral communication skills of scientific information, having conversations with community members and community leaders, short oral presentations, and press interviews.

- Scholars will be encouraged to attend national and international meetings to present their research findings, interact with researchers in aligned fields and to establish a collaborative network. In addition, the IDC advocate and scholar will discuss joining professional and scientific organizations that would benefit the scholar's career development.

## C5.   IDC Leadership Team

**Investigator Development Core (IDC) Leadership Team.** The core will have a multidisciplinary leadership team with recognized expertise in health equity, social justice, epidemiology, medicine, and health policy. Also, each leader has extensive experience in leading training grants and/or mentoring trainees. The IDC leadership team will advise the Core Director and Associate Director and contribute to planning and oversight of

core activities, including the pilot studies awards, the training program for scholars in health disparities who are awarded pilot studies, and for community members who are participating in the pilot research projects. **Table C7** describes the diverse and valuable attributes of the members of the IDC Leadership Team.

- **Oscar Gomez MD PhD, Core Director.** Dr. Gomez is an Associate Professor of Pediatrics, School of Medicine, and an active advocate of recruiting underrepresented minorities in medical science to training programs. He has excellent experience in leading training and mentoring programs. He is a member of the Harold Amos Medical Faculty Development Program of The Robert Wood Johnson Foundation, first as a scholar beginning 2009, and later as an alumnus beginning in 2012. This program is dedicated to career development of underrepresented minorities in medical science in the US. He is co-investigator and associate lead of the CTSI-associated KL2-mentored research award program in which he serves as a faculty advisor for early-career scholars. He has expertise in molecular epidemiology, microbial pathogenesis, and vaccine development. His research includes studies on the epidemiology of childhood diarrhea among children in low- and middle-income countries in Latin America and studies on hepatitis C- exposure and infection among infants in Buffalo, a condition that disproportionately impacts communities that experience adverse social determinants of health.

| Table C7. Attributes of the Investigator Development Core Leadership Team |
|---|
| Strong track record as mentors (all) |
| Four disciplines in three UB schools represented |
| Community leader and National Medical Association mentor |
| Three of five underrepresented in biomedical sciences |
| Three of five serve as faculty in CTSI cores |

  - Dr. Gomez will oversee the IDC, working with team members and guidance from the Center of Excellence Leadership Team (see Administrative Core). He will work with the Administrative Core in managing pilot project award announcements, proposal evaluation and selection and will coordinate training activities and serve on the Center of Excellence Leadership Team.

- **Pastor Kinzer M. Pointer MM, Associate Core Director** is the Pastor of Liberty Missionary Baptist Church, President and CEO of Greater Buffalo United Ministries and Chair of the Erie County Poverty Committee. He is an active mentor in the National Medical Association and works closely with Drs. Murphy and Gomez on the T35 training grant "Training the Next Generation of Clinician Scientists." (T35 AI089693). He co-leads an innovative course in the School of Medicine "Health in the Neighborhood." Pastor Pointer also serves on the Board of the Community Health Equity Research Institute. As a community leader and community member he will contribute ideas and input to this core and participate in mentoring pilot studies awardees.

- **Henry-Louis Taylor Jr. PhD** is Professor of Urban and Regional Planning, School of Architecture and Planning, Director of the Center for Urban Studies; and Associate Director, UB Community Health Equity Research Institute. His areas of expertise include urban development, housing, gentrification, underdeveloped neighborhoods, shrinking cities, race and class, and U.S.-Cuba relations. His research focuses on a historical and contemporary analysis of underdeveloped urban neighborhoods, social isolation, and race and class issues among people of color, especially African Americans and Latinos. Dr. Taylor designed and runs the *Urban Internship Program,* which creates opportunities for graduate and undergraduate students to become involved in East Side neighborhood redevelopment initiatives and research projects. He is also the Co-leader of the CTSI Workshop series in Health Equity.

- **Gregory Wilding PhD,** Professor of Biostatistics and director of the Biostatistics, Epidemiology, Research Design (BERD) Core of the CTSI. He has expertise in clinical trial design, permutation tests, resampling techniques, goodness-of-fit tests, distributional characterizations, copulas, tests of independence, and biostatistics. He designed and launched the highly successful *Winter Institute in Biostatistics* for undergraduate students to attract talented and interested students into the field of biostatistics. Dr. Wilding and his team will meet with each pilot studies scholar and advise on research design and data analysis, and in many cases facilitate collaboration with a biostatistics faculty with appropriate expertise for the project.

- **Ekaterina Noyes PhD MPH,** Professor and Director of the Division of Public Health Services Policy and Practice in the UB School of Public Health and Health Professions. She has broad experience in health services research with expertise in health outcomes and quality of care assessment, large administrative

data analytics, comparative effectiveness, and economic evaluations in healthcare, as well as mixed methods and implementation research. She builds and trains interdisciplinary teams supported by a variety of federal and private sources including the NIH, PCORI, National Multiple Sclerosis Society, among others. Dr. Noyes is Co-PI of a K12 training grant focused on training in implementation science (K12HL138052) and Director of the Team Science and Workforce Development Cores of the CTSI.

The IDC Team will be assisted by a Project Manager and by the Administrator of the Community Health Equity Research Institute, whose salary is supported by the University (see President and Provost letter).

The day-to-day activities of the IDC will be managed by the Director with frequent discussion with the Associate Director and the assistance of the Institute Administrator and Project Manager. The IDC Team will meet monthly and will have active input into the conduct of the Core, including the mentoring and support of the pilot studies awardees. The IDC Director serves on the Center of Excellence Leadership Team to ensure communication and alignment of goals and activities. IDC leaders will meet monthly with Community Engagement and Dissemination Core leaders and as needed to work in concert to provide expertise on community involvement and dissemination plans for ongoing pilot studies.

## C6.    Summary and Vision

A Center of Excellence in Investigator Development and Community Engagement will be the only formal training program in minority health and health disparities research at UB, bringing an enormously important resource to our training environment. Our Investigator Development Core takes a comprehensive approach to training the next generation of researchers in minority health and health disparities. An important element of our approach is taking intentional action to contribute to our university's goal to increase the diversity of our faculty, leveraging the unique opportunity of a large faculty hiring initiative. Researchers from diverse backgrounds bring insight that comes with lived experiences to better understand systemic racism and discrimination and their impact on health disparities. In addition to implementing an innovative DEIA Action Plan, a strategy that is showing early signs of progress in other institutions, we propose active involvement of Center of Excellence faculty in recruitment in their departments and schools. A Center of Excellence with the opportunity for pilot studies and extensive training and mentoring will be an attractive feature in our environment for recruiting faculty candidates with interest and expertise in minority health and health disparities research.

Our goal to train and mentor early-career investigators to establish their own independent research program is responsive to their needs by providing two of the most important elements for early-stage investigators to successfully advance their careers: 1) training and mentoring and 2) funding to support the development of preliminary results to be competitive for larger extramural grants. We actively engage faculty from all 12 UB schools, which encompass a broad range of disciplines related directly to SDOH, which span beyond the health sciences. This connection with researchers in diverse disciplines gives us the opportunity to attract new researchers to perform research in health disparities. Faculty outside of the health sciences are often not aware that their work relates directly to SDOH impacting health outcomes. We view one of the roles of our Center of Excellence as to increase awareness of the breadth of health disparities research by serving as a university-wide resource. Our vision for the next five years is that our Center of Excellence will facilitate the training a more diverse faculty from more disciplines to perform innovative research in minority health and health disparities to advance their careers to independence and to create systemic change to reduce health inequities in Buffalo and beyond.

## PHS Human Subjects and Clinical Trials Information

OMB Number: 0925-0001

Expiration Date: 01/31/2026

**Use of Human Specimens and/or Data**

Does any of the proposed research in the
application involve human specimens and/or data *    ● Yes        ○ No

Provide an explanation for any use of human
specimens and/or data not considered to be
human subjects research.

Are Human Subjects Involved    ● Yes        ○ No

Is the Project Exempt from Federal regulations?    ○ Yes        ● No

Exemption Number    ❏ 1    ❏ 2    ❏ 3    ❏ 4    ❏ 5    ❏ 6    ❏ 7    ❏ 8

Other Requested Information

**Human Subject Studies**

| Study# | Study Title | Clinical Trial? |
|---|---|---|
| The form does not have any study records | | |

Delayed Onset Studies

| Delayed Onset Study# | Study Title | Anticipated Clinical Trial? | Justification |
|---|---|---|---|
| 1 | TBD Based on Pilot Study Selections | Yes | Human_Subjects.pdf |

Tracking Number: GRANT13951079    Opportunity Number: RFA-MD-23-011.    Received Date: 2023-08-04T08:29:33.000-04:00

DELAYED ONSET STUDY(IES) JUSTIFICATION

Study Title:
Multiple Delayed Onset Studies: Investigator Development Core

Human subjects research is anticipated within the project period for which we are requesting funding. However, we are not able to fully define plans for human subject studies as part of this application, since the investigators and their research projects will be determined post-award.

Once funded, the University at Buffalo (UB) Center of Excellence in Investigator Development and Community Engagement Core will distribute a call for letters of intent to UB early career investigators for pilot studies related to health disparities and social determinants of health. We anticipate that some but not all the pilot studies will be clinical trials.

For the pilot studies, we assure that all policies will be followed inclusive of human subject research, multi-site studies and single IRB, and registration and dissemination of clinical trials information.

Any human subjects research conducted as part of the pilot studies program will receive approval from the UB AAHRPP-certified Institutional Review Board (IRB) and will be submitted to NIH for prior approval before initiating the proposed human subjects research.

Domestic sites of multi-site studies conducting non-exempt research involving human subjects will use a single IRB of record.

Clinical trials will be registered and results will be submitted to Clinicaltrials.gov, consistent with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information.

Contact PD/PI: Murphy, Timothy   Investigator-Core-001 (358)

## Bibliography: Investigator Development Core

1.      Selker HP, Wilkins CH. From community engagement, to community-engaged research, to broadly engaged team science. J Clin Transl Sci. 2017;1(1):5-6. Epub 20170412. doi: 10.1017/cts.2017.1. PubMed PMID: 31660208; PMCID: PMC6798217.

2.      Collyer TA, Smith KE. An atlas of health inequalities and health disparities research: "How is this all getting done in silos, and why?". Social science & medicine. 2020;264:113330. Epub 2020/09/25. doi: 10.1016/j.socscimed.2020.113330. PubMed PMID: 32971486; PMCID: PMC7449896.

3.      Sensoy Bahar O, Cavazos-Rehg P, Ssewamala FM, Abente B, Peer L, Nabunya P, Soto de Laurido LE, Betancourt TS, Bhana A, Edmond T. Training LEADers to Accelerate Global Mental Health Disparities Research (LEAD) Program: A Research Training Program Protocol. Frontiers in Public Health. 2021;9:749627. Epub 2021/12/04. doi: 10.3389/fpubh.2021.749627. PubMed PMID: 34858929; PMCID: PMC8631301.

4.      Williams LB, Surratt HL, King VL, Kern PA. The Disparities Researchers Equalizing Access for Minorities (DREAM) Scholars program: career development for underrepresented health equity researchers. J Clin Transl Sci. 2021;5(1):e170. Epub 2021/11/05. doi: 10.1017/cts.2021.845. PubMed PMID: 34733546; PMCID: PMC8532178.

5.      Diallo AF, Alabi O, Groves A, Johnson AE, Okoro F, Ramos SR, Nelson RK, Boutjdir M. Training Underrepresented Early-Career Faculty in Cardiovascular Health Research during COVID-19: Structural Inequities and Health Disparity. Ethn Dis. 2021;31(3):411-6. Epub 2021/07/24. doi: 10.18865/ed.31.3.411. PubMed PMID: 34295128; PMCID: PMC8288477.

6.      Williams N, Ravenell J, Duncan AF, Butler M, Jean-Louis G, Kalet A. Peer Mentor Development Program: Lessons Learned in Mentoring Racial/Ethnic Minority Faculty. Ethn Dis. 2020;30(2):321-30. Epub 2020/04/30. doi: 10.18865/ed.30.2.321. PubMed PMID: 32346278; PMCID: PMC7186051.

7.      Williams JS, Walker RJ, Burgess KM, Shay LA, Schmidt S, Tsevat J, Campbell JA, Dawson AZ, Ozieh MN, Phillips SA, Egede LE. Mentoring strategies to support diversity in research-focused junior faculty: A scoping review. J Clin Transl Sci. 2023;7(1):e21. Epub 2023/02/10. doi: 10.1017/cts.2022.474. PubMed PMID: 36755542; PMCID: PMC9879913.

8.      Enders FT, Golembiewski EH, Orellana MA, KN DS, Addani MA, Morrison EJ, Benson JT, Silvano CJ, Pacheco-Spann LM, Balls-Berry JE. Changing the face of academic medicine: an equity action plan for institutions. J Clin Transl Sci. 2022;6(1):e78. Epub 20220520. doi: 10.1017/cts.2022.408. PubMed PMID: 35874036; PMCID: PMC9280456.

9.      Freeman RB, Huang, W. Collaborating with people like me: ethnic co-authorship within the United States. Journal of Labor Economics. 2015;33(3):S289-S318.

10.      Hunt DV Y, L, Prince S, Dixon-Fyle S. Delivering through diversity: McKinsey & Company; 2018 [cited 2023]. Available from: https://www.mckinsey.com/capabilities/people-and-organizational-performance/our-insights/delivering-through-diversity.

11.      Bengert E, Towle-Miller L, Boccardo J, Mercene G, Ohtake PJ, Balkundi P, Elkin PL, Balthasar J, Murphy TF, Noyes K. Novel approach for tracking interdisciplinary research productivity using institutional databases. J Clin Transl Sci. 2022;6(1):e119. Epub 2022/10/20. doi: 10.1017/cts.2022.455. PubMed PMID: 36259067; PMCID: PMC9550599.

12.      AlShebli BK, Rahwan T, Woon WL. The preeminence of ethnic diversity in scientific collaboration. Nature Communications. 2018;9(1):5163. Epub 20181204. doi: 10.1038/s41467-018-07634-8. PubMed PMID: 30514841; PMCID: PMC6279741.

13.      Boulware LE, Corbie G, Aguilar-Gaxiola S, Wilkins CH, Ruiz R, Vitale A, Egede LE. Combating Structural Inequities - Diversity, Equity, and Inclusion in Clinical and Translational Research. N Engl J Med. 2022;386(3):201-3. Epub 20220115. doi: 10.1056/NEJMp2112233. PubMed PMID: 35029847.

14.      Enders FT, Golembiewski EH, Pacheco-Spann LM, Allyse M, Mielke MM, Balls-Berry JE. Building a framework for inclusion in health services research: Development of and pre-implementation faculty and staff attitudes toward the Diversity, Equity, and Inclusion (DEI) plan at Mayo Clinic. J Clin Transl Sci. 2021;5(1):e88. Epub 20210105. doi: 10.1017/cts.2020.575. PubMed PMID: 34007470; PMCID: PMC8111694.

15.    Capers Qt, Clinchot D, McDougle L, Greenwald AG. Implicit Racial Bias in Medical School Admissions. Acad Med. 2017;92(3):365-9. doi: 10.1097/ACM.0000000000001388. PubMed PMID: 27680316.

16.    Kaplan SE, Gunn CM, Kulukulualani AK, Raj A, Freund KM, Carr PL. Challenges in Recruiting, Retaining and Promoting Racially and Ethnically Diverse Faculty. Journal of the National Medical Association. 2018;110(1):58-64. Epub 20170421. doi: 10.1016/j.jnma.2017.02.001. PubMed PMID: 29510845; PMCID: PMC5844367.

17.    Libby AM, Hosokawa PW, Fairclough DL, Prochazka AV, Jones PJ, Ginde AA. Grant Success for Early-Career Faculty in Patient-Oriented Research: Difference-in-Differences Evaluation of an Interdisciplinary Mentored Research Training Program. Acad Med. 2016;91(12):1666-75. doi: 10.1097/ACM.0000000000001263. PubMed PMID: 27332867; PMCID: PMC5177544.

18.    Pfund C, House SC, Asquith P, Fleming MF, Buhr KA, Burnham EL, Eichenberger Gilmore JM, Huskins WC, McGee R, Schurr K, Shapiro ED, Spencer KC, Sorkness CA. Training mentors of clinical and translational research scholars: a randomized controlled trial. Acad Med. 2014;89(5):774-82. doi: 10.1097/ACM.0000000000000218. PubMed PMID: 24667509; PMCID: PMC4121731.

19.    Rodriguez JE, Campbell KM, Fogarty JP, Williams RL. Underrepresented minority faculty in academic medicine: a systematic review of URM faculty development. Fam Med. 2014;46(2):100-4. PubMed PMID: 24573516.

20.    Martina CA, Mutrie A, Ward D, Lewis V. A sustainable course in research mentoring. Clin Transl Sci. 2014;7(5):413-9. Epub 20140529. doi: 10.1111/cts.12176. PubMed PMID: 24889332; PMCID: PMC4213291.

21.    Jenkins C, Fagan HB, Passarella J, Fournakis N, Burshell D. Training Academic and Community Investigator Teams for Community-Engaged Research: Program Development, Implementation, Evaluation and Replication. Progress in Community Health Partnerships: Research, Education, and Action. 2020;14(2):229-42. Epub 2021/01/09. doi: 10.1353/cpr.2020.0019. PubMed PMID: 33416644; PMCID: PMC8392131.

22.    Wilkins CH, Alberti PM. Shifting Academic Health Centers from a Culture of Community Service to Community Engagement and Integration. Academic Medicine. 2019;94(6):763-7. doi: 10.1097/acm.0000000000002711. PubMed PMID: 00001888-201906000-00024.

23.    Park B, Frank B, Likumahuwa-Ackman S, Brodt E, Gibbs BK, Hofkamp H, DeVoe J. Health Equity and the Tripartite Mission: Moving From Academic Health Centers to Academic-Community Health Systems. Acad Med. 2019;94(9):1276-82. Epub 2019/08/29. doi: 10.1097/ACM.0000000000002833. PubMed PMID: 31460915.

24.    Battaglia TA, Pamphile J, Bak S, Spencer N, Gunn C. Connecting Community to Research: A Training Program to Increase Community Engagement in Research. Progress in Community Health Partnerships: Research, Education, and Action. 2019;13(2):209-17. Epub 2019/06/11. doi: 10.1353/cpr.2019.0021. PubMed PMID: 31178456; PMCID: PMC6667830.

25.    Lekas HM, Pahl K, Fuller Lewis C. Rethinking Cultural Competence: Shifting to Cultural Humility. Health Serv Insights. 2020; 13:1178632920970580. Epub 2021/01/12. doi: 10.1177/1178632920970580. PubMed PMID: 33424230; PMCID: PMC7756036.

26.    Andress L, Hall T, Davis S, Levine J, Cripps K, Guinn D. Addressing power dynamics in community-engaged research partnerships. J Patient Rep Outcomes. 2020;4(1):24. Epub 2020/04/07. doi: 10.1186/s41687-020-00191-z. PubMed PMID: 32249348; PMCID: PMC7131972.

27.    Yeager KA, Bauer-Wu S. Cultural humility: essential foundation for clinical researchers. Appl Nurs Res. 2013;26(4):251-6. Epub 2013/08/14. doi: 10.1016/j.apnr.2013.06.008. PubMed PMID: 23938129; PMCID: PMC3834043.

28.    Yanagihara R, Berry MJ, Carson MJ, Chang SP, Corliss H, Cox MB, Haddad G, Hohmann C, Kelley ST, Lee ESY, Link BG, Noel RJ, Jr., Pickrel J, Porter JT, Quirk GJ, Samuel T, Stiles JK, Sy AU, Taira DA, Trepka MJ, Villalta F, Wiese TE. Building a Diverse Workforce and Thinkforce to Reduce Health Disparities. Int J Environ Res Public Health. 2021;18(4). Epub 2021/02/11. doi: 10.3390/ijerph18041569. PubMed PMID: 33562262; PMCID: PMC7915161.

29.     Boyce CA, Barfield W, Curry J, Shero S, Green Parker M, Cox H, Bustillo J, Price LN. Building the Next Generation of Implementation Science Careers to Advance Health Equity. Ethn Dis. 2019;29(Suppl 1):77-82. Epub 2019/03/25. doi: 10.18865/ed.29.S1.77. PubMed PMID: 30906153; PMCID: PMC6428181.

30.     Murphy TF, Robinson RH, Wofford KM, Lesse AJ, Grinslade S, Taylor HL, Jr., Pointer KM, Nicholas GF, Orom H. A community-university run conference as a catalyst for addressing health disparities in an urban community. J Clin Transl Sci. 2022;6(1):e67. Epub 20220506. doi: 10.1017/cts.2022.398. PubMed PMID: 35836792; PMCID: PMC9257780.

**Exhibit D to Shurtleff Declaration**

This notice has expired. Check the **NIH Guide
(https://grants.nih.gov/funding/searchguide/)** for active opportunities and notices.

# Department of Health and Human Services
# Part 1. Overview Information

**Participating Organization(s)**

National Institutes of Health (NIH (http://www.nih.gov))

**Components of Participating Organizations**

National Heart, Lung, and Blood Institute (NHLBI (http://www.nhlbi.nih.gov/))
National Cancer Institute (NCI (https://www.cancer.gov/))
National Human Genome Research Institute (NHGRI (https://www.genome.gov/))
National Institute on Aging (NIA (http://www.nia.nih.gov/))
National Institute on Alcohol Abuse and Alcoholism (NIAAA (http://www.niaaa.nih.gov/))
National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS (http://www.niams.nih.gov/))
National Institute of Biomedical Imaging and Bioengineering (NIBIB (http://www.nibib.nih.gov/))
Eunice Kennedy Shriver National Institute of Child Health and Human Development (NICHD (http://www.nichd.nih.gov/))

National Institute on Deafness and Other Communication Disorders (NIDCD (https://www.nidcd.nih.gov/))
National Institute on Drug Abuse (NIDA (http://www.nida.nih.gov/))
National Center for Complementary and Integrative Health (NCCIH (http://www.nccam.nih.gov/))
National Institute of Dental and Craniofacial Research (NIDCR (https://www.nidcr.nih.gov/))
National Institute of Mental Health (NIMH (https://www.nimh.nih.gov/index.shtml))
National Institute of Nursing Research (NINR (https://www.ninr.nih.gov/))
National Institute on Minority Health and Health Disparities (NIMHD (https://www.nimhd.nih.gov/))

National Institute of Allergy and Infectious Diseases (NIAID (https://www.niaid.nih.gov/))

National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK (https://www.niddk.nih.gov/)) - participation added for due dates on/after January 8, 2021 (see NOT-DK-21-002 (https://grants.nih.gov/grants/guide/notice-files/NOT-DK-21-002.html))

Office of Research Infrastructure Programs (ORIP (https://orip.nih.gov/))

**Special Note:** Not all NIH Institutes and Centers participate in Parent Announcements. Applicants should carefully note which ICs participate in this announcement and view their respective areas of research interest and requirements at the Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/grants/guide/contacts/parent-K01-CT-not-allowed.html) website. ICs that do not participate in this announcement will not consider applications for funding. Consultation with NIH staff before submitting an application is strongly encouraged.

**Funding Opportunity Title**

Mentored Research Scientist Development Award (Parent K01 - Independent Clinical Trial Not Allowed)

**Activity Code**

K01 (//grants.nih.gov/grants/funding/ac_search_results.htm?text_curr=k01&Search.x=0&Search.y=0&Search_Type=Activity)
Research Scientist Development Award - Research & Training

**Announcement Type**

Case 1:25-cv-10814-WGY    Document 13-24    Filed 04/04/25    Page 303 of 375

Reissue of PA-19-126 (https://grants.nih.gov/grants/guide/pa-files/PA-19-126.html)

---

**Related Notices**

See Notices of Special Interest (https://grants.nih.gov/grants/guide/NOSIs_targetingList.cfm?GuideDocID=33295) associated with this funding opportunity

**April 24, 2024** - This PA has been reissued as PA-24-176 (//grants.nih.gov/grants/guide/pa-files/PA-24-176.html)

**December 20, 2023** - Notice of NCIs Participation in NIH Mentored Research Scientist Development Awards (Parent K01) Notices of Funding Opportunity. See Notice NOT-CA-24-020 (//grants.nih.gov/grants/guide/notice-files/NOT-CA-24-020.html)

**September 27, 2023** - Update to NIDDK Policy on Combined Support Between and Institutional Career Development Award and an Individual Career Development Award. See Notice NOT-DK-23-025 (//grants.nih.gov/grants/guide/notice-files/NOT-DK-23-025.html)

**March 2, 2023** - Notice to Extend the Expiration Date for All NIH Career Development Award (K) Parent Announcements. See Notice NOT-OD-23-096 (//grants.nih.gov/grants/guide/notice-files/NOT-OD-23-096.html)

NOT-OD-23-012 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-23-012.html) Reminder: FORMS-H Grant Application Forms and Instructions Must be Used for Due Dates On or After January 25, 2023 - New Grant Application Instructions Now Available

NOT-OD-22-190 (/grants/guide/notice-files/NOT-OD-22-190.html) - Adjustments to NIH and AHRQ Grant Application Due Dates Between September 22 and September 30, 2022

**May 3, 2022** - Understanding the Basic Mechanisms of Immune-related Adverse Events (irAEs) in Cancer Immunotherapy. See Notice NOT-CA-22-063 (https://grants.nih.gov/grants/guide/notice-files/NOT-CA-22-063.html).

**March 4, 2022** - NIDDK Notice of Continuation of Temporary Extension of Eligibility for the NIH Mentored Research Scientist Development Award (K01) Award During the COVID-19 Pandemic. See Notice NOT-DK-22-016 (https://grants.nih.gov/grants/guide/notice-files/NOT-DK-22-016.html).

See Notices of Special Interest (//grants.nih.gov/grants/guide/notice-files/NOT-DA-23-002.html) related to this funding opportunity

**October 28, 2021** - Reminder: FORMS-G Grant Application Forms & Instructions Must be Used for Due Dates On or After January 25, 2022 - New Grant Application Instructions Now Available. See Notice NOT-OD-22-018 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-22-018.html).

**September 13, 2021** - Updates to the Non-Discrimination Legal Requirements for NIH Recipients. See Notice NOT-OD-21-181 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-181.html).

**August 5, 2021** - New NIH "FORMS-G" Grant Application Forms and Instructions Coming for Due Dates on or after January 25, 2022. See Notice NOT-OD-21-169 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-169.html).

**August 5, 2021** - Update: Notification of Upcoming Change in Federal-wide Unique Entity Identifier Requirements. See Notice NOT-OD-21-170 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-170.html)

**April 20, 2021** - Expanding Requirement for eRA Commons IDs to All Senior/Key Personnel. See Notice NOT-OD-21-109 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-21-109.html)

See Notices of Special Interest (//grants.nih.gov/grants/guide/notice-files/NOT-MH-22-045.html) related to this opportunity

- **May 20, 2021** - NIDDK Notice of Continuation of Temporary Extension of Eligibility for the NIH Mentored Research Scientist Development Award (K01) Award During the COVID-19 Pandemic. See Notice NOT-DK-21-019 (https://grants.nih.gov/grants/guide/notice-files/NOT-DK-21-019.html).
- **April 26, 2021** - Guidance Regarding Reduction of Effort for Surgeons on NIA Individual Mentored K Awards. See Notice NOT-AG-21-019 (//grants.nih.gov/grants/guide/notice-files/NOT-AG-21-019.html).
- **November 17, 2020** - Temporary Extension of Eligibility for the NIDDK K01 Mentored Research Scientist Development Award During the COVID-19 Pandemic. See Notice NOT-DK-20-054 (https://grants.nih.gov/grants/guide/notice-files/NOT-DK-20-054.html).
- **November 10, 2020** - Notice of NIDDK Participation in PA-20-190 and PA-20-176. See Notice NOT-DK-21-002 (/grants/guide/notice-files/NOT-DK-21-002.html).

4/1/25, 7:27 PM  Expired PA-20-190: Mentored Research Scientist Development Award (Parent K01 - Independent Clinical Trials Not Allowed)

Case 1:25-cv-10814-WGY   Document 13-24   Filed 04/04/25   Page 304 of 375

**Funding Opportunity Announcement (FOA) Number**

PA-20-190

---

**Companion Funding Opportunity**

PA-20-176 (https://grants.nih.gov/grants/guide/pa-files/PA-20-176.html) - Mentored Research Scientist Development Award (Parent K01 - Independent Clinical Trial Required)

PA-20-191 (https://grants.nih.gov/grants/guide/pa-files/PA-20-191.html) - Mentored Research Scientist Development Award (Parent K01 - Independent Basic Experimental Studies with Humans Required)

---

**Number of Applications**

See Section III. 3. Additional Information on Eligibility.

---

**Catalog of Federal Domestic Assistance (CFDA) Number(s)**

93.213; 93.172; 93.837, 93.838, 93.839, 93.840, 93.233; 93.866; 93.273; 93.855; 93.846; 93.286; 93.279; 93.173; 93.121; 93.242; 93.307; 93.361; 93.351, 93.398, 93.399, 93.393

---

**Funding Opportunity Purpose**

The purpose of the NIH Mentored Research Scientist Development Award (K01) is to provide support and protected time (three to five years) for an intensive, supervised career development experience in the biomedical, behavioral, or clinical sciences leading to research independence. Although all of the participating NIH Institutes and Centers (ICs) use this support mechanism to support career development experiences that lead to research independence, some ICs use the K01 award for individuals who propose to train in a new field or for individuals who have had a hiatus in their research career because of illness or pressing family circumstances..

This Funding Opportunity Announcement (FOA) is designed specifically for applicants proposing research that does not involve leading an independent clinical trial, a clinical trial feasibility study, or a separate ancillary clinical trial. Applicants to this FOA are permitted to propose research experience in a clinical trial led by a mentor or co-mentor. Applicants proposing a clinical trial or an ancillary clinical trial as lead investigator, should apply to the companion FOA (https://grants.nih.gov/grants/guide/pa-files/PA-20-176.html).

# Key Dates

---

**Posted Date**

May 6, 2020

---

**Open Date (Earliest Submission Date)**

May 12, 2020

---

**Letter of Intent Due Date(s)**

Not Applicable

---

**Application Due Date(s)**

Standard dates (//grants.nih.gov/grants/guide/url_redirect.php?id=11113) apply.

The first standard application due date for this FOA is June 12, 2020.

All applications are due by 5:00 PM local time of applicant organization. All types of non-AIDS applications allowed for this funding opportunity announcement are due on the listed date(s). Applications are encouraged to apply early to allow adequate time to make any corrections to errors found in the application during the submission process by the due date.

---

### AIDS Application Due Date(s)

Standard AIDS dates (//grants.nih.gov/grants/guide/url_redirect.php?id=11112) apply.

The first AIDS application due date for this FOA is September 7, 2020.

All applications are due by 5:00 PM local time of applicant organization. All types of AIDS and AIDS-related applications allowed for this funding opportunity announcement are due the listed date(s).

---

### Scientific Merit Review

Standard dates (//grants.nih.gov/grants/guide/url_redirect.php?id=11113) apply

---

### Advisory Council Review

Standard dates (//grants.nih.gov/grants/guide/url_redirect.php?id=11113) apply

---

### Earliest Start Date

Standard dates (//grants.nih.gov/grants/guide/url_redirect.php?id=11113) apply

---

### Expiration Date

**New Date** May 8, 2024 (Original Date: May 8, 2023) per issuance of NOT-OD-23-096 (//grants.nih.gov/grants/guide/notice-files/NOT-OD-23-096.html)

---

### Due Dates for E.O. 12372

Not Applicable

---

### Required Application Instructions

It is critical that applicants follow the Career Development (K) Instructions in the SF424 (R&R) Application Guide (//grants.nih.gov/grants/guide/url_redirect.php?id=12000), except where instructed to do otherwise (in this FOA or in a Notice from the *NIH Guide for Grants and Contracts* (//grants.nih.gov/grants/guide/)). Conformance to all requirements (both in the Application Guide and the FOA) is required and strictly enforced. Applicants must read and follow all application instructions in the Application Guide as well as any program-specific instructions noted in Section IV. When the program-specific instructions deviate from those in the Application Guide, follow the program-specific instructions. **Applications that do not comply with these instructions may be delayed or not accepted for review.**

# Table of Contents

Part 1. Overview Information

Part 2. Full Text of the Announcement

   Section I. Funding Opportunity Description
   Section II. Award Information
   Section III. Eligibility Information
   Section IV. Application and Submission Information
   Section V. Application Review Information
   Section VI. Award Administration Information

Section VII. Agency Contacts
Section VIII. Other Information

# Part 2. Full Text of Announcement

## Section I. Funding Opportunity Description

The overall goal of the NIH Research Career Development program is to help ensure that a diverse pool of highly trained scientists is available in appropriate scientific disciplines to address the Nation's biomedical, behavioral, and clinical research needs. NIH Institutes and Centers (ICs) support a variety of mentored and non-mentored career development award programs designed to foster the transition of new investigators to research independence and to support established investigators in achieving specific objectives. Candidates should review the different career development (K) award programs to determine the best program to support their goals. More information about Career programs may be found at the NIH Extramural Training Mechanisms (//grants.nih.gov/grants/guide/url_redirect.php?id=41159) website.

The objective of the NIH Mentored Research Scientist Development Award (K01) is to provide salary and research support for a sustained period of protected time (3-5 years) for intensive research career development, under the guidance of an experienced mentor, or sponsor in the biomedical, behavioral or clinical sciences leading to research independence. The expectation is that, through this sustained period of research career development and training, awardees will launch independent research careers and become competitive for new research project grant (e.g., R01) funding.

Although all of the participating NIH Institutes and Centers (ICs) use this mechanism to support career development experiences that lead to research independence, some ICs use the K01 award for individuals who propose to train in a new field or for individuals who have had a hiatus in their research career because of illness or pressing family circumstances. Other ICs utilize the K01 award to support research in other fields.

**Note:** This Funding Opportunity Announcement (FOA) is designed specifically for candidates proposing research that does not involve leading an independent clinical trial, a clinical trial feasibility study, or an ancillary study clinical trial. Under this FOA candidates are permitted to propose research experience in a clinical trial led by a mentor or co-mentor. Those proposing a clinical trial or an ancillary clinical trial as lead investigator, should apply to the companion FOA (PA-20-176 (https://grants.nih.gov/grants/guide/pa-files/PA-20-176.html)).

**Special Note:** Because of the differences in individual Institute and Center (IC) program requirements for this FOA, prospective candidates are strongly encouraged to consult the Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/grants/guide/contacts/parent-K01-CT-not-allowed.html), to make sure that their application is appropriate for the requirements of one of the participating NIH ICs.

See Section VIII. Other Information for award authorities and regulations.

## Section II. Award Information

**Funding Instrument**

Grant: A support mechanism providing money, property, or both to an eligible entity to carry out an approved project or activity.

**Application Types Allowed**

New
Resubmission
Revision

The OER Glossary (//grants.nih.gov/grants/guide/url_redirect.php?id=11116) and the SF424 (R&R) Application Guide provide details on these application types. Only those application types listed here are allowed for this FOA.

**Clinical Trial?**

Not Allowed: Only accepting applications that do not propose a clinical trial.

Note: Applicants may propose to gain experience in a clinical trial led by a mentor/co-mentor as part of their research career development.

[Need help determining whether you are doing a clinical trial? (https://grants.nih.gov/grants/guide/url_redirect.php?id=82370)](https://grants.nih.gov/grants/guide/url_redirect.php?id=82370)

### Funds Available and Anticipated Number of Awards

The number of awards is contingent upon NIH appropriations and the submission of a sufficient number of meritorious applications.

### Award Budget

Award budgets are composed of salary and other program-related expenses, as described below.

### Award Project Period

The total project period may not exceed 5 years.

# Other Award Budget Information

### Salary

The participating NIH Institutes and Centers will provide salary and fringe benefits for the award recipient (see [Table of IC-Specific Information, Requirements and Staff Contacts). (https://grants.nih.gov/grants/guide/contacts/parent-K01-CT-not-allowed.html)](https://grants.nih.gov/grants/guide/contacts/parent-K01-CT-not-allowed.html) Further guidance on budgeting for career development salaries is provided in the SF424 (R&R) Application Guide. See also [NOT-OD-17-094 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-17-094.html)](https://grants.nih.gov/grants/guide/notice-files/NOT-OD-17-094.html)

The total NIH contribution to salary, however, may not exceed the legislatively mandated salary cap. See: [http://grants.nih.gov/grants/policy/salcap_summary.htm (https://grants.nih.gov/grants/policy/salcap_summary.htm)](https://grants.nih.gov/grants/policy/salcap_summary.htm).

### Other Program-Related Expenses

The participating NIH Institutes and Centers will provide research development support for the award recipient.

See the [Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/grants/guide/contacts/parent-K01-CT-not-allowed.html)](https://grants.nih.gov/grants/guide/contacts/parent-K01-CT-not-allowed.html) funds may be used for the following expenses: (a) tuition and fees related to career development; (b) research-related expenses, such as supplies, equipment and technical personnel; c) travel to research meetings or training; and (d) statistical services including personnel and computer time.

Salary for mentors, secretarial and administrative assistants, etc. is not allowed.

### Indirect Costs

Indirect Costs (also known as Facilities & Administrative [F&A] Costs) are reimbursed at 8% of modified total direct costs.

NIH grant policies as described in the [*NIH Grants Policy Statement* (//grants.nih.gov/grants/guide/url_redirect.php?id=11120)](//grants.nih.gov/grants/guide/url_redirect.php?id=11120) will apply to the applications submitted and awards made from this FOA.

# Section III. Eligibility Information

# 1. Eligible Applicants

### Eligible Organizations

Higher Education Institutions

- Public/State Controlled Institutions of Higher Education
- Private Institutions of Higher Education

The following types of Higher Education Institutions are always encouraged to apply for NIH support as Public or Private Institutions of Higher Education:

- Hispanic-serving Institutions
- Historically Black Colleges and Universities (HBCUs)
- Tribally Controlled Colleges and Universities (TCCUs)
- Alaska Native and Native Hawaiian Serving Institutions
- Asian American Native American Pacific Islander Serving Institutions (AANAPISIs)

Nonprofits Other Than Institutions of Higher Education

- Nonprofits with 501(c)(3) IRS Status (Other than Institutions of Higher Education)
- Nonprofits without 501(c)(3) IRS Status (Other than Institutions of Higher Education)

For-Profit Organizations

- Small Businesses
- For-Profit Organizations (Other than Small Businesses)

Governments

- State Governments
- County Governments
- City or Township Governments
- Special District Governments
- Indian/Native American Tribal Governments (Federally Recognized)
- Indian/Native American Tribal Governments (Other than Federally Recognized)
- U.S. Territory or Possession

Other

- Independent School Districts
- Public Housing Authorities/Indian Housing Authorities
- Native American Tribal Organizations (other than Federally recognized tribal governments)
- Faith-based or Community-based Organizations
- Regional Organizations

## Foreign Institutions

Non-domestic (non-U.S.) Entities (Foreign Institutions) **are not** eligible to apply.

Non-domestic (non-U.S.) components of U.S. Organizations **are not** eligible to apply.

Foreign components, as defined in the *NIH Grants Policy Statement* (//grants.nih.gov/grants/guide/url_redirect.php?id=11118), **are** allowed.

## Required Registrations

### Applicant Organizations

Applicant organizations must complete and maintain the following registrations as described in the SF 424 (R&R) Application Guide to be eligible to apply for or receive an award. All registrations must be completed prior to the application being submitted. Registration can take 6 weeks or more, so applicants should begin the registration process as soon as possible. The NIH Policy on Late Submission of Grant Applications (//grants.nih.gov/grants/guide/notice-files/NOT-OD-15-039.html) states that failure to complete registrations in advance of a due date is not a valid reason for a late submission.

- Dun and Bradstreet Universal Numbering System (DUNS) (http://fedgov.dnb.com/webform) - All registrations require that applicants be issued a DUNS number. After obtaining a DUNS number, applicants can begin both SAM and eRA Commons registrations. The same DUNS number must be used for all registrations, as well as on the grant application.
- System for Award Management (SAM) (https://www.sam.gov/portal/public/SAM/) Applicants must complete and maintain an active registration, **which requires renewal at least annually**. The renewal process may require as much time as the initial registration. SAM registration includes the assignment of a Commercial and Government Entity (CAGE) Code for domestic organizations which have not already been assigned a CAGE Code.
  - o NATO Commercial and Government Entity (NCAGE) Code (//grants.nih.gov/grants/guide/url_redirect.php?id=11176) Foreign organizations must obtain an NCAGE code (in lieu of a CAGE code) in order to register in SAM.

- eRA Commons (//grants.nih.gov/grants/guide/url_redirect.php?id=11123) - Applicants must have an active DUNS number to register in eRA Commons. Organizations can register with the eRA Commons as they are working through their SAM or Grants.gov registration, but all registrations must be in place by time of submission. eRA Commons requires organizations to identify at least one Signing Official (SO) and at least one Program Director/Principal Investigator (PD/PI) account in order to submit an application.
- Grants.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=82300) Applicants must have an active DUNS number and SAM registration in order to complete the Grants.gov registration.

**Program Directors/Principal Investigators (PD(s)/PI(s))**

All PD(s)/PI(s) must have an eRA Commons account. PD(s)/PI(s) should work with their organizational officials to either create a new account or to affiliate their existing account with the applicant organization in eRA Commons. If the PD/PI is also the organizational Signing Official, they must have two distinct eRA Commons accounts, one for each role. Obtaining an eRA Commons account can take up to 2 weeks.

All PD(s)/PI(s) must be registered with ORCiD (https://orcid.org/). The personal profile associated with the PD(s)/PI(s) eRA Commons account must be linked to a valid ORCID ID. For more information on linking an ORCID ID to an eRA Commons personal profile see the ORCID topic in our eRA Commons online help (https://era.nih.gov/erahelp/Commons/default.htm#orcid.htm%3FTocPath%3D_____29).

### Eligible Individuals (Program Director/Principal Investigator)

Any candidate with the skills, knowledge, and resources necessary to carry out the proposed research as the Program Director/Principal Investigator (PD/PI) is invited to work with his/her mentor and organization to develop an application for support. Individuals from underrepresented racial and ethnic groups as well as individuals with disabilities are always encouraged to apply for NIH support. Multiple PDs/PIs are not allowed.

By the time of award, the individual must be a citizen or a non-citizen national of the United States or have been lawfully admitted for permanent residence (i.e., possess a currently valid Permanent Resident Card USCIS Form I-551, or other legal verification of such status).

Current and former PDs/PIs on NIH research project (R01), program project (P01), center grants (P50), other major individual career development awards (e.g., DP5, K01, K07, K08, K22, K23, K25, K76, K99/R00), or Project Leads of program project (P01) or center grant (P50) sub-projects, or the equivalent are not eligible. Current and former PDs/PIs of an NIH Small Grant (R03), Exploratory/Developmental Grant (R21), Planning Grant (R34/U34), Dissertation Award (R36), or SBIR/STTR (R41, R42, R43, R44) remain eligible, as do PD/PIs of Transition Scholar (K38) awards and individuals appointed to institutional K programs (K12, KL2).

Candidates for the K01 award must have a research or health-professional doctoral degree.

This funding opportunity may support individuals who propose to train in a new field or individuals who have had a hiatus in their research career because of illness or pressing family circumstances.

## 2. Cost Sharing

This FOA does not require cost sharing as defined in the *NIH Grants Policy Statement.* (//grants.nih.gov/grants/guide/url_redirect.php?id=11126)

## 3. Additional Information on Eligibility

**Number of Applications**

Applicant organizations may submit more than one application, provided that each application is scientifically distinct, and each is from a different candidate.

The NIH will not accept duplicate or highly overlapping applications under review at the same time. An individual may not have two or more competing NIH career development applications pending review concurrently. In addition, NIH will not accept:

- A new (A0) application that is submitted before issuance of the summary statement from the review of an overlapping new (A0) or resubmission (A1) application.
- A resubmission (A1) application that is submitted before issuance of the summary statement from the review of the previous new (A0) application.
- An application that has substantial overlap with another application pending appeal of initial peer review (see NOT-OD-11-101 (//grants.nih.gov/grants/guide/notice-files/NOT-OD-11-101.html)).

Candidates may submit research project grant (RPG) applications concurrently with the K application. However, any concurrent RPG application may not have substantial scientific and/or budgetary overlap with the career award application. K award recipients are encouraged to obtain funding from NIH or other Federal sources either as a PD/PI on a competing research grant award or cooperative agreement, or as project leader on a competing multi-project award as described in NOT-OD-08-065 (//grants.nih.gov/grants/guide/url_redirect.php?id=51126).

### Level of Effort

At the time of award, the candidate must have a full-time appointment at the applicant institution. Candidates are required to commit a minimum of nine person months of effort (i.e., 75% of full-time professional effort) to their program of career development during the mentored phase. Candidates may engage in other duties as part of the professional effort not covered by this award, as long as such duties do not interfere with or detract from the proposed career development program.

Candidates who have VA appointments may not consider part of the VA effort toward satisfying the full time requirement at the applicant institution. Candidates with VA appointments should contact the staff person in the relevant Institute or Center prior to preparing an application to discuss their eligibility.

After the receipt of the award, adjustments to the required level of effort may be made in certain circumstances. See NOT-OD-09-036 (https://grants.nih.gov/grants/guide/url_redirect.php?id=51125) for more details.

### Mentor(s)

Before submitting the application, the candidate must identify a mentor who will supervise the proposed career development and research experience. The mentor should be an active investigator in the area of the proposed research and be committed both to the career development of the candidate and to the direct supervision of the candidate's research. The mentor must document the availability of sufficient research support and facilities for high-quality research. Candidates are encouraged to identify more than one mentor, i.e., a mentoring team, if this is deemed advantageous for providing expert advice in all aspects of the research career development program. In such cases, one individual must be identified as the primary mentor who will coordinate the candidate's research. The candidate must work with the mentor(s) in preparing the application. The mentor, or a member of the mentoring team, should have a successful track record of mentoring individuals at the candidate s career stage. Where feasible, women, individuals from diverse racial and ethnic groups, and individuals with disabilities should be involved as mentors to serve as role models.

### Institutional Environment

The applicant institution must have a strong, well-established record of research and career development activities and faculty qualified to serve as mentors in biomedical, behavioral, or clinical research.

# Section IV. Application and Submission Information

## 1. Requesting an Application Package

The application forms package specific to this opportunity must be accessed through ASSIST, Grants.gov Workspace or an institutional system-to-system solution. Links to apply using ASSIST or Grants.gov Workspace are available in Part 1 of this FOA. See your administrative office for instructions if you plan to use an institutional system-to-system solution.

## 2. Content and Form of Application Submission

It is critical that applicants follow the Career Development (K) Instructions in the SF424 (R&R) Application Guide (//grants.nih.gov/grants/guide/url_redirect.php?id=12000), except where instructed in this funding opportunity announcement to do otherwise. Conformance to the requirements in the Application Guide is required and strictly enforced. Applications that are out of compliance with these instructions may be delayed or not accepted for review.

### Page Limitations

All page limitations described in the SF424 (R&R) Application Guide and the Table of Page Limits (//grants.nih.gov/grants/guide/url_redirect.php?id=51132) must be followed.

### Instructions for Application Submission

Note: Effective for due dates on or after January 25, 2023, the Data Management and Sharing (DMS) Plan will be attached in the Other Plan(s) attachment in FORMS-H and subsequent application forms packages. For due dates on or before January 24, 2023, the Data Sharing Plan and Genomic Data Sharing Plan GDS) will continue to be attached in the Resource Sharing Plan attachment in FORMS-G application forms packages.

The following section supplements the instructions found in the SF 424 (R&R) Application Guide and should be used for preparing an application to this FOA.

## SF424(R&R) Cover

All instructions in the SF424 (R&R) Application Guide must be followed.

## SF424(R&R) Project/Performance Site Locations

All instructions in the SF424 (R&R) Application Guide must be followed.

## Other Project Information

All instructions in the SF424 (R&R) Application Guide must be followed.

## SF424(R&R) Senior/Key Person Profile Expanded

All instructions in the SF424 (R&R) Application Guide must be followed.

IMPORTANT REMINDER: The personal profile associated with the eRA Commons username entered in the Credential field for the PD/PI (candidate) must include an ORCID ID. For more information on linking an ORCID ID to an eRA Commons personal profile see the ORCID topic in our eRA Commons online help (https://era.nih.gov/erahelp/Commons/default.htm#orcid.htm%3FTocPath%3D_____29).

## R&R Budget

All instructions in the SF424 (R&R) Application Guide must be followed.

## PHS 398 Cover Page Supplement

All instructions in the SF424 (R&R) Application Guide must be followed.

## PHS 398 Career Development Award Supplemental Form
**Other Plan(s):**

Note: Effective for due dates on or after January 25, 2023, the Data Management and Sharing Plan will be attached in the Other Plan(s) attachment in FORMS-H and subsequent application forms packages. For due dates on or before January 24, 2023, the Data Sharing Plan and Genomic Data Sharing Plan GDS) will continue to be attached in the Resource Sharing Plan attachment in FORMS-G application forms packages.

All applicants planning research (funded or conducted in whole or in part by NIH) that results in the generation of scientific data are required to comply with the instructions for the Data Management and Sharing Plan. All applications, regardless of the amount of direct costs requested for any one year, must address a Data Management and Sharing Plan.

The PHS 398 Career Development Award Supplemental Form is comprised of the following sections:

- Candidate
- Research Plan
- Other Candidate Information
- Mentor, Co-Mentor, Consultant, Collaborators
- Environment & Institutional Commitment to the Candidate
- Other Research Plan Sections
- Appendix

All instructions in the SF424 (R&R) Application Guide must be followed, with the following additional instructions:

## Candidate Section

All instructions in the SF424 (R&R) Application Guide must be followed, with the following additional instructions:

### Candidate Information and Goals for Career Development

*Candidate's Background*

- Describe the candidate's commitment to a health-related research career. Describe all the candidate's professional responsibilities in the grantee institution and elsewhere and describe their relationship to the proposed activities on the career award.
- Describe prior training and how it relates to the objectives and long-term career plans of the candidate.
- Describe the candidate's research efforts to this point in his/her research career, including any publications, prior research interests and experience.

4/1/25, 7:27 PM    Expired PA-20-190: Mentored Research Scientist Development Award (Parent K01 - Independent Clinical Trial Not Allowed)

Case 1:25-cv-10814-WGY    Document 13-24    Filed 04/04/25    Page 312 of 375

- Provide evidence of the candidate's potential to develop into an independent investigator. Usually this is evident from publications, prior research interests and experience, and reference letters.

### *Career Goals and Objectives*

- Describe a systematic plan: (1) that shows a logical progression from prior research and training experiences to the research and career development experiences that will occur during the career award period and then to independent investigator status; and (2) that justifies the need for further career development to become an independent investigator.

### *Candidate's Plan for Career Development/Training Activities During Award Period*

- The candidate and the mentor(s) are jointly responsible for the preparation of the career development plan. A career development timeline is often helpful.
- The didactic (if any) and the research aspects of the plan must be designed to develop the necessary knowledge and research skills in scientific areas relevant to the candidate's career goals.
- Describe the professional responsibilities/activities including other research projects beyond the minimum required 9 person-months (75% full-time professional effort) commitment to the career award. Explain how these responsibilities/activities will help ensure career progression to achieve independence as an investigator.

## Research Plan Section

All instructions in the SF424 (R&R) Application Guide must be followed, with the following additional instructions:

### Research Strategy

- A sound research project that is consistent with the candidate s level of research development and objectives of his/her career development plan must be provided. The research description should demonstrate the quality of the candidate's research thus far and also the novelty, significance, creativity and approach, as well as the ability of the candidate to carry out the research.
- The application must also describe the relationship between the mentor's research and the candidate's proposed research plan.
- If the applicant is proposing to gain experience in a clinical trial, ancillary clinical trial or a clinical trial feasibility study as part of his or her research career development, describe the relationship of the proposed research project to the clinical trial.

### Training in the Responsible Conduct of Research

- All applications must include a plan to fulfill NIH requirements for instruction in the Responsible Conduct of Research (RCR). See SF424 (R&R) Application Guide for instructions.

## Mentor, Co-Mentor, Consultant, Collaborators Section

All instructions in the SF424 (R&R) Application Guide must be followed, with the following additional instructions:

### Plans and Statements of Mentor and Co-mentor(s)

- The candidate must name a primary mentor who, together with the candidate, is responsible for planning, directing, monitoring, and executing the proposed program. The candidate may also nominate co-mentors as appropriate to the goals of the program.
- The mentor should have sufficient independent research support to cover the costs of the proposed research project in excess of the allowable costs of this award.
- Include a statement that the candidate will commit at least 9 person-months (75% of full-time professional effort) to the career development program and related career development activities.
- The application must include a statement from the mentor providing: 1) information on his/her research qualifications and previous experience as a research supervisor; 2) a plan that describes the nature of the supervision and mentoring that will occur during the proposed award period; 3) a plan for career progression for the candidate to move from the mentored stage of his/her career to independent research investigator status during the project period of the award; and 4) a plan for monitoring the candidate's research, publications, and progression towards independence.
- Similar information must be provided by any co-mentor. If more than one co-mentor is proposed, the respective areas of expertise and responsibility of each should be described. Co-mentors should clearly describe how they will coordinate the mentoring of the candidate. If any co-mentor is not located at the sponsoring institution, a statement should be provided describing the mechanism(s) and frequency of communication with the candidate, including the frequency of face-to-face meetings.

- The primary mentor must agree to provide annual evaluations of the candidate's progress as required in the annual progress report.
- If the candidate is proposing to gain experience in a clinical trial as part of his or her research career development, the mentor or co-mentor of the mentoring team must include a statement to document leadership of the clinical trial, and appropriate expertise to guide the applicant in any proposed clinical trials research experience.

### Letters of Support from Collaborators, Contributors and Consultants

- Signed statements must be provided by all collaborators and/or consultants confirming their participation in the project and describing their specific roles. Collaborators and consultants do not need to provide their biographical sketches unless also listed as senior/key personnel. However, information should be provided clearly documenting the appropriate expertise in the proposed areas of consulting/collaboration.
- Advisory committee members (if applicable): Signed statements must be provided by each member of the proposed advisory committee. These statements should confirm their participation, describe their specific roles, and document the expertise they will contribute. Unless also listed as senior/key personnel, these individuals do not need to provide their biographical sketches.

### Environmental and Institutional Commitment to the Candidate

All instructions in the SF424 (R&R) Application Guide must be followed, with the following additional instructions:

#### Description of Institutional Environment

- The sponsoring institution must document a strong, well-established research and career development program related to the candidate's area of interest, including a high-quality research environment with key faculty members and other investigators capable of productive collaboration with the candidate.
- Describe how the institutional research environment is particularly suited for the development of the candidate's research career and the pursuit of the proposed research plan.
- Describe the resources and facilities that will be available to the candidate.,

#### Institutional Commitment to the Candidate's Research Career Development

- The sponsoring institution must provide a statement of commitment to the candidate's development into a productive, independent investigator and to meeting the requirements of this award. It should be clear that the institutional commitment to the candidate is not contingent upon receipt of this career award.
- Provide assurances that the candidate will be able to devote the required effort to activities under this award.The remaining effort should be devoted to activities related to the development of the candidate's career as an independent scientist.
- Provide assurances that the candidate will have access to appropriate office and laboratory space, equipment, and other resources and facilities (including access to clinical and/or other research populations) to carry out the proposed research plan.
- Provide assurance that appropriate time and support will be available for any proposed mentor(s) and/or other staff consistent with the career development plan.

#### Appendix

Limited items are allowed in the Appendix. Follow all instructions for the Appendix as described in the SF424 (R&R) Application Guide; any instructions provided here are in addition to the SF424 (R&R) Application Guide instructions.

## PHS Human Subjects and Clinical Trials Information

When involving human subjects research, clinical research, and/or NIH-defined clinical trials (and when applicable, clinical trials research experience) follow all instructions for the PHS Human Subjects and Clinical Trials Information form in the SF424 (R&R) Application Guide, with the following additional instructions:

If you answered Yes to the question Are Human Subjects Involved? on the R&R Other Project Information form, you must include at least one human subjects study record using the **Study Record: PHS Human Subjects and Clinical Trials Information** form or a **Delayed Onset Study** record.

#### Study Record: PHS Human Subjects and Clinical Trials Information

All instructions in the SF424 (R&R) Application Guide must be followed with the following additional instructions:

 o do not complete Section 4 Protocol Synopsis information or Section 5 - Other Clinical Trial-related Attachments.

Case 1:25-cv-10814-WGY    Document 13-24    Filed 04/04/25    Page 314 of 375

**Delayed Onset Study**

Note: Delayed onset (https://grants.nih.gov/grants/glossary.htm#DelayedOnsetHumanSubjectStudy) does NOT apply to a study that can be described but will not start immediately (i.e., delayed start).

All instructions in the SF424 (R&R) Application Guide must be followed.

**PHS Assignment Request Form**

All instructions in the SF424 (R&R) Application Guide must be followed.

**Reference Letters**

Candidates must carefully follow the SF424 (R&R) Application Guide, **including the time period for when reference letters will be accepted**. Applications lacking the appropriate required reference letters will not be reviewed. This is a separate process from submitting an application electronically. Reference letters are submitted directly through the eRA Commons Submit Referee Information link (//grants.nih.gov/grants/guide/url_redirect.php?id=41146) and not through Grants.gov.

# 3. Unique Entity Identifier and System for Award Management (SAM)

See Part 1. Section III.1 for information regarding the requirement for obtaining a unique entity identifier and for completing and maintaining active registrations in System for Award Management (SAM), NATO Commercial and Government Entity (NCAGE) Code (if applicable), eRA Commons, and Grants.gov.

# 4. Submission Dates and Times

Part I. Overview Information contains information about Key Dates and Times. Applicants are encouraged to submit applications before the due date to ensure they have time to make any application corrections that might be necessary for successful submission. When a submission date falls on a weekend or Federal holiday (https://grants.nih.gov/grants/guide/url_redirect.php?id=82380), the application deadline is automatically extended to the next business day.

Organizations must submit applications to Grants.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=11128) (the online portal to find and apply for grants across all Federal agencies) using ASSIST or other electronic submission systems. Applicants must then complete the submission process by tracking the status of the application in the eRA Commons (//grants.nih.gov/grants/guide/url_redirect.php?id=11123), NIH's electronic system for grants administration. NIH and Grants.gov systems check the application against many of the application instructions upon submission. Errors must be corrected and a changed/corrected application must be submitted to Grants.gov on or before the application due date. and time. If a Changed/Corrected application is submitted after the deadline, the application will be considered late. Applications that miss the due date and time are subjected to the NIH Policy on Late Application Submission.

**Applicants are responsible for viewing their application before the due date in the eRA Commons to ensure accurate and successful submission.**

Information on the submission process and a definition of on-time submission are provided in the SF424 (R&R) Application Guide.

# 5. Intergovernmental Review (E.O. 12372)

This initiative is not subject to intergovernmental review. (//grants.nih.gov/grants/guide/url_redirect.php?id=11142)

# 6. Funding Restrictions

All NIH awards are subject to the terms and conditions, cost principles, and other considerations described in the *NIH Grants Policy Statement* (//grants.nih.gov/grants/guide/url_redirect.php?id=11120).

Pre-award costs are allowable only as described in the *NIH Grants Policy Statement* (//grants.nih.gov/grants/guide/url_redirect.php?id=11143).

# 7. Other Submission Requirements and Information

Applications must be submitted electronically following the instructions described in the SF424 (R&R) Application Guide. Paper applications will not be accepted.

**Applicants must complete all required registrations before the application due date.**          Section III. Eligibility Information contains information about registration.

Case 1:25-cv-10814-WGY    Document 13-24    Filed 04/04/25    Page 315 of 375

For assistance with your electronic application or for more information on the electronic submission process, visit How to Apply Application Guide (https://grants.nih.gov/grants/how-to-apply-application-guide.html). If you encounter a system issue beyond your control that threatens your ability to complete the submission process on-time, you must follow the Dealing with System Issues (https://grants.nih.gov/grants/how-to-apply-application-guide/due-dates-and-submission-policies/dealing-with-system-issues.htm) guidance. For assistance with application submission contact the Application Submission Contacts in Section VII.

**Important reminders:**

All PD(s)/PI(s) must include their eRA Commons ID in the Credential field of the Senior/Key Person Profile Component of the SF424(R&R) Application Package**.** Failure to register in the Commons and to include a valid PD/PI Commons ID in the credential field will prevent the successful submission of an electronic application to NIH.

The applicant organization must ensure that the DUNS number it provides on the application is the same number used in the organization's profile in the eRA Commons and for the System for Award Management (SAM). Additional information may be found in the SF424 (R&R) Application Guide.

See more tips (//grants.nih.gov/grants/guide/url_redirect.php?id=11146) for avoiding common errors.

Upon receipt, applications will be evaluated for completeness and compliance with application instructions by the Center for Scientific Review, NIH. Applications that are incomplete or non-compliant will not be reviewed.

## Post Submission Materials

Applicants are required to follow the instructions for post-submission materials, as described in the policy. Any instructions provided here are in addition to the instructions in the p (//grants.nih.gov/grants/guide/url_redirect.php?id=82299)olicy.

# Section V. Application Review Information

# 1. Criteria

Note: Effective for due dates on or after January 25, 2023, the Data Sharing Plan and Genomic Data Sharing Plan (GDS) as part of the Resource Sharing Plan will not be evaluated at time of review.

Only the review criteria described below will be considered in the review process. Applications submitted to the NIH in support of the NIH mission (//grants.nih.gov/grants/guide/url_redirect.php?id=11149) are evaluated for scientific and technical merit through the NIH peer review system.

**For this particular announcement, note the following**: Reviewers should evaluate the candidate's potential for developing an independent research program that will make important contributions to the field, taking into consideration the years of research experience and the likely value of the proposed research career development as a vehicle for developing a successful, independent research program.

## Overall Impact

Reviewers should provide their assessment of the likelihood that the proposed career development and research plan will enhance the candidate s potential for a productive, independent scientific research career in a health-related field, taking into consideration the criteria below in determining the overall impact score.

## Scored Review Criteria

Reviewers will consider each of the review criteria below in the determination of scientific merit, and give a separate score for each. An application does not need to be strong in all categories to be judged likely to have major scientific impact.

**Candidate**

- Does the candidate have the potential to develop as an independent and productive researcher?
- Are the candidate's prior training and research experience appropriate for this award?
- Is the candidate's academic, clinical (if relevant), and research record of high quality?
- Is there evidence of the candidate's commitment to meeting the program objectives to become an independent investigator in research?
- Do the reference letters address the above review criteria, and do they provide evidence that the candidate has a high potential for becoming an independent investigator?

**Career Development Plan/Career Goals and Objectives**

- What is the likelihood that the plan will contribute substantially to the scientific development of the candidate and lead to scientific independence?
- Are the candidate's prior training and research experience appropriate for this award?
- Are the content, scope, phasing, and duration of the career development plan appropriate when considered in the context of prior training/research experience and the stated training and research objectives for achieving research independence?
- Are there adequate plans for monitoring and evaluating the candidate's research and career development progress?
- If proposed, will the clinical trial experience contribute to the applicant's research career development?

**Research Plan**

- Is the prior research that serves as the key support for the proposed project rigorous?
- Has the candidate included plans to address weaknesses in the rigor of prior research that serves as the key support of the proposed project?
- Has the candidate presented strategies to ensure a robust and unbiased approach, as appropriate for the work proposed?
- Has the candidate presented adequate plans to address relevant biological variables, such as sex, for studies in vertebrate animals or human subjects?
- Are the proposed research question, design, and methodology of significant scientific and technical merit?
- Is the research plan relevant to the candidate's research career objectives?
- Is the research plan appropriate to the candidate's stage of research development and as a vehicle for developing the research skills described in the career development plan?
- If proposed, will the clinical trial experience contribute to the proposed research project?

**Mentor(s), Co-Mentor(s), Consultant(s), Collaborator(s)**

- Are the qualifications of the mentor(s) in the area of the proposed research appropriate?
- Does the mentor(s) adequately address the candidate's potential and his/her strengths and areas needing improvement?
- Is there adequate description of the quality and extent of the mentor's proposed role in providing guidance and advice to the candidate?
- Is the mentor's description of the elements of the research career development activities, including formal course work adequate?
- Is there evidence of the mentor s, consultant s, and/or collaborator s previous experience in fostering the development of independent investigators?
- Is there evidence of the mentor's current research productivity and peer-reviewed support?
- Is active/pending support for the proposed research project appropriate and adequate?
- Are there adequate plans for monitoring and evaluating the career development awardee's progress toward independence?
- If the applicant is proposing to gain experience in a clinical trial as part of his or her research career development, is there evidence of the appropriate expertise, experience, and ability on the part of the mentor(s) to guide the applicant during participation in the clinical trial?

**Environment & Institutional Commitment to the Candidate**

- Is there clear commitment of the sponsoring institution to ensure that a minimum of 9 person-months (75% of the candidate's full-time professional effort) will be devoted directly to the research and career development activities described in the application, with the remaining percent effort being devoted to an appropriate balance of research, teaching, administrative, and clinical responsibilities?
- Is the institutional commitment to the career development of the candidate appropriately strong?
- Are the research facilities, resources and training opportunities, including faculty capable of productive collaboration with the candidate adequate and appropriate?
- Is the environment for the candidate's scientific and professional development of high quality?
- Is there assurance that the institution intends the candidate to be an integral part of its research program as an independent investigator?

## Additional Review Criteria

As applicable for the project proposed, reviewers will evaluate the following additional items while determining scientific and technical merit, and in providing an overall impact score, but will not give separate scores for these items.

### Protections for Human Subjects

For research that involves human subjects but does not involve one of the categories of research that are exempt under 45 CFR Part 46, the committee will evaluate the justification for involvement of human subjects and the proposed protections from

research risk relating to their participation according to the following five review criteria: (1) risk to subjects, (2) adequacy of protection against risks, (3) potential benefits to the subjects and others, (4) importance of the knowledge to be gained, and (5) data and safety monitoring for clinical trials.

For research that involves human subjects and meets the criteria for one or more of the categories of research that are exempt under 45 CFR Part 46, the committee will evaluate: (1) the justification for the exemption, (2) human subjects involvement and characteristics, and (3) sources of materials. For additional information on review of the Human Subjects section, please refer to the [Guidelines for the Review of Human Subjects (https://grants.nih.gov/grants/guide/url_redirect.php?id=11175)](https://grants.nih.gov/grants/guide/url_redirect.php?id=11175).

### Inclusion of Women, Minorities, and Individuals Across the Lifespan

When the proposed project involves human subjects and/or NIH-defined clinical research, the committee will evaluate the proposed plans for the inclusion (or exclusion) of individuals on the basis of sex/gender, race, and ethnicity, as well as the inclusion (or exclusion) of individuals across the lifespan (including children and older adults) to determine if it is justified in terms of the scientific goals and research strategy proposed. For additional information on review of the Inclusion section, please refer to the [Guidelines for the Review of Inclusion in Clinical Research (https://grants.nih.gov/grants/guide/url_redirect.php?id=11174)](https://grants.nih.gov/grants/guide/url_redirect.php?id=11174).

### Vertebrate Animals

The committee will evaluate the involvement of live vertebrate animals as part of the scientific assessment according to the following criteria: (1) description of proposed procedures involving animals, including species, strains, ages, sex, and total number to be used; (2) justifications for the use of animals versus alternative models and for the appropriateness of the species proposed; (3) interventions to minimize discomfort, distress, pain and injury; and (4) justification for euthanasia method if NOT consistent with the AVMA Guidelines for the Euthanasia of Animals. Reviewers will assess the use of chimpanzees as they would any other application proposing the use of vertebrate animals. For additional information on review of the Vertebrate Animals section, please refer to the [Worksheet for Review of the Vertebrate Animal Section. (//grants.nih.gov/grants/guide/url_redirect.php?id=11150)](//grants.nih.gov/grants/guide/url_redirect.php?id=11150)

### Biohazards

Reviewers will assess whether materials or procedures proposed are potentially hazardous to research personnel and/or the environment, and if needed, determine whether adequate protection is proposed.

### Resubmissions

For Resubmissions, the committee will evaluate the application as now presented, taking into consideration the responses to comments from the previous scientific review group and changes made to the project.

### Renewals

Not applicable

## Revisions

For Revisions, the committee will consider the appropriateness of the proposed expansion of the scope of the project. If the Revision application relates to a specific line of investigation presented in the original application that was not recommended for approval by the committee, then the committee will consider whether the responses to comments from the previous scientific review group are adequate and whether substantial changes are clearly evident.

## Additional Review Considerations

Note: Effective for due dates on or after January 25, 2023, the Data Sharing Plan and Genomic Data Sharing Plan (GDS) as part of the Resource Sharing Plan will not be evaluated at time of review.

As applicable for the project proposed, reviewers will consider each of the following items, but will not give scores for these items, and should not consider them in providing an overall impact score.

### Training in the Responsible Conduct of Research

All applications for support under this FOA must include a plan to fulfill NIH requirements for instruction in the Responsible Conduct of Research (RCR). Taking into account the level of experience of the candidate, including any prior instruction or participation in RCR as appropriate for the candidate s career stage, the reviewers will evaluate the adequacy of the proposed RCR training in relation to the following five required components: 1) *Format* - the required format of instruction, i.e., face-to-face lectures, coursework, and/or real-time discussion groups (a plan with only on-line instruction is not acceptable); 2) *Subject Matter* - the breadth of subject matter, e.g., conflict of interest, authorship, data management, human subjects and animal use, laboratory safety, research misconduct, research ethics; 3) *Faculty Participation* - the role of the mentor(s) and other faculty

4/1/25, 7:27 PM
Expired PA-20-190 Mentored Research Scientist Development Award (Parent K01 - Independent Clinical Trial Not Allowed)

Case 1:25-cv-10814-WGY    Document 13-24    Filed 04/04/25    Page 318 of 375

involvement in the fellow s instruction; 4) *Duration of Instruction* - the number of contact hours of instruction (at least eight contact hours are required); and 5) *Frequency of Instruction* instruction must occur during each career stage and at least once every four years. Plans and past record will be rated as *ACCEPTABLE* or *UNACCEPTABLE*, and the summary statement will provide the consensus of the review committee. See also: NOT-OD-10-019 (http://grants1.nih.gov/grants/guide/notice-files/NOT-OD-10-019.html).

### Select Agent Research

Reviewers will assess the information provided in this section of the application, including (1) the Select Agent(s) to be used in the proposed research, (2) the registration status of all entities where Select Agent(s) will be used, (3) the procedures that will be used to monitor possession use and transfer of Select Agent(s), and (4) plans for appropriate biosafety, biocontainment, and security of the Select Agent(s).

### Resource Sharing Plans

Reviewers will comment on whether the following Resource Sharing Plans, or the rationale for not sharing the following types of resources, are reasonable: (1) Data Sharing Plan (//grants.nih.gov/grants/guide/url_redirect.php?id=11151); (2) Sharing Model Organisms (//grants.nih.gov/grants/guide/url_redirect.php?id=11152); and (3) Genomic Data Sharing Plan (GDS) (//grants.nih.gov/grants/guide/url_redirect.php?id=11153).

### Authentication of Key Biological and/or Chemical Resources

For projects involving key biological and/or chemical resources, reviewers will comment on the brief plans proposed for identifying and ensuring the validity of those resources.

### Budget and Period of Support

Reviewers will consider whether the budget and the requested period of support are fully justified and reasonable in relation to the proposed research.

## 2. Review and Selection Process

Applications will be evaluated for scientific and technical merit by (an) appropriate Scientific Review Group(s), in accordance with NIH peer review policy and procedures (//grants.nih.gov/grants/guide/url_redirect.php?id=11154), using the stated review criteria. Assignment to a Scientific Review Group will be shown in the eRA Commons.

As part of the scientific peer review, all applications:

- May undergo a selection process in which only those applications deemed to have the highest scientific and technical merit (generally the top half of applications under review) will be discussed and assigned an overall impact score.
- Will receive a written critique.

Applications will be assigned on the basis of established PHS referral guidelines to the appropriate NIH Institute or Center. Applications will compete for available funds with all other recommended applications. Following initial peer review, recommended applications will receive a second level of review by the appropriate national Advisory Council or Board. The following will be considered in making funding decisions:

- Scientific and technical merit of the proposed project as determined by scientific peer review.
- Availability of funds.
- Relevance of the proposed project to program priorities.

## 3. Anticipated Announcement and Award Dates

After the peer review of the application is completed, the PD/PI will be able to access his or her Summary Statement (written critique) via the eRA Commons (//grants.nih.gov/grants/guide/url_redirect.php?id=11123). Refer to Part 1 for dates for peer review, advisory council review, and earliest start date

Information regarding the disposition of applications is available in the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11156)*.

## Section VI. Award Administration Information

## 1. Award Notices

4/1/25, 7:27 PM Expired PA-20-190: Mentored Research Scientist Development Award (Parent K01 - Independent Clinical Trial Not Allowed)

Case 1:25-cv-10814-WGY    Document 13-24    Filed 04/04/25    Page 319 of 375

If the application is under consideration for funding, NIH will request "just-in-time" information from the applicant as described in the _NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11157)_.

A formal notification in the form of a Notice of Award (NoA) will be provided to the applicant organization for successful applications. The NoA signed by the grants management officer is the authorizing document and will be sent via email to the grantee's business official.

Awardees must comply with any funding restrictions described in Section IV.5. Funding Restrictions. Selection of an application for award is not an authorization to begin performance. Any costs incurred before receipt of the NoA are at the recipient's risk. These costs may be reimbursed only to the extent considered allowable pre-award costs.

Any application awarded in response to this FOA will be subject to terms and conditions found on the Award Conditions and Information for NIH Grants (//grants.nih.gov/grants/guide/url_redirect.php?id=11158) website. This includes any recent legislation and policy applicable to awards that is highlighted on this website.

## 2. Administrative and National Policy Requirements

All NIH grant and cooperative agreement awards include the _NIH Grants Policy Statement_ (//grants.nih.gov/grants/guide/url_redirect.php?id=11120) as part of the NoA. For these terms of award, see the _NIH Grants Policy Statement_ Part II: Terms and Conditions of NIH Grant Awards, Subpart A: General (//grants.nih.gov/grants/guide/url_redirect.php?id=11157) and Part II: Terms and Conditions of NIH Grant Awards, Subpart B: Terms and Conditions for Specific Types of Grants, Grantees, and Activities (//grants.nih.gov/grants/guide/url_redirect.php?id=11159). More information is provided at Award Conditions and Information for NIH Grants (//grants.nih.gov/grants/guide/url_redirect.php?id=11158). More specifically, for K Awards, visit the Research Career Development ( K ) Awardees section of the _NIH Grants Policy Statement_ (//grants.nih.gov/grants/guide/url_redirect.php?id=51164).

Recipients of federal financial assistance (FFA) from HHS must administer their programs in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age and, in some circumstances, religion, conscience, and sex. This includes ensuring programs are accessible to persons with limited English proficiency. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. Please see https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html (https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html) and http://www.hhs.gov/ocr/civilrights/understanding/section1557/index.html (https://www.hhs.gov/ocr/civilrights/understanding/section1557/index.html).

HHS recognizes that research projects are often limited in scope for many reasons that are nondiscriminatory, such as the principal investigator's scientific interest, funding limitations, recruitment requirements, and other considerations. Thus, criteria in research protocols that target or exclude certain populations are warranted where nondiscriminatory justifications establish that such criteria are appropriate with respect to the health or safety of the subjects, the scientific study design, or the purpose of the research. For additional guidance regarding how the provisions apply to NIH grant programs, please contact the Scientific/Research Contact that is identified in Section VII under Agency Contacts of this FOA.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. HHS provides guidance to recipients of FFA on meeting their legal obligation to take reasonable steps to provide meaningful access to their programs by persons with limited English proficiency. Please see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html (https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html) and https://www.lep.gov (https://www.lep.gov). For further guidance on providing culturally and linguistically appropriate services, recipients should review the National Standards for Culturally and Linguistically Appropriate Services in Health and Health Care at https://minorityhealth.hhs.gov/omh/browse.aspx?lvl=2&lvlid=53 (https://minorityhealth.hhs.gov/omh/browse.aspx?lvl=2&lvlid=53).
- Recipients of FFA also have specific legal obligations for serving qualified individuals with disabilities. Please see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html (https://www.hhs.gov/ocr/civilrights/understanding/disability/index.html).
- HHS funded health and education programs must be administered in an environment free of sexual harassment. Please see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html (https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html); https://www2.ed.gov/about/offices/list/ocr/docs/shguide.html; and https://www.eeoc.gov/eeoc/publications/upload/fs-sex.pdf (https://www.eeoc.gov/eeoc/publications/upload/fs-sex.pdf). For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm (https://grants.nih.gov/grants/policy/harassment.htm).

- Recipients of FFA must also administer their programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws. Collectively, these laws prohibit exclusion, adverse treatment, coercion, or other discrimination against persons or entities on the basis of their consciences, religious beliefs, or moral convictions. Please see https://www.hhs.gov/conscience/conscience-protections/index.html (https://www.hhs.gov/conscience/conscience-protections/index.html) and https://www.hhs.gov/conscience/religious-freedom/index.html (https://www.hhs.gov/conscience/religious-freedom/index.html).

Please contact the HHS Office for Civil Rights for more information about obligations and prohibitions under federal civil rights laws at https://www.hhs.gov/ocr/about-us/contact-us/index.html (https://www.hhs.gov/ocr/about-us/contact-us/index.html) or call 1-800-368-1019 or TDD 1-800-537-7697.

In accordance with the statutory provisions contained in Section 872 of the *Duncan Hunter National Defense Authorization Act of Fiscal Year 2009* (Public Law 110-417), NIH awards will be subject to the Federal Awardee Performance and Integrity Information System (FAPIIS) requirements. FAPIIS requires Federal award making officials to review and consider information about an applicant in the designated integrity and performance system (currently FAPIIS) prior to making an award. An applicant, at its option, may review information in the designated integrity and performance systems accessible through FAPIIS and comment on any information about itself that a Federal agency previously entered and is currently in FAPIIS. The Federal awarding agency will consider any comments by the applicant, in addition to other information in FAPIIS, in making a judgement about the applicant's integrity, business ethics, and record of performance under Federal awards when completing the review of risk posed by applicants as described in 45 CFR Part 75.205 Federal awarding agency review of risk posed by applicants. This provision will apply to all NIH grants and cooperative agreements except fellowships.

**Data Management and Sharing**

Note: The NIH Policy for Data Management and Sharing is effective for due dates on or after January 25, 2023.

Consistent with the NIH Policy for Data Management and Sharing, when data management and sharing is applicable to the award, recipients will be required to adhere to the Data Management and Sharing requirements as outlined in the NIH Grants Policy Statement (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_8/8.2.3_sharing_research_resources.htm#Data). Upon the approval of a Data Management and Sharing Plan, it is required for recipients to implement the plan as described.

# 3. Reporting

When multiple years are involved, awardees will be required to submit the Research Performance Progress Report (RPPR) annually and financial statements as required in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120). The Supplemental Instructions for Individual Career Development (K) RPPRs must be followed. The Mentor's Report must include an annual evaluation statement of the candidate's progress.

A final RPPR, invention statement, and the expenditure data portion of the Federal Financial Report are required for closeout of an award, as described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11161).

The Federal Funding Accountability and Transparency Act of 2006 (Transparency Act), includes a requirement for awardees of Federal grants to report information about first-tier subawards and executive compensation under Federal assistance awards issued in FY2011 or later. All awardees of applicable NIH grants and cooperative agreements are required to report to the Federal Subaward Reporting System (FSRS) available at www.fsrs.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=11170) on all subawards over $25,000. See the *NIH Grants Policy Statement* (//grants.nih.gov/grants/guide/url_redirect.php?id=11171) for additional information on this reporting requirement.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts from all Federal awarding agencies with a cumulative total value greater than $10,000,000 for any period of time during the period of performance of a Federal award, must report and maintain the currency of information reported in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently FAPIIS). This is a statutory requirement under section 872 of Public Law 110-417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111-212, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for Federal procurement contracts, will be publicly available. Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75 Award Term and Conditions for Recipient Integrity and Performance Matters.

Case 1:25-cv-10814-WGY    Document 13-24    Filed 04/04/25    Page 321 of 375

# 4. Evaluation

In carrying out its stewardship of human resource-related programs, the NIH may request information essential to an assessment of the effectiveness of this program from databases and from participants themselves. Participants may be contacted after the completion of this award for periodic updates on various aspects of their employment history, publications, support from research grants or contracts, honors and awards, professional activities, and other information helpful in evaluating the impact of the program.

# Section VII. Agency Contacts

We encourage inquiries concerning this funding opportunity and welcome the opportunity to answer questions from potential applicants.

Because of the difference in individual Institute and Center (IC) program requirements for this FOA, prospective applications **MUST consult the Table of IC-Specific Information, Requirements, and Staff Contacts (https://grants.nih.gov/grants/guide/contacts/parent-K01-CT-not-allowed.html)**, to make sure that their application is responsive to the requirements of one of the participating NIH ICs. Prior consultation with NIH staff is strongly encouraged.

### Application Submission Contacts

eRA Service Desk (Questions regarding ASSIST, eRA Commons, application errors and warnings, documenting system problems that threaten submission by the due date, and post submission issues)
Finding Help Online: http://grants.nih.gov/support/ (//grants.nih.gov/support/) (preferred method of contact)

Telephone: 301-402-7469 or 866-504-9552 (Toll Free)

GrantsInfo (Questions regarding application instructions, application processes, and NIH grant resources)
Email: GrantsInfo@nih.gov (mailto:GrantsInfo@nih.gov) (preferred method of contact)

Telephone: 301-480-7075

Grants.gov Customer Support (Questions regarding Grants.gov registration and Workspace)
Contact Center Telephone: 800-518-4726
Email: support@grants.gov (mailto:support@grants.gov)

### Scientific/Research Contact(s)

See Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/grants/guide/contacts/parent-K01-CT-not-allowed.html)

### Peer Review Contact(s)

Examine your eRA Commons account for review assignment and contact information (information appears two weeks after the submission due date).

### Financial/Grants Management Contact(s)

See Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/grants/guide/contacts/parent-K01-CT-not-allowed.html)

# Section VIII. Other Information

Recently issued trans-NIH policy notices (//grants.nih.gov/grants/guide/url_redirect.php?id=11163) may affect your application submission. A full list of policy notices published by NIH is provided in the *NIH Guide for Grants and Contracts (//grants.nih.gov/grants/guide/url_redirect.php?id=11164)*. All awards are subject to the terms and conditions, cost principles, and other considerations described in the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120)*.

Please note that the NIH Loan Repayment Programs (LRPs) (https://www.lrp.nih.gov/) are a set of programs to attract and retain promising early-stage investigators in research careers by helping them to repay their student loans. Recipients of fellowship and career development awards are encouraged to apply for an extramural LRP award.

### Authority and Regulations

Awards are made under the authorization of Sections 301 and 405 of the Public Health Service Act as amended (42 USC 241 and 284) and under Federal Regulations 42 CFR Part 52 and 45 CFR Part 75.

Case 1:25-cv-10814-WGY   Document 12-24   Filed 04/04/25   Page 322 of 375

Weekly TOC for this Announcement (/grants/guide/WeeklyIndex.cfm?05-08-20)

NIH Funding Opportunities and Notices (/grants/guide/index.html)

 (/grants/oer.htm)

 (https://www.hhs.gov/) Department of Health
and Human Services (HHS)

 (https://www.usa.gov/)

NIH… Turning Discovery Into Health®

**Exhibit E to Shurtleff Declaration**

# FDP Cost Reimbursement Subaward

**Federal Awarding Agency:** National Institutes of Health (NIH)

| **Pass-Through Entity (PTE):** | **Subrecipient:** |
|---|---|
| Regents of the University of Michigan | The Research Foundation for The State University of New York |
| PTE PI: Sunghee Lee | Sub PI: Elizabeth Vasquez |
| PTE Federal Award No: 1R01AG082080-01A1 | Subaward No: SUBK00019400 |

Project Title: Improving Inclusivity of Alzheimer's Disease and Related Dementias Research for Asian Americans and Latinx through Nationally Representative Hybrid Sampling.

| Subaward Budget Period: Start: 04/01/2024    End: 12/31/2024 | Amount Funded This Action (USD): $ 5,966.00 |
|---|---|
| Estimated Period of Performance: Start: 04/01/2024    End: 12/31/2028 | Incrementally Estimated Total (USD): $ 26,847.00 |

## Terms and Conditions

1. PTE hereby awards a cost reimbursable subaward, (as determined by 2 CFR 200.331), to Subrecipient. The Statement of Work and budget for this Subaward are as shown in Attachment 5. In its performance of Subaward work, Subrecipient shall be an independent entity and not an employee or agent of PTE.

2. Subrecipient shall submit invoices not more often than monthly and not less frequently than quarterly for allowable costs incurred. Upon the receipt of proper invoices, the PTE agrees to process payments in accordance with this Subaward and 2 CFR 200.305. All invoices shall be submitted using Subrecipient's standard invoice, but at a minimum shall include current and cumulative costs (including cost sharing), breakdown by major cost category, Subaward number, and certification, as required in 2 CFR 200.415(a). Invoices that do not reference PTE Subaward number shall be returned to Subrecipient. Invoices and questions concerning invoice receipt or payments shall be directed to the party's Financial Contact, shown in Attachment 3A.

3. A final statement of cumulative costs incurred, including cost sharing, marked "FINAL" must be submitted to PTE's Financial Contact, as shown in Attachment 3A, not later than 60 days after the final Budget Period end date. The final statement of costs shall constitute Subrecipient's final financial report.

4. All payments shall be considered provisional and are subject to adjustment within the total estimated cost in the event such adjustment is necessary as a result of an adverse audit finding against the Subrecipient.

5. Matters concerning the technical performance of this Subaward shall be directed to the appropriate party's Principal Investigator as shown in Attachments 3A and 3B. Technical reports are required as shown in Attachment 4.

6. Matters concerning the request or negotiation of any changes in the terms, conditions, or amounts cited in this Subaward, and any changes requiring prior approval, shall be directed to the PTE's Administrative Contact and the Subrecipient's Authorized Official Contact shown in Attachments 3A and 3B. Any such change made to this Subaward requires the written approval of each party's Authorized Official as shown in Attachments 3A and 3B.

7. The PTE may issue non-substantive changes to the Budget Period(s) and Budget Bilaterally. Unilateral modification shall be considered valid 14 days after receipt unless otherwise indicated by Subrecipient when sent to Subrecipient's Authorized Official Contact, as shown in Attachment 3B.

8. Each party shall be responsible for its negligent acts or omissions and the negligent acts or omissions of its employees, officers, or directors, to the extent allowed by law.

9. Either party may terminate this Subaward with 30 days written notice. Notwithstanding, if the Awarding Agency terminates the Federal Award, PTE will terminate in accordance with Awarding Agency requirements. PTE notice shall be directed to the Authorized Official Contact, and Subrecipient notice shall be directed to the Authorized Official Contact as shown in Attachments 3A and 3B. PTE shall pay Subrecipient for termination costs as allowable under Uniform Guidance, 2 CFR 200, or 45 CFR Part 75 Appendix IX, as applicable

10. By signing this Subaward, including the attachments hereto which are hereby incorporated by reference, Subrecipient certifies that it will perform the Statement of Work in accordance with the terms and conditions of this Subaward and the applicable terms of the Federal Award, including the appropriate Research Terms and Conditions ("RTCs") of the Federal Awarding Agency, as referenced in Attachment 2. The parties further agree that they intend this subaward to comply with all applicable laws, regulations, and requirements.

| By an Authorized Official of the PTE: | By an Authorized Official of the Subrecipient: |
|---|---|
| | Paula Kaloyeros  Digitally signed by Paula Kaloyeros Date: 2024.08.19 08:48:17 -04'00' |
| 08/20/2024 | |
| Name: Ashley K. Tyler        Date | Name: Paula Kaloyeros        Date |
| Title: Contract Administration Senior | Title: Assistant VP, Sponsored Programs Administration |

<table>
<tr><td rowspan="2">**Attachment 1**<br>**Certifications and Assurances**</td><td>Subaward Number:</td></tr>
<tr><td>SUBK00019400</td></tr>
</table>

**Certification Regarding Lobbying (2 CFR 200.450)**
By signing this Subaward, the Subrecipient Authorized Official certifies, to the best of his/her knowledge and belief, that no Federal appropriated funds have been paid or will be paid, by or on behalf of the Subrecipient, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement in accordance with 2 CFR 200.450.

If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or intending to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the Subrecipient shall complete and submit Standard Form -LLL, "Disclosure Form to Report Lobbying," to the PTE.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by 31 U.S.C. 1352. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

**Debarment, Suspension, and Other Responsibility Matters (2 CFR 200.214 and 2 CFR 180)**
By signing this Subaward, the Subrecipient Authorized Official certifies, to the best of his/her knowledge and belief that neither the Subrecipient nor its principals are presently debarred, suspended, proposed for debarment, declared ineligible or voluntarily excluded from participation in this transaction by any federal department or agency, in accordance with 2 CFR 200.214 and 2 CFR 180.

**Audit and Access to Records**
Subrecipient certifies that it will provide PTE with notice of any adverse findings which impact this Subaward. Subrecipient certifies compliance with applicable provisions of 2 CFR 200.501-200.521. If Subrecipient is not required to have a Single Audit as defined by 200.501, Awarding Agency requirements, or the Single Audit Act, then Subrecipient will provide notice of the completion of any required audits and will provide access to such audits upon request. Subrecipient will provide access to records as required by parts 2 CFR 200.332 (a)(5), 200.337, and 200.338 as applicable.

**Program for Enhancement of Contractor Employee Protections (41 U.S.C 4712)**
Subrecipient is hereby notified that they are required to: inform their employees working on any federal award that they are subject to the whistleblower rights and remedies of the program; inform their employees in writing of employee whistleblower protections under 41 U.S.C §4712 in the predominant native language of the workforce; and include such requirements in any agreement made with a subcontractor or subgrantee.

The Subrecipient shall require that the language of the certifications above in this Attachment 1 be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

**Use of Name**
Neither party shall use the other party's name, trademarks, or other logos in any publicity, advertising, or news release without the prior written approval of an authorized representative of that party. The parties agree that each party may use factual information regarding the existence and purpose of the relationship that is the subject of this Subaward for legitimate business purposes, to satisfy any reporting and funding obligations, or as required by applicable law or regulation without written permission from the other party. In any such statement, the relationship of the parties shall be accurately and appropriately described.

**Prohibition on Certain Telecommunication and Video Surveillance Services or Equipment**
Pursuant to 2 CFR 200.216, Subrecipient will not obligate or expend funds received under this Subaward to: (1) procure or obtain; (2) extend or renew a contract to procure or obtain; or (3) enter into a contract (or extend or renew a contract) to procure or obtain equipment, services, or systems that uses covered telecommunications equipment or services (as described in Public Law 115-232, section 889) as a substantial or essential component of any system, or as a critical technology as part of any system.

| **Attachment 2**<br>**Federal Award Terms and Conditions** | Subaward Number |
|---|---|
| | SUBK00019400 |

**Required Data Elements**

The data elements required by Uniform
Guidance are incorporated as entered.

**This Subaward Is:**

■ Research & Development     ■ Subject to FFATA

Awarding Agency Institute (If Applicable)

NATIONAL INSTITUTE ON AGING

| Federal Award Issue Date | FAIN | Assistance Listing No. |
|---|---|---|
| 03/22/24 | R01AG082080 | 93.866 |

Assistance Listing Program Title (ALPT)

Aging Research

Key Personnel Per NOA

Refer to attached NOA; as applicable.

## General Terms and Conditions

By signing this Subaward, Subrecipient agrees to the following:

1. To abide by the conditions on activities and restrictions on expenditure of federal funds in appropriations acts that are applicable to this Subaward to the extent those restrictions are pertinent. This includes any recent legislation noted on the Federal Awarding Agency's website:

   https://grants.nih.gov/policy/index.htm

2. 2 CFR 200

3. The Federal Awarding Agency's grants policy guidance, including addenda in effect as of the beginning date of the period of performance or as amended found at:

   https://grants.nih.gov/policy/nihgps/index.htm

4. Applicable Research Terms and Conditions, including any Federal Awarding Agency's Specific Requirements found at:

   https://nsf.gov/awards/managing/rtc.jsp    except for the following :

   a. No-cost extensions require the written approval of the PTE. Any requests for a no-cost extension shall be directed to the Authorized Official    Contact shown in Attachment 3A, not less than 30 days prior to the desired effective date of the requested change.

   b. Any payment mechanisms and financial reporting requirements described in the applicable Federal Awarding Agency Terms and Conditions and Agency-Specific Requirements are replaced with Terms and Conditions (1) through (4) of this Subaward; and

   c. Any prior approvals are to be sought from the PTE and not the Federal Awarding Agency.

   d. Title to equipment as defined in 2 CFR 200.1 that is purchased or fabricated with research funds or Subrecipient cost sharing funds, as direct costs of the project or program, shall vest in the Subrecipient subject to the conditions specified in 2 CFR 200.313.

   e. Prior approval must be sought for a change in Subrecipient PI or change in Key Personnel (defined as listed on the NOA).

5. Treatment of program income: Additive

## Special Terms and Conditions:

**Data Sharing and Access:**
Subrecipient agrees to comply with the Federal Awarding Agency's data sharing and/or access requirements as reflected in the NOA or the Federal Awarding Agency's standard terms and conditions as referenced in General Terms and Conditions 1-4 above. Attached    is a Data Management and/or Sharing Plan that incorporates additional requirements as submitted to the Federal Awarding Agency.

**Data Rights:**
Subrecipient grants to PTE the right to use data created in the performance of this Subaward solely for the purpose of and only to the extent required to meet PTE's obligations to the Federal Government under its PTE Federal Award.

**Copyrights:**
Subrecipient Grants    to PTE an irrevocable, royalty-free, non-transferable, non-exclusive right and license to use, reproduce, make derivative works, display, and perform publicly any copyrights or copyrighted material (including any computer software and its documentation and/or databases) first developed and delivered under this Subaward solely for the purpose of and only to the extent required to meet PTE's obligations to the Federal Government under its PTE Federal Award.

Subrecipient grants to PTE the right to use any written progress reports and deliverables created under this Subaward solely for the purpose of and only to the extent required to meet PTE's obligations to the Federal Government under its Federal Award.

**Promoting Objectivity in Research (COI):**
Subrecipient must designate herein which entity's Financial Conflicts of Interest policy (COI) will apply: Subrecipient

If applying its own COI policy, by execution of this Subaward, Subrecipient certifies that its policy complies with the requirements of the relevant Federal Awarding Agency as identified herein: NIH - 42 CFR Part 50 Subpart F

Subrecipient shall report any financial conflict of interest to PTE's Administrative Representative or COI contact, as designated on Attachment 3A. Any financial conflicts of interest identified shall, when applicable, subsequently be reported to Federal Awarding Agency. Such report shall be made before expenditure of funds authorized in this Subaward and within 45 days of any subsequently identified COI.

**Work Involving Human or Vertebrate Animals** (Select Applicable Options)

☐ No Human or Vertebrate Animals          **IRB**          | Exempt and determination will be provided upon request |

☑ Human Subjects Exempt

☐ Vertebrate Animals

*The PTE requires verification of IRB and/or IACUC approval be sent to the* | Principal Investigator | *as required above:*

Subrecipient agrees that any non-exempt human and/or vertebrate animal research protocol conducted under this Subaward shall be reviewed and approved by the appropriate Institutional Review Board (IRB) and/or its Institutional Animal Care and Use Committee (IACUC), as applicable and that it will maintain current and duly approved research protocols for all periods of the Subaward involving human and/or vertebrate animal research. Subrecipient certifies that the appropriate IRB and/or IACUC are in full compliance with applicable state and federal laws and regulations. The Subrecipient certifies that any submitted IRB / IACUC approval represents a valid, approved protocol that is entirely consistent with the Project associated with this Subaward. In no event shall Subrecipient invoice or be reimbursed for any human or vertebrate animals related expenses incurred in a period where any applicable IRB / IACUC approval is not properly in place.

**Human Subjects Data** (Select One) | Not Applicable |

This section left intentionally blank

This section left intentionally blank

**Additional Terms**

1. This Subaward is subject to the applicable PTE Federal Award terms and conditions. A copy of the Notice of Award ("NOA") is provided within Attachment 6.

2. Federal Identifier AG082080/Application Identifier 23-PAF04502, as submitted in response to Funding Opportunity Announcement (FOA) PAR-22-093, is incorporated herein by reference, as applicable.

Subaward Number:

## Attachment 3A
### Pass-Through Entity (PTE) Contacts

SUBK00019400

## PTE Information

Entity Name: Regents of the University of Michigan

Legal Address:
3003 South State Street
Ann Arbor, Michigan 48109

Website: https://umich.edu

## PTE Contacts

Central Email: subcontracts@umich.edu

Principal Investigator Name: Sunghee Lee

Email: sungheel@umich.edu    Telephone Number: 734-764-8354

Administrative Contact Name: Ashley K. Tyler, Contract Administration Senior

Email: tyleras@umich.edu    Telephone Number: 734-764-8256

COI Contact email (if different to above): FCOI.Reports@umich.edu

Financial Contact Name: Office of Contract Administration, Accounting Team

Email: subcontracts.accounting@umich.edu    Telephone Number: 734-764-8204

Email invoices? (●) Yes ( ) No    Invoice email (if different): subcontract.invoices@umich.edu

Authorized Official Name: Peter J. Gerard, Contract Administration Assistant Director

Email: subcontracts@umich.edu    Telephone Number: 734-764-8204

## PI Address:

SRC-ISR
426 Thompson Street
Ann Arbor, MI 48106-1248

## Administrative Address:

Sponsored Programs - Office of Contract Administration
5000 Wolverine Tower
3003 South State Street
Ann Arbor, Michigan 48109-1287

## Invoice Address:

Email Only: subcontract.invoices@umich.edu

**Attachment 3B**

**Subrecipient Contacts**

Subaward Number:

SUBK00019400

**Subrecipient Information for FFATA reporting**

Entity's UEI Name: The Research Foundation for The State University of New York

EIN No.: 14-1368361

Institution Type: Nonprofit with 501c3 Status (other than Inst. of Higher Ed.)

UEI: NHH3T1Z96H29

Currently registered in SAM.gov: ⦿ Yes ◯ No

Exempt from reporting executive compensation: ⦿ Yes ◯ No *(if no, complete 3Bpg2)*

Parent UEI:

*This section for U.S. Entities:*  Zip Code Look-up

Congressional District: NY-020   Zip Code+4: 12222-0100

Place of Performance Address

1400 Washington Ave, Albany, NY

**Subrecipient Contacts**

Central Email: preaward@albany.edu

Website: https://www.albany.edu/spa/indexmain.php

Principal Investigator Name: Elizabeth Vásquez

Email: evasquez2@albany.edu   Telephone Number: 518-408-2362

Administrative Contact Name: Todd Remkus

Email: preaward@albany.edu   Telephone Number: 518-442-3196

Financial Contact Name: Jerold Gauriloff

Email: amsfr@albany.edu   Telephone Number: 518-442-3196

Invoice Email: amsfr@albany.edu

Authorized Official Name: Paula Kaloyeros

Email: preaward@albany.edu   Telephone Number: 518-442-3196

**Legal Address:**

1400 Washington Ave., MSC 100A
Albany, NY 12222-0100

**Administrative Address:**

1400 Washington Ave., MSC 100A
Albany, NY 12222-0100

**Payment Address:**

The Research Foundation for the SUNY
Treasurer's Office
PO Box 9
Albany, NY 12201-0009

| **Attachment 3B-2** | Subaward Number: |
|---|---|
| **Highest Compensated Officers** | SUBK00019400 |

---

## Subrecipient:

Institution Name: Michigan State University

PI Name: Elizabeth Vásquez

## Highest Compensated Officers

The names and total compensation of the five most highly compensated officers of the entity(ies) must be listed if the entity in the preceding fiscal year received 80 percent or more of its annual gross revenues in Federal awards; and $25,000,000 or more in annual gross revenues from Federal awards; and the public does not have access to this information about the compensation of the senior executives of the entity through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. See FFATA § 2(b)(1)    Internal Revenue Code of 1986.

---

Officer 1 Name:

Officer 1 Compensation:

Officer 2 Name:

Officer 2 Compensation:

Officer 3 Name:

Officer 3 Compensation:

Officer 4 Name:

Officer 4 Compensation:

Officer 5 Name:

Officer 5 Compensation:

| Attachment 4<br>**Reporting and Prior Approval Terms** | Subaward Number:<br>SUBK00019400 |
|---|---|

Subrecipient agrees to submit the following reports (PTE contacts are identified in Attachment 3A):

**Technical Reports:**

☐ Monthly technical/progress reports will be submitted to the PTE's Administrative Contact within 15 days of of the end of the month.

☐ Quarterly technical/progress reports will be submitted within 30 days after the end of each project quarter to the PTE's Administrative Contact .

☐ Annual technical / progress reports will be submitted within 60 days prior to the end of each budget period to the PTE's Administrative Contact . Such report shall also include a detailed budget for the next Budget Period, updated other support for key personnel, certification of appropriate education in the conduct of human subject research of any new key personnel, and annual IRB or IACUC approval, if applicable.

☐ A Final technical/progress report will be submitted to the PTE's Administrative Contact within 60 days of the end of the Project Period or after termination of this award, whichever comes first.

☑ Technical/progress reports on the project as may be required by PTE's Principal Investigator in order for the PTE to satisfy its reporting obligations to the Federal Awarding Agency.

**Prior Approvals:**

Carryover:

Carryover is automatic

**Other Reports:**

☑ In accordance with 37 CFR 401.14, Subrecipient agrees to notify both the Federal Awarding Agency via iEdison and PTE's Financial Contact within 60 days after Subrecipient's inventor discloses invention(s) in writing to Subrecipient's personnel responsible for patent matters. The Subrecipient will submit a final invention report using Federal Awarding Agency specific forms to the PTE's Financial Contact within 60 days of the end of the Project Period to be included as part of the PTE's final invention report to the Federal Awarding Agency.

A negative report is required: Yes

☐ Property Inventory Report (only when required by Federal Awarding Agency), specific requirements below.

**Additional Technical and Reporting Requirements:**

Closeout documents:  The closeout documents provided within Attachment 6 must to be completed and returned along with the Final Invoice.

Invoicing Instructions:  Invoices shall be e-mailed to subcontract.invoices@umich.edu for processing.  In addition to the invoicing terms and conditions identified on the face page of the Subaward each invoice must include the following:

a. PO Number: 3008154128
b. A unique invoice number:  Each payment request must be identified by a unique invoice number, which can only be used one time regardless of the number of Michigan contracts or orders held by an organization.
c. Invoice period:  The period for which the expenditures apply
d. Remittance address
e. Per face page, each invoice must include a certification, signed by an official who is authorized to legally bind the non-Federal entity, which reads as follows: "By signing this report, I certify to the best of my knowledge and belief that the report is true, complete, and accurate, and the expenditures, disbursements and cash receipts are for the purposes and objectives set forth in the terms and conditions of the Federal award. I am aware that any false, fictitious, or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or    administrative penalties for fraud, false statements, false claims or otherwise. (U.S. Code Title 18, Section 1001 and Title 31, Sections 3729-3730 and 3801-3812)."

Sufficient detail must be provided to allow for PTE review of invoices.  Additional detail or supporting documentation, requested on an as-needed basis, will be made available upon request.

| | Subaward Number: |
|---|---|
| **Attachment 5**<br>**Statement of Work, Cost Sharing, Indirects & Budget** | SUBK00019400 |

## Statement of Work

◯ Below  ◯ Attached, [ 1 ]  pages

If award is FFATA eligible and SOW exceeds 4000 characters, include a *Subrecipient Federal Award Project Description*

This section left intentionally blank.

## Budget Information

**Indirect Information** Indirect Cost Rate (IDC) Applied  [ 56.50 ] %    **Cost Sharing**  [ No ]

Rate Type: [ Modified Total Direct Costs ]    If Yes, include Amount: $ [ ]

**Budget Details**    ◯ Below  ⦿ Attached, [ 3 ] pages

Subrecipient is responsible for making sure that costs incurred/charged are allowable in accordance with the terms and conditions of the Federal award.

### Budget Totals

Direct Costs   $ [ 3,812.00 ]

Indirect Costs $ [ 2,154.00 ]

Total Costs    $ [ 5,966.00 ]

*All amounts are in United States Dollars*

**University at Albany – SUNY**

**9/1/23-8/31/28**

**STATEMENT OF WORK**

**Project Summary:**

Reported racial and ethnic disparities associated with ADRD in the extant literature are mainly for Blacks and Latinx. These two groups experience a higher rate of ADRD prevalence as well as missed diagnosis than Whites. At the same time, studies based on the members of a health plan in Northern California that illustrated lower ADRD prevalence among Asian Americans than Whites and prevalence heterogeneity within Asian Americans offer a glimpse into **dynamics of ADRD across racial and ethnic groups which need to extend beyond minimum standard racial/ethnic categories** (e.g., Chinese rather than Asian). Unfortunately, **population-level ADRD research data are absent beyond White, Blacks and Latinxs** due to lacking statistical power. For granular subgroups, data collection is exorbitantly expensive. Low research participation by racial and ethnic diverse individuals presents challenges even with unlimited resources. This study aims to introduce a hybrid adaptive Web-based respondent driven sampling under the multiple frame estimation framework as a practical sampling and data collection method in order to address the lack of racial and/or ethnic minority data among older adults. The Hybrid Adaptive Web-based respondent driven sampling (H-WRDS) recruits participants through peer referrals within existing social networks, administers data collection on the Web and adapts its design aspects based on the incoming data in order to generate data mirroring the theoretical underpinning of RDS. Strong social ties with their own group and high Web penetration rates among racial and ethnic minorities older adults in the U.S. make H-WRDS a strong candidate as a practical data collection method; however, its practice as well as the data quality remain to be verified. This project is well suited to deliver **a fuller picture of ADRD-related disparities, data collection methods overcoming such barriers are critically needed** particularly in the era of COVID-19 that has brought racial and ethnic health disparities to the surface. This study aims to address the lack of inclusive ADRD research data by **establishing a national panel through hybrid web respondent driven sampling (H-WRDS)**, to examine **the role of culturally sensitive social engagement as a mediator.**

**Project tasks and deliverables**:

- Assist the PI (Dr. Lee) and her team with the implementation and execution of the formative project
- Lead Spanish language adaptations on survey instruments and respondent communication materials
- Supervise RAs assigned to the Spanish portion of the survey who will handle respondent inquiries and conduct phone survey interviews.
- Lead Latinx in-depth interviews (n=10) and Co-lead questionnaire development
- Review data analysis and propose suggestions to enhance the scope of the data analysis
- Assist the team with the interpretation of the data
- Assist with the drafting of project reports and scientific manuscripts and presentations
- Participate in survey protocol development and Aim 2 analysis (social network as a mediator of racial/ethnic disparities of ADRD risks).
- Participate in teleconference and video-enabled meetings, when needed

OMB Number: 4040-0001
Expiration Date: 12/31/2022

UEI: NHH3T1Z96H29    Enter name of Organization: The Research Foundation for SUNY, University at Albany

**Budget Type:** ☐ Project  ☒ Subaward/Consortium    **Budget Period: 1**  **Start Date:** 04/01/2024  **End Date:** 12/31/2024

## A. Senior/Key Person

| Prefix | First | Middle | Last | Suffix | Base Salary ($) | Cal. | Acad. | Sum. | Requested Salary ($) | Fringe Benefits ($) | Funds Requested ($) |
|--------|-------|--------|------|--------|-----------------|------|-------|------|----------------------|---------------------|---------------------|
| Dr. | Elizabeth | | Vasquez | | | | | 0.30 | 3,344.00 | 468.00 | 3,812.0 |

**Project Role:** Co-Investigator

Additional Senior Key Persons: [ Add Attachment ] [ Delete Attachment ] [ View Attachment ]

**Total Funds requested for all Senior Key Persons in the attached file**

**Total Senior/Key Person** 3,812.0

## B. Other Personnel

| Number of Personnel | Project Role | Cal. | Acad. | Sum. | Requested Salary ($) | Fringe Benefits ($) | Funds Requested ($) |
|---------------------|--------------|------|-------|------|----------------------|---------------------|---------------------|
| | Post Doctoral Associates | | | | | | |
| | Graduate Students | | | | | | |
| | Undergraduate Students | | | | | | |
| | Secretarial/Clerical | | | | | | |
| | | | | | | | |

| | Total Number Other Personnel | | | | | Total Other Personnel | |

**Total Salary, Wages and Fringe Benefits (A+B)** 3,812.0

Case 1:25-cv-10814-WGY    Document 12-24    Filed 04/04/25    Page 334 of 375

## C. Equipment Description

**List items and dollar amount for each item exceeding $5,000**

| Equipment item | Funds Requested ($) |
|---|---|
|  |  |

**Additional Equipment:** [ ]  [Add Attachment] [Delete Attachment] [View Attachment]

| | Funds Requested ($) |
|---|---|
| Total funds requested for all equipment listed in the attached file |  |
| Total Equipment |  |

## D. Travel

| | Funds Requested ($) |
|---|---|
| 1. Domestic Travel Costs ( Incl. Canada, Mexico and U.S. Possessions) |  |
| 2. Foreign Travel Costs |  |
| Total Travel Cost |  |

## E. Participant/Trainee Support Costs

| | Funds Requested ($) |
|---|---|
| 1. Tuition/Fees/Health Insurance |  |
| 2. Stipends |  |
| 3. Travel |  |
| 4. Subsistence |  |
| 5. Other |  |
| Number of Participants/Trainees | Total Participant/Trainee Support Costs |

## F. Other Direct Costs

| | | Funds Requested ($) |
|---|---|---|
| 1. | Materials and Supplies | |
| 2. | Publication Costs | |
| 3. | Consultant Services | |
| 4. | ADP/Computer Services | |
| 5. | Subawards/Consortium/Contractual Costs | |
| 6. | Equipment or Facility Rental/User Fees | |
| 7. | Alterations and Renovations | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| | Total Other Direct Costs | |

## G. Direct Costs

| | Funds Requested ($) |
|---|---|
| Total Direct Costs (A thru F) | 3,812.00 |

## H. Indirect Costs

| Indirect Cost Type | Indirect Cost Rate (%) | Indirect Cost Base ($) | Funds Requested ($) |
|---|---|---|---|
| MTDC | 56.50 | 3,812.00 | 2,154.00 |

| | Funds Requested ($) |
|---|---|
| Total Indirect Costs | 2,154.00 |

**Cognizant Federal Agency**
(Agency Name, POC Name, and POC Phone Number)

DHHS, Ryan McCarthy, 212-264-2069

## I. Total Direct and Indirect Costs

| | Funds Requested ($) |
|---|---|
| Total Direct and Indirect Institutional Costs (G + H) | 5,966.00 |

## J. Fee

| | Funds Requested ($) |
|---|---|
| | |

## K. Total Costs and Fee

| | Funds Requested ($) |
|---|---|
| Total Costs and Fee (I + J) | 5,966.00 |

## L. Budget Justification

(Only attach one file.)    3 Budget Justification UAlbany Vasquez    [Add Attachment]  [Delete Attachment]  [View Attachment]

---

## Attachment 6

**Notice of Award (NOA) and any additional documents**

---

◉    The following pages include the NOA and if applicable any additional documentation referenced throughout this Subaward.

◯    Not incorporating the NOA or any additional documentation to this Subaward.

**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE ON AGING

**Notice of Award**
FAIN# R01AG082080
**Federal Award Date**
03/22/2024

## Recipient Information

**1. Recipient Name**
REGENTS OF THE UNIVERSITY OF MICHIGAN
1109 GEDDES AVE, SUITE 3300
ANN ARBOR, MI 48109

**2. Congressional District of Recipient**
06

**3. Payment System Identifier (ID)**
1386006309A1

**4. Employer Identification Number (EIN)**
386006309

**5. Data Universal Numbering System (DUNS)**
073133571

**6. Recipient's Unique Entity Identifier**
GNJ7BBP73WE9

**7. Project Director or Principal Investigator**
Sung-Hee  Lee, PHD
Research Associate Professor
sungheel@umich.edu
734-764-8354

**8. Authorized Official**
Mr. Reynaldo Martell
martellr@umich.edu
734-647-9099

## Federal Agency Information

**9. Awarding Agency Contact Information**
Maurice Koo
Extramural Support Assistant
NATIONAL INSTITUTE ON AGING
koom@mail.nih.gov
3014351135

**10. Program Official Contact Information**
John  Phillips
Health Scientist Administrator
NATIONAL INSTITUTE ON AGING
john.phillips@nih.gov
301 5551212

## Federal Award Information

**11. Award Number**
1R01AG082080-01A1

**12. Unique Federal Award Identification Number (FAIN)**
R01AG082080

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Improving Inclusivity of Alzheimer's Disease and Related Dementias Research for Asian Americans and Latinx through Nationally Representative Hybrid Sampling.

**15. Assistance Listing Number**
93.866

**16. Assistance Listing Program Title**
Aging Research

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 04/01/2024 **– End Date** 12/31/2024 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $979,196 |
| 20 a.  Direct Cost Amount | $627,690 |
| 20 b.  Indirect Cost Amount | $351,506 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $979,196 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $979,196 |
| **26. Project Period Start Date** 04/01/2024 **– End Date** 12/31/2028 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $979,196 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Jessica  Perez

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version:25 - 2/15/2024 9:51 AM | Generated on: 3/25/2024 4:55 PM



Notice of Award

RESEARCH
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON AGING

---

**SECTION I – AWARD DATA – 1R01AG082080-01A1**

**Principal Investigator(s):**
Sung-Hee  Lee, PHD

**Award e-mailed to:** swhite-gov@umich.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $979,196 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to The Regents of the University of Michigan in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Aging of the National Institutes of Health under Award Number R01AG082080. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Jessica  Perez
Grants Management Officer
NATIONAL INSTITUTE ON AGING

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
 **Salaries and Wages**                                                                                              $385,105

Version: 25 - 2/15/2024 9:51 AM | Generated on: 3/25/2024 4:55 PM
SUBK00019400
16 of 25

| | |
|---|---|
| **Fringe Benefits** | $82,216 |
| **Personnel Costs (Subtotal)** | $467,321 |
| **Consultant Services** | $6,000 |
| **Materials & Supplies** | $36,003 |
| **Other** | $111,400 |
| **Subawards/Consortium/Contractual Costs** | $5,966 |
| **ADP/Computer Services** | $1,000 |

| | |
|---|---|
| **Federal Direct Costs** | $627,690 |
| **Federal F&A Costs** | $351,506 |
| **Approved Budget** | $979,196 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $979,196 |
| **TOTAL FEDERAL AWARD AMOUNT** | $979,196 |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $979,196 |

| **SUMMARY TOTALS FOR ALL YEARS** (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $979,196 | $979,196 |
| 2 | $1,191,854 | $1,191,854 |
| 3 | $820,279 | $820,279 |
| 4 | $1,197,455 | $1,197,455 |
| 5 | $727,144 | $727,144 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1386006309A1 |
| **Document Number:** | RAG082080A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| AG | 8033157 | $979,196 | $1,191,854 | $820,279 | $1,197,455 | $727,144 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: 2CECNJP / **OC**: 41021 / **Released**: Perez, Jessica 03/13/2024
**Award Processed:** 03/25/2024 04:55:38 PM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01AG082080-01A1**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R01AG082080-01A1**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.  45 CFR Part 75.
    d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01AG082080. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.

Version: 25 - 2/15/2024 9:51 AM | Generated on: 3/25/2024 4:55 PM
SUBK00019400
18 of 25

- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.
**Treatment of Program Income:**
Additional Costs

---

### SECTION IV – AG SPECIFIC AWARD CONDITIONS – 1R01AG082080-01A1

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

Funding for this award has been provided by Alzheimer's Disease Initiative funds.

This award includes funds awarded for consortium activity with The Research Foundation for SUNY, University at Albany in the amount of $5,966 ($3,812 direct costs + $2,154 facilities and administrative costs). Consortiums are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS). The referenced section of the NIH Grants Policy Statement is available at: http://grants.nih.gov/grants/policy/nihgps/HTML5/section_15/15_consortium_agreements.htm

In accordance with the Notice: NOT-OD-02-017 entitled, "GRADUATE STUDENT COMPENSATION" published on December 10, 2001, in the NIH Guide for Grants and Contracts, total direct costs (salary, fringe benefits and tuition remission) for graduate students are provided at a level not to exceed the NIH maximum allowable amount (zero level of the Ruth L. Kirschstein National Research Service Award stipend in effect at the time of the competing award). Support recommended for future years has been adjusted accordingly, if applicable. The full guide Notice describing the level of compensation allowed for a graduate student can be found at: http://grants.nih.gov/grants/guide/notice-files/NOT-OD-02-017.html

None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the current salary cap. Therefore, this award and/or future years are adjusted accordingly, if applicable. Current salary cap levels can be found at the following URL: http://grants.nih.gov/grants/policy/salcap_summary.htm

This award includes funds for twelve months of support. The competing budget period is awarded for less than 12 months. Continuation awards will cycle each year on 01/01. The Research Performance Progress Report (RPPR) is due 45 days prior to this date for SNAP awards or 60 days prior for non-SNAP awards.

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS

plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| DMS Costs | $0 | $0 | $0 | $0 | $0 |

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01AG082080-01A1

**INSTITUTION:** The Regents of the University of Michigan

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Salaries and Wages | $385,105 | $419,428 | $362,778 | $422,088 | $350,540 |
| Fringe Benefits | $82,216 | $83,652 | $75,963 | $84,395 | $75,965 |
| Personnel Costs (Subtotal) | $467,321 | $503,080 | $438,741 | $506,483 | $426,505 |
| Consultant Services | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 |
| Materials & Supplies | $36,003 | $9,982 | $16,341 | $14,592 | $2,890 |
| Travel | | $8,500 | $8,500 | $8,500 | $8,500 |
| Other | $111,400 | $225,700 | $40,300 | $215,700 | $1,600 |
| Subawards/Consortium/ Contractual Costs | $5,966 | $5,966 | $5,966 | $2,983 | $5,966 |
| Publication Costs | | | $5,000 | $3,000 | $3,000 |
| ADP/Computer Services | $1,000 | | | | $902 |
| Tuition Remission | | $7,458 | $7,756 | $16,133 | $16,778 |
| TOTAL FEDERAL DC | $627,690 | $766,686 | $528,604 | $773,391 | $472,141 |
| TOTAL FEDERAL F&A | $351,506 | $425,168 | $291,675 | $424,064 | $255,003 |
| TOTAL COST | $979,196 | $1,191,854 | $820,279 | $1,197,455 | $727,144 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| F&A Cost Rate 1 | 56% | 56% | 56% | 56% | 56% |
| F&A Cost Base 1 | $627,690 | $759,228 | $520,848 | $757,258 | $455,363 |
| F&A Costs 1 | $351,506 | $425,168 | $291,675 | $424,064 | $255,003 |

OMB No. 0925-0001 and 0925-0002 *(Rev. 07/2022 Approved Through 01/31/2026)*

## DATA MANAGEMENT AND SHARING PLAN

*If any of the proposed research in the application involves the generation of scientific data, this application is subject to the NIH Policy for Data Management and Sharing and requires submission of a Data Management and Sharing Plan. If the proposed research in the application will generate large-scale genomic data, the Genomic Data Sharing Policy also applies and should be addressed in this Plan. Refer to the detailed instructions in the application guide for developing this plan as well as to additional guidance on* sharing.nih.gov. *The Plan is recommended not to exceed two pages. Text in italics should be deleted. There is no "form page" for the Data Management and Sharing Plan. The DMS Plan may be provided in the format shown below.*

Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: NIH, Project Clearance Branch, 6705 Rockledge Drive, MSC 7974, Bethesda, MD 20892-7974, ATTN: PRA (0925-0001 and 0925-0002). Do not return the completed form to this address.

## Element 1: Data Type

### A. Types and amount of scientific data expected to be generated in the project:

The proposed study will provide the following seven scientific datasets.

1. Nationally representative cross-sectional data on a target sample of 5,000 middle-age and older adults (ages 40 years old or older) at the baseline on topics related to cognitive health and social networks.
2. The baseline recruitment tracking data. With the use of respondent driven sampling where participants recruit their own peers through recruitment coupons, who recruited who can be ascertained.
3. Nationally representative cross-sectional data on a target sample of 5,000 middle-age and older adults (ages 40 years old or older) at Wave 2 on topics related to cognitive health and social networks.
4. Wave 2 recruitment tracking data.
5. Longitudinal data on a target sample of 2,500 adults ages 40 years old or older by following back the baseline participants at Wave 2 and assuming a 50% follow-back rate on topics related to cognitive health and social networks.
6. Interviewer-administered virtual interview data on 300 middle-age and older adults subsampled from the baseline respondents focusing on verifying and validating self-reported cognitive health in the baseline survey.
7. Experimental survey data on emerging topics related to cognitive health with 2500 subsampled from the baseline respondents.

It should be noted approximately 70% of the sample across all datasets will be seven granular minority groups our study targets: Afro-Latinx, nonAfro-Latinx, Chinese, Asian Indian, Filipino, Korean and Vietnamese.

The raw data will be recoded to characterize missing values, for top coding or collapsing variable categories, or other activities as needed.

### B. Scientific data that will be preserved and shared, and the rationale for doing so:

The raw interview data and recruitment tracking data will be stored within a secure computing environment. All direct respondent identifiers (e.g., names, addresses) will be removed and maintained separately in a secure file for future contact purposes.

All other scientific data listed in Element 1.A will be both preserved and shared. Respondent identifiers will not be shared.

OMB No. 0925-0001 and 0925-0002 *(Rev. 07/2022 Approved Through 01/31/2026)*

**C. Metadata, other relevant data, and associated documentation:**

Documentation to be made publicly available to the research community will include a text version of the questionnaires with programming specifications (e.g., skip patterns), detailed user guides, codebooks with descriptive statistics for each variable, and study-level metadata following the Data Documentation Initiative (DDI) specification. Each variable in the codebooks will include a brief description of the item along with the question number from the questionnaires, variable name, variable label, value labels, and standard codes for missing values—including codes for non-applicable, "don't know," and refusal. These documents will be provided in portable document format (PDF).

**Element 2: Related Tools, Software and/or Code:**

Scientific data will be processed and analyzed in R and shared in many widely accessible formats, including ASCII, CSV, tab-delimited text (including Excel), SAS, SPSS and Stata.

This project will develop a web-based sample management system (SMS) that operates on a virtual server running MS-IIS as described in Research Strategy. This technical system is a key for automatizing the study operations, while maintaining PII separately. The system shell, its code and documentation (in portable document format) will be disseminated to the public.

**Element 3: Standards:**

To facilitate data use, the study will use standard DDI-based processing and documentation protocols adopted by the Inter-university Consortium for Political and Social Research (ICPSR) for data formats and dictionaries as well as for variable names, descriptions, and labels.

Variable descriptions include a brief explanation of the questionnaire item content or of the constructed measure. Value labels tie individual numeric response codes to descriptive responses from the questionnaire.

Survey interview questions will be primarily based on the Health and Retirement Study and other established studies. Demographic, economic, and relationship questions will be based on Office of Management and Budget (OMB) standards or the International Standard Classification of Education (ISCED) standards.

In addition to DDI, our approach for data management and sharing plan follows the FAIR guiding principles which, we expect, will improve Findability, Accessibility, Interoperability, and Reusability of the proposed study protocols as well as data. The first step to our resource sharing plan is to create a persistent unique study identifier that will be attached to all documentation, publication, and data resulting from this data. This identifier system will allow our products to be easily identifiable.

**Element 4: Data Preservation, Access, and Associated Timelines**
**A. Repository where scientific data and metadata will be archived:**

Public use and restricted access study data and associated documentation will be made available to the research community free of charge through the National Archive of Computerized Data on Aging (NACDA) data repository hosted at ICPSR.

**B. How scientific data will be findable and identifiable:**

Datasets in ICPSR-NACDA will be findable and identifiable through a study digital object identifier (DOI) minted by ICPSR.

OMB No. 0925-0001 and 0925-0002 *(Rev. 07/2022 Approved Through 01/31/2026)*

**C.  When and how long the scientific data will be made available:**

We plan to deposit the study data approximately 8-12 months following the end of each fieldwork, respectively, and within the award period. Study data deposited in ICPSR-NACDA will be available to the research community in perpetuity.

Datasets underlying methodological publications will be shared at or prior to initial publication date.

## Element 5: Access, Distribution, or Reuse Considerations

**A.  Factors affecting subsequent access, distribution, or reuse of scientific data:**

No additional limitations other than the controls and privacy protections described below.

**B.  Whether access to scientific data will be controlled:**

Public Use Data: All deidentified study data that are not designated as restricted use will be made available as public use data to the research community through ICPSR-NACDA. Users of the public use data must register with ICPSR and agree to the Terms of Use, which are designed to protect study participants by limiting data use to scientific research and aggregate statistical reporting, prohibiting attempts to identify study participants, and requiring immediate reporting of any disclosure of study participant identity. Data users also agree not to share or redistribute any data downloads.

Restricted Access Data: Data that are determined to be potentially identifying through indirect or deductive disclosure are provided under restricted data contract to users who demonstrate a valid research need and meet conditions of use. These restricted data will include separate files with recruitment tracking information (i.e., who recruited who) and geospatial indicators below the level of state, such as ZIP code. Access to restricted study data is available through ICPSR-NACDA includes an approved user agreement, a virtual data enclave system, or online access with applying disclosure protection. We will work with ICPSR-NACDA for the most suitable option.

**C.  Protections for privacy, rights, and confidentiality of human research participants:**

Once the data collection concludes, all direct respondent identifiers (e.g., names, addresses) will be removed and maintained in a separate control file for future contact purposes. Participants' identifying information is only accessed by approved staff as part of the project duties within a secure computing environment. Deidentification will be completed by the end of data processing, prior to the finalization of the public use and restricted data files.

Our informed consent form will ask study participants to consent to data collection and sharing with the wider research community. The privacy, rights, and confidentiality of human subject participants in this study will be protected through the suppression of all direct respondent identifiers, the careful classification of any potentially identifying data as restricted access, the high security standards through which the ICPSR-NACDA provides access to restricted data for approved researchers, and the project's Certificate of Confidentiality.

## Element 6: Oversight of Data Management and Sharing:

The Principal Investigator of the proposed study will be responsible for monitoring of and compliance with this Data Management and Sharing Plan. The plan will be implemented and managed by professional staff (postdoc) working under the direction of the PI.

## RESOURCE SHARING PLAN

There are two distinctive deliverables from the proposed study: 1) datasets from a national survey of older adults (ages ≥ 40 years old) along with study materials (e.g., questionnaires in multiple languages) and 2) software for the mixed-mode hybrid sampling (HybS) sample management system (SMS).

These deliverables will be prepared as follows:
1) The datasets along with data collection instruments (e.g., questionnaires) will be deposited at the Interuniversity Consortium for Political and Social Research (ICPSR). Our budget includes ICPSR curation service fees for datasets, including recruitment information, which requires data confidentiality reviews. With the ICPSR curation service, our data sets will be available to the public; and
2) The HybS SMS will be developed as a Web-based system along with a manual and source code.

To streamline the dissemination of these deliverables, we will develop a website designated to our study and make these deliverables, or an access to them, available. We will also include a test-version of the HybS SMS on the website.

For a broader dissemination of the deliverables, we will work with professional organizations (e.g., the Gerontological Society of America, the American Public Health Association, the American Statistical Association, the American Association for Public Opinion Research) to participate in their webinars and other educational venues.

Drs. Lee, Hu, Ajrouch, Freidman, Elliott, Couper, Langa, Kim and Paulson's appointments at the University of Michigan's ISR and Michigan Medicine are particularly advantageous for this. In particular, Dr. Lee is an MPI of the NIA-funded Network for Innovative Methods in Longitudinal Aging Studies (NIMLAS) recently launched to promote methodological advance in aging studies. Dr. Langa is Associate Director of the Health and Retirement Study (HRS) and Director of the Center to Accelerate Population Research in Alzheimer's (CAPRA); Drs. Lee and Couper are participating investigators of HRS; Dr. Friedman is Associate Director of the Panel Study of Income Dynamics (PSID), a PI of the Longitudinal Studies of Aging Network (LSOA) and a Co-I of NIMLAS; Dr. Hu is one of the investigators of the National Health and Aging Trends Study (NHATS); Drs. Lee, Friedman, Ajrouch, Hu, and Langa are with the Michigan Center on the Demography of Aging (MiCDA); Dr. Ajrouch is Director of the Michigan Center for Contextual Factors in Alzheimer's Disease (MCCFAD); and Dr. Paulson is Director of the Michigan Alzheimer's Disease Research Center (ADRC).

A synergy may be expected across the proposed study, NIMLAS, HRS, NHATS, PSID, LOSA, CAPRA, MiCDA, MCCFAD and Michigan ADRC for the dissemination of the datasets and findings from the proposed study. Drs. Lee, Couper, Elliott and Kim teach through the ISR-Summer Institute, which already offers an education program on broader sampling and survey design issues. If HybS is proven to be effective, we plan to offer a course on this topic. Additionally, we will work closely with the ADRD and health disparity research communities to disseminate our approaches. As Drs. Ajrouch, Langa, Paulson, Vásquez and Lee are deeply involved in such research communities, our research team is well positioned to deliver our findings to the pertinent audience.

Form Approved Through 10/31/2018
OMB No. 0925-0002

**Department of Health and Human Services**
# Final Invention Statement and Certification
*(For Grant or Award)*

DHHS Grant or Award No.

**A.** We hereby certify that, to the best of our knowledge and belief, all inventions are listed below which were conceived and/or first actually reduced to practice during the course of work under the above-referenced DHHS grant or award for the period

through

_____                    _____ .
*original effective date*                                          *date of termination*

**B. Inventions** (Note: If no inventions have been made under the grant or award, insert the word *"NONE"* under

| NAME OF INVENTOR | TITLE OF INVENTION | DATE REPORTED TO DHHS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*(Use continuation sheet if necessary)*

**C. Signature —** This block **must** be signed by an official authorized to sign on behalf of the institution.

| Title | Name and Mailing Address of Institution |
|---|---|
| Typed Name | |

| Signature | Date | |
|---|---|---|

HHS 568 (Rev. 06/15)

Case 1:25-cv-10814-WGY    Document 12-24    Filed 04/04/25    Page 349 of 375

# Exhibit F to Shurtleff Declaration



March 12, 2025

Amy Lagowski
Research Foundation for the State University of New York
Amy.Lagowski@buffalo.edu

Dear Amy Lagowski:

Funding for Project Number 1P50MD019473-01 is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on July 19, 2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

1

decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls, on behalf Priscilla Grant, Chief Grants Management Officer, NIMHD
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[6] 2024 Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D
[11] 11 *Id.* § 50.406(a)
[12] 12 *Id.* § 50.406(b)

2

**Exhibit G to Shurtleff Declaration**

Wshen7@buffalo.edu

---

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 12:31 PM
**To:** Wei Shen <wshen7@buffalo.edu>
**Subject:** Grant Termination Notification



3/21/2025

Wei Shen
State University Of New York At Buffalo
wshen7@buffalo.edu

Dear Wei Shen:

Effective with the date of this letter, funding for Project Number 5K01MH130270-03 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 8/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents [12]

supporting your claim.

Sincerely,

Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer, NIMH
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# Exhibit H to Shurtleff Declaration

3/21/2025

Mical, Alison
State University Of New York At Buffalo
alodojew@buffalo.edu

Dear Mical, Alison:

Effective with the date of this letter, funding for Project Number 5R01AA028810-04 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 7/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,



Michelle G. Bulls, on behalf of Judy Fox, Chief Grants Management Officer, NIAAA
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# Exhibit I to Shurtleff Declaration

Deputy Operations Manager
Sponsored Programs Administration
University at Albany, MSC 100A
1400 Washington Ave, Albany, NY 12222
Ph: (518) 442-3196
Web: http://www.albany.edu/spa



---

**From:** Romand, Doris A <dromand@albany.edu>
**Sent:** Friday, March 21, 2025 3:25 PM
**To:** Kaloyeros, Paula M <pkaloyeros@albany.edu>
**Cc:** Marshall, Nicole <nmarshall@albany.edu>; Gauriloff, Jerold E <jgauriloff@albany.edu>; Remkus, Todd A <tremkus@albany.edu>
**Subject:** FW: STOP ALL WORK - Permanent - Fwd: Grant Termination Notification [AWD026538]

This is the University of Michigan subaward for Elizabeth Vasquez.

Best Regards,
Doris

---

**From:** Vasquez, Elizabeth <evasquez2@albany.edu>
**Sent:** Friday, March 21, 2025 3:13 PM
**To:** Romand, Doris A <dromand@albany.edu>
**Subject:** FW: STOP ALL WORK - Permanent - Fwd: Grant Termination Notification [AWD026538]

Hola Doris! Not sure if you are the one to get this..

---

**From:** Sunghee Lee <sungheel@umich.edu>
**Sent:** Friday, March 21, 2025 2:57 PM
**To:** SMART Managers <smart-managers@umich.edu>; SMART Investigators <smart-investigators@umich.edu>; SMART RAs <smart-ras@umich.edu>
**Cc:** April Miller <millean@umich.edu>; Nancy Oeffner <oeffner@umich.edu>; Kara Cristian <kcri@umich.edu>
**Subject:** Fwd: STOP ALL WORK - Permanent - Fwd: Grant Termination Notification [AWD026538]

Hi Team,

This is really hard to relay. We have received a Stop Work order on the SMART as you see in the email below.

We will be exploring all options regarding this order. Please stay tuned for updates. For now, we will need to stop all SMART related activities. This includes cancelling all interviews that have been scheduled.

Sunghee

---------- Forwarded message ---------
From: **Reynaldo Martell** <martellr@umich.edu>
Date: Fri, Mar 21, 2025 at 2:29 PM
Subject: STOP ALL WORK - Permanent - Fwd: Grant Termination Notification [AWD026538]
To: Sunghee Lee <sungheel@umich.edu>, Kara Cristian <kcri@umich.edu>, April Miller <millean@umich.edu>

Good afternoon,

Please see the email below regarding AWD026538. This notice terminates this project as of 03/21/2025.

Rey

---------- Forwarded message ---------
From: **Bulls, Michelle G. (NIH/OD) [E]** <michelle.bulls@nih.gov>
Date: Fri, Mar 21, 2025 at 12:29 PM
Subject: Grant Termination Notification
To: martellr@umich.edu <martellr@umich.edu>



3/21/2025
Reynaldo Martell
University Of Michigan At Ann Arbor
martellr@umich.edu

Dear Reynaldo Martell:
Effective with the date of this letter, funding for Project Number 5R01AG082080-02 is hereby

terminated pursuant to the Fiscal Year 2025 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2025 Policy Statement applies to your project because NIH approved your grant on 1/1/2025, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2025 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7]

Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.[8]*

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls, on behalf of Jeni Militano (Acting), Chief Grants Management Officer, NIA
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

------

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey,* 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)
[12] 12 *Id.* § 50.406(b)

--
Reynaldo Martell
Senior Award Management Officer
734-647-9099 | martellr@umich.edu
University of Michigan | Office of Research and Sponsored Projects (ORSP)
3003 S. State Street | 1036 Wolverine Tower | Ann Arbor, MI 48109-1274

**For U-M Personnel:** Help us deliver quality service by providing a PAF, UFA, or P/G number along with the PI's name whenever you contact ORSP. Up-to-date project status information is available in eRPM.

**Exhibit J to Shurtleff Declaration**

# FDP Subaward Amendment

Awarding Agency: National Institutes of Health (NIH)

Amendment No: 01

PTE/Prime Award No.: 1R01HL169503-01A1

Subaward No: F2538-01

| Pass-Through Entity (PTE) | | Subrecipient |
|---|---|---|
| New York University | Entity Name | The Research Foundation for the State University of New York |
| osp.agency@nyu.edu | Contact Email | grants-office@downstate.edu |
| Stephanie Cook | Principal Investigator | Jason Lazer |

Project Title: Geographically-Explicit Ecological Momentary Assessment Protocol to Assess the Linkages Between Intersectional Discrimination and CVD Risk Among Sexual and Gender Minorities

| Cumulative Budget Period(s) | Amount Funded This Action | Total Amount of Funds Obligated to Date |
|---|---|---|
| (Agreement Start Date) — (End Date of Latest Budget Period) | | |
| Start Date: 04/01/2024   End Date: 03/21/2025 | $ 0.00 | $ 28,535.00 |

Subrecipient Cost Share: [ ]     Subject to FFATA: [■]     Subrecipient UEI (Unique Entity Identifier - May leave blank if unchanged from prior Agreement): NJ14V2NZYM68

### Amendment(s) to Original Terms and Conditions
This Amendment revises the above-referenced Subaward Agreement as follows:

In accordance with the attached 'Grant Termination Notification' received by New York University (NYU) from the National Institutes of Health (NIH) dated March 21, 2025, this Agreement is hereby terminated effective March 21, 2025.

Effective immediately upon receipt of this termination notice from NYU the Subrecipient must stop all work on the Project and must not incur any new costs after March 21, 2025, Subrecipient must cancel as many outstanding obligations as possible.

Subrecipient must send an invoice and financial report, detailing all expenses and costs incurred since Subrecipient's most recent previous invoice through and including March 21, 2025, to NYU as soon as possible but no later than within 30 days of the effective date of this termination

Carryover is **Not Applicable**

*For clarity: all amounts stated in this amendment are in United States Dollars.*

### All other terms and conditions of this Subaward Agreement remain in full force and effect.

| By an Authorized Official of PTE: | By an Authorized Official of Subrecipient: |
|---|---|
| Date | Date |
| Name | Name |
| Title | Title |

FDP Mar 2024



Jiaan Sa <saj01@nyu.edu>

---

## A25-0556 - CookS - Fwd: Grant Termination Notification
1 message

---

**osp.agency@nyu.edu** <nyu194@nyu.edu>                        Fri, Mar 21, 2025 at 1:21 PM
Reply-To: osp.agency@nyu.edu
To: Jason St Germain <stgerj01@nyu.edu>
Cc: Sponsored Programs Administration <cdv.spa@nyu.edu>, Jasmine Rodriguez <jyr1@nyu.edu>, Jiaan Sa
<saj01@nyu.edu>

```
--
Angela Mai
Office of Sponsored Programs
New York University
```
665 Broadway, Suite 801
New York, NY  10012
212.998.2121(t)

Reply to: osp.agency@nyu.edu
Homepage: nyu.edu/osp
Team Assignments: Grants & Contracts

 **Please consider the environment before printing this email.**

---------- Forwarded message ---------
From: **'Bulls, Michelle G. (NIH/OD) [E]' via OSP.Agency** <osp.agency-group@nyu.edu>
Date: Fri, Mar 21, 2025 at 1:19 PM
Subject: Grant Termination Notification
To: osp.agency@nyu.edu <osp.agency@nyu.edu>



3/21/2025

St Germain, Jason

New York University

osp.agency@nyu.edu

Dear St Germain, Jason:

Effective with the date of this letter, funding for Project Number 1R01HL169503-01A1 is hereby terminated
pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2

C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 4/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340. [5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.[8]*

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Anthony Agresti, Chief Grants Management Officer, NHLBI

Director, Office of Policy for Extramural Research Administration

Office of Extramural Research

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

Department of Health and Human Services
National Institutes of Health
NATIONAL HEART, LUNG, AND BLOOD INSTITUTE

**Notice of Award**
FAIN# R01HL169503
**Federal Award Date**
03/25/2025

## Recipient Information

**1. Recipient Name**
NEW YORK UNIVERSITY
70 WASHINGTON SQ S
NEW YORK, NY 10012

**2. Congressional District of Recipient**
10

**3. Payment System Identifier (ID)**
1135562308A1

**4. Employer Identification Number (EIN)**
135562308

**5. Data Universal Numbering System (DUNS)**
041968306

**6. Recipient's Unique Entity Identifier**
NX9PXMKW5KW8

**7. Project Director or Principal Investigator**
Stephanie Hazel Cook, DRPH
Assistant Professor
sc5810@nyu.edu
212-998-5525

**9. Authori8ed z fficial**
Jason St Germain
osp.agency@nyu.edu
212-998-2121

## Federal Agency Information

**O. Awarding Agency Contact Information**
James Hennigan
Grants Management Specialist
NATIONAL HEART, LUNG, AND BLOOD
INSTITUTE
james.hennigan@nih.gov
(301) 480-7071

**10. Program z fficial Contact Information**
ALISON GWENDOLYN MARY Brown

NATIONAL HEART, LUNG, AND BLOOD
INSTITUTE
alison.brown@nih.gov
301-435-0583

## Federal Award Information

**11. Award Number**
1R01HL169503-01A1

**12. Unique Federal Award Identification Number (FAIN)**
R01HL169503

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Geographically-Explicit Ecological Momentary Assessment Protocol to Assess the Linkages Between Intersectional Discrimination and CVD Risk Among Sexual and Gender Minorities

**15. Assistance Listing Number**
93.837

**16. Assistance Listing Program Title**
Cardiovascular Diseases Research

**17. Award Action Type**
New Competing (REVISED)

**19. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **1O. Budget Period Start Date** 04/01/2024 – End Date 03/21/2025 | |
| **20. Total Amount of Federal Funds z bligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $636,567 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $636,567 |
| **26. Project Period Start Date** 04/01/2024 – End Date 03/21/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $636,567 |

**29. Authori8ed Treatment of Program Income**
Additional Costs

**2O. Grants Management z fficer - Signature**
Anthony  Agresti

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version:25 - 2/15/2024 9:51 AM | Generated on: 3/25/2025 12:11 AM

Notice of Award



RESEARCH
Department of Health and Human Services
National Institutes of Health



NATIONAL HEART, LUNG, AND BLOOD INSTITUTE

---

**SECTIz N I – AWARD DATA – 1R01HL16O503-01A1 RE:  ISED**

**Principal Investigator(s)Y**
Stephanie Hazel Cook, DRPH

**Award e-mailed toY**osp.agency@nyu.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to NEW YORK UNIVERSITY in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Heart, Lung, And Blood Institute of the National Institutes of Health under Award Number R01HL169503. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Anthony  Agresti
Grants Management Officer
NATIONAL HEART, LUNG, AND BLOOD INSTITUTE

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                                      $229,874

Version: 25 - 2/15/2024 9:51 AM | Generated on: 3/25/2025 12:11 AM

| | |
|---|---:|
| **Fringe Benefits** | $71,260 |
| **Personnel Costs (Subtotal)** | $301,134 |
| **Consultant Services** | $15,000 |
| **Materials & Supplies** | $8,000 |
| **Travel** | $5,000 |
| **z ther** | $21,330 |
| **Subawards\Consortium\Contractual Costs** | $57,070 |
| | |
| **Federal Direct Costs** | $407,534 |
| **Federal F&A Costs** | $229,033 |
| **Approved Budget** | $636,567 |
| **Total Amount of Federal Funds Authori8ed (Federal Share)** | $636,567 |
| **Tz TAL FEDERAL AWARD AMz UNT** | $636,567 |
| | |
| **AMz UNT z F THIS ACTIz N (FEDERAL SHARE)** | $0 |

| **SUMMAR/  Tz TALS Fz R ALL / EARS** (for this Document Number) | | |
|---|---|---|
| **/ R** | **THIS AWARD** | **CUMULATI: E Tz TALS** |
| 1 | $636,567 | $636,567 |

**Fiscal InformationY**

| | |
|---|---|
| **Payment System IdentifierY** | 1135562308A1 |
| **Document NumberY** | RHL169503A |
| **PMS Account TypeY** | P (Subaccount) |
| **Fiscal / earY** | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| HL | 8475146 | $636,567 |

**NIH Administrative DataY**
**PCC**: HHCBMN / **z C**: 41021 / **Released**:  03/24/2025
**Award ProcessedY**03/25/2025 12:11:34 AM

---

**SECTIz N II – PA/ MENT\Hz TLINE INFz RMATIz N – 1R01HL16O503-01A1  RE: ISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTIz N III – STANDARD TERMS AND Cz NDITIz NS – 1R01HL16O503-01A1  RE: ISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The grant program legislation and program regulation cited in this Notice of Award.
b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c. 45 CFR Part 75.
d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D)Y** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to

report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01HL169503. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program IncomeY**
Additional Costs

---

**SECTIz N I:  –  HL SPECIFIC AWARD Cz NDITIz NS – 1R01HL16O503-01A1  RE:  ISED**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**TERMINATIz N**
It is the policy of NIH not to prioritize Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Therefore, this project is terminated.  NEW YORK UNIVERSITY may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed

and recovered. Please be advised that your organization, as part of the orderly Closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant. NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

**REVISION #2 - RESTORATION OF FUNDS**

This revised award increases the Total Costs authorized consistent with the NIH fiscal policy for FY2024. The NHLBI Operating Guidelines can be found at: http://www.nhlbi.nih.gov/research/funding/general/current-operating-guidelines

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**REVISION #1 - ADMINISTRATIVE UPDATE**
.
This award has been revised to process an NHLBI administrative revision regarding human subjects coding on this award. No action is required from New York University.

All previous terms and conditions remain in effect

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**CONSORTIUM/CONTRACTUAL**
This award includes funds awarded for consortium activity with Downstate College of Medicine (SUNY). The recipient, as the direct and primary recipient of NIH grant funds, is accountable to NIH for the performance project, the appropriate expenditures of grant funds by all parties, and all other obligations of the recipient, as specified in the NIH Grants Policy Statement. In general, the requirements that apply to the recipient, including the intellectual property requirements also apply to consortium participant(s).

**KEY PERSONNEL**
In addition to the PI, any absence, replacement, or substantial reduction in effort of the following individual(s) below, requires written prior approval of the National Institutes of Health awarding component.

Mari Armstrong-Hough

**GRADUATE STUDENT COMPENSATION**
In accordance with the Guide Notice: NOT-OD-02-017, published on December 10, 2001, in the NIH Guide for Grants and Contracts, total direct costs (salary, fringe benefits and tuition remission) for graduate students are provided at the NIH maximum allowable amount (zero level of the Ruth L. Kirschstein National Research Service Award stipend in effect at the time of the competing award). Support recommended for future years has been adjusted accordingly, if applicable. The full guide notice describing the Fiscal Year 2023 level of compensation allowed for a graduate student can be found at: NOT-OD-23-076.

**OTHER SUPPORT REMINDER INFORMATION**
This award is contingent upon the following: No individual who receives salary support from this project may receive compensation for more than 12 calendar months (i.e., 100%) total effort from all of their sources of support.

Version: 25 - 2/15/2024 9:51 AM | Generated on: 3/25/2025 12:11 AM

**SALARY CAP**

None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the current salary cap.  This award and/or future years may have been adjusted accordingly. Current salary cap levels can be found at the following URL:  http://grants.nih.gov/grants/policy/salcap_summary.htm.

**PRIOR APPROVAL REQUEST**

It is recommended that applicable prior approval requests be submitted via the eRA Commons Prior Approval Module (link: prior_approval (nih.gov)). Please refer to Part II Chapter 8 of the NIH Grants Policy Statement for the activities and/or expenditures that require NIH approval at http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf

**NON-COMPETING RENEWAL (SNAP)**

The NIH requires the use of the Research Performance Progress Report (RPPR) for all Type 5 progress reports.  The RPPR and other documents applicable to this SNAP grant are due the 15th of the month preceding the month in which the budget period ends (e.g., if the budget period ends 11/30, the due date is 10/15).  Please see http://grants.nih.gov/grants/rppr/index.htm for additional information on the RPPR.

**FOREIGN TRAVEL**

Recipients must comply with the requirements of the Fly America Act (49 U.S.C. 40118) which generally provides that foreign air travel funded by Federal funds may only be conducted on U.S. flag air carriers and under applicable Open Skies Agreements.

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

**SPREADSHEET SUMMAR/**
**AWARD NUMBERY**1R01HL169503-01A1 REVISED

**INSTITUTIz NY**NEW YORK UNIVERSITY

| Budget | Year 1 |
|---|---|
| Salaries and Wages | $229,874 |
| Fringe Benefits | $71,260 |
| Personnel Costs (Subtotal) | $301,134 |
| Consultant Services | $15,000 |
| Materials & Supplies | $8,000 |
| Travel | $5,000 |
| Other | $21,330 |
| Subawards/Consortium/Contractual Costs | $57,070 |
| TOTAL FEDERAL DC | $407,534 |
| TOTAL FEDERAL F&A | $229,033 |
| TOTAL COST | $636,567 |

Version: 25 - 2/15/2024 9:51 AM | Generated on: 3/25/2025 12:11 AM

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 61% |
| F&A Cost Base 1 | $375,464 |
| F&A Costs 1 | $229,033 |