# EXHIBIT 37

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br>*Plaintiffs,*<br>v.<br>ROBERT F. KENNEDY, JR., et al.,<br>*Defendants.* | No. 1:25-cv-_______________ |

**DECLARATION OF JEREMY M. BERG, PH.D.**

I, Jeremy M. Berg, declare as follows:

**Background**

1. I am a former director of the National Institute of General Medical Sciences (NIGMS), one of the twenty-seven National Institutes of Health (NIH). I served as director of NIGMS from 2003 to 2011. The purpose of NIGMS is to support research and training of scientists across a wide range of areas, including biochemistry, cell biology, genetics, computational biology, bioinformatics, anesthesiology, wound healing, and burn and trauma research. The United States' ability to effectively treat, diagnose, manage, and ultimately cure diseases requires an understanding of their underlying mechanisms and biology. NIGMS' investments in fundamental basic research have supported 90 Nobel prizes and improvements in treatments for diseases including heart disease, cancer, neurological diseases associated with aging, sepsis, and many others.

2. Throughout my career, I have also helped guide scientists at the beginning of their independent careers as they sought to compete for NIH funding. Prior to coming to NIH, I was Director of the Department of Biophysics and Biophysical Chemistry at the Johns Hopkins

University School of Medicine. In this role, I conducted research in partnerships with graduate students including combined MD/PhD students, and postdoctoral fellows with much of this work supported by NIGMS and other NIH institutes.

3. In 2011, I left NIH in 2011 to come to the University of Pittsburgh with my wife, a leading breast cancer screening expert who was recruited to this institution. Here, I have continued to conduct some NIH-funded research in the area of computational biology and also have helped to manage a range of programs that receive NIH funding.

4. Since January 20, 2025, delays and terminations in NIH funding have dramatically disrupted the work of advancing biomedical research and training the next generation of scientists. Steps that have contributed to these disruptions have included the "pausing" of grant-making processes at NIH, the extremely slow release of continuing awards for multi-year grants, the disruption of the regularly scheduled national Advisory Committee meetings required to approve grant applications prior to funding, the disruption of the peer review "study section" meetings required for grant application evaluation and prioritization, and other steps. More recently, these have included direct terminations of specific grants based not on lack of performance or any other irregularities, but claims that the aims of these grants no longer aligned with NIH's priorities.

5. Based on my personal analysis of publicly available data (through the NIH Reporter website), over $3.3 billion of NIH funding that would typically have been disbursed through NIH's grant making and grants management process by this point in the year has not been. Through March 1st, more than $1.8 billion of the funding is missing from the normal funding of continuation awards for multi-year grants. Similarly, more than a billion of the

funding is missing in new grant funding from grant applications that undergo the highly competitive scientific peer review described below.

6. Similarly, scientific colleagues have received grant terminations that have completely upended the work of their research labs, staff, and students. For example, all the awards for the Antiviral Drug Discovery (AViDD) Centers for Pathogens of Pandemic Potential have apparently been terminated. This program is intended to do preparatory work for viruses and other pathogens that might cause pandemics in the future; and again went through a competitive award process. These awards were terminated on the grounds that the COVID pandemic is over and, therefore, this research is no longer needed. It is hard for me to understand the logic of the termination of these forward-looking looking grants when the risk of a pandemic from COVID and other viruses persist.

7. As further described below, these disruptions and terminations are completely contrary to my previous experience both at and with the National Institutes of Health.

**Role of NIH in Biomedical Research at Universities**

8. Since the 1930s, the NIH and its predecessor agencies have supported the advancement of the United States' understanding of human disease and disability by funding training and research. In 1944, Congress formally created the NIH as part of the Public Health Service in order to encourage scientific institutions, other public institutions, and scientists in the conduct of research and demonstrations related to the causes, diagnosis, treatment, control, and prevention of physical and mental illnesses and disability. Congress specifically authorized support of research through grants to universities, hospitals, laboratories, and other public or private institutions for research projects after review by the NIH institutes' national advisory

councils. Similarly, Congressional funding for training and fellowships dates back more than 50 years.

9. Since the 1930s, Congress has also added new institutes and centers focusing on different diseases, organ systems, life stages, or other aspects of biomedical research. For example, Congress specifically created NIGMS in 1962 to cover biomedical research of interest to two or more existing institutes or that are not covered by other institutes. Today, there are 27 institutes and centers as well as the Office of the Director within NIH. With the exceptions of the Center(s) for Scientific Review, the Center for Information Technology, and the NIH Clinical Center, the individual institutions, centers and the Director have the authority to issue grants to researchers through their organizations.

10. Today, Congress appropriates more than $47 billion to the NIH's institutes and centers to advance biomedical research, including through grants to extramural researchers and institutions. Over 85 percent of NIH's annual funding to advance biomedical research powers the more than 38,000 principal researchers, research projects, and trainees in external organizations across the United States.

11. NIH grants are typically awarded for an average of four years because the advancement of biomedical research benefits significantly from stable funding across a number of years. Very few research projects of any scientific significance can be completed in less than two years. Generally, grants are not fully funded all at once. An initial award in one fiscal year is followed by continuation (or non-competitive renewal) awards in subsequent years pending submission of an acceptable scientific and financial progress report. Thus, at any given point in time, about 80 percent of NIH's external funding is committed to existing research, support for the NIH intramural research program, or other costs such as NIH operations. The remaining 15

percent is available for new grant applications and the competitive renewal of long-term research projects. Stability is important to scientific investigation, particularly to encourage researchers to pursue innovation and risk in biomedical research. NIGMS has developed a variety of methods to provide stable funding for researchers so that productive or promising projects are not interrupted.

12. The stability of these grants also furthers the building of research capacity and the training of both graduate students and early-career scientists. A large proportion of pre- and postdoctoral scientists are supported during some or all of their training periods via research project grants rather than training awards. This situation exists because many members of research teams funded by NIH research project grants include graduate students and postdoctoral researchers who engage in research as a key component of their training activities.

13. Through the Ruth L. Kirschstein National Research Service Awards and other programs, Congress has historically directed funding to public and private institutions specifically for the pre-doctoral and post-doctoral training of individuals to undertake biomedical research. Since 1972, such funding has included explicit provisions directed toward increasing the percentage of women and individuals from disadvantaged backgrounds (including racial and ethnic minorities) into fields of biomedical research. This is particularly important since project selection and other aspects of research related to health can depend on the life experiences of those engaging in research.

14. At the direction of Congress, NIH and institutes like NIGMS have also increased their funding in specific research areas. For example, this is true for research related to HIV/AIDS which has been coordinated through the NIH Office of AIDS Research. When I was a department chair at Johns Hopkins School of Medicine in the 1990s, there were serious

discussions about where non-AIDS patients were going to be treated as beds at Johns Hopkins Hospital filled with AIDS patients. But with the support of NIH, the United States developed an understanding of basic biochemistry and virology of the HIVvirus, identified a variety of drug targets and, subsequently, developed drugs that have turned HIV infection from a death sentence into a treatable chronic condition. For some patients, the newest research has achieved a true cures to their HIV infection. Considering continued outbreaks and deaths from HIV/AIDS, the potential to reduce this public health risk in vulnerable communities and internationally is profoundly important.

**NIH Funding Priorities Based on Congressional Direction & Scientific Assessment**

15. In addition to Congressionally directed funding, the Director of the NIH and each institute and center engages with its advisory council, policy makers, scientific and professional societies, and other public stakeholders to identify agency funding priorities. Congress has directed the NIH to assemble accurate data to assess research priorities including information to evaluate scientific opportunities and public health disease burdens, including progress in reducing health disparities. NIH publicizes the data on the study populations of clinical research funding by its institutes and centers on its website. NIH also considers disease burden in the United States and the potential for return on investment to the United States; rare diseases and conditions; and the biological, social, and other determinants of health contribution to health disparities in identifying research priorities. These priorities are reported to Congress and publicized on its website via the NIH strategic plan.

16. At NIGMS, the institute specifically engaged in scientifically based strategic planning on a five-year basis. While I was NIGMS director, we developed the first formal

NIGMS strategic plan, NIGMS Strategic Plan 2008-2012: Investing in the Future.[1] This plan was developed through extensive interactions with stakeholders from different communities around the country and staff across NIGMS and NIH.

17. Once agency priorities have been identified, each institute and center issues notices of funding opportunities (NOFOs) for specific grant mechanisms, some of which are targeted to specific areas and some are open-ended invitations to investigators to propose problems of interest and specific approaches that fall within the given NIH institute or center's mission.

18. As further described below, when reviewing applications for NIH funding, both the institute and its advisory council explicitly consider whether an application is consistent with its mission and scientific priorities identified in its strategic plan.

**Review of External Funding at NIH Based on Scientific Merit and Strategic Plan**

19. The NIH receives approximately 50,000 grant applications per year. NIGMS alone awards and manages more than 4,500 grants on average and reviews nearly 1,000 grant applications (in addition to those reviewed by study sections at the NIH's Center for Scientific Review) received in response to NOFOs. As part of the NIH mission to advance biomedical research, all applications submitted to the NIH in support of biomedical and behavioral research are evaluated for scientific and technical merit through the NIH peer review system.

20. Notices of funding opportunities explicitly incorporate the criteria used to assess scientific and technical merit of each grant application. Criteria can include the scientific significance of the proposed project, including the strength of the scientific premises of the grant;

---

[1] NAT'L INST. GEN. MEDICAL SCIENCES, INVESTING IN DISCOVERY (2007), https://www.nigms.nih.gov/sites/nigms/files/migrated/NIGMS-strategic-plan-2008-2012.pdf

the investigators' expertise and resources; the potential innovative impact of the proposed research; and whether there is a rigorous and feasible approach to address the aims of the project. Other criteria include justification of the proposed budget and duration in relation to the proposed research. For clinical research, patients need to be protected from research risks including the risk of needing to stop the research and the application also needs to address the appropriateness of the proposed study population.

21. When a scientist submits a grant application through their organization, the NIH assigns the application to a study section at the Center for Scientific Review for peer review or to study sections at a specific NIH institute or center for more scientifically specialized topics. Study sections are composed of 20-30 independent researchers from the scientific community who have the expertise to assess topics such as Basic Mechanisms of Diabetes and Metabolism or Chemical Biology and Probes. There are approximately 250 standing study sections that meet at least three times a year on specified topics. Special emphasis panels or study sections also meet to review applications for more specialized programs or for projects that fall outside an existing study section.

22. The study section meets, reviews, and scores an application for scientific and technical merit. The review is time intensive and done on a mostly voluntary basis. Each reviewer on a study section is assigned between 4-10 applications. Each application has two primary reviewers and an additional reader who present the application for discussion at one-to-two-day meetings. Scores can significantly shift as key features or flaws are noted. Scores from different study sections are normalized so that scores from different study sections can be compared. Fewer than half of applications make it through this part of the process with a significant chance of being selected for funding.

23. Advisory councils from each institute or center then meet and review the grant critiques (called summary statements) with NIH staff to ensure that the first level of peer review appears to have proceeded appropriately and to assess alignment of the application with the institutes' funding priorities. Advisory councils are committees of 10-12 academic scientists and other experts (e.g., patient advocates, economists) who typically serve four-year terms and are appointed by the Secretary of Health and Human Services. Advisory councils provide oversight of the first stage of peer review and make recommendations about applications that should be given higher or lower priority given the state of science in a given institute or center's field, and the mission and extant portfolio of said institute. Advisory councils typically meet three times a year with meetings scheduled years in advance. These meetings align with the normal funding cycles for grant review process.

24. Finally, each institute and center's director make funding decisions with the advice of program officers and senior leaders in the institute or center. Funding decisions are largely based on peer review scores, but also with consideration regarding the existing grant portfolio, a center's publicized priorities, or recommendations of staff. Budgets are adjusted based on peer review, staff recommendations, and the availability of Congressionally appropriated funds. Grants are then awarded to each researcher's institution.

25. Before this year, I have never observed nearly all study sections and advisory councils canceled for a funding cycle. On January 21, the Acting Secretary of Health and Human Services informed NIH that all notices in the Federal Register would need to be approved by a Presidential appointee. This is important because study sections and advisory councils are committees subject to the Federal Advisory Committee Act (FACA), a transparency statute enacted in 1972. My understanding is that this law was intended to prevent the federal

government from receiving advice in secret. Here, it was being used to block normal grant-making processes. Approval of grant applications and peer review is required in order for an application to be eligible for funding.

**Continued Funding at NIH Based on Scientific Merit & Performance**

26. NIH staff, such as grant management officers and scientific review officers, are also assigned to manage the more than 59,000 grants that NIH manages in a year. In 2023, these grants supported 38,000 principal investigators and more than 300,000 researchers at more than 2,500 institutions across the country.

27. Due to the nature of funding scientifically significant but innovative and sometimes risky nature of biomedical research, investigators have the flexibility to adjust their research efforts depending on ongoing discoveries or other developments in the scientific field. But the NIH's staff still review annual progress reports to assess whether or not the researcher has continued to make progress on the project appropriate for what was in their grant application.

28. NIH program officers and grants management specialists must review these reports and approve a new year of funding through an administrative review without the involvement of study sections and advisory councils. As mentioned above, due to the importance of funding stability in advancing scientific investigation—absent scientific misconduct or other significant events—these funding streams are almost always approved in a timely manner as grants come up for review based on their start date.

**Rarity of Grant Terminations**

29. The NIH rarely terminates grants. I do not recall any instances of such terminations by NIGMS during my nearly eight years as director. Prior to 2025, I am only aware of two such terminations in subsequent years. One involved an aging investigator who was not

longer able to conduct the research (and who died shortly thereafter) and another involved an investigator fired from his university of sexual harassment involving younger scientists.[2]

30. Otherwise, in instance of concerns about performance of the grant, rather than terminating a grant, the NIH has generally discussed with the grantee or with others at the grantee organization to pursue corrective action prior to making any additional awards.

31. Finally, in instances of scientific misconduct, the NIH still seeks to preserve the results of the research if possible. Scientific misconduct includes, but is not limited to, fabrication of the data and results from a scientific study or plagiarism of another person's processes and results without giving appropriate credit.[3] Under many circumstances, misconduct investigations, conducted by the grantee organization or their designee, identify problematic scientific publications and push for correction or retractions for impacted publications. But in other instances, publications are cleared by the investigation with no evidence of influence on the publication due to the inappropriate behavior.

**Funding Disruptions Devastating, Without Alternatives**

32. In the long term, if these disruptions in Congressionally directed funding continue, the biomedical enterprise both in public and private institutions is in danger. As an example of how basic research helps to fuel rapid progress in developing new and safer treatments and prevention strategies, the U.S. Food & Drug Administration recently approved a

[2] *See* Amy Harmon, *Chicago Professor Resigns Amid Sexual Misconduct Investigation*, N.Y.TIMES (Feb. 2, 2016), https://www.nytimes.com/2016/02/03/us/chicago-professor-resigns-amid-sexual-misconduct-investigation.html

[3] Office Res. Integrity, *Definition of Research Misconduct*, DEP'T HEALTH & HUMAN SERVS., https://ori.hhs.gov/definition-research-misconduct (last visited on Apr. 2, 2025).

first-in-class non-opioid medicine for mild to moderate pain (suzetrigine, brandname Journavx).[4] This was based on decades of basic and more applied research in NIH-funded academic and private-sector laboratories. The loss of any of the large amount of information or techniques generated from this research would have made approval of this pain medication impossible. Move over, many of the scientists involved— including those in industry—were trained at the NIH or in academic laboratories supported by the NIH. In the long run, these advancements have the potential both to provide a new alternative to treat post-surgical pain, but also to address the demand side of the opioid public health crisis.

33. There are not alternative sources to replace the NIH's more than $40 billion in biomedical research funding. In 2022, the NIH invested more than 25 more times on grants than the next largest funder, the Wellcome Trust based in the United Kingdom.[5] Combining then the next 25 largest funders of biomedical research would not replace the NIH's annual funding of biomedical research. Moreover, as private or non-US based funders, those funders are unlikely to have the same priorities identified by Congress and by US-based researchers and stakeholders.

**Conclusion**

34. As an undergraduate, graduate student, and postdoctoral fellow, my training and research were supported through research grants to my research mentors. When I started my independent career, my research projects were funded through a then-new program directed to beginning faculty members. The continuity of Congress and the American people's investment in biomedical research via the NIH has been vital to my career path. The United States has

---

[4] Press Release, FDA Approves Novel Non-Opioid Treatment for Moderate to Severe Acute Pain (Jan. 30, 2025), https://www.fda.gov/news-events/press-announcements/fda-approves-novel-non-opioid-treatment-moderate-severe-acute-pain

[5] Nisha Gaind, *How the NIH Dominates the World's Health Research*, 639 NATURE 554 (2025), doi: https://doi.org/10.1038/d41586-025-00754-4

similarly invested in the training and research of numerous students, early career scientists, and faculty in every state and territory. It is a shame that these interruptions in NIH funding now endanger the advancements and institutions powered by those individual researchers.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of April 2025, in Gibsonia, PA.

Jeremy M. Berg, Ph.D.
Former Director (2003-2011)
National Institute of General Medical Sciences
National Institutes of Health