# EXHIBIT 38

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>       *Plaintiffs,*<br><br> v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>       *Defendants.* | No. 1:25-cv-_____ |

**DECLARATION OF RAFAEL JAIME**

  I, Rafael Jaime, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

  1. I am the President of UAW Local 4811, the labor union representing over 48,000 academic workers across the University of California system. I have personal knowledge of the facts stated below or have obtained them through consultation with our members, stewards, and staff, as well as from institutional correspondence and grievances. If called as a witness, I could and would competently testify to the facts stated here.

  2. I submit this Declaration in support of the States' Motion for Temporary Restraining Order.

**Background**

  3. UAW Local 4811 represents academic workers across the ten campuses and medical centers of the University of California, as well as Lawrence Berkeley National Laboratory. Our members include postdoctoral scholars, graduate student researchers, academic student employees (such as teaching assistants), and other academic researchers. Together, these

1

workers form the backbone of publicly funded academic research at UC, including research funded by the National Institutes of Health ("NIH").

4. For nearly three decades, UAW 4811 has fought to make UC a better place to work, teach, and conduct research. We bargain for contracts, enforce our members' rights, and organize for dignity in research work and public education.

**Reliance on NIH Funding and Harm to Our Members**

5. Since late January 2025, we have witnessed mounting disruptions in NIH-funded research across the campuses where our members work. Our members rely heavily on NIH funding streams—either directly, via individual fellowships and training grants (e.g., F31, F32, K99, T32), or indirectly through lab employment supported by faculty-held NIH grants.

6. Delays in funding NIH grants and terminations of grants have had, and continue to have, the following impacts on our membership:

   a. *Job Insecurity and Interrupted Appointments*: We have received widespread reports that members' appointments have been shortened, renewal decisions delayed, or start dates rescinded because of uncertainty surrounding NIH funding. Postdocs, academic researchers and graduate student researchers in particular have been told by principal investigators (PIs) that they cannot be reappointed unless or until NIH makes funding determinations that are months overdue. Since March 5 of this year, we have received 17 layoff notices, 2 reductions-in-time, and 6 non-renewals of contracts due to NIH funding cuts and delays. These numbers are sure to increase as the number of cancelled grants increases and awards are further delayed.

b. *Disruption of Research and Academic Progress*: Many of our members report being unable to complete their experiments or thesis research. Some have had to abandon critical data collection due to the unavailability of lab resources. NIH grant uncertainty has caused members to pause ongoing projects, re-scope dissertation topics, and in some cases, consider leaving their programs entirely. At UCSF, a grant to study infectious diseases was suddenly cancelled leaving hundreds of researchers without funding to complete a multi-year study.

c. *Visa and Immigration Risk*: Close to 50% of our postdoctoral and academic researcher, and graduate student membership holds F-1, J-1 or H-1B visas, which require ongoing employment and sponsorship. Multiple members have contacted our union in distress over the prospect of losing visa status due to lapses in funding or expiring contracts. In some cases, union members have sought, with assistance from their union, bridge funding or alternate sponsors to keep from having to leave the country or being deported.

d. *Missed Career Milestones*: Several members planned to apply for K99 or other independent NIH awards this spring but were advised by faculty to delay applications until NIH resumes normal operations. Others missed application windows altogether due to the lack of institutional support for reference letters and compliance review during the funding freeze. We are aware of members who have withdrawn from job searches, declined postdoctoral offers, or may need to delay graduation due to NIH-related instability. In addition, we are aware of members who are seriously exploring opportunities outside the United States as a result.

7. Across the University of California, we are seeing systemic impacts:

   a. Principal Investigators and departments have frozen hiring for NIH-funded postdoc, academic researcher and graduate student positions, or have stated they will imminently need to do this;

   b. NIH-funded labs have been forced to halt experiments and conserve discretionary funds in anticipation of grant denials or terminations, or have stated they will imminently need to do this;

   c. Postdocs, academic researchers and graduate students working on NIH training grants have been left in limbo due to non-renewals;

   d. Our union has fielded an increasing volume of inquiries and grievances regarding shortened appointments, lack of notice, and abrupt changes to work assignments and funding.

8. For example, one of our members, a postdoctoral researcher in infectious diseases, was told by their PI that their appointment could not be renewed after July 7th because the R01 they were funded under was suddenly cancelled. The member is on a J-1 visa and is now at risk of deportation.

9. The member in the above example is just one of over 200 researchers who are being impacted by the cancellation of a single grant at one UC campus.

10. Our members are at the front lines of American biomedical research—developing therapies, conducting basic science, and contributing to public health advancement. Yet their careers are being destabilized by bureaucratic inaction and unexplained political interference.

**Irreparable Harm**

11.     The loss of stability, research continuity, and training momentum is already having lasting effects. Even if NIH resumes normal grant processing and ceases terminating grants tomorrow, the damage done to our members' careers, experiments, immigration status, and trust in the research enterprise is irreversible.

12.     Our members represent the future of publicly funded science. The delays are already chilling career interest in postdoctoral research and graduate education, which threatens to create downstream shortages of qualified biomedical researchers and faculty.

13.     Many of the affected members are first-generation scholars or from historically marginalized groups, including those working on NIH-funded disparities research. The disruption has a disproportionate effect on efforts to diversify the biomedical research workforce.

14.     The harms fall disproportionately on international scholars, first-generation college graduates, and members of underrepresented communities who cannot weather prolonged uncertainty or self-fund their research careers.

**Conclusion**

15.     The NIH's failure to timely review, approve, or renew grants has caused serious and compounding harm to our members—jeopardizing their work, their livelihoods, and in some cases, their ability to remain in the country. It is undermining the very infrastructure of American biomedical research.

Executed this 2nd day of April 2025 in Los Angeles, CA.

_____
Rafael Jaime
President
UAW Local 4811