UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, )<br>ET AL., )<br>     Plaintiffs, )<br>)<br>v. )<br>)<br>ROBERT F. KENNEDY, JR., )<br>ET AL., )<br>)<br>     Defendants. ) | CIVIL ACTION<br>No. 25-10814-BEM |

## SHORT ORDER OF NOTICE

MURPHY, D.J.

     Plaintiffs' Complaint, Motion for Temporary Restraining Order and all supporting documents filed in this case shall be served on the Defendants, with a copy of this Order no later than Monday, April 7, 2025.

     Defendants shall file a response to the Motion for Temporary Restraining Order no later than Wednesday, April 9, 2025.

     A hearing is SCHEDULED for Tuesday, April 15, 2025 at 2:00 p.m. in Courtroom #12, Fifth Floor, United States District Court of Massachusetts, Boston, Massachusetts, at which time all parties shall appear and provide oral argument relating to Plaintiffs' Temporary Restraining Order.

*/s/ Brian E. Murphy*
United States District Judge

DATED: April 4, 2025