**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSSACHUSETTS, *et al.* |  |
| *Plaintiffs,* |  |
| v. | No. 1:25-cv-10814 |
| ROBERT F. KENNEDY, JR., *et al.* |  |
| *Defendants.* |  |

### <u>MOTION FOR ADMISSION PRO HAC VICE OF EMILIO VARANINI, SOPHIA T. TONNU, DANIEL D. AMBAR, NIMROD PITSKER ELIAS, AND KETAKEE R. KANE</u>

Pursuant to Local Rule 83.5.3, I, Rachel M. Brown, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of attorneys, Emilio Varanini, Sophia T. Tonnu, Daniel D. Ambar, Nimrod Pitsker Elias, and Ketakee R. Kane, members of the bar of California, to serve as counsel for Plaintiff State California in this matter.

As set forth in the accompanying certification, Emilio Varanini, Sophia T. Tonnu, Daniel D. Ambar, Nimrod Pitsker Elias, and Ketakee R. Kane (1) are members in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are a member of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorneys, Emilio Varanini, Sophia T. Tonnu, Daniel

D. Ambar, Nimrod Pitsker Elias, and Ketakee R. Kane, *pro hac vice* to the bar of this Court.

April 4, 2025                                        Respectfully submitted.

                                                    ANDREA JOY CAMPBELL
                                                       ATTORNEY GENERAL OF MASSACHUSETTS

                                                    /s/ Rachel M. Brown
                                                    Rachel M. Brown (BBO No. 667369)
                                                       *Assistant Attorney General*
                                                    Office of the Attorney General
                                                    One Ashburton Place, 20th Floor
                                                    Boston, MA 02108
                                                    (617) 963-2382
                                                    Rachel.brown@mass.gov


                                                    *Counsel for the Commonwealth of*
                                                       *Massachusetts*