UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, ET AL.,  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>ROBERT F. KENNEDY, JR., ET AL.,  )<br>  )<br>Defendants.  ) | CIVIL ACTION<br>No. 25-10814-BEM |

## AMENDED SHORT ORDER OF NOTICE

MURPHY, D.J.

Plaintiffs' Complaint, Motion for Temporary Restraining Order and all supporting documents filed in this case shall be served on the Defendants, with a copy of this Order no later than Monday, April 7, 2025.

Defendants shall file a response to the Motion for Temporary Restraining Order no later than Wednesday, April 9, 2025.

Plaintiffs shall file a reply brief no later than 3:00 p.m. on Friday, April 11, 2025.

A hearing is SCHEDULED for Tuesday, April 15, 2025 at 2:00 p.m. in Courtroom #12, Fifth Floor, United States District Court of Massachusetts, Boston, Massachusetts, at which time all parties shall appear and provide oral argument relating to Plaintiffs' Temporary Restraining Order.

*/s/ Brian E. Murphy*
United States District Judge

DATED:  April 4, 2025