AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Commonwealth of Massachusetts, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-10814 |
| Robert F. Kennedy, Jr., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Minnesota                                                                                             .

Date:    04/07/2025

s/ Peter J. Farrell
*Attorney's signature*

Peter J. Farrell, 0393071
*Printed name and bar number*

Deputy Solicitor General
Office of the Minnesota Attorney General
445 Minnesota St., Suite 600
St. Paul, Minnesota 55101
*Address*

peter.farrell@ag.state.mn.us
*E-mail address*

(651) 757-1424
*Telephone number*

(651) 297-4139
*FAX number*

| Print | Save As... | Reset |
|---|---|---|

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF)

s/ *Peter J. Farrell*

Peter J. Farrell