IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| COMMONWEALTH OF MASSACHUSETTS, *et al.*, | |
|---|---|
| *Plaintiffs,* | No. 1:25-cv-10814-BEM |
| v. | |
| ROBERT F. KENNEDY, JR., *et al.*, | |
| *Defendants.* | |

**ASSENTED-TO MOTION TO SET A BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

On April 4, thirteen plaintiffs in this action moved for a temporary restraining order seeking immediate relief with respect to a subset of their claims, *see* ECF No. 8, with the intention of subsequently moving for a preliminary injunction on all claims. Thereafter, the court entered a briefing schedule and set a hearing on the TRO motion for April 15. *See* ECF No. 15.

Counsel for the plaintiffs and defendants have now met and conferred, and all parties have agreed to the following proposed schedule (and proposed page limits) for preliminary-injunction proceedings:

| Event | Date | Memo. Page Limit |
|---|---|---|
| Plaintiffs' Motion and Supporting Papers Due: | Monday, April 14, 2025, by 11:59 p.m. | 40 pages |
| Defendants' Opp. and Supporting Papers Due: | Wednesday, April 30, 2025, by 11:59 p.m. | 40 pages |
| Plaintiffs' Reply Due: | Monday, May 5, 2025, by 11:59 p.m. | 20 pages |
| Motion Hearing Requested: | during the week of May 5, 2025 | |

Plaintiffs respectfully move the Court to enter the foregoing agreed-upon schedule, including the associated page limits and requested hearing date.

In light of the parties' agreement as described above, plaintiffs hereby withdraw their motion for a temporary restraining order (ECF No. 8) without prejudice to any arguments raised in the motion and reserving all rights with respect to those arguments.

April 8, 2025                                                          Respectfully submitted.

| | |
|---|---|
| **ANDREA JOY CAMPBELL**<br>  *Attorney General of Massachusetts* | **ROB BONTA**<br>  *Attorney General of California* |
| /s/ *Gerard J. Cedrone*<br>Katherine B. Dirks (BBO No. 673674)<br>  *Chief State Trial Counsel*<br>Gerard J. Cedrone (BBO No. 699674)<br>  *Deputy State Solicitor*<br>Allyson Slater (BBO No. 704545)<br>  *Deputy Director, Reproductive Justice Unit*<br>Rachel M. Brown (BBO No. 667369)<br>Vanessa A. Arslanian (BBO No. 688099)<br>Chris Pappavaselio (BBO No. 713519)<br>  *Assistant Attorneys General*<br>Office of the Attorney General<br>One Ashburton Place, 20th Floor<br>Boston, MA 02108<br>(617) 963-2282<br>gerard.cedrone@mass.gov<br><br>*Counsel for the*<br>  *Commonwealth of Massachusetts* | /s/ *Emilio Varanini*<br>Emilio Varanini*<br>  *Supervising Deputy Attorney General*<br>Nimrod Pitsker Elias*<br>Daniel D. Ambar*<br>Ketakee R. Kane*<br>Sophia TonNu*<br>Hilary Chan*<br>  *Deputy Attorneys General*<br>455 Golden Gate Avenue<br>San Francisco, CA 94102<br>(415) 510-3541<br>emilio.varanini@doj.ca.gov<br><br>*Counsel for the State of California* |
| **ANTHONY G. BROWN**<br>  *Attorney General of Maryland* | **NICHOLAS W. BROWN**<br>  *Attorney General of Washington* |
| /s/ *James C. Luh*<br>Michael Drezner*<br>James C. Luh*<br>  *Senior Assistant Attorneys General*<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>(410) 576-6959<br>mdrezner@oag.state.md.us<br><br>*Counsel for the State of Maryland* | /s/ *Andrew Hughes*<br>Andrew Hughes*<br>Tyler Roberts*<br>  *Assistant Attorneys General*<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744<br>andrew.hughes@atg.wa.gov<br><br>*Counsel for the State of Washington* |

**KRISTIN K. MAYES**
  *Attorney General of Arizona*

 /s/ *Joshua G. Nomkin*
Joshua G. Nomkin*
  *Assistant Attorney General*
2005 N. Central Avenue
Phoenix, AZ 85004
(602) 542-3333
joshua.nomkin@azag.gov

*Counsel for the State of Arizona*

**KATHLEEN JENNINGS**
  *Attorney General of Delaware*

 /s/ *Vanessa L. Kassab*
Ian R. Liston**
  *Director of Impact Litigation*
Vanessa L. Kassab**
  *Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**KEITH ELLISON**
  *Attorney General of Minnesota*

 /s/ *Pete Farrell*
Peter J. Farrell*
  *Deputy Solicitor General*
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 757-1424
peter.farrell@ag.state.mn.us

*Counsel for the State of Minnesota*

**PHILIP J. WEISER**
  *Attorney General of Colorado*

 /s/ *Lauren Peach*
Shannon Stevenson*
  *Solicitor General*
Lauren Peach*
  *First Assistant Attorney General*
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Lauren.Peach@coag.gov

*Counsel for the State of Colorado*

**ANNE E. LOPEZ**
  *Attorney General of Hawaiʻi*

 /s/ *Kalikoʻonālani D. Fernandes*
David D. Day*
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**AARON D. FORD**
  *Attorney General of Nevada*

 /s/ *Heidi Parry Stern*
Heidi Parry Stern**
  *Solicitor General*
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Counsel for the State of Nevada*

3

| | |
|---|---|
| **MATTHEW J. PLATKIN**<br>  *Attorney General of New Jersey*<br><br> /s/ *Nancy Trasande*  <br>Nancy Trasande\*\*<br>Bryce Hurst\*\*<br>  *Deputy Attorneys General*<br>Office of the Attorney General<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>(609) 954-2368<br>Nancy.Trasande@law.njoag.gov<br><br>*Counsel for the State of New Jersey* | **RAÚL TORREZ**<br>  *Attorney General of New Mexico*<br><br> /s/ *Astrid Carrete*  <br>Astrid Carrete\*\*<br>  *Assistant Attorney General*<br>408 Galisteo Street<br>Santa Fe, NM 87501<br>(505) 270-4332<br>acarrete@nmdoj.gov<br><br>*Counsel for the State of New Mexico* |
| **LETITIA JAMES**<br>  *Attorney General of New York*<br><br> /s/ *Rabia Muqaddam*  <br>Rabia Muqaddam\*<br>  *Special Counsel for Federal Initiatives*<br>Molly Thomas-Jensen\*<br>  *Special Counsel*<br>28 Liberty Street<br>New York, NY 10005<br>(929) 638-0447<br>rabia.muqaddam@ag.ny.gov<br><br>*Counsel for the State of New York* | **DAN RAYFIELD**<br>  *Attorney General of Oregon*<br><br> /s/ *Christina L. Beatty-Walters*  <br>Christina L. Beatty-Walters\*<br>  *Senior Assistant Attorney General*<br>100 SW Market Street<br>Portland, OR 97201<br>(971) 673-1880<br>Tina.BeattyWalters@doj.oregon.gov<br><br>*Counsel for the State of Oregon* |
| **PETER F. NERONHA**<br>  *Attorney General of Rhode Island*<br><br> /s/ *Jordan Broadbent*  <br>Jordan Broadbent\*<br>  *Special Assistant Attorney General*<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2060<br>jbroadbent@riag.ri.gov<br><br>*Counsel for the State of Rhode Island* | **JOSHUA L. KAUL**<br>  *Attorney General of Wisconsin*<br><br> /s/ *Lynn K. Lodahl*  <br>Lynn K. Lodahl\*<br>  *Assistant Attorney General*<br>17 West Main Street<br>Post Office Box 7857<br>Madison, WI 53707<br>(608) 264-6219<br>lodahllk@doj.state.wi.us<br><br>*Counsel for the State of Wisconsin* |

\* admitted *pro hac vice*
\*\* application for *pro hac vice* admission forthcoming