**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, | |
| *Plaintiffs,* | No. 1:25-cv-10814-BEM |
| v. | |
| ROBERT F. KENNEDY, JR., *et al.*, | |
| *Defendants.* | |

**<u>DECLARATION OF CHRIS PAPPAVASELIO</u>**

I, Chris Pappavaselio, an attorney admitted to practice before this Court, do hereby state the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am an Assistant Attorney General in the Office of the Attorney General for the Commonwealth of Massachusetts, and I appear on behalf of the Commonwealth of Massachusetts in this action.

2.      I submit this declaration in support of Plaintiff States' Motion for a Temporary Restraining Order, pursuant to Federal Rule of Civil Procedure 65.

3.      The facts set forth herein are based upon my personal knowledge or a review of the files in my possession.

4.      I have attached to this declaration true and correct copies of publicly promulgated or issued documents and factual declarations. Exhibits 1-38 are identical to the exhibits previously filed as attachments to the Declaration of Chris Pappavaselio, Doc. No. 12, with four exceptions—Exhibit 10 has been corrected to include omitted appendices; Exhibit 11 has been edited to include additional excerpted pages; and Exhibits 17 and 19 have been updated to reflect

1

subsequent factual developments observed by the declarants. Exhibits 39-65 have not been previously filed. The exhibits are described as follows:

5.      Attached hereto as Exhibit 1 is Executive Order 14151, "Ending Radical Government DEI Programs and Preferencing."

6.      Attached hereto as Exhibit 2 is Executive Order 14168, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

7.      Attached hereto as Exhibit 3 is Executive Order 14173, "Ending Illegal Discrimination and Restoring Merit-Based Opportunity."

8.      Attached hereto as Exhibit 4 is a true and correct copy of a February 10, 2025 Secretarial Directive on DEI-Related Funding issued by Dorothy A. Fink, Acting Secretary of the Department of Health & Human Services.

9.      Attached hereto as Exhibit 5 is a true and correct copy of a February 12, 2025 Memorandum authored by Michael S. Lauer titled "NIH Review of Agency Priorities Based on the New Administration's Goals."

10.      Attached hereto as Exhibit 6 is a true and correct copy of a February 13, 2025 document titled "Supplemental Guidance to Memo Entitled- NIH Review of Agency Priorities Based on the New Administration's Goals."

11.      Attached hereto as Exhibit 7 is a true and correct copy of a February 28, 2025 post on X from the Department of Government Efficiency account.

12.      Attached hereto as Exhibit 8 is a true and correct copy of a March 4, 2025 document titled "Staff Guidance—Award Assessments for Alignment with Agency Priorities – March 2025."

13.     Attached hereto as Exhibit 9 is a true and correct copy of a March 13, 2025 email from Michelle G. Bulls with Subject "Award Revision Guidance and List of Terminated Grants via letter on 3/12."

14.     Attached hereto as Exhibit 10 is an image of March 25, 2025 notice entitled, "NIH Grants Management Staff Guidance – Award Assessments for Alignment with Agency Priorities – March 2025." This document has been corrected from the version filed as Exhibit 10 of the Declaration of Chris Pappavaselio, so as to include omitted appendices. Doc. No. 12.

15.     Attached hereto as Exhibit 11 is an excerpt of the April 2024 NIH Grants Policy Statement issued by the US Department of Health and Human Services.  This document has been edited from the version filed as Exhibit 11 of the Declaration of Chris Pappavaselio, so as to include additional excerpts. Doc. No. 12.

16.     Attached hereto as Exhibit 12 is the declaration of Denise Barton and accompanying exhibits.

17.     Attached hereto as Exhibit 13 is the declaration of Dr. Jason Wilder.

18.     Attached hereto as Exhibit 14 is the declaration of Hala Madanat and accompanying exhibits.

19.     Attached hereto as Exhibit 15 is the declaration of Ganesh Raman, Ph.D. and accompanying exhibits.

20.     Attached hereto as Exhibit 16 is the declaration of Dr. Miguel Garcia-Diaz.

21.     Attached hereto as Exhibit 17 is the declaration of Vasillis L. Syrmos. This declaration, dated April 13, 2025, replaces the March 31, 2025, version which had been filed as Exhibit 17 to the Declaration of Chris Pappavaselio. Doc. No. 12.

22.     Attached hereto as Exhibit 18 is the declaration of Darryll J. Pines and accompanying exhibits.

23.     Attached hereto as Exhibit 19 is the declaration of Dr. Bruce E. Jarrell (UMB) and accompanying exhibits. This declaration, dated April 13, 2025, replaces the April 2, 2025, version which had been filed as Exhibit 19 to the Declaration of Chris Pappavaselio. Doc. No. 12.

24.     Attached hereto as Exhibit 20 is the declaration of John J. Farmer, Jr. and accompanying exhibits.

25.     Attached hereto as Exhibit 21 is the declaration of Katie Tracy.

26.     Attached hereto as Exhibit 22 is the declaration of David W. Hatchett.

27.     Attached hereto as Exhibit 23 is the declaration of Timothy F. Murphy and accompanying exhibits.

28.     Attached hereto as Exhibit 24 is the declaration of Scott E. Shurtleff and accompanying exhibits.

29.     Attached hereto as Exhibit 25 is the declaration of Amy Hequembourg and accompanying exhibits.

30.     Attached hereto as Exhibit 26 is the declaration of Bethany D. Jenkins and accompanying exhibits.

31.     Attached hereto as Exhibit 27 is the declaration of Mari Ostendorf and accompanying exhibits.

32.     Attached hereto as Exhibit 28 is the supplemental declaration of Mari Ostendorf and accompanying exhibits.

33.     Attached hereto as Exhibit 29 is the declaration of Dorota A. Grejner-Brzezinska and accompanying exhibits.

34.     Attached hereto as Exhibit 30 is the declaration of Megan A. Moreno and accompanying exhibits.

35.     Attached hereto as Exhibit 31 is the declaration of Priya Nambisian.

36.     Attached hereto as Exhibit 32 is the declaration of Kristian O'Connor and accompanying exhibits.

37.     Attached hereto as Exhibit 33 is the declaration of Ryan Shorey.

38.     Attached hereto as Exhibit 34 is the declaration of Peter G. Barr-Gillespie and accompanying exhibits.

39.     Attached hereto as Exhibit 35 is the declaration of Susan Philip and accompanying exhibits.

40.     Attached hereto as Exhibit 36 is the declaration of Theresa A. Maldonado.

41.     Attached hereto as Exhibit 37 is the declaration of Jeremy M. Berg, Ph.D.

42.     Attached hereto as Exhibit 38 is the declaration of Rafael Jaime.

43.     Attached hereto as Exhibit 39 is a true and correct copy of a January 21, 2025, document authored by Dorothy A. Fink, then-Acting Secretary of Health and Human Services, with the subject: "Immediate Pause on Issuing Documents and Public Communications – ACTION."

44.     Attached hereto as Exhibit 40 is the declaration of Ryan Hutchings, Ph.D.

45.     Attached hereto as Exhibit 41 is a true and correct copy of the transcript of the April 3, 2025, deposition of Michelle Bulls taken in the matter of *Washington v. Trump*, No. 2:25-cv-00244-LK (W.D. Wash. 2025).

46.    Attached hereto as Exhibit 42 is a true and correct copy of: Katherine J. Wu, Inside the Collapse at the NIH, The Atlantic (Feb. 27, 2025), https://www.theatlantic.com/health/archive/2025/02/nih-grant-freeze-biomedical-research/681853/.

47.    Attached hereto as Exhibit 43 is a true and correct copy of three screencaptures from NIH institute websites (National Institute on Deafness and Other Communication Disorders, National Institute of Allergy and Infectious Diseases, and National Institute on Minority Health and Health Disparities), captured between April 12, 2025, and April 14, 2025, each indicating that "all Federal advisory committee meetings have been canceled until further notice."

48.    Attached hereto as Exhibit 44 is a true and correct copy of: NIH Grant Review Meetings Cancelled, American Association for Cancer Research (Jan. 23, 2025), https://aacrjournals.org/cdnews/news/2062/NIH-Grant-Review-Meetings-Cancelled.

49.    Attached hereto as Exhibit 45 is the supplemental declaration of Denise Barton.

50.    Attached hereto as Exhibit 46 is the declaration of Sally Morton.

51.    Attached hereto as Exhibit 47 is the supplemental declaration of Jason A. Wilder.

52.    Attached hereto as Exhibit 48 is the declaration of Marcus Crawford, Ph.D.

53.    Attached hereto as Exhibit 49 is the declaration of Jeni Kitchell.

54.    Attached hereto as Exhibit 50 is the declaration of John E. Pool.

55.    Attached hereto as Exhibit 51 is the declaration of Susannah Porterfield, Ed.D. and accompanying exhibits.

56.    Attached hereto as Exhibit 52 is the declaration of John A. Pelesko, Ph.D. and accompanying exhibits.

57.     Attached hereto as Exhibit 53 is the supplemental declaration of John J. Farmer, Jr., and accompanying exhibits.

58.     Attached hereto as Exhibit 54 is the declaration of Lakshmi Reddi.

59.     Attached hereto as Exhibit 55 is the declaration of Shelley L. Lusetti, Ph.D.

60.     Attached hereto as Exhibit 56 is the declaration of Michael E. Richards, M.D., MPA, and accompanying exhibits.

61.     Attached hereto as Exhibit 57 is the declaration of Lauren Forrest, Ph.D.

62.     Attached hereto as Exhibit 58 is the declaration of Richard Tankersly and accompanying exhibits.

63.     Attached hereto as Exhibit 59 is the declaration of Anshuman Razdan, Ph.D.

64.     Attached hereto as Exhibit 60 is the supplemental declaration of Bethany D. Jenkins.

65.     Attached hereto as Exhibit 61 is the supplemental declaration of Jeremy M. Berg, Ph.D.

66.     Attached hereto as Exhibit 62 is the supplemental declaration of Ganesh Raman, Ph.D.

67.     Attached hereto as Exhibit 63 is the supplemental declaration of Blake Riggs, Ph.D.

68.     Attached hereto as Exhibit 64 is the declaration of Shashank Priya and accompanying exhibit.

69.     Attached hereto as Exhibit 65 is the declaration of Harold Collard.

Dated:        April 14, 2025
              Boston, MA


                              */s/ Chris Pappavaselio*
                              Chris Pappavaselio
                              Assistant Attorney General, Honors Fellow
                              Office of the Attorney General




## CERTIFICATE OF SERVICE

I, Chris Pappavaselio, certify that counsel for or on behalf of plaintiffs have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiffs hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).


                              /s/ Chris Pappavaselio
                              Chris Pappavaselio
                              Assistant Attorney General