EXHIBIT 12

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF
MASSACHUSETTS, et al.

Plaintiffs,

v.

ROBERT F. KENNEDY, JR., et al.,

Defendants.

Civil Action No. _____

## DECLARATION OF DENISE BARTON

I, Denise Barton, declare as follows:

1. I am a resident of the Commonwealth of Massachusetts. I am over the age of 18. I have been an attorney since 1994 and am licensed to practice in the Commonwealth of Massachusetts. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the University of Massachusetts, in its Office of the General Counsel, as its Chief Deputy General Counsel.

3. As Chief Deputy General Counsel for the University of Massachusetts, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by University of Massachusetts employees and believe that information to be true.

4. The University of Massachusetts includes its five campuses (the University of Massachusetts Amherst, the University of Massachusetts Boston, the University of Massachusetts Chan Medical School, the University of Massachusetts Dartmouth, and the University of Massachusetts Lowell), as well as the University of Massachusetts Office of the President.

1

*See* M.G.L. c. 75. The University of Massachusetts maintains business records in the ordinary course of University of Massachusetts business which include, *inter alia*, records concerning grant proposals submitted to and funding received from the National Institutes of Health ("NIH") by the University of Massachusetts.

5.  I am also providing this declaration to explain the irreparable harmful impacts of NIH's abrupt and ill-supported cancellation of certain grants to the University of Massachusetts.

6.  I am also providing this declaration to explain the impacts of NIH's delay in evaluating applications for future grants, delay in funding projects that have passed peer review, and denial of grant applications without consideration of scientific merit.

7.  The NIH funding blockade and outright grant cancellations severely impact the University of Massachusetts in its entirety: all five campuses have and will suffer short-term and long-term detriment. I have provided the following information to explain some of the impact on two of the University of Massachusetts' campuses and the people whose research they serve: the University of Massachusetts Amherst ("UMass Amherst") and the University of Massachusetts Chan Medical School ("UMass Chan Medical School"), reserving rights to supplement this declaration with further information concerning the impact on those campuses as well as the impacts on the remainder of the University of Massachusetts.

8.  In federal fiscal year 2024, University of Massachusetts campuses received NIH funding to support over 501 projects, totaling $248 million dollars.

9.  UMass Chan Medical School is the Commonwealth of Massachusetts' only public medical school. As such, UMass Chan Medical School serves a unique role in the education of physicians, nurses, and scientists as well as in the performance of research that serves the public good. In keeping with the University of Massachusetts' public mission, UMass Chan

2

Medical School focuses its research efforts on addressing unmet medical needs in ways that benefit all people in the Commonwealth and beyond.  To carry out its public medical research mission, UMass Chan Medical School relies on NIH funding.

10. In fiscal year 2024, UMass Chan Medical School received 365 awards for approximately $197,039,162 in funding from NIH.

11. UMass Amherst is the flagship institution of the Commonwealth of Massachusetts and is a nationally ranked public land-grant research university that seeks to expand educational access, fuel innovation and creativity, and share and use its knowledge for the common good. UMass Amherst offers a full range of undergraduate, graduate and professional degrees, enrolling approximately 22,800 undergraduate students and nearly 7,500 master's and Ph.D. students across more than 200 degree programs and 60 departments.  Students are supported by nearly 1,800 faculty and 4,500 staff who play critical roles supporting teaching, research, discovery, and learning.  In the 2022 fiscal year, UMass Amherst generated $2.9 billion for the Massachusetts economy and supported more than 13,200 external jobs.

12. The work done by UMass Amherst on NIH funded projects provides education and training in Biomedical Engineering, Chemical Engineering, Civil Engineering, Electrical Engineering, Mechanical Engineering, Agriculture, Biology, Public Health and Health Sciences, Mathematics, Chemistry, Psychology, and other programs. UMass Amherst, along with other UMass campuses, is the largest provider of Science, Technology, Engineering and Mathematics ("STEM") workforce to the Massachusetts economy.

13. In fiscal year 2024, UMass Amherst received 130 awards for approximately $42 million dollars in funding from NIH.

**UNLAWFUL TERMINATIONS**

14. As of March 27, 2025, the University of Massachusetts has had four active NIH grants unilaterally terminated:

   a. "Effect of Medicaid accountable care organizations on behavioral health care quality and outcomes for children," award number 3R01MH134176-02S1, with an award of $99,974, was terminated on March 21, 2025. Ex. B.

   b. "Optimizing an mHealth intervention to improve uptake and adherence of the HIV pre-exposure prophylaxis (PrEP) in vulnerable adolescents and emerging adults," award number 5R33HD107988-04, with an award of $278,952, was terminated on March 21, 2025. Ex. D.

   c. "Adapting mHealth interventions to improve self-management of HIV and substance use among emerging adults in Zambia," award number 5R34MH124081-02, with an award of $671,459, was terminated on March 21, 2025. Ex. F.

   d. "Applying deep learning for predicting retention in PrEP care and effective PrEP use among key populations at risk for HIV in Thailand," award number 5R03MH130275-02, with an award of $76,214, was terminated on March 21, 2025. Ex. H.

15. The research project leaders ("Principal Investigators," or "PIs") were notified of these terminations via a termination letter sent by NIH's Office of Extramural Research. Each letter stated that the termination was "pursuant to the 2024 National Institutes of Health

('NIH') Grants Policy Statement, and 2 C.F.R. § 200.340(a)(2)," for failure to "effectuate[]

agency priorities."  Exs. B, D, F, H.

16. The four termination letters received by the University of Massachusetts purported to justify

the terminations with the following ostensibly boilerplate language:

    a.  NIH Grant Number 5R34MH124081-03: "It is the policy of NIH not to

        prioritize research activities based on diversity, equity, and inclusion

        ("DEI") no longer effectuates agency priorities.  Therefore, this project is

        terminated."

    b.  NIH Grant Number 3R01MH134176-02S1: "This award no longer

        effectuates agency priorities.  Research programs based on gender identity

        are often unscientific, have little identifiable return on investment, and do

        nothing to enhance the health of many Americans.  Many such studies

        ignore, rather than seriously examine, biological realities.  It is the policy

        of NIH not to prioritize these research programs."

    c.  NIH Grant Number 5R33HD107988-04: "This award no longer

        effectuates agency priorities.  Research programs based on gender identity

        are often unscientific, have little identifiable return on investment, and do

        nothing to enhance the health of many Americans.  Many such studies

        ignore, rather than seriously examine, biological realities.  It is the policy

        of NIH not to prioritize these research programs."

    d.  NIH Grant Number 5R03MH130275-02: "This award no longer

        effectuates agency priorities.  Research programs based primarily on

        artificial and non-scientific categories, including amorphous

equity objectives, are antithetical to the scientific inquiry, do nothing to

expand our knowledge of living systems, provide low returns on

investment, and ultimately do not enhance health, lengthen life, or reduce

illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies

are often used to support unlawful discrimination on the basis of race and

other protected characteristics, which harms the health of Americans.

Therefore, it is the policy of NIH not to prioritize such research

programs."

17. Each termination letter also includes the following language, immediately subsequent to the

language quoted in ¶ 16, *supra*: "Although 'NIH generally will suspend (rather than

immediately terminate) a grant and allow the decision,' no corrective action is possible here.

The premise of this award is incompatible with agency priorities, and no modification of the

project could align the project with agency priorities."

18. Additionally, 2 awards in which the University of Massachusetts was a subawardee have

been terminated.

    a.  "Faithful response II: COVID-19 rapid test-to-treat with African American

churches," award number U01MD018310, with an award of

approximately $126,000, was terminated on March 21, 2025. This was a

pass-through award via the University of Missouri at Kansas City to

UMass Amherst.

    b.  "Training the long-term services and supports dementia care workforce in

provision of care to sexual and gender minority residents," award number

3R01AG075734-02S1, with an award of approximately $65,000, was

6

terminated on March 21, 2025. This was a pass-through award via the
University of Minnesota to the University of Massachusetts Boston.

19. No PI for any of these projects was subjected to any inquiries from the NIH program officer or other officials. No warning was provided that projects were at-risk to lose funding.

20. Terminations are actively being conducted by NIH, with new programs and projects being cut weekly if not daily. For example, on April 2, 2025, a UMass Amherst PI was informed the Maximizing Opportunity for Scientific and Academic Independent Careers (MOSAIC) program—aimed at funding career development and research projects for scientists from underrepresented backgrounds—has been terminated, effectively ending future funding for grants administered under its auspices.

21. These terminations have set in motion far-ranging and potentially irreversible harms. One of the terminated grants supplemented a project examining the impacts of Accountable Care Organizations in the state Medicaid program on quality of care and healthcare utilization for children with mental health disorders; in particular, this grant provided resources to include LGBTQIA+-identifying youth into the study to ensure their experiences were documented and informed the project's results. As a result of the termination of this grant, those voices will not contribute to the study.

22. Additionally, this grant was led by a junior faculty member whose tenure track status relies in large part on this project. This abrupt cancelation places this young scientist's future at UMass Amherst and his career in jeopardy. Additionally, the grant contributed to the salaries for two full-time staff members; both are talented researchers now contemplating leaving UMass Amherst to find more secure employment. One has a long-standing working relationship with the PI, and their departure would negatively impact the PI's other,

7

uncanceled research projects. Both employees have institutional knowledge and training that cannot be easily, cheaply, or quickly replaced, and multiple projects may have their research goals compromised as a result.

**DELAYS IN THE APPLICATION REVIEW PROCESS**

23. A PI pursuing a grant for their research will submit an application to a member institute of NIH, known as "ICs," with a project proposal that includes, *inter alia*, a description of the project, the budget of the project, the funds sought, and the project start date.

24. The IC will review the application through 2 rounds of organized review: peer-review for scientific merit ("study section review") and advisory council review.

    a. In study section review, a group of non-federal scientists with a focus relevant to the proposed project will review the scientific merits of the project, then assign a project score (ranging from 10-90, with 10 being best); this score is then converted into a percentile, indicating how the scientific merit of that project is ranked against its peer applicants to the same IC for the same cycle. Typically, ICs will publicly release an annual "payline" number (ranging from 8%-20%), which indicates the cutoff point.[1] Projects scored such that their percentile ranking is superior to the payline number are considered to have "fundable scores," a term used by institutions of higher education ("IHE") and NIH.

---

[1] Some ICs do not publish a payline. Additionally, some study sections (often those focusing on projects with special emphases) only issue a score, not a percentile. Regardless, the University of Massachusetts has sufficient historical data from its own experiences and that of peer IHEs to predict what scores constitute "fundable" for each IC.

b. In advisory council review, the council confers with the program officer (the employee at NIH tasked with interfacing with PIs and overseeing NIH's relationship with awarded projects) to determine whether to recommend a project to the IC administrator for funding. It is exceedingly rare for a project with a fundable score not to be recommended, and almost unheard of for a project so recommended not to be funded. Grants that fall significantly below the pay line are typically not discussed by advisory councils.

c. Between the study section and the advisory council meeting, investigators that have scores (typically) better than 40 are sent a request for "Just in Time" information ("JIT"). As part of the JIT request, investigators are asked to provide the most updated information about their other sources of support for their research, confirm that they have approval by the appropriate ethics boards (for work involving animals or human subjects), and certify human subjects training for key personnel, if needed.

25. Once a project is given a fundable score, typically the IHE will undertake preparations necessary to ensure timely commencement of a new project and efficient use of NIH funds. These may include, *e.g.*, acquiring cell cultures, breeding animals (many of which must be aged to certain requirements), and hiring staff. Although these decisions often occur prior to receipt of a Notice of Award, these preparations are necessary for scientific integrity and to maximize efficient use of NIH funds. For extant projects seeking competitive renewal of funding, prior to the initiation of the new award period, the PI must make determinations regarding extending contracts for researchers, maintaining cell cultures, and continued

expenses related to test subjects.  If the score is fundable, the project is expected to continue and to be supported by a renewal of the funding so that the work is not interrupted.

26. NIH has historically implemented a three-cycle schedule for accepting and evaluating grant applications.[2]  For example, in Cycle II, applications have deadlines ranging from May 25 – September 7; study section review is in October and November; advisory council review is in January; and projects may schedule start dates for April 1.  In Cycle III, applications have deadlines ranging from September 25 – January 7; study section review is in February and March; advisory council review is in May; and projects may schedule start dates for July 1.

## UNEXPLAINED AND UNREASONABLE DELAY OF REVIEW OF PENDING GRANT APPLICATIONS.

27. As of April 3, 2025, UMass Chan Medical School has approximately 252 projects awaiting review that, per NIH's published schedule, is overdue.[3]

   a.  205 proposals totaling $538,785,366 ($112,828,561 in their first year) are awaiting NIH study section review.

   b.  29 proposals totaling $34,000,074 ($7,727,829 in the first year) that received fundable scores, awaiting NIH advisory councils that have been rescheduled and delayed and are, therefore, still awaiting Notice of Award.

---

[2] NIH lists its schedule of review for each of three annual cycles of grants. *Review and Award Cycles*, *available at* https://grants.nih.gov/grants-process/submit/submission-policies/standard-due-dates.

[3] The data pertaining to the status of each of UMass Chan Medical School's and UMass Amherst's pending grant applications, *see* ¶ 28, *infra*, are drawn from eRA Commons (the NIH reporting system), and reflect the University of Massachusetts' best estimates as of April 3, 2025.

c. 18 proposals totaling $66,119,813 ($14,012,114 in the first year) that received fundable scores, were reviewed by NIH advisory council, and are awaiting a Notice of Award. These projects all had council review completed as of February 28, 2025, and anticipated start dates of April 1, 2025, or sooner.

28. As of April 3, 2025, UMass Amherst has approximately 92 projects awaiting review that, per NIH's published schedule, is overdue.

a. 67 proposals totaling $137,198,101 ($30,343,184 in the first year) awaiting NIH study section review.

b. 11 proposals totaling $33,114,431 ($6,873,456 in the first year) that received fundable scores, awaiting NIH advisory council and Notice of Award. These include 3 new proposals and one competitive renewal with start dates of April 1, 2025.

c. 14 proposals totaling $39,115,113 ($8,636,336 in the first year) that received possibly fundable scores, awaiting NIH advisory council and possible Notice of Award.

29. Prior to January 20, 2025, the typical timeline for an NIH grant from submission through review, approval and project start date was about eleven months. The typical timeline of the evaluation process for grant applications at NIH looked like this:

a. Submission at month 0.

b. Assignment to a study section at months 1-3.

c. Review at study section at months 4-5.

d. Recommendation made at Council at months 7-8.

e.  Notice of award at months 9-11.

f.  Award set-up at months 10-12.

30. Since January 20, 2025, the cadence of study section and/or council meetings has been significantly altered by the NIH.  The NIH publishes a "NOTICE of Closed Meetings" in the Federal Register to schedule Study Sections or Council Meetings.  NIH listed 63 study sections as scheduled between January 21, 2025, and March 8, 2025, through the Center for Scientific Review at NIH, 167 fewer than the same period in 2024. (This does not include reviews done by various institutes at NIH.)  Indeed, UMass Amherst is aware of 6 study sections previously scheduled for this period and these do not appear on the NIH list.

31. NIH lists 387 study sections between March 9, 2025, and June 20, 2025, through the Center for Scientific Review at NIH, 69 more than the same period in 2024, suggesting that some, and possibly all, of the canceled study sections have been rescheduled.  Each IC typically holds a meeting of its advisory council three times per year, at which time all applications that passed through study section review are considered.  These meetings are typically held 1-2 months before the earliest permissible start date for projects in that cycle.

32. Cycle II advisory council meetings are typically scheduled for January.  In 2025, 14 of the 15 Cycle II advisory council meetings—every meeting scheduled for after January 20, 2025— was canceled, only recently rescheduled for April and May.  As of April 1, 2025, 16 Cycle II applications with fundable scores still have not received a date for an advisory council meeting (5 from UMass Chan Medical School, 11 from UMass Amherst). Of these, 4 had start dates of April 1, 2025.

33. Cycle III advisory council meetings are typically scheduled for May; to date, not a single Cycle III advisory council meeting has been noticed in the Federal Register.  Due to the

backlog of Cycle III study sections, it is unclear whether those applications will have even completed their first round of review prior to May, and, as May will feature multiple advisory council meetings to review the backlog of Cycle II applications, it is unclear when those meetings will be able to occur. Many Cycle III projects have start dates of July 1.

34. Due to the unpredictable and unplotted review schedule encumbering Cycle II and III applications, it is impossible to predict or plan around delays facing the Cycle I applications presently being submitted to NIH.

35. Since January 20, 2025, due to the continued cancellation, rescheduling, and re-cancellation of NIH study section and advisory council meetings, it is anticipated that the timeline for full review of grant applications could extend to 15-16 months at best.

36. Should advisory council meetings occur at the earliest possible opportunities and study section reviews face no further delays, the best-case scenario for evaluation schedule in 2025 would be:

    a.  Submission at month 0.

    b.  Assignment to a study section at months 1–3.

    c.  Review at study section at months 4—5 (assuming that study section is being held at the normal scheduled cadence).

    d.  Recommendation made at Council at months 11–13 (4–5-month delay) (approximately 1 month after the earliest permissible project start date).

    e.  Notice of award at months 13–15 (4–5-month delay, which is at least 3 months *after* the expiration of the current award in the case of competitive renewal application).

    f.   Award set-up at months 14–16 (4–5-month delay) (approximately 4 months after the earliest permissible project start date).

37. Given the magnitude of the University of Massachusetts' grant activity in each cycle, four plus months of delay of expected funding has already created disruption in the operations of laboratories funded by those grants. For example, at UMass Chan Medical School, the disruption of the anticipated flow of funds precipitated by the abrupt and unannounced change of usual practice has led to the planned furlough of hundreds of personnel and the cancellation of nearly all acceptances of new graduate students for the fall 2025 admissions cycle.

38. There are some differences, described below, between a new grant application and "competitive grant renewal" in that there is a practical difference for PI and lab personnel if the renewal is not awarded.

    a.   New applications are generally activities that have not yet been initiated and are extensions/new directions based on preliminary findings, data, and hypotheses that the lab has generated and plans to pursue with the new award funds. Once an NOA is received, the work will commence. In a typical timeline, after receiving a fundable score, a PI will start to plan for initiation of the projects in the approximately 4 months between Study Section, Council approval and issuance of the NOA.

    b.   Competitive renewals are the next multi-year phase of work that has been previously funded. The activities planned are generally extensions of currently ongoing projects. Labs will usually have highly trained staff, students, postdocs, equipment, live cells, and animal models in place and

working that, without continued funding, will be terminated and/or shut down.

c.   For example, one investigator who has a fundable score on a competing renewal application reached the end of their current NIH funding on March 31, 2025.  The relevant Council meeting, which was initially canceled indefinitely, has been rescheduled for May 22, 2025.  If the grant is recommended and subsequently approved in May, this will result in a funding gap of at least two to three months.  During this time, the PI, the academic department, and the college and central administration will divert funds from other budgets to continue salary payments to existing personnel and a limited amount of funding for critical supplies.  The research will certainly be disrupted by the funding interruption.

39. UMass Amherst currently has submitted 67 grant applications, totaling $137,198,101, as part of the upcoming Cycle I, all awaiting study section review.  UMass Chan Medical School currently has submitted 171 grant applications, totaling $503,520,399 as part of that same cycle, all awaiting study section review.  Because of the delays in study sections, the recent reductions in force at NIH, and the backlog of review sessions, it is highly likely that Cycle I applications will be materially delayed in being evaluated, to the detriment of the University of Massachusetts.

40. While the study section review for most projects is conducted through the NIH's centralized body, the Center for Scientific Review ("CSR"), many of the more complex and specialized projects were typically reviewed through study sections within the relevant IC, as well as applications solicited via that IC's requests for applications ("RFA").  NIH has recently

announced a "centralization" of study section review, meaning for non-CSR projects a

potential limit to each IC's ability to direct/solicit specific research content areas, centralizing

control of what gets funded.  This runs counter to the Duties and Authority of the NIH

Director, 42 U.S.C. § 282(b)(9) ("[NIH Director] shall ensure that research conducted or

supported by the National Institutes of Health is subject to review in accordance with section

289a of this title and that, after such review, the research is reviewed in accordance

with section 289a–1(a)(2) of this title by the appropriate advisory council under section 284a

of this title before the research proposals are approved for funding," as well as the purpose of

the councils, 42 U.S.C. § 284a.

41. There are numerous examples throughout the University of Massachusetts of the grants that

have fallen behind, and the impacts of that delay, because of the NIH's arbitrary rolling

blockade on the grant approval process.  What follows are several examples of the UMass

Chan Medical School grants that NIH is blocking by its abrupt cancellation and delay of

advisory council meetings.  These exemplar grants all concern significant unmet medical

needs, including pediatric cancer, Alzheimer's Disease, and the biological basis of substance

use disorder.  NIH's administrative blockade is harmful to the advancement of research in

these areas, to the training and development of the future generation of researchers, and to

the people this research would help.

42. One example of research projects kneecapped by the funding delay are a series of projects

administered by a UMass Chan Medical School PI, who, is conducting three research

projects with NIH funding that will terminate over the next twelve months, focused on

pediatric neuro-oncology and traumatic brain injury.  The PI also has two applications for

other projects under consideration that have been affected by NIH's evaluation delay—

16

Project A has received a fundable score that is well within the applicable payline, and Project B has received a favorable score that is potentially fundable, falling just within the funding range.

      a.   Project A had advisory council review scheduled for late January; that meeting was canceled, then in early March NIH updated the status of that grant to "Council review completed," the program officer confirmed that both levels of review had been conducted, and then, confusingly, an advisory council review was scheduled for April 22, 2025.

      b.   Project B had advisory council review scheduled for early February; that meeting was canceled. The program officer has not responded to multiple inquiries via email. The advisory council meeting has been rescheduled for May 22, 2025.

43. Because of the delays to decisions on these two fundable projects, the active research being engaged in this PI's lab has suffered. One researcher has been furloughed to 50%, with the expectation that he will be terminated in June. Several lines of investigation have been closed, including drug screening and therapeutic development work for the pediatric neuro-oncology projects. The PI has been forced to decline to hire a student that would have otherwise supported one of those projects because of the lack of funding. And nearly all new experimental work has been terminated, so as to preserve as much funding as possible to support salary of the members of the research team.

44. Due to the loss of personnel necessitated by delays to pending applications, active research is harmed: investigations into treatment for a form of pediatric brain tumor, and development of

a commercially viable mechanism for delivery of gene therapy for pediatric neuro-oncology, new treatments for traumatic brain injury have been terminated.

45. Another example of a UMass Chan Medical School grant that has been hobbled by the NIH rolling blockade is a grant concerning one of the major obstacles to developing effective treatments for degenerative diseases of the brain: a paucity of genetic targets against which to direct therapeutic efforts. Recent human studies have revealed a robust and reproducible link between polymorphisms (gene variants) in the MS4A family of genes and Alzheimer's Disease ("AD") or related neurodegenerative disorders. In this grant, the PI, a UMass Chan Medical School Associate Professor, Program in Molecular Medicine will characterize the role of MS4A genes in degenerative brain diseases and anticipates that insights gained will inform the development of new treatments for these devastating disorders.

46. The NIH Grant number is R01AG089801, and it is entitled "Elucidation of the mechanisms by which Ms4a genes regulate neurodegeneration in Alzheimer's Disease and related disorders."

47. The application submission date was July 9, 2024. The anticipated start date was April 1, 2025. JIT information was submitted on March 21, 2025, and advisory council review was set for January 28, 2025. That review session was canceled, then rescheduled for April 22, 2025. In a typical year, the expected award notice date was March-April 2025. This grant has a score of 28 (placing it in the 13th percentile). With NIH's National Institute of Aging's payline at 17th percentile, UMass Chan Medical School anticipated that this grant would pass Council review and be awarded.

48. In preparation for the start date of this grant, UMass Chan Medical School hired two postdoctoral fellows in anticipation of the funding using a combination of institutional funds

18

and existing foundation grants to be prepared for the start of the grant, which is the ordinary

manner in which scientific research of this nature proceeds. In addition, the experiments

associated with this grant involve a significant number of different genetically modified

mouse cell lines and neurodegenerative mouse models that need to be bred and aged out so

that neurodegenerative phenotypes appear. UMass Chan Medical School began this process

in anticipation of this grant being awarded, paying for the animal costs associated with this

research using other funding sources to be ready to go as soon as grant funding is received.

49. UMass Chan Medical School must take immediate action to ensure a timely start date. If

NIH does not make a decision soon, the PI will have to terminate the mouse experiments that

he had begun as well as lay off the people that were hired in anticipation of this work being

funded. The PI has used existing funds to the extent possible to get this project started.

However, if this grant is not funded, as those additional resources are finite and limited, the

PI fears that it will not be possible to continue this line of investigation without some outside

intervention, such as another funding source.

50. This work is critical. Alzheimer's disease ("AD") is a debilitating neurodegenerative

disorder that affects more than 6 million Americans, and its incidence is only increasing as

our population ages. Current therapeutic interventions for this disease are highly limited in

both number and efficacy indicating that new approaches are needed. UMass Chan Medical

School's work has led to the identification of a series of compounds that will form the basis

of new therapies for diseases that devastate millions of Americans, their families, and cost

the country untold billions of dollars annually. This work will provide significant insight

into the role that Ms4a genes play across neurodegenerative diseases like AD and take a

significant step closer to developing therapies targeting these genes. UMass Chan Medical

19

School's research represents exactly the kind of success story that funding of biomedical sciences strives for. The uncertainty caused by the NIH blockade has created significant stress and anxiety in those working on this important research, may lead to personnel terminations, and may require slowing down or cessation of work that has the potential to have a significant impact on human health for this country.

51. A third example of a UMass Chan Medical School grant that has been hobbled by the NIH blockade is a grant concerning adeno-associated viruses ("AAV") which have been used to successfully deliver life-saving gene therapies in children. The UMass Chan Medical School PI for this grant (number RO1GM155648), entitled "Interrogating the roles of truncated/mutated inverted terminal repeat sequences in adeno-associated virus vectors in transgene stability through episome formation and host cell genome integration" is an Assistant Professor in the Gene Therapy Center. This work seeks to further improve the safety and performance of the viral vectors and will specifically define whether mutations in inverted terminal repeat ("ITR") sequences, which are the last remnants of viral elements found in AAV-based gene therapy vectors, can influence the stability and safety of genes being delivered. Using advanced next-generation sequencing approaches and appropriate cell culture and animal models, this work will help to link a previously enigmatic feature of AAV genomes to imperfections observed in vector genomes that result from potentially avoidable manufacturing errors. The project will help to inform whether heterogeneity in ITRs are risk factors for host-cell integration and tumorigenesis.

52. The application date for this grant was July 05, 2024. Its anticipated start date was April 01, 2025. The JIT was submitted on December 05, 2024, and the Council date was scheduled for February 06, 2025. That date was canceled, then rescheduled for May 22, 2025. The

expected award notice date in a typical year was March-April, 2025. This grant has an Impact Score of 22 (placing it in the 5th percentile), which is a fundable score.

53. To ensure timely completion of the project aims, UMass Chan Medical School will need to hire a PhD-level (Postdoctoral Associate) Bioinformatician that has experience in analyzing next-generation sequencing data and a Research Technician, preferably with training in molecular biology, handling of laboratory mice, and cell culture-based assays. Both hires will need sufficient time to be trained on techniques needed to execute project goals. The project will also require the use of humanized mouse models, which will be new to the research group. Laboratory personnel will need to be trained on how to handle and care for these mice. Since these mice are costly (approximately $3,500 per animal), proper training is absolutely necessary to limit experimental error and waste.

54. Decisions concerning this grant need to be made immediately and UMass Chan Medical School needs to decide whether to cancel the project or risk its own resources. Delays in NIH funding, coupled with NIH's actions concerning indirect costs, have led to furloughs and layoffs of postdocs and research associates. At the risk of losing more essential personnel and support staff, the need for action is immediate.

55. Gene therapy has revolutionized how genetic diseases are being treated yet many unknowns still limit their wider use. This work will provide vital insights into the safety of AAV-based gene therapy vectors, specifically, whether mutations in ITR elements can drive vector integration into the host genome – a risk factor for tumorigenesis. More than 4,000 patients have received the Zolgensma gene therapy for spinal muscular atrophy since its approval by the FDA. The technologies and expertise developed by the PI at UMass Chan Medical School are unique to the field. They are the only research team in the world that can

immediately address whether mutations within ITR elements of AAV vectors are risk factors for cancer.  The high impact score received on this grant and favorable critiques by all three reviewers reflects the importance and urgency of this research.  Gene therapies based on AAV vectors have been a revolutionary medical advancement in treating human genetic diseases.  With a single dose, AAV-mediated gene therapies can confer long-term correction or abatement of disease for the lifetime of the patient.

## DENIAL OF APPLICATIONS WITHOUT SCIENTIFIC REVIEW

56. The University of Massachusetts has had multiple grant applications submitted in response to NIH-issued Notices of Funding Opportunities ("NOFO").  NIH subsequently withdrew several of those NOFOs, summarily denying related applications to study section review.  This has resulted in at least 10 grant applications submitted by the University of Massachusetts that were denied without assessment based on scientific merit, including:

   a. "The impact of ovarian hormones on sleep dependent emotional memory in younger and older adult women," submitted under PAR-23-271.

   b. "Understanding the role of morphology and the extracellular matrix in radial glial differentiation and polarity within cortical brain organoids," submitted under PAR-23-271.

   c. "Understanding socio-cultural and family-level biobehavioral processes that are associated with Hispanic/Latinx youth mental health disparities," submitted under PAR-21-358.

   d. "Advancing sexual orientation-based metabolic health disparities research among women through data integration," submitted under PAR-24-077.

**HARMS**

57. The impact of the NIH's capricious blockade of the grant process has already had, and will continue to have, a devastating impact. Examples of the irreparable harm already caused and continuing to be caused includes, but is not limited to: significant damages to the career progression of students and faculty who depend on the financial support from these grants and who have had no notice and therefore no time to seek alternatives; individuals in the community who would have participated in these sponsored projects who are deprived of the benefits from the research—for instance, individuals at risk from COVID-19 exposure or individuals in need of dementia care, *see* ¶ 18, *supra*; extreme disruption to the research record of students and young faculty, impairing them from establishing careers in biomedical research; and the development of new understandings and treatments.

58. In the last decade, UMass Amherst has hired 37 new faculty members and 28 staff members in Life Sciences through strategic investment in the Institute for Applied Life Sciences, established with an investment of $95 million from the Commonwealth and more than $50 million from the University of Massachusetts for the Institute for Applied Life Sciences' facilities and equipment. The Institute relies on a portion of the NIH funding provided to the campus for grants associated with the Institute.

59. There are 30 Life Sciences Core Facilities with professional staffing at UMass Amherst; in total, there are 90 such Core Facilities across the University of Massachusetts. To operate its Core Facilities, UMass Amherst purchases necessary and sophisticated scientific equipment. This equipment, and the professional staff who work there, are administered by UMass Amherst's Institute for Applied Life Sciences. Running the Core Facilities requires significant capital investments and also requires continuous funding for the operations that

support hundreds of researchers on not only the UMass Amherst campus, but across all University of Massachusetts campuses as well as small businesses in Massachusetts. Funding for the debt service on the University of Massachusetts' capital investment, staffing, and operations relies in part on NIH funding as well as funding from other federal agencies. The NIH funding slowdown will likely cause UMass Amherst to reduce the scope and support for Core Facilities.

60. Several research projects with a start date of April 1, 2025, with fundable scores for scientific merit, have not received a funding decision by NIH, discussed *supra*. Many of these projects underwent advisory council review *months ago*. For example, one such project has needed to acquire neurodegenerative mouse models, breed the animals, them age them to the point that neurogenerative phenotypes begin to appear, several researchers were hired to begin this process. *See* ¶¶ 45-50, *supra*. The unprecedented delay in rendering a funding decision for this project required the PI to begin these steps prior to receipt of the NOA or else compromise the efficiency and integrity of the entire project. Until that decision is rendered, UMass Amherst has chosen to absorb the costs of these expenses in the interim; the alternative would be to scrap the entire project, relegating to waste all preparatory steps taken and the time and resources that would have been directed toward more fruitful projects had a timely decision been made by NIH.

61. The pursuit of alternative sources of funding as a response to the harms caused by the delay in evaluating applications is not a practical solution. PIs typically learn of their fundable scores within a few months of the start date of their project; after receiving such a score, they begin to take the expensive preparations necessary to ensure a timely start. Applications for funding from alternative sources typically take 12-18 months and are not a practical method

of reducing waste and harm caused by an unprecedented short-notice failure to fund in the days leading up to that start date.

62. The NIH funding blockade has also significantly impacted the University of Massachusetts in numerous other ways, including but not limited to:

    a. The University of Massachusetts has been forced to reduce graduate admissions via rescission of accepted applications. UMass Chan Medical School has reduced acceptances to UMass Chan Medical School's PhD program in Biomedical Sciences from 80 to approximately 12, forcing it to rescind offers to the majority of accepted applicants. UMass Amherst has reduced graduate admissions to doctoral programs by 29% from last year, a loss of 285 admission spots (reducing from 997 to 712), and rescinded offers of financial support (including salary and tuition) to many of those admitted. The reductions are largest in programs that rely significantly on NIH support, including:

| | Fall 2024 | Fall 2025 | % Change |
|---|---|---|---|
| College of Engineering | 123 | 102 | -17% |
| College of Natural Sciences | 405 | 273 | -33% |
| College of Information & Computer Sciences | 147 | 83 | -44% |
| School of Public Health & Health Sciences | 62 | 29 | -53% |

    b. The termination of multiple active grants and the reduction of size of the incoming classes of graduate students also negatively affects the scientific integrity, efficiency, and cost of ongoing research projects that still have funding. First-year students rotate through three different labs before

attaching to one project.  These students provide multiple research projects

with access to qualified scientific professionals at relatively low costs.

Reduction of this pool, both immediately and necessarily in the future due

to enrollment cuts, simultaneously reduces the access of every research

project to this pool of qualified candidates while increasing the cost of

whatever research assistants take their place.

c.  UMass Amherst has announced that it will provide Emergency Funding to

cushion the immediate impact of interrupted federal funding.  This is not

to replace federal funding but to maintain salary support temporarily and

give students and other trainees a chance to finish their graduate programs

and/or find alternative sources of funding, or employment.  UMass

Amherst is diverting funds from other important needs such as deferred

maintenance and strategic investments to provide this emergency support.

d.  UMass Chan Medical School has ongoing financial obligations to support

its research facilities.  Part of these costs were covered by the indirect cost

payments from NIH grants.  The termination of several of those grants and

the delay in securing funding for future grants has forced the school to

dedicate an increased amount of its funds to maintain those facilities,

coming at the expense of suspending ongoing faculty searches, rescinding

outstanding offers to graduate students, and furloughing hundreds of

personnel across all areas of employment.  These restrictions in turn have

slowed the school's ability to perform critical research in multiple areas,

including gene therapy for life-threatening diseases that affect children

and research on treatments for pediatric brain tumors and ALS, among

others.

63. The NIH funding blockade is also likely to cause future harm to UMass Amherst in

numerous other ways, including but not limited to:

    a. The delays in the NIH's grant approval process have already directly

       resulted in irreparable harm by reducing the number of applicants who can

       be accepted as doctoral students at UMass Amherst to do the research

       associated with the delayed grants.  If the delays in the NIH grant approval

       process continue, the future of these prospective students, their desired

       programs of study, and the critical research they would be performing will

       be irreparably and irretrievably damaged.  Furthermore, because the

       delays are so widespread nationally, opportunities at other universities will

       also be curtailed.

    b. UMass Amherst is concerned that further recruiting of doctoral students,

       postdoctoral researchers, faculty and staff will be negatively impacted by

       diminished funding and by harm to the institution's reputation arising

       from limiting graduate admissions and rescinding financial offers of

       support to doctoral students.

    c. UMass Amherst is also concerned about reduced ability to meet existing

       obligations to repay bond funds used to construct research facilities and

that rating agencies may reduce the University bond rating[4] making it

more expensive to build research facilities in the future.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.

Executed on April 3, 2025, at Westborough, Massachusetts.

/s/ *Denise Barton*
Denise Barton
Chief Deputy General Counsel
University of Massachusetts, Office of the General Counsel
50 Washington Street
Westborough, MA 01581

---

[4] On March 19, Moody's Ratings, "dropped its outlook for higher education in 2025 to negative from stable amid the Trump administration's financial attacks on the sector." *See* https://www.highereddive.com/news/moodys-negative-outlook-higher-ed-trump-cuts/743014/; *see also* https://www.forbes.com/sites/michaeltnietzel/2025/03/19/moodys-lowers-higher-ed-outlook-to-negative-citing-trump-policies/.

EXHIBIT A

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE OF MENTAL HEALTH

**Notice of Award**
FAIN# R01MH134176
**Federal Award Date**
06/26/2024

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF MASSACHUSETTS
101 COMMONWEALTH AVE
AMHERST, MA 01003

**2. Congressional District of Recipient**
02

**3. Payment System Identifier (ID)**
1043167352B5

**4. Employer Identification Number (EIN)**
043167352

**5. Data Universal Numbering System (DUNS)**
153926712

**6. Recipient's Unique Entity Identifier**
VGJHK59NMPK9

**7. Project Director or Principal Investigator**
Sarah L Goff, MD (Contact)

sgoff@umass.edu
413-545-7467

**8. Authorized Official**
SARA SANTOS
SARASANTOS@UMASS.EDU
413-545-0699

## Federal Agency Information

**9. Awarding Agency Contact Information**
CHRISTOPHER MIN-SIK Oh

NATIONAL INSTITUTE OF MENTAL HEALTH
chris.oh@nih.gov
(301) 480-1764

**10. Program Official Contact Information**
Jennifer  Humensky

NATIONAL INSTITUTE OF MENTAL HEALTH
jennifer.humensky@nih.gov
301-480-1265

## Federal Award Information

**11. Award Number**
5R01MH134176-02

**12. Unique Federal Award Identification Number (FAIN)**
R01MH134176

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Effect of Medicaid Accountable Care Organizations on Behavioral Health Care Quality and Outcomes for Children

**15. Assistance Listing Number**
93.242

**16. Assistance Listing Program Title**
Mental Health Research Grants

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
| --- | --- |
| **19. Budget Period Start Date** 07/01/2024 – **End Date** 06/30/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $552,484 |
| 20 a.  Direct Cost Amount | $377,949 |
| 20 b.  Indirect Cost Amount | $174,535 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $552,484 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $552,484 |
| **26. Project Period Start Date** 09/12/2023 – **End Date** 06/30/2028 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $1,350,259 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Theresa A. Mercogliano

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



Notice of Award

*RESEARCH*
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE OF MENTAL HEALTH



## SECTION I – AWARD DATA – 5R01MH134176-02

**Principal Investigator(s):**
Kimberley Lynn H Geissler, PHD
Sarah L Goff (contact), MD

**Award e-mailed to:** opam@umass.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $552,484 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIVERSITY OF MASSACHUSETTS AMHERST in support of the above referenced project. This award is pursuant to the authority of 42 USC 241 42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Mental Health of the National Institutes of Health under Award Number R01MH134176. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F. The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Theresa A. Mercogliano
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

Version: 35 - 3/15/2024 9:51 AM | Generated on: 8/26/2024 12:19 AM

| | |
|---|---|
| **Salaries and Wages** | $197,448 |
| **Fringe Benefits** | $58,214 |
| **Personnel Costs (Subtotal)** | $255,662 |
| **Consultant Services** | $5,000 |
| **Materials & Supplies** | $934 |
| **Travel** | $5,000 |
| **Other** | $14,200 |
| **Subawards/Consortium/Contractual Costs** | $94,153 |
| **Publication Costs** | $3,000 |
| | |
| **Federal Direct Costs** | $377,949 |
| **Federal F&A Costs** | $174,535 |
| **Approved Budget** | $552,484 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $552,484 |
| **TOTAL FEDERAL AWARD AMOUNT** | $552,484 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $552,484 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 2 | $552,484 | $552,484 |
| 3 | $568,728 | $568,728 |
| 4 | $565,231 | $565,231 |
| 5 | $541,288 | $541,288 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1043167352B5 |
| **Document Number:** | RMH134176A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|
| MH | 8022585 | $552,484 | $568,728 | $565,231 | $541,288 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: 82-SEEC / **OC**: 41025 / **Released**:  06/25/2024
**Award Processed:** 06/26/2024 12:19:46 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R01MH134176-02**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01MH134176-02**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01MH134176. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-

discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and
https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part
75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts
with cumulative total value greater than $10,000,000 must report and maintain information in the System for
Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the
award or performance of a Federal award that reached final disposition within the most recent five-year
period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings
information will be made publicly available in the designated integrity and performance system (currently
the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements
and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.
**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  MH SPECIFIC AWARD CONDITIONS – 5R01MH134176-02**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2
for NIH definition of Clinical Trial.

### AWARD NOTICE:
This award has been made in response to the application submitted under the Funding
Opportunity Announcement PA-20-185 which can be referenced at: PA-20-185: NIH Research
Project Grant (Parent R01 Clinical Trial Not Allowed).

### CONSORTIUM / CONTRACTUAL COSTS:
This award includes funds for consortium activity with **Baystate Medical Center, Inc.**
Each consortium is to be established and administered in accordance with the NIH Grants Policy
Statement (http://grants.nih.gov/grants/policy/nihgps/index.htm). No foreign performance site may
be added to this project without the written prior approval of the National Institute of Mental
Health.

### DATA SHARING PLAN:
This award is subject to the data sharing guidance outlined in NOT-MH-19-033 and can be found
at: https://grants.nih.gov/grants/guide/notice-files/NOT-mh-19-033.html. The recipient will adhere
to the resource and data sharing plan. Dissemination of study data will be in accord with the
Recipient's accepted data sharing plan. **Please note that a statement of progress on the
Sharing Plan must be included in the Research Performance Progress Report (RPPR)
under section C.5 "Other Products and Resource Sharing."** Failure to adhere to the sharing
plan as mutually agreed upon by the Recipient and the NIH/IC may result in Enforcement Actions
as described in the NIH Grants Policy Statement.

Complete NIMH data sharing terms and conditions can be found at
https://nda.nih.gov/contribute/sharing-regimen.html. Instructions are available at
http://grants.nih.gov/grants/rppr/index.htm. Complete guidelines on data sharing are available at
https://sharing.nih.gov/data-management-and-sharing-policy/about-data-management-and-
sharing-policy/data-management-and-sharing-policy-overview#before.

### DATA AND SAFETY MONITORING:
This grant is subject to the clinical research policies outlined in NOT-MH-19-027. The recipient
will adhere to the NIH (NIH GPS 4.1.15) and NIMH policies (NOT-MH-19-027) including
appropriately providing adequate data and safety monitoring and timely reporting of key events as
defined in the NIMH Reportable Events Policy. The level and frequency of human subject data
and safety monitoring should always be commensurate with the risk and nature of the research.

### OTHER SUPPORT TIME COMMITMENT:
Commitment overlap is not permitted and occurs when an individual's time commitment
exceeds 100 percent (I.e., 12 person months), whether or not salary is requested.
Therefore, no individual's time commitment may exceed 100 percent. Reductions in NIH

support due to commitment overlap must be made in accordance with NIH policy as outlined in the NIH Grants Policy Statement.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R01MH134176-02

**INSTITUTION:** UNIVERSITY OF MASSACHUSETTS AMHERST

| Budget | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| Salaries and Wages | $197,448 | $197,448 | $192,350 | $192,350 |
| Fringe Benefits | $58,214 | $58,214 | $58,110 | $58,110 |
| Personnel Costs (Subtotal) | $255,662 | $255,662 | $250,460 | $250,460 |
| Consultant Services | $5,000 | $5,000 | $5,000 | $5,000 |
| Materials & Supplies | $934 | $3,184 | $934 | |
| Travel | $5,000 | $5,000 | $5,000 | $5,000 |
| Other | $14,200 | $20,200 | $25,500 | $11,700 |
| Subawards/Consortium/Contractual Costs | $94,153 | $94,153 | $94,153 | $94,153 |
| Publication Costs | $3,000 | $3,000 | $3,000 | $3,000 |
| TOTAL FEDERAL DC | $377,949 | $386,199 | $384,047 | $369,313 |
| TOTAL FEDERAL F&A | $174,535 | $182,529 | $181,184 | $171,975 |
| TOTAL COST | $552,484 | $568,728 | $565,231 | $541,288 |

| Facilities and Administrative Costs | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| F&A Cost Rate 1 | 61.5% | 62.5% | 62.5% | 62.5% |
| F&A Cost Base 1 | $283,796 | $292,046 | $289,894 | $275,160 |
| F&A Costs 1 | $174,535 | $182,529 | $181,184 | $171,975 |

EXHIBIT B

| From: | Bulls, Michelle G. (NIH/OD) [E] |
|---|---|
| To: | Alene Denson |
| Subject: | Grant Termination Notification |
| Date: | Friday, March 21, 2025 12:38:13 PM |
| Attachments: | image002.png |

You don't often get email from michelle.bulls@nih.gov. Learn why this is important



3/21/2025

Alene Denson
University Of Massachusetts Amherst
ADENSON@UMASS.EDU

Dear Alene Denson:

Effective with the date of this letter, funding for Project Number 3R01MH134176-02S1 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 8/16/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7]
Nothing in this notice excuses either NIH or you from complying with the closeout obligations
imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the
Federal Funding Accountability and Transparency Act or the Office of Management and
Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9]
NIH has established a first-level grant appeal procedure that must be exhausted before you
may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the
written notification of the determination is received, except that if you show good cause why
an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the
issue(s) in dispute, and must contain a full statement of your position with respect to such
issue(s) and the pertinent facts and reasons in support of your position. In addition to the
required written statement, you shall provide copies of any documents supporting your
claim.[12]


Sincerely,

Michelle
G. Bulls -S

Digitally signed
by Michelle G.
Bulls -S

Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer, NIMH
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9]

*See* 45 C.F.R. § 75.374.

[10]
See 42 C.F.R. Part 50, Subpart D

[11]
11 *Id.* § 50.406(a)

[12]
12 *Id.* § 50.406(b)

EXHIBIT C

Department of Health and Human Services
National Institutes of Health
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD
HEALTH & HUMAN DEVELOPMENT

**Notice of Award**
FAIN# R33HD107988
**Federal Award Date**
08/12/2024

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF MASSACHUSETTS
MEDICAL SCHOOL
55 LAKE AVE N
WORCESTER, MA 01655

**2. Congressional District of Recipient**
02

**3. Payment System Identifier (ID)**
1043167352A1

**4. Employer Identification Number (EIN)**
043167352

**5. Data Universal Numbering System (DUNS)**
603847393

**6. Recipient's Unique Entity Identifier**
MQE2JHHJW9Q8

**7. Project Director or Principal Investigator**
Bo  Wang, PHD (Contact)
Professor
Bo.Wang@umassmed.edu
508-421-1419

**8. Authorized Official**
Melissa Siegel Spragens

## Federal Agency Information

**9. Awarding Agency Contact Information**
Marianne Galczynski
Grants Management Specialist
EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
marianne.galczynski@nih.gov
(240) 276-5588

**10. Program Official Contact Information**
FRANKLIN WILLEM Yates

EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
franklin.yates@nih.gov
240-890-3679

## Federal Award Information

**11. Award Number**
5R33HD107988-04

**12. Unique Federal Award Identification Number (FAIN)**
R33HD107988

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Optimizing an mHealth intervention to improve uptake and adherence of the HIV pre-exposure prophylaxis (PrEP) in vulnerable adolescents and emerging adults

**15. Assistance Listing Number**
93.865

**16. Assistance Listing Program Title**
Child Health and Human Development Extramural Research

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 08/01/2024 – **End Date** 07/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $2,790 |
| 20 a.  Direct Cost Amount | $2,162 |
| 20 b.  Indirect Cost Amount | $628 |
| 21. Authorized Carryover | $0 |
| 22. Offset | $0 |
| 23. Total Amount of Federal Funds Obligated this budget period | $278,952 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $278,952 |
| **26. Project Period Start Date** 08/13/2021 – **End Date** 07/31/2026 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $562,627 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Frances  Petti

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version:25 - 2/15/2024 9:51 AM | Generated on: 8/12/2024 12:06 AM



Notice of Award

*EXPLORATORY DEVELOPMENT AWARD*
Department of Health and Human Services
National Institutes of Health



EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

**SECTION I – AWARD DATA – 5R33HD107988-04 REVISED**

**Principal Investigator(s):**
Karen  MacDonell, PHD
NITTAYA  PHANUPHAK, MD
Bo  Wang (contact), PHD

**Award e-mailed to:** Research.Funding@umassmed.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award to reflect an increase in the amount of $2,790 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to Univ of Mass Chan Medical School in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the Eunice Kennedy Shriver National Institute Of Child Health & Human Development of the National Institutes of Health under Award Number R33HD107988. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Frances  Petti
Grants Management Officer
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

Additional information follows

Version: 25 - 3/15/2024 9:51 AM | Generated on: 8/12/2024 12:06 AM

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | $40,836 |
| **Fringe Benefits** | $17,290 |
| **Personnel Costs (Subtotal)** | $58,126 |
| **Consultant Services** | $30,000 |
| **Materials & Supplies** | $2,356 |
| **Travel** | $2,500 |
| **Subawards/Consortium/Contractual Costs** | $123,207 |
| | |
| **Federal Direct Costs** | $216,189 |
| **Federal F&A Costs** | $62,763 |
| **Approved Budget** | $278,952 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $278,952 |
| **TOTAL FEDERAL AWARD AMOUNT** | $278,952 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $2,790 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 4 | $278,952 | $278,952 |
| 5 | $273,994 | $273,994 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1043167352A1 |
| **Document Number:** | RHD107988B |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 |
|---|---|---|---|
| HD | 8014710 | $278,952 | $273,994 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: MPIDB-FY / **OC**: 41025 / **Released**: 08/11/2024
**Award Processed:** 08/12/2024 12:06:03 AM

## SECTION II – PAYMENT/HOTLINE INFORMATION – 5R33HD107988-04  REVISED

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

## SECTION III – STANDARD TERMS AND CONDITIONS – 5R33HD107988-04  REVISED

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The grant program legislation and program regulation cited in this Notice of Award.
b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c. 45 CFR Part 75.
d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R33HD107988. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see

https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – HD SPECIFIC AWARD CONDITIONS – 5R33HD107988-04  REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

***REVISION- Restore Reduction***
***This revised award restores the 1% administrative reduction applied to the previously issued Notice of Award.***

***The previous terms and conditions of award remain in effect as stated below.***

**\*\*\*\*\***

## Clinical Trial - Dissemination Policy
The clinical trial(s) supported by this award are subject to the Dissemination Plan specified in the **application** dated **12/03/2020** and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The policy states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and that primary summary results will be reported in ClinicalTrials.gov n/ot later than one year after the trial completion date. The reporting of summary results is required even if the primary trial completion date occurs after the period of performance.

This award is subject to additional certification requirements with submission of the Annual, Interim and Final Research Performance Progress Reports (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the Signing Official (SO) signifies compliance, as follows:

In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials comply with the recipient's plan addressing compliance with the Dissemination of NIH-Funded Clinical Trial Information policy. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the trial completion date, even if the trial completion date occurs after the period of performance.

## Clinical Trial - Risk Assessment
Clinical Trial Study/Studies: **361607**

The Clinical Trial Study or Studies listed above have been determined by NICHD to be considered **MEDIUM** risk requiring increased oversight by NICHD. An update on the status of the milestones included in Section 6 of the eRA Human Subjects System (HSS) and any additional agreed-upon milestones will be due **once a year (generally halfway through the budget period)** as well as being included in the annual RPPR. The update cycle due date is based on the budget period start date referenced in this Notice of Award. Information and procedures concerning these requirements are available on the NICHD Policies on Clinical Research site. Updates must be provided through the eRA HSS accessible through the eRA Commons.

## Foreign Component
This award includes foreign component at the following site(s): Institute of HIV Research and Innovation in THAILAND

## Notice Of Funding Opportunity
This award is subject to the requirements indicated in **PAR19-376**, which are hereby incorporated by reference. See the NIH Funding site for more information.

## Human Subjects
For all competing applications or new protocols, the NICHD expects investigators for ALL NICHD Clinical Trials to abide by the requirements stated in NIH Guide Notice NOT-HD-20-036 "NICHD Data Safety Monitoring Guidelines for Extramural Clinical Trials and Clinical Research". All NICHD applications which include Clinical Trials must include a Data Safety Monitoring Plan. All NIH-sponsored multi-site clinical trials, NIH-defined Phase III clinical trials and some single site clinical trials that pose potential risk to participants require Data and Safety Monitoring Board (DSMB) oversight. Applicants are expected to establish an independent, external DSMB when required by this policy.

For all competing applications or new protocols, the NICHD expects investigators for ALL human subject research to abide by the requirements stated in NIH Guide Notice NOT-HD-20-035 "NICHD Serious Adverse Event, Unanticipated Problem, and Serious Adverse Event Reporting Guidance".

## Multiple Principal Investigator
The recipient must follow the Multiple Principal Investigator Leadership Plan included in the **JIT** dated **06/03/2021** and may not implement any changes in the plan without written NICHD prior approval.

Although the signatures of all PI/PD(s) are not required on prior approval requests, the recipient institution must secure and retain the signatures of all of PI/PD(s) within their own internal processes. See NIH Guide Notice NOT-OD-06-054.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R33HD107988-04 REVISED

**INSTITUTION:** Univ of Mass Chan Medical School

| Budget | Year 4 | Year 5 |
|---|---|---|
| Salaries and Wages | $40,836 | $38,794 |
| Fringe Benefits | $17,290 | $16,426 |
| Personnel Costs (Subtotal) | $58,126 | $55,220 |
| Consultant Services | $30,000 | $30,000 |
| Materials & Supplies | $2,356 | $1,734 |
| Travel | $2,500 | $2,500 |
| Subawards/Consortium/Contractual Costs | $123,207 | $124,159 |
| TOTAL FEDERAL DC | $216,189 | $213,613 |
| TOTAL FEDERAL F&A | $62,763 | $60,381 |

| TOTAL COST | $278,952 | $273,994 |
|---|---|---|

| Facilities and Administrative Costs | Year 4 | Year 5 |
|---|---|---|
| F&A Cost Rate 1 | 67.5% | 67.5% |
| F&A Cost Base 1 | $92,982 | $89,454 |
| F&A Costs 1 | $62,763 | $60,381 |

EXHIBIT D

| | |
|---|---|
| **From:** | Gardiner, Karen |
| **To:** | Miarecki, Amy |
| **Subject:** | FW: Grant Termination Notification |
| **Date:** | Friday, March 21, 2025 3:24:40 PM |
| **Attachments:** | image002.png |

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 12:35 PM
**To:** Research Funding <Research.Funding@umassmed.edu>
**Subject:** Grant Termination Notification



3/21/2025

Spragens, Melissa Siegel
Univ Of Massachusetts Med Sch Worcester
research.funding@umassmed.edu

Dear Spragens, Melissa Siegel:

Effective with the date of this letter, funding for Project Number 5R33HD107988-04 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 8/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 CFR § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is

incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle G. Bulls, on behalf of Margaret Young, Chief Grants Management Officer, NICHD Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

---

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

EXHIBIT E

Case 2:25-cv-10814-BRM Document 12    Filed 04/14/25    Page 54 of 80



**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE OF MENTAL HEALTH

**Notice of Award**
FAIN# R34MH124081
**Federal Award Date**
06/19/2023

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL
55 LAKE AVE N

WORCESTER, MA 01655

**2. Congressional District of Recipient**
02

**3. Payment System Identifier (ID)**
1043167352A1

**4. Employer Identification Number (EIN)**
043167352

**5. Data Universal Numbering System (DUNS)**
603847393

**6. Recipient's Unique Entity Identifier**
MQE2JHHJW9Q8

**7. Project Director or Principal Investigator**
Bo  Wang, PHD (Contact)
Professor
Bo.Wang@umassmed.edu
508-421-1419

**8. Authorized Official**
CHEIKH CAMARA
Cheikh.Camara@umassmed.edu
508-856-8126

## Federal Agency Information

**9. Awarding Agency Contact Information**
Maggie C. Paolini
Grants Management Specialist
NATIONAL INSTITUTE OF MENTAL HEALTH
maggie.paolini@nih.gov
301-443-2746

**10. Program Official Contact Information**
Susannah  Allison

NATIONAL INSTITUTE OF MENTAL HEALTH
allisonsu@mail.nih.gov
240-627-3861

## Federal Award Information

**11. Award Number**
5R34MH124081-03

**12. Unique Federal Award Identification Number (FAIN)**
R34MH124081

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
Adapting effective mhealth interventions to improve uptake and adherence of the HIV pre- exposure prophylaxis (PrEP) in Thai young MSM

**15. Assistance Listing Number**
93.242

**16. Assistance Listing Program Title**
Mental Health Research Grants

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | | |
|---|---|---:|
| **19. Budget Period Start Date** 07/01/2023 – **End Date** 06/30/2024 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $202,639 |
| 20 a.  Direct Cost Amount | | $167,000 |
| 20 b.  Indirect Cost Amount | | $35,639 |
| **21.** Authorized Carryover | | |
| **22.** Offset | | |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $202,639 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $202,639 |
| ------------------------------------------------------------- | | |
| **26. Project Period Start Date** 07/01/2021 – **End Date** 06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | | $671,459 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Maggie C. Paolini

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version:13 - 8/3/2022 12:59 PM | Generated on: 6/19/2023 12:05 AM



Notice of Award

CLINICAL TRIAL PLANNING GRANT
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE OF MENTAL HEALTH



---

**SECTION I – AWARD DATA – 5R34MH124081-03**

**Principal Investigator(s):**
NITTAYA  PHANUPHAK, MD
Bo  Wang (contact), PHD

**Award e-mailed to:** Research.Funding@umassmed.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $202,639 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to Univ of Mass Chan Medical School in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgement of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Mental Health of the National Institutes of Health under Award Number R34MH124081. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Maggie C. Paolini
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---:|
| **Federal Direct Costs** | $167,000 |
| **Federal F&A Costs** | $35,639 |
| **Approved Budget** | $202,639 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $202,639 |
| **TOTAL FEDERAL AWARD AMOUNT** | $202,639 |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $202,639 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 3 | $202,639 | $202,639 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1043167352A1 |
| **Document Number:** | RMH124081A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2023 |

| IC | CAN | 2023 |
|---|---|---|
| MH | 8472592 | $202,639 |

**NIH Administrative Data:**
**PCC**: 9A-ASPA / **OC**: 41025 / **Released**: Paolini, Maggie 06/14/2023
**Award Processed:** 06/19/2023 12:05:31 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R34MH124081-03**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R34MH124081-03**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.   45 CFR Part 75.
    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain

references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R34MH124081. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the eRA Commons (Commons) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the Payment Management System's (PMS) quarterly cash transaction data.  A final quarterly federal cash transaction report is not required for awards in PMS B subaccounts (i.e., awards to foreign entities and to Federal agencies). NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures or quarterly federal cash transaction reporting.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level. If the grantee submits a final expenditure FFR but does not reconcile any discrepancies between expenditures

reported on the final expenditure FFR and the last cash report to PMS, NIH will close the award at the lower amount. This could be considered a debt or result in disallowed costs.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm. This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH strongly encourages electronic submission of the final invention statement through the Closeout feature in the Commons, but will accept an email or hard copy submission as indicated below.

Email: The final invention statement may be e-mailed as PDF attachments to: NIHCloseoutCenter@mail.nih.gov.

Hard copy: Paper submissions of the final invention statement may be faxed to the NIH Division of Central Grants Processing, Grants Closeout Center, at 301-480-2304, or mailed to:

National Institutes of Health
Office of Extramural Research
Division of Central Grants Processing
Grants Closeout Center
6705 Rockledge Drive
Suite 5016, MSC 7986
Bethesda, MD 20892-7986 (for regular or U.S. Postal Service Express mail)
Bethesda, MD 20817 (for other courier/express deliveries only)

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and should be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.


Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-

proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  MH SPECIFIC AWARD CONDITIONS – 5R34MH124081-03**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**<u>AWARD NOTICE</u>:**
This award has been made in response to the application submitted under the Funding Opportunity Announcement PA20-141 which can be referenced at: PA-20-141: Formative and Pilot Intervention Research for Prevention and Treatment of HIV/AIDS (R34 Clinical Trial Optional) (nih.gov)

**<u>CONSORTIUM / CONTRACTUAL COSTS</u>:**
This award includes funds for consortium activity with **HIV Research and Innovation, Bangkok, Thailand, Wayne State University, University of California, San Francisco**. Each consortium is to be established and administered in accordance with the NIH Grants Policy Statement (http://grants.nih.gov/grants/policy/nihgps/index.htm). No foreign performance site may be added to this project without the written prior approval of the National Institute of Mental Health.

**<u>PARTICIPANT RECRUITMENT - MILESTONES</u>:**
Future NIMH support for this study is contingent upon adequate participant recruitment based on projected milestones as approved in the Recruitment Milestone Reporting system (RMR) on 05/10/2021. It is expected that **120 of** the **120** total projected participants will be recruited by **08/01/2023**. This tri-yearly recruitment report should be submitted electronically to NIMH after each milestone period of April 1, August 1 and December 1 at: http://wwwapps.nimh.nih.gov/rmr/displayHome.action. In the event that actual recruitment falls

significantly below projected milestones, NIMH may consider withholding future support and/or negotiating an orderly phase-out of this study. Information regarding the NIMH Policy for the Recruitment of Participants in Clinical Research is available at: https://grants.nih.gov/grants/guide/notice-files/NOT-MH-19-027.html.

### GCP TRAINING:
NIH expects that all NIH-funded investigators and staff who are involved in the conduct, oversight, or management of clinical trials should be trained in Good Clinical Practice (GCP), consistent with principles of the International Conference on Harmonization (ICH) as stated in NOT-OD-16-148.

### CLINICAL TRIAL DISSEMINATION PLAN:
The clinical trial(s) supported by this award is subject to the plan within the competing application dated 09/08/2020 submitted to NIH and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The plan states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

### CLINICAL TRIAL REQUIREMENTS:
This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:
In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

### DATA AND SAFETY MONITORING:
This grant is expected to involve a Data and Safety Monitoring Board (DSMB). The recipient and Principal Investigator(s) should review the NIMH Policy Governing Independent Safety Monitors and Independent Data and Safety Monitoring Boards cited in NOT-MH-19-027. Each RPPR submitted should include copies of all DSMB reports in RPPR Section G.1 since the last annual award. The recipient is also reminded of required reporting pursuant to NIHGPS 4.1.15.3 and the NIMH Reportable Events Policy cited in NOT-MH-19-027, as appropriate.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R34MH124081-03

**INSTITUTION:** Univ of Mass Chan Medical School

| Budget | Year 3 |
|---|---|
| TOTAL FEDERAL DC | $167,000 |
| TOTAL FEDERAL F&A | $35,639 |
| TOTAL COST | $202,639 |

| Facilities and Administrative Costs | Year 3 |
|---|---|
| F&A Cost Rate 1 | 67.5% |
| F&A Cost Base 1 | $52,798 |

| F&A Costs 1 | $35,639 |

EXHIBIT F

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE OF MENTAL HEALTH

**Notice of Award**
FAIN# R34MH124081
**Federal Award Date**
03/21/2025

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF MASSACHUSETTS
MEDICAL SCHOOL
55 LAKE AVE N
WORCESTER, MA 01655

**2. Congressional District of Recipient**
02

**3. Payment System Identifier (ID)**
1043167352A1

**4. Employer Identification Number (EIN)**
043167352

**5. Data Universal Numbering System (DUNS)**
603847393

**6. Recipient's Unique Entity Identifier**
MQE2JHHJW9Q8

**7. Project Director or Principal Investigator**
Bo  Wang, PHD (Contact)
Professor
Bo.Wang@umassmed.edu
508-421-1419

**8. Authorized Official**
CHEIKH CAMARA
Cheikh.Camara@umassmed.edu
508-856-8126

## Federal Agency Information

**9. Awarding Agency Contact Information**
Maggie C. Paolini
Grants Management Specialist
NATIONAL INSTITUTE OF MENTAL
HEALTH
maggie.paolini@nih.gov
301-443-2746

**10. Program Official Contact Information**
Susannah  Allison

NATIONAL INSTITUTE OF MENTAL
HEALTH
allisonsu@mail.nih.gov
240-627-3861

## Federal Award Information

**11. Award Number**
5R34MH124081-03

**12. Unique Federal Award Identification Number (FAIN)**
R34MH124081

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
Adapting effective mhealth interventions to improve uptake and adherence of the HIV pre- exposure prophylaxis (PrEP) in Thai young MSM

**15. Assistance Listing Number**
93.242

**16. Assistance Listing Program Title**
Mental Health Research Grants

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 07/01/2023 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $202,639 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $202,639 |
| **26. Project Period Start Date** 07/01/2021 – **End Date** 03/21/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $671,459 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Theresa R. Jarosik

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



Notice of Award

*CLINICAL TRIAL PLANNING GRANT*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF MENTAL HEALTH

**SECTION I – AWARD DATA – 5R34MH124081-03 REVISED**

**Principal Investigator(s):**
NITTAYA  PHANUPHAK, MD
Bo  Wang (contact), PHD

**Award e-mailed to:** Research.Funding@umassmed.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to Univ of Mass Chan Medical School in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Mental Health of the National Institutes of Health under Award Number R34MH124081. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.  The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Theresa R. Jarosik
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Federal Direct Costs | $167,000 |
| Federal F&A Costs | $35,639 |
| Approved Budget | $202,639 |
| Total Amount of Federal Funds Authorized (Federal Share) | $202,639 |
| TOTAL FEDERAL AWARD AMOUNT | $202,639 |

AMOUNT OF THIS ACTION (FEDERAL SHARE)                         $0

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 3 | $202,639 | $202,639 |

**Fiscal Information:**
Payment System Identifier:     1043167352A1
Document Number:              RMH124081A
PMS Account Type:             P (Subaccount)
Fiscal Year:                  2023

| IC | CAN | 2023 |
|---|---|---|
| MH | 8472592 | $202,639 |

**NIH Administrative Data:**
**PCC**: 9A-ASPA / **OC**: 41025 / **Released**: 03/21/2025
**Award Processed:** 03/22/2025 12:03:03 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R34MH124081-03  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R34MH124081-03  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

  a.  The grant program legislation and program regulation cited in this Notice of Award.
  b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
  c.  45 CFR Part 75.
  d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
  e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
  f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R34MH124081. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  MH SPECIFIC AWARD CONDITIONS – 5R34MH124081-03  REVISED**


Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.


**REVISION -TERMINATION**

It is the policy of NIH not to prioritize research activities based on diversity, equity, and inclusion ("DEI") no longer effectuates agency priorities. Therefore, this project is terminated. The UNIVERSITY OF MASSACHUSETTS may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you

mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

SUPERSEDES NOTICE OF AWARD ISSUED 10/16/2024

## NO-COST EXTENSION:

This revised award provides a first no-cost extension through 6/30/2025 in accordance with the recipient's request dated 9/26/2024. The project period end date has been adjusted accordingly. In extending the final budget period, the recipient agrees to update all required certifications, including human subjects and animal welfare, in accordance with applicable regulations and policy.

THIS REVISED AWARD SUPERSEDES THE NOTICE OF AWARD ISSUED ON 6/19/2023. THE FOLLOWING TERMS & CONDITIONS REMAIN IN EFFECT.

### AWARD NOTICE:

This award has been made in response to the application submitted under the Funding Opportunity Announcement PA20-141 which can be referenced at: PA-20-141: Formative and Pilot Intervention Research for Prevention and Treatment of HIV/AIDS (R34 Clinical Trial Optional) (nih.gov)

### CONSORTIUM / CONTRACTUAL COSTS:

This award includes funds for consortium activity with **HIV Research and Innovation, Bangkok, Thailand, Wayne State University, University of California, San Francisco**. Each consortium is to be established and administered in accordance with the NIH Grants Policy Statement (http://grants.nih.gov/grants/policy/nihgps/index.htm). No foreign performance site may be added to this project without the written prior approval of the National Institute of Mental Health.

### PARTICIPANT RECRUITMENT - MILESTONES:

Future NIMH support for this study is contingent upon adequate participant recruitment based on projected milestones as approved in the Recruitment Milestone Reporting system (RMR) on 05/10/2021. It is expected that **120 of** the **120** total projected participants will be recruited by **08/01/2023**. This tri-yearly recruitment report should be submitted electronically to NIMH after each milestone period of April 1, August 1 and December 1 at: http://wwwapps.nimh.nih.gov/rmr/displayHome.action. In the event that actual recruitment falls significantly below projected milestones, NIMH may consider withholding future support and/or negotiating an orderly phase-out of this study. Information regarding the NIMH Policy for the Recruitment of Participants in Clinical Research is available at: https://grants.nih.gov/grants/guide/notice-files/NOT-MH-19-027.html.

### GCP TRAINING:

NIH expects that all NIH-funded investigators and staff who are involved in the conduct, oversight, or management of clinical trials should be trained in Good Clinical Practice (GCP), consistent with principles of the International Conference on Harmonization (ICH) as stated in NOT-OD-16-148.

### CLINICAL TRIAL DISSEMINATION PLAN:

The clinical trial(s) supported by this award is subject to the plan within the competing application dated 09/08/2020 submitted to NIH and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The plan states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

### CLINICAL TRIAL REQUIREMENTS:

This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:
In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21

calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

**DATA AND SAFETY MONITORING:**
This grant is expected to involve a Data and Safety Monitoring Board (DSMB). The recipient and Principal Investigator(s) should review the NIMH Policy Governing Independent Safety Monitors and Independent Data and Safety Monitoring Boards cited in NOT-MH-19-027. Each RPPR submitted should include copies of all DSMB reports in RPPR Section G.1 since the last annual award. The recipient is also reminded of required reporting pursuant to NIHGPS 4.1.15.3 and the NIMH Reportable Events Policy cited in NOT-MH-19-027, as appropriate.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R34MH124081-03 REVISED

**INSTITUTION:** Univ of Mass Chan Medical School

| Budget | Year 3 |
|---|---|
| TOTAL FEDERAL DC | $167,000 |
| TOTAL FEDERAL F&A | $35,639 |
| TOTAL COST | $202,639 |

| Facilities and Administrative Costs | Year 3 |
|---|---|
| F&A Cost Rate 1 | 67.5% |
| F&A Cost Base 1 | $52,798 |
| F&A Costs 1 | $35,639 |

EXHIBIT G

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE OF MENTAL HEALTH

**Notice of Award**
FAIN# R03MH130275
**Federal Award Date**
06/21/2024

---

**Recipient Information**

**1. Recipient Name**
UNIVERSITY OF MASSACHUSETTS
MEDICAL SCHOOL
55 LAKE AVE N
WORCESTER, MA 01655

**2. Congressional District of Recipient**
02

**3. Payment System Identifier (ID)**
1043167352A1

**4. Employer Identification Number (EIN)**
043167352

**5. Data Universal Numbering System (DUNS)**
603847393

**6. Recipient's Unique Entity Identifier**
MQE2JHHJW9Q8

**7. Project Director or Principal Investigator**
Feifan  Liu, PHD (Contact)
Assistant Professor
feifan.liu@umassmed.edu
774-455-4586

**8. Authorized Official**
Lindsey M Demerrit
lindsey.demeritt@umassmed.edu
407-919-9556

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Marla Dominguez
Grants Management Specialist
NATIONAL INSTITUTE OF MENTAL
HEALTH
marla.dominguez@nih.gov

**10. Program Official Contact Information**
Lori  Scott-Sheldon

NATIONAL INSTITUTE OF MENTAL
HEALTH
lori.scott-sheldon@nih.gov

**Federal Award Information**

**11. Award Number**
5R03MH130275-02

**12. Unique Federal Award Identification Number (FAIN)**
R03MH130275

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Applying Deep Learning for Predicting Retention in PrEP Care and Effective PrEP Use among Key Populations at Risk for HIV in Thailand

**15. Assistance Listing Number**
93.242

**16. Assistance Listing Program Title**
Mental Health Research Grants

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---:|
| **19. Budget Period Start Date** 07/01/2024 – **End Date** 06/30/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $76,214 |
| 20 a.  Direct Cost Amount | $51,497 |
| 20 b.  Indirect Cost Amount | $24,717 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $76,214 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $76,214 |
| **26. Project Period Start Date** 07/01/2023 – **End Date** 06/30/2028 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $162,404 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Rita  Sisco

---

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



Notice of Award

SMALL RESEARCH GRANT
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE OF MENTAL HEALTH



---

**SECTION I – AWARD DATA – 5R03MH130275-02**

**Principal Investigator(s):**
Rena  Janamnuaysook
Feifan  Liu (contact), PHD
NITTAYA  PHANUPHAK, MD

**Award e-mailed to:** Research.Funding@umassmed.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $76,214 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to Univ of Mass Chan Medical School in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Mental Health of the National Institutes of Health under Award Number R03MH130275. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Rita  Sisco
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Federal Direct Costs | $51,497 |
| Federal F&A Costs | $24,717 |
| Approved Budget | $76,214 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $76,214 |
| **TOTAL FEDERAL AWARD AMOUNT** | $76,214 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $76,214 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 2 | $76,214 | $76,214 |

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1043167352A1 |
| Document Number: | RMH130275A |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| MH | 8472592 | $76,214 |

**NIH Administrative Data:**
**PCC**: 9A-ASPI / **OC**: 41025 / **Released**: 06/20/2024
**Award Processed:** 06/21/2024 12:32:50 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R03MH130275-02**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R03MH130275-02**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.  The grant program legislation and program regulation cited in this Notice of Award.
    b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.  45 CFR Part 75.
    d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R03MH130275. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures. It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm. This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and must be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.
**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – MH SPECIFIC AWARD CONDITIONS – 5R03MH130275-02**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**AWARD NOTICE:**
This award has been made in response to the application submitted under the Funding Opportunity Announcement PA20-200 which can be referenced at: https://grants.nih.gov/grants/guide/pa-files/PA-20-200.html

**CONSORTIUM / CONTRACTUAL COSTS:**
This award includes funds for consortium activity with **Institute of HIV Research and Innovation, Thailand.** Each consortium is to be established and administered in accordance with the NIH Grants Policy Statement (http://grants.nih.gov/grants/policy/nihgps/index.htm). No foreign performance site may be added to this project without the written prior approval of the National Institute of Mental Health.

**RECIPIENT RELYING ON SUBAWARDEE'S IRB APPROVAL:**
This award acknowledges that Institute of HIV Research and Innovation, Thailand has accepted the responsibility for the IRB review and approval of this application. University of Massachusetts

continues to be responsible for all human subjects research conducted under the award, and must provide oversight and monitoring of all human subjects research activities commensurate with its legal role and responsibilities to assure appropriate protections for human subjects in research. This includes, but is not limited to, ensuring that all institutions engaged in non-exempt human subject research conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award. Each institution engaged in the HHS-supported non-exempt human subjects research must hold or obtain an applicable OHRP-approved Federal Wide Assurance (FWA) as described in (45 CFR 46.103(a)). Failure to comply with the terms and conditions of award may result in the disallowance of costs and collected data and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement.

### DATA AND SAFETY MONITORING: Study ID 457247
This grant is subject to the clinical research policies outlined in NOT-MH-19-027. The recipient will adhere to the NIH (NIH GPS 4.1.15) and NIMH policies (NOT-MH-19-027) including appropriately providing adequate data and safety monitoring and timely reporting of key events as defined in the NIMH Reportable Events Policy. The level and frequency of human subject data and safety monitoring should always be commensurate with the risk and nature of the research.

### OTHER SUPPORT TIME COMMITMENT:
Commitment overlap is not permitted and occurs when an individual's time commitment exceeds 100 percent (I.e., 12 person months), whether or not salary is requested. Therefore, no individual's time commitment may exceed 100 percent. Reductions in NIH support due to commitment overlap must be made in accordance with NIH policy as outlined in the NIH Grants Policy Statement.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R03MH130275-02

**INSTITUTION:** Univ of Mass Chan Medical School

| Budget | Year 2 |
| --- | --- |
| TOTAL FEDERAL DC | $51,497 |
| TOTAL FEDERAL F&A | $24,717 |
| TOTAL COST | $76,214 |

| Facilities and Administrative Costs | Year 2 |
| --- | --- |
| F&A Cost Rate 1 | 67.5% |
| F&A Cost Base 1 | $36,618 |
| F&A Costs 1 | $24,717 |

EXHIBIT H

| | |
|---|---|
| **From:** | Miarecki, Amy |
| **To:** | Miarecki, Amy |
| **Subject:** | FW: Grant Termination Notification |
| **Date:** | Friday, March 21, 2025 3:41:32 PM |
| **Attachments:** | image002.png |

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 12:31 PM
**To:** Camara, Cheikh <Cheikh.Camara@umassmed.edu>
**Subject:** Grant Termination Notification



3/21/2025

Cheikh Camara
Univ Of Massachusetts Med Sch Worcester
cheikh.camara@umassmed.edu

Dear Cheikh Camara:

Effective with the date of this letter, funding for Project Number 5R03MH130275-02 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 7/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms

the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,



Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer, NIMH Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)