# EXHIBIT 13

**In the UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR, et al.,<br><br>*Defendants*. | No. 1:25-cv-_____ |

## DECLARATION OF JASON A WILDER

I, Jason A. Wilder, hereby declare:

1. I am a resident of the State of Arizona. Since 2021, I have been employed by Northern Arizona University (NAU) as Vice President for Research. In addition to my current role, I have a Ph.D. in Biology and over 23 years of academic experience. I currently serve as Principal Investigator on an active award from NIH to NAU entitled "The Partnership for Native American Cancer Prevention"; this is an active five-year award (2024 to 2029) with a cumulative value of $6.4M.

2. As Vice President for Research at NAU, I have personal knowledge of the matters set forth below, or have knowledge of the matters based on my review of information and records provided to me by NAU employees, and believe that information to be true. In my capacity as Vice President of Research, I oversee NAU's total research portfolio, including all federally sponsored research grants to the university.

3. NAU was recently classified as a Carnegie R1 "Very High Research" university, which

is the highest classification in terms of overall research activity. In the fiscal year ending June 30, 2024, NAU had research expenditures in excess of $93M. Research at NAU encompasses a broad spectrum of focus areas that address pressing challenges and opportunities for Arizona and the nation, including vital health-related research routinely funded by the NIH, including pathogen genomics, microbiome studies, rural and community-focused health initiatives, and cancer-focused studies.

4. In federal fiscal year 2024, NAU managed 14 awards from NIH, totaling over $12.5 million.

5. As of the date of this declaration, we have received notification of termination of one NIH-funded award to NAU, entitled "Bridging Arizona Native American Students to Bachelor Degrees". This five-year $940K award has been terminated after its 4th year of activity and the final 5th year of activity ($207K) will not be supported. This award funds a unique transfer program of students from 2-year associates degree programs at Coconino Community College (CCC) to 4-year baccalaureate degree programs at NAU. Program activities for students currently supported by this program will cease prematurely, putting the likelihood of transferring to NAU and completion of a baccalaureate degree at risk for these students.

6. As of the date of this declaration, one of NAU's NIH-funded projects is delayed due to the failure of NIH to issue a Notice of Award; this notice authorizes funding from one grant award period to the next as specified in the original grant proposal and is non-competitive. This delay means that the university must rely on other funds to support the project as we wait for a Notice of Award to be issued. This interruption creates a risk that we may lose employees with specialized expertise on a project that may later be resumed,

and may affect the progress of students in their degree programs.

7. NAU has 34 proposals with a cumulative value of $47M that have been submitted to NIH but for which we have not received a response. These proposals include both research grants and training grants. The latter impact the number of graduate students we can support in NAU degree programs because these awards fund Graduate Assistantships (GAs). These GA positions cover tuition and fees for students and modest stipends. NIH-supported GA positions support our PhD programs in Interdisciplinary Health, Informatics, and Biology.

8. The nature of scientific research, including health research, is that it is often cumulative, with research teams seeking subsequent grants to build on prior discoveries.

9. Ongoing research is also essential to the education of students, as the ability to participate in research projects led by experienced faculty is a core part of training them to be successful scientists in the future.

10. Any actions by NIH that delay or suspend funding for ongoing and proposed research may result in the loss of research materials or the need to re-do work that is underway, and thereby delay scientific discoveries and impair the competitiveness of the university's research program. Interruptions in the funding needed to continue research may also result in the loss of employees with specialized expertise, including on projects that may later be resumed, and may affect the progress of students in their degree programs.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of April, 2025, in Flagstaff, Arizona.

_____
Jason A. Wilder
Vice President for Research
Northern Arizona University

4