EXHIBIT 14

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., |
| *Plaintiffs,* |
| v. |
| ROBERT F. KENNEDY, JR., et al., |
| *Defendants.* |

No. 1:25-cv-_____

## DECLARATION OF HALA MADANAT

I, Hala Madanat, Ph.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated here or have knowledge of the matters based on my review of information and records gathered by me and my colleagues at San Diego State University ("SDSU") and the San Diego State University Research Foundation ("SDSURF").  If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed as the Vice President for Research and Innovation of San Diego State University.

3.      I submit this Declaration in support of the States' Motion for Temporary Restraining Order.

**Professional Background**

4.      I am a Vice President and Distinguished Professor at San Diego State University, one of the 23 campuses in the California State University system. I have held the position of

1

Vice President for Research and Innovation since August 2022 after previously serving as Interim Vice President since 2020. I lead the university's research enterprise, fostering interdisciplinary collaboration, securing external funding and driving innovation. I work closely with other university administrators, campus academic deans and vice presidents, partners at other public universities that have agreements with SDSU, and also with the California State University system and nationwide associations to promote interdisciplinary work and research while driving innovative practices in support of faculty and student research, student engagement and community impact.

5.     Under my leadership, SDSU has expanded its research capabilities, strengthened partnerships with industry and government and, in spring 2025, officially achieved R1 classification as a top-tier research institution in the United States.

6.     As Vice President of Research and Innovation, I serve as the ex-officio Vice President of the Board of Directors of the SDSURF, which is the CSU auxiliary organization dedicated to supporting sponsored research at SDSU. In that capacity, I am responsible for the general focus of research activity and its integration with the academic mission of SDSU, oversight of the corporation's sponsored research functions as carried out by SDSURF's Chief Executive Officer, and ensuring SDSURF's support of the university vision for research and growth of the research enterprise.

7.     Before my appointment as Vice President, I served as the Director of SDSU's School of Public Health, where I was also a Principal Investigator overseeing grant-funded research projects and other initiatives to enhance student success, faculty development and community engagement.

8.      I joined the SDSU faculty in 2008 in the School of Public Health and later served as the chief research officer at SDSU, overseeing all aspects of the university's research endeavors, including SDSURF.

9.      Prior to SDSU, I served in a faculty position at Utah Valley University and as a lecturer at Brigham Young University. As a university researcher, my expertise lies in chronic disease prevention and health disparities, with a particular focus on social determinants of health.

10.     As a Principal Investigator who has been a faculty researcher for 19 years, my work has been funded by agencies such as the National Institutes of Health (NIH) and the U.S. Centers for Disease Control and Prevention, and I have published extensively in leading academic journals throughout my career. In total, I have served as the principal investigator, co-principal investigator or co-investigator on 20 grants totaling more than $45 million. I also have and continue to serve on numerous boards, including the San Diego Economic Development Corporation, California Institute for Regenerative Medicine, Connect San Diego, and Biocom California, among others.

**Research Activity at SDSU**

11.     SDSU's statutory mission is to deliver high-quality undergraduate and graduate education, to drive research and innovation, and to contribute to workforce and economic development for the region and State of California. By equipping students with advanced knowledge and skills, SDSU fosters a well-educated workforce that drives economic development and strengthens California's leadership across industries.

12.     SDSURF is an officially recognized auxiliary corporation of the California State University system, established in accordance with California Education Code sections 89900 et seq. to benefit the California State University system. Pursuant to the Operating Agreement

3

between California State University and SDSURF and in accord with Title 5 of the California Code of Regulations, section 42500, SDSURF performs certain functions critical to the mission of SDSU, including management of externally funded projects including research, workshops, conferences and institutes at SDSU. Federal research grants, including those issued by NIH, are managed by SDSURF.

13.     SDSU's mission is a catalyst for regional and state economic growth, workforce development and social mobility and, in doing so, the university significantly contributes to California's economy, strengthens industries across disciplines and fields, and also enhances the state's competitive edge.

14.     SDSU is a major public research institution, ranking as the No. 1 institution in the California State University system in federal research support, and as one of the top public research universities in California. SDSU employs 4,578 faculty and staff (not including the almost 3,300 student employees) who provide transformative experiences for nearly 40,000 students.

15.     In Fiscal Year 2023-24, 373 San Diego State University researchers received 867 grants and contracts valued at $226,218,374 to support research, scholarship, community service, and creative activities. SDSURF employs approximately 3,800 employees annually in support of these activities.

16.     SDSU offers bachelor's degrees in 97 areas, master's degrees in 87 fields and 25 doctoral programs. In addition to academic offerings at SDSU, SDSU Imperial Valley and SDSU Georgia, SDSU Global Campus offers online training, certificates and degrees in areas of study designed to meet the needs of students everywhere. Additionally, the development of SDSU Mission Valley, a mixed-use, medium-density development about 5 miles from SDSU's main

campus that is already home to Snapdragon Stadium and a river park, is currently under further development to expand the university's educational, research, entrepreneurial and technology transfer programs. Additional developments at SDSU Imperial Valley include the Sciences and Engineering Laboratories, a state-of-the-art teaching and research hub that will advance access to skill-building and career pathways to high-opportunity, high-demand jobs in California's Lithium Valley. Further, the SDSU Oaxaca Center for Mesoamerican Studies provides university faculty and students with classrooms, office space, outdoor spaces and administrative personnel to support new and ongoing programming, research and collaborations with colleagues and academic research partners in Oaxaca.

17.     At SDSU, students participate in transformational research, international experiences, entrepreneurship initiatives, internships and mentoring, and a broad range of student life and leadership opportunities. SDSU is also a long-standing federally recognized Hispanic-Serving Institution (HSI) and is also a federally recognized Asian American and Native American Pacific Islander-Serving Institution (AANAPISI). In 2024, the university celebrated the milestone of reaching 500,000 alumni with the spring graduating class and, in 2025, was officially classified as an R1 research institution, the highest distinction given to doctoral universities in the Carnegie Classification of Institutions of Higher Education.

18.     I am providing this declaration to explain the devastating impact of the abrupt cancellation of several grants awarded by NIH, as well as the disruptions caused by delays in the grant review and renewal process.

**Reliance on NIH Funding**

19.     Cuts to NIH funding have significant and long-lasting impacts on faculty's careers, student training, and our ability to recover actual research costs and build physical

5

infrastructure to support scientific discovery. In addition, the cuts have a direct impact on the local San Diego economy and the broader U.S. global competitiveness in science and technology. Faculty rely on the funding from NIH to advance both scientific discovery and knowledge, train and support their students, and advance their careers.

20.     The cuts to the NIH funding have a profound and often underappreciated impact on graduate students. Cuts to NIH funding, especially cuts without warning, have immediate and consequential impacts on our graduate students, who often live paycheck to paycheck, putting their housing and basic needs at risk. Graduate students, who are at the core of the research laboratories, rely heavily on NIH grants not only for resources to support research, but also for their own stipends, tuition support, and training programs. Our graduate students complete their training and enter our regional workforce as public-school teachers, nurses, speech-language pathologists, aerospace engineers, public health officials, physical therapists, and psychologists, to name a few.

21.     Cuts to NIH funding not only affects our ability to provide critical labor needed in the community, but also limits access during training to research opportunities. With fewer resources available, labs will downsize or may halt projects altogether, reducing hands-on learning experiences that are essential for graduate and undergraduate training. This can significantly hinder students' scientific development and career advancement, especially in competitive fields that require technical expertise.

22.     Additionally, the lack of funding can restrict travel to research conferences, collaborations, and networking opportunities — key elements that help students establish themselves professionally.

23.     Importantly, current NIH funding cuts impact SDSU's ability to honor commitments already made to our graduate students when they joined our graduate programs. The funding insecurity created by the abrupt NIH cuts, terminations of grants, and delays in reviews of pending proposals and non-competing renewals results in an unstable environment with students either leaving their programs or having to find additional employment opportunities, thus reducing the time available to devote to their advanced study and training. This may lead to significantly delayed graduation times, increases in student loan debt, or decisions to abandon their graduate education altogether.

24.     In fiscal year 2024, San Diego State University received funding either directly through the NIH or as a subrecipient on awards to other institutions from the NIH to support 197 projects, totaling $48,593,078.

25.     San Diego State University receives NIH grants across a variety of institutes encompassed within the NIH, including the following:

National Institute of Arthritis/Musculoskeletal and Skin Diseases

National Institute on Minority Health and Health Disparities

National Cancer Institute

National Heart Lung and Blood Institute

National Institute of Child Health and Human Development

National Institute of Diabetes/Digestive and Kidney Diseases

National Institute on Deafness/Other Communication Disorders

National Institute of Aging

National Institute of Allergy and Infectious Diseases

National Institute of Environmental Health Sciences

National Institute of General Medical Sciences

National Institute of Mental Health

National Institute of Neurological Disorders and Stroke

National Institute on Aging

National Institute on Alcohol Abuse and Alcoholism

National Institute on Drug Abuse

National Center for Complementary and Integrative Health

26.     Through those NIH grants, SDSU funds 93 researchers as principal investigators or co-investigators.

27.     The work done by SDSU researchers on NIH funded projects provides education and training in Public Health, Psychology, Speech, Language and Hearing, Social Work, Nursing, Exercise and Nutritional Sciences, Biology, Electrical Engineering, Mathematics, Chemistry, Child and Family Development, Special Education, Communications, and other programs.

28.     SDSU provides considerable employment benefits in the Science, Technology, Engineering and Mathematics ("STEM") workforce to the California economy.

29.     SDSU has already begun a major construction project in Imperial Valley, with the support of the California State University system that, once completed, will bolster STEM teaching and research, particularly in the areas of life sciences. Another Life Sciences building to replace the current outdated structure on the main campus is in the planning and initial construction stages. This building will eventually house lecture spaces, teaching and research labs, and faculty offices.

30.     The funding model for this active STEM infrastructure project relies on indirect cost recoveries from federal grants, which has long been an important source of predictable funding for universities to support the upkeep of research buildings, research laboratories and affiliated office spaces and to ensure safety measures, including environmental health and lab safety compliance, among many other benefits to both researchers and the university.

31.     SDSURF owns, rents, or leases over 700,000 square feet of properties located adjacent to San Diego State University or in locations that support specific communities and participants in NIH funded research. These facilities provide much needed space to support NIH funded faculty that is not available on campus. The decrease in NIH funding and subsequent recovery of indirect costs has an immediate impact on the ability to maintain and allocate these facilities for research needs.

32.     Federally supported STEM research drives innovation, improves quality of life and addresses nationwide and global challenges. Across disciplines, breakthroughs in STEM lead to real-world applications that benefit society. For example, research in biomedical engineering has led to life-saving technologies now widely used across medicine, such as MRI machines, prosthetic limbs and robotic surgery. Similarly, cancer research has improved early detection and treatment through targeted therapies, reducing mortality rates for many dozens of cancer types. Life sciences research is essential for addressing health crises, including infectious disease outbreaks, as well as chronic diseases like cancer and diabetes. Investments in fields such as cellular and molecular biology, genetics and evolutionary biology drive breakthroughs that deepen our understanding of living organisms. Cancer research benefits from diverse perspectives, improving the identification of genetic markers and mutations in specific populations, leading to more precise, personalized treatments.

9

**Typical Timeline and Processes for NIH Grant Awards**

33.    The Sponsored Research Development office at SDSURF in collaboration with the Office of Research Advancement at SDSU works with researchers to submit grant applications and tracks grant applications and awards.

34.    Based on my work as a faculty researcher for 19 years, Director of the School of Public Health for four years, and Vice President of Research and Innovation for almost five years, I have a strong understanding of the NIH grant process.

35.    NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity ("NOFO"). From there, they are assigned to a "study section" where the grant application is subjected to peer review and judged on its scientific merit. The grant application is then given a score. If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.

36.    What constitutes a fundable score is dependent on several factors as every institute, sometimes referred to as an "IC," is different. Some publish paylines, meaning the percentiles of grants they will fund, and some do not. Paylines range from 8-20%. Most of the standing study sections result in an impact score and percentile for each proposal, but many others (special emphasis and non-CSR) will only result in an impact score, but not percentile. Program officers have latitude to recommend proposals with higher scores/percentiles in order to balance portfolios and meet specific directives. Generally, researchers would consider a percentile less than 10% as guaranteed to receive funding.

37.    After the study section, the grant application is sent to an "advisory council" where the ultimate decision on whether or not to recommend a grant for funding is made. After

the advisory council meets, the relevant institute's Director typically approves the recommended

grants, and a Notice of Award is promptly issued confirming the grant is funded.

The process for competitive renewals is very similar, but it is even more likely for a grant that

has been funded in the past to be renewed.

38.    Non-competing renewals for subsequent years funded on a multi-year project do

not need to go back through the study section or advisory council for review. NIH typically only

requires submission of a Research Performance Progress Report (RPPR). The report is reviewed

by the program officer for performance and then forwarded to the grants office who issues the

subsequent years funding Notice of Award.

39.    As an auxiliary organization, SDSURF submits proposals, and accepts and

administers NIH awards on behalf of SDSU. The budget process at SDSURF relies upon the

NIH grant application, review, and approval cycle. Historically, SDSU has relied on grants being

reviewed and scored within approximately nine months of submission. Non-competing renewals

typically are issued within 60 to 90 days of submission of the RPPR and are considered

guaranteed funding unless the Principal Investigator (PI) dies, is transferring to another

institution, there is a question about research performance such as lack of ability to recruit

sufficient subjects into a study, or in extremely rare cases, research misconduct.

40.    Once a grant receives a score, SDSURF is able to consider whether to include the

funding coming from that grant as part of its budget for the coming year.

**Delays and Irregularities in the Processing of NIH Grant Applications**

41.    Since late January 2025, the San Diego State University Research Foundation has

seen an unusual number of delays in the processing of NIH grant applications. Researchers have

had their grant application study sections and advisory councils canceled or otherwise not

scheduled, and grant application scoring has been significantly delayed. Only one supplement and three non-competing renewals have been issued to San Diego State University Research Foundation directly by NIH since the change of administration on January 21, 2025.

42.    SDSURF has not received formal notice of changes for most of the non-competing renewals or new or competing renewals currently awaiting review. For others, SDSU has only been told that proposals are "paused" or "under review."

43.    In a few instances, faculty who have been asked to serve on study sections, have received communication that the study section has been postponed and will be rescheduled at a later date.

44.    As of April 1, 2025, the San Diego State University Research Foundation has 23 non-competing renewals totaling approximately $24.5 million pending action by the grants office to authorize the next segment of funding.

45.    As of April 1, 2025, the San Diego State University Research Foundation has 34 new proposals and competing renewals totaling approximately $16 million awaiting NIH study section review.

46.    As of April 1, 2025, the San Diego State University Research Foundation has 10 new proposals and competing renewals totaling approximately $3.2 million that received fundable scores, awaiting NIH advisory council and Notice of Award.

47.    As of April 1, 2025, the San Diego State University Research Foundation has 5 proposals totaling approximately $1.7 million that received possibly fundable scores, and 4 proposals totaling $2.4 million with a lower probability of funding, awaiting NIH advisory council and possible Notice of Award.

48.    As of April 1, 2025, the San Diego State University Research Foundation has an additional 65 new proposals and 2 non-competing renewals totaling approximately $6.7 million awaiting action by NIH, where we are proposed subrecipients on proposals submitted by other universities and organizations.

49.    In total, San Diego State University has 143 new or competing proposals and non-competing renewals totaling approximately $54.4 million on hold due to NIH delays in proposal reviews.

**Terminations of NIH Grants**

50.    As of April 1, 2025, San Diego State University Research Foundation has had at least 12 NIH grants terminated (including subawards from other universities) and one non-competing renewal issued -- a no-cost extension for three months in place of receipt of the final year of funding.

51.    These terminations are attached hereto as Exhibits 1-12, and the action related to the non-competing renewal is attached hereto as Exhibit 13.

52.    These terminations will result in the loss of approximately $6.5 million in research money to San Diego State University.

53.    The termination notices for these grants have provided very little to explain the termination, instead noting that the research no longer "effectuates agency priorities." In my nearly 20 years working at San Diego State University, I have not seen this language previously used to cancel grants.

54.    The termination notices have also stated that there is no corrective action that can be taken to ensure the grant aligns with agency priorities. However, prior to receipt of the termination, San Diego State University Research Foundation had not been given notice of any

13

opportunity to submit any "corrected" grant materials to align with agency priorities. Nor was San Diego State University Research Foundation provided with any updated "agency priorities" with which its research must align.

55.     In one case, the reason cited included reference to gender identity research, which in fact was not the subject of the research in question (see Exhibit 10). The research in question studies how societal mechanisms of systemic marginalization of sexual minorities (e.g., gay, lesbian, and bisexual individuals) give rise to urgent and sizeable mental health disparities in depression and suicide among sexual minority and heterosexual individuals in the United States. The project uses novel and state-of-the-science harmonization techniques to integrate ten large public health datasets totaling data from over 2.8 million individuals collected between 2008 and 2023 as a pivotal period that saw major societal change for sexual minorities in the US, to study how systemic oppression drives risk for depression and suicide among both sexual minority and heterosexual individuals.

56.     The 12 programs terminated focused primarily on sexual minority populations or vaccine hesitancy and included the following:

- The Socioecology of Sexual Minority Stigma: Data Harmonization to Address Confounding Bias and Investigate Cross-Level Mental Health Effects

- NEXUS: A novel social network approach to intersectional stigma on HIV prevention among Latino MSM

- Cardiovascular Health of Sexual and Gender Minorities in the Hispanic Community Health Study/Study of Latinos (SGM HCHS/SOL)

- Suicide Prevention for Sexual and Gender Minority Youth

- Targeting Minority Stressors to Improve Eating Disorder Symptoms in Sexual Minority Individuals with Eating Disorders

- eSTEP: An integrated mHealth intervention to engage high-risk individuals along the full PrEP care continuum

- Minority Stress, Stimulant Use, and HIV among Sexual Minority Men: A Biopsychosocial Approach

- Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Scientific Leadership Center - SLG and LYPS

- Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Scientific Leadership Center - LYPS

- Proud to Quit (P2Q): A Person-centered mobile technology intervention for smoking cessation among transgender adults

- Faithful Response II: COVID-19 Rapid Test-to-Treat with African American Churches

- Increasing COVID-19 vaccine uptake among Latinos through a targeted clinical and community-behavioral intervention

57.    In all cases, the notice of termination stated it was effective immediately with no consideration of impact on employees, on the need to transition clinical trial participants to other resources, loss of research data collected to date, or other lost investment by the federal government by early termination of ongoing grants.

**Comparisons Across Administrations**

58.    In prior years, under both Democratic and Republican administrations, our institution never experienced this volume of unexplained delays or procedural breakdowns.

15

Renewals were routine and predictable. This year, even long-standing, high-performing programs are in limbo.

59.     Terminations were exceedingly rare and followed due process. The current approach is without precedent in our experience.

**Impact on Institutional Operations**

60.     The San Diego State University Research Foundation provides the staffing and administrative infrastructure to support the submission, administration, and financial compliance requirements of all externally funded grants and contracts.

61.     For FY 2023-24, indirect cost recovery accounted for 70% of the resources received to fund the San Diego State University Research Foundation operating budget. Of the $33.2 million in indirect cost recovery earned, NIH accounted for $11.8 million or 36% of the total recovered costs.

62.     Projecting how much indirect cost recovery will be received in future years is dependent on many factors including awards received to date, the number and requested amount of proposals submitted and waiting review by funding agencies, how much F&A is budgeted on awards in process, and the spending rate on active awards as indirect costs are recovered only as direct costs are expended.

63.     Even though NIH has begun to resume scheduling of study sections, an entire quarter has been lost and it is unclear if sufficient study sections are being scheduled to make up for that delay. The uncertainty around terminations, issuance of non-competing renewals, and proposed reductions by NIH to indirect cost rates is making it extremely difficult to project a budget for FY 2025-26.

64.    SDSU Research Foundation has already implemented a hiring chill on open positions for its core staff, is reducing non-mandatory travel and professional development, and will not be able to issue any cost-of-living increases impacting staff retention and turnover.

65.    There is also an immediate impact on currently funded programs anticipating non-competing renewals. The SDSU Research Foundation normally would allow researchers to continue their research activities pending receipt of the Notice of Award for non-competing renewals through a prior authorization to spend process; however, SDSURF is unable to continue to provide the advance funding to offset ongoing activities given the uncertainty on whether non-competing renewals will be issued.

66.    There are very limited institutional resources available given projected cuts to the state budget. As a result, program activities are being forced to stop activities, reduce project personnel, and shutdown programs with the same effect as if a termination notice had been issued.

67.    In addition to grants received directly from NIH, San Diego State University Research Foundation receives a number of subawards from partnering universities, school districts, community health centers and other organizations that San Diego State University faculty collaborate with where those organizations are the prime recipient of funds from NIH.

68.    The impact of the delay in funding is compounded by the similar delays experienced by our collaborating partners. These delays have forced us to implement bridge funding for faculty, drawing from limited discretionary resources. As of April 1, 2025, San Diego State University has reallocated funding originally intended to support postdoctoral employees to provide emergency bridge funding of approximately $1,000,000. This prevents the

use of these funds for any other purpose, including critically needed postdoctoral support on
research of use for other planned improvements to our programs and research.

**Effect on Public-Facing or State-Supported Programs**

69.     Our institution operates multiple programs funded jointly by NIH and the State of
California, including community health clinics and research addressing health disparities.
We are unable to finalize contracts with collaborators including other universities, school
districts and community partners until federal funds are secured. We are also experiencing that
from other entities unable to finalize contracts to us. That has led to considerable uncertainty and
the inability to continue to provide funding to partners who do not have the resources to continue
to provide the services usually funded through NIH grants.

**Admissions, Training and Workforce Disruptions**

70.     San Diego State University uses information regarding NIH grant applications
and award rates to inform its admissions process, particularly at the graduate student level.
Graduate students are guaranteed stipends for the duration of their training based on already
awarded NIH grants and anticipated non-competing renewals.

71.     NIH training grants, including T32 and F31 mechanisms, have been affected by
review and award delays. These training grants are designed to provide resources to institutions
so they can train individuals in certain shortage areas (T32 grants), as well as support through
predoctoral dissertation research (F31 grants). Currently, we have one F31 terminated impacting
the pre-doctoral student's training timeline and funding.

72.     We also currently have one international research faculty whose visa status is at
risk due to termination of NIH awards supporting his research.

73.    This instability is affecting the recruitment and retention of quality research trainees. The inability to retain quality research trainees will have continuing effects on the research capabilities of San Diego State University, including by limiting the individuals qualified to conduct certain research.

**Concerns About FY25 Funds Being Obligated**

74.    We are increasingly concerned that NIH will not be able to process and obligate FY25 funds by the end of the fiscal year in September.

75.    Several proposals from our institution remain stuck at preliminary review stages, with no indication that the required advisory reviews or notices of award will occur in time. Our research administration staff have received informal feedback from NIH indicating that certain topic areas are being slowed due to "heightened scrutiny" or "internal concerns."

**Irreparable Harm**

76.    The delays have disrupted ongoing research, as well as setting back San Diego State University for research going forward. Funding gaps have forced researchers to abandon studies, miss deadlines, or lose key personnel. This is in spite of the use of limited research support funds provided to faculty by San Diego State University Research Foundation which are being used to keep certain research projects going. San Diego State University researchers have had to make decisions about which of these valuable programs to continue with these limited funds.

77.    Some of these studies involve clinical trials for life-saving medications or procedures, and their closure would endanger the lives of patients.

78.    For example, one of the projects terminated addresses the significant suicide and suicide attempt burden that exists among sexual minority youth and young adults. Research has

demonstrated this risk: making a suicide attempt in their lifetime is 4 to 5 times higher among sexual minority youth, and 8 to 9 times higher among transgender youth, when compared to the general public.

79.    Of significant concern is the welfare of participants in this study. Currently, the project has over 85 active participants in the trial. The study participants are extremely vulnerable, ranging from age 15 to 29 years, and all identify as LGBTQ+. Participants all have a history of one or more suicide attempts with current suicidal ideation, and all participants assigned to the novel intervention have been promised six months of clinical and care intervention with regular risk assessments.

80.    The termination of the grant midway through the clinical trial would cease the provision of essential suicide prevention care and regular suicide risk assessments, putting every active participant at very high risk for death or injury due to suicide.

81.    The termination notice was received on Friday, March 21 and indicated the termination was effective immediately and that "costs resulting from financial obligations incurred after termination are not allowable." This abrupt termination provided no leeway for identifying and safely transitioning participants to alternative resources if any exist. Requests for guidance from the grants officer and from the National Institute of Mental Health Data and Safety Monitoring Board have gone unanswered.

82.    Some of these studies had the potential to achieve breakthroughs, which would have advanced public health, and which will now not occur.

83.    Delays have also disrupted community services, student opportunities, and public programs. In many cases, there is no way to recover the lost time, research continuity, or training value once disrupted.

Conclusion

84.    The abrupt terminations and irregularities in NIH grant funding are starting to have devastating consequences for institutional operations and planning, for researchers and students, and for study participants. With the current uncertainty surrounding NIH funding, early-career researchers and scientists are at risk of leaving STEM fields, thus weakening the pipeline of skilled talent.

85.    The ongoing terminations and delays with no explanation or remedy are undermining confidence in the system.  These harms are ongoing and, in many instances, irreparable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of April, 2025, in Oakland, California.

Hala Madanat
Vice President for Research and Innovation
San Diego State University