EXHIBIT 15

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF
MASSACHUSETTS; et al.,

*Plaintiffs,*

v.

ROBERT F. KENNEDY, JR., et al.,

*Defendants.*

No. 1:25-cv-_____

## DECLARATION OF GANESH RAMAN, Ph.D.

I, Ganesh Raman, Ph.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated here or have knowledge of the matters based on my review of information and records gathered by me and my colleagues at California State University ("CSU"). If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by California State University as the Assistant Vice Chancellor for Research

3.      I submit this Declaration in support of the States' Motion for a Temporary Restraining Order.

**Professional Background**

4.      I serve as the Assistant Vice Chancellor for Research at the California State University (CSU) Office of the Chancellor, a role I have held for the past eight years. I am the senior academic official responsible for the systemwide advancement, and administration of CSU's research and scholarly mission, overseeing 10 systemwide research consortia and numerous multi-campus institutes and centers.

5.      Prior to joining CSU, I served as Deputy Vice Provost for Research at the Illinois Institute of Technology, where I also held a professorship in the Mechanical, Materials, and Aerospace Engineering Department. I began my career at NASA Glenn Research Center.  I am internationally recognized for my research in aeroacoustics and flow control, with over 150 articles published in leading scientific journals and conference publications. I earned my Ph.D. in

Mechanical Engineering from Case Western Reserve University. I serve on the Board of Directors for the California Council on Science and Technology, California Life Sciences, and the Long Beach Accelerator. I also have the distinction of being elected Fellow of the American Society of Mechanical Engineers, American Institute of Aeronautics and Astronautics and the Royal Aeronautical Society, UK.

**Research Activity in the CSU**

6.     The CSU is the largest four-year public university system in the United States and is the state's greatest producer of bachelor's degrees – awarding nearly 127,000 degrees each year – driving the economy in health care, agriculture, information technology, business, hospitality, life sciences, public administration, education, media and entertainment.

7.     The CSU is responsible for providing higher education services to students across the state of California and throughout the United States. Consisting of 23 university campuses, nearly a dozen off-campus centers, and over 90 auxiliary organizations (several that are dedicated to sponsored research), the CSU educates more than 450,000 undergraduate and graduate students each year, and serves each of California's regions, from Humboldt to San Diego. The CSU offers more than 4,000 degree programs that align with workforce demands, including in health care and the sciences. CSU alumni make up a global network that is over four million strong. One in twenty Americans with a college degree earned it at the CSU. The CSU has more than 63,000 employees.

8.     The CSU receives extensive federal funding for research.  The CSU is distinctive for its experiential learning model, in which students work directly with faculty scholars on a broad array of research, scholarship and creative activities.  These hands-on, immersive opportunities challenge students from all backgrounds to engage more deeply in their studies so

3

that they can discover new passions, career paths and to push beyond conventional career possibilities. Working alongside our students, the CSU's faculty researchers apply their immeasurable talents to expand knowledge in their fields to explore and develop cutting-edge fields and to build deep connections with the communities we serve to address the most pressing challenges.

9.      A hallmark of CSU research is immersive student learning and discovery that addresses society's most urgent challenges, including those in health care, agriculture, water, fire prevention and cybersecurity. Undergraduate students who participate in faculty-mentored research are better prepared for future careers, graduate education and leadership roles that contribute to their respective communities.

10.     Supplementing the individual campuses' research activities, the CSU also has 10 multi-campus research consortia that provide experiential learning opportunities for students, to prepare them for the workforce and address vital needs in California and across the country.

11.     The research activities at CSU campuses are largely administered through non-profit, CSU auxiliary organizations.  The California Education Code authorizes the establishment of legally distinct, non-profit auxiliary organizations whose sole purpose is to support the mission of the CSU. These CSU auxiliary organizations are operationally integral to CSU and are authorized to perform limited, essential functions as defined by the California Code of Regulations and the operating agreement between CSU and each auxiliary. Permissible functions include the administration of externally funded projects for CSU campuses, including all grants awarded by the NIH. (See Cal. Educ. Code §§ 89900 et seq.; 5 Cal. Code Regs. § 42500.)

12.     As part of my responsibilities, I meet weekly with the Chief Research Officers at each of the 23 CSU universities and collect data and information regarding grant awards and

cancellations. The Chief Research Officers have reported significant delays in their dealings with NIH including delays in responding to grant award applications and general inquiries. Over the last month, the Chief Research Officers have reported that several grants awarded by the National Institutes of Health ("NIH") were abruptly cancelled. The Chief Research Officers also advised that several universities received a notice from NIH to cease all project activities associated with Undergraduate Research Training Initiative for Student Enhancement ("U-RISE"), which is funded through a grant from the National Institute of General Medical Sciences of NIH.

13.     I provide this declaration to explain the devastating impact on the CSU system and its universities as the result of the abrupt cancellation of several grants awarded by NIH, and from the notice to cease all project activities associated with U-RISE.

**Reliance on NIH Funding**

14.     CSU's budget relies on federal grant funding for its teaching and research mission, including, but not limited to, allocated funding for staffing, clinical trials, dissemination of results, public outreach, teaching and training students and others, equipment, and numerous other activities to fulfill its teaching and research mission, and serve the people of California and the United States.

15.     Federal funds are CSU's single most important source of support for its research, accounting for more than 60% of CSU's total research awards.

16.     For the fiscal year of July 1, 2023 to June 30, 2024 ("Fiscal Year 2024"), the total amount of all federal research awards to the CSU was $599,688,000.

17.     During Fiscal Year 2024, the CSU expended nearly $90 million in NIH contract and grant funding to support approximately 250 projects across 18 of our universities, with the

total multi-year award funding in the hundreds of millions of dollars. With the current pace of grant terminations, CSU estimates this number will be dramatically reduced causing devastating impacts to CSU universities, faculty and students.

18.    NIH research funding supports the United States' scientific competitiveness worldwide and enables the U.S. to be a global innovation leader. NIH research funding has led to scientific breakthroughs that have improved human health, including new treatments for cancer, diabetes, and declining death rates for heart attack and stroke.  Funding also supports research in the biosciences and critical training grants to prepare the next generation of skilled workers.

19.    Research funding is typically awarded through a competitive grant process, meaning that the annual research budget varies from year to year and depends on the success of CSU's researchers in these competitions. Federally supported research comes to CSU universities through CSU auxiliary organizations in a combination of both single- and multi-year awards. NIH awards are typically multi-year projects. CSU's universities collectively receive and expend millions of dollars annually in multi-year awards for their projects, centers, and institutes, and establish critical budget estimates for planning purposes in reliance on awarded grant funds.

20.    CSU universities receive NIH grants across a variety of institutes and centers encompassed within the NIH.

21.    NIH grants provide essential training and hands-on learning opportunities for CSU students. Grant opportunities also provided stipend and other funding to CSU students, staff and faculty. We estimate that the grant terminations and notice to cease project activities related to U-RISE directly will impact more than 150 students, over 100 faculty, as well as several staff members at CSU university campuses and will indirectly impact many others.

**Terminations of NIH Grants**

22.     As part of my responsibilities, I meet weekly with the Chief Research Officers at each of the CSU universities and collect data regarding grant cancellations.  Over the last month, the Chief Research Officers have reported several grant cancellations by NIH. Based on my review of the documentation shared with me as of April 1, 2025, I understand that NIH has terminated 17 grants, including at least 5 grants where a CSU university auxiliary was the primary grantee and at least 12 grants where the CSU university auxiliary serves as sub-grantee. Examples of these terminations, include, but are not limited to the following:

      a. San Francisco State University, through The University Corporation – San Francisco State, received 3 termination notices of multi-year grants, one where it served as the primary awardee, and two where it serves as a sub-awardee. These terminations have resulted in a loss of at least $4,527,437.24 in budgeted research funding to the university.

      b. San Diego State University, through San Diego State University Research Foundation, received 11 termination notices from the NIH for multi-year grants, including 4 where it served as the primary awardee and 7 where it serves as sub-awardee. These terminations have resulted in a loss of at least $1,575,880.62 in budgeted research funding to the university.  These grants are described in greater detail in the accompanying declaration of Hala Madanat, Vice President for Research & Innovation, San Diego State University.

      c. California State University, Fullerton, through CSU Fullerton Auxiliary Services Corporation, received one termination notice of a multi-year grant.

This termination has resulted in a loss of at least $853,583.14 in budgeted

research funding to the university.

    d.    California State University, Northridge, through the University Corporation,

received 2 sub-award termination notices of multi-year grants, resulting in the

loss of at least $162,070.70 in budgeted research funding to the university.

    e.    San José State University, through The Tower Foundation of San José State

University, has received one sub-award termination notice of a multi-year

grant, resulting in the loss of at least $15,316 in budgeted research funding to

the university.

23.    The Notices of Award for the 17 grants described in Paragraph 22 are attached as

Exhibits 1-17.

24.    The Termination Notices for the 17 grants described in Paragraph 22 are attached

as Exhibits 18-34.

25.    These terminations alone will result in the combined loss of nearly $7 million in

budgeted research funding to CSU universities. CSU estimates that the total number is much

higher -- many CSU universities are currently closed for Spring recess and were not able to

provide information regarding the impacts to them. Additionally, while preparing this

declaration, I have been alerted to additional NIH grant cancellations that have not yet been

accounted for or reflected in the total number of grant cancellations or in the calculation of

financial impact.

26.    As reflected in Exhibits 18-34, the termination notices sent by NIH to primary

grantees at CSU universities followed a template that offered minimal explanation and merely

stated that the research no longer "effectuates agency priorities." I have spent many years

overseeing the administration of university research programs, including eight years at CSU. In my experience, grant terminations are rare and typically occur only in cases involving misconduct or fraud. Prior to 2025, I had never encountered a federal agency canceling a grant solely due to a shift in agency priorities.

27.     The template termination notices also state that no corrective action can be taken to ensure the grant aligns with agency priorities.  Based on my communications with the Chief Research Officers and review of the records provided, I understand that with respect to the terminated grants, prior to receipt of the termination notice, no CSU universities were provided with or informed of updated "agency priorities," nor were CSU universities given an opportunity to submit "corrected" grant materials to align with these new agency priorities.

28.     The research grants awarded to CSU universities and terminated by NIH provided a direct benefit to the health of all Americans. For example, several terminated grants explored HIV prevention and outreach, including intervention to engage high-risk individuals along the full PrEP care continuum. While some interventions examine impact on specific communities, all efforts directly contribute to disease prevention in America. Mental health grants were terminated, including a grant providing suicide prevention services to sexual and gender minority youth. Notably, grant funding was terminated without any opportunity to bridge individuals at high-risk of suicide to new service providers. NIH also terminated a grant studying hazardous drinking and intimate partner aggression in a diverse sample of women and their partners.

**U-RISE**

29.     Beginning on March 24, 2025 through April 1, 2025, at least 9 CSU universities reported that NIH sent a notice to the university to "cease project activities" related to the grant

program for Undergraduate Research Training Initiative for Student Enhancement ("U-RISE").

Notification letters to CSU universities concerning U-RISE are attached as Exhibits 35-43.

      30.     On April 2, 2025, two of these campuses advised that they received a notice from

NIH terminating the U-RISE grant. The termination notices are attached as Exhibits 44 and 45.

We anticipate that other CSU university campuses will receive similar termination notices.

      31.     U-RISE is funded through a grant from the National Institute of General Medical

Sciences of NIH. The program aims to broaden perspectives in future scientific and biomedical

research by identifying students interested in pursuing research as a career and by providing

training opportunities to be competitive for entering graduate programs. This individual, student-

centric approach for enhancing undergraduate education provide hands-on research training and

mentorship for CSU students.

      32.     Students accepted into the U-RISE program receive trainee stipends as

subsistence allowances to help defray living expenses during research training experiences.

Trainee stipends are based on a full-time, 12-month appointment period and are built into the

financial aid package of each student recipient.

      33.     Funding for the U-RISE program may also support student trainee travel expenses

to attend and present at scientific meetings with their mentors, summer research experiences for

extramural research, university personnel expenses and supplies.

      34.     At least 9 CSU universities received a notice from NIH stating that the university

must "cease project activities as of the current budget period end date of 3/31/2025. Further,

please reconcile expenditures with disbursements in the Payment Management System as soon as

possible but no later than 4/4/2025, for project activities that occurred through 3/31/2025.

Additionally, please amend all active appointments in xTrain to end as of 3/31/2025."

35.     As a result of this notice, the 9 CSU universities must immediately terminate stipends for students in the middle of the semester. Based on the data I have received to date, I am aware that 123 students are impacted. I have not received data from all 9 campuses and expect that many more CSU students will be impacted.  As student financial aid packages account for U-RISE stipends, the mid-stream termination will cause direct and significant harm to participating students.

36.     If additional university campuses receive termination notices and U-RISE funding is not restored, CSU estimates a loss of at least $5.5 million to CSU universities.

**Comparisons Across Administrations**

37.     The recent activity by NIH is unprecedented. In prior years, under both Democratic and Republican administrations, our institution never experienced this volume of unexplained delays or procedural breakdowns.

38.     Renewals were routine and predictable. This year, even long-standing, high-performing programs are in limbo.

39.     Terminations were exceedingly rare and followed due process. The current approach is without precedent in our experience.

**Impact on Institutional Operations and Irreparable Harm**

40.     Reduced or cancelled NIH funding inflicts a multifaceted hardship upon regional public universities such as the CSU. Ongoing projects are forced to grind to a halt, wasting the valuable resources already expended and delaying scientific progress. Innovation is stifled, impeding the development of new medical treatments, technologies, and public health initiatives.

41.     CSU must grapple with maintaining essential research infrastructure, facing financial strain that can lead to layoffs of researchers, staff, and support personnel. Recently

received grant terminations have placed CSU universities in an immediate state of review and analysis of non-cancellable financial obligations and mitigation efforts for each project. Mitigation efforts include identification of alternative fund sources both internal and external to the university, and employment placement. There are very limited institutional resources available given projected cuts to the state budget. As a result, program activities are being forced to stop activities, reduce project personnel, and shutdown programs.

42.    The economic repercussions extend well beyond the university, affecting local businesses and industries reliant on university research activities, creating a ripple effect of economic decline.

43.    The impact is particularly severe on training grants, such as the U-RISE program described above, and such programs are designed to train the next generation of the biomedical research workforce and offer crucial support to students. Abrupt funding cuts or pauses disrupt multi-year programs, leaving students in precarious situations mid-semester. The loss of stipends, scholarships, and living expenses creates significant financial hardship, forcing some to abandon their research and educational aspirations by dropping out of school. Reduced access to research opportunities and mentorship diminishes students' exposure to biomedical fields.

44.    The impact of pausing or terminating NIH grants extends far beyond the direct research outcomes, creating a substantial, yet often obscured, disruption to student education and training.  Traditional research grants, while primarily focused on project execution, typically provide essential funding for 2-5 students, enabling them to gain invaluable hands-on research experience and mentorship.  Specialized training grants, like U-RISE, amplify this effect, directly supporting cohorts of 12-18 students, and fostering their development as future scientists.  Furthermore, the indirect impact on student learning is substantial: funded professors

12

integrate their acquired knowledge and cutting-edge research findings into their curricula, enriching the educational experience for a much larger student body. Consequently, grant disruptions not only halt research progress but also impede the development of the next generation of researchers and limit the dissemination of vital scientific knowledge to a wider student audience.

45.     The long-term consequences are profound. Scientific and economic progress slows, and the U.S. risks losing its global leadership in medical research and innovation. Delays in developing treatments and cures negatively impact public health. The abrupt nature of funding cuts inflicts emotional and academic distress upon students, damaging the pipeline of future researchers. The CSU, with limited resources, bears a disproportionate burden, exacerbating financial strain and competitive disadvantages.

**Conclusion**

46.     The breakdown in NIH processes is affecting institutional operations, planning, and public health partnerships. Terminations and delays with no explanation or remedy are undermining confidence in the system. These harms are ongoing and, in many instances, irreparable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of April, 2025, in Long Beach, California.

Ganesh Raman, Ph.D.
Assistant Vice Chancellor for Research
California State University

13

EXHIBIT 18



Jennifer Sneed <jsneed@sdsu.edu>

---

## FW: [EXT] Grant Termination Notification

1 message

---

**Steve Torok** <steve.torok@sdsu.edu>
To: sdsurf_federalimpacts@sdsu.edu

Fri, Mar 21, 2025 at 10:52 AM

---

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 9:35 AM
**To:** steve.torok@sdsu.edu
**Subject:** [EXT] Grant Termination Notification

 

3/21/2025

Steve Torok

San Diego State University

steve.torok@sdsu.edu


Dear Steve Torok:

Effective with the date of this letter, funding for Project Number 5R34MH129279-03 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 7/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340. [5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective

action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.[8]*

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle
G. Bulls -S

Digitally signed
by Michelle G.
Bulls -S

Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer, NIMH

Director, Office of Policy for Extramural Research Administration

Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

EXHIBIT 19



Jennifer Sneed <jsneed@sdsu.edu>

---

## Fwd: [EXT] Grant Termination Notification
1 message

---

**SDSURF Awards** <sdsurfawards@sdsu.edu>                    Fri, Mar 21, 2025 at 10:49 AM
To: SDSURF Federal Impact Responses <sdsurf_federalimpacts@sdsu.edu>

---------- Forwarded message ---------
From: **Bulls, Michelle G. (NIH/OD) [E]** <michelle.bulls@nih.gov>
Date: Fri, Mar 21, 2025 at 9:29 AM
Subject: [EXT] Grant Termination Notification
To: awards@foundation.sdsu.edu <awards@foundation.sdsu.edu>

 

3/21/2025

Torok, Steve

San Diego State University

awards@foundation.sdsu.edu

Dear Torok, Steve:

Effective with the date of this letter, funding for Project Number 5F31DA059345-02 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 8/17/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340. [5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected

characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.[8]*

### Administrative Appeal

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Pamela Fleming, Chief Grants Management Officer, NIDA

Director, Office of Policy for Extramural Research Administration

Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

EXHIBIT 20

Case 1:25-cv-10814-BEM    Document 77-15    Filed 04/14/25    Page 24 of 117



Jennifer Sneed <jsneed@sdsu.edu>

---

## Fwd: [EXT] Grant Termination Notification
1 message

---

**SDSURF Awards** <sdsurfawards@sdsu.edu>                                           Fri, Mar 21, 2025 at 10:50 AM
To: SDSURF Federal Impact Responses <sdsurf_federalimpacts@sdsu.edu>

---------- Forwarded message ---------
From: **Bulls, Michelle G. (NIH/OD) [E]** <michelle.bulls@nih.gov>
Date: Fri, Mar 21, 2025 at 9:33 AM
Subject: [EXT] Grant Termination Notification
To: sdsurfawards@sdsu.edu <sdsurfawards@sdsu.edu>

 

3/21/2025

Steve Torok

San Diego State University

sdsurfawards@sdsu.edu

Dear Steve Torok:

Effective with the date of this letter, funding for Project Number 5R33MH120236-04 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 4/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340. [5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected

characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.[8]*

### Administrative Appeal

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle G. Bulls -S

Digitally signed by Michelle G. Bulls -S


Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer, NIMH

Director, Office of Policy for Extramural Research Administration

Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

EXHIBIT 21

---------- Forwarded message ---------
From: **Renee Lechner** <rlechner@sdsu.edu>
Date: Fri, Mar 21, 2025 at 1:40 PM
Subject: Fwd: [EXT] SGM SOL Grant Termination Notice
To: SDSURF Federal Impact Responses <sdsurf_federalimpacts@sdsu.edu>


A termination notice for Dr. Gallos's award from the University of North Carolina Chapel Hill (fund 5A038E) was received this afternoon.

_____

**Renée Lechner**
**Interim Senior Director**
*Sponsored Research Administration*
*Sponsored Research Contracting & Compliance*
rlechner@sdsu.edu
O: 619-594-4349

**SDSU Research Foundation** | foundation.sdsu.edu
**5250 Campanile Drive** | San Diego, CA 92182-1934
Twitter | Facebook | Instagram | LinkedIn
Service - Collaboration - Innovation - Diversity – Integrity



Your feedback counts!  Did I help you today?  Please take this brief service survey.


---------- Forwarded message ---------
From: **Desmon Fields** <dfields2@sdsu.edu>
Date: Fri, Mar 21, 2025 at 1:29 PM
Subject: Fwd: [EXT] SGM SOL Grant Termination Notice
To: Renee Lechner <rlechner@sdsu.edu>

Hi Renee,

We have just received this termination notice in regards to Dr. Gallo's award with UNC Chapel Hill Fund #5A038E.

Thank you,

**Desmon Fields** | Analyst
Sponsored Research Contracting and Compliance

[dfields2@sdsu.edu](mailto:dfields2@sdsu.edu)

**SDSU Research Foundation** | [foundation.sdsu.edu](https://foundation.sdsu.edu)
[Twitter](#) | [Facebook](#) | [Instagram](#) | [LinkedIn](#)
Service - Collaboration - Innovation - Diversity - Integrity



Your feedback counts!  Did I help you today?  Please take this brief [service survey](#).  If you have any questions, please feel free to reach out to the [Service Desk Team](#).


---------- Forwarded message ---------
From: **Groner, Lexie** <[lexie_groner@unc.edu](mailto:lexie_groner@unc.edu)>
Date: Fri, Mar 21, 2025 at 1:20 PM
Subject: [EXT] SGM SOL Grant Termination Notice
To: Linda Gallo <[lgallo@sdsu.edu](mailto:lgallo@sdsu.edu)>
Cc: [dfields2@sdsu.edu](mailto:dfields2@sdsu.edu) <[dfields2@sdsu.edu](mailto:dfields2@sdsu.edu)>, Ana Talavera <[atalavera@sdsu.edu](mailto:atalavera@sdsu.edu)>, Perreira, Krista <[krista_perreira@med.unc.edu](mailto:krista_perreira@med.unc.edu)>


Hello,

We wanted to let you know that we received a termination letter for the grant R01-HL149778 "Cardiovascular Health of Sexual and Gender Minorities in the Hispanic Community Health Study/Study of Latinos (SGM HCHS/SOL)" with a stop date of 3/20/2025. **We will not be able to accept any additional charges for work performed.** Krista will be in touch to discuss when she has more information.

Thank you and please let us know if you have any questions.


Lexie

**Lexie Groner**
Research Administrator
Carolina Population Center
The University of North Carolina at Chapel Hill
[lexie_groner@unc.edu](mailto:lexie_groner@unc.edu)
She/her

 

03/20/2025

R. David Paul
UNIV OF NORTH CAROLINA CHAPEL HILL
resadminosr@unc.edu

Dear R. David Paul:

Effective with the date of this letter, funding for Project Number 5R01HL149778-05 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 03/01/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs. Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S
Digitally signed by Michelle G. Bulls -S
Date: 2025.03.20 16:46:43 -04'00'

Michelle G. Bulls, on behalf of Anthony Agresti, Chief Grants Management Officer, National Heart, Lung, and Blood Institute
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

EXHIBIT 22

**Raman Paul**

| | |
|---|---|
| **From:** | Susan Pelton |
| **Sent:** | Friday, March 21, 2025 10:01 AM |
| **To:** | Raman Paul; Rain Lee; Jocelyn B Tolentino; Kari Wong; Jenny Chau |
| **Cc:** | Joshua David Calder |
| **Subject:** | FW: Grant Termination Notification |

**From:** Joshua David Calder <jdcalder@sfsu.edu>
**Sent:** Friday, March 21, 2025 9:47 AM
**To:** Susan Pelton <spelton@sfsu.edu>
**Subject:** Fw: Grant Termination Notification

It must be Friday ... Here is a termination letter for Emma's U grant effective today ... Not sure if anybody else got it?

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 9:31 AM
**To:** Joshua David Calder <jdcalder@sfsu.edu>
**Subject:** Grant Termination Notification

 

3/21/2025

Joshua Calder
San Francisco State University
jdcalder@sfsu.edu

Dear Joshua Calder:

Effective with the date of this letter, funding for Project Number 5U01MH136574-02 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 8/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency

or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle
G. Bulls -S
Digitally signed
by Michelle G.
Bulls -S

Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer, NIMH
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

EXHIBIT 23



**From:** Danielian, Anna <anna.danielian@csun.edu>
**Date:** Tuesday, March 25, 2025 at 8:39 AM
**To:** Manzueta, Charlene Rosenda <charlene.manzueta@csun.edu>
**Subject:** FW: Notice of Termination: Subaward 253405666 with UW-Milwaukee

**From:** Jeremy T Miner <minerj@uwm.edu>
**Date:** Monday, March 24, 2025 at 7:25 PM
**To:** Capous-Desyllas, Moshoula <moshoula@csun.edu>, Danielian, Anna <anna.danielian@csun.edu>, Quevedo, Sabrina Jessica <sabrina.quevedo@csun.edu>, RSP Awards <awards@csun.edu>
**Cc:** Priya Nambisan <nambisap@uwm.edu>, UWM Office of Sponsored Programs - Sub-Awards <or-osp-subawards@uwm.edu>, Carla Durand <durandc@uwm.edu>, Kristian M OConnor <krisocon@uwm.edu>, Monica L Wendel <wendel@uwm.edu>, Lance Weinhardt <weinhard@uwm.edu>, Michael D Laiosa <laiosa@uwm.edu>, Jennifer B Herzog <herzogj@uwm.edu>
**Subject:** Notice of Termination: Subaward 253405666 with UW-Milwaukee

Dr. Desyllas and colleagues,

The University of Wisconsin-Milwaukee has received official notice of termination for grant 1R01MH135498-01A1, titled "Using digital photovoice to explore the relationships between social media content and suicidality among transgender adolescents." As a result, we are

unable to proceed with the subaward agreement (253405666). The effective date of the termination was March 21, 2025.

We appreciate your collaboration with UW-Milwaukee.

Jeremy

****************************
Jeremy T. Miner
Associate Director of Pre-Award
Office of Sponsored Programs
University of Wisconsin-Milwaukee
414-251-9255
minerj@uwm.edu
****************************

 Outlook

---

**Fw: Grant Termination Notification**

---

**From** UWM Office of Sponsored Programs - Grant Notifications <grant-notice@uwm.edu>

**Date** Mon 3/24/2025 7:47 AM

**To** Office of Research Support <or-support@uwm.edu>

---

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 11:35 AM
**To:** UWM Office of Sponsored Programs - Grant Notifications <grant-notice@uwm.edu>
**Subject:** Grant Termination Notification

 

3/21/2025

Jeremy Miner
University Of Wisconsin Milwaukee
GRANT-NOTICE@UWM.EDU

Dear Jeremy Miner:

Effective with the date of this letter, funding for Project Number 1R01MH135498-01A1 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 9/5/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]," According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]," At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of

many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer, NIMH
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

EXHIBIT 24



**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Date:** Monday, March 24, 2025 at 12:53 PM
**To:** Manzueta, Charlene Rosenda <charlene.manzueta@csun.edu>
**Subject:** Grant Termination Notification



3/24/2025

Ms. Manzueta, Charlene Rosenda
California State University Northridge
charlene.manzueta@csun.edu

Dear Ms. Manzueta, Charlene Rosenda:

Effective with the date of this letter, funding for Project Number 5U01MD017434-02 is hereby terminated pursuant to the Fiscal Year 2023 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2023 Policy Statement applies to your project because NIH approved your grant on 12/1/2022, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2023 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards. [4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

2 of 4

The end of the pandemic provides cause to terminate COVID-related grant funds. These grant funds were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grant funds are no longer necessary.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Priscilla Grant, Chief Grants Management Officer, NIMHD Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] NIH Grants Policy Statement at IIA-1.

**Wednesday, March 26, 2025 at 13:12:31 Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | FW: Grant Termination Notification - Subaward A22-0039-S002 |
| **Date:** | Tuesday, March 25, 2025 at 7:19:23 PM Pacific Daylight Time |
| **From:** | Manzueta, Charlene Rosenda |
| **To:** | kimmy@sipacares.org |
| **CC:** | Bautista Lopez, Erika, Galvez, Joseph A, Kwan, Patchareeya P, Rillorta, Marie, Slavik, Grace Pauline |

**Attachments:** image001.jpg, image002.png, image003.png

Dear Executive Director Kimmy Maniquis:

We regret to inform you that California State University, Northridge, has received an official termination notice for grant 5U01MD017434-02. Below is the email notice regarding this matter.

As a result of this notice, we are unable to proceed with the subaward agreement A22-0039-S002. The effective date of termination is March 24, 2025. We will inform you of any updates as we seek legal guidance regarding this notice.

Due to this notice, please halt any expenditures beyond March 24, 2025, as they will be deemed unallowable. Additionally, we kindly request that your organization submit any unpaid invoices promptly so we can process them as soon as possible.

We appreciate your partnership with Dr. Patty Kwan and our institution. Please forward this notice to the appropriate contacts at your organization. If you have any questions, do not hesitate to reach out.

Thank you for your time and attention,

Charlene

**Charlene Rosenda Manzueta, EdD, MA, CRA**
Managing Director, Research and Sponsored Programs, AOR | IO
California State University, Northridge
18111 Nordhoff Street (Valera Hall 275), Northridge, CA 91330-8232
(Direct Tel) 818.677.5008 | (Office Tel) 818.677.2901 | (Fax) 818.677.4691
| Charlene.Manzueta@csun.edu



--

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Date:** Monday, March 24, 2025 at 12:53 PM
**To:** Manzueta, Charlene Rosenda <charlene.manzueta@csun.edu>
**Subject:** Grant Termination Notification

 

3/24/2025

Ms. Manzueta, Charlene Rosenda
California State University Northridge
charlene.manzueta@csun.edu

Dear Ms. Manzueta, Charlene Rosenda:

Effective with the date of this letter, funding for Project Number 5U01MD017434-02 is hereby terminated pursuant to the Fiscal Year 2023 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2023 Policy Statement applies to your project because NIH approved your grant on 12/1/2022, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2023 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards. [4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

The end of the pandemic provides cause to terminate COVID-related grant funds. These grant funds were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grant funds are no longer necessary.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.[8]*

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the

issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle
G. Bulls -S

Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Priscilla Grant, Chief Grants Management Officer, NIMHD
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

**Wednesday, March 26, 2025 at 13:10:46 Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | FW: Grant Termination Notification - Subaward A22-0039-S004 |
| **Date:** | Tuesday, March 25, 2025 at 7:34:42 PM Pacific Daylight Time |
| **From:** | Manzueta, Charlene Rosenda |
| **To:** | chancee@thaicdc.org |
| **CC:** | Bautista Lopez, Erika, Galvez, Joseph A, Kwan, Patchareeya P, Slavik, Grace Pauline, Rillorta, Marie |

**Attachments:** image001.jpg, image002.png, image003.png

Dear Executive Director Chancee Martorell:

We regret to inform you that California State University, Northridge, has received an official termination notice for grant 5U01MD017434-02. Below is the email notice regarding this matter.

As a result of this notice, we are unable to proceed with the subaward agreement A22-0039-S004. The effective date of termination is March 24, 2025. We will inform you of any updates as we seek legal guidance regarding this notice.

Due to this notice, please halt any expenditures beyond March 24, 2025, as they will be deemed unallowable. Additionally, we kindly request that your organization submit any unpaid invoices promptly so we can process them as soon as possible.

We appreciate your partnership with Dr. Patty Kwan and our institution. Please forward this notice to the appropriate contacts at your organization. If you have any questions, do not hesitate to reach out.

Thank you for your time and attention,

Charlene

**Charlene Rosenda Manzueta, EdD, MA, CRA**
Managing Director, Research and Sponsored Programs, AOR | IO
California State University, Northridge
18111 Nordhoff Street (Valera Hall 275), Northridge, CA 91330-8232
(Direct Tel) 818.677.5008 | (Office Tel) 818.677.2901 | (Fax) 818.677.4691
| Charlene.Manzueta@csun.edu



--

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Date:** Monday, March 24, 2025 at 12:53 PM
**To:** Manzueta, Charlene Rosenda <charlene.manzueta@csun.edu>
**Subject:** Grant Termination Notification

 

3/24/2025

Ms. Manzueta, Charlene Rosenda
California State University Northridge
charlene.manzueta@csun.edu

Dear Ms. Manzueta, Charlene Rosenda:

Effective with the date of this letter, funding for Project Number 5U01MD017434-02 is hereby terminated pursuant to the Fiscal Year 2023 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2023 Policy Statement applies to your project because NIH approved your grant on 12/1/2022, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2023 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

The end of the pandemic provides cause to terminate COVID-related grant funds. These grant funds were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grant funds are no longer necessary.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the

issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle
G. Bulls -S

Digitally signed
by Michelle G.
Bulls -S

Michelle G. Bulls, on behalf of Priscilla Grant, Chief Grants Management Officer, NIMHD
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

EXHIBIT 25

| | |
|---|---|
| **From:** | Jennifer Sneed on behalf of SDSURF Awards |
| **To:** | SDSURF Federal Impact Responses |
| **Subject:** | Fwd: [EXT] Important Notice Regarding Subawards under NIH Prime Award UM2HD111102 |
| **Date:** | Wednesday, March 26, 2025 7:04:48 AM |
| **Attachments:** | Outlook-A close-up.jfif |
| | 5UM2HD111102-03-Noa.pdf |

Good morning.  I do not think this was forwarded yesterday. This is for Dr. Horvath's subawards, funds- 5B104C and 5B547B.  We did receive an update about this from Dr. Horvath yesterday and have already started our internal processes.

Yesterday we received the termination notices, this is now the matching NOA. We have not received the subaward end date amendments/termination notice directly  yet.

Thank you, Jenny

---------- Forwarded message ---------
From: **Aras Aziz** <asaziz@fsu.edu>
Date: Tue, Mar 25, 2025 at 1:55 PM
Subject: [EXT] Important Notice Regarding Subawards under NIH Prime Award UM2HD111102
To: Angie Eaton <aeaton2@fsu.edu>, Lisa Hightow-Weidman <lhightowweidman@fsu.edu>
Cc: Rose Driber <rdriber@fsu.edu>


Florida State University received the attached termination from the NIH for prime award UM2HD111102. Our records show that your institution has received a subaward from FSU under this prime award. The effective date of the termination is 3/21/2025.  While we determine our next steps, we ask for your cooperation and assistance. Additional information will be forthcoming as soon as possible.



**Aras Aziz, MA, CRA**
***Subcontract Officer III***
Florida State University
(850) 644-8654
(850) 491-5799
asaziz@fsu.edu

**From:** Bulls, Michelle G (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 12:30:10 PM
**To:** SRA Pre-Award General Mailbox <SRA-PRE@fsu.edu>
**Subject:** Grant Termination Notification

 

3/21/2025

Stacey Patterson
Florida State University
SRA-PRE@fsu.edu


Dear Stacey Patterson:

Effective with the date of this letter, funding for Project Number 5UM2HD111102-03 is hereby terminated pursuant to the Fiscal Year 2025 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2025 Policy Statement applies to your project because NIH approved your grant on 12/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2025 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle
G. Bulls -S

Digitally signed
by Michelle G.
Bulls -S

Michelle G. Bulls, on behalf of Margaret Young, Chief Grants Management Officer, NICHD
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] NIH Grants Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] NIH Grants Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D
[11] 11 *Id.* § 50.406(a)
[12] 12 *Id.* § 50.406(b)

EXHIBIT 26

| | |
|---|---|
| **From:** | Jennifer Sneed on behalf of SDSURF Awards |
| **To:** | SDSURF Federal Impact Responses |
| **Subject:** | Fwd: [EXT] Important Notice Regarding Subawards under NIH Prime Award UM2HD111102 |
| **Date:** | Wednesday, March 26, 2025 7:04:48 AM |
| **Attachments:** | Outlook-A close-up.jfif<br>5UM2HD111102-03-Noa.pdf |

Good morning.  I do not think this was forwarded yesterday. This is for Dr. Horvath's subawards, funds- 5B104C and 5B547B.  We did receive an update about this from Dr. Horvath yesterday and have already started our internal processes.

Yesterday we received the termination notices, this is now the matching NOA. We have not received the subaward end date amendments/termination notice directly  yet.

Thank you, Jenny

---------- Forwarded message ---------
From: **Aras Aziz** <asaziz@fsu.edu>
Date: Tue, Mar 25, 2025 at 1:55 PM
Subject: [EXT] Important Notice Regarding Subawards under NIH Prime Award UM2HD111102
To: Angie Eaton <aeaton2@fsu.edu>, Lisa Hightow-Weidman <lhightowweidman@fsu.edu>
Cc: Rose Driber <rdriber@fsu.edu>


Florida State University received the attached termination from the NIH for prime award UM2HD111102. Our records show that your institution has received a subaward from FSU under this prime award. The effective date of the termination is 3/21/2025.  While we determine our next steps, we ask for your cooperation and assistance. Additional information will be forthcoming as soon as possible.



**Aras Aziz, MA, CRA**

***Subcontract Officer III***

Florida State University

(850) 644-8654

(850) 491-5799

asaziz@fsu.edu

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 12:30:10 PM
**To:** SRA Pre-Award General Mailbox <SRA-PRE@fsu.edu>
**Subject:** Grant Termination Notification

 

3/21/2025

Stacey Patterson
Florida State University
SRA-PRE@fsu.edu

Dear Stacey Patterson:

Effective with the date of this letter, funding for Project Number 5UM2HD111102-03 is hereby terminated pursuant to the Fiscal Year 2025 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2025 Policy Statement applies to your project because NIH approved your grant on 12/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2025 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Margaret Young, Chief Grants Management Officer, NICHD
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] NIH Grants Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] NIH Grants Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D
[11] 11 *Id.* § 50.406(a)
[12] 12 *Id.* § 50.406(b)

EXHIBIT 27



**Jennifer Sneed <jsneed@sdsu.edu>**

---

## Fwd: Immediate Action Required - Termination Letter 1R61 MH133710-01A1
1 message

---

**Aaron J. Blashill** <ajblashill@sdsu.edu>            Fri, Mar 21, 2025 at 10:57 AM
To: sdsurf_federalimpacts@sdsu.edu, Michele Goetz <mgoetz@sdsu.edu>, Vanessa Malcarne <VMALCARNE@sdsu.edu>

Hi Michele--our sub award from Auburn, the R61 eating disorder treatment student was just cancelled--please see below and attached. I'm currently in Dallas, as my son was just born here a couple of days ago--I would like to speak to you today if possible, given the impact on Arjan, our fulltime coordinator (Nathaniel Holmes) and one of my PhD students (Em Chakkour) who are all funded on this grant. My cell is 857-998-3398. I'm including Vanessa Malcarne on this message as JDP director.

Thank you,
Aaron

*Aaron J. Blashill, Ph.D.*
*Professor, Department of Psychology*
*Director, BISH Lab*
*San Diego State University*
*SDSU/UCSD Joint Doctoral Program in Clinical Psychology*
*6363 Alvarado Court, Suite 101*
*San Diego, CA 92120*
*(T) 619-594-2245*
*https://bishlab.sdsu.edu*
*Pronouns: He/Him/His (What's this?)*

---------- Forwarded message ---------
From: **Tiffany Brown** <tiffanybrown@auburn.edu>
Date: Fri, Mar 21, 2025 at 12:49 PM
Subject: Fwd: Immediate Action Required - Termination Letter 1R61 MH133710-01A1
To: Aaron J. Blashill <ajblashill@sdsu.edu>


Sent from my iPhone

Begin forwarded message:


> **From:** Sponsor Programs <OSPADMN@auburn.edu>
> **Date:** March 21, 2025 at 9:21:21 AM CDT
> **To:** Tiffany Brown <tiffanybrown@auburn.edu>
> **Cc:** Cynthia Bowling <bowlicj@auburn.edu>, Savannah Mehren <shm0015@auburn.edu>, Konnie Pace <kdp0038@auburn.edu>, Ginger Phillabaum <phillgp@auburn.edu>, Gina Bailey <bailerh@auburn.edu>, Sheilah Wiley <ssw0044@auburn.edu>
> **Subject: FW: Immediate Action Required -  Termination Letter 1R61 MH133710-01A1**


Good morning Dr. Brown,


As I believe you may have already been notified, the attached letter provides the termination of Award 1R16 MH133710-01A1 (AU Fund 201432) from NIH.  The termination date is as of March 21, 2025.  Please ensure all expenditures are ceased at

3/21/25, 6:20 PM     San Diego State University Mail - Fwd: Immediate Action Required - Termination Letter 1R61 MH133710-01A1

Case 1:25-cv-10814-BEM    Document 77-15    Filed 04/14/25    Page 61 of 117

this point and that all charges prior to the termination date are in place for invoicing purposes. I have also copied the subaward team so that a modification can be issued to both San Diego State and Yale University.

While not unexpected, I am very sorry to have to share this news with you.  If I can be of any assistance, please do not hesitate to reach out.

Warm regards,
Tony

---

**From:** Ta, Kristin (NIH/OD) [E] <kristin.ta@nih.gov> **On Behalf Of** Bulls, Michelle G. (NIH/OD) [E]
**Sent:** Friday, March 21, 2025 6:19 AM
**To:** Sponsor Programs <OSPADMN@auburn.edu>
**Cc:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>; Ta, Kristin (NIH/OD) [E] <kristin.ta@nih.gov>; Jarosik, Theresa (NIH/NIMH) [E] <theresa.jarosik@nih.gov>
**Subject:** [EXT] Immediate Action Required - Termination Letter 1R61 MH133710-01A1

---

**CAUTION: Email Originated Outside of Auburn.**

Please see attached.

---

📄 **TerminationLetter_1R61MH133710-01A1_03212025.pdf**
256K

 

March 21, 2025

James Weyhenmeyer
Auburn University
ospadmn@auburn.edu

Dear James Weyhenmeyer:

Effective with the date of this letter, funding for Project Number 1R61 MH133710-01A1 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on August 1, 2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] 2024 Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle
G. Bulls -S

Digitally signed
by Michelle G.
Bulls -S

Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer, National Institute of Mental Health
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[6] 2024 Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

EXHIBIT 28



Office of Grants and Contracts
Research Administration
13001 East 17th Place
Aurora, CO 80045

San Diego State University Research Foundation
Attn: Sandra M. Nordahl | sdsurfawards@sdsu.edu

Re: Termination of Subaward number: FY24.1259.002

Project: *Proud to Quit (P2Q): A Person-centered mobile technology intervention for smoking cessation among transgender adults*

Prime #: 5R34DA058191-02

On March 21, 2025, National Institutes of Health issued the attached Notice to Terminate this project in full as of March 21, 2025 ("Termination Date"). Please cease all work on this project immediately. No new costs can be incurred on the subaward on or after the Termination Date.

Please communicate the above instructions to any lower-tier subrecipients you may have on this award.

Thank you,

Liz Causey
Assistant Director of Contracts
Office of Grants & Contracts



University of Colorado
Denver | Anschutz Medical Campus

Office of Grants and Contracts
Research Administration
13001 East 17th Place
Aurora, CO 80045




3/21/2025
Alex Franz
University Of Colorado Denver
ALEX.FRANZ@CUANSCHUTZ.EDU

Dear Alex Franz:

Effective with the date of this letter, funding for Project Number 5R34DA058191-02 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 9/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

University of Colorado

Office of Grants and Contracts
Research Administration
13001 East 17th Place
Aurora, CO 80045

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11] The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S     Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Pamela Fleming, Chief Grants Management Officer, NIDA Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

EXHIBIT 29

# UNIVERSITY OF CALIFORNIA, SAN DIEGO

UCSD

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO

SANTA BARBARA • SANTA CRUZ



SPONSORED PROJECTS OFFICE
University of California, San Diego
9500 Gilman Drive #0934
La Jolla, CA  92093-0934

March 20, 2025

To: San Diego State University Research Foundation

Subject: Termination of Subaward No: 703792 ("Subaward")


Dear San Diego State University Research Foundation colleagues,

We regret to inform you that the Regents of the University of California, San Diego ("UCSD") received an official notification of termination from NATIONAL INSTITUTE OF MENTAL HEALTH (NIMH) ("Agency") for the NEXUS: A novel social network approach to study the effects of intersectional stigma on HIV prevention among Latino MSM *(5R01MH123282)*, effective 3/20/2025.

Accordingly, you are hereby notified that the Subaward is terminated.  All work must stop immediately, including termination of all subcontracts and activities.  Please follow close-out procedures specified in the Subaward, including Agency requirements. UCSD will only be able to reimburse Subrecipient for costs reimbursed by Agency.

 Please confirm receipt of this message on behalf of your organization.

It has been a privilege collaborating with you, and we look forward to the opportunity to work together again in the future.


Sincerely

Sheila K. Paul
Manager- Outgoing Subaward Team

 

03/20/2025

Nina Quach
UNIVERSITY OF CALIFORNIA, SAN DIEGO
nihawards@ucsd.edu

Dear Nina Quach:

Effective with the date of this letter, funding for Project Number 5R01MH123282-05 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 05/01/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs. Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer,
National Institute of Mental Health
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[6] 2024 Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

EXHIBIT 30

 

March 12, 2025

Rick Gulizia
San Diego State University
sdsurfawards@sdsu.edu

Dear Rick Gulizia:

Funding for Project Number 5R01MH133821-02 is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on May 1, 2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs. NIH is obligated to carefully steward grant awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life. Your project does not satisfy these criteria.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

1

decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S
Digitally signed by Michelle G. Bulls -S
Date: 2025.03.12 23:37:45 -04'00'

Michelle G. Bulls, on behalf Terri Jarosik, Chief Grants Management Officer, NIMH
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[6] 2024 Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

EXHIBIT 31

Case 1:25-cv-10814-BEM   Document 77-15   Filed 04/14/25   Page 76 of 117



Jennifer Sneed <jsneed@sdsu.edu>

## Fwd: FW: Subcontract Amendment 00129241/00079361 - Terminated
1 message

**Jennifer Sneed** <jsneed@sdsu.edu>                                                          Sat, Mar 29, 2025 at 12:59 PM
To: Jennifer Sneed <jsneed@sdsu.edu>

---------- Forwarded message ---------
From: **Delwyn Catley** <dcatley@sdsu.edu>
Date: Fri, Mar 28, 2025 at 2:25 PM
Subject: FW: Subcontract Amendment 00129241/00079361 - Terminated
To: Annie Moore <amoore3@sdsu.edu>, jsneed@sdsu.edu <jsneed@sdsu.edu>

Well here's the first one of ours to get the chop. It wasn't on my radar b/c I thought we'd spent it out by the grant end date which I believe was back in Dec. But online it looks like there is $394 left. If I'm remembering right this was the amount left when the grant ended but we got a no-cost extension so I think we should have spent this out subsequently. In any event, I have been continually working on this project up until now so I see no reason why we can't bill for effort prior to March 21 to zero this out.

Delwyn

---

**From:** Health Sciences District Research Administration <hsdresearch@umkc.edu>
**Date:** Friday, March 28, 2025 at 11:51 AM
**To:** Annie Moore <amoore3@sdsu.edu>, Delwyn Catley <dcatley@sdsu.edu>, Sarah Harper <sharper@sdsu.edu>
**Cc:** Berkley Patton, Jannette <berkleypattonj@umkc.edu>, Hecker, Mark <heckerm@umkc.edu>
**Subject:** [EXT] Subcontract Amendment 00129241/00079361 - Terminated

Hello,

We are saddened to inform you that NIH Grant "Faithful Response II: COVID-19 Rapid Test-to-Treat with Kansas City Missouri Health African American Churches" has been terminated effective March 21st 2025.  Therefore, our subcontract with (Principal Investigator Dr. Delwyn Catley) also needs to be terminated. UMKC Principal investigator, Dr. Berkley-Patton, plans to appeal the NIH decision, however, we wanted to let you know and to please submit any invoices for expenses prior to 3/21/2025, for payment.

Reason for termination stated in the updated NIH award letter dated 3/23/2025:

**INFORMATION:** It is the policy of NIH not to prioritize research activities that focus on DEI. This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to

Page 5 of 12

expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, this project is terminated University of Missouri Kansas City may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

Thank you,

Clare Carson


Grant Specialist

Cmkmv7@umkc.edu

University Health and the UMKC School of Medicine

Research Administration

2411 Holmes Street

Kansas City, MO  64108


☎  P: 816-235-5366

Office = UMKC School of Medicine, 4th floor (M4-309) Blue-unit





📄 **NIH_NOA_1U01MD018310-01_3.25.2025.pdf**
320K

EXHIBIT 32

**Raman Paul**

---

**From:**       Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:**        Wednesday, March 26, 2025 11:25 AM
**To:**           Susan Pelton
**Subject:**    Grant Termination Notification

 

3/26/2025

Susan Pelton
San Francisco State University
spelton@sfsu.edu

Dear Susan Pelton:

Effective with the date of this letter, funding for Project Number 5U01ES036366-03 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 7/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle
G. Bulls -S

Digitally signed
by Michelle G.
Bulls -S


Michelle G. Bulls, on behalf of Jenny Greer, Chief Grants Management Officer, NIEHS
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] NIH Grants Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] NIH Grants Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D
[11] 11 *Id.* § 50.406(a)
[12] 12 *Id.* § 50.406(b)

**Raman Paul**

| | |
|---|---|
| **From:** | Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov> |
| **Sent:** | Wednesday, March 26, 2025 11:25 AM |
| **To:** | Susan Pelton |
| **Subject:** | Grant Termination Notification |

 

3/26/2025

Susan Pelton
San Francisco State University
spelton@sfsu.edu

Dear Susan Pelton:

Effective with the date of this letter, funding for Project Number 3U01ES036366-03S1 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 7/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Jenny Greer, Chief Grants Management Officer, NIEHS
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] NIH Grants Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] NIH Grants Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D
[11] 11 *Id.* § 50.406(a)
[12] 12 *Id.* § 50.406(b)

**Raman Paul**

---

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Wednesday, March 26, 2025 11:25 AM
**To:** Susan Pelton
**Subject:** Grant Termination Notification

 

3/26/2025

Susan Pelton
San Francisco State University
spelton@sfsu.edu

Dear Susan Pelton:

Effective with the date of this letter, funding for Project Number 3U01ES036366-03S2 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 11/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle
G. Bulls -S

Digitally signed
by Michelle G.
Bulls -S

Michelle G. Bulls, on behalf of Jenny Greer, Chief Grants Management Officer, NIEHS
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] NIH Grants Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] NIH Grants Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D
[11] 11 *Id.* § 50.406(a)
[12] 12 *Id.* § 50.406(b)

EXHIBIT 33

**orsp@sfsu edu**

| | |
|---|---|
| **From:** | Columbia University – SPA <spa@cumc.columbia.edu> |
| **Sent:** | Saturday, March 22, 2025 7:16 AM |
| **To:** | orsp@sfsu edu |
| **Cc:** | Columbia University – SPA; grantreview@columbia.edu; Hughes, Tonda L. |
| **Subject:** | Important Information regarding your Subaward with Columbia University |

Re:      Prime award No. 5R01AA027252-05
         Subaward No. 1(GG014711-01)

Dear Partner:

The University received notice from the US Government, that it has terminated the above-referenced award in full, effectively immediately. Given the complexity of subaward management, we will be managing subawardees on a case-by-case approach, and will be in touch with you for further discussion and information.

In the meantime, you must immediately limit expenditures on the award only to those necessary to achieve a minimum level of research continuity. New equipment purchases and travel are prohibited. Columbia does not anticipate reimbursing expenditures that exceed a historical run-rate on the award (with the run-rate excluding travel, equipment and significant one-time purchases). If you anticipate your personnel expenses in the thirty-day period ending March 31, 2025 will exceed 5% of the total annual personnel budget, and you are concerned about research continuity at this level of expenditure, you must request advance approval for expenditure. You may submit any request for approval to the Columbia PI, who will escalate it within the University for appropriate approval.

Please confirm receipt of this communication and that you have understood and actioned the directive on the above-referenced award.

Thank you for your understanding and prompt attention to this matter.

Sincerely,


William Berger
Assistant Vice President
Sponsored Projects Administration
Columbia University

EXHIBIT 34

---------- Forwarded message ---------
From: **Research Foundation Office Sponsored Projects Mailbox**
<research-foundation-osp@sjsu.edu>
Date: Mon, Mar 3, 2025 at 9:43 AM
Subject: Fwd: Termination of Subaward No. KK2321
To: Jessica Trask <jessica.trask@sjsu.edu>, VP of Research and Innovation Mailbox
<vp.researchandinnovation@sjsu.edu>


Hi Jessica,
Please see below with the PTE. NIH is canceling an award. Laurie Drabble is the PI. Let me
know what information you need.
Thank you,
Deb


---------- Forwarded message ---------
From: **Daniela Gallardo** <gallardo@research.ucsb.edu>
Date: Fri, Feb 28, 2025 at 4:46 PM
Subject: Termination of Subaward No. KK2321
To: <research-foundation-osp@sjsu.edu>
Cc: Bethany Guerrero <baguerrero@ucsb.edu>, Ector Flores-Garcia
<efloresgarcia@ucsb.edu>, GGSE Contracts & Grants team <CG.team@education.ucsb.edu>


Hello,

NIH has decided to terminate the award titled, "Health Effects of Intersectional Stigma among
Sexual minority Women" on February 28, 2025, effective immediately.  With that said all
activities must be ceased and we must terminate all subawards, including subaward no.
KK2321, under this project (R21AA029513).   I have attached a copy of the notification for
reference.

We will provide you with an official notification in the coming days.

If you have any questions or would like to discuss further, please let me know.


best,
Daniela


Daniela Gallardo

Sr. Sponsored Projects Officer/Subaward Officer

Office of Research
Office: (805) 893-7027
Email: gallardo@research.ucsb.edu

Email Offline Day:  Thursday
Upcoming out of office:
Upcoming office closure:  March 21 (Holidays)



National Institutes of Health

Public Health Service
National Institutes of Health
National Institute on
Alcohol
Abuse and Alcoholism
6700B Rockledge Drive
Bethesda, MD 20892-6902

February 28, 2025

Elizabeth Carrillo
Sponsored Projects Analyst
The Regents of the University of California, Santa Barbara
3227 Cheadle Hall, 3rd Floor
Santa Barbara, CA 931062050

Dear Elizabeth Carrillo,

Funding for Project Number 5 R21 AA029513-02 is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2) (2024). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 08/18/2023, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards."[4] According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340."[5] At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. NIH is obligated to carefully steward grant awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life. Your project does not satisfy these criteria. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of Project Number 5 R21 AA029513-02 is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Matthew J. Memoli, MD, MS, Acting Director, National Institutes of Health no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Matthew J. Memoli, MD, MS, Acting Director, National Institutes of Health may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

*Judy S. Fox*

Judy S. Fox -S    Digitally signed by Judy S. Fox -S
                   Date: 2025.02.28 18:13:05 -05'00'

---

[6] 2024 Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D.
[11] *Id.* § 50.406(a).
[12] *Id.* § 50.406(b).

EXHIBIT 35

**Friday, March 28, 2025 at 09:04:37 Pacific Daylight Time**

**Subject:** FW: Information regarding URISE award
**Date:** Thursday, March 27, 2025 at 11:06:25 Pacific Daylight Time
**From:** Imelda Hammes
**To:** Gillian Fischer, Chi Nguyen, Dakota Hughes

FYI

Imelda Hammes
Post Award Analyst
Office of Sponsored Research and Programs
(T) 310-243-2855
ihammes@csudh.edu

---

**From:** Rosenzweig, Justin (NIH/NIGMS) [E] <rosenzwj@nigms.nih.gov>
**Sent:** Thursday, March 27, 2025 11:00 AM
**To:** Imelda Hammes <ihammes@csudh.edu>
**Subject:** Information regarding URISE award

RE: T34 GM140930-03

Contact PI: MCCAULEY, ERIN PATRICIA

Organizational Representative IMELDA HAMMES,

NIH is currently undergoing a process to assess whether pending awards perpetuate current agency priorities. You are advised to cease project activities as of the current budget period end date of 3/31/2025. Further, please reconcile expenditures with disbursements in the Payment Management System as soon as possible but no later than 4/4/2025, for project activities that occurred through 3/31/2025. Additionally, please amend all active appointments in xTrain to end as of 3/31/2025.

Sincerely,

Justin Rosenzweig
Grants Management Team Leader, GAB
National Institute of General Medical Sciences, NIH/DHHS

EXHIBIT 36

| | |
|---|---|
| **From:** | Vas Narayanaswami |
| **To:** | Bessie Strategos; Crystal Trocadero; Jason Schwans |
| **Cc:** | Cheyanne Ramon; Barbara Taylor; Curtis Bennett; Kelly Young; Yvette Castano |
| **Subject:** | Fw: Information regarding URISE award |
| **Date:** | Thursday, March 27, 2025 11:27:12 AM |

Hello everyone,

Here is the response I received when I prompted the T34 program officer about the future of the URISE program....

I am going to go take a deep breath and process this information.

Vas

---

**From:** Rosenzweig, Justin (NIH/NIGMS) [E] <rosenzwj@nigms.nih.gov>
**Sent:** Thursday, March 27, 2025 11:03 AM
**To:** Vas Narayanaswami <vas.narayanaswami@csulb.edu>
**Subject:** Information regarding URISE award

> You don't often get email from rosenzwj@nigms.nih.gov. Learn why this is important

CAUTION: This email was sent from an external source.

RE: T34 GM149378-02

Contact PI: NARAYANASWAMI, VASANTHY

Organizational Representative MS BESSIE STRATEGOS,

NIH is currently undergoing a process to assess whether pending awards perpetuate current agency priorities. You are advised to cease project activities as of the current budget period end date of 3/31/2025. Further, please reconcile expenditures with disbursements in the Payment Management System as soon as possible but no later than 4/4/2025, for project activities that occurred through 3/31/2025. Additionally, please amend all active appointments in xTrain to end as of 3/31/2025.

Sincerely,

Justin Rosenzweig
Grants Management Team Leader, GAB
National Institute of General Medical Sciences, NIH/DHHS

EXHIBIT 37

**Friday, March 28, 2025 at 15:57:53 Pacific Daylight Time**

**Subject:** Information regarding URISE award
**Date:**     Thursday, March 27, 2025 at 11:01:31 AM Pacific Daylight Time
**From:**     Rosenzweig, Justin (NIH/NIGMS) [E]
**To:**       Manzueta, Charlene Rosenda
RE: T34 GM136450-04

Contact PI: ZAVALA, MARIAELENA B

Organizational Representative MICHAEL EPPING,

NIH is currently undergoing a process to assess whether pending awards perpetuate current agency priorities. You are advised to cease project activities as of the current budget period end date of 3/31/2025. Further, please reconcile expenditures with disbursements in the Payment Management System as soon as possible but no later than 4/4/2025, for project activities that occurred through 3/31/2025. Additionally, please amend all active appointments in xTrain to end as of 3/31/2025.

Sincerely,

Justin Rosenzweig
Grants Management Team Leader, GAB
National Institute of General Medical Sciences, NIH/DHHS

EXHIBIT 38

 **Outlook**

---

## FW: [External] NoA: 5R25AG076390-03 PI: Jennifer Piazza

---

**From** Weber, Myrna <myweber@Fullerton.edu>

**Date** Mon 3/24/2025 2:55 PM

**To** Tiwari, Binod <btiwari@fullerton.edu>

**Cc** Tranilla, Tina <ttranilla@Fullerton.edu>; Riveron, Olga <oriveron@fullerton.edu>

📎 1 attachment (235 KB)

5R25AG076390-03-Noa.pdf;

Hi Binod

We received a termination notice for Jennifer Piazza and Laura Zettel-Watson's R25.

---

> **SECTION IV – AG SPECIFIC AWARD CONDITIONS – 5R25AG076390-03 REVISED**
>
> Clinical Trial Indicator: No
> This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.
>
> It is the policy of NIH not to prioritize DEI. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs. Therefore, this project is terminated. CALIFORNIA STATE UNIVERSITY FULLERTON may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant.
>
> Page 5 of 6

---

*Myrna A. Weber, M.B.A. CRA*

Sr Director, Sponsored Programs

1121 N. State College Blvd 2nd Floor ASC-213

Fullerton, CA 92831-3104

☎ 657-278-7679/Cell 714-864-8410

✉ myweber@fullerton.edu



**From:** eraNotifications@mail.nih.gov <eraNotifications@mail.nih.gov>
**Sent:** Sunday, March 23, 2025 9:08 PM
**To:** Awards <awards@Fullerton.edu>
**Subject:** [External] NoA: 5R25AG076390-03 PI: Jennifer Piazza

Grant Number: 5R25AG076390-03
Principal Investigator: Piazza, Jennifer(Contact);  Zettel-Watson, Laura
Project Title: A Multidimensional Aging Science Program: MSTEM Scholars Trained in Aging Research (MSTEM STAR)
Institution: CSU Fullerton Auxiliary Services Corporation
CFDA: 93.866
OC: 41032
PCC: 2BTRNDT
Award Issue Date: 03/24/2025
Grants Management Officer: Melvin, E.
Program Official: Torres, Delany
Grants Specialist: McGraw, Tracie

***This is an automated notification - Please do not reply to this message.***

EXHIBIT 39

 Outlook

---

## FW: Information regarding URISE award

**From** Cuajungco, Math <mcuajungco@fullerton.edu>

**Date** Thu 3/27/2025 11:13 AM

**To** Tiwari, Binod <btiwari@fullerton.edu>; Johnson, Marie <mariejohnson@Fullerton.edu>

**Cc** Le, Tran <trannle@fullerton.edu>; Jimenez Ortiz, Veronica <vjimenezortiz@fullerton.edu>

Good morning Binod and Marie,

I'm forwarding message I just got from NIH/NIGMS. It appears Year 3 continuation is pending and likely to be terminated (but still hoping things will turn around). Still very disappointing!

Math

---

**From:** Rosenzweig, Justin (NIH/NIGMS) [E] <rosenzwj@nigms.nih.gov>
**Date:** Thursday, March 27, 2025 at 11:06 AM
**To:** Cuajungco, Math <mcuajungco@fullerton.edu>
**Subject:** [External] Information regarding URISE award

RE: T34 GM149493-02

Contact PI: CUAJUNGCO, MATH P

Organizational Representative MRS CATHERINE M ANDERS,

NIH is currently undergoing a process to assess whether pending awards perpetuate current agency priorities. You are advised to cease project activities as of the current budget period end date of 3/31/2025. Further, please reconcile expenditures with disbursements in the Payment Management System as soon as possible but no later than 4/4/2025, for project activities that occurred through 3/31/2025. Additionally, please amend all active appointments in xTrain to end as of 3/31/2025.

Sincerely,

Justin Rosenzweig
Grants Management Team Leader, GAB
National Institute of General Medical Sciences, NIH/DHHS

EXHIBIT 40
[INTENTIONALLY OMITTED]

EXHIBIT 41

**Raman Paul**

---

| | |
|---|---|
| **From:** | Rosenzweig, Justin (NIH/NIGMS) [E] <rosenzwj@nigms.nih.gov> |
| **Sent:** | Thursday, March 27, 2025 11:00 AM |
| **To:** | Raman Paul |
| **Subject:** | Information regarding URISE award |

RE: T34 GM145400-03

Contact PI: ESQUERRA, RAYMOND M

Organizational Representative RAMAN PAUL,

NIH is currently undergoing a process to assess whether pending awards perpetuate current agency priorities. You are advised to cease project activities as of the current budget period end date of 3/31/2025. Further, please reconcile expenditures with disbursements in the Payment Management System as soon as possible but no later than 4/4/2025, for project activities that occurred through 3/31/2025. Additionally, please amend all active appointments in xTrain to end as of 3/31/2025.

Sincerely,

Justin Rosenzweig
Grants Management Team Leader, GAB
National Institute of General Medical Sciences, NIH/DHHS

EXHIBIT 42

---------- Forwarded message ---------
From: **Rosenzweig, Justin (NIH/NIGMS) [E]** <rosenzwj@nigms.nih.gov>
Date: Thu, Mar 27, 2025 at 11:06 AM
Subject: Information regarding URISE award
To: cleber.ouverney@sjsu.edu <cleber.ouverney@sjsu.edu>


RE: T34 GM149461-02
Contact PI: OUVERNEY, CLEBER COSTA
Organizational Representative DEBORAH MALONEY,
NIH is currently undergoing a process to assess whether pending awards perpetuate current agency priorities. You are advised to cease project activities as of the current budget period end date of 3/31/2025. Further, please reconcile expenditures with disbursements in the Payment Management System as soon as possible but no later than 4/4/2025, for project activities that occurred through 3/31/2025. Additionally, please amend all active appointments in xTrain to end as of 3/31/2025.
Sincerely,
Justin Rosenzweig
Grants Management Team Leader, GAB
National Institute of General Medical Sciences, NIH/DHHS

EXHIBIT 43

 Outlook

---

## RE: Information regarding URISE award

**From** Darya Veach <dveach@calpoly.edu>

**Date** Thu 3/27/2025 1:52 PM

**To** Dawn Brown Neill <dbneill@calpoly.edu>; Allie Bakaly Walter <abwalter@calpoly.edu>; Maral Kismetian <mkismeti@calpoly.edu>; Amy Velasco <aevelasc@calpoly.edu>

**Cc** Trish Brock <pbrock@calpoly.edu>; Alexis Renee Sexton <arsexton@calpoly.edu>

---

I'm including Trish and Alexis here as well. This if for Todd and Sarah Keadle's URISE project.

Summary of grant details:

Title: U-RISE at Cal Poly
Sponsor: NIH
Project: 45199
GDO: 22-289
Project period (as funded): 4/1/24-3/31/25 (originally awarded end date 3/31/2028)
Total awarded to date: $444,764.00 (total anticipated $1,334,291)
Expenditures as of 3/26/25: $352,914.84
Unspent balance: $91,849.16

Please let me know if you have specific questions. I'm sure additional information will be coming in the following days.

Thanks,
Darya

### DARYA VEACH, M.S.

**pronouns** she/her
Director, Sponsored Programs Office
Division of Research
Cal Poly Partners
Cal Poly, San Luis Obispo, CA

———

Main: 805-756-1123
Direct: 805-756-5348
www.research.calpoly.edu
www.calpolypartners.org

---

**From:** Stephany Martin <smarti47@calpoly.edu>
**Sent:** Thursday, March 27, 2025 11:09 AM
**To:** Dawn Brown Neill <dbneill@calpoly.edu>; Allie Bakaly Walter <abwalter@calpoly.edu>; Darya Veach <dveach@calpoly.edu>; Maral Kismetian <mkismeti@calpoly.edu>; Amy Velasco <aevelasc@calpoly.edu>
**Subject:** FW: Information regarding URISE award
**Importance:** High

Hi, just received this. 45199/22-289

Thank you,

**Stephany Martin**
Contract & Grants Analyst

Division of Research
Sponsored Programs
San Luis Obispo, CA  93407
Phone: (805) 756-7322

https://research.calpoly.edu
https://calpolypartners.org/

---

**From:** Tyler Alvord <talvord@calpoly.edu>
**Sent:** Thursday, March 27, 2025 11:07 AM
**To:** Stephany Martin <smarti47@calpoly.edu>
**Subject:** Fw: Information regarding URISE award

Stephany -

Just making sure this got sent to you as well.

Thanks,


Tyler Alvord

Research Administration Officer II

California Polytechnic State University

San Luis Obispo, CA 93407-0001


Direct: 805-756-1449

https://grants.calpoly.edu/


Register here to set up your ORCID: https://orcid.org/signin

NSF requires investigators to use SciENcv to manage their biosketches and current and pending documents.

---

**From:** Rosenzweig, Justin (NIH/NIGMS) [E] <rosenzwj@nigms.nih.gov>
**Sent:** Thursday, March 27, 2025 11:00 AM

**To:** Tyler Alvord <talvord@calpoly.edu>
**Subject:** Information regarding URISE award

RE: T34 GM149492-02

Contact PI: HAGOBIAN, TODD ALAN

Organizational Representative STEPHANY MARTIN,

NIH is currently undergoing a process to assess whether pending awards perpetuate current agency priorities. You are advised to cease project activities as of the current budget period end date of 3/31/2025. Further, please reconcile expenditures with disbursements in the Payment Management System as soon as possible but no later than 4/4/2025, for project activities that occurred through 3/31/2025. Additionally, please amend all active appointments in xTrain to end as of 3/31/2025.

Sincerely,

Justin Rosenzweig
Grants Management Team Leader, GAB
National Institute of General Medical Sciences, NIH/DHHS

EXHIBIT 44



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

National Institutes of Health
National Institute of
General Medical Sciences
Bethesda, Maryland 20892-6200

http://www.nigms.nih.gov

April 2, 2025

Raman Paul
1600 Holloway Ave.
San Francisco, CA 94132

Dear Raman Paul:

Funding for Project Number 5T34GM145400-03 is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on April 1, 2024 and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards."[4] According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340."[5]  At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

decision,"[6] no corrective action is possible here.  The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7]  Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390.  NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9]  NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Matthew J. Memoli, M.D., M.S., Acting Director, NIH no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position.  In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

---

[6] 2024 Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D.
[11] *Id.* § 50.406(a).
[12] *Id.* § 50.406(b).

EXHIBIT 45

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

National Institutes of Health
National Institute of
General Medical Sciences
Bethesda, Maryland 20892-6200

http://www.nigms.nih.gov

April 2, 2025

California State University Fullerton
1121 N. State College Blvd.
Fullerton, CA 92831-3014

Olga Riveron:

Funding for Project Number 5T34GM149493-02 is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on April 1, 2024 and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards."[4] According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340."[5] At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

decision,"[6] no corrective action is possible here.  The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7]  Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390.  NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9]  NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Matthew J. Memoli, M.D., M.S., Acting Director, NIH no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position.  In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

---

[6] 2024 Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D.
[11] *Id.* § 50.406(a).
[12] *Id.* § 50.406(b).