# EXHIBIT 16

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>                *Plaintiffs,*<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>                *Defendants.* | No. 1:25-cv-_____ |

## DECLARATION OF DR. MIGUEL GARCIA-DIAZ

I, Dr. Miguel Garcia-Diaz, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Vice President for Research, Scholarship, and Innovation at the University of Delaware. I have personal knowledge of the facts set forth in this declaration, and if required to testify, would and could competently do so

2. I submit this Declaration in support of the States' Motion for Temporary Restraining Order.

**Professional Background**

3. I am a Professor of Chemistry and Biochemistry and the Vice President for Research, Scholarship, and Innovation at the University of Delaware, a position I have held since May 1, 2024. In this capacity, I have oversight of all research and scholarship activities taking place at the University, including all research funded by the U.S. Department of Health and Human Services. Prior to holding this position, I was a Professor of Pharmacological Sciences at Stony Brook University's Renaissance School of Medicine, as well as interim Vice President for

1

Research for the University. I hold a PhD in Biochemistry from the Autonomous University of Madrid (Spain), conducted postdoctoral work at the National Institute of Environmental Health Sciences, and while at Stony Brook University led a research group focused on understanding a rare group of genetic diseases, work that was partially funded by the NIH.

4. The University of Delaware exists to cultivate learning, develop knowledge, and foster the free exchange of ideas. It is a major research university that serves as the flagship university for the State of Delaware. As such, it serves as a major economic engine for the Sate of Delaware, and, through its scholarship and research, addresses critical needs of the State and the Nation.

5. The University of Delaware has five campuses throughout the State of Delaware. While most of the University's educational and research programs are located on the Newark Campus, substantial research activity takes place on the Lewes campus, and key educational programs are offered in Wilmington, Dover, and Georgetown. The University has over twenty-four thousand students, including over four thousand graduate students. Its various research programs represent an annual investment of over $425M, including almost $200M in federal funding.

6. I am providing this declaration to explain the impacts of NIH's delay and/or cancellation of study sections. NIH's abrupt cessation of NIH Advisory Council meetings in February 2025 has created a situation whereby grant proposals due for funding have remained unfunded indefinitely. These are grants that had previously been evaluated by the relevant scientific peer-review committee or "study section" (also known as scientific review group) and given a priority score (based on scientific merit) that is within a range that would result in the

awarding of the grant funds. This is based on recent funding ranges of similar grants funded by the same institute/center within NIH.

7. The NIH meeting blockade has had severe impact on the University of Delaware, primarily by disrupting critical research and halting vital projects. Additionally, it creates significant financial uncertainty, forcing the University to choose between dismantling existing, productive research groups or absorbing a substantial cost to provide bridge funding -without any clarity on when NIH grants will be awarded. Even when bridge funding is available, many top researchers are seeking positions elsewhere to avoid reliance on uncertain NIH funding.

8. Graduate students, who make up a large part of the NIH-funded workforce, are also affected. The NIH has long been a key source of funding for individual fellowships and training grants, which are essential for graduate education in NIH-relevant disciplines. Historically, stable federal funding has shaped the size of incoming graduate classes, but unexpected delays now strain the University's ability to support its current students, many of whom depend on stipends to pursue the years of advanced training required for a PhD. These funding gaps force the University to choose between absorbing significant financial strain or prematurely ending the careers of promising young scientists.

9. The uncertainty surrounding NIH funding has further led to reduced admission offers, jeopardizing the pipeline of the next generation of biomedical researchers. Faculty, whose work relies on decades-long institutional investments to sustain their world-class research programs, are also at risk. The traditional and longstanding partnership between research universities and the federal government—where institutions provide resources for faculty to lead groundbreaking, federally funded research—is now in jeopardy. Continued delays in NIH funding threaten this covenant, as some faculty consider alternative career opportunities. Such

losses would cause irreparable harm to the University and its contributions to science and technology.

**Reliance on NIH Funding**

10. In fiscal year 2024, the University of Delaware received funding through the National Institutes of Health ("NIH") to support 135 projects, totaling $66M.

11. The University of Delaware receives NIH grants across a variety of institutes encompassed within the NIH, including NIGMS, NCI, NIA, NIDA, NIDDK, NEI, NHLBI, NIAID, NIMH, NIAMS, NIDCD, NIBIB, NICHD, NIDCD, NIDCR, and NINR.

12. The work done by the University of Delaware on NIH funded projects provides education and training in Chemistry and Biochemistry, Biomedical Engineering, Chemical and Biomolecular Engineering, Computer and Software Engineering, Electrical and Computer Engineering, Mechanical Engineering, Agriculture, Biology, Mathematics, Psychology and Brain Science, and other programs.

13. The University of Delaware provides considerable employment opportunities in the Science, Technology, Engineering and Mathematics ("STEM") workforce which provides significant benefit to the Delaware economy.

**Typical Timeline and Processes for NIH Grant Awards**

14. The Research Office at the University of Delaware collaborates with researchers to submit and track grant applications and awards.

15. Based on my work as Vice President for Research, Scholarship, and Innovation and my career as a biomedical scientist, I have knowledge and an understanding of the NIH grant process.

16.     NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity ("NOFO"). From there, they are assigned to a "study section" where the grant application is subjected to peer review and judged on its scientific merit. The grant application is then given a score. If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.

17.     What constitutes a fundable score is dependent on several factors as every institute, sometimes referred to as an "IC," is different. Some publish paylines, meaning the percentiles of grants they will fund, and some do not. Current paylines typically range from 8-20%. Most of the standing study sections result in an impact score and percentile for each proposal, but many others (special emphasis and non-CSR) will only result in an impact score, but not percentile. Program officers have latitude to recommend proposals with higher scores/percentiles in order to balance portfolios and meet specific directives. Generally, researchers would consider a percentile less than 10% as guaranteed to receive funding

18.     After the study section, the grant application is sent to an "advisory council" where the ultimate decision on whether or not to fund the grant is made. After the advisory council meets, a Notice of Award is issued confirming that the grant will be funded.

19.     The process for competitive renewals is very similar, but it is even more consistent for a grant that has been funded in the past to be renewed.

20.     The budget process at the University of Delaware relies upon the NIH grant application, review, and approval cycle. Historically, we have relied on grants being reviewed and scored within 12 months of submission.

21. Once a grant receives a score, the University of Delaware is able to consider whether to include the expected funding coming from that grant as part of its budget for the coming year.

**Delays and Irregularities in the Processing of NIH Grant Applications**

22. Since late January 2025, the University of Delaware has seen an unusual number of delays in the processing of NIH grant applications. Researchers have had their grant application study sections and advisory councils be canceled or otherwise not scheduled, and grant application scoring has been significantly delayed.

23. The University of Delaware has not received formal notice of changes for many of these grants. For others, the University of Delaware has gotten only a notification that proposals are "paused" or "under review."

24. As of March 31, 2025, the University of Delaware has 77 proposals totaling $177M awaiting NIH study section review.

25. As of March 31, 2025, the University of Delaware has at least 13 proposals totaling $59.8M that received fundable scores, awaiting NIH advisory council and Notice of Award.

26. As of March 31, 2025, the University of Delaware has 102 proposals totaling $234.9M that received possibly fundable scores, awaiting NIH advisory council and Notice of Award.

**Terminations of NIH Grants**

27. Since March 22, 2025, the University of Delaware has had 3 NIH grants terminated where the University was a subawardee.

28.     These terminations will result in the loss of $721,840 in research money to the University of Delaware.

29.     The termination notices for these grants have provided very little to explain the termination, instead noting that the research no longer "effectuates agency priorities." In my time working at both the University of Delaware and Stony Brook University, I have not seen this language previously used to cancel grants.

30.     To our knowledge, prior to receipt of the termination, Universities are not being given notice of any opportunity to submit any "corrected" grant materials to align with agency priorities, or any notice of updated "agency priorities" with which its research must align.

31.     The terminated awards supported research on HIV prevention and Alzheimer's Disease.

**Comparisons Across Administrations**

32.     In prior years, under both Democratic and Republican administrations, our institution never experienced this volume of unexplained delays or procedural breakdowns.

33.     Renewals were routine and predictable. This year, even long-standing, high-performing programs are in limbo.

34.     Terminations were exceedingly rare and followed due process. The current approach is without precedent in our experience.

**Impact on Institutional Operations**

35.     NIH Delays in proposal review and grant funding are creating financial uncertainty for the Univrsity of Delaware. The University's budget planning has historically relied on the predictability of NIH funding cycles and decisions, allowing the University to make informed decisions about resource allocation. However, the current uncertainty is disrupting this

process, making it increasingly difficult to maintain fiscal stability and develop accurate, reliable budgets both now and for the upcoming fiscal year. This uncertainty threatens not only individual research projects and jobs, but also the broader financial health of the institution.

36. To mitigate these disruptions, the University has been forced to implement emergency bridge funding for affected faculty, drawing from limited discretionary resources. As of March 31, 2025, the University of Delaware estimates it has allocated approximately $500,000 in bridge funding, funds that would have otherwise supported new research initiatives, faculty recruitment, and programmatic improvement. These unplanned expenditures are straining University resources and diverting funds from other critical institutional needs.

37. The uncertainty surrounding the grant funding has led to decreases in usage of shared research cores, which are essential for maintaining a robust research infrastructure. If researchers cannot rely on stable funding, they will be required to delay or cancel projects, reducing demand for these facilities. If this trend continues, it could lead to further financial losses and a decline in the University's research capacity.

**Admissions, Training and Workforce Disruptions**

38. The University of Delaware uses information regarding NIH grant applications and award rates to inform its graduate admissions process.

39. Due to uncertainty of incoming grant funding related to the delays in reviewing and awarding grants by NIH, the various PhD programs at the University of Delaware that rely on NIH funding for graduate student support have reduced admission offers for their incoming class of graduate students by up to 50%.

40. NIH training grants, including T32 and F31 mechanisms, have been affected by review and award delays. These training grants are designed to provide resources to institutions

so they can train individuals in certain shortage areas (T32 grants), as well as support through predoctoral dissertation research (F31 grants).

41. The University also anticipates that we will have international postdocs whose visa status will now be at risk due to pending NIH awards that were expected to renew this spring.

42. This instability is affecting the recruitment and retention of high-caliber quality research trainees. The inability to retain quality research trainees will have ongoing effects on the research capabilities of the University of Delaware, including by limiting the individuals qualified to conduct certain research.

**Concerns About FY25 Funds Being Obligated**

43. We are increasingly concerned that NIH will not be able to process and obligate FY25 funds by the end of the fiscal year in September.

44. Several major proposals from our institution remain stuck at preliminary review stages, with no indication that the required advisory reviews or notices of award will occur in time.

45. Our research administration staff have received informal feedback from NIH indicating that certain programs are being subject to internal agency review, further contributing to delays.

**Irreparable Harm**

46. The delays have disrupted ongoing research, as well as actively setting back the University of Delaware's ability to conduct critical research now and in the future. Funding gaps have already forced researchers to abandon promising studies, miss key deadlines, or lose highly trained personnel. Despite the University's efforts to provide interim funding, resources are

9

finite, and because of these delays the University is forced to make difficult decisions about which of these valuable programs to continue with these limited funds.

47. Some of these studies involve the use of animal test subjects, all of which would need to be terminated due to loss of funding. This results in not only ethical and financial losses but also wasted scientific opportunity, as experiments cannot simply be restarted once interrupted.

48. In many cases, there is no way to recover the lost time, research continuity, or training value for graduate students and postdoctoral researchers once disrupted. Promising discoveries may be delayed indefinitely, and in some cases, entirely lost.

**Conclusion**

49. The breakdown in NIH processes is affecting University of Delaware operations and planning. Unexplained terminations and delays with no explanation or remedy are undermining confidence in the federal research funding system, destabilizing institutional operations, and eroding the morale of researchers. Equally troubling is the loss of qualified, highly trained research personnel, many of whom will seek more stable opportunities elsewhere, which risks permanently weakening the University's ability to contribute cutting-edge research to the scientific community. These harms are ongoing and, in many instances, irreparable.

_____
Dr. Miguel Garcia-Diaz

Date: April 1, 2025