# EXHIBIT 17

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>*Defendants.* | No. 1:25-cv-10814 |

### DECLARATION OF Vassilis L. Syrmos, Ph.D.

I, Vassilis L. Syrmos, Ph.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Vice President for Research and Innovation of the University of Hawaiʻi. I have personal knowledge of the facts set forth in this declaration, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If required to testify, I would and could competently do so.

2. I submit this Declaration in support of the States' Motion for Temporary Restraining Order.

**Professional Background**

3. I am currently employed by the University of Hawaiʻi (UH) as the Vice President for Research and Innovation. In addition to my current role, I have a Ph.D. in electrical engineering and over 30 years of academic experience. My office (the Office of the Vice President for Research and Innovation) tracks federal funding received by the University of Hawaiʻi through grant awards, cooperative agreements, contracts and other agreements. My

1

office facilitates the research enterprise for our researchers, faculty, students, staff and administrators, funds system-wide initiatives, coordinates and executes our federal funding appropriations and programs, sets and monitors all policies for our research enterprise to comply with federal and state laws.

4. The University of Hawaiʻi is the only public higher education institution in the State of Hawaiʻi.

5. The University of Hawaiʻi has 10 campuses, with a total enrollment of more than 50,000 students and more than 3,000 researchers. UH is one of the leading research universities in the nation, ranking in the top 20% of all public universities in research expenditures by the National Science Foundation Higher Education Research and Development (HERD) survey.

6. The University of Hawaiʻi includes the John A. Burns School of Medicine (JABSOM), the University of Hawaiʻi Cancer Center (Cancer Center) (a National Cancer Institute-designated center), the Daniel K. Inouye College of Pharmacy, the School of Nursing and Dental Hygiene, the Thompson School of Social Work and Public Health, and several more Health Sciences programs across all campuses. All these Schools, Colleges, and Centers conduct fundamental, translational, clinical, and community-based participatory research in health sciences and healthcare.

7. I am providing this declaration to explain the impacts of NIH's delay and/or cancellation of study sections. NIH's abrupt cessation of NIH Advisory Council meetings in February 2025 has created a situation whereby grant proposals due for funding have remained unfunded indefinitely. These are grants that had previously been evaluated by the relevant scientific peer-review committee or "study section" (also known as scientific review group, initial review group) and given a priority score (based on scientific merit) that traditionally is

within a range that would result in the awarding of the grant funds. These ranges are based on the recent history of similar grants funded by the same institute/center within NIH.

8. The NIH meeting blockade severely impacts the University of Hawaiʻi by causing tremendous budget uncertainty for non-competitive renewals awaiting the Notice of Award for the next project year (some of which were to start April 1, 2025), and for those grants that received notice of being within the fundable range, based on their scientific merit and meeting Institute/Center priorities. JABSOM alone has 157 faculty and staff employees on current NIH funding, with more than half on projects awaiting Notice of Awards expected within the next two months for the next budget year.

**Reliance on NIH Funding**

9. In the university's fiscal year 2024, the University of Hawaiʻi received direct funding obligations through the National Institutes of Health ("NIH") to support 75 projects, totaling $65,449,960.

10. The University of Hawaiʻi receives NIH grants across a variety of institutes encompassed within the NIH, including the Eunice Kennedy Shriver National Institute of Child Health and Human Development (NICHD), National Cancer Institute (NCI), National Heart, Lung, and Blood Institute (NHLBI), National Human Genome Research Institute (NHGRI), National Institute of Allergy and Infectious Diseases (NIAID), National Institute of Biomedical Imaging and Bioengineering (NIBIB), National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK), National Institute of General Medical Sciences (NIGMS), National Institute of Neurological Disorders and Stroke (NINDS), National Institute on Aging (NIA), National Institute on Drug Abuse (NIDA), National Institute on Minority Health and Health Disparities (NIMHD), and the National Library of Medicine (NLM).

11. Through those NIH grants, the University of Hawai'i funds 98 researchers, most of whom are part of JABSOM and the University of Hawai'i Cancer Center, the state's only medical school and cancer center, respectively.

12. The work done by the University of Hawai'i on NIH funded projects provides education, training, and research in Anatomy/Biochemistry/Physiology, Cancer Biology, Cancer Etiology/Epidemiology, Cell and Molecular Biology, Clinical Research, Data Science, Information and Computer Sciences, Library Sciences, Mechanical Engineering, Medicine, Nursing, Obstetrics/Gynecology, Pediatrics, Pharmacology, Public Health, Quantitative Health Sciences, Social and Behavioral Sciences, and Tropical Medicine.

13. The University of Hawai'i provides considerable employment benefits to Hawai'i's economy in the Science, Technology, Engineering, and Mathematics ("STEM") workforce. In 2021, OVPRI commissioned the Economic Research Organization at the University of Hawai'i (UHERO) to produce a report on the economic impact of the UH on the state. Based on data from fiscal year 2020, the UHERO report provided a much-needed and clear snapshot of how UH research-related spending, whether direct, indirect, or induced, contributes to Hawai'i's economy. By using similar trends, the increase in UH research-related expenditures to $607.3 million in FY 2024 resulted in: $935.9 million in total business sales, $301.6 million in total employee earnings, $52.4 million in total state tax revenue, and 6,919 jobs supported.

**Typical Timeline and Processes for NIH Grant Awards**

14. The Office of Research Services at the University of Hawai'i works with researchers to submit and track grant applications and awards.

15. Based on my work as the Vice President for Research and Innovation, I have an understanding of the NIH grant process based on my 12 years in the role and 32 years as a funded investigator.

16. NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity ("NOFO"). From there, they are assigned to a "study section" where the grant application is subjected to peer review and judged on its scientific merit. The grant application is then given a score. If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.

17. What constitutes a fundable score is dependent on several factors, as every institute or center is different. Some publish paylines, meaning the percentiles of grants they will fund, and some do not. Paylines range from 8-20%. Most of the standing study sections result in an impact score and percentile for each proposal. Still, many others (special emphasis and non-CSR) will only result in an impact score without a percentile. Program officers have the latitude to recommend proposals with higher scores/percentiles to balance portfolios and meet specific directives. Generally, researchers would consider a percentile less than 10% as guaranteed to receive funding.

18. After the study section, the grant application is sent to an "advisory council" where the ultimate decision on whether or not to fund the grant is made. After the advisory council meets, a Notice of Award is issued confirming if the grant will be funded.

19. The process for competitive renewals is very similar, but it is even more consistent for a grant that has been funded in the past to be renewed.

20. The budget process at the University of Hawaiʻi relies upon the NIH grant application, review, and approval cycle. Historically, we have relied on grants being reviewed and scored within 4 to 5 months of submission.

21. Once a grant receives a score, schools and colleges within the University of Hawaiʻi can consider whether to include the funding coming from that grant as part of their budget for the coming year.

**Delays and Irregularities in the Processing of NIH Grant Applications**

22. Since late January 2025, the University of Hawaiʻi has seen unusual delays in processing NIH grant applications. Researchers have had their grant application study sections and advisory councils canceled or otherwise not scheduled, and grant application scoring has been significantly delayed. As of April 12, 2025, some NIH study sections have been scheduled, but the delays will impact timing and budgeting as noted below.

23. The University of Hawaiʻi has not received formal notice of changes for many of these grants. For others, the University of Hawaiʻi has received only a notification that proposals are "paused" or "under review."

24. As of March 30, 2025, the University of Hawaiʻi has approximately 65 proposals awaiting NIH study section review.

25. As of March 30, 2025, the University of Hawaiʻi has 31 proposals that received fundable scores, awaiting NIH advisory council and Notice of Award.

26. As of March 30, 2025, the University of Hawaiʻi has 39 proposals that received possibly fundable scores, awaiting NIH advisory council and Notice of Award.

**Terminations of NIH Grants**

27. Since March 21, 2025, the University of Hawai'i has had three NIH grants terminated, not including subawards from other NIH-funded institutions.

28. These terminations will result in the loss of approximately $403,000 in research money to the University of Hawai'i, assuming all funding for each grant is lost.

29. The University of Hawai'i is also a site for the NIH RECOVER Initiative: A Multi-site Observational Study of Post-Acute Sequelae of SARS-CoV-2 Infection in Adults, the grant for which New York University, as the prime awardee, received a termination notice on March 24, 2025. If the University of Hawai'i's subaward is terminated, this would result in significant losses to UH of multiple hundreds of thousands of dollars. Additionally, based on notifications from Columbia University, two subawards from Columbia University have been terminated: (1) the long-term Diabetes Prevention Program Outcomes Study (DPPOS), which examines links between the highly common prediabetes and type 2 diabetes and Alzheimer's disease-related dementias, and studies on the impacts of diabetes prevention on cancer, heart disease, stroke, nerve damage, kidney disease, and eye disease and (2) the obesogenic origins of maternal and child metabolic health involving dolutegravir (ORCHID), which conducts specialized metabolic analysis for pregnant women living with HIV who are enrolled in this study.

30. The termination notices for the three grants terminated by NIH have provided very little to explain the termination, instead noting that the research no longer "effectuates agency priorities." In my decades working at the University of Hawai'i, I have not seen this language previously used to cancel grants.

31. The termination notices have also stated that there is no corrective action that can be taken to ensure the grant aligns with agency priorities. However, prior to receipt of the terminations, the University of Hawaiʻi had not been given notice of any opportunity to submit any "corrected" grant materials to align with agency priorities. Nor was the University of Hawaiʻi provided any updated "agency priorities" with which its research must align.

32. The three terminated grants, which are based at JABSOM and Cancer Center, are further described as follows:

(1) JABSOM's Minority Health Research Training (MHRT) T37 program, which has been continually funded for 12 years, engages undergraduate, post-baccalaureate, and graduate students from any discipline in national or international mentored research projects in tropical medicine, infectious diseases, community research, chronic disease, aging, substance abuse prevention and other high priority research topics. The T37 training programs are designed to help train the next generation of scientists from underrepresented backgrounds in science. The one-year training program includes mentoring and in-country training in locales throughout Asia, the Pacific, and Africa. MHRT has successfully trained students to pursue graduate and professional degrees with 66% of trainees pursuing graduate or professional studies, and one third (33%) who have earned doctoral level degrees, and are now working in the biomedical sciences practicing in their respective fields (e.g., academic faculty, physician, pharmacist). About 25% attend medical school.

(2) JABSOM's "Evaluating HPV Vaccination Uptake Barriers and its Efficacy in PLWH" is a diversity supplement to the parent RCMI Specialized Center grant, Ola HAWAII. Because cancer caused by the human papillomavirus (HPV) can often be

prevented, this study examines how to increase proactive treatment in patients with pre-existing immune compromise (i.e., individuals living with an HIV infection). The early-stage investigator first developed a test that detects antibodies to the HPV types covered in the 9-valent HPV vaccine, along with three other high-risk types that cause cancer. The study seeks to help at-risk patients accept treatment from their physicians. The study will also examine the effectiveness of such treatment in raising antibody levels against HIV and preventing clinical evidence of cancer in this at-risk population. If successful, the approaches used in this study can help inform treatment guidelines to prevent numerous cancers caused by this virus.

(3) Cancer Center's "Longitudinal Study of Early NAFLD Progression and the Gut Microbiome in Asian Americans, Native Hawaiians and Whites" is a diversity supplement to the parent NIMHD grant. The study aims to provide evidence for the temporal relationship of the gut microbiome with the progression of non-alcoholic fatty liver disease (NAFLD) through population-based longitudinal studies. Findings may be used to inform novel targeted intervention strategies to prevent NAFLD progression and, ultimately, reduce liver cancer burden in multiple populations.

**Comparisons Across Administrations**

33.     In prior years, under both Democratic and Republican administrations, our institution never experienced this volume of unexplained delays or procedural breakdowns.

34.     Renewals were routine and predictable. This year, even long-standing, high-performing programs are in limbo.

35.     Terminations were exceedingly rare and followed due process. The current approach is without precedent in our experience.

**Impact on Institutional Operations**

36. The University of Hawai'i is starting the process to request new faculty positions and budgeting for Fiscal Year 2025-26. The uncertainty of whether a continuation award will be funded directly impacts the rest of that faculty member's department budget, the distribution of teaching workload among the entire department, and the ability to hire additional faculty, teaching assistants, and graduate assistants.

37. The MHRT grant termination has forced us to implement bridge funding for impacted students, drawing from limited discretionary resources. However, upon information and belief, such bridge funding is temporary and in no way represents a sustainable solution. As of April 12, 2025, UH has implemented bridge funding of approximately $18,000 to cover the remainder of student payroll through the end of the academic year. Additionally, upon information and belief, $33,000 of departmental tuition funds are being used to support a faculty member and staff who previously received funding under a terminated grant. This prevents using these funds for any other purpose, including expanding the department's core instructional mission.

38. For currently funded awards where start-up funding or institutional support was committed, we will withhold future payments until there is more certainty on the awarding of already-appropriated funds (i.e., non-competitive renewal). We will likely pause offering start-up packages as the indirect cost recovery amounts are the source of bridge funding through employee termination, if no other funding sources are available. Upon information and belief, long-term use of non-federal funding is simply not a viable option. Upon information and belief, employee terminations will be necessary if federal funding does not materialize. The JABSOM has stopped recruitment for a permanent Associate Dean for Research. The funding uncertainties

have impacted offers for two clinical department chair searches, with both positions being critical for maintaining medical school accreditation. For other faculty recruitments in process, the delays and uncertainties of NIH funding limits our ability to offer start-up funding, which may result in those positions remaining unfilled.

39. As of April 12, 2025, JABSOM researchers, funded by 18 awards, are awaiting their notice of awards (NOAs) for budget periods that start April 1-May 1, 2025. This is well behind schedule of when these grants would typically be awarded, so, upon information and belief, JABSOM is facing the edge of a funding precipice. This tranche of awards includes two large infrastructure grants totaling about $13 million for the next budget year, will partially or fully employ more than 40 employees, including graduate students. Upon information and belief, use of alternative sources of funding for these employees is simply not a sustainable solution to replace delayed or lost funding of this magnitude. Major grants in "pending" status include the Centers of Biomedical Research Excellence (COBRE) Diabetes Phase II, which supports the Diabetes Research Center, which promotes basic science and translational research across the University of Hawaiʻi and at one of our largest affiliated health systems. People living in Hawaiʻi and the Pacific Islands have higher rates of pre-diabetes and diabetes compared to other populations living in the continental U.S. Additionally, Native Hawaiian and Pacific Islander populations have worse health outcomes from diabetes, including stroke and advanced heart disease. The other large grant pending its NOA is the Hawaiʻi IDeA Networks for Biomedical Research Excellence (INBRE), in its 23rd year of funding. The Hawaiʻi INBRE focuses on research training, career development, and enhancement of investigators, postdoctoral fellows, and undergraduate students of the R1 institution (University of Hawaiʻi at Mānoa), two primarily undergraduate institutions, and five community colleges across the state. This network

provides opportunities for advanced undergraduate student research experiences across institutions and supports a state-of-the-art Data Sciences core to provide cutting-edge services to our INBRE students and investigators at all stages of development. Importantly, the Hawai'i INBRE's Developmental Research Project Program for investigator support and development strengthens community college faculty members' capacity to conduct advanced research and mentor undergraduate students. Due to NIH delays, this INBRE program is currently being paid through an advance account, but payment in this manner or through other sources, upon information and belief, is not sustainable.

40.     As of April 12, 2025, another 16 NIH awards, which include two large infrastructure grants, are awaiting review of their non-competitive renewal applications and receipt of their notice of award for the budget period starting June 1, 2025. This second tranche of NIH grants totals about $9 million for the next budget period and partially- or fully employs more than 80 people, including graduate students. Delays in or loss of this funding will jeopardize these positions, as there are currently no alternative sources to fund these positions sustainably, upon information and belief. One large infrastructure grant, the NIH Research Centers in Minority Institutions (RCMI) Specialized Center, Ola HAWAII, partners with other federally funded research and education programs across the University of Hawai'i at Mānoa to conduct biomedical (basic sciences), behavioral, and community-based research projects that target the highest priority health needs of medically underserved communities in Hawai'i. A major component of Ola HAWAII leverages other federally funded infrastructure grants to provide programmatic activities that enhance the career development of early-stage investigators, with an emphasis on enhancing their progress to become independent investigators. Faculty and post-doctoral fellows participate in these mentoring bootcamps, which include a unique focus on

health policy and community-based participatory research with Native Hawaiian, Pacific Islander, and Filipino communities. The diaspora of these populations spans the entire US and most of its territories. Hence, researchers from other states participate in this training since they lack the capacity to design research projects that can be maximally effective in these populations. Ola HAWAII funding fully or partially employs 67 people and provides subawards to experienced community partners and community principal investigators on Oʻahu and Maui. The Pacific Center for Genome Research (PCGR) is the other large infrastructure grant in this tranche awaiting timely review of non-competitive renewal applications and receipt of the NOA before May 31, 2025. The PCGR aims to grow and support the genomic research workforce at the University of Hawaiʻi at Manoa, a goal that has been identified as a high priority in the state, including by the two largest health systems in Hawaiʻi. The PCGR activities enhance all career levels of undergraduate students, master's and PhD students, postdoctoral fellows, and junior faculty members. The INBRE and PCGR activities focus on undergraduate and graduate students through broad categories of science that improve understanding of chronic diseases that afflict millions across the US. The COBRE programs and Ola HAWAII focus on cardiovascular diseases (diabetes, heart disease, obesity) and other high-need, high-impact research topics by building the next generation of independent basic science, translational research, public health, nursing, and clinical researchers. These infrastructure grant programs further leverage federal and state dollars by actively contributing to large national networks of scientists whose work improves population health in their communities and contributes to scientific advances and a workforce that benefits all populations in the United States.

41.  Additionally, a total of 28 faculty, early-stage investigators, staff, and ten graduate students are funded on indirect cost recovery accounts at JABSOM, totaling about

$835,000. These personnel include JABSOM's entire research administrative support office, some faculty and staff working to support shared services and cores that are critical to biomedical research across the University of Hawai'i at Mānoa, and projects developing improved undergraduate, graduate, and professional student support services. Such positions depend on continued NIH grant funding, as no viable alternative exists to fund these positions sustainably. Delays of or loss in funding jeopardizes such positions and programs that are critical to the University of Hawai'i at Mānoa as a whole.

42. As of April 12, 2025, Cancer Center researchers have seen delays and uncertainty concerning several NIH awards, including most significantly a grant renewal pending for a U54 application, Pacific Island Partnership for Cancer Health Equity (PIPCHE), that received a priority score. This grant renewal has a start date of September 1, 2025, and a total award in year 1 of $1,931,931, and $9,479,508 over five years, but, upon information and belief, the applicable Request for Applications (RFA) was taken down by NIH, which strongly evidences that this long-term grant is now coming to an end, or minimally that there will be delays that will lead to large and immediate funding shortfalls that the University of Hawai'i will not be able to cover for any sustainable period. Upon information and belief, the end of this more than twenty-year program will have catastrophic effects on the employment and prospects of the 35 Cancer Center faculty, staff, and graduate students supported by this grant and the populations served through this grant. Since 2003, the Cancer Center and the University of Guam (UOG) have worked in partnership through PIPCHE to explore the reasons behind significant cancer health disparities among Pacific Islanders in Hawai'i, Guam, and the neighboring U.S. Affiliated Pacific Islands (USAPI). This partnership is one of only 15 NCI-sponsored partnerships that support cancer research capacity building at minority-serving institutions and collaborative

research addressing cancer health disparities and their impact on underserved and socio-economically disadvantaged populations. The partnership addresses cancer health disparities through research, research education, and community outreach and engagement. Again, upon information and belief, there is no viable option to support these employees and the services they provide through other sources of funding on a long-term sustainable basis. Any bridge funding that might be provided to soften the landing of employees will not be a long-term solution.

**Effect on Public-Facing or State-Supported Programs**

43. The loss of the NIH RECOVER initiative impacts the comprehensive, coordinated care that patients suffering from long-term consequences receive. Patients with long COVID, who do not receive care in specialized multidisciplinary clinics, often experience delays in diagnosis and evidence-based treatments. Additionally, research results from the RECOVER initiative have led to an understanding of some mechanisms of illness, resulting in recently launched clinical trials to help with treatment or symptom reduction.

44. Termination of JABSOM's pilot study "Evaluating HPV Vaccination Uptake Barriers and its Efficacy in PLWH" has severely impacted a population at high risk for significant illness caused by having HIV infection, which reduces the body's ability to clear the human papillomavirus (HPV), which is known to cause cancer of the cervical, anus, and posterior tonsils. Being unable to naturally kill the HPV virus places patients living with HIV at higher risk for developing HPV-related cancer. This research project was scheduled to recruit 50 men and women patients, conduct screening and biological sampling to determine what types of HPV patients have been exposed to, which identifies their risk level for developing cancer. Upon information and belief, this study is the main option for patients in Hawai'i to find out if they are at high risk for developing anal cancer, and patients who participate in this study have access to

tests that are not available to patients in a clinical setting. Upon information and belief, there are no other options in a clinical setting in Hawaiʻi for this type of important screening and additional testing. Upon termination of the grant, the study was forced to shut down and cancel patient visits. Accordingly, individuals at very high risk for developing anal cancer are not receiving these critical screenings and additional testing, and, upon information and belief, as they have no other options available to them in Hawaiʻi, face a severe impact on their health.

**Admissions, Training and Workforce Disruptions**

45. The University of Hawaiʻi uses information regarding NIH grant applications and award rates to inform its admissions process at the graduate student level.

46. NIH training grants, including T32 and F31 mechanisms, have been affected by review and award delays. These training grants are designed to provide resources to institutions, enabling them to train individuals in specific shortage areas (T32 grants) and support predoctoral dissertation research through F31 grants. Certain training mechanisms aiming to increase the science workforce to include many groups traditionally underrepresented in science and medicine, as defined by the National Science Foundation, the Americans with Disabilities Act of 1990, and based on financial and educational backgrounds, are also being targeted for termination (T34) or will not be renewed (MOSAIC K99/R00) at the end of this funding year. These training mechanisms are highly competitive and reviewed for scientific rigor, in the same manner as all NIH proposals. Notably, the Maximizing Access to Research Careers (MARC) program has also been terminated, with this to be the last funded year for all MARC grants across the country. At the University of Hawaiʻi, the MARC program funded a portion of the program staff, a graduate student, and six undergraduates in a two-year cohort, covering 60% of their tuition and a monthly stipend. As the MARC program is ending, these are concrete losses moving forward.

Loss of these training grants severely impacts the health and science workforce in our state, which suffers higher burdens of chronic diseases and environmental factors that increase the risk of developing chronic diseases.

47. This instability is affecting the recruitment and retention of quality research trainees. The inability to retain quality research trainees will continue to affect the research capabilities of the University of Hawai'i, including limiting the individuals qualified to conduct certain research. UH received notice that the highly competitive, high-value MOSAIC Pathways to Independence awards (MOSAIC K99/R00) is ending at the end of this funding period, and JABSOM has three such awards.

**Concerns About FY25 Funds Being Obligated**

48. We are increasingly concerned that NIH will not be able to process and obligate FY25 funds by the end of the fiscal year in September.

49. Several major proposals from our institution remain stuck at preliminary review stages, with no indication that the required advisory reviews or notices of award will occur in time.

50. Our research administration staff have received informal feedback from NIH indicating that certain topic areas are being slowed due to "heightened scrutiny" or "internal concerns."

**Irreparable Harm**

51. The delays have disrupted ongoing research and set back the University of Hawai'i for research going forward. Funding gaps have forced researchers to abandon studies, miss deadlines, or lose key personnel. This is despite the interim funding measures being taken

by UH to keep certain research going for now. UH has had to plan which of these valuable programs to continue with limited funds.

52.  Some of these studies involve clinical trials for life-saving medications or procedures, and their closure would endanger the lives of patients. The NIH RECOVER initiative learns about the long-term effects of COVID. Thus far, all 110 Hawai'i participants suffering from long-term health conditions have not recovered after two years. Research understanding some of the mechanisms has improved to the point where clinical trials are being launched to help with treatment or symptom reduction. Some of these studies involve the use of animal test subjects, all of which would need to be terminated due to loss of funding.

53.  Delays have also disrupted research with the education of our community partners, which is critical to ensure our research is highly relevant. The results will be utilized by the populations we work with and influence health policy. Grant terminations and delays greatly reduce student opportunities, which impact the next generation of scientists and physicians.

54.  There is no way to make up for the lost time, the loss of research continuity, and the loss of training value for our current students.

## Conclusion

55.  The breakdown in NIH processes affects institutional operations, planning, and population health partnerships. Terminations and delays without explanation or remedy undermine confidence in the system and research, in general. These harms are ongoing and, in many instances, irreparable.

Executed on April 13, 2025 at Honolulu, HI.

Vassilis L. Syrmos, Ph.D.