EXHIBIT 18

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., | |
| *Plaintiffs,* | |
| v. | No. 1:25-cv-_____ |
| ROBERT F. KENNEDY, JR., et al., | |
| *Defendants.* | |

## DECLARATION OF DR. DARRYLL J. PINES

I, Dr. Darryll J. Pines, hereby declare:

1.     I am President of the University of Maryland, College Park ("UMCP"), a constituent institution of the University System of Maryland ("USM"), the State of Maryland's public system of higher education. This is a position I have held since 2020. As President, I have statutory responsibility and accountability to the USM's governing board, the Board of Regents, for developing the mission and successful conduct of UMCP and for the supervision of each of UMCP's schools and colleges. Prior to holding this position, I was Dean of the A. James Clark School of Engineering at UMCP, a position I held for 11 years.

2.     As UMCP's President, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff, including Dr. Gregory Ball, UMCP's Vice President for Research, other campus research administrators, and faculty members who serve as Principal Investigators on various NIH awards.

1

3.    I submit this Declaration in support of the States' Motion for Temporary Restraining Order.

**Background**

4.    UMCP is the State of Maryland's flagship research university and is ranked by *Forbes* as #12 in the United States among public universities. UMCP enrolls over 40,000 students across twelve schools and colleges and an interdisciplinary Graduate School and offers over 300 degree programs. UMCP is a global leader in numerous areas of study, including mathematics, computer science, health, data science, climate science, and more. UMCP, along with its sister institution, the University of Maryland, Baltimore ("UMB"), engages in cross-cutting research that highlights the intersection of engineering, computer science, AI, and medicine. As one of the nation's leading research universities, UMCP is well positioned to advance and translate public health knowledge to improve health and well-being. Faculty and students are involved in a broad range of scientific endeavors and research centers whose focus spans from the cellular to the societal. UMCP's laboratories and research programs rely, in part, on NIH funding to make a difference in critical areas, such as understanding how respiratory viruses spread through air, climate change's impacts on health, physical activity's benefits to aging brains, innovative approaches to treating cancer, and advancing health equity, among others.

5.    UMCP's research is supported by several different federal agencies. UMCP's extramural funding totaled over $703 million in State Fiscal Year (FY) 2024, including $68 million in funding awarded directly by the NIH and $9 million in funding awarded on a pass-through basis from the NIH.

6.    I am providing this declaration to explain the impacts on UMCP of NIH's delays and/or cancellations of study sections and advisory council meetings and its terminations of grants.

7.      NIH's abrupt cessation of NIH advisory council meetings in February 2025 has created a situation in which grant proposals due for funding have remained unfunded indefinitely. These are grants that had previously been evaluated by the relevant scientific peer-review committee or "study section" (also known as scientific review group or initial review group) and given a priority score (based on scientific merit) that traditionally is within a range that would result in the awarding of the grant funds. These ranges are based on the recent history of similar grants funded by the same institute/center within NIH.

8.      The NIH meeting blockade has severely and negatively impacted a number of colleges and researchers across the UMCP campus.  Ongoing research, planning and implementation of new research projects as well as the recruitment of new graduate students and postdoctoral fellows are impacted.  These negative impacts are unique and have the potential for longstanding harm to the UMCP research enterprise, and to the collective biomedical and public health research of the State of Maryland and the United States.

### Reliance on NIH Funding

9.      In FY 2024, UMCP received funding through the National Institutes of Health ("NIH") to support 148 projects, totaling over $68 million.

10.      UMCP receives NIH grants from a variety of institutes within the NIH, including the National Cancer Institute, National Eye Institute, National Heart, Lung, and Blood Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis & Musculoskeletal & Skin Diseases, National Institute of Biomedical Imaging & Bioengineering, National Institute of Child Health and Human Development, National Institute of Dental & Craniofacial Research, National Institute of Diabetes & Digestive & Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences,

National Institute of Mental Health, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health & Health Disparities, and Office of the Director.

11.     Through those NIH grants, UMCP funds 589 employees engaged in the research enterprise.

12.     The work done by UMCP on NIH-funded projects provides education and training in Biomedical Engineering, Chemical Engineering, Civil Engineering, Electrical Engineering, Mechanical Engineering, Agriculture, Biology, Public Health and Health Sciences, Neuroscience, Chemistry, Psychology, and Human Development and Quantitative Methodology. UMCP contributes to a highly skilled workforce in Science, Technology, Engineering and Mathematics ("STEM") fields, benefiting the Maryland economy.

**Typical Timeline and Processes for NIH Grant Awards**

13.     NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity.  From there, they are assigned by the Center for Scientific Review to an institute or center with a program interested in funding the proposal and to a study section where the grant application is subjected to peer review and judged on its scientific merit. The study section evaluation is separate and occurs before the assessment by the institute or center. The grant applications in the upper 50% of applications are then given a score by the review panel. If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded. The final funding decision is made by the advisory council or board in the institute or center to which the grant has been assigned for support.

14.     What constitutes a fundable score is dependent on several factors and differs across institutes and centers. Some publish paylines, meaning the percentiles of grants they will fund. Typically, paylines range from 8-20%. Most of the standing study sections result in an impact score and percentile for each proposal, but many others result in an impact score but not a percentile. Program officers have the latitude to recommend proposals with lower/higher scores/percentiles in order to balance portfolios and meet specific directives. Generally, researchers would consider a percentile score of 10% or less as nearly certain to receive funding.

15.     After the study section, the grant application is sent to an "advisory council" that each institute or center maintains where the ultimate decision is made on whether to fund the grant. After the advisory council meets, a Notice of Award is issued confirming whether the grant will be funded.

16.     The process for competitive renewals of funded proposals is similar.  The budget process at UMCP relies upon the NIH grant application, review, and approval cycle.  Historically, UMCP has relied on grants being reviewed and scored within 6 to 8 months of submission.

17.     Once a grant receives a score,  UMCP can consider whether the funding impacts its budget for the coming year.

**Delays and Irregularities in the Processing of NIH Grant Applications**

18.     Since late January 2025, UMCP has seen severe and unprecedented delays in the processing of NIH grant applications. Researchers have had their grant application study sections and advisory councils canceled (in some cases, multiple times), or otherwise not scheduled, resulting in significant delays to grant application and scoring. For example, interruptions in NIH grant notices and reviews for UMCP's School of Public Health have impacted 9 pending NIH grant submissions on which UMCP is the prime recipient, plus four involving UMCP as

subrecipient, totaling 13 pending actions. Principal investigators associated with 2 of 9 submissions were informed that their submissions were pulled from study section review until NIH priorities are realigned. UMCP's College of Behavioral and Social Sciences also has 9 pending grant applications (7 involving UMCP researchers under prime awards, 2 under subawards) awaiting a review date. Three have been postponed with no proposed future date; the others have been moved or postponed to April. In July 2024, UMCP's College of Education submitted a competitive application for continuation of a longitudinal award, the Bucharest Early Intervention Project. The proposal was reviewed by the Child Psychopathology and Developmental Disability study section in October 2024, where it received a score of 12th percentile. Initially, the National Institute of Mental Health Advisory Council was to meet in January 2025, but that meeting was cancelled. It was rescheduled twice (February and March) and cancelled both times. It is now scheduled for May 10, 2025.

19. UMCP has not received formal notice of changes for many of these grants. For others, UMCP has received only a notification that proposals are "paused" or "under review."

20. As of March 29, 2025, UMCP has approximately 200 pending proposals to NIH totaling approximately $354 million.

21. The NIH meeting blockade will severely hamper UMCP's effort to leverage its NIH support to expand the collaborative partnership with the UMB School of Medicine through the newly established St. John Center for Translational Engineering and Medicine ("CTEM"). The CTEM is a collaboration uniting UMCP's A. James Clark School of Engineering's Fischell Department of Bioengineering with UMB's School of Medicine. NIH-funded investigators from both campuses would work at the center supporting the basic science infrastructure. Together, researchers from these distinct disciplines would tackle a broad spectrum of generational health

6

challenges and drive medical innovations that benefit patients in Maryland and beyond. The current blockade of grant reviews means this CTEM collaboration will be delayed or potentially halted, with over $7 million in research funding at risk for State FY24.

### Terminations of NIH Grants

22.     Since March 20, 2025, UMCP has received termination notices from NIH with respect to nine grants.

23.     The termination notices received as of the date of this declaration are attached as Exhibits 1-14.[1]

24.     These terminations will result in the loss of approximately $1,000,000 in obligated research funding to UMCP.

25.     The termination notices for these grants provide very little information to explain the terminations, stating only that the research no longer "effectuates agency priorities."  In the last 30 years of research administration, UMCP has not seen this language previously used to terminate awards.

26.     The termination notices have also stated that there is no corrective action that can be taken to ensure the grant aligns with agency priorities. Prior to receipt of the notices, UMCP was not given notice of any opportunity to submit any "corrected" or amended grant materials to align with agency priorities, nor was UMCP advised of any updated "agency priorities" under which its research would be judged.

27.     Two of the terminated grants for which UMCP was an awardee include:

    a.     Research to estimate developmental trends in the prevalence of alcohol use and misuse across groups defined by sexual orientation and gender identity and the intersections of these identities with race/ethnicity, and to explore how sexual and

---

[1] UMCP email addresses and telephone numbers have been redacted from the exhibits to this declaration.

gender minorities specific and normative adolescent factors collectively shape alcohol use and misuse among sexual and gender minority youth.

b. Research that uses a combination of longitudinal and daily diary methods to examine the prospective associations between intersectional stress, structural oppression, protective and risk factors, and alcohol and other drug use over a 2.5-year period among sexual minority youth of color.

28. Terminated awards where UMCP where subawards that included:

a. Research studying the late diagnosis of autism and how the current diagnostic measures can be improved to be more sensitive to individual characteristics. The termination of this project significantly harms the national and global community of people with autism and their families.

b. Research performing a need assessment for those who suffer biological disorders in sex development (known to be intersex). The termination of this project significantly harms the intersex population, leaving them unacknowledged and untreated.

## Comparisons With Past Experience

29. In prior years, under both Democratic and Republican administrations, our institution never experienced this volume of unexplained delays or procedural breakdowns.

30. In past years, administrative actions and functions seemed to operate consistently and reliably, even through such disruptive events as the COVID-19 pandemic. This year, even longstanding, high-performing programs are in limbo.

31. Terminations were exceedingly rare and followed due process. The current approach is without precedent in our experience.

## Impact on Institutional Operations

32. In UMCP's School of Public Health, many faculty conduct research supported by the NIH, which includes funding for researchers and graduate assistants working on these projects. Previously, receiving a good score assured funding for the research, covering part of the principal investigator's salary and salaries of supporting personnel. Graduate assistants receive funding

8

commitments as part of their admission packages. Due to NIH funding uncertainty, researcher salaries and graduate assistants' stipends must be budgeted entirely from state funds, posing the risk that support faculty may face layoffs.

33.    Concerns related to risks of stop work orders and/or terminations of grants that support shared resources and facilities used by multiple faculty have deterred faculty from participation in multidisciplinary, multi-institutional efforts.

34.    Researchers in a university setting must plan their lab budgets and hiring 9 months to 1 year in advance, and for student hires they must plan to provide funding for at least 2 years to cover graduate degree activities. This long-term budget planning is related to the academic year and agency funding cycles. The uncertainty surrounding NIH funding and application processes is impacting researchers' ability to project costs and income, even for the next few months. Thus, the majority of the School of Public Health's departments are reducing doctoral student admissions by at least 50%. In the College of Education, the department most directly affected by uncertainty at NIH has also reduced its doctoral student admissions by 50%, and two doctoral student offers were not made because of the loss of NIH-funding.

35.    These delays have forced UMCP to implement bridge funding for dozens of faculty, drawing from limited discretionary resources. UMCP's School of Public Health has been forced to set aside approximately $50,000 to be used to potentially offset this loss of funding. Grant terminations in both the College of Education and the School of Public Health have made it necessary to redirect about $40,000 that could have been used to benefit other students, necessary research, and other activities. Similarly, the College of Behavioral and Social Sciences has had to set aside funds to offset the loss of NIH funding.

36.     UMCP may have to pause start-up funding for new hires whose research programs depend on timely NIH awards.

### Admissions, Training and Workforce Disruptions

37.     UMCP uses information regarding NIH grant applications and award rates to inform its admissions process, particularly at the graduate student level.

38.     Across the institution, UMCP has had to reduce its incoming class of graduate students due to uncertainty over incoming grant funding because of the delays in reviewing and awarding grants by NIH.  For example, the Bioengineering Ph.D. program is reducing the number of graduate students it will admit for fall 2025 from about 30 to about 15, due to uncertainty about the NIH grant review process. The Human Development program in the College of Education has reduced the number of graduate student admissions by 50%, due in part to uncertainty about NIH funding. In addition, the Department of Psychology has paused all recruiting for grant-funded research assistant positions given a lack of other institutional funding to support those positions should awards be terminated or not renewed.  Admissions to the Biological Sciences program and Neuroscience and Cognitive Science graduate programs have been curtailed severely to just around a fifth of what UMCP normally admits. This will have a severe ripple effect in future years, especially on junior faculty. An associate professor in Biology is unable to recruit graduate students because his NIH council meeting was delayed (his R01 research grant proposal was ranked in the top 1-percentile of all submissions).  Finally, the number of doctoral student offers was reduced by 50% in the Department of Human Development and Quantitative Methodology. This reduction was due to a combination of lost or threatened grant revenue and state budget cuts.

39.     NIH training/fellowship grants, including T32, R25, and F31 mechanisms, have been affected by review and award delays. These grants provide resources to institutions to train

individuals in certain shortage areas (T32 and R25 grants), and support predoctoral dissertation research (F31 grants). Recruitment for training programs tend to follow the academic year so delays of even 2 months on new awards and non-competing continuations may set a training program back by a full year.

40.     UMCP has international postdocs whose visa status is now at risk due to pending NIH awards that were expected to renew this spring.

41.     This instability is affecting the recruitment and retention of quality research trainees. The inability to retain quality research trainees will have continuing effects on the research capabilities of UMCP, including by limiting the individuals qualified to conduct certain research. Many units, especially research centers, have limited to no financial resources to provide bridge funding for delayed awards. As such, the University is beginning to issue notices of termination and non-renewal to research professors, research scientists, postdoctoral researchers, and other individuals who support cutting edge public health research.

### Concerns About FY25 Funds Being Obligated

42.     UMCP is increasingly concerned that NIH will not be able to process and obligate FY25 funds by the end of the fiscal year in September.

43.     Several major proposals from UMCP remain stalled at preliminary review stages, with no indication that the required advisory reviews or notices of award will occur in time. In some cases, reviews have been rescheduled or reassigned multiple times without explanation.

44.     UMCP personnel have heard from peer institutions and agency personnel that NIH is slowing the processing of proposals and awards about certain topic areas due to "heightened scrutiny" or "internal concerns."

11

**Irreparable Harm**

45.     The delays and grant terminations discussed above have disrupted ongoing research and have been a setback for research going forward. Funding gaps have forced researchers to abandon studies, miss deadlines, or lose key personnel. For example, one graduate assistant in the College of Education was supported by an NIH award that was abruptly terminated. The graduate assistant, who had been involved in the project for two years, was moved to another project but lost important experience in applied psychometric methods. It is uncertain whether funding will continue for the new project, so the student's learning gains will likely again be severely limited. The student will no longer have opportunities to attend conferences, write papers, and otherwise disseminate the findings from the NIH-funded grant work, all of which are important activities for professional learning and career advancement.

46.     Some of the studies involve the use of animal test subjects, and a loss of funding results in the loss of those animals, in addition to the loss of the potential scientific benefit and breakthroughs of those studies.

47.     Some of these studies had the potential to achieve breakthroughs which would have advanced public health but have now been disrupted.  One example is the Bucharest Early Intervention Project ("BEIP"), a landmark decades-long longitudinal study in child development. UMCP's application for continuation of the project is currently delayed at the advisory council level.  The BEIP supports the prevention of child neglect and the development of successful families in the United States and it has provided invaluable insights into how psychosocial neglect derails brain development, stress response systems and behavior. BEIP is a study about the effects of severe psychosocial deprivation experienced by children raised in institutions, in which half of these children were removed from institutions early in life and placed into families. They have

now been followed for more than two decades. BEIP findings have shown that even when children do not experience physical abuse, neglect can still have lasting consequences on their brain structure and overall health. And BEIP has identified the factors within the family that contribute to remediation of these early experiences. These findings are especially relevant to children in the United States who experience neglect, highlighting the need for effective policies and support systems to protect families, children and their well-being. As a result of the delay of approval to continue the project, expenditures are on hold and continued delay will result in significant negative impact to the project.

48.    Delays in the grant review process and termination of grants have also disrupted community services, student opportunities, and public programs for unknown reasons.  For example, a termination of an infectious disease grant and lack of support/uncertainty for support of infectious disease and vaccine research at the National Institute of Allergy and Infectious Diseases has resulted in reductions in the number of graduate students admitted for training in this area and work on a universal flu vaccine. Uncertainty in continued funding has resulted in the closing of a community health clinic and layoff of several staff. The funding focused on infectious disease. But non-communicable, chronic illnesses are prevalent in almost any community where infectious disease is prevalent. Thus, the clinic closure will result in long term chronic health impacts as a result.

49.    In many cases, there is no way to recover the lost time, research continuity, or training value once disrupted. In the example provided above, uncertainty surrounding the continuity of a student fellowship program has resulted in loss of preventive public health measures for the community as well as interruption in student work. If the funding is permanently

13

withdrawn, time toward earning a degree is lost and there will be no return on investment for funds spent to date.

50.     A summer undergraduate research program, funded continuously by NIH for many years, is also at risk and uncertain of its future. To date, 225 students have completed the program. The vast majority have or are finishing training for health professions serving communities or are on faculty at other universities. Long-term impacts will be felt by communities previously served by ending this pipeline of health care professionals.

51.     In another example of harm, a faculty member lost the opportunity to complete her work and contribute to co-authored publications regarding her research on the impacts of the late diagnosis of autism because the grant was terminated. The prime institution was relying on the UMCP faculty member to lead data analysis, so the results of any partial data collection will likely not be analyzed or disseminated. Thus, the researcher's efforts on earlier parts of the project (e.g., advising on study design) may have been wasted.

52.     A new assistant professor in Biology had his first solo NIH grant submission cancelled when the Request for Applications was withdrawn. Two Professors in the Department of Cell Biology and Molecular Genetics have a fundable research project (R01) from the National Institute of Allergy and Infectious Diseases at NIH that hasn't received funding due to the cancelation/postponement of an advisory council (now rescheduled for late April). This same issue has delayed funding of NIH exploratory/developmental research (R21) grants with outstanding scores for at least three other early career faculty. The cancellation and delay of NIH study sections for submitted and future grants has cast a pall on cutting-edge health and medical research, leading to restrictions on hiring and spending, further delaying progress.

**Conclusion**

53.    The breakdown in NIH processes is affecting institutional operations, planning, and public health partnerships. Terminations and delays with no explanation, justification or remedy are undermining confidence in the system. These harms are ongoing and, in many instances, irreparable.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of April, 2025, in College Park, Maryland.

Dr. Darryll J. Pines
President and Glenn L. Martin Professor of
Aerospace Engineering
University of Maryland College Park

15

EXHIBIT 1

3/21/25, 9:43 AM    University of Maryland, College Park Mail - Fwd: STOP WORK ORDER. University of Maryland Subaward 20820

Case 1:25-cv-10814-BEM    Document 77-18    Filed 04/14/25    Page 18 of 74



**EXHIBIT 1. 5R01HL165686**

Bridget Mullan

---

## Fwd: STOP WORK ORDER. University of Maryland Subaward 20820

Joeleen Grant-Paterniti                                                    Fri, Mar 21, 2025 at 9:11 AM
To: Bridget Mullan

---------- Forwarded message ----------
From: **Lehner, Kelly**
Date: Thu, Mar 20, 2025 at 6:23 PM
Subject: STOP WORK ORDER. University of Maryland Subaward 20820
To: Dyer, Typhanye (UMD)                          Joeleen Grant-Paterniti
Cc: Charurat, Manhattan                        SPA-Subteam                                    Kinsler, Tony
                            Brown, Tony                          Frankenfield, Jill

**UMB PI**: Manhattan Charurat

**Subrecipient PI:** Typhanye Dyer

**Title:**  Synergistic epidemics of non-communicable diseases, stigma, depression, and material insecurities among sexual and gender minorities living with HIV in Nigeria

Dear Subrecipient:

The University received notice from the US Government on March 20, 2025, that it has terminated award 5R01HL165686-03 in full, effectively immediately.

**This email serves as an immediate stop work order on the above referenced Subaward due to this notice.**

Further information regarding this matter will be provide shortly.

Kindly confirm receipt of this message at your earliest convenience.

Thank you for your cooperation.

Respectfully,

Kelly

Kelly Lehner

Assistant Director

*Sponsored Programs Administration*

Office of Research and Development
University of Maryland, Baltimore
620 West Lexington Street, 4th Floor

Baltimore, MD. 21201

# EXHIBIT 2

EXHIBIT 2.  R01HG012697



03/20/2025

Wendy Beaver
UNIVERSITY OF IOWA
nih@uiowa.edu


Dear Wendy Beaver:

Effective with the date of this letter, funding for Project Number 5R01HG012697-03 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 08/01/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs. Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls, on behalf of Deanna Ingersoll, Chief Grants Management Officer, National Human Genome Research Institute
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# EXHIBIT 3



**EXHIBIT 3. 5F32AA030194**

Danette Boone ███████████

---

## Grant Termination Notification
1 message

**Bulls, Michelle G. (NIH/OD) [E]** <michelle.bulls@nih.gov>          Fri, Mar 21, 2025 at 12:34 PM
To: "dboone14@umd.edu" ██████████████

 

3/21/2025

Danette Boone

Univ Of Maryland, College Park

████████████████

Dear Danette Boone:

Effective with the date of this letter, funding for Project Number 5F32AA030194-03 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 9/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340. [5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations in *USASpending.gov.[8]*

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S


Michelle G. Bulls, on behalf of Judy Fox, Chief Grants Management Officer, NIAAA

Director, Office of Policy for Extramural Research Administration

Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# EXHIBIT 4



ORA Mail (SHARED) ███████████

---

## NoA: 5F32AA030194-03 PI: Meg Bishop
1 message

---

**eraNotifications@mail.nih.gov** <eraNotifications@mail.nih.gov>          Wed, Mar 26, 2025 at 12:13 AM
To: ███████████

Grant Number: 5F32AA030194-03
Principal Investigator: Bishop, Meg
Project Title: Sexual orientation, gender identity, and alcohol use: A multi-method analysis of developmental differences and key mechanisms
Institution: UNIVERSITY OF MARYLAND
CFDA: 93.273
OC: 41013
PCC: AE FD
Award Issue Date: 03/25/2025
Grants Management Officer: Fox, Judy
Program Official: Freeman, Robert
Grants Specialist: Stringfield, Donna

***This is an automated notification - Please do not reply to this message.***

---

📄 **5F32AA030194-03-Noa.pdf**
221K

# EXHIBIT 5

**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

**Notice of Award**
FAIN# F32AA030194
**Federal Award Date**
03/25/2025

308472-00001

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF MARYLAND, COLLEGE PARK
3112 LEE BUILDING
COLLEGE PARK, MD 20742

**2. Congressional District of Recipient**
04

**3. Payment System Identifier (ID)**
1520710851A1

**4. Employer Identification Number (EIN)**
520710851

**5. Data Universal Numbering System (DUNS)**
790934285

**6. Recipient's Unique Entity Identifier**
NPU8ULVAAS23

**7. Project Director or Principal Investigator**
Meg  Bishop, PHD

mbishop3@umd.edu
917-817-7856

**8. Authorized Official**
Bridget Mullan
bmullan@umd.edu
301-405-8061

## Federal Agency Information

**9. Awarding Agency Contact Information**
Donna Stringfield

NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM
donna.stringfield@nih.gov
(301) 443-3851

**10. Program Official Contact Information**
Robert  Freeman
Health Scientist Administrator
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM
rfreeman@mail.nih.gov
301443-8820

## Federal Award Information

**11. Award Number**
5F32AA030194-03

**12. Unique Federal Award Identification Number (FAIN)**
F32AA030194

**13. Statutory Authority**
42 USC 288  42 CFR 66

**14. Federal Award Project Title**
Sexual orientation, gender identity, and alcohol use: A multi-method analysis of developmental differences and key mechanisms

**15. Assistance Listing Number**
93.273

**16. Assistance Listing Program Title**
Alcohol Research Programs

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $76,047 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $76,047 |
| **26. Project Period Start Date** 09/01/2022 – **End Date** 03/21/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $215,194 |

**28. Authorized Treatment of Program Income**

**29. Grants Management Officer - Signature**
Judy  Fox

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Research Fellowship Award



*NATIONAL RESEARCH SERVICE AWARD*
Department of Heath and Human Services
National Institutes of Health

NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM



**SECTION I – AWARD DATA – 5F32AA030194-03 REVISED**

**Principal Investigator(s):**
Meg  Bishop, PHD

**Award e-mailed to:** oraa@umd.edu

**Fellow's e-mail:**
Meg  Bishop mbishop3@umd.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIV OF MARYLAND, COLLEGE PARK in support of the above referenced project.  This award is pursuant to the authority of 42 USC 288  42 CFR 66  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Alcohol Abuse And Alcoholism of the National Institutes of Health under Award Number F32AA030194. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Judy  Fox
Grants Management Officer
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Institutional Allowance** | $12,400 |
| **Other** | $1,763 |

| | |
|---|---|
| **Stipends** | $61,884 |
| | |
| **Federal Direct Costs** | $76,047 |
| **Total Award** | $76,047 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $76,047 |
| **TOTAL FEDERAL AWARD AMOUNT** | $76,047 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 3 | $76,047 | $76,047 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1520710851A1 |
| **Document Number:** | FAA030194A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| AA | 8470473 | $76,047 |

**NIH Administrative Data:**
**PCC:** AE FD / **OC:** 41013 / **Released:** 2025-03-25
**Award Processed:** 03/26/2025 00:13:40 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5F32AA030194-03 REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm.

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5F32AA030194-03 REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain
references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that

some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) F32AA030194. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Fellowships that terminate early and awards in the final year are subject to NIH Closeout requirements. See Sections 8.6 and 11.2.11 of the NIH Grants Policy Statement Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final Federal Financial Report (FFR) (SF 425) on expenditures is not required for fellowships. NIH will close the fellowship using the last recorded cash drawdown level in the Payment Management System (PMS).

A Termination Notice is required in lieu of a final progress report. The termination notice must be submitted within 30 days of the termination date even if the fellow is not available for signature. In all cases, the information on the form must be verified by the sponsor and an institutional business official. The lack of timely and accurate information on this form could adversely affect data collected associated with aggregate NRSA support and the payback process. All Termination Notices for individual fellowships are required to be submitted electronically using the eRA Commons xTrain application.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

· Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
· For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
· HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's

expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
· For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

An individual's initial 12 months of NRSA postdoctoral support is subject to the payback service requirements of the authorization cited above.

Fellows are required to notify the awarding unit as soon as they are aware of any possible change in plans regarding their fellowship support.

**Childcare Costs**
If this award includes childcare costs of $3,000, the funds are restricted and may not be used for any other purpose without prior approval.

---

**SECTION IV –  AA SPECIFIC AWARD CONDITIONS – 5F32AA030194-03  REVISED**

**REVISION:** It is the policy of NIH not to prioritize gender identity.  Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  Therefore, this project is terminated. The University of Maryland (college Park) may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant. As stated in section III of this NoA, a termination notice is due within 30 days of the termination date.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

*************************************************

**STIPEND LEVELS**: Stipends must be paid in accordance with stipend levels established by NIH, which are based on a 12-month full-time training appointment. In the event of early termination, the stipend will be prorated per the amount of time spent in training, and NIH will issue a revised Notice of Research Fellowship Award.

No departure from the standard stipend provided by NIH under this fellowship award may be negotiated by the sponsoring institution with the fellow. This award reflects the stipend level currently in effect as stipulated in the April 23, 2024 NIH Guide Notice NOT-OD-24-104. (See https://grants.nih.gov/grants/guide/notice-files/NOT-OD-24-104.html)

**TERMINATION: This fellowship is entering its final year of support.**
NRSA policy requires the electronic submission of a Termination Notice (PHS 416-7) via the eRA Commons xTrain system immediately following the termination of support, whether support ends on the project period end date reflected on this Notice of Award or before the established end date if the fellow early terminates.

NOTE: As of January 1, 2011, the National Institutes of Health (NIH) requires the use of the eRA Commons xTrain system to electronically prepare and submit the PHS 416-7 Termination Notice for Kirschstein-NRSA fellowships. Paper termination notices will not be accepted. Paper submissions will be considered

noncompliant. To comply with this requirement, potential xTrain users are encouraged to review the training resources and instructions for using the system available on the eRA Commons page at https://www.era.nih.gov/erahelp/xtrain/

**INSTITUTIONAL ALLOWANCE**: The Institutional Allowance is awarded at the current amount stipulated in the April 23, 2024 NIH Guide Notice NOT-OD-24-104. (See https://grants.nih.gov/grants/guide/notice-files/NOT-OD-24-104.html)

Please be reminded, in accordance with the NIH Grants Policy Statement (http://grants.nih.gov/grants/policy/policy.htm#gps), if an individual fellow is not in a training status for more than 6 months of the award year, only one-half of that year's institutional allowance may be charged to the grant.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5F32AA030194-03 REVISED

**INSTITUTION**: UNIV OF MARYLAND, COLLEGE PARK

| Budget | Year 3 |
|---|---|
| Institutional Allowance | $12,400 |
| Other | $1,763 |
| Stipends | $61,884 |
| TOTAL FEDERAL DC | $76,047 |
| TOTAL FEDERAL F&A | $0 |
| TOTAL COST | $76,047 |

# EXHIBIT 6

 

March 21, 2025

Lindsay Lynch
Asian Community Health Coalition
█████████████████

Dear Lindsay Lynch:

Effective with the date of this letter, funding for Project Number 1OT2 OD035669-01 is hereby terminated pursuant to the terms of the OT award agreement. This letter constitutes a notice of termination.[1]

NIH has determined that a termination is in the Government's best interest, because this award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) awards and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[2] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities. To comply with the OT award conditions, the Division of Other Transactions Management will set up an official meeting to consultation to discuss the orderly closeout of the OT project.

Costs resulting from financial obligations incurred after termination are not allowable.[3] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[4]

---

[1] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[2] 2024 Policy Statement at IIA-156.

[3] *See* 2 C.F.R. § 200.343 (2024).

[4] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[5] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[6]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[7]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[8]


Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls
Director, Office of Policy for Extramural Research Administration, OER, NIH

---

[5] *See* 45 C.F.R. § 75.374.
[6] See 42 C.F.R. Part 50, Subpart D
[7] 11 *Id.* § 50.406(a)
[8] 12 *Id.* § 50.406(b)

# EXHIBIT 7

3/24/25, 3:26 PM — University of Maryland, College Park Mail - Fwd: Grant Termination Notification - GR012500/309588-00001

Case 1:25-cv-10814-BEM   Document 77-18   Filed 04/14/25   Page 39 of 74

**EXHIBIT 5. R01AA029989**

 UNIVERSITY OF
MARYLAND

Cathy Cuff ████████████

---

## Fwd: Grant Termination Notification - GR012500/309588-00001
1 message

**Dwayna K Dawkins** ████████████                          Mon, Mar 24, 2025 at 3:23 PM
To: Cathy Cuff ████████████

Award# GR012500/309588-00001
Add Time: Y/N - N
Add Money: Y/N - N
New Child Account Needed: Y/N -

Notes: (e.g. - adding time and money, there is cost share, special invoicing notes)

High Priority

This notification terminates this project. See department contacts below

Departmental Business Person - William (Bill) Liden ████████████
Chair Michael Dougherty ████████████
Dean  Susan Rivera ████████████

You can also include Rebecca Hunsaker ████████████

Thank you,

**Dwayna K Dawkins, M.S, M.A**
**Contract Administrator | Office of Research Administration**
University of Maryland | 7809 Regents Drive, 3112 Lee Bldg | College Park, MD 20742
████████████ | ████████████

---------- Forwarded message ---------
From: **Bulls, Michelle G. (NIH/OD) [E]** <michelle.bulls@nih.gov>
Date: Fri, Mar 21, 2025 at 12:35 PM
Subject: Grant Termination Notification
To: ████████████

 

3/21/2025

Bullock, Rose

Univ Of Maryland, College Park

████████████

Dear Bullock, Rose:

Effective with the date of this letter, funding for Project Number 5R01AA029989-04 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 5/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340. [5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.[8]*

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S
Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Judy Fox, Chief Grants Management Officer, NIAAA

Director, Office of Policy for Extramural Research Administration

Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# EXHIBIT 8

 UNIVERSITY OF **MARYLAND**

**ORA Mail (SHARED)** ███████████

---

## NoA: 5R01AA029989-04 PI: Ethan Mereish

**ORA Mail (SHARED)** ████████████                                        Tue, Mar 25, 2025 at 1:10 PM
Draft To: ████████████████

**Institutional Proposal Number:** 25042337

Thank you,

Office of Research Administration
University of Maryland
301-405-6269

---------- Forwarded message ---------
From: <eraNotifications@mail.nih.gov>
Date: Tue, Mar 25, 2025 at 12:07 AM
Subject: NoA: 5R01AA029989-04 PI: Ethan Mereish
To: ███████████████████

Grant Number: 5R01AA029989-04
Principal Investigator: Mereish, Ethan H.
Project Title: Long-term and Daily Associations among Intersectional Minority Stress, Structural Oppression, and Alcohol Use and Misuse among Sexual Minority Adolescents of Color
Institution: UNIVERSITY OF MARYLAND
CFDA: 93.273
OC: 41025
PCC: AE VD
Award Issue Date: 03/25/2025
Grants Management Officer: Fox, Judy
Program Official: Ruffin, Beverly
Grants Specialist: Zeigler, Kelvin

***This is an automated notification - Please do not reply to this message.***

---

 **5R01AA029989-04-Noa.pdf**
249K

EXHIBIT 9



**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

**Notice of Award**
FAIN# R01AA029989
**Federal Award Date**
03/25/2025

| | |
|---|---|
| **Recipient Information** | **Federal Award Information** |

**Recipient Information**

**1. Recipient Name**
UNIVERSITY OF MARYLAND, COLLEGE PARK
3112 LEE BUILDING
COLLEGE PARK, MD 20742

**2. Congressional District of Recipient**
04

**3. Payment System Identifier (ID)**
1520710851A1

**4. Employer Identification Number (EIN)**
520710851

**5. Data Universal Numbering System (DUNS)**
790934285

**6. Recipient's Unique Entity Identifier**
NPU8ULVAAS23

**7. Project Director or Principal Investigator**
Ethan H. Mereish, PHD
Associate Professor
emereish@umd.edu
301-405-5874

**8. Authorized Official**
Rose Bullock
bullockr@umd.edu
301-405-6177

**Federal Agency Information**
**9. Awarding Agency Contact Information**
Kelvin Zeigler

NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM
zeiglerk@mail.nih.gov
301-443-1119

**10. Program Official Contact Information**
Beverly Ruffin

NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM
beverly.ruffin@nih.gov
301-443-0281

**Federal Award Information**

**11. Award Number**
5R01AA029989-04

**12. Unique Federal Award Identification Number (FAIN)**
R01AA029989

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
Long-term and Daily Associations among Intersectional Minority Stress, Structural Oppression, and Alcohol Use and Misuse among Sexual Minority Adolescents of Color

**15. Assistance Listing Number**
93.273

**16. Assistance Listing Program Title**
Alcohol Research Programs

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 05/01/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a. Direct Cost Amount | $0 |
| 20 b. Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $729,606 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $729,606 |
| **26. Project Period Start Date** 05/10/2022 – **End Date** 03/21/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $2,165,921 |
| **28. Authorized Treatment of Program Income** Additional Costs | |
| **29. Grants Management Officer - Signature** Judy Fox | |

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*RESEARCH*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

**SECTION I – AWARD DATA – 5R01AA029989-04 REVISED**

**Principal Investigator(s):**
Ethan H. Mereish, PHD

**Award e-mailed to:** oraa@umd.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIV OF MARYLAND, COLLEGE PARK in support of the above referenced project. This award is pursuant to the authority of 42 USC 241 42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Alcohol Abuse And Alcoholism of the National Institutes of Health under Award Number R01AA029989. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F. The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Judy Fox
Grants Management Officer
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                                                    $75,295

| | |
|---|---|
| **Fringe Benefits** | $13,979 |
| **Personnel Costs (Subtotal)** | $89,274 |
| **Other** | $401,124 |
| | |
| **Federal Direct Costs** | $490,398 |
| **Federal F&A Costs** | $239,208 |
| **Approved Budget** | $729,606 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $729,606 |
| **TOTAL FEDERAL AWARD AMOUNT** | $729,606 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 4 | $729,606 | $729,606 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1520710851A1 |
| **Document Number:** | RAA029989B |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| AA | 8470415 | $729,606 |

**NIH Administrative Data:**
**PCC**: AE VD / **OC**: 41025 / **Released**: 03/24/2025
**Award Processed:** 03/25/2025 12:07:17 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R01AA029989-04  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01AA029989-04  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and
is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.
    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as
       those included in appropriations acts.
    c.   45 CFR Part 75.
    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy
       Statement, including addenda in effect as of the beginning date of the budget period.
    e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final
       progress report when applicable.
    f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain
references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the
definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH
awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor
should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that
some awards may have another classification for purposes of indirect costs. The auditor is not required to
report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-
research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than
the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01AA029989. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Version: 25 - 2/15/2024 9:51 AM | Generated on: 3/25/2025 12:57 AM

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – AA SPECIFIC AWARD CONDITIONS – 5R01AA029989-04 REVISED**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REVISION:** It is the policy of NIH not to prioritize gender identity.  Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  Therefore, this project is terminated. The University of Maryland (College Park) may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you

Version: 25 - 2/15/2024 9:51 AM | Generated on: 3/26/2025 12:07 AM

mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

*******************************************************************************

This award is issued in accordance with NIH FY24 Fiscal Policies (see NIH Guide Notice NOT-OD-24-109 at https://grants.nih.gov/grants/guide/notice-files/NOT-OD-24-109.html including salary limitations as indicated below.

**SALARY LIMITATION:** None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the applicable salary cap. Current salary cap levels can be found at https://grants.nih.gov/grants/policy/salcap_summary.htm.

The research supported by this award involves a population of **human subjects identified as "vulnerable".**  Investigators who conduct research involving vulnerable populations, including pregnant women, human fetuses and neonates, prisoners, or children must follow the provisions of the regulations in Subparts B, C, and D of 45 CFR Part 46, respectively, which describe the additional protections required for these populations (https://grants.nih.gov/policy/humansubjects/policies-and-regulations/vulnerable-populations.htm).

**INFORMATION:** This award includes funds awarded for consortium activity. Consortia are to be established and administered as described in the NIH Grants Policy Statement (see http://grants.nih.gov/grants/policy/policy.htm#gps).

**NIAAA DATA ARCHIVE (NIAAADA) DATA SHARING REQUIREMENT:** This award is subject to the data sharing guidance outlined in NOT-AA-23-002 (https://grants.nih.gov/grants/guide/notice-files/NOT-AA-23-002.html).

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R01AA029989-04 REVISED

**INSTITUTION:** UNIV OF MARYLAND, COLLEGE PARK

| Budget | Year 4 |
|---|---|
| Salaries and Wages | $75,295 |
| Fringe Benefits | $13,979 |
| Personnel Costs (Subtotal) | $89,274 |
| Other | $401,124 |
| TOTAL FEDERAL DC | $490,398 |
| TOTAL FEDERAL F&A | $239,208 |
| TOTAL COST | $729,606 |

| Facilities and Administrative Costs | Year 4 |
|---|---|
| F&A Cost Rate 1 | 54.5% |
| F&A Cost Base 1 | $438,914 |
| F&A Costs 1 | $239,208 |

# EXHIBIT 10



**EXHIBIT 6.  R01HD114134**

111 Michigan Ave NW
Washington, DC 20010-2916
ChildrensNational.org

March 21, 2025

Katie Kemmerer
University of Maryland
Office of Research Administration
3112 Lee Building, 7809 Regents Drive
College Park, MD 20742-5141

Re: TERMINATION - Cost Reimbursable Subaward Agreement regarding study titled "Equitable
    Measurement of Care Disparities and Needs in Intersex Youth/Youth with Variations in Sex
    Development" dated June 13, 2024
Contract Number: **30008154-05**

Dear Office of Research Administration:

This letter serves as notice that Children's Research Institute ("CRI") hereby terminates the above-referenced Cost Reimbursable Subaward Agreement ("Agreement") in accordance with the Agreement terms and provisions, **effective March 20, 2025**, pursuant to early termination of the Prime Award.

University of Maryland ("Subrecipient") agrees to provide all results and findings, data collected, generated or disseminated by Subrecipient to CRI to date of termination, and to return all confidential information to CRI.

If you have any questions, please don't hesitate to contact us via email subs@childrensnational.org.


Sincerely,

Nellie Falconett
Agreements Manager, Grants and Contracts
Children's Research Institute/Children's National Medical Center
1 Inventa Place, West Tower, Floor 3
Silver Spring, MD 20910

# EXHIBIT 11

EXHIBIT 7.  R01 MH138335



March 20, 2025

Stephanie Boman
The Ohio State University

████████████████

Dear Stephanie Boman:

Effective with the date of this letter, funding for Project Number 1R01 MH138335-01 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on January 1, 2025, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.

agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,


Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S
Date: 2025.03.20 17:02:10 -04'00'

Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer, National Institute of Mental Health
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

EXHIBIT 12

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE OF MENTAL HEALTH

**Notice of Award**
FAIN# R01MH138335
**Federal Award Date**
03/21/2025

## Recipient Information

**1. Recipient Name**
OHIO STATE UNIVERSITY, THE
1960 KENNY RD
COLUMBUS, OH 43210

**2. Congressional District of Recipient**
03

**3. Payment System Identifier (ID)**
1316025986A1

**4. Employer Identification Number (EIN)**
316025986

**5. Data Universal Numbering System (DUNS)**
832127323

**6. Recipient's Unique Entity Identifier**
DLWBSLWAJWR1

**7. Project Director or Principal Investigator**
CHRISTINA  DYAR, PHD (Contact)
Assistant Professor
dyar.13@osu.edu
614-688-0623

**8. Authorized Official**
Stephanie Boman
boman.18@osu.edu

## Federal Agency Information

**9. Awarding Agency Contact Information**
Lauren Nicole Cummings
Grants Management Specialist
NATIONAL INSTITUTE OF MENTAL HEALTH
lauren.cummings@nih.gov

**10. Program Official Contact Information**
Eric Rousseau Murphy

NATIONAL INSTITUTE OF MENTAL HEALTH
eric.murphy@nih.gov
(301) 443-9230

## Federal Award Information

**11. Award Number**
1R01MH138335-01

**12. Unique Federal Award Identification Number (FAIN)**
R01MH138335

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Bisexual adolescents' and young adults' risk for depression and suicidal ideation:
Developmental trajectories, risk and protective factors, and underlying mechanisms

**15. Assistance Listing Number**
93.242

**16. Assistance Listing Program Title**
Mental Health Research Grants

**17. Award Action Type**
New Competing (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
| --- | --- |
| **19. Budget Period Start Date** 01/01/2025 – **End Date** 03/20/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $815,881 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $815,881 |
| **26. Project Period Start Date** 01/01/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $815,881 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Theresa R. Jarosik

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



Notice of Award

RESEARCH
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF MENTAL HEALTH

---

**SECTION I – AWARD DATA – 1R01MH138335-01 REVISED**

**Principal Investigator(s):**
CHRISTINA DYAR (contact), PHD
Brian Feinstein, PHD

**Award e-mailed to:** NIHaward@osu.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to OHIO STATE UNIVERSITY in support of the above referenced project. This award is pursuant to the authority of 42 USC 241 42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Mental Health of the National Institutes of Health under Award Number R01MH138335. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Theresa R. Jarosik
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages**                                                    $200,422

| | |
|---|---|
| **Fringe Benefits** | $66,876 |
| **Personnel Costs (Subtotal)** | $267,298 |
| **Materials & Supplies** | $5,400 |
| **Travel** | $5,000 |
| **Other** | $66,000 |
| **Subawards/Consortium/Contractual Costs** | $231,432 |
| | |
| **Federal Direct Costs** | $575,130 |
| **Federal F&A Costs** | $240,751 |
| **Approved Budget** | $815,881 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $815,881 |
| **TOTAL FEDERAL AWARD AMOUNT** | $815,881 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $815,881 | $815,881 |

<u>Fiscal Information:</u>

| | |
|---|---|
| **Payment System Identifier:** | 1316025986A1 |
| **Document Number:** | RMH138335A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2025 |

| IC | CAN | 2025 |
|---|---|---|
| MH | 8022575 | $815,881 |

**NIH Administrative Data:**
**PCC**: B4-TBD / **OC**: 41021 / **Released**: 03/21/2025
**Award Processed:** 03/22/2025 12:10:33 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01MH138335-01  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R01MH138335-01  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and
is subject to the terms and conditions incorporated either directly or by reference in the following:

  a.  The grant program legislation and program regulation cited in this Notice of Award.
  b.  Conditions on activities and expenditure of funds in other statutory requirements, such as
       those included in appropriations acts.
  c.  45 CFR Part 75.
  d.  National Policy Requirements and all other requirements described in the NIH Grants Policy
       Statement, including addenda in effect as of the beginning date of the budget period.
  e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final
       progress report when applicable.
  f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain
references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the
definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH
awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor
should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that
some awards may have another classification for purposes of indirect costs. The auditor is not required to
report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-

research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01MH138335. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted

electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  MH SPECIFIC AWARD CONDITIONS – 1R01MH138335-01  REVISED**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REVISION #1**
**TERMINATION**
It is the policy of NIH not to prioritize research activities based on gender identity as it no longer effectuates agency priorities. Therefore, this project is terminated. OHIO STATE UNIVERSITY may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

SUPERSEDES NOTICE OF AWARD ISSUED 12/23/2024.

---

## AWARD NOTICE:

This award has been made in response to the application submitted under the Notice of Funding Opportunity Announcement PA-20-185 which can be referenced at: https://grants.nih.gov/grants/guide/pa-files/PA-20-185.html and NOSI NOT-OD-22-166 and https://grants.nih.gov/grants/guide/notice-files/NOT-OD-22-166.html

## ADMINISTRATIVE REDUCTION:

In order to meet Institute program objectives within Fiscal Year 2025 budget constraints, years 2 and 3 have been reduced by 10% and 5%, respectively.

## CONSORTIUM / CONTRACTUAL COSTS:

This award includes funds for consortium activity with Rosalind Franklin University of Medicine and Science, University of Maryland and Washington University in St. Louis. Each consortium is to be established and administered in accordance with the NIH Grants Policy Statement (http://grants.nih.gov/grants/policy/nihgps/index.htm). No foreign performance site may be added to this project without the written prior approval of the National Institute of Mental Health.

## HUMAN SUBJECTS RESEARCH:

This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award. Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46. Failure to comply with the terms and conditions of award may result in the disallowance of costs and collected data and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement.

## PARTICIPANT RECRUITMENT - MILESTONES:

Future NIMH support for this study is contingent upon adequate participant recruitment based on projected milestones as approved in the Recruitment Milestone Reporting system (RMR) on 12/11/2024. It is expected that 78 of the 500 total projected participants will be recruited by 8/01/2025. This tri-yearly recruitment report should be submitted electronically to NIMH after each milestone period of April 1, August 1 and December 1 at: http://wwwapps.nimh.nih.gov/rmr/displayHome.action. In the event that actual recruitment falls significantly below projected milestones, NIMH may consider withholding future support and/or negotiating an orderly phase-out of this study. Information regarding the NIMH Policy for the Recruitment of Participants in Clinical Research is available at: https://grants.nih.gov/grants/guide/notice-files/NOT-MH-19-027.html.

## DATA SHARING PLAN:

This award is subject to the data sharing guidance outlined in NOT-MH-23-100 and can be found at: https://grants.nih.gov/grants/guide/notice-files/NOT-MH-23-100.html. The

recipient will adhere to the resource and data sharing plan in the application. Dissemination of study data will be in accordance with the accepted data sharing plan. **Please note that a statement of progress on the Sharing Plan must be included in the Research Performance Progress Report (RPPR) under section C.5 "Other Products and Resource Sharing."** Failure to adhere to the sharing plan as mutually agreed upon by the Recipient and the NIH/IC may result in Enforcement Actions as described in the NIH Grants Policy Statement.

Complete NIMH data sharing terms and conditions can be found at https://nda.nih.gov/nda/sharing-regimen. Instructions are available at http://grants.nih.gov/grants/rppr/index.htm. Complete guidelines on data sharing are available at https://sharing.nih.gov/data-management-and-sharing-policy/about-data-management-and-sharing-policies/research-covered-under-the-data-management-sharing-policy#after.

## DATA AND SAFETY MONITORING:
This grant is subject to the clinical research policies outlined in NOT-MH-19-027. The recipient will adhere to the NIH (NIH GPS 4.1.15) and NIMH policies (NOT-MH-19-027) including appropriately providing adequate data and safety monitoring and timely reporting of key events as defined in the NIMH Reportable Events Policy. The level and frequency of human subject data and safety monitoring should always be commensurate with the risk and nature of the research.

## OTHER SUPPORT TIME COMMITMENT:
Commitment overlap is not permitted and occurs when an individual's time commitment exceeds 100 percent (I.e., 12 person months), whether or not salary is requested. Therefore, no individual's time commitment may exceed 100 percent. Reductions in NIH support due to commitment overlap must be made in accordance with NIH policy as outlined in the NIH Grants Policy Statement.

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

| Budget | Year 1 |
|---|---|
| DMS Costs | $0 |

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01MH138335-01 REVISED

**INSTITUTION:** OHIO STATE UNIVERSITY

| Budget | Year 1 |
|---|---|
| Salaries and Wages | $200,422 |
| Fringe Benefits | $66,876 |
| Personnel Costs (Subtotal) | $267,298 |

Version: 35 - 2/15/2024 4:31 AM | Generated on: 3/22/2025 12:10 AM

| Materials & Supplies | $5,400 |
|---|---|
| Travel | $5,000 |
| Other | $66,000 |
| Subawards/Consortium/Contractual Costs | $231,432 |
| TOTAL FEDERAL DC | $575,130 |
| TOTAL FEDERAL F&A | $240,751 |
| TOTAL COST | $815,881 |

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 57.5% |
| F&A Cost Base 1 | $418,698 |
| F&A Costs 1 | $240,751 |

EXHIBIT 13



Bridget Mullan ▮▮▮▮▮▮▮▮▮

---

## Notice of Termination - UCSF Subaward 14965sc

**Hussein, Karim** ▮▮▮▮▮▮▮▮▮                                Tue, Mar 25, 2025 at 5:31 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Cc: "Schechter, Shannon" ▮▮▮▮▮▮▮▮▮▮▮▮▮, "Park, Van" <▮▮▮▮▮▮▮▮▮>, "Galanos, Nathan" <▮▮▮▮▮
"Fernandez, Frank" ▮▮▮▮▮▮▮▮▮

Greetings,


Please find attached a termination notice from NIH, effective 3/21/25. This applies to your subaward # 14965sc.


UCSF will be appealing the decision, but please be advised that until we receive a decision on the appeal, expenses under this project after 3/21/25 may not be reimbursed.


We will keep you informed if anything changes.


Regards,


Karim


**Karim Hussein, JD** (he/him)

Manager, Subcontracts | Office of Sponsored Research

**University of California, San Francisco**

▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮

**UCSF**

---

📄 EO_TERMN_A142269_PARK_V_NIH_NIA_1R56AG079510_01A1_REVISED.pdf
170K

EXHIBIT 14



Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE ON AGING

**Notice of Award**
FAIN# R56AG079510
**Federal Award Date**
03/24/2025

| | |
|---|---|
| **Recipient Information** | **Federal Award Information** |

**Recipient Information**

**1. Recipient Name**
REGENTS OF THE UNIVERSITY OF
CALIFORNIA, SAN FRANCISCO, THE
1855 FOLSOM ST STE 425
SAN FRANCISCO, CA 94103

**2. Congressional District of Recipient**
11

**3. Payment System Identifier (ID)**
1946036493A6

**4. Employer Identification Number (EIN)**
946036493

**5. Data Universal Numbering System (DUNS)**
094878337

**6. Recipient's Unique Entity Identifier**
KMH5K9V7S518

**7. Project Director or Principal Investigator**
Van My Ta Park, PHD

Van.Park@ucsf.edu
141-551-4331

**8. Authorized Official**
Magdalene Cho

**Federal Agency Information**
**9. Awarding Agency Contact Information**
Ryan Blakeney

NATIONAL INSTITUTE ON AGING
blakeneyr@mail.nih.gov
301-451-9802

**10. Program Official Contact Information**
FRANK  Bandiera

NATIONAL INSTITUTE ON AGING
frank.bandiera@nih.gov
301-496-3131

**Federal Award Information**

**11. Award Number**
1R56AG079510-01A1

**12. Unique Federal Award Identification Number (FAIN)**
R56AG079510

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
Asian Americans & Racism: Individual and Structural Experiences (ARISE)

**15. Assistance Listing Number**
93.866

**16. Assistance Listing Program Title**
Aging Research

**17. Award Action Type**
New Competing (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 09/21/2023 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $3,432,146 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $3,432,146 |
| ------------------------------------------------------------------ | |
| **26. Project Period Start Date** 09/21/2023 – **End Date** 03/21/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $3,432,146 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Philip E. Smith

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



Notice of Award

RESEARCH
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE ON AGING



---

**SECTION I – AWARD DATA – 1R56AG079510-01A1 REVISED**

**Principal Investigator(s):**
Van My Ta Park, PHD

**Award e-mailed to:** cgrasteam@ucsf.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to The Regents of the UCSF in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Aging of the National Institutes of Health under Award Number R56AG079510. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Philip E. Smith
Grants Management Officer
NATIONAL INSTITUTE ON AGING

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
| | |
|---|---|
| **Salaries and Wages** | $621,610 |
| **Fringe Benefits** | $233,897 |

| | |
|---|---|
| **Personnel Costs (Subtotal)** | $855,507 |
| **Consultant Services** | $77,320 |
| **Materials & Supplies** | $25,834 |
| **Travel** | $13,645 |
| **Other** | $401,301 |
| **Subawards/Consortium/Contractual Costs** | $1,177,144 |
| **Publication Costs** | $3,639 |
| | |
| **Federal Direct Costs** | $2,554,390 |
| **Federal F&A Costs** | $877,756 |
| **Approved Budget** | $3,432,146 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $3,432,146 |
| **TOTAL FEDERAL AWARD AMOUNT** | $3,432,146 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $3,432,146 | $3,432,146 |

**Fiscal Information:**
**Payment System Identifier:**    1946036493A6
**Document Number:**              RAG079510A
**PMS Account Type:**             P (Subaccount)
**Fiscal Year:**                  2023

| IC | CAN | 2023 |
|---|---|---|
| AG | 8033157 | $3,432,146 |

**NIH Administrative Data:**
**PCC:** 2CEPIFB / **OC:** 41021 / **Released:** 03/21/2025
**Award Processed:** 03/24/2025 12:03:20 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R56AG079510-01A1  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R56AG079510-01A1  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to

report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R56AG079510. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.


Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  AG SPECIFIC AWARD CONDITIONS – 1R56AG079510-01A1  REVISED**


Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.


It is the policy of NIH not to prioritize DEI: Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.. Therefore, this project is terminated. The UNIVERSITY OF CALIFORNIA, SAN FRANCISCO may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly

closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

**Supersedes Notice of Award issued 10/17/2023. Previous Terms and Conditions apply:**

The sole purpose of this revised Notice of Award is to remove the restriction of funds due to the receipt and approval of Other Support for key personnel.

**Supersedes Notice of Award issued 9/20/2023. Previous Terms and Conditions apply:**

This Bridge award provides limited interim research support. This project is awarded for a period of one year.

See:  https://grants.nih.gov/grants/funding/r56.htm

R56 recipients are encouraged to submit a revision of their original competing application to be considered for future funding. Applicants are reminded that the limitations on time and the number of amendments described at https://grants.nih.gov/grants/guide/notice-files/NOT-OD-18-197.html apply to all subsequent revisions.  A Final Research Performance Progress Report, Final Financial Report, and Final Invention Statement will be required 120 days after the end of the R56 grant period if a revised competing application is not funded.

Funding for this award has been provided by Alzheimer's Disease Initiative funds.

None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the current salary cap.  Therefore, this award and/or future years are adjusted accordingly, if applicable.  Current salary cap levels can be found at the following URL: http://grants.nih.gov/grants/policy/salcap_summary.htm

In order to meet Institute Program objectives, direct costs awarded have been adjusted to a level determined to be compatible with the approved scope of the grant while also meeting NIA cost management objectives.

This award includes funds awarded for consortium activity with University of California, Davis in the amount of $356,339 ($222,480 direct costs + $133,859 facilities and administrative costs). Consortiums are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS).  The referenced section of the NIH Grants Policy Statement is available at:
http://grants.nih.gov/grants/policy/nihgps/HTML5/section_15/15 consortium_agreements.htm

This award includes funds awarded for consortium activity with University of California, Irvine in the amount of $509,470 ($324,503 direct costs + $184,967 facilities and administrative costs). Consortiums are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS).  The referenced section of the NIH Grants Policy Statement is available at:
http://grants.nih.gov/grants/policy/nihgps/HTML5/section_15/15 consortium_agreements.htm

This award includes funds awarded for consortium activity with University of California, Los Angeles in the amount of $38,229 ($24,506 direct costs + $13,723 facilities and administrative costs). Consortiums are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS).  The referenced section of the NIH Grants Policy Statement is available at:
http://grants.nih.gov/grants/policy/nihgps/HTML5/section_15/15 consortium_agreements.htm

This award includes funds awarded for consortium activity with University of Maryland, College Park in the amount of $109,412 ($70,817 direct costs + $38,595 facilities and administrative costs). Consortiums are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS).  The referenced section of the NIH Grants Policy Statement is available at:
http://grants.nih.gov/grants/policy/nihgps/HTML5/section_15/15 consortium_agreements.htm

This award includes funds awarded for consortium activity with University of Minnesota in the amount of $163,694 ($105,609 direct costs + $58,085 facilities and administrative costs). Consortiums are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS).  The referenced

section of the NIH Grants Policy Statement is available at:
http://grants.nih.gov/grants/policy/nihgps/HTML5/section_15/15_consortium_agreements.htm

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R56AG079510-01A1 REVISED

**INSTITUTION:** The Regents of the UCSF

| Budget | Year 1 |
|---|---|
| Salaries and Wages | $621,610 |
| Fringe Benefits | $233,897 |
| Personnel Costs (Subtotal) | $855,507 |
| Consultant Services | $77,320 |
| Materials & Supplies | $25,834 |
| Travel | $13,645 |
| Other | $401,301 |
| Subawards/Consortium/Contractual Costs | $1,177,144 |
| Publication Costs | $3,639 |
| TOTAL FEDERAL DC | $2,554,390 |
| TOTAL FEDERAL F&A | $877,756 |
| TOTAL COST | $3,432,146 |

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 61.5% |
| F&A Cost Base 1 | $1,427,246 |
| F&A Costs 1 | $877,756 |