EXHIBIT 19

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF
MASSACHUSETTS; et al.,

*Plaintiffs,*

v.

ROBERT F. KENNEDY, JR., et al.,

*Defendants.*

No. 1:25-cv-_____

## DECLARATION OF DR. BRUCE E. JARRELL

I, Bruce E. Jarrell, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am President of the University of Maryland, Baltimore ("UMB"), a constituent institution of the University System of Maryland ("USM"), the State of Maryland's public system of higher education. As President, I have statutory responsibility and accountability to the USM Board of Regents for developing the mission and successful conduct of UMB and for the supervision of each of UMB's departments. I am familiar with the information in the statements set forth below through personal knowledge or information provided to me in connection with my duties.

2.      I submit this Declaration in support of the States' Motion for Preliminary Injunction.

**Professional Background**

3.      I have been President of UMB since 2020. From 2012 until my appointment as President, I served as UMB's chief academic and research officer and senior vice president,

1

holding the title of Provost and Executive Vice President. I previously served as the institutional official for human research protection and animal research protections and have remained actively involved in research and medical student education throughout my career. I joined UMB in 1997 as chair of the University of Maryland School of Medicine's Department of Surgery.

4.      UMB's mission is to improve the human condition and serve the public good of Maryland and society at large through education, research, clinical care, and service.

5.      Opened in 1807, UMB is Maryland's public health, law, and human services university, dedicated to excellence in education, research, clinical care, and service. UMB enrolls nearly 6,700 students in six nationally ranked professional schools — dentistry, law, medicine, nursing, pharmacy, and social work — and an interdisciplinary School of Graduate Studies. The University offers 97 doctoral, master's, baccalaureate, and certificate programs and confers most of the professional practice doctoral degrees awarded in Maryland. UMB employs more than 8,200 employees working toward fulfillment of UMB's mission.

6.      UMB is a thriving academic health center combining cutting-edge biomedical research and exceptional patient care. UMB's extramural funding totaled $638 million in Fiscal Year 2024, and each tenured/tenure-track faculty member brings $1.45 million in research grants, on average, into UMB every year.

7.      I am providing this declaration to explain the impacts of NIH's delay and/or cancellation of study sections and advisory council meetings. NIH's abrupt cessation of NIH advisory council meetings in January 2025 created a situation in which grant proposals submitted for funding have remained unfunded indefinitely. These are grants that were previously evaluated by the relevant scientific peer-review committee or "study section" (also known as scientific review group or initial review group) and given a priority score (based on scientific merit) that

2

traditionally is within a range that would result in the awarding of the grant funds. These ranges are based on the recent history of similar grants funded by the same institute or center within NIH.

8.      The NIH meeting blockade severely impacts UMB by creating a domino effect of delays for review of newly submitted grant proposals, for review of previously submitted grant proposals, for notices of award of grant proposals that are in the queue for award, and for extensions of already approved awards. These delays create lapses in funding and make it impossible for UMB to plan and budget for personnel whose positions are funded, directly or indirectly, by extramural funding. Most of these personnel hold positions that require lengthy notice periods.

**Reliance on NIH Funding**

9.      In fiscal year 2024, UMB received funding through the National Institutes of Health ("NIH") to support 446 active NIH awards, totaling $213.9 million, and an additional 299 projects and $34.2 million in NIH pass-through funding.

10.      UMB receives NIH grants from 22 institutes or centers within NIH, including National Institute of Allergy and Infectious Diseases (NIAID), National Cancer Institute (NCI), National Heart, Lung, and Blood Institute (NHLBI), National Institute of Neurological Disorders and Stroke (NINDS), National Institute on Drug Abuse (NIDA), National Institute on Aging (NIA), National Institute of Mental Health (NIMH), National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK), Eunice Kennedy Shriver National Institute of Child Health and Human Development (NICHD), National Institute of General Medical Sciences (NIGMS), National Institute of Dental and Craniofacial Research (NIDCR), National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS), Fogarty International Center (FIC), National Institute on Alcohol Abuse and Alcoholism (NIAAA), National Eye Institute (NEI), National

Library of Medicine (NLM), National Institute on Deafness and Other Communication Disorders (NIDCD), National Human Genome Research Institute (NHGRI), National Institute on Minority Health and Health Disparities (NIMHD), National Center for Complementary and Integrative Health (NCCIH), National Institute of Environmental Health Sciences (NIEHS), National Institute of Biomedical Imaging and Bioengineering (NIBIB).

11.     Through those NIH awards, UMB funds approximately 955 FTEs (full-time equivalent positions), and through NIH passthrough awards, UMB funds an additional 161 FTEs.

12.     The work done by UMB on NIH-funded projects provides education and training in diseases such as cancer, metabolic disorders like diabetes, vaccinology, cardiovascular disease, neuroscience, schizophrenia, gastroenterology, aging, immunity, clinical and translational research, research ethics and integrity, oral and craniofacial health, muscle biology, immunology, infectious disease, and physician-scientist training.

13.     UMB contributes to a highly skilled workforce in Science, Technology, Engineering and Mathematics ("STEM") fields, benefiting Maryland's economy.

**Typical Timeline and Processes for NIH Grant Awards**

14.     Through my work as President, and previously as chief academic and research officer, I have a strong understanding of the NIH grant process, grounded in over 25 years of experience in research-related roles.

15.     Sponsored Programs Administration at UMB works with researchers to submit grant applications and tracks grant applications and processes awards. NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity. From there, they are assigned to a "study section" where the application is subjected to peer review

and judged on its scientific merit. The grant application is then given a score. If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.

16.    What constitutes a fundable score is dependent on several factors, as every institute is different. Most of the standing study section reviews result in an impact score and percentile score for each proposal. Others (e.g., special emphasis panels and non-CSR reviews) result only in an impact score. Impact scores run from 10 to 90; 10 is best (i.e., high impact). NIH's published grant review processes indicate that applications receiving an impact score of 10 to 30 are most likely to be funded. Percentile scores run from 1 to 99; a lower percentage indicates a better score. Researchers would consider a percentile score of less than 10% as virtually certain to receive funding.

17.    After the study section, the grant application is sent to an "advisory council" where the ultimate decision on whether to fund the grant is made. After the advisory council meets, a Notice of Award is issued confirming whether the grant will be funded.

18.    The process for competitive renewals is very similar, but it is even more common for a grant that has been funded in the past to be renewed.

19.    The budget process at UMB relies upon the NIH grant application, review, and approval cycle. Historically, UMB has relied on grants being reviewed and scored within 3 months of submission and awards starting 8 to 9 months after submission.

20.    Once a grant receives a score, UMB can consider whether to include the funding coming from that grant as part of its budget for the coming year.

**Delays and Irregularities in the Processing of NIH Grant Applications**

21.    Since late January 2025, UMB has seen severe and unprecedented delays in the processing of NIH grant applications. Researchers have had their grant application study sections

and advisory councils canceled or otherwise not scheduled, and grant application scoring has been significantly delayed.

22.     UMB has not received formal notice of changes to the review process or evaluation criteria or adoption of changes in agency priorities.

23.     As of March 28, 2025, UMB has approximately 380 proposals totaling $1.04 billion awaiting NIH study section review.

24.     As of March 28, 2025, UMB has 32 proposals totaling $21.4 million that received fundable scores awaiting NIH advisory council and Notice of Award.

25.     As of March 28, 2025, UMB has 10 proposals totaling $28.1 million which have received fundable scores and have been previously reviewed by NIH advisory council but remain listed as Pending Administrative Review and another 2 proposals totaling $9.4 million that have received fundable scores and were reviewed by NIH advisory council in September 2024 but have not even been placed in the Pending Administrative Review status. When UMB has inquired, the response provided indicated that actions are "paused" or "under review."

26.     As of March 28, 2025, UMB has 44 proposals totaling $33.2 million that received possibly fundable scores awaiting NIH advisory council and Notice of Award.

**Terminations of NIH Grants**

27.     As of April 10, 2025, UMB has received notices of termination of 14 NIH awards.

28.     The terminations received as of April 10, 2025 are attached as Exhibits 1-14.[1]

29.     These terminations will result in the loss of more than $33.3 million in research money to UMB.

---

[1] UMB email addresses and telephone numbers have been redacted from the exhibits to this declaration.

30.     The termination notices for these grants have provided very little information to explain the terminations, stating only that the research no longer "effectuates agency priorities." In my more than 25 years working at UMB, I have not seen this language previously used to cancel grants.

31.     The termination notices have also stated that there is no corrective action that can be taken to ensure the grant aligns with agency priorities.  However, prior to receipt of the termination, UMB was not given notice of any opportunity to submit any "corrected" grant materials to align with agency priorities, nor was it advised of any new priorities that grant materials should address.

32.     The terminated grants include:

a.   5R01DE032225-02: Research into the biological differences in brain mechanisms between males and females in mediating chronic orofacial and comorbid pain conditions. A key objective of the project was to explore the role of testosterone in modulating pain responses and brain circuitries involved in endogenous pain modulation. Testosterone is a crucial gonadal hormone with significant implications for pain management strategies in both men and women. This area of research is vastly understudied, yet it holds high translational potential for developing effective pain management strategies. The project's rigorous methodology and significant research potential earned it the highest score in the study section. This underscores the project's potential to drive meaningful advancements in the understanding of sex differences in chronic pain and the development of effective pain management strategies.

7

b. 3R01MD019029-02S1 and 5R01MD019029-02: Using modern psychometric techniques and economic indicators, the research associated with these two grants was aimed at assessing how the wealth gap, influenced by racial and ethnic inequalities, affects health outcomes across different groups. The overall positive impact of the tool will be its use in research settings to find effective interventions to reduce racial health inequities.

c. 5UG1HD113162-02: In collaboration with NIH's AHISA, this implementation science study tests a youth-tailored intervention to improve HIV prevention and HIV care continuum for vulnerable youths at risk of HIV or living with HIV across West, East, and Southern African countries. Centralized resources for regulatory compliance, data management, data quality, and data analysis across the clinical research performing sites promote efficiency and quality.

d. 5R01HL165686-03: There is an increasing burden of HIV-associated noncommunicable (HIVNCD) diseases globally which often cluster among populations facing persistent social and economic inequalities. This research examines population-level clustering of systemic factors (stigma, depression, material insecurity, polysubstance use, intimate partner violence, and police and other violence) and HIVNCD in Nigeria. It will provide critical data for informing the development of integrated, multilevel interventions intended to remediate disparities in HIVNCD and their outcomes.

e. 3D43TW012274-03, -03S1, -03S2, and -03S3: These four grants supported the Integrated Networks of Scholars in Global Health Research Training (INSIGHT) which is a consortium formed among UMB, the University of Alabama at

Birmingham, the Baylor College of Medicine, and the University of Pittsburgh. The work includes 169 faculty members across a multidisciplinary and multi-institutional consortium that supports training for the next generation of global health scholars from the United States and low- and middle-income countries through mentored research experiences at 24 established partner institutions across 19 countries in Africa, Asia, and Latin America and the Caribbean. Strong emphases are on a broad range of global health research areas, including combatting the global HIV epidemic and associated co-morbidities, emerging and re-emerging infectious diseases, non-communicable diseases, and mental health.

f.  5R01MH134721-02: Based on the documented, continued disproportionate rates of HIV infection among certain populations, this is a public health project aimed at identifying scalable interventions to support pre-exposure prophylaxis use.

g.  1U19AI171443-01: This pass-through grant related to the multidisciplinary Center for Antiviral Medicines & Pandemic Preparedness which focuses on development of antiviral drugs to combat coronaviruses and other viruses with pandemic potential.

h.  5T32GM144951-04: To address the lack of diversity in the science, technology, engineering, and math (STEM) workforce, this program aims to increase the participation of underrepresented minorities in biomedical Ph.D. programs, increase their retention rates, and provide career development to prepare students for a career in STEM. The program supported 5 first-year students with fellowships each year (15 total supported during first three years of award).  In addition, the

program supported a community of students (55) who, while not on the fellowships, benefited from program activities, such as seminars.

i.   5R25GM113262-10: The project addresses urgent needs and demands for workforce and experiential diversity for creative problem solving of increasingly complex issues in biomedical research and healthcare. As part of the grant, the university, with its partners, administers 20 unique and interactive research training and mentoring programs that form a training continuum beginning at the 4th grade with UMB's Mini Medical School and continuing to the FIRST program, described below. The grant supported 5 students and multiple faculty and staff.

j.   1UC2CA293782-01: This project provides localized technical assistance and scientific support for community-led, health equity structural interventions with a goal of completing these interventions in a rigorous scientific manner and in a way that demonstrates how patients and researchers can collaborate to address social determinants of health and advance health equity in neighborhoods and society at large.

k.   5U54CA272205-03: In 2011, a Congressionally mandated National Academies report, Expanding Underrepresented Minority Participation: *America's Science and Technology Talent at the Crossroads*, recommended, among other things, the establishment of a program like NSF's ADVANCE program for underrepresented minorities in Science and Engineering. The NIH established the NIH Common Fund's Faculty Institutional Recruitment for Sustainable Transformation (FIRST) program to enhance and maintain cultures of inclusive excellence in the biomedical research community. Because evidence suggests that participation in the field of

biomedical research by individuals with a variety of lived experiences can help to alleviate healthcare disparities, this program created a comprehensive model to encourage outstanding individuals to enter the academic profession. Initial work toward this goal focused on hiring multiple cohorts of promising early-stage investigators who bring new perspectives to biomedical research by encouraging applications from a broad range of applicants with backgrounds and life experiences to bring new perspectives to biomedical research. The award was intended to support funding of 11 faculty, 7 of whom have been hired already.

**Comparisons Across Administrations**

33.    In prior years, under both Democratic and Republican administrations, our institution never experienced this volume of unexplained delays or procedural breakdowns.

34.    Renewals were routine and predictable. This year, even long-standing, high-performing programs are in limbo.

35.    Terminations were exceedingly rare and followed due process. The current approach is without precedent in our experience.

**Impact on Institutional Operations**

36.    These delays make it impossible for UMB to forecast its budget and academic programming.

37.    These delays force UMB to use bridge funding for salaries of multiple faculty members, drawing from limited discretionary resources.

**Effect on Public-Facing or State-Supported Programs**

38.    Our institution operates multiple programs funded jointly by NIH and the State of Maryland, including community health clinics and research addressing health disparities.

39.     Grant terminations lead to diminished access to healthcare, including to individuals at risk of HIV and those from groups with documented disparities in health outcomes. For example, one terminated grant examined the benefits of client-centered care coordination in uptake and adherence to pre-exposure prophylaxis (PrEP) to prevent the spread of HIV. PrEP use reduces the risk of acquiring an HIV infection by 92%, but only about 19% of the targeted population used PrEP in 2019. Interventions that increase PrEP adherence in key populations can save many lives.

**Admissions, Training and Workforce Disruptions**

40.     UMB uses information regarding NIH grant applications and award rates to inform its admissions process, particularly at the graduate student level. Most doctoral students in the biomedical sciences are supported (tuition and living stipend) through NIH grants, due to the highly specialized and advanced nature of their education.  Ph.D. students play a critical role in research - not only for current research projects but also receive training to take on the most pressing scientific questions of the future.  A loss of Ph.D. training will lead to a loss in scientific discoveries and will ultimately degrade human health.

41.     UMB has had to reduce its incoming class of graduate students due to uncertainty over incoming grant funding because of the delays in reviewing and awarding grants by NIH. For example, UMB's School of Pharmacy decreased its offers by 30%.

42.     Similar to private industries, a stable and predictable infrastructure for biomedical research encourages long-term investments and commitments that enable major leaps forward in our understanding of human health and well-being. Earning a Ph.D. in the biomedical sciences is typically a 5- to 7-year commitment by the student and the university. Disruptions to this infrastructure drive talented and promising individuals out of biomedical research, depleting American competitiveness and economic growth.

43.     NIH training and research education grants, including T32, R25, and F31 mechanisms, have been affected by review and award delays or changed deadlines. These training grants are designed to provide resources to institutions so they can train individuals in certain shortage areas (T32 grants), as well as support postbaccalaureate research education activities that complement and/or enhance the training of a workforce to meet the nation's biomedical, behavioral and clinical research needs (R25), and predoctoral dissertation research (F31 grants).

44.     For example, the R25 NOFO (PAR-22-220) was suddenly closed a day before the deadline, which meant UMB could not submit its renewal application despite UMB receiving funding related to this program since 2016.

45.     We have international postdocs whose visa status is now at risk due to pending NIH awards that were expected to be renewed this spring.

46.     This instability is affecting the recruitment and retention of quality research trainees. The inability to retain quality research trainees will have continuing effects on the research capabilities of UMB, including by limiting the individuals qualified to conduct certain research.

**Concerns About FY25 Funds Being Obligated**

47.     We are increasingly concerned that NIH will not be able to process and obligate FY25 funds by the end of the fiscal year in September.

48.     Several major proposals from our institution remain stalled at preliminary review stages, with no indication that the required advisory reviews or notices of award will occur in time.

49.     Our principal investigators and research administration staff have received informal feedback from NIH indicating that certain topic areas are being slowed due to "heightened scrutiny" or "internal concerns."

**Irreparable Harm**

50.    The delays have disrupted ongoing research. Funding gaps have forced researchers to abandon projects, miss deadlines, or lose key personnel.

51.    Some of the studies for which UMB has suffered delays, including studies which are in limbo having already received fundable scores and advisory council review, involve clinical trials for life-saving medications or procedures. These delays harm lives of patients. For example, one is a trial involving assisted living residents with Alzheimer's disease and related dementias. Another relates to prescribing the best antidiabetic drug for each person (i.e. using genetics to determine who will respond best to different classes of drugs).

52.    One terminated grant funded a study involving more than 1000 human subjects who underwent diagnostic tests as part of the funded study. The human subjects consented to the study based on the understanding that they would be provided with test results that could be important to their health. The abrupt termination of the grant takes away federal funding for providing subjects with those test results.

53.    Some of the studies for which UMB has received terminations involve use of animal subjects, which would need to be euthanized due to loss of funding.

54.    Some of these studies had the potential to achieve significant breakthroughs which would have advanced public health, and which will now not occur.

55.    Delays have also disrupted community services, student opportunities, and public programs.

56.    In most cases, there is no way to recover the lost time, research continuity, or training value once disrupted.

57.     These terminated grants consisted of awards for which funding was to be distributed by the government for specific "projects" or areas of research and were competitively awarded based on the university's qualifications. UMB followed Federal processes as provided in the Federal Grant and Cooperative Agreement Act; the Uniform Guidance (§ 200.204 Notices of funding opportunities and Appendix I to Part 200—Full Text of Notice of Funding Opportunity); and as further articulated by NIH specific guidance.  The University, in good faith, commenced work, with an approved budget in place, relying on the funding to be reimbursed by NIH in accordance with award terms and conditions.

58.     Using alternative university funds to continue work solicited by an external entity is neither possible given the nature of public fund accounting (aligning allowed uses of funds to their funding sources) nor practical due to the extremely limited availability of cash flow given recent state and federal reductions in support.

**Conclusion**

59.     The breakdown in NIH processes is affecting institutional operations, planning, and public health partnerships.  Terminations and delays with no explanation or remedy are undermining confidence in the system.  These harms are ongoing and, in many instances, irreparable.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 13th day of April, 2025, in Baltimore, Maryland.

Dr. Bruce E. Jarrell, M.D., FACS
President
University of Maryland, Baltimore

EXHIBIT 1



March 11, 2025

Christine R. Toalepai
Authorized Organizational Official
University of Maryland Baltimore
220 Arch Street, Ofc Level 2
Baltimore, MD 21201
Redacted


Dear Christine R. Toalepai:

Funding for Project Number 3R01MD019029-02S1 (supplement) is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement,1 and 2 C.F.R. § 200.340(a)(2).  This letter constitutes a notice of termination.2

The 2024 Policy Statement applies to your project because NIH approved your grant on September 25, 2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."3

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards."4  According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340."5  At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs. NIH is

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

obligated to carefully steward grant awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life. Your project does not satisfy these criteria.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of Project Number 3R01MD019029-02S1 is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

## Administrative Appeal

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,


Michelle G. Bulls on behalf of Priscilla Grant

Director, Office of Policy for Extramural Research Administration, OER

---

[6] 2024 Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D.
[11] *Id.* § 50.406(a).
[12] *Id.* § 50.406(b).

# EXHIBIT 2

 

03/20/2025

Kenneth Fahnestock
UNIVERSITY OF MARYLAND BALTIMORE
Redacted

Dear Kenneth Fahnestock:

Effective with the date of this letter, funding for Project Number 5R01HL165686-03 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 08/01/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs. Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

1

an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,



Michelle G. Bulls, on behalf of Anthony Agresti, Chief Grants Management Officer, National Heart, Lung, and Blood Institute
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[6] 2024 Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# EXHIBIT 3

 

3/21/2025

Gregory J Sorensen
University Of Maryland Baltimore
Redacted

Dear Gregory J Sorensen:

Effective with the date of this letter, funding for Project Number 5D43TW012274-03 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 7/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] NIH Grants Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

1

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S


Michelle G. Bulls, on behalf of Bruce Butrum, Chief Grants Management Officer, FIC

---

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

# EXHIBIT 4

Department of Health and Human Services
National Institutes of Health
FOGARTY INTERNATIONAL CENTER

**Notice of Award**
FAIN# D43TW012274
**Federal Award Date**
03/22/2025

**Recipient Information**

**1. Recipient Name**
UNIVERSITY OF MARYLAND, BALTIMORE
220 ARCH ST OFC LEVEL2
BALTIMORE, MD 21201

**2. Congressional District of Recipient**
07

**3. Payment System Identifier (ID)**
1526002036A1

**4. Employer Identification Number (EIN)**
526002036

**5. Data Universal Numbering System (DUNS)**
188435911

**6. Recipient's Unique Entity Identifier**
Z9CRZKD42ZT1

**7. Project Director or Principal Investigator**
Manhattan E Charurat, PHD (Contact)
Professor
Redacted
Redacted

**8. Authorized Official**
KENNETH E FAHNESTOCK
Redacted
Redacted

**Federal Agency Information**

**9. Awarding Agency Contact Information**
SATABDI RAYCHOWDHURY
Grants Management Specialist
FOGARTY INTERNATIONAL CENTER
satabdi.raychowdhury@nih.gov
301-496-9750

**10. Program Official Contact Information**
Flora N Katz
Program
FOGARTY INTERNATIONAL CENTER
flora.katz@nih.gov
301-402-9591

**Federal Award Information**

**11. Award Number**
3D43TW012274-03S1

**12. Unique Federal Award Identification Number (FAIN)**
D43TW012274

**13. Statutory Authority**
42 USC 287b 42 CFR 63a

**14. Federal Award Project Title**
INSIGHT Supplement June 2024

**15. Assistance Listing Number**
93.989

**16. Assistance Listing Program Title**
International Research and Research Training

**17. Award Action Type**
Supplement (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 07/02/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| **23. Total Amount of Federal Funds Obligated this budget period** | $160,746 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $160,746 |
| **26. Project Period Start Date** 07/02/2024 – **End Date** 03/21/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $3,563,052 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
BRUCE R BUTRUM

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version:25 - 2/15/2024 9:51 AM | Generated on: 3/22/2025 12:12 AM



Notice of Award

*International Research Training Award*
Department of Health and Human Services
National Institutes of Health

FOGARTY INTERNATIONAL CENTER



**SECTION I – AWARD DATA – 3D43TW012274-03S1 REVISED**

**Principal Investigator(s):**
Manhattan E Charurat (contact), PHD
ANNA M MANDALAKAS, MD
Vishwajit Laxmikant Nimgaonkar, MD
Janet M Turan, PHD

**Award e-mailed to:** Redacted

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIVERSITY OF MARYLAND BALTIMORE in support of the above referenced project.  This award is pursuant to the authority of 42 USC 287b 42 CFR 63a  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the Fogarty International Center of the National Institutes of Health under Award Number D43TW012274. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

BRUCE R BUTRUM
Grants Management Officer
FOGARTY INTERNATIONAL CENTER

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Training related Expenses**                                                                                    $31,118

| | |
|---|---|
| Participant Other | $124,470 |
| | |
| **Federal Direct Costs** | $155,588 |
| **Federal F&A Costs** | $5,158 |
| **Approved Budget** | $160,746 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $160,746 |
| **TOTAL FEDERAL AWARD AMOUNT** | $160,746 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 3 ) (for this Document Number) ||
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| 3D43TW012274-03S1 | $160,746 |
| 5D43TW012274-03 | $1,036,244 |
| 3D43TW012274-03S2 | $100,000 |
| 3D43TW012274-03S3 | $75,000 |
| **TOTAL** | **$1,371,990** |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) |||
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 3 | $160,746 | $1,371,990 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1526002036A1 |
| **Document Number:** | DTW012274A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| OD | 8027143 | $80,373 |
| OD | 8055783 | $80,373 |

**NIH Administrative Data:**
**PCC**: GLBLFELO / **OC**: 41012 / **Released**:  03/21/2025
**Award Processed:** 03/22/2025 12:12:03 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 3D43TW012274-03S1  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 3D43TW012274-03S1  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the

definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) D43TW012274. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures. It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm. This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and must be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

This award is funded by the following list of institutes. Any papers published under the auspices of this award must cite the funding support of all institutes.

Office Of The Director, National Institutes Of Health (OD)

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

### SECTION IV – TW SPECIFIC AWARD CONDITIONS – 3D43TW012274-03S1  REVISED

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

<u>Grant Termination</u>
It is the policy of NIH not to prioritize Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are

often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs. Therefore, this project is terminated. UNIVERSITY OF MARYLAND BALTIMORE may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

This revision is made per the letter dated March 21, 2025 and supersedes the Notice of Award, (NoA) issued: 08/27/2024
*********************************************************************************************************
***

### REVISED SUPPLEMENT TERM
**This supplement provides a total award amount of $80,373 (ORWH) co-funding and a total award amount of $80,373 (OAR) co-funding.**

This supplement provides **$160,746** (total cost) of co-funding from The Office of Research on Women's Health (ORWH) in support of one trainees (Serah Gitome **$80,373**) working in Kenya and The Office of AIDS Research (OAR) in support of one trainees (Dr.Samuel Mwaniki **$80,373**) working at Kenya. Any change in the use of these funds requires FIC prior approval.

### SUPPLEMENT  PROGRESS REPORT
The progress report for the parent award must include separate progress update(s) for each supplement (including this one).

### ACKNOWLEDGEMENT OF FUNDING
Each publication, press release, or other document about research supported by an NIH award must include acknowledgment of FIC and ORWH, OAR and NIH award support with the following or comparable footnote and disclaimer:

Research reported in this publication was supported by the Fogarty International Center and The Office of Research on Women's Health (ORWH) and The Office of AIDS Research (OAR) of the National Institutes of Health. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health.

Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

This publication requirement applies not only to the primary grantee, but also to any subcontractors and /or trainees involved with the project.

For additional information, please visit http://www.nih.gov/about/publicaccess/.

### HUMAN SUBJECT AND ANIMAL RESEARCH INFORMATION FOR TRAINING GRANTS − DELAYED ONSET
FIC funded research must have the appropriate required NIH and HHS assurances before any research or research training involving human subjects begins. These assurances apply to all research grants, any

research supported by training grants (including re-entry support for foreign scientists), and research supported under a cooperative agreement. All human subjects research projects must have had a scientific review either by a peer review panel or by another independent review mechanism. Activity in which human subjects are involved may be undertaken if the institution has an active FWA assurance and if the project has been reviewed and approved by the appropriate Institutional Review Board (IRB).

**Grant recipients must provide human subjects and IRB approval information in Section G.1 "Special NOA terms and FOA reporting requirements" of the RPPR for each trainee/scholar supported by the grant award during the reporting period. Additional information on this requirement can be found in the FIC Progress Report Supplemental Guidance on the FIC webpage: http://www.fic.nih.gov/Grants/Pages/progress-reports.aspx.**

**FOREIGN TRAVEL**
U.S. Flag carriers must be used for departure from or entry into the U.S. and for other portions of the trip where available.  Please see the link for questions regarding Foreign Travel.
https://www.fic.nih.gov/Grants/Pages/Foreign-Travel.aspx

**UNIFORM GRANT GUIDANCE AND REVISED NIH GRANTS POLICY STATEMENT**
Per Notice Number NOT-OD-15-046, the Department of Health and Human Services published an interim rule adapting OMB's final Uniform Grant Guidance in 2 CFR part 200 with certain amendments, based on existing HHS regulations, to supplement the guidance as needed for the Department effective December 26, 2014.  The current revised NIH Grants Policy Statement is applicable to all NIH grants and cooperative agreements.
Information regarding the NIH Grants Policy Statement can be found
at:  https://grants.nih.gov/policy/index.htm
Highlighted below are some select items of costs of particular note to FIC grant recipients:

- F&A for Foreign and International Organizations: NIH and FIC continue to provide F&A costs under grants to foreign and international organizations will be funded at a rate of 8 percent of modified total direct costs, exclusive of equipment, tuition and related fees, and subawards in excess of $25,000. These funds are paid to support the costs of compliance with federal requirements. This applies to direct foreign awards and foreign subawards.
- F&A for Career/Fellowship/Training Awards: NIH and FIC continue to provide F&A costs under research training, some education grants, and Career (K) awards will be funded at a rate of 8 percent of modified total direct costs, exclusive of tuition and fees, health insurance (when awarded as part of tuition and fees), equipment, and consortiums in excess of $25,000, consistent with existing policy.
- Value Added Tax: Foreign taxes charged for the purchase of goods or services that a non-Federal entity is legally required to pay in country is an allowable expense under Federal awards.  However, for many countries an exemption of this tax for research exists.  Consequently, requesting this cost should be unallowable for research grants involving such countries as a performance site.
- Visa Costs: Visa costs may be allowable when identified in specific FOAs or when within the scope of an approved research project.  Generally, allowable direct cost as part of recruiting costs on an NIH grant, as long as the institution has an employee/employer relationship with the individual.

ALL OTHER TERMS AND CONDITIONS OF THIS PROGRAM AS NOTED IN THE FUNDING ANNOUNCEMENT, THE PARENT AWARD TERMS, AND THE NIH GRANTS POLICY STATEMENT ARE HEREBY INCORPORATED INTO THE TERMS OF THIS SUPPLEMENT.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 3D43TW012274-03S1 REVISED

**INSTITUTION:** UNIVERSITY OF MARYLAND BALTIMORE

| Budget | Year 3 |
| --- | --- |
| Training related Expenses | $31,118 |
| Participant Other | $124,470 |
| TOTAL FEDERAL DC | $155,588 |
| TOTAL FEDERAL F&A | $5,158 |

| TOTAL COST | $160,746 |
|---|---|

| Facilities and Administrative Costs | Year 3 |
|---|---|
| F&A Cost Rate 1 | 8% |
| F&A Cost Base 1 | $64,475 |
| F&A Costs 1 | $5,158 |

EXHIBIT 5

Department of Health and Human Services
National Institutes of Health
FOGARTY INTERNATIONAL CENTER

Notice of Award
FAIN# D43TW012274
**Federal Award Date**
03/23/2025

## Recipient Information

**1. Recipient Name**
UNIVERSITY OF MARYLAND, BALTIMORE
220 ARCH ST OFC LEVEL2
BALTIMORE, MD 21201

**2. Congressional District of Recipient**
07

**3. Payment System Identifier (ID)**
1526002036A1

**4. Employer Identification Number (EIN)**
526002036

**5. Data Universal Numbering System (DUNS)**
188435911

**6. Recipient's Unique Entity Identifier**
Z9CRZKD42ZT1

**7. Project Director or Principal Investigator**
Manhattan E Charurat, PHD (Contact)
Professor
Redacted
Redacted

**8. Authorized Official**
KENNETH E FAHNESTOCK
Redacted
Redacted

## Federal Agency Information

**9. Awarding Agency Contact Information**
SATABDI RAYCHOWDHURY
Grants Management Specialist
FOGARTY INTERNATIONAL CENTER
satabdi.raychowdhury@nih.gov
301-496-9750

**10. Program Official Contact Information**
Flora N Katz
Program
FOGARTY INTERNATIONAL CENTER
flora.katz@nih.gov
301-402-9591

## Federal Award Information

**11. Award Number**
3D43TW012274-03S2

**12. Unique Federal Award Identification Number (FAIN)**
D43TW012274

**13. Statutory Authority**
42 USC 287b 42 CFR 63a

**14. Federal Award Project Title**
INSIGHT Supplement (ODP) July 2024

**15. Assistance Listing Number**
93.989

**16. Assistance Listing Program Title**
International Research and Research Training

**17. Award Action Type**
Supplement (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---:|
| **19. Budget Period Start Date** 08/15/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $100,000 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $100,000 |
| **26. Project Period Start Date** 08/15/2024 – **End Date** 03/21/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $3,563,052 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
BRUCE R BUTRUM

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*International Research Training Award*
Department of Health and Human Services
National Institutes of Health

FOGARTY INTERNATIONAL CENTER



**SECTION I – AWARD DATA – 3D43TW012274-03S2 REVISED**

**Principal Investigator(s):**
Manhattan E Charurat (contact), PHD
ANNA M MANDALAKAS, MD
Vishwajit Laxmikant Nimgaonkar, MD
Janet M Turan, PHD

**Award e-mailed to:** Redacted

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIVERSITY OF MARYLAND BALTIMORE in support of the above referenced project.  This award is pursuant to the authority of 42 USC 287b 42 CFR 63a  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the Fogarty International Center of the National Institutes of Health under Award Number D43TW012274. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

BRUCE R BUTRUM
Grants Management Officer
FOGARTY INTERNATIONAL CENTER

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Other**                                                                                              $37,037

| | |
|---|---|
| Stipends | $60,000 |
| | |
| **Federal Direct Costs** | $97,037 |
| **Federal F&A Costs** | $2,963 |
| **Approved Budget** | $100,000 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $100,000 |
| **TOTAL FEDERAL AWARD AMOUNT** | $100,000 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 3 ) (for this Document Number) ||
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| 3D43TW012274-03S2 | $100,000 |
| 5D43TW012274-03 | $1,036,244 |
| 3D43TW012274-03S1 | $160,746 |
| 3D43TW012274-03S3 | $75,000 |
| **TOTAL** | **$1,371,990** |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) |||
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 3 | $100,000 | $1,371,990 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1526002036A1 |
| **Document Number:** | DTW012274A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| OD | 8010093 | $100,000 |

**NIH Administrative Data:**
**PCC**: GLBLFELO / **OC**: 41012 / **Released**: 03/21/2025
**Award Processed**: 03/23/2025 12:00:39 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 3D43TW012274-03S2  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 3D43TW012274-03S2  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and
is subject to the terms and conditions incorporated either directly or by reference in the following:

  a.  The grant program legislation and program regulation cited in this Notice of Award.
  b.  Conditions on activities and expenditure of funds in other statutory requirements, such as
      those included in appropriations acts.
  c.  45 CFR Part 75.
  d.  National Policy Requirements and all other requirements described in the NIH Grants Policy
      Statement, including addenda in effect as of the beginning date of the budget period.
  e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final
      progress report when applicable.
  f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain
references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the
definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH

awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) D43TW012274. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted

electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

| Office Of The Director, National Institutes Of Health (OD) |
| --- |

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

· Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
· For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
· HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
· For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  TW SPECIFIC AWARD CONDITIONS – 3D43TW012274-03S2  REVISED**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

<u>Grant Termination</u>
It is the policy of NIH not to prioritize Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness.  Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research

programs. Therefore, this project is terminated. UNIVERSITY OF MARYLAND BALTIMORE may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

This revision is made per the letter dated March 21, 2025 and supersedes the Notice of Award, (NoA) issued: 08/19/2024
*********************************************************************************************************
***


## SUPPLEMENT TERM
This supplement provides a total award amount of $100,000 ODP co-funding.

This supplement provides $100,000 (total cost) of co-funding from The Office of Disease Prevention (ODP) in support of two trainees (Dr. Sujata Sapkota and Dr. Josephine Tumuhamye) working in Nepal and Uganda. Any change in the use of these funds requires FIC prior approval.


## SUPPLEMENT  PROGRESS REPORT
The progress report for the parent award must include separate progress update(s) for this supplement.

## ACKNOWLEDGEMENT OF FUNDING
Each publication, press release, or other document about research supported by an NIH award must include acknowledgment of FIC and ODP and NIH award support with the following or comparable footnote and disclaimer:
Research reported in this publication was supported by the Fogarty International Center and The Office of Disease Prevention (ODP) of the National Institutes of Health. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health.
Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.
This publication requirement applies not only to the primary grantee, but also to any subcontractors and /or trainees involved with the project.
For additional information, please visit http://www.nih.gov/about/publicaccess/.

## HUMAN SUBJECT AND ANIMAL RESEARCH INFORMATION FOR TRAINING GRANTS – DELAYED ONSET
FIC funded research must have the appropriate required NIH and HHS assurances before any research or research training involving human subjects begins. These assurances apply to all research grants, any research supported by training grants (including re-entry support for foreign scientists), and research supported under a cooperative agreement. All human subjects research projects must have had a scientific review either by a peer review panel or by another independent review mechanism. Activity in which human subjects are involved may be undertaken if the institution has an active FWA assurance and if the project has been reviewed and approved by the appropriate Institutional Review Board (IRB).


**Grant recipients must provide human subjects and IRB approval information in Section G.1 "Special NOA terms and FOA reporting requirements" of the RPPR for each trainee/scholar supported by the grant award during the reporting period. Additional information on this requirement can be found in the FIC Progress Report Supplemental Guidance on the FIC webpage: http://www.fic.nih.gov/Grants/Pages/progress-reports.aspx.**
FOREIGN TRAVEL
U.S. Flag carriers must be used for departure from or entry into the U.S. and for other portions of the trip where available.  Please see the link for questions regarding Foreign Travel.
https://www.fic.nih.gov/Grants/Pages/Foreign-Travel.aspx

Version: 25 - 2/15/2024 9:31 AM | Generated on: 3/23/2025 12:00 AM

**UNIFORM GRANT GUIDANCE AND REVISED NIH GRANTS POLICY STATEMENT**

Per Notice Number NOT-OD-15-046, the Department of Health and Human Services published an interim rule adapting OMB's final Uniform Grant Guidance in 2 CFR part 200 with certain amendments, based on existing HHS regulations, to supplement the guidance as needed for the Department effective December 26, 2014.  The current revised NIH Grants Policy Statement is applicable to all NIH grants and cooperative agreements.

Information regarding the NIH Grants Policy Statement can be found at:  https://grants.nih.gov/policy/index.htm

Highlighted below are some select items of costs of particular note to FIC grant recipients:

- · F&A for Foreign and International Organizations: NIH and FIC continue to provide F&A costs under grants to foreign and international organizations will be funded at a rate of 8 percent of modified total direct costs, exclusive of equipment, tuition and related fees, and subawards in excess of $25,000. These funds are paid to support the costs of compliance with federal requirements. This applies to direct foreign awards and foreign subawards.
- · F&A for Career/Fellowship/Training Awards: NIH and FIC continue to provide F&A costs under research training, some education grants, and Career (K) awards will be funded at a rate of 8 percent of modified total direct costs, exclusive of tuition and fees, health insurance (when awarded as part of tuition and fees), equipment, and consortiums in excess of $25,000, consistent with existing policy.
- · Value Added Tax: Foreign taxes charged for the purchase of goods or services that a non-Federal entity is legally required to pay in country is an allowable expense under Federal awards.  However, for many countries an exemption of this tax for research exists.  Consequently, requesting this cost should be unallowable for research grants involving such countries as a performance site.
- · Visa Costs: Visa costs may be allowable when identified in specific FOAs or when within the scope of an approved research project.  Generally, allowable direct cost as part of recruiting costs on an NIH grant, as long as the institution has an employee/employer relationship with the individual.

**ALL OTHER TERMS AND CONDITIONS OF THIS PROGRAM AS NOTED IN THE FUNDING ANNOUNCEMENT, THE PARENT AWARD TERMS, AND THE NIH GRANTS POLICY STATEMENT ARE HEREBY INCORPORATED INTO THE TERMS OF THIS SUPPLEMENT.**


**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 3D43TW012274-03S2 REVISED

**INSTITUTION:** UNIVERSITY OF MARYLAND BALTIMORE

| Budget | Year 3 |
|---|---|
| Other | $37,037 |
| Stipends | $60,000 |
| TOTAL FEDERAL DC | $97,037 |
| TOTAL FEDERAL F&A | $2,963 |
| TOTAL COST | $100,000 |

| Facilities and Administrative Costs | Year 3 |
|---|---|
| F&A Cost Rate 1 | 8% |
| F&A Cost Base 1 | $37,037 |
| F&A Costs 1 | $2,963 |

# EXHIBIT 6

Department of Health and Human Services
National Institutes of Health
FOGARTY INTERNATIONAL CENTER

**Notice of Award**
FAIN# D43TW012274
**Federal Award Date**
03/24/2025

**Recipient Information**

**1. Recipient Name**
UNIVERSITY OF MARYLAND, BALTIMORE
220 ARCH ST OFC LEVEL2
BALTIMORE, MD 21201

**2. Congressional District of Recipient**
07

**3. Payment System Identifier (ID)**
1526002036A1

**4. Employer Identification Number (EIN)**
526002036

**5. Data Universal Numbering System (DUNS)**
188435911

**6. Recipient's Unique Entity Identifier**
Z9CRZKD42ZT1

**7. Project Director or Principal Investigator**
Manhattan E Charurat, PHD (Contact)
Professor
Redacted
Redacted

**8. Authorized Official**
KENNETH E FAHNESTOCK
Redacted
Redacted

**Federal Agency Information**

**9. Awarding Agency Contact Information**
SATABDI RAYCHOWDHURY
Grants Management Specialist
FOGARTY INTERNATIONAL CENTER
satabdi.raychowdhury@nih.gov
301-496-9750

**10. Program Official Contact Information**
Flora N Katz
Program
FOGARTY INTERNATIONAL CENTER
flora.katz@nih.gov
301-402-9591

**Federal Award Information**

**11. Award Number**
3D43TW012274-03S3

**12. Unique Federal Award Identification Number (FAIN)**
D43TW012274

**13. Statutory Authority**
42 USC 287b 42 CFR 63a

**14. Federal Award Project Title**
Supplement_INSIGHT_Orientation

**15. Assistance Listing Number**
93.989

**16. Assistance Listing Program Title**
International Research and Research Training

**17. Award Action Type**
Supplement (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---:|
| **19. Budget Period Start Date** 08/30/2024 − **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $75,000 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $75,000 |
| **26. Project Period Start Date** 08/30/2024 − **End Date** 03/21/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $3,563,052 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
BRUCE R BUTRUM

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*International Research Training Award*
Department of Health and Human Services
National Institutes of Health

FOGARTY INTERNATIONAL CENTER



**SECTION I – AWARD DATA – 3D43TW012274-03S3 REVISED**

**Principal Investigator(s):**
Manhattan E Charurat (contact), PHD
ANNA M MANDALAKAS, MD
Vishwajit Laxmikant Nimgaonkar, MD
Janet M Turan, PHD

**Award e-mailed to:** Redacted

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIVERSITY OF MARYLAND BALTIMORE in support of the above referenced project.  This award is pursuant to the authority of 42 USC 287b 42 CFR 63a  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the Fogarty International Center of the National Institutes of Health under Award Number D43TW012274. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

BRUCE R BUTRUM
Grants Management Officer
FOGARTY INTERNATIONAL CENTER

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Other**                                                                                          $69,444

Version: 25 - 2/15/2024 9:51 AM | Generated on 3/24/2025 12:08 AM

| | |
|---|---|
| **Federal Direct Costs** | $69,444 |
| **Federal F&A Costs** | $5,556 |
| **Approved Budget** | $75,000 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $75,000 |
| **TOTAL FEDERAL AWARD AMOUNT** | $75,000 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTAL FEDERAL AWARD AMOUNT YEAR ( 3 ) (for this Document Number) | |
|---|---|
| **AWARD NUMBER** | **TOTAL FEDERAL AWARD AMOUNT** |
| 3D43TW012274-03S3 | $75,000 |
| 5D43TW012274-03 | $1,036,244 |
| 3D43TW012274-03S1 | $160,746 |
| 3D43TW012274-03S2 | $100,000 |
| **TOTAL** | **$1,371,990** |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 3 | $75,000 | $1,371,990 |

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1526002036A1 |
| **Document Number:** | DTW012274A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| TW | 8476367 | $75,000 |

**NIH Administrative Data:**
**PCC**: GLBLFELO / **OC**: 41012 / **Released**: 03/21/2025
**Award Processed:** 03/24/2025 12:08:10 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 3D43TW012274-03S3  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 3D43TW012274-03S3  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.  The grant program legislation and program regulation cited in this Notice of Award.
    b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.  45 CFR Part 75.
    d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor

should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) D43TW012274. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted

electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – TW SPECIFIC AWARD CONDITIONS – 3D43TW012274-03S3 REVISED**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

<u>Grant Termination</u>
It is the policy of NIH not to prioritize Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs. Therefore, this project is terminated. UNIVERSITY OF MARYLAND BALTIMORE may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance

Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), **as applicable**) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

This revision is made per the letter dated March 21, 2025 and supersedes the Notice of Award, (NoA) issued: 09/05/2024
**************************************************************************************************
***


### AWARD FOR ORIENTATION SUPPLEMENT
**This supplement provides $75,000 (total cost), as requested, in support to the Global Health Program for Fellows and Scholars LAUNCH 2025 Orientation Activities for the seven Support Centers (UNC, UMD, UW, Harvard, UCSF, Yale and WU in St. Louis) held on NIH campus or Virtual. Any change in the use of these funds requires FIC prior approval. These funds can not be used for Honoria costs.**

### SUPPLEMENT  PROGRESS REPORT
The progress report for the parent award must include separate progress update(s) for this supplement.

### ACKNOWLEDGEMENT OF FUNDING
Each publication, press release, or other document about research supported by an NIH award must include acknowledgment of FIC and NIH award support with the following or comparable footnote and disclaimer: Research reported in this publication was supported by the Fogarty International Center of the National Institutes of Health. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health.
Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.
This publication requirement applies not only to the primary grantee, but also to any subcontractors and /or trainees involved with the project.
For additional information, please visit http://www.nih.gov/about/publicaccess/.


### UNIFORM GRANT GUIDANCE AND REVISED NIH GRANTS POLICY STATEMENT
Per Notice Number NOT-OD-15-046, the Department of Health and Human Services published an interim rule adapting OMB's final Uniform Grant Guidance in 2 CFR part 200 with certain amendments, based on existing HHS regulations, to supplement the guidance as needed for the Department effective December 26, 2014.  The current revised NIH Grants Policy Statement is applicable to all NIH grants and cooperative agreements.
Information regarding the NIH Grants Policy Statement can be found at:  https://grants.nih.gov/policy/index.htm
Highlighted below are some select items of costs of particular note to FIC grant recipients:

- F&A for Foreign and International Organizations: NIH and FIC continue to provide F&A costs under grants to foreign and international organizations will be funded at a rate of 8 percent of modified total direct costs, exclusive of equipment, tuition and related fees, and subawards in excess of $25,000. These funds are paid to support the costs of compliance with federal requirements. This applies to direct foreign awards and foreign subawards.
- F&A for Career/Fellowship/Training Awards: NIH and FIC continue to provide F&A costs under research training, some education grants, and Career (K) awards will be funded at a rate of 8 percent of modified total direct costs, exclusive of tuition and fees, health insurance (when awarded as part of tuition and fees), equipment, and consortiums in excess of $25,000, consistent with existing policy.
- Value Added Tax: Foreign taxes charged for the purchase of goods or services that a non-Federal entity is legally required to pay in country is an allowable expense under Federal awards.  However, for many countries an exemption of this tax for research exists.  Consequently, requesting this cost should be unallowable for research grants involving such countries as a performance site.

· Visa Costs: Visa costs may be allowable when identified in specific FOAs or when within the scope of an approved research project.  Generally, allowable direct cost as part of recruiting costs on an NIH grant, as long as the institution has an employee/employer relationship with the individual.

**ALL OTHER TERMS AND CONDITIONS OF THIS PROGRAM AS NOTED IN THE FUNDING ANNOUNCEMENT, THE PARENT AWARD TERMS, AND THE NIH GRANTS POLICY STATEMENT ARE HEREBY INCORPORATED INTO THE TERMS OF THIS SUPPLEMENT.**

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 3D43TW012274-03S3 REVISED

**INSTITUTION:** UNIVERSITY OF MARYLAND BALTIMORE

| Budget | Year 3 |
|---|---|
| Other | $69,444 |
| TOTAL FEDERAL DC | $69,444 |
| TOTAL FEDERAL F&A | $5,556 |
| TOTAL COST | $75,000 |

| Facilities and Administrative Costs | Year 3 |
|---|---|
| F&A Cost Rate 1 | 8% |
| F&A Cost Base 1 | $69,444 |
| F&A Costs 1 | $5,556 |

# EXHIBIT 7



03/20/2025

Gregory Sorensen
UNIVERSITY OF MARYLAND BALTIMORE
<span style="color:blue">Redacted</span>

Dear Gregory Sorensen:

Effective with the date of this letter, funding for Project Number 5R01DE032225-02 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 09/01/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs. Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] 2024 Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] 2024 Policy Statement at IIA-156.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,

# Michelle G. Bulls -S

Digitally signed by
Michelle G. Bulls -S
Date: 2025.03.20
13:32:12 -04'00'

Michelle G. Bulls, on behalf Gabriel Hidalgo, Chief Grants Management Officer, National Institute of Dental and Craniofacial Research
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D
[11] 11 *Id.* § 50.406(a)
[12] 12 *Id.* § 50.406(b)

# EXHIBIT 8

**Subject:** Grant Termination Notification
**Date:** Friday, March 21, 2025 at 12:30:58 PM Eastern Daylight Time
**From:** Bulls, Michelle G. (NIH/OD) [E]
**To:** Redacted
**Attachments:** image001.jpg, image002.png

You don't often get email from michelle.bulls@nih.gov. Learn why this is important

**CAUTION:** This message originated from a non-UMB email system. Hover over any links before clicking and use caution opening attachments.

 **National Institutes of Health**
Office of Extramural Research

3/21/2025

Christine R. Toalepai
University Of Maryland Baltimore
Redacted

Dear Christine R. Toalepai:

Effective with the date of this letter, funding for Project Number 5R01MH134721-02 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 7/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]," According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful

discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S

Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer, NIMH
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2]
___ 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3]
___ *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4]
___ NIH Grants Policy Statement at IIA-1.

[5]
___ *Id.* at IIA-155.

[6]
___ NIH Grants Policy Statement at IIA-156.

[7]
___ *See* 2 C.F.R. § 200.343 (2024).

[8]
___ 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9]
___ *See* 45 C.F.R. § 75.374.

[10]
___ See 42 C.F.R. Part 50, Subpart D

[11]
___ 11 *Id.* § 50.406(a)

[12]
___ 12 *Id.* § 50.406(b)

EXHIBIT 9

**Subject:** Grant Termination Notification
**Date:** Friday, March 21, 2025 at 12:30:33 PM Eastern Daylight Time
**From:** Bulls, Michelle G. (NIH/OD) [E]
**To:** Redacted
**Attachments:** image001.jpg, image002.png

You don't often get email from michelle.bulls@nih.gov. Learn why this is important

**CAUTION:** This message originated from a non-UMB email system. Hover over any links before clicking and use caution opening attachments.

 

3/21/2025

Toalepai, Christine R.
University Of Maryland Baltimore
Redacted

Dear Toalepai, Christine R.:

Effective with the date of this letter, funding for Project Number 5R01MD019029-02 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 4/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]," According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful

1 of 3

discrimination on the basis of race and other protected characteristics, which harms the health of Americans.  Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S     Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Priscilla Grant, Chief Grants Management Officer, NIMHD
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2]
___ 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3]
___ *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4]
___ NIH Grants Policy Statement at IIA-1.

[5]
___ *Id.* at IIA-155.

[6]
___ NIH Grants Policy Statement at IIA-156.

[7]
___ *See* 2 C.F.R. § 200.343 (2024).

[8]
___ 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9]
___ *See* 45 C.F.R. § 75.374.

[10]
___ See 42 C.F.R. Part 50, Subpart D

[11]
___ 11 *Id.* § 50.406(a)

[12]
___ 12 *Id.* § 50.406(b)

# EXHIBIT 10

**Subject:** Fwd: Grant Termination Notification
**Date:** Friday, March 21, 2025 at 12:59:47 PM Eastern Daylight Time
**From:** Sorensen, Gregory J.
**To:** Frankenfield, Jill
**Attachments:** image001.jpg, image002.png

Here is another one

**Greg J. Sorensen**
Assistant Director, Sponsored Programs Admin.
Office of Research and Development
University of Maryland, Baltimore
620 W. Lexington Street, 4th Floor
Baltimore, Maryland 21201
Redacted

Email: Redacted
(AWS Every other Monday, work hours 7am to 4pm)

Begin forwarded message:

**From:** "Bulls, Michelle G. (NIH/OD) [E]" <michelle.bulls@nih.gov>
**Subject: Grant Termination Notification**
**Date:** March 21, 2025 at 12:30:12 PM EDT
**To:** "Redacted

You don't often get email from michelle.bulls@nih.gov. Learn why this is important

CAUTION: This message originated from a non-UMB email system. Hover over any links before clicking and use caution opening attachments.

  National Institutes of Health
Office of Extramural Research

3/21/2025
Gregory J. Sorensen
University Of Maryland Baltimore
Redacted

Dear Gregory J. Sorensen:

Effective with the date of this letter, funding for Project Number 5UG1HD113162-02 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 7/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards."[4] According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340."[5] At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to USAspending.gov.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Margaret Young, Chief Grants Management Officer, NICHD
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# EXHIBIT 11



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                      Public Health Service

National Institutes of Health
National Cancer Institute
Bethesda, Maryland 20892

04/07/2025

University of Maryland Baltimore
Sponsored Programs Administration
620 W. Lexington St, 4th Floor
Baltimore, MD 21201

Christine R. Toalepai:

Funding for Project Number 1UC2CA293782-01 is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement, and 2 C.F.R. § 200.340(a)(4).  This letter serves as a termination notice.

The 2024 Policy Statement applies to your project because NIH approved your grant on 08/29/2024, and "obligations for federal grants are generally determined by the laws, regulations, and terms in effect at the time the grant was awarded, as outlined in the Notice of Award (NOA) or grant agreement". This "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards."

According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340."  At the time your grant was issued, 2 C.F.R. § 200.340(a)(4) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This project no longer effectuates agency priorities. DEI: Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs. Therefore, there is no modification of the project that would align with agency priorities.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision," no corrective action is possible here.

Costs resulting from financial obligations incurred after termination are not allowable. Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §200.344. However, due to the immediate termination of this project, NIH may require a shortened timeframe to submit closeout reports. Details will be provided in the revised NOA issued by the Grants Management Official.

**Administrative Appeal**

Should you object to the termination, you may provide information and documentation challenging this action.  You must submit a request for such review to Acting Principal Deputy Director Dr. Memoli (matthew.memoli@nih.gov) no later than 30 days after the date of this letter. You may submit an extension request to Dr. Memoli and provide good cause as to why an extension of time should be granted.

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position.  In addition to the required written statement, you shall provide copies of any documents supporting your claim.

Sincerely,

*Crystal Wolfrey*

Crystal Wolfrey
Chief Grants Management Officer
National Cancer Institute

cc:
OPERA Director
Deputy Director for Extramural Research

EXHIBIT 12

| | |
|---|---|
| **Subject:** | Grant Termination Notification |
| **Date:** | Tuesday, April 8, 2025 at 3:33:40 PM Eastern Daylight Time |
| **From:** | Bulls, Michelle G. (NIH/OD) [E] |
| **To:** | Paffrath, Dennis |
| **Attachments:** | image001.jpg, image002.png |

**CAUTION:** This message originated from a non-UMB email system. Hover over any links before clicking and use caution opening attachments.

 

4/8/2025

Dennis Paffrath
University Of Maryland Baltimore
Redacted

Dear Dennis Paffrath:

Effective with the date of this letter, funding for Project Number 5U54CA272205-03 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 9/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

1 of 3

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Crystal Wolfrey, Chief Grants Management Officer, NCI
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4]
___ NIH Grants Policy Statement at IIA-1.

[5]
___ *Id.* at IIA-155.

[6]
___ NIH Grants Policy Statement at IIA-156.

[7]
___ *See* 2 C.F.R. § 200.343 (2024).

[8]
___ 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9]
___ *See* 45 C.F.R. § 75.374.

[10]
___ See 42 C.F.R. Part 50, Subpart D

[11]
___ 11 *Id.* § 50.406(a)

[12]
___ 12 *Id.* § 50.406(b)

# EXHIBIT 13

**Subject:** Fwd: NIGMS Funding Update
**Date:** Wednesday, April 2, 2025 at 1:38:14 PM Eastern Daylight Time
**From:** Sorensen, Gregory J.
**To:** Frankenfield, Jill

Here is another one.  Not sure if you received it yet.  Thanks

**Greg J. Sorensen**
Assistant Director, Sponsored Programs Admin.
Office of Research and Development
University of Maryland, Baltimore
620 W. Lexington Street, 4th Floor
Baltimore, Maryland 21201
Redacted

Begin forwarded message:

**From:** "Gibbs, Kenneth (NIH/NIGMS) [E]" <kenneth.gibbs@nih.gov>
**Subject: NIGMS Funding Update**
**Date:** April 2, 2025 at 1:15:12 PM EDT
**To:** Redacted

You don't often get email from kenneth.gibbs@nih.gov. Learn why this is important

**CAUTION:** This message originated from a non-UMB email system. Hover over any links before clicking and use caution opening attachments.

Re: GM113262-10

Dear Sorenson, Gregory,

As business official for the above referenced award, I am writing to let you know that due to changes in NIH/HHS priorities, the **Postbaccalaureate Research Education Program (PREP)** program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grants Policy Statement.  Further awards will not be made, and NIGMS will not permit no-cost extensions. We advise against recruiting future cohorts.

NIGMS grants management will follow up if there is any specific information or action needed regarding your award.  For additional information regarding funding opportunities that NIGMS supports, see NIGMS TWD Webpage: https://www.nigms.nih.gov/training/Pages/TWDPrograms.

If you have specific follow up questions, please email nigmstrainingmail@nigms.nih.gov and include your grant number.

**Kenneth D. Gibbs, Jr., PhD, MPH**
Director, Division of Training and Workforce Development
National Institute of General Medical Sciences
National Institutes of Health

# EXHIBIT 14

**Subject:** Fwd: NIGMS Funding Update
**Date:** Wednesday, April 2, 2025 at 1:39:06 PM Eastern Daylight Time
**From:** Sorensen, Gregory J.
**To:** Frankenfield, Jill

And another one.  Thanks

**Greg J. Sorensen**
Assistant Director, Sponsored Programs Admin.
Office of Research and Development
University of Maryland, Baltimore
620 W. Lexington Street, 4th Floor
Baltimore, Maryland 21201
Redacted

Begin forwarded message:

**From:** "Gibbs, Kenneth (NIH/NIGMS) [E]" <kenneth.gibbs@nih.gov>
**Subject: NIGMS Funding Update**
**Date:** April 2, 2025 at 1:15:34 PM EDT
**To:** Redacted

You don't often get email from kenneth.gibbs@nih.gov. Learn why this is important

**CAUTION:** This message originated from a non-UMB email system. Hover over any links before clicking and use caution opening attachments.

Re: GM144951-04

Dear Christine R. Toalepai,

As business official for the above referenced award, I am writing to let you know that due to changes in NIH/HHS priorities, the **Initiative for Maximizing Student Development (IMSD)** program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grants Policy Statement.  Further awards will not be made, and NIGMS will not permit no-cost extensions. We advise against recruiting future cohorts.

NIGMS grants management will follow up if there is any specific information or action needed regarding your award.  For additional information regarding funding opportunities that NIGMS supports, see NIGMS TWD Webpage: https://www.nigms.nih.gov/training/Pages/TWDPrograms.

If you have specific follow up questions, please email nigmstrainingmail@nigms.nih.gov and include your grant number.

**Kenneth D. Gibbs, Jr., PhD, MPH**
Director, Division of Training and Workforce Development
National Institute of General Medical Sciences
National Institutes of Health