EXHIBIT 20

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., | |
| *Plaintiffs,* | No. 1:25-cv-_____ |
| v. | |
| ROBERT F. KENNEDY, JR., et al., | |
| *Defendants.* | |

## DECLARATION OF JOHN J. FARMER, JR.

I, John J. Farmer, Jr., upon information and belief, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am the Interim Senior Vice President and General Counsel of Rutgers, the State University of New Jersey.

2.      I have compiled the information in the statements set forth below through review of Rutgers's records and other documents gathered by Rutgers personnel who have assisted me and on the basis of documents that have been provided to and/or reviewed by me in order to understand their immediate impact on Rutgers.

3.      I submit this Declaration in support of the States' Motion for Temporary Restraining Order.

**A.  Professional Background**

4.      I am the Interim Senior Vice President and General Counsel at Rutgers, the State University of New Jersey. I have served in this capacity since 2024.  I am the chief counsel for the

1

university.  Previously, I have served as Dean of Rutgers School of Law-Rutgers and Director of the Eagleton Institute.  From 1999-2002 I was Attorney General of the State of New Jersey.

5.      Founded in 1766, Rutgers is the oldest, largest, and highest-ranked public university in the New York/New Jersey Metropolitan area and is among the nation's highest-ranked public research universities.

6.      As New Jersey's land-grant university, Rutgers has a significant academic and clinical health sciences presence across the state, including activity in each of the State's 21 counties and three campuses located in the cities of Camden, Newark, and New Brunswick, New Jersey.

7.      Rutgers is accredited as one university, and the president presides over the University as the chief executive officer. Reporting to the president are four chancellors: the Chancellors of Rutgers University–New Brunswick and Rutgers Health—whose units together compose the Association of American Universities (AAU) unit of Rutgers—and the chancellors of Rutgers University–Newark and Rutgers University–Camden.

8.      Within this four-unit structure are numerous research centers and institutes, academic medical centers, and 29 schools and colleges, including colleges of liberal arts and sciences, a school of environmental and biological sciences, a school of engineering, a school of the arts, other professional schools, and graduate programs. Rutgers presently serves over 69,000 students, 82% of whom are New Jersey residents.

9.      As one of the largest employers in the state, Rutgers has a workforce that includes more than 10,000 full- and part-time faculty members and more than 17,450 full- and part-time staff.

10.     Each of the Rutgers units has its own distinct characteristics that contribute to the strength of our university; all are recognized within the U.S. News & World Report: America's Best Colleges top 50 public, national universities.

11.     Rutgers–New Brunswick, established in 1766, is New Jersey's leading public research university—a Research 1 designated institution and our largest chancellor-led unit.

12.     Rutgers–Newark, is an urban research (R2) university located in New Jersey's largest city that leverages its diversity and proximity to New York City. It is recognized as a driver of economic prosperity and social mobility and an anchor institution for its host city of Newark.

13.     Rutgers–Camden, our southern-most and smallest campus, is located in the Delaware Valley, which affords its community access not just to a personalized, close-knit, and robust experience on campus but also to the academic, cultural, and career resources available just across the Delaware River in Philadelphia.

14.     The University's fourth chancellor-led unit, Rutgers Health, is one of the nation's largest academic health centers, integrating education, research, and clinical care. It is also the largest academic health center within the state. Rutgers Health offers the broadest scope of programs for educating doctors, nurses, dentists, pharmacists, and other healthcare professionals in medicine, nursing, dentistry, pharmacy, and other health professions, making it a leading institution for healthcare education in New Jersey. It is home to Rutgers Cancer Institute of New Jersey, the State of New Jersey's only National Cancer Institute-designated Comprehensive Cancer Center.

15.     In addition to providing higher education to students from New Jersey and across the nation, Rutgers also supports significant medical and behavioral research and clinical trials

across its colleges and schools. Rutgers conducts vital research across a wide range of areas including heart disease, cancer, neuroscience and brain health, and infectious disease.

16.    To fund these crucial medical research programs, Rutgers is the recipient of federal funding, including annual funding from NIH in the total amount of approximately $250 million. NIH funding at Rutgers currently supports nearly 1,200 separate grants and more than 2,200 employees.

### B.  Reliance on NIH Funding

17.    In fiscal year 2024, Rutgers received funding through the National Institutes of Health ("NIH") to support approximately 1,200 projects, totaling approximately $250 million.

18.    Rutgers receives NIH grants across a variety of institutes encompassed within the NIH, including but not limited to the National Institutes on Aging, National Institute on Minority Health and Health Disparities, and National Heart Lung and Blood Institute.

19.    Through those NIH grants, Rutgers funds over 2,400 faculty and staff positions in whole or in part.

20.    Rutgers provides considerable employment benefits in the Science, Technology, Engineering and Mathematics ("STEM") workforce to the New Jersey economy.

### C.  Terminations of NIH Grants

21.    Since January 20th, 2025, Rutgers has had four NIH grants terminated.

22.    The terminations received through March 31, 2025, are attached hereto as Exhibits A, C, E, and G.

23.     These terminations will result in a prospective loss of $4,580,826 across the remaining grants years associated with these grants.

24.     The four NIH grants currently support, in whole or in part, the personnel expenses of 20 faculty and staff members.

25.     These terminations have triggered a loss of $1,966,042.44 across the four grants for the current budgetary period as discussed in more detail below, subject to the final close out process.

26.     The termination notices for these grants have provided very little to explain the termination, instead noting that the research no longer "effectuates agency priorities."

27.     The termination notices have also stated that there is "no corrective action" that can be taken to ensure the grant aligns with agency priorities.  However, prior to receipt of the termination, Rutgers had not been given notice of any opportunity to submit any "corrected" grant materials to align with agency priorities despite policy guidance from NIH that "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision." 2024 NIH Grants Policy Statement at IIA-156.  Nor was Rutgers provided with any updated "agency priorities" with which its research must align.

**Social Networks and Cognitive Health Among Black and Latino Sexual Minority Men in NJ (NIH Project Number 1R01AG089099)**

28.     NIH terminated grant funding for a study by Rutgers School of Public Health researchers of the social networks and cognitive health among Black and Latino sexual minority men in New Jersey, Project Number 1R01AG089099-01 on March 11, 2025. The Notice of Award ("NOA") for this grant is attached as Exhibit B. This study sought to understand how interpersonal processes and social network characteristics affect health behaviors related to cognitive performance. The study aimed to assess how social networks in the sample population are constructed and how social and physical activities in those networks may be protective for

5

cognitive performance. The project period for this grant spans from September 23, 2024 to August 31, 2029.

29.     This grant was approved in response to a Notice of Funding Opportunity, RFA-AG-24-025, from the National Institute on Aging made available on June 8, 2023.

30.     The National Institute on Aging's leads a national program of research on the biomedical, social, and behavioral aspects of the aging process; the prevention of age-related diseases and disabilities; and the promotion of a better quality of life for all older Americans.

31.     The grant was for a five-year period and awarded on September 20, 2024. This funding was intended to pay research faculty and staff, the preparation and distribution of materials, and other incidental research costs associated with the study. Five faculty members and two staff members are affiliated with the project.

32.     The first budget period for this grant covered September 23, 2024 to August 31, 2025.  At the time of termination, the total amount spent in this first budget period was $270,020, while the total amount awarded for this timeframe was $739,827. Therefore, for this period of time, the total funding lost upon the grant's termination was $469,807, subject to the final close out and adjustment process. The total estimated future loss due to termination is $2,833,758. This estimated loss includes the full grant award of $702,062 in 2026, $708,670 in 2027, and $711,412 in 2028. The project was scheduled to end on August 31, 2029. The reason for termination was that "programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans." *See* Exhibit A. Rutgers researchers were not referred to any new policy statement or regulation that described the new agency priorities.

33.     This project includes a community advisory board, who were integral in the development of the community-engagement portions of the study. Loss of funding would mean that the study fails to fulfill its agreed-upon expectations, meetings, and engagement with the community advisory board. This has the potential to damage trust between the academic institution and critical community partners, undermining years of relationship building. Participants who required any diagnostic assessments will no longer be able to receive those assessments.

34.     This award also includes funds awarded for consortium activity with the University of Pittsburgh in the amount of $44,504 and NJ Community Research Initiative ("NJCRI") in the amount of $115,842.  Seven faculty and five staff members are affiliated with subcontracted consortium activities.  Consortiums are established and administered as described in the NIH Grants Policy Statement.

### Stigma and the Non-Communicable Disease Syndemic in Aging HIV Positive and HIV Negative MSM (NIH Project Number 5R01HL160326-05)}

35.     NIH also terminated funding for Rutgers School of Public Health researchers to perform a mixed-methods study of factors associated with HIV prevention among Latino/x migrant men, Project Number 5R01HL160326-05, on March 19, 2025. The NOA for this grant is attached as Exhibit D. This study aimed to address the prevalence of HIV infection among Latino/x sexual minority men by examining how social ecological factors magnify HIV infection risks in this population. The project received its funding from the National Heart, Lung, and Blood Institute in response to a Funding Opportunity Announcement, RFA-HL-21-018.

36.     The National Heart, Lung, and Blood Institute (NHLBI) provides global leadership for a research, training, and education program to promote the prevention and treatment of heart, lung, and blood diseases and enhance the health of all individuals so that they can live longer and more fulfilling lives. The NHLBI stimulates basic discoveries about the causes of disease, enables

the translation of basic discoveries into clinical practice, fosters training and mentoring of emerging scientists and physicians, and communicates research advances to the public.

37.     This announcement was aimed at identifying strategies that foster holistic approaches in the clinical management of people living with HIV who also have heart, lung, blood, and sleep ("HLBS") comorbidities, and to utilize existing data to assess the feasibility and cost-effectiveness of such approaches. The grant was awarded on February 1, 2023. This funding was intended to pay research faculty and staff, the preparation and distribution of materials, and other incidental research costs associated with the study.  One faculty member and one staff member are affiliated with this project.

38.     At the time of termination, the total amount spent in the current budget period, which spanned February 1, 2024 until August 31, 2024, was $344,995, and the total budget awarded for this period of time was $497,040. Therefore, in this timeframe, the total funding lost was $152,045, subject to the final close out and adjustment process. The total estimated future loss due to termination is $487,894, which reflects remaining funding awarded under the grant through the projected end date of August 31, 2026. The reason given for termination was that the program was based on "artificial and non-scientific categories, including amorphous equity objectives." See Exhibit C. Rutgers researchers were not referred to any new policy statement or regulation that described the new agency priorities.

39.     The termination of this funding will have significant and immediate consequences for the 1020 study participants who have been receiving resources for the prevention or treatment of HIV and disrupt the continuum of care for a variety of associated co-morbidities. The loss of funding will also require the waste of biospecimens and the termination of electrocardiography

studies for participants. The loss of funding also forecloses future work on interventions in these critical health contexts.

40.    This award includes funds awarded for consortium activity with the Georgetown University, Massachusetts General Hospital, Johns Hopkins University, University of Miami, Northwestern University, University of Alabama at Birmingham, The George Washington University, The Regents of the University of California, Los Angeles, University of Mississippi Medical Center, University of Pittsburgh, Hektoen Institute, and Whitman-Walker Institute, Inc. 12 faculty and 9 staff are affiliated with subcontracted consortium activities. Rutgers, as the direct and primary recipient of NIH grant funds, is accountable to NIH for the performance project, the appropriate expenditures of grant funds by all parties, and all other obligations of the recipient, as specified in the NIH Grants Policy Statement.

**Understanding the Role of Structural Oppression for Suicide Risk among Black Sexual and Gender Minority Adolescents and Young Adults (NIH Project Number 5R01MD018679)**

41.    NIH also terminated the grant funding for a study by Rutgers School of Public Health researchers on the suicide risk of Black sexual and gender minority adolescents and young adults, Project Number 5R01MD018679 on March 20, 2025. The Notice of Award ("NOA") for this grant is attached as Exhibit F. This study aimed to utilize longitudinal research to assess how stigma and systemic racism affect suicidal thoughts and behaviors. The project received its funding from the National Institute on Minority Health and Health Disparities ("NIMHD") in response to a Funding Opportunity Announcement, RFA-MH-22-140, which was aimed at advancing research to better understand risk and resiliency factors for suicide among Black Youth.

42.    The mission of NIMHD is to lead scientific research to improve minority health and eliminate health disparities. To accomplish its mission, NIMHD plans, reviews, coordinates, and evaluates all minority health and health disparities research and activities of the National

9

Institutes of Health; conducts and supports research in minority health and health disparities; promotes and supports the training of a diverse research workforce; translates and disseminates research information; and fosters innovative collaborations and partnerships.

43. The grant was awarded on May 17, 2024 and was intended to fund research faculty and staff, the preparation and distribution of materials, and other incidental research costs associated with the study. Three faculty members and one staff member are affiliated with this project.

44. This grant provided four years of funding and is scheduled to terminate on December 31, 2027. At the time of termination, the total amount spent in the current budget period (May 17, 2024 to December 31, 2024) for this project was $302,860, while the total budget awarded for that time period was $1,131,947. Therefore, the funding lost in 2025 was $829,087, subject to the final close out and adjustment process. The total estimated future loss due to termination is $1,259,174. This includes losses of prospective awards associated with the grant of $633,470 in 2026 and $625,704 in 2027. The reason given for termination was that the program was based on "artificial and non-scientific categories, including amorphous equity objectives." *See* Exhibit E. Rutgers researchers were not referred to any new policy statement or regulation that described the new agency priorities.

45. The termination of the grant results in a loss of funding for two community-based organizations, the Hetrick-Martin Institute and the Whitman-Walker Institute that provide social support and healthcare resources to LGBTQ+ youth. Four faculty members and three staff engaged in subcontracted grant work through the Whitman-Walker Institute will also be adversely impacted. The loss of funding also impedes the study's ability to provide suicide prevention

resources, including referrals to mental healthcare, crisis response, and social services for youth found to be at risk for suicide.

### Development of Dual Inhibitors Targeting the Viral Main Protease and the Host Cathepsin L as SARS-CoV-2 Antivirals (NIH Project Number 5R01AI158775-04)

46.     NIH also terminated the grant funding for a study by Rutgers Ernest Mario School of Pharmacy researchers on the development of an antiviral to treat SARS-CoV-2, Project Number 5R01AI158775-04, on March 24, 2025. The Notice of Award ("NOA") for this grant is attached as Exhibit H. The project received its funding from the National Institute of Allergy and Infectious Diseases ("NIAID") in response to a Funding Opportunity Announcement, PAR-20-178, which was aimed at advancing research about SARS-CoV-2 and Coronavirus Disease 2019 ("COVID-19").

47.     NIAID research strives to understand, treat, and ultimately prevent the myriad infectious, immunologic, and allergic diseases that threaten millions of human lives.

48.     The grant was awarded on January 4, 2022, and was intended to fund the development of potent antivirals against severe acute respiratory syndrome coronavirus 2 (SARS-CoV2).  One faculty member and two staff members are affiliated with this project.

49.     This grant provided three years of funding totaling $2,142,404 over that period. At the time of termination, the total amount spent for this project was $1,627,301. Therefore, the funding lost in 2025 was $515,103, subject to the final close out and adjustment process. The reason given for termination was that "[The] grant funds were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grant funds are no longer necessary." See Exhibit G. Rutgers researchers were not referred to any new policy statement or regulation that described the new agency priorities.

50.     This grant award also includes subcontracted funds for Oklahoma State University, University of Arizona, and the University of South Florida.

**D.  Impacts from NIH Funding Terminations and Delays and Irreparable Harm**

51.     Due to the delays and funding uncertainty, and seeking alternative sources of funding, Rutgers faculty and researchers may be forced to:

   a.  Suspend hiring and reduce research staff hours, which risks the loss of key personnel who may be forced to seek other employment due to these cuts;

   b.  Terminate employment of research staff, who will be forced to seek other employment, and who may also face deportation as a result of a loss of sponsored visas;

   c.  Stop ongoing experiments, compromising time-sensitive components of the research;

   d.  Pause community-based partnerships, disrupting services;

   e.  Delay work on clinical translation, including potential therapeutic development;

52.     Students working in these labs who are relying on research conducted there to obtain their PhDs may see delays in their progression and career development.

53.     Shared research core facilities may need to lay off staff and close.

54.     These delays may cause slowdowns or pauses in hiring new faculty and staff.

**E.  Comparisons Across Administrations**

55.     In prior years, under both Democratic and Republican administrations, our institution never experienced this volume of unexplained delays or procedural breakdowns.

56.     Renewals were routine and predictable. This year, even long-standing, high-performing programs are in limbo.

12

57.     Terminations were exceedingly rare and followed due process. The current approach is without precedent in our experience.

**F.  Admissions, Training and Workforce Disruptions**

58.     Rutgers may reduce the number of undergraduate and graduate students admitted.

59.     NIH training grants, including T32 and F31 mechanisms, may be affected by review and award delays.  These training grants are designed to provide resources to institutions so they can train individuals in certain shortage areas (T32 grants), as well as support through predoctoral dissertation research (F31 grants).

60.     The visa status of international postdocs may be at risk visa status due to pending NIH awards that were expected to renew this spring.

**G.  Irreparable Harm**

61.     The delays have disrupted and may disrupt ongoing research, as well as setting back Rutgers for research going forward.  Funding gaps may force researchers to abandon studies, miss deadlines, or lose key personnel.

62.     Impacts to studies involving clinical trials for life-saving medications or procedures, and their closure could endanger the lives of patients.

63.     Some of these studies may have the potential to achieve breakthroughs which would have advanced public health, and which may not occur.

64.     Delays may also disrupt community services, student opportunities, and public programs.

65.     In many cases, there is no way to recover the lost time, research continuity, or training value once disrupted.

## <u>Conclusion</u>

66.    The breakdown in NIH processes is affecting institutional operations, planning, and public health partnerships.    Terminations and delays with no explanation or remedy are undermining confidence in the system.    These harms are ongoing and, in many instances, irreparable.



John J. Farmer, Jr.
Interim Senior Vice President and General Counsel
Rutgers, The State University of New Jersey

Date: 04/02/2025

14

# EXHIBIT A



March 11, 2025

Rutgers Biomedical and Health Sciences
Gregory Werhner
Authorized Organizational Official
65 Bergen St. Suite 1 Neward, NJ 07107
Email: gregory.werhner@rutgers.edu

Dear Greg Werhbner:

Funding for Project Number 1R01AG089099-01 is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on September 20, 2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards."[4] According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340."[5] At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs. NIH is obligated to carefully steward grant awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life. Your project does not satisfy these criteria.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

termination decision,"[6] no corrective action is possible here.  The premise of Project Number 1R01AG089099-01 is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390.  NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position.  In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,



Michelle G. Bulls on Behalf of Dr. Ken Santora
Office of Policy for Extramural Research Administration
Office of Extramural Research Administraiton

---

[6] 2024 Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D.
[11] *Id.* § 50.406(a).
[12] *Id.* § 50.406(b).

# EXHIBIT B

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE ON AGING

**Notice of Award**
FAIN# R01AG089099
**Federal Award Date**
09/20/2024

## Recipient Information

**1. Recipient Name**
RUTGERS THE STATE UNIVERSITY OF NEW JERSEY
65 BERGEN ST
STE 1
NEWARK, NJ 07107

**2. Congressional District of Recipient**
10

**3. Payment System Identifier (ID)**
1226001086A1

**4. Employer Identification Number (EIN)**
226001086

**5. Data Universal Numbering System (DUNS)**
090299830

**6. Recipient's Unique Entity Identifier**
YVVTQD8CJC79

**7. Project Director or Principal Investigator**
Cui  Yang, PHD (Contact)
Associate Professor
cy360@rutgers.edu
732-235-9754

**8. Authorized Official**
Gregory Werhner
gregory.werhner@rutgers.edu

## Federal Agency Information

**9. Awarding Agency Contact Information**
KRISTINA MICHELLE Smith

NATIONAL INSTITUTE ON AGING

**10. Program Official Contact Information**
Melissa S Gerald
Health Science Administrator
NATIONAL INSTITUTE ON AGING
geraldmel@nia.nih.gov
301-402-4156

## Federal Award Information

**11. Award Number**
1R01AG089099-01

**12. Unique Federal Award Identification Number (FAIN)**
R01AG089099

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Social Networks and Cognitive Health among Black and Latino sexual minority men in NJ

**15. Assistance Listing Number**
93.866

**16. Assistance Listing Program Title**
Aging Research

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/23/2024 – **End Date** 08/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $739,827 |
| 20 a.  Direct Cost Amount | $511,814 |
| 20 b.  Indirect Cost Amount | $228,013 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $739,827 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $739,827 |
| **26. Project Period Start Date** 09/23/2024 – **End Date** 08/31/2029 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $739,827 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Philip E. Smith

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Version:15 - 2/15/2024 9:51 AM | Generated on: 9/20/2024 12:16 AM



Notice of Award

RESEARCH
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE ON AGING



---

**SECTION I – AWARD DATA – 1R01AG089099-01**

**Principal Investigator(s):**
Mackey R Friedman, PHD
Henry Fisher Raymond, DPH
Cui  Yang (contact), PHD

**Award e-mailed to:** rsp-rbhs@research.rutgers.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $739,827 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to RUTGERS BIOMEDICAL AND HEALTH SCIENCES in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Aging of the National Institutes of Health under Award Number R01AG089099. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Philip E. Smith
Grants Management Officer
NATIONAL INSTITUTE ON AGING

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | $249,712 |
| **Fringe Benefits** | $77,709 |
| **Personnel Costs (Subtotal)** | $327,421 |
| **Consultant Services** | $1,900 |
| **Materials & Supplies** | $5,976 |
| **Travel** | $3,800 |
| **Other** | $10,925 |
| **Subawards/Consortium/Contractual Costs** | $161,792 |
| | |
| **Federal Direct Costs** | $511,814 |
| **Federal F&A Costs** | $228,013 |
| **Approved Budget** | $739,827 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $739,827 |
| **TOTAL FEDERAL AWARD AMOUNT** | $739,827 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $739,827 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $739,827 | $739,827 |
| 2 | $711,614 | $711,614 |
| 3 | $702,062 | $702,062 |
| 4 | $708,670 | $708,670 |
| 5 | $711,412 | $711,412 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1226001086A1 |
| **Document Number:** | RAG089099A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| AG | 8470694 | $739,827 | $711,614 | $702,062 | $708,670 | $711,412 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: 2BFAMGE / **OC**: 41021 / **Released**: 09/19/2024
**Award Processed:** 09/20/2024 12:16:23 AM

## SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01AG089099-01

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

## SECTION III – STANDARD TERMS AND CONDITIONS – 1R01AG089099-01

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01AG089099. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-

discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – AG SPECIFIC AWARD CONDITIONS – 1R01AG089099-01**


Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**RESTRICTION:** The present award is being made without a currently valid certification of IRB approval for this project with the following restriction: Only activities that are clearly severable and independent from activities that involve human subjects may be conducted pending the National Institute on Aging's acceptance of the certification of IRB approval.
No funds may be drawn down from the payment system and no obligations may be made against Federal funds for any research involving human subjects prior to the National Institute on Aging's notification to the grantee that the identified issues have been resolved and this restriction removed.

Failure to respond within the 60-day period and/or to otherwise comply with the above requirements may result in suspension and/or termination of this award, audit/or disallowances, and/or other appropriate action.

See the NIH Grants Policy Statement, Chapter 4.1.15 Human Subjects Protections (http://grants.nih.gov/grants/policy/nihgps/HTML5/section_4/4_public_policy_requirements__objectives_and_other_appropriation_mandates.htm), for specific requirements related to the protection of human subjects, which are applicable to and a term and condition of this award.
 ******

This award includes funds awarded for consortium activity with **University of Pittsburgh** in the amount of $44,504 ($27,990 direct costs + $16,514 facilities and administrative costs). Consortiums are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS).  The referenced section of the NIH Grants Policy Statement is available at:
http://grants.nih.gov/grants/policy/nihgps/HTML5/section_15/15 consortium_agreements.htm

This award includes funds awarded for consortium activity with **NJCRI** in the amount of $115,842 ($93,046 direct costs + $22,796 facilities and administrative costs). Consortiums are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS).  The referenced section of the NIH Grants Policy Statement is available at:

http://grants.nih.gov/grants/policy/nihgps/HTML5/section_15/15
consortium_agreements.htm
******

In keeping with NOT-OD-06-054 (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-06-054.html), as this grant has multiple Principal Investigators (PIs), although the signatures of the PIs are not required on prior approval requests submitted to the agency, the grantee institution must secure and retain the signatures of all of the PIs within their own internal processes.

Data Management and Sharing Policy: Applicable

This project is expected to generate scientific data. Therefore, the Final NIH Policy for Data Management and Sharing applies. The approved Data Management and Sharing (DMS) Plan is hereby incorporated as a term and condition of award, and the recipient shall manage and disseminate scientific data in accordance with the approved plan. Any significant changes to the DMS Plan (e.g., new scientific direction, a different data repository, or a timeline revision) require NIH prior approval. Failure to comply with the approved DMS plan may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action. See NIH Grants Policy Statement Section 8.2.3 for more information on data management and sharing expectations.

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|--------|--------|--------|--------|--------|--------|
| DMS Costs | $0 | $0 | $0 | $0 | $0 |

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R01AG089099-01

**INSTITUTION:** RUTGERS BIOMEDICAL AND HEALTH SCIENCES

| Budget | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|--------|--------|--------|--------|--------|--------|
| Salaries and Wages | $249,712 | $263,026 | $259,606 | $259,606 | $249,711 |
| Fringe Benefits | $77,709 | $81,852 | $80,788 | $80,788 | $77,709 |
| Personnel Costs (Subtotal) | $327,421 | $344,878 | $340,394 | $340,394 | $327,420 |
| Consultant Services | $1,900 | $950 | $950 | $950 | $2,850 |
| Materials & Supplies | $5,976 | $1,716 | | | $977 |
| Travel | $3,800 | $25,793 | $23,228 | $27,287 | $26,505 |
| Other | $10,925 | $4,275 | $1,900 | $4,275 | $19,950 |
| Subawards/Consortium/Contractual Costs | $161,792 | $118,763 | $126,701 | $115,750 | $110,962 |
| Publication Costs | | | | $4,750 | $4,750 |
| TOTAL FEDERAL DC | $511,814 | $496,375 | $493,173 | $493,406 | $493,414 |
| TOTAL FEDERAL F&A | $228,013 | $215,239 | $208,889 | $215,264 | $217,998 |
| TOTAL COST | $739,827 | $711,614 | $702,062 | $708,670 | $711,412 |

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|--------|--------|--------|--------|--------|--------|
| F&A Cost Rate 1 | 57% | 57% | 57% | 57% | 57% |
| F&A Cost Base 1 | $400,022 | $377,612 | $366,472 | $377,656 | $382,452 |
| F&A Costs 1 | $228,013 | $215,239 | $208,889 | $215,264 | $217,998 |

# EXHIBIT C

 

03/20/2025

Gregory Werhner
RUTGERS BIOMEDICAL AND HEALTH SCIENCES
rsp-rbhs@research.rutgers.edu


Dear Gregory Werhner:

Effective with the date of this letter, funding for Project Number 5R01HL160326-05 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 09/01/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs. Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

1

an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls, on behalf of Anthony Agresti, Chief Grants Management Officer, National Heart, Lung, and Blood Institute
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[6] 2024 Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# EXHIBIT D

DEPARTMENT OF HEALTH AND HUMAN SERVICES

**Notice of Award**
FAIN# R01HL160326

National Institutes of Health
NATIONAL HEART, LUNG, AND BLOOD INSTITUTE

**Federal Award Date**
02/01/2023

## Recipient Information

**1. Recipient Name**
RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY
65 BERGEN ST

NEWARK, 07107

**2. Congressional District of Recipient**
10

**3. Payment System Identifier (ID)**
1226001086A1

**4. Employer Identification Number (EIN)**
226001086

**5. Data Universal Numbering System (DUNS)**
090299830

**6. Recipient's Unique Entity Identifier**
YVVTQD8CJC79

**7. Project Director or Principal Investigator**
Mackey R Friedman, PHD
Associate Professor
mf1061@rutgers.edu
973-972-1465

**8. Authorized Official**
Gregory Werhner

## Federal Agency Information

**9. Awarding Agency Contact Information**
FATU Kamara
Grants Management Specialist
NATIONAL HEART, LUNG, AND BLOOD INSTITUTE
fatima.kamara@nih.gov
301-435-7916

**10. Program Official Contact Information**
Sean Coady
Program Officer
NATIONAL HEART, LUNG, AND BLOOD INSTITUTE
coadys@mail.nih.gov
301-453-1289

## Federal Award Information

**11. Award Number**
7R01HL160326-03

**12. Unique Federal Award Identification Number (FAIN)**
R01HL160326

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Stigma and the non-communicable disease syndemic in aging HIV positive and HIV negative MSM

**15. Assistance Listing Number**
93.837

**16. Assistance Listing Program Title**
Cardiovascular Diseases Research

**17. Award Action Type**
Change of Recipient Organization

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 02/01/2023 – **End Date** 08/31/2023 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $716,170 |
| 20 a.  Direct Cost Amount | $551,597 |
| 20 b.  Indirect Cost Amount | $164,573 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $716,170 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $716,170 |
| -------------------------------------------------------------- | |
| **26. Project Period Start Date** 02/01/2023 – **End Date** 08/31/2026 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $716,170 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
John Diggs

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



Notice of Award

*RESEARCH*
Department of Health and Human Services
National Institutes of Health

NATIONAL HEART, LUNG, AND BLOOD INSTITUTE



---

**SECTION I – AWARD DATA – 7R01HL160326-03**

**Principal Investigator(s):**
Mackey R Friedman, PHD

**Award e-mailed to:** rsp-rbhs@research.rutgers.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $716,170 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to RUTGERS BIOMEDICAL AND HEALTH SCIENCES in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Heart, Lung, And Blood Institute of the National Institutes of Health under Award Number R01HL160326. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

John  Diggs
Grants Management Officer
NATIONAL HEART, LUNG, AND BLOOD INSTITUTE

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---:|
| Salaries and Wages | $9,715 |
| **Fringe Benefits** | $5,998 |
| **Personnel Costs (Subtotal)** | $15,713 |
| **Subawards/Consortium/Contractual Costs** | $535,884 |
| | |
| **Federal Direct Costs** | $551,597 |
| **Federal F&A Costs** | $164,573 |
| **Approved Budget** | $716,170 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $716,170 |
| **TOTAL FEDERAL AWARD AMOUNT** | $716,170 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $716,170 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|:---:|---:|---:|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 3 | $716,170 | $716,170 |
| 4 | $599,297 | $599,297 |
| 5 | $507,184 | $507,184 |
| 6 | $487,894 | $487,894 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1226001086A1 |
| Document Number: | RHL160326B |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2022 |

| IC | CAN | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|
| HL | 8475158 | $716,170 | $599,297 | $507,184 | $487,894 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: HHEF A / **OC**: 41025 / **Released**: Diggs, John 01/27/2023
**Award Processed:** 02/01/2023 12:18:56 AM

## SECTION II – PAYMENT/HOTLINE INFORMATION – 7R01HL160326-03

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

## SECTION III – STANDARD TERMS AND CONDITIONS – 7R01HL160326-03

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.   The grant program legislation and program regulation cited in this Notice of Award.

    b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.

    c.   45 CFR Part 75.

    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.

    e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.

    f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.**2.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01HL160326. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

### SECTION IV –  HL SPECIFIC AWARD CONDITIONS – 7R01HL160326-03

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**CHANGE OF RECIPIENT INSTITUTION**
This award reflects an approved change of recipient institution. The funds released by University of Pittsburgh are in accordance with the relinquishing statement dated December 1, 2022 and are an estimated balance.  If the unobligated balance from University of Pittsburgh has been overestimated, it may be necessary to reduce the amount of this award.

**NHLBI FUNDING GUIDELINES**
This award is being issued in accordance with the NHLBI FY 2022 Operating Guidelines which can be found at:  https://www.nhlbi.nih.gov/current-operating-guidelines

**CONSORTIUM/CONTRACTUAL**
This award includes funds awarded for consortium activity with the Georgetown University, Massachusetts General Hospital, Johns Hopkins University, University of Miami, Northwestern University, University of Alabama at Birmingham, The George Washington University, The Regents of the University of California, Los Angeles, University of Mississippi Medical Center, University of Pittsburgh, Hektoen Institute, and Whitman-Walker Institute, Inc.The recipient, as the direct and primary recipient of NIH grant funds, is accountable to NIH for the performance

project, the appropriate expenditures of grant funds by all parties, and all other obligations of the recipient, as specified in the NIH Grants Policy Statement. In general, the requirements that apply to the recipient, including the intellectual property requirements also apply to consortium participant(s).

**MILESTONE ACCRUAL PLAN (MAP)**
NHLBI support of this study is contingent upon adequate participant recruitment based on the recipient's Milestone Accrual Plan dated (9/8/21). The recipient is expected to demonstrate best effort compliance in accordance with the NHLBI Milestone Accrual Policy (https://www.nhlbi.nih.gov/grants-and-training/policies-and-guidelines/accrual-of-human-subjectsmilestones-policy.) Failure to achieve minimally acceptable milestone recruitment levels may result in the withholding of future support and/or negotiating an orderly close-out of this study.

**FOREIGN COMPONENT**
This award includes funding for the following foreign sites:

- Technische University Dresden (Dresden, Germany)

Any additions of foreign sites requires NIH prior approval.

**FOREIGN TRAVEL**
Recipients must comply with the requirements of the Fly America Act (49 U.S.C. 40118) which generally provides that foreign air travel funded by Federal funds may only be conducted on U.S. flag air carriers and under applicable Open Skies Agreements.

**PRIOR APPROVAL REQUEST**
It is recommended that applicable prior approval requests be submitted via the eRA Commons Prior Approval Module (link: prior_approval (nih.gov)). Please refer to Part II Chapter 8 of the NIH Grants Policy Statement for the activities and/or expenditures that require NIH approval at http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf

**NON-COMPETING RENEWAL (SNAP)**
The NIH requires the use of the Research Performance Progress Report (RPPR) for all Type 5 progress reports. The RPPR and other documents applicable to this SNAP grant are due the 15th of the month preceding the month in which the budget period ends (e.g., if the budget period ends 11/30, the due date is 10/15). Please see http://grants.nih.gov/grants/rppr/index.htm for additional information on the RPPR.

**SPREADSHEET SUMMARY**
**AWARD NUMBER: 7R01HL160326-03**

**INSTITUTION:** RUTGERS BIOMEDICAL AND HEALTH SCIENCES

| Budget | Year 3 | Year 4 | Year 5 | Year 6 |
|---|---|---|---|---|
| Salaries and Wages | $9,715 | $1,889 | $9,310 | $4,183 |
| Fringe Benefits | $5,998 | $1,166 | $5,748 | $2,582 |
| Personnel Costs (Subtotal) | $15,713 | $3,055 | $15,058 | $6,765 |
| Subawards/Consortium/Contractual Costs | $535,884 | $579,117 | $483,543 | $477,273 |
| TOTAL FEDERAL DC | $551,597 | $582,172 | $498,601 | $484,038 |
| TOTAL FEDERAL F&A | $164,573 | $17,125 | $8,583 | $3,856 |
| TOTAL COST | $716,170 | $599,297 | $507,184 | $487,894 |

Version: 13 - 8/3/2022 12:59 PM | Generated on: 2/1/2023 12:18 AM

| Facilities and Administrative Costs | Year 3 | Year 4 | Year 5 | Year 6 |
|---|---|---|---|---|
| F&A Cost Rate 1 | 57% | 57% | 57% | 57% |
| F&A Cost Base 1 | $288,725 | $30,043 | $15,058 | $6,765 |
| F&A Costs 1 | $164,573 | $17,125 | $8,583 | $3,856 |

# EXHIBIT E

 

03/20/2025

Gregory Werhner
RUTGERS BIOMEDICAL AND HEALTH SCIENCES
rsp-rbhs@research.rutgers.edu

Dear Gregory Werhner:

Effective with the date of this letter, funding for Project Number 5R01HL160326-05 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 09/01/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs. Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,



Michelle G. Bulls, on behalf of Anthony Agresti, Chief Grants Management Officer, National Heart, Lung, and Blood Institute
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[6] 2024 Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

# EXHIBIT F

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE ON MINOFIT# HEALTH ANR HEALTH RISPAFITIES

**Notice of Award**
8AINY F01MR01WJ69
**Federal Award Date**
05/16/2024

## Recipient Information

**1. Recipient Name**
FUTGEFS THE STATE UNIVEFSIT# O8 NEB KEFSE#
J5 , EFGEN ST
STE 1
NEB AF73NK 06106

**2. Congressional District of Recipient**
10

**3. Payment System Identifier (ID)**
122J0010WJA1

**4. Employer Identification Number (EIN)**
22J0010WJ

**5. Data Universal Numbering System (DUNS)**
090299WQ0

**' . Recipients Uni7ue Entity Identifier**
#VVTDRWCKC69

**6. Project Director or Principal Investigator**
Re( in English3PHR cConta) ty

de( in@nglish. rutgers@du
96Q-962-1655

**8. Authorized Official**
GregorwB erhner

## Federal Agency Information

**9. Awarding Agency Contact Information**
SwSha) mteford

NATIONAL INSTITUTE ON MINOFIT# HEALTH ANR HEALTH RISPAFITIES
sha) mtefords. v ail@ih@o(
Q01-402-1QJJ

**10. Program Official Contact Information**
Crwstal , armsdale
Health S) ientist Adv inistrator/krograv Offi) ial
NATIONAL INSTITUTE ON MINOFIT# HEALTH ANR HEALTH RISPAFITIES
) rwstal@arnsdale. nih@o(
Q01-402-1QJJ

## Federal Award Information

**11. Award Number**
1F01MR01WJ69-01A1

**12. Uni7ue Federal Award Identification Number (FAIN)**
F01MR01WJ69

**13. Statutory Authority**
42 USC 241  42 C8F 52

**14. Federal Award Project Title**
Understanding the Fole of Stru tural Okkression for Sui) ide Fismav ong , la) mSepual and Gender MinoritwAdoles) ents and #oung Adults

**15. Assistance Listing Number**
9Q.Q06

**1' . Assistance Listing Program Title**
MinoritwHealth and Health Riskarities Fesear) h

**16. Award Action Type**
Ne$ Cov keting

**18. Is the Award R&D?**
#es

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 05/16/2024 **– End Date** 12/Q1/2024 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | b6023 45 |
| 20 a@Rire) t Cost Av ount | b5293 1W |
| 20 x@Indire) t Cost Av ount | b16Q026 |
| 21. Authorized Carrwo( er | |
| 22. Offset | |
| 23. Total Av ount of 8ederal 8unds Oxligated this xudget keriod | b6023 45 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | b0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | b6023 45 |
| **2' . Project Period Start Date** 05/16/2024 **– End Date** 12/Q1/2026 | |
| 26. Total Av ount of the 8ederal A$ ard in) luding Akkro( ed Cost Sharing or Mat) hing this Proje) t Period | b6023 45 |
| **28. Authorized Treatment of Program Income** Additional Costs | |
| **29. Grants Management Officer - Signature** Pris) illa Grant | |

## 30. Remarks

A) ) ektan) e of this a$ ard3in) luding the "Terv s and Conditions3 is a) nmo$ ledged $wthe re) ikient $ hen funds are dra$ n do$ n or other$ ise requested frov the grant kaw ent swstev @

Version15 - 3/15/2024 9:51 AM | Generated on: 5/16/2024 12:25 AM



Noti) e of A$ ard

**RESEARCH**
Rekartv ent of Health and Huv an Ser(i) es
National Institutes of Health



NATIONAL INSTITUTE ON MINOFIT# HEALTH ANR HEALTH RISPAFITIES

---

**SECTION I – AWARD DATA – 1R01MD018' 69-01A1**

**Principal Investigator(s):**
Ranielle FeNaw, usxv8PHR
Re(in  English c) onta) ty3PHR

**Award e-mailed to:**  rsk-rxhs.  resear) h@utgers@du

Rear Authorized Offi) ial:

The National Institutes of Health herexwa$ ards a grant in the av ount of b6023745 csee "A$ ard Cal) ulation" in Se) tion I and "Terv s and Conditions" in Se) tion IIIyto FUTGEFS , IOMERICAL ANR HEALTH SCIENCES in sukkort of the axo( e referen) ed kroje) t@This a$ ard is kursuant to the authoritwof 42 USC 241  42 C8F 52 and is suxje) t to the requirev ents of this statute and regulation and of other referen) ed3in) orkorated or atta) hed terv s and ) onditions@

A) ) ektan) e of this a$ ard3in) luding the "Terv s and Conditions3 is a) mo$ ledged xwthe re) ikient $ hen funds are dra$ n do$ n or other$ ise requested frov  the grant kaw  ent svstev @

Ea) h kuxli) ation3kress release3or other do) uv ent axout resear) h sukkorted xwan NIH a$ ard  v ust in) lude an a) mo$ ledgv ent of NIH a$ ard sukkort and a dis) laiv er su) h as "Fesear) h rekorted in this kuxli) ation $ as sukkorted xwthe National Institute On MinoritwHealth And Health Riskarities of the National Institutes of Health under A$ ard Nuv xer F01MR01WJ69@The ) ontent is solelwthe reskonsixilitwof the authors and does not ne) essarilwrekresent the offi) ial (ie$ s of  the National Institutes of Health@Prior to issuing a kress release ) on) erning the out) ov e of this resear) h3klease notifwthe NIH a$ arding IC in ad( an) e to allo$  for ) oordination@

A$ ard re) ikients v ust krov ote oxje) ti( itwin resear) h) h xwestaxlishing standards that kro( ide a reasonaxle epke) tation that the design3) ondu) t and rekorting of resear) h funded under NIH a$ ards $ ill xe free frov  xias resulting frov  an In( estigator's 8inan) ial Confli) t of Interest c8COIy3in a) ) ordan) e $ ith the 2011 re( ised regulation at 42 C8F Part 50 Suxkart 8@The Institution shall suxv it all 8COI rekorts to the NIH through the eFA Cov v ons 8COI Module@The regulation does not akklwto Phase I Sv all , usiness Inno( ati( e Fesear) h cS, IFyand Sv all , usiness Te) hnologwTransfer cSTTFya$ ards@Consult the NIH $ exsite [httk://grants@ih@o(/grants/koli) w) oi/](httk://grants@ih@o(/grants/koli) w) oi/) for a linmto the regulation and additional iv kortant inforv ation@

If wou ha( e anwquestions axout this a$ ard3klease dire) t questions to the 8ederal Agen) w) onta) ts@

Sin) erelwwours3

Pris) illa  Grant
Grants Managev ent Offi) er
NATIONAL INSTITUTE ON MINOFIT# HEALTH ANR HEALTH RISPAFITIES

Additional inforv ation follo$ s

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---:|
| Salaries and Wages | bJW4JQ |
| Fringe Benefits | bQ2309W |
| **Personnel Costs (Subtotal)** | b10035J1 |
| Consultant Services | bQ43000 |
| Materials & Supplies | b9355W |
| Travel | b13594 |
| Other | bJ63JJ |
| Subawards/Consortium/Contractual Costs | bQ1J3QQ9 |
| | |
| Federal Direct Costs | b52931W |
| Federal F&A Costs | b16Q0026 |
| Approved Budget | b602345 |
| Total Amount of Federal Funds Authorized (Federal Share) | b602345 |
| **TOTAL FEDERAL AWARD AMOUNT** | b602345 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | b602345 |

| | SUMMARY TOTALS FOR ALL YEARS (for this Ro) uv ent Nuv xery | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | b602345 | b602345 |
| 2 | bJ463J0W | bJ463J0W |
| Q | bJQQ3460 | bJQQ3460 |
| 4 | bJ255604 | bJ255604 |

Fe) ov v ended future wear total ) ost sukkort3suxje) t to the a( ailaxilitwof funds and satisfa) torwkrogress of the kroje) t

**Fiscal Information:**
Payment System Identifier:    122J0010WJA1
Document Number:    FMR01WJ69A
PMS Account Type:    P cSuxa) ) ounty
Fiscal Year:    2024

| IC | CAN | 2024 | 2025 | 202J | 2026 |
|---|---|---|---|---|---|
| MR | W462JW6 | b602345 | bJ463J0W | bJQQ3460 | bJ255604 |

Fe) ov v ended future wear total ) ost sukkort3suxje) t to the a( ailaxilitwof funds and satisfa) torwkrogress of the kroje) t

**NIH Administrative Data:**
**PCC**: CPS02 / **OC**: 41021 / **Released**: 05/10/2024
**Award Processed:** 05/16/2024 12:25:1J AM

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R01MD018' 69-01A1**

8or kaw ent and HHS Offi) e of Inske) tor General Hotline inforv ation3see the NIH Hov e Page at
[httk://grants@ih@o( /grants/koli) wa\$ ard) onditions@tv](httk://grants@ih@o( /grants/koli) wa$ ard) onditions@tv)

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R01MD018' 69-01A1**

This a\$ ard is xased on the akkli) ation suxv itted to3and as akkro( ed xw8NIH on the axo( e-titled kroje) t and is suxje) t to the terv s and ) onditions in) orkorated either dire) tlwor xwreferen) e in the follo\$ ing:

a@  The grant krograv  legislation and krograv  regulation ) ited in this Noti) e of A\$ ard@
x@  Conditions on a) ti( ities and epkenditure of funds in other statutorwrequirev ents3su) h as
    those in) luded in akkrokriations a) ts@
) @ 45 C8F Part 65@
d@  National Poli) wFequirev ents and all other requirev ents des) rixed in the NIH Grants Poli) w
    Statev ent3in) luding addenda in effe) t as of the xeginning date of the xudget keriod@
e@  8ederal A\$ ard Perforv an) e Goals: As required xwthe keriodi) rekort in the FPPF or in the final
    krogress rekort \$ hen akkli) axle@
f@  This a\$ ard noti) e3INCLURING THE TEFMS ANR CONRITIONS CITER , ELOB @

cSee NIH Hov e Page at [httk://grants@ih@o(/grants/koli) wa$ ard) onditions@tv](#) for ) ertain referen) es ) ited axo( e@

**Research and Development (R&D):** All a$ ards issued xwthe National Institutes of Health cNIHy v eet the definition of "Fesear) h and Re( elokv ent" at 45 C8F Part§ 65@. As su) h3auditees should identifwNIH a$ ards as kart of the F&R ) luster on the S) hedule of Epkenditures of 8ederal A$ ards cSE8Ay@The auditor should test NIH a$ ards for ) ov klian) e as instru) ted in Part V3Clusters of Prograv s@NIH re) ognizes that sov e a$ ards v awha( e another ) lassifi) ation for kurkoses of indire) t ) osts@The auditor is not required to rekort the dis) onne) t d@@the a$ ard is ) lassified as F&R for 8ederal Audit Fequirev ent kurkoses xut non-resear) h for indire) t ) ost rate kurkosesy3unless the auditee is ) harging indire) t ) osts at a rate other than the rate cyske) ified in the a$ ard do) uv ent cy@

An unoxligated xalan) e v awxe ) arried o( er into the nept xudget keriod $ ithout Grants Managev ent Offi) er krior akkro( al@

This grant is suxje) t to Streav lined Non) ov keting A$ ard Pro) edures cSNAPy@

This a$ ard is suxje) t to the requirev ents of 2 C8F Part 25 for institutions to oxtain a unique entitwidentifier cJElyand v aintain an a) ti( e registration in the Swstev for A$ ard Managev ent cSAMy@Should a ) onsortiuv /suxa$ ard xe issued under this a$ ard3a UEI requirev ent v ust xe in) luded@See [httk://grants@ih@o(/grants/koli) wa$ ard) onditions@tv](#) for the full NIH a$ ard terv iv klev enting this requirev ent and other additional inforv ation@

This a$ ard has xeen assigned the 8ederal A$ ard Identifi) ation Nuv xer c8AINy F01MR01WJ69cFe) ikients v ust do) uv ent the assigned 8AIN on ea) h ) onsortiuv /suxa$ ard issued under this a$ ard@

, ased on the kroje) t keriod start date of this kroje) t3this a$ ard is linelwsuxje) t to the Transkaren) wA) t suxa$ ard and epe) uti( e ) ov kensation rekorting requirev ent of 2 C8F Part 160@There are ) onditions that v awep) lude this a$ ard; see [httk://grants@ih@o(/grants/koli) wa$ ard) onditions@tv](#) for additional a$ ard akkli) axilitwinforv ation@

In a) ) ordan) e $ ith P(@@10-1J13) ov klian) e $ ith the NIH Puxli) A) ) ess Poli) wis no$ v andatorw@8or v ore inforv ation3see NOT-OR-0W0QQ and the Puxli) A) ) ess $ exsite: [httk://kuxli) a) ) ess@ih@o(/](#)@

Fe) ikients v ust adv inister the kroje) t in ) ov klian) e $ ith federal ) i( il rights la$ s that krohixit dis) riv ination on the xasis of ra) e3) olor3national origin3disaxilitw3age3and ) ov klw$ ith akkli) axle ) ons) ien) e krote) tions@The re) ikient $ ill ) ov klw$ ith akkli) axle la$ s that krohixit dis) riv ination on the xasis of sep3$ hi) h in) ludes dis) riv ination on the xasis of gender identitw3sepual orientation3and kregnan) w@Cov klian) e $ ith these la$ s requires taning reasonaxle steks to kro( ide v eaningful a) ) ess to kersons $ ith liv ited English krofi) ien) wand kro( iding krograv a) ) ess3reasonaxle v odifi) ations3and to kro( ide effe) ti( e ) ov v uni) ation3see httk://$ $ $ @hhs@o(/ ) i( il-rights/for-kro( iders/kro( ider-oxligations/indep@tv l and httks://$ $ $ @hhs@o(/@

- Fe) ikients of 88A v ust ensure that their krograv s are a) ) essixle to kersons $ ith liv ited English krofi) ien) w@8or guidan) e on v eeting the legal oxligation to tane reasonaxle steks to ensure v eaningful a) ) ess to krograv s or a) ti( ities xwliv ited English krofi) ient indi( iduals3 see [httks://$ $ $ @hhs@o(/ ) i( il-rights/for-indi( iduals/ske) ial-toki) s/liv ited-english-krofi) ien) wfa) t-sheet-guidan) e/indep@tv l](#) and [httks://$ $ $ @ek@o(/](#)@
- 8or inforv ation on an institution's ske) ifi) legal oxligations for ser( ing qualified indi( iduals $ ith disaxilities3in) luding kro( iding krograv a) ) ess3reasonaxle v odifi) ations3and to kro( ide effe) ti( e ) ov v uni) ation3see [httk://$ $ $ @hhs@o(/o) r/) i( ilrights/understanding/disaxilitwindep@tv l](#)@
- HHS funded health and edu) ation krograv s v ust xe adv inistered in an en( ironv ent free of sepual harassv ent; see [httks://$ $ $ @hhs@o(/ ) i( il-rights/for-indi( iduals/sep-dis) riv ination/indep@tv l](#)@8or inforv ation axout NIH's ) ov v itv ent to sukkorting a safe and reske) tful $ ormen( ironv ent3 $ ho to ) onta) t $ ith questions or ) on) erns3and $ hat NIH's epke) tations are for institutions and the indi( iduals sukkorted on NIH-funded a$ ards3klease see [httks://grants@ih@o(/grants/koli) wharassv ent@tv](#)@
- 8or guidan) e on adv inistering krograv s in ) ov klian) e $ ith akkli) axle federal religious nondis) riv ination la$ s and akkli) axle federal ) ons) ien) e krote) tion and asso) iated anti-

dis) riv ination la$ s3see httks://$ $ $ @hs@o(/) ons) ien) e/) ons) ien) e-krote) tions/indep@tv l and httks://$ $ $ @hs@o(/) ons) ien) e/religious-freedov /indep@tv l@

In a) ) ordan) e $ ith the regulatorwrequirev ents kro( ided at 45 C8F 65@1Q and Akkendip XII to 45 C8F Part 653re) ikients that ha( e ) urrentlwa) ti( e 8ederal grants3) ookerati( e agreev ents3and kro) urev ent ) ontra) ts $ ith ) uv ulati( e total ( alue greater than b103000300 v ust rekort and v aintain inforv ation in the Swstev  for A$ ard Managev ent cSAMy axout ) i( il3) riv inal3and adv inistrati( e kro) eedings in ) onne) tion $ ith the a$ ard or kerforv an) e of a 8ederal a$ ard that rea) hed final diskosition $ ithin the v ost re) ent fi( e-wear keriod@The re) ikient v ust also v ame sev iannual dis) losures regarding su) h kro) eedings@Pro) eedings inforv ation $ ill xe v ade kuxli) lwa( ailaxle in the designated integritwand kerforv an) e swstev  c) urrentlw the 8ederal A$ ardee Perforv an) e and Integritwinforv ation Swstev  c8APIISy@8ull rekorting requirev ents and kro) edures are found in Akkendix XII to 45 C8F Part 65@This terv  does not akklwto NIH fello$ shiks@

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – MD SPECIFIC AWARD CONDITIONS – 1R01MD018'69-01A1**

Clini) al Trial Indi) ator: No
This a$ ard does not sukkort anwNIH-defined Clini) al Trials@See the NIH Grants Poli) wStatev ent Se) tion 1@ for NIH definition of Clini) al Trial@

<u>INFORMATION</u>: In accordance with the National Institute on Minority Health and Health Disparities' (NIMHD's) Fiscal Year (FY) 2024 funding policies, this award has been issued at 85% of the adjusted requested level. Future year committed levels* have been adjusted accordingly.

 *committed level: The level of support calculated by applying the NIMHD funding plan to the corrected recommended level for each budget category for all years of the project period.

<u>REQUIREMENT</u>: This award is subject to the conditions set forth in RFA-MH-22-140, Understanding Suicide Risk and Protective Factors among Black Youth (R01 Clinical Trial Not Allowed), NIH Guide to Grants and Contracts, 03/22/2022, which is hereby incorporated by reference as special terms and conditions of this award.

Copies of this RFA may be accessed at the following internet address: https://grants.nih.gov/grants/guide/rfa-files/RFA-MH-22-140.html

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

<u>REQUIREMENT</u>: The awardee is required to follow the Data Management and Sharing Plan included in the 4/29/24 JIT and may not implement any changes in the plan without the written prior approval of the National Institute on Minority Health and Health Disparities.

<u>INFORMATION</u>: In order to redistribute awards more evenly throughout the year, budget periods are being adjusted. This award is issued with a shortened budget period and with 12 months of support. Continuation awards will cycle each year on January 1st.

<u>INFORMATION</u>: Although the budget period start date for this award is May 17th, this award includes funds for 12 months of support. Future year budget periods will cycle on January 1st. Allowable pre-award costs may be charged to this award, in accordance with the conditions outlined in the NIH Grants Policy Statement, and with

institutional requirements for prior approval. The NIH GPS can be found on the internet at http://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

<u>INFORMATION</u>: This award reflects the NIMHD's acceptance of the certification that all key personnel have completed education on the protection of human subjects, in accordance with NIH policy, "Required Education in the Protection of Human Research Participants," as announced in the June 5, 2000 NIH Guide (revised August 25, 2000) (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html).

Any individual involved in the design and conduct of the study that is not included in the certification must satisfy this requirement prior to participating in the project. Failure to comply can result in the suspension and/or termination of this award, withholding of support of the continuation award, audit disallowances, and/or other appropriate action.

<u>INFORMATION</u>:  Unobligated balances may be used by the NIMHD to reduce or offset funding for a subsequent budget period.

Rata Managev ent and Sharing Poli) w Akkli) axle

This kroje) t is epke) ted to generate s) ientifi) data@Therefore3the 8inal NIH Poli) wfor Rata Managev ent and Sharing akklies@The akkro( ed Rata Managev ent and Sharing dRMSy Plan is herexwin) orkorated as a terv  and ) ondition of a$ ard3and the re) ikient shall v anage and dissev inate s) ientifi) data in a) ) ordan) e $ ith the akkro( ed klan@Anwsignifi) ant ) hanges to the RMS Plan œ@@ne$  s) ientifi) dire) tion3a different data rekositorv3or a tiv eline re( isiony require NIH krior akkro( al@8ailure to ) ov  klw$ ith the akkro( ed RMS klan v awresult in suskension and/or terv ination of this a$ ard3$ ithholding of sukkort3audit disallo$ an) es3 and/or other akkrokriate a) tion@dSee NIH Grants Poli) wStatev ent Se) tion W@@ for v ore inforv ation on data v anagev ent and sharing epke) tations@

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1F01MR01WJ69-01A1

**INSTITUTION:** FUTGEFS , IOMERICAL ANR HEALTH SCIENCES

| , udget | #ear 1 | #ear 2 | #ear Q | #ear 4 |
|---|---|---|---|---|
| Salaries and B ages | bJW4JQ | bJW4JQ | bJW4JQ | bJW4JQ |
| 8ringe , enefits | bQ2309W | bQ2309W | bQ2309W | bQ2309W |
| Personnel Costs cSuxtotaly | b10035J1 | b10035J1 | b10035J1 | b10035J1 |
| Consultant Ser(i) es | bQ43000 | b16300 | b12650 | b12650 |
| Materials & Sukklies | b955W | b1Q3J6 | bW650W | bW650W |
| Tra(el | b1594 | b2096 | b1599 | b4552 |
| Other | bJ63JJ | b655JJ | b693MJ | b61Q1J |
| Suxa$ ards/Consortiuv /Co ntra) tual Costs | bQ1J3QQ9 | bQ143506 | bQ143506 | bQ143506 |
| TOTAL 8EREFAL RC | b52931W | b52Q09W | b516541 | b512594 |
| TOTAL 8EREFAL 8&A | b16Q0026 | b124210 | b115529 | b112910 |
| TOTAL COST | b60234 5 | bJ4630W | bJQQ460 | bJ25604 |

| 8a) ilities and Adv inistrati( e Costs | #ear 1 | #ear 2 | #ear Q | #ear 4 |
|---|---|---|---|---|
| 8&A Cost Fate 1 | 56% | 56% | 56% | 56% |
| 8&A Cost , ase 1 | bQ0Q556 | b21691Q | b20Q0Q4 | b19W0W6 |
| 8&A Costs 1 | b16Q0026 | b124210 | b115529 | b112910 |

**EXHIBIT G**

**From:** Bulls, Michelle G. (NIH/OD) [E]
**To:** Cathy Rivera
**Subject:** Grant Termination Notification
**Date:** Monday, March 24, 2025 3:51:41 PM
**Attachments:** image002.png

---






3/24/2025

Cathy Rivera
Rutgers Biomedical And Health Sciences
carivera@ored.rutgers.edu

Dear Cathy Rivera:

Effective with the date of this letter, funding for Project Number 5R01AI158775-04 is hereby terminated pursuant to the Fiscal Year 2023 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2023 Policy Statement applies to your project because NIH approved your grant on 8/1/2023, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2023 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

The end of the pandemic provides cause to terminate COVID-related grant funds. These grant funds were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grant funds are no longer necessary.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations

imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.* [8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination. [9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board. [10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time. [11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim. [12]

Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Emily Linde, Chief Grants Management Officer, NIAID Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11]
   11 *Id.* § 50.406(a)

[12]
   12 *Id.* § 50.406(b)

# EXHIBIT H

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

**Notice of Award**
FAIN# R01AI158775
**Federal Award Date**
03/25/2025

## Recipient Information

**1. Recipient Name**
RUTGERS THE STATE UNIVERSITY OF NEW JERSEY
65 BERGEN ST
STE 1
NEWARK, NJ 07107

**2. Congressional District of Recipient**
10

**3. Payment System Identifier (ID)**
1226001086A1

**4. Employer Identification Number (EIN)**
226001086

**5. Data Universal Numbering System (DUNS)**
090299830

**' . Recipient's Uni7ue Entity Identifier**
YVVTQD8CJC79

**6. Project Director or Principal Investigator**
Jun  Wang, PHD
Associate Professor
junwang@pharmacy.rutgers.edu
848-445-6493

**8. Authorized Official**
Cathy Rivera
carivera@ored.rutgers.edu
848-932-1080

## Federal Agency Information

**9. Awarding Agency Contact Information**
FABIOLA Chacon
Grants Management Specialist
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES
fabiola.chacon@nih.gov
301-761-7938

**10. Program Official Contact Information**
Mary Katherine Bradford Plimack

NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES
kate.plimack@nih.gov
(240) 447-9748

## Federal Award Information

**11. Award Number**
5R01AI158775-04

**12. Uni7ue Federal Award Identification Number (FAIN)**
R01AI158775

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Development of dual inhibitors targeting the viral main protease and the host cathepsin L as SARS-CoV-2 antivirals

**15. Assistance Listing Number**
93.855

**1' . Assistance Listing Program Title**
Allergy and Infectious Diseases Research

**16. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---:|
| **19. Budget Period Start Date** 08/01/2023 **– End Date** 03/24/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
|     20 a.  Direct Cost Amount | $0 |
|     20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $730,106 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $730,106 |
| --------------------------------------------------------- | |
| **2' . Project Period Start Date** 01/04/2022 **– End Date** 03/24/2025 | |
| **26.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $1,864,117 |
| **28. Authorized Treatment of Program Income** | |
| Additional Costs | |
| **29. Grants Management Officer - Signature** | |
| Emily  Linde | |

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



RESEARCH
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

**SECTION I – AWARD DATA – 5R01AI158665-04 RE: ISED**

**Principal Investigator(s)/**
Jun  Wang, PHD

**Award e-mailed to/** rsp-rbhs@research.rutgers.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to RUTGERS BIOMEDICAL AND HEALTH SCIENCES in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Allergy And Infectious Diseases of the National Institutes of Health under Award Number R01AI158775. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Emily  Linde
Grants Management Officer
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | $107,786 |
| **Fringe Benefits** | $50,310 |
| **Personnel Costs (Subtotal)** | $158,096 |
| **Materials & Supplies** | $92,661 |
| **Travel** | $2,000 |
| **Other** | $6,414 |
| **Subawards\Consortium\Contractual Costs** | $294,716 |
| **Tuition Remission** | $14,242 |
| | |
| **Federal Direct Costs** | $568,129 |
| **Federal F&A Costs** | $161,977 |
| **Approved Budget** | $730,106 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $730,106 |
| **TOTAL FEDERAL AWARD AMOUNT** | $730,106 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARV TOTALS FOR ALL VEARS (for this Document Number) | | |
|---|---|---|
| **VR** | **THIS AWARD** | **CUMULATI: E TOTALS** |
| 4 | $730,106 | $730,106 |

**Fiscal Information/**
**Payment System Identifier/** 1226001086A1
**Document Number/** RAI158775BC6
**PMS Account Type/** P (Subaccount)
**Fiscal Vear/** 2023

| IC | CAN | 2023 |
|---|---|---|
| AI | 8055771 | $730,106 |

**NIH Administrative Data/**
**PCC:** M51C SR / **OC:** 41025 / **Released**: 03/25/2025
**Award Processed/** 03/26/2025 12:03:39 AM

---

**SECTION II – PAVMENT\HOTLINE INFORMATION – 5R01AI158665-04  RE: ISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01AI158665-04  RE: ISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

  a.  The grant program legislation and program regulation cited in this Notice of Award.
  b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
  c.  45 CFR Part 75.
  d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
  e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
  f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D)/**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that

some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).


An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01AI158775. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted

electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income/**
Additional Costs

---

**SECTION I:  –  AI SPECIFIC AWARD CONDITIONS – 5R01AI158665-04  RE: ISED**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**<u>REVISED AWARD:</u>** The end of the pandemic provides cause to terminate COVID-related grant funds. These grant funds were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grant funds are no longer necessary. Therefore, this project is terminated.

Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

Supersedes previous Notice of Award dated **07/02/2024**.  All other terms and conditions still apply to this award.

**********

REVISED AWARD: This revised Notice of Award (NoA) is issued to extend the -14 year as agreed to in the correspondence dated **6/10/2024**. This is the only mid-project extension that will be allowed for the remainder of the project period.

This award also removes the no-cost extension authority of the NIH Standard Terms and Conditions of Award.  NIAID prior approval is required to extend the project period end date for this award.

Supersedes previous Notice of Award dated **5/26/2023**.  All other terms and conditions still apply to this award.

**********

This award provides funds of **$730,106** Total Costs (**$568,129** Direct Costs and **$161,977** F&A Costs) to prevent, prepare for, and respond to viral variant or disease with potential for creating a pandemic, domestically or internationally. These funds provide support for the period **08/01/2023-06/31/2024**. These funds are restricted to prevent, prepare for, and respond to coronavirus domestically or internationally only as described in the application submitted **on 06/12/2020** and subsequent documentation submitted **05/12/2023**, and may not be rebudgeted or used for any other purpose without NIAID prior approval.

**********

This Notice of Award (NoA) includes funds for **Oklahoma State University.**
This Notice of Award (NoA) includes funds for **University of Arizona.**
This Notice of Award (NoA) includes funds for **University of South Florida.**


**********

Highly Pathogenic Agents:
NIAID defines a Highly Pathogenic Agent as an infectious Agent or Toxin that may warrant a biocontainment safety level of BSL3 or higher according to the current edition of the CDC/NIH Biosafety in Microbiological and Biomedical Laboratories (BMBL) (https://www.cdc.gov/labs/BMBL.html). Research funded under this grant must adhere to the BMBL, including using the BMBL-recommended biocontainment level at a minimum. If the Institutional Biosafety Committee (IBC) (or equivalent body) or designated institutional biosafety official recommends a higher biocontainment level, the higher recommended containment level must be used.
When submitting future Progress Reports indicate at the beginning of the report:

> If no research with a Select Agent (see 42 CFR 73 for the relevant human Select Agents and Toxins; and 7 CFR 331 and 9 CFR 121 for the relevant animal and plant Select Agents and Toxins at https://www.selectagents.gov/regulations/ and https://www.selectagents.gov/sat/list.htm) and/or has been performed or is planned to be performed under this grant.

If the IBC or equivalent body or official has determined, for example, by conducting a risk assessment, that the work being planned or performed under this grant may be conducted at a biocontainment safety level that is lower than BSL3.

If the work involves Select Agents and/or Highly Pathogenic Agents, also address the following points:

> Any NIAID pre-approved changes in the use of the Select Agents and/or Highly Pathogenic Agents including its restricted experiments that have resulted in a change in the required biocontainment level, and any resultant change in location, if applicable, as determined by the IBC or equivalent body or official.

> If work with a new or additional Select Agents and/or Highly Pathogenic Agents is proposed in the upcoming project period, provide:

o A list of the new and/or additional Agent(s) that will be studied;
o A description of the work that will be done with the Agent(s), and whether or not the work is a restricted experiment;
o The title and location for each biocontainment resource/facility, including the name of the organization that operates the facility, and the biocontainment level at which the work will be conducted, with documentation of approval by the IBC or equivalent body or official. It is important to note if the work is being done in a new location;
o Any biosafety incidents that occurred and were reported to NIH/NIAID.

**SPREADSHEET SUMMARV**
**AWARD NUMBER/** 5R01AI158775-04 REVISED

**INSTITUTION/** RUTGERS BIOMEDICAL AND HEALTH SCIENCES

| Budget | Year 4 |
|---|---|
| Salaries and Wages | $107,786 |
| Fringe Benefits | $50,310 |
| Personnel Costs (Subtotal) | $158,096 |
| Materials & Supplies | $92,661 |
| Travel | $2,000 |
| Other | $6,414 |
| Subawards/Consortium/Contractual Costs | $294,716 |
| Tuition Remission | $14,242 |
| TOTAL FEDERAL DC | $568,129 |
| TOTAL FEDERAL F&A | $161,977 |
| TOTAL COST | $730,106 |

| Facilities and Administrative Costs | Year 4 |
|---|---|
| F&A Cost Rate 1 | 57% |
| F&A Cost Base 1 | $284,171 |
| F&A Costs 1 | $161,977 |