# EXHIBIT 21

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> *Defendants.* | No. 1:25-cv-_____ |

**DECLARATION OF KATIE TRACY**

I, KATIE TRACY, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge:

1. I am the EXECUTIVE DIRECTOR OF SPONSORED PROJECTS for the UNIVERSITY OF NEVADA, RENO (the "UNIVERSITY"). I am familiar with the information in the statements set forth below, either through personal knowledge, in consultation with UNIVERSITY staff, or from documents that have been provided to and/or reviewed by me.

2. I submit this Declaration in support of the States' Motion for Temporary Restraining Order.

**Professional Background**

3. I am the EXECUTIVE DIRECTOR OF SPONSORED PROJECTS at the UNIVERSITY and have been in my role for approximately eighteen (18) months. I have worked in the sponsored projects field for approximately five (5) years.

4. The UNIVERSITY's statutory mission is to provide outstanding learning, discovery, and engagement programs that serve the economic, social, environmental and cultural

1

needs of the citizens of Nevada, the nation, and the world. The University recognizes and embraces the critical importance of diversity in preparing students for global citizenship and is committed to a culture of excellence, inclusion, and accessibility.

5. The UNIVERSITY has one campus, 23,029 students (as of Fall 2024), 868 researchers and 2,320 research support staff and technicians.

6. I am providing this declaration to explain the impacts of National Institutes of Health ("NIH") delay and/or cancellation of study sections. NIH's abrupt cessation of NIH Advisory Council meetings in February 2025 has created a situation whereby grant proposals due for funding have remained unfunded indefinitely. These are grants that had previously been evaluated by the relevant scientific peer-review committee or "study section" (also known as scientific review group, initial review group) and given a priority score (based on scientific merit) that traditionally is within a range that would result in the awarding of the grant funds. These ranges are based on the recent history of similar grants funded by the same institute/center within NIH.

7. The NIH meeting blockade severely impacts the UNIVERSITY, delaying over $177 million in pending and competitively scored grant proposals. These delays have paused faculty hiring, reduced graduate admissions, disrupted research timelines, and created significant budget uncertainty, with potential losses ranging from $9.5 to $30 million. The breakdown in NIH's review and award process is undermining the UNIVERSITY's ability to sustain biomedical research, train the future STEM workforce, and support public health initiatives across Nevada.

**Reliance on NIH Funding**

8. In fiscal year 2024, the UNIVERSITY received funding through the NIH to support 27 projects, totaling $9,584,629.

9. The UNIVERSITY receives NIH grants across a variety of institutes encompassed within the NIH, including: National Cancer Institute; National Eye Institute; National Heart, Lung, and Blood Institute; National Institute of Allergy and Infectious Diseases; National Institute of Arthritis, Musculoskeletal and Skin Diseases; National Institute of Child Health and Human Development; National Institute of Diabetes and Digestive and Kidney Diseases; National Institute of Drug Abuse; National Institute of Environmental Health Sciences; National Institute of General Medical Sciences; National Institute of Mental Health; National Institute of Neurological Disorders and Stroke; National Institute on Aging; National Institute on Deafness and Other Communication Disorders; National Institute on Minority Health and Health Disparities; and National Institutes of Health.

10. Through those NIH grants, the UNIVERSITY funds 87 researchers.

11. The work done by the UNIVERSITY on NIH-funded projects provides education and training in Bioengineering and Biomedical Engineering, Chemical Engineering, Mechanical Engineering, Metallurgical and Materials Engineering, Agricultural Sciences, Biological and Biomedical Sciences, Health Sciences, Chemistry, Physics, and Psychology.

12. The UNIVERSITY provides considerable employment benefits to the Science, Technology, Engineering and Mathematics ("STEM") workforce and to Nevada's economy.

**Typical Timeline and Processes for NIH Grant Awards**

13. The Division of Research and Innovation at the UNIVERSITY works with researchers to submit grant applications and tracks grant applications and awards.

14. Based on my work as EXECUTIVE DIRECTOR OF SPONSORED PROJECTS and in other roles over the last five (5) years, I have an understanding of the NIH grant process.

15. NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity ("NOFO"). From there, they are assigned to a "study section" where the grant application is subjected to peer review and judged on its scientific merit. The grant application is then given a score. If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.

16. What constitutes a fundable score is dependent on several factors as every institute, sometimes referred to as an "IC," is different. Some publish paylines, meaning the percentiles of grants they will fund, and some do not. Paylines range from 8-20%. Most of the standing study sections result in an impact score and percentile for each proposal, but many others (special emphasis and non-CSR) will only result in an impact score, but not percentile. Program officers have latitude to recommend proposals with higher scores/percentiles in order to balance portfolios and meet specific directives. Generally, researchers would consider a percentile less than 10% as guaranteed to receive funding.

17. After the study section, the grant application is sent to an "advisory council" where the ultimate decision on whether or not to fund the grant is made. After the advisory council meets, a Notice of Award is issued confirming whether or not the grant will be funded.

18. The process for competitive renewals is very similar, but it is even more consistent for a grant that has been funded in the past to be renewed.

19. The budget process at the UNIVERSITY relies upon the NIH grant application, review, and approval cycle. Historically, we have relied on grants being reviewed and scored within 6 months of submission.

20. Once a grant receives a score, the UNIVERSITY is able to consider whether to include the funding coming from that grant as part of its budget for the coming year.

**Delays and Irregularities in the Processing of NIH Grant Applications**

21. Since late January 2025, the UNIVERSITY has seen an unusual number of delays in the processing of NIH grant applications. Researchers have had their grant application study sections and advisory councils cancelled or not scheduled, and grant application scoring has been significantly delayed.

22. The UNIVERSITY has not received formal notice of changes for many of these grants. For others, the UNIVERSITY has gotten only a notification that proposals are "paused" or "under review."

23. As of March 31, 2025, the UNIVERSITY has approximately 41 proposals totaling $87.8M awaiting NIH study section review.

24. As of March 31, 2025, the UNIVERSITY has 36 proposals totaling $90.0M that received fundable scores awaiting NIH advisory council and Notice of Award.

25. As of March 31, 2025, the UNIVERSITY has 8 proposals totaling $6.8M that received possibly fundable scores awaiting NIH advisory council and Notice of Award.

**Comparisons Across Administrations**

26. In prior years, under both Democratic and Republican administrations, our institution never experienced this volume of unexplained delays or breakdowns.

27. Renewals were routine and predictable. This year, even long-standing, high-performing programs are in limbo.

28. Terminations were exceedingly rare and followed due process. The current approach is without precedent in our experience.

**Impact on Institutional Operations**

29. Delays by NIH through failure to publish have impacted budget cycles and the ability to financially forecast. Based on FY2024 new awards, we estimate that no Notices of Award will result in an impact of at least $9.5 million. The higher-end estimate of the potential impact is approximately $30 million, representing about 12% of currently pending proposals.

30. We have paused start-up funding for new hires whose research programs depend on timely NIH awards. This includes several new hires we had provided offer letters to and for whose arrival the UNIVERSITY had taken steps to prepare.

31. Several shared research cores have seen decreased usage due to grant uncertainty, and one facility temporarily reduced staff hours due to budget delays.

**Effects on Admissions, Training and Workforce Disruptions**

32. The UNIVERSITY uses information regarding NIH grant applications and award rates to inform its admissions process, particularly at the graduate student level.

33. The UNIVERSITY has had to reduce its incoming class of graduate students by approximately 5-10% due to uncertainty over incoming grant funding because of the delays in reviewing and awarding grants by NIH.

34. NIH training grants, including T32 and F31 mechanisms, have been affected by review and award delays. These training grants are designed to provide resources to institutions so they can train individuals in certain shortage areas (T32 grants), as well as support through predoctoral dissertation research (F31 grants).

35. This instability is affecting the recruitment and retention of quality research trainees. The inability to retain quality research trainees will have continuing effects on the

research capabilities of the UNIVERSITY, including by limiting the individuals qualified to conduct certain research.

**Concerns About FY25 Funds Being Obligated**

36. We are increasingly concerned that NIH will not be able to process and obligate FY25 funds by the end of the fiscal year in September.

37. Several major proposals from our institution remain stuck at the preliminary review stages, with no indication that the required advisory reviews or notices of award will occur in time.

38. Our research administration staff have received informal feedback from NIH indicating that certain topic areas are being slowed due to "heightened scrutiny" or "internal concerns."

**Irreparable Harm**

39. The delays have disrupted ongoing research and are setting back the UNIVERSITY for research going forward. Funding gaps have forced researchers to abandon studies, miss deadlines, or lose key personnel.

40. Some of these studies involve the use of animal test subjects, all of which would need to be terminated due to loss of funding.

41. Delays have also disrupted community services, student opportunities, and public programs.

42. In many cases, there is no way to recover the lost time, research continuity, or training value once disrupted.

**Conclusion**

43. The breakdown in NIH processes is affecting institutional operations, planning, and public health partnerships. Terminations and delays with no explanation or remedy are

undermining confidence in the system. These harms are ongoing and, in many instances, irreparable.

_____
KATIE TRACY

Date: 4/2/2025