# EXHIBIT 22

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> *Defendants.* | No. 1:25-cv-_____ |

## DECLARATION OF DAVID W. HATCHETT

I, David W. Hatchett, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Institutional Officer and Vice President for Research of the University of Nevada, Las Vegas. I am familiar with the information in the statements set forth below either through personal knowledge, in consultation with the University of Nevada, Las Vegas staff, or from documents that have been provided to and reviewed by me.

2. I submit this Declaration supporting the States' Motion for Temporary Restraining Order.

**Professional Background**

3. I am David W. Hatchett, and I currently serve as the Institutional Officer and Vice President for Research at the University of Nevada, Las Vegas. I am also a veteran researcher with over 25 years of experience and hold a PhD in Physical/Analytical Chemistry.

4. The University of Nevada, Las Vegas's statutory mission is to improve the lives of diverse students, transform communities through education and engagement, provide access to

1

world-class educational experiences, engage in groundbreaking research, and offer high-value, cutting-edge interdisciplinary physical and mental health care.

5. The University of Nevada, Las Vegas Main and Health campuses have a total of 29,899 students enrolled with 745 tenure track faculty performing research, a number of grant funded graduate students and postdocs.

6. I am providing this declaration to explain the impacts of NIH's delay and/or cancellation of study sections. NIH's abrupt cessation of NIH Advisory Council meetings in February 2025 has created a situation whereby grant proposals due for funding have remained unfunded indefinitely. These are grants that had previously been evaluated by the relevant scientific peer-review committee or "study section" (also known as scientific review group, initial review group) and given a priority score (based on scientific merit) that traditionally is within a range that would result in the awarding of the grant funds. These ranges are based on the recent history of similar grants funded by the same institute/center within NIH.

7. The NIH meeting blockade severely impacts the University of Nevada, Las Vegas, by influencing the submission of grant applications, evaluation of grant applications, and current research under consideration.

## Reliance on NIH Funding

8. In the fiscal year 2024, the University of Nevada, Las Vegas received funding through the National Institutes of Health ("NIH") to support twenty-nine projects, totaling $11,964,257.

9. The University of Nevada, Las Vegas, receives NIH grants across various institutes within the NIH, including the Institute on Aging, General Medical Sciences, Environmental Health Sciences, Drug Abuse, Allergy, and Infectious Diseases.

10. Through those NIH grants, the University of Nevada, Las Vegas funds twenty-one researchers.

11. The work done by the University of Nevada, Las Vegas, on NIH-funded projects provides education and training in Biomedical Engineering, Chemical Engineering, Civil Engineering, Electrical Engineering, Mechanical Engineering, Agriculture, Biology, Public Health and Health Sciences, Mathematics, Chemistry, Psychology, and other programs.

12. The University of Nevada, Las Vegas, provides considerable employment benefits to the state's economy in the Science, Technology, Engineering, and Mathematics ("STEM") workforce.

**Typical Timeline and Processes for NIH Grant Awards**

13. The Office of Sponsored Programs at the University of Nevada, Las Vegas, works with researchers to submit and track grant applications and awards.

14. Based on my work as the Vice President for Research and consultation with the Executive Director of the Officer of Sponsored Programs, I understand the NIH grant process based on my 10 years of experience in the Division of Research.

15. NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity ("NOFO"). From there, they are assigned to a "study section" where the grant application is subjected to peer review and judged on its scientific merit. The grant application is then given a score. If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.

16. What constitutes a fundable score is dependent on several factors as every institute, sometimes referred to as an "IC," is different. Some publish paylines, meaning the percentiles of grants they will fund, and some do not. Paylines range from 8-20%. Most of the

standing study sections result in an impact score and percentile for each proposal, but many others (special emphasis and non-CSR) will only result in an impact score, but not percentile. Program officers have latitude to recommend proposals with higher scores/percentiles in order to balance portfolios and meet specific directives. Generally, researchers would consider a percentile less than 10% as guaranteed to receive funding

17. After the study section, the grant application is sent to an "advisory council" where the ultimate decision on whether or not to fund the grant is made. After the advisory council meets, a Notice of Award is issued confirming whether or not the grant will be funded.

18. The process for competitive renewals is very similar, but it is even more consistent for a grant that has been funded in the past to be renewed.

19. The budget process at the University of Nevada, Las Vegas, relies upon the NIH grant application, review, and approval cycle. Historically, we have relied on grants being reviewed and scored within six months of submission.

20. Once a grant receives a score, University of Nevada, Las Vegas is able to consider whether to include the funding coming from that grant as part of its budget for the coming year.

**Delays and Irregularities in the Processing of NIH Grant Applications**

21. Since late January 2025, the University of Nevada, Las Vegas, has seen unusual delays in processing NIH grant applications. Researchers have had their grant application study sections and advisory councils canceled or not scheduled, and grant application scoring has been significantly delayed.

22. The University of Nevada, Las Vegas, has not received formal notice of changes for many of these grants. For others, it has received only a notification that proposals are "paused" or "under review."

23. As of March 28, 2025, the University of Nevada, Las Vegas, has approximately forty-two proposals totaling $65.68 million awaiting NIH study section review.

24. As of March 28, 2025 the University of Nevada, Las Vegas, has not received any information regarding fundable scores and is awaiting NIH advisory council Notice of Awards.

**Terminations of NIH Grants**

25. Since March 1, 2025, three NIH grants have been terminated at the University of Nevada, Las Vegas.

26. The terminations were received as of March 28, 2025.

27. These terminations will result in the loss of $2.40 million in research money to the University of Nevada, Las Vegas.

28. The termination notices for these grants have provided very little explanation, instead noting that the research no longer "effectuates agency priorities." While at the University of Nevada, Las Vegas, I have not previously seen this language used to cancel grants. Similarly, the language has not been observed in the termination of grants by the Executive Director of the Office of Sponsored Programs in 8 years in grant administration.

29. The termination notices have also stated that no corrective action can be taken to ensure the grant aligns with agency priorities. However, prior to the receipt of the termination, the University of Nevada, Las Vegas, had not been given notice of any opportunity to submit any "corrected" grant materials to align with agency priorities. Nor was the University of Nevada, Las Vegas, provided with any updated "agency priorities" with which its research must align.

30. All of these projects were focused on Alzheimer's Disease and advancing research in this critical health need. High-level description of the terminated grants, including their

5

research aims, any research breakthroughs achieved, benchmarks achieved/reported through RPPRs.

**Comparisons Across Administrations**

31. In prior years, under both Democratic and Republican administrations, our institution never experienced this volume of unexplained delays or procedural breakdowns.

32. Renewals were routine and predictable. This year, even long-standing, high-performing programs are in limbo.

33. Terminations were exceedingly rare and followed due process. In our experience, the current approach is without precedent.

**Impact on Institutional Operations**

34. Grant terminations, lack of determination on grant applications, and uncertainty in funding priorities significantly impact our ability to forecast the budget cycle based on unreasonable delays by NIH and through failure to publish.

35. These delays have not forced us to implement bridge funding as of March 31, 2025. However, bridge funding for student graduate assistants has been allocated by the University of Nevada, Las Vegas to ensure their continued support.

**Effect on Public-Facing or State-Supported Programs**

36. The grant terminations by NIH have reduced individuals' access to Alzheimer's research and findings.

**Admissions, Training and Workforce Disruptions**

37. The University of Nevada, Las Vegas, uses that information regarding NIH grant applications and award rates to inform its admissions process, particularly at the graduate student level.

**Concerns About FY25 Funds Being Obligated**

38. We are increasingly concerned that NIH will not be able to process and obligate FY25 funds by the end of the fiscal year in September.

39. Several major proposals from our institution remain stuck at preliminary review stages, and there is no indication that the required advisory reviews or notices of award will occur in time.

40. Our research administration staff have received informal feedback from NIH indicating that certain topic areas are being slowed due to "heightened scrutiny" or "internal concerns." However, we do not have an accurate understanding of what programs have been delisted and will not continue.

**Irreparable Harm**

41. The delays have disrupted ongoing research and are a setback for the University of Nevada, Las Vegas for research going forward. The lack of clarity has made researchers abandon studies, miss deadlines, and lose key personnel as funding supports these endeavors. The delays and lack of clarity regarding NIH funding diminish the long-term planning and priorities of research established by colleges at the University of Nevada, Las Vegas.

42. Some studies involve the use of animal test subjects, all of which would need to be terminated due to loss of funding.

43. Delays have disrupted community services, student opportunities, and public programs.

44. Once disrupted, in many cases, lost time, research continuity, or training value cannot be recovered.

**Conclusion**

45. The breakdown in NIH processes affects institutional operations, planning, and public health partnerships. Terminations and delays without explanation or remedy undermine confidence in the system. These harms are ongoing and, in many instances, irreparable.

*David W. Hatchett*
_____
David W. Hatchett
Date: 03/31/2025