# EXHIBIT 28

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>        Defendants. | No. 1:25-cv-_____ |

## SUPPLEMENTAL DECLARATION OF MARI OSTENDORF

  I, Mari Ostendorf, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

  1. I am the Vice Provost of Research of University of Washington. I have personal knowledge of the facts set forth in this declaration, and if required to testify, would and could competently do so.

  2. I submit this Supplemental Declaration in support of the States' Motion for Temporary Restraining Order.

  3. On April 1, I signed a declaration in which I testified about nine separate NIH grant terminations received by UW researchers.

  4. On April 2, in a single day, UW researchers received at least three more NIH grant terminations.

  5. In one case, NIH terminated a K99 grant (awarded to postdoctoral scientists pursuing research careers) under the Maximizing Opportunity for Scientific and Academic Independent Careers program. In another, NIH terminated a grant under the Research Education Program, a program designed to support programs that enhance diversity in the scientific research

1

field. And in the third, NIH terminated an F31 grant under the Ruth L. Kirschstein National Research Service Award (NRSA) Individual Predoctoral Fellowship to Promote Diversity in Health-Related Research.

6. In each case, the only explanation NIH gave for these terminations is that they were "due to changes in NIH/HHS priorities." The termination notices are attached hereto as **Exhibits H-J**.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of April 2025, in Seattle, Washington.

*[signature]*

MARI OSTENDORF
Vice Provost of Research
University of Washington

# Exhibit H



[EXTERNAL]

**From:** UW-AOR <uw-aor-bounces@mailman13.u.washington.edu> **On Behalf Of** Tracking Grants.gov AOR emails via UW-AOR
**Sent:** Wednesday, April 2, 2025 10:51 AM
**To:** uw-aor@u.washington.edu
**Subject:** [UW-AOR] NIGMS Funding Update

Re: K99GM141364-02

Dear Rhodes, Carol,

As Business Official for the above referenced award, I am writing to let you know that due to changes in NIH/HHS priorities, the **Maximizing Opportunity for Scientific and Academic Independent Careers (MOSAIC)** program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grants Policy Statement.  Further awards will not be made, and NIGMS will not permit no-cost extensions.

NIGMS grants management will follow up if there is any specific information or action needed regarding your award.  For additional information regarding funding opportunities that NIGMS supports, see NIGMS TWD Webpage: https://www.nigms.nih.gov/training/Pages/TWDPrograms.

If you have specific follow up questions, please email nigmstrainingmail@nigms.nih.gov and include the grant number.

**Kenneth D. Gibbs, Jr., PhD, MPH**
Director, Division of Training and Workforce Development
National Institute of General Medical Sciences
National Institutes of Health

# Exhibit I

| | |
|---|---|
| **From:** | Office Of Sponsored Programs |
| **To:** | Carol Rhodes; Amanda C Snyder |
| **Cc:** | Adelia Yee |
| **Subject:** | FW: NIGMS Funding Update |
| **Date:** | Wednesday, April 2, 2025 11:09:11 AM |

Hi,

Here is the 3rd one.

Dianna

---

**From:** Gibbs, Kenneth (NIH/NIGMS) [E] <kenneth.gibbs@nih.gov>
**Sent:** Wednesday, April 2, 2025 11:01 AM
**To:** Office Of Sponsored Programs <osp@uw.edu>
**Subject:** NIGMS Funding Update

Re: F31GM155953-01

Dear Carol Rhodes,

As Business Official for the above referenced award (PI FERNANDO BANALES MEJIA), I am writing to let you know that due to changes in NIH/HHS priorities, the **Ruth L. Kirschstein National Research Service Award (NRSA) Individual Predoctoral Fellowship to Promote Diversity in Health-Related Research (Parent F31-Diversity)** program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grants Policy Statement. Further awards will not be made, and NIGMS will not permit no-cost extensions.

NIGMS grants management will follow up if there is any specific information or action needed regarding your award. For additional information regarding funding opportunities that NIGMS supports, see NIGMS TWD Webpage: https://www.nigms.nih.gov/training/Pages/TWDPrograms.

If you have specific follow up questions, please email nigmstrainingmail@nigms.nih.gov and include the grant number.


**Kenneth D. Gibbs, Jr., PhD, MPH**
Director, Division of Training and Workforce Development
National Institute of General Medical Sciences
National Institutes of Health

# Exhibit J

| | |
|---|---|
| **From:** | Office Of Sponsored Programs |
| **To:** | Carol Rhodes; Amanda C Snyder |
| **Cc:** | Adelia Yee |
| **Subject:** | FW: NIGMS Funding Update |
| **Date:** | Wednesday, April 2, 2025 10:32:24 AM |

Good Morning,

Please see the notice below.

Dianna 👓

**From:** Gibbs, Kenneth (NIH/NIGMS) [E] <kenneth.gibbs@nih.gov>
**Sent:** Wednesday, April 2, 2025 10:15 AM
**To:** Office Of Sponsored Programs <osp@uw.edu>
**Subject:** NIGMS Funding Update

Re: GM086304-14

Dear Rhodes, Carol,

As business official for the above referenced award, I am writing to let you know that due to changes in NIH/HHS priorities, the **Postbaccalaureate Research Education Program (PREP)** program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grants Policy Statement.  Further awards will not be made, and NIGMS will not permit no-cost extensions. We advise against recruiting future cohorts.

NIGMS grants management will follow up if there is any specific information or action needed regarding your award.  For additional information regarding funding opportunities that NIGMS supports, see NIGMS TWD Webpage: https://www.nigms.nih.gov/training/Pages/TWDPrograms.

If you have specific follow up questions, please email nigmstrainingmail@nigms.nih.gov and include your grant number.

**Kenneth D. Gibbs, Jr., PhD, MPH**
Director, Division of Training and Workforce Development
National Institute of General Medical Sciences
National Institutes of Health