# EXHIBIT 31

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF
MASSACHUSETTS; et al.,

        *Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., et al.,

        *Defendants.*

No. 1:25-cv-_____

## DECLARATION OF PRIYA NAMBISAN

I, Priya Nambisan, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am a Associate Professor at the University of Wisconsin-Milwaukee. I have personal knowledge of the facts set forth in this declaration, and if required to testify, would and could competently do so.

2. I submit this Declaration in support of the States' Motion for Temporary Restraining Order.

**Professional Background**

3. I am an Associate Professor at the University of Wisconsin-Milwaukee with 20 years of experience in academia. I previously held roles in three other higher education institutions – UAlbany, SUNY, and George Mason University. I have a Master's Degree in nutrition from Syracuse University and PhD in Communication from Rensselaer Polytechnic Institute and did a one year post-doc in Health Informatics at University of Wisconsin-Madison.

1

4. I lead two laboratories - one focused on Social media and health called SMAHRT (Social Media And Health Research & Training) lab and another one focused on older adults and technology called ARDT (Aging Research & Digital Technologies) lab at University of Wisconsin – Milwaukee. I have served as a Principal Investigator (PI) or Co-Investigator on numerous funded projects over the course of my career. I also currently serve on NIH small business SBIR/STTR study section, which is a study section focused on technological innovations for improving minority health and eliminating health disparities.

5. I am providing this declaration to detail my experience with terminations of NIH-funded grants historically, and how that experience has changed since late January of 2025.

6. I am also providing this declaration to explain the impacts of delays in the grant review and renewal process and of grant terminations on my staff, my research, and the people who benefit from it.

7. The termination severely impacts my research and my lab, specifically my SMAHRT lab, as much of the work done by students and hourly pay staff had to be stopped. Social media's impact on mental health of adolescents and youth is an important, time critical and relevant topic for research. Terminating our study could limit our ability to develop appropriate interventions to mitigate the negative impact of social media use on our children (including mental health issues and suicidality).

**Reliance on NIH Funding**

8. In fiscal year 2024, my lab received funding through NIH to support one project, totaling $1.3 million. I received these funds for a grant, which runs from September 2024 to July 2027. This is an important study with critical societal benefits and the unique data collection

method we are using can be applied to different population groups, which would substantially improve our understanding of how social media is impacting the mental health of our children.

9. My lab employs three hourly workers who are funded primarily through this NIH grant, whose employment must be terminated with termination of this grant. One of these is a PhD student who work in my lab and is funded primarily through this NIH grant.

### Typical Processes for NIH Grant Awards

10. Once a grant is awarded, the applicant receives a Notice of Award, specifying the conditions of the grant and the amount of funding. Grants are typically awarded for 3-5 year terms, though some may be longer and others may be shorter.

11. Although the life of the grant is often longer, funding is only provided on an annual basis, and grants must be renewed annually. This is typically done through a non-competitive renewal, which requires a report on progress on the grant project. These non-competing renewals do not go through a new review process involving study sections and advisory councils. If funding is available and progress is being made on the state project goals, in my experience such renewals are typically granted.

12. These regular cycles and predictable renewals are essential for the continuity of funding for my lab and my research. In my lab, we work with constantly changing technologies which require substantial amount of training, so that student workers can work on the data being collected. All this requires planning, budgeting and funding as this allows it to move it substantially forward.

13. In my experience, termination of an active grant is also extremely rare and I have never had a grant terminated. To my knowledge, they have only occurred in cases of serious

scientific or budgetary misconduct, and typically with prior notice and multiple opportunities to respond and correct any underlying issues.

### Irregularities in Grant Terminations

14. For one of the previously approved grants for which I am principal investigator, we recently received a letter from NIH purporting to terminate the grant because it does not "effectuate agency priorities" because The letter went on to state, "Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs." I was not referred to any new policy statement or regulation that described the new agency priorities.

15. My understanding is that NIH's purpose is to conduct and support biomedical and behavioral research, research training, and the dissemination of health information, and that NIMH's role is to advance basic science of brain, genomics, and behavior to understand mental illnesses; chart mental illness trajectories to determine when, where, and how to intervene; highlight efforts to improve preventive and therapeutic interventions; bring knowledge to practice, improvements to services, and better outcomes to individuals. My project advances those goals by understanding how, when and why social media use impact suicidality among adolescents and youth. The study would inform parents how to protect their children from the negative impact of social media and prevent suicides. The study also has implications on timely interventions by mental health providers in preventing suicide among those adolescents and youth who are spending unhealthy amount of time on social media platforms. This is not a "research program based on gender identity" but a study on suicide prevention.

### Comparisons Across Administrations

16. In prior years, under both Democratic and Republican administrations, I have submitted similar numbers of grant applications and received timely responses. I have never experienced these types of unexplained delays or procedural breakdowns that have occurred within the last three months.

17. Since late January, the tone and responsiveness of NIH communications have changed significantly. Based on my communications with NIH staff, there now appear to be a growing number of topics that face internal scrutiny, without regard to their scientific merit. As a result, applications are being pulled from the review process without explanation, renewals are stalled, and terminations are being issued based on unexplained agency priorities. I have never experienced this internal scrutiny or stalling of awards, in either Republican or Democratic administrations.

### Impacts from NIH Funding Terminations and Delays and Irreparable Harm

18. Due to the delays and funding uncertainty, and having sought alternative sources of funding and failed to secure them, I have been forced to:

   a. Suspend hiring and reduce research staff hours, which risks the loss of key lab personnel who may be forced to seek other employment due to these cuts;

   b. Terminate employment of research staff, who will be forced to seek other employment;

   c. Stop ongoing experiments, compromising time-sensitive components of the research. I was in the process of recruiting participants and had started data collection process, this getting stopped midway is going to impact the study

protocol. In addition, there is urgency to complete this research as it might reveal important aspects regarding social media use and how it impacts suicide;

　　d. Delay work on clinical translation, including potential therapeutic development such as suicide prevention intervention for adolescents who consume social media content and is mentally impacted by it.

19. Students working in my lab who are relying on research conducted there to obtain their PhDs are likely to see disruption in their progression and career development.

20. There is no way to recover the lost time, research continuity, or training value once disrupted.

## Conclusion

21. The breakdown in NIH processes is affecting my lab, my staff, my research, and those individuals who stand to benefit from my research. Terminations and delays with no explanation or remedy are undermining my confidence in the system, making it harder to secure talent needed to continue effective research efforts. These harms are ongoing and, in many instances, irreparable.

_____
Priya Nambisan

Date: April 1, 2025