# EXHIBIT 32

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>*Defendants.* | No. 1:25-cv-_____ |

### DECLARATION OF KRISTIAN O'CONNOR

I, Kristian O'Connor, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Interim Vice Provost for Research and Dean of the Graduate School of the University of Wisconsin-Milwaukee. I am familiar with the information in the statements set forth below either through personal knowledge, in consultation with the University of Wisconsin-Milwaukee staff, or from documents that have been provided to and reviewed by me.

2. I submit this Declaration in support of the States' Motion for Temporary Restraining Order.

**Professional Background**

3. I am the Interim Vice Provost for Research and Dean of the Graduate School of the University of Wisconsin-Milwaukee, a position I have held since 2023. As Interim Vice Provost for Research and Dean of the Graduate School, I serve as UWM's Chief Research Officer and have oversight of the Office of Research, which is responsible for the administration of research activity, oversight of research policy, and compliance with federal and state

1

requirements. The Office of Research also provides pre- and post-award administrative support for sponsored projects. Prior to holding this position, I was the Associate Vice Provost for Research and have been a faculty member at UWM since 2002. As a faculty member, I have served as PI on several NIH awards, and in my role in the Office of Research I am currently the site PI for an inter-institutional NIH CTSA grant.

4. The University of Wisconsin-Milwaukee's statutory mission includes promoting the search for knowledge by offering research programs with emphasis on state and national needs. Wis. Stat. § 36.01(1).

5. The University of Wisconsin-Milwaukee is an R1 Research Institution with $65M total research expenditures in FY24, which includes $11.1M in funding from HHS.

6. I am providing this declaration to explain the impacts of NIH's delay and/or cancellation of study sections. NIH's abrupt cessation of NIH Advisory Council meetings in February 2025 has created a situation whereby grant proposals due for funding have remained unfunded indefinitely. These are grants that had previously been evaluated by the relevant scientific peer-review committee or "study section" (also known as scientific review group, initial review group) and given a priority score (based on scientific merit) that traditionally is within a range that would result in the awarding of the grant funds. These ranges are based on the recent history of similar grants funded by the same institute/center within NIH.

7. The NIH meeting blockade severely impacts the University of Wisconsin-Milwaukee by interrupting critical health related research activities that lead to impactful research outcomes.

**Reliance on NIH Funding**

8. In fiscal year 2024, the University of Wisconsin-Milwaukee received funding through the National Institutes of Health ("NIH") to support dozens of projects, totaling $7.9M.

9. The University of Wisconsin-Milwaukee receives NIH grants across a variety of institutes encompassed within the NIH, including NIDA, NIGMS, NIMH, NIAAA, NIA, NIBIB, NICHHD, NINDS, and NCI.

10. Through those NIH grants, the University of Wisconsin-Milwaukee funds 20 Principal- and co-investigators.

11. The work done by the University of Wisconsin-Milwaukee on NIH funded projects provides education and training in Biomedical Engineering, Mechanical Engineering, Biology, Public Health and Health Sciences, Chemistry, Psychology, and other programs.

12. The University of Wisconsin-Milwaukee provides considerable employment benefits in the Science, Technology, Engineering and Mathematics ("STEM") workforce to the Wisconsin economy.

**Typical Timeline and Processes for NIH Grant Awards**

13. The Office of Research at the University of Wisconsin-Milwaukee works with researchers to submit grant applications and tracks grant applications and awards.

14. Based on my work as Interim Vice Provost of Research and formerly Associate Vice Provost of Research I have an understanding of the NIH grant process.

15. NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity ("NOFO"). From there, they are assigned to a "study section" where the grant application is subjected to peer review and judged on its scientific merit. The grant application is then given a score. If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.

16. What constitutes a fundable score is dependent on several factors as every institute, sometimes referred to as an "IC," is different. Some publish paylines, meaning the percentiles of grants they will fund, and some do not. Paylines range from 8-20%. Most of the standing study sections result in an impact score and percentile for each proposal, but many others (special emphasis and non-CSR) will only result in an impact score, but not percentile. Program officers have latitude to recommend proposals with higher scores/percentiles in order to balance portfolios and meet specific directives. Generally, researchers would consider a percentile less than 10% as guaranteed to receive funding

17. After the study section, the grant application is sent to an "advisory council" where the ultimate decision on whether or not to fund the grant is made. After the advisory council meets, a Notice of Award is issued confirming whether or not the grant will be funded.

18. The process for competitive renewals is very similar, but it is even more consistent for a grant that has been funded in the past to be renewed.

19. The budget process at the University of Wisconsin-Milwaukee relies upon the NIH grant application, review, and approval cycle. Historically, we have relied on grants being reviewed and scored within 9 months of submission.

20. Once a grant receives a score, the University of Wisconsin-Milwaukee is able to consider whether to include the funding coming from that grant as part of its budget for the coming year.

**Terminations of NIH Grants**

21. Since March 21, 2025, the University of Wisconsin-Milwaukee has had two NIH grants terminated, covering four projects. These grants funded studies on suicide prevention, as well as substance use and violence prevention.

22. The terminations received as of April 1, 2025, are attached hereto as Exhibit A.

23. These terminations will result in the loss of significant research money to the University of Wisconsin-Milwaukee.

24. The termination notices for these grants have provided very little to explain the termination, instead noting that the research no longer "effectuates agency priorities." In my 23 years working at the University of Wisconsin-Milwaukee, I have not seen this language previously used to cancel grants.

25. The termination notices have also stated that there is no corrective action that can be taken to ensure the grant aligns with agency priorities. However, prior to receipt of the termination, the University of Wisconsin-Milwaukee had not been given notice of any opportunity to submit any "corrected" grant materials to align with agency priorities. Nor was the University of Wisconsin-Milwaukee provided with any updated "agency priorities" with which its research must align.

26. The terminated grants focus on critical issues impacting public health, including a study on suicide prevention, as well as a study on substance use and violence prevention.

**Comparisons Across Administrations**

27. In prior years, under both Democratic and Republican administrations, our institution never experienced this volume of unexplained delays or procedural breakdowns.

28. Renewals were routine and predictable. This year, even long-standing, high-performing programs are in limbo.

29. Terminations were exceedingly rare and followed due process. The current approach is without precedent in our experience.

**Impact on Institutional Operations**

30. Several shared research cores have seen decreased usage due to grant uncertainty, and one facility temporarily reduced staff hours due to budget delays.

**Irreparable Harm**

31. The terminations have disrupted ongoing research, as well as setting back the University of Wisconsin-Milwaukee for research going forward.  Funding gaps have forced researchers to abandon studies, miss deadlines, or lose key personnel.

32. Delays have also disrupted community services, student opportunities, and public programs.

33. In many cases, there is no way to recover the lost time, research continuity, or training value once disrupted.

**Conclusion**

34. The breakdown in NIH processes is affecting institutional operations, planning, and public health partnerships.  Terminations and delays with no explanation or remedy are undermining confidence in the system.  These harms are ongoing and, in many instances, irreparable.

_____
Kristian O'Connor

Date:  April 2, 2025

# **EXHIBIT A TO DECLARATION OF KRISTIAN O'CONNOR**

**From:** Tillison, Kevin <ktillison@vt.edu>
**Sent:** Monday, March 24, 2025 7:41 AM
**To:** Ryan C Shorey <shorey@uwm.edu>; UWM Office of Sponsored Programs - Grant Notifications <grant-notice@uwm.edu>
**Cc:** Brem, Meagan <mbrem@vt.edu>
**Subject:** Notice of Termination: Subaward 412980-19E63 with Virginia Tech

Dear Dr. Shorey and colleagues,

Virginia Tech has received official notice of termination for grant 1R21 AA031548-01A1, entitled Daily Impact of Sexual Minority Stress on Alcohol-Related Intimate Partner Violence among Bisexual+ Young Adults: A Couples' Daily Diary Study, in accordance with 2 C.F.R. § 200.340(a)(2). As a result, we are unable to proceed with the subaward agreement. The effective date of the termination was March 20, 2025.

We appreciate your collaboration and interest in working with Virginia Tech. Please feel free to reach out if you have any questions or require further clarification.

Best Regards,

Kevin

**Kevin A. Tillison, PhD**
**Contracts Negotiator**
Virginia Tech | Office of Sponsored Programs | Federal Agency Updates
300 Turner Street NW, Suite 4200
Blacksburg, VA 24061
(540) 231-9887 | ktillison@vt.edu



**From:** Tillison, Kevin <ktillison@vt.edu>
**Sent:** Thursday, January 16, 2025 11:09 AM
**To:** grant-notice@uwm.edu <grant-notice@uwm.edu>
**Subject:** Subrecipient Signature Request: Subaward 412980-19E63 with Virginia Tech

Greeting from Virginia Tech,

Attached is the Research Subaward Agreement between Virginia Tech and the University of Wisconsin Milwaukee for the National Institute on Alcohol Abuse and Alcoholism funded research entitled: Daily Impact of Sexual Minority Stress on Alcohol-Related Intimate Partner Violence among Bisexual+ Young Adults: A Couples' Daily Diary Study.

Please review the terms and conditions and if you have any questions or concerns please let me know.

If the terms and conditions are acceptable, please have the subaward signed by an authorized official and return to my attention a partially executed agreement.

Also, prior to signature, please complete the Attachment 3B.

Thank you,

Kevin (internal reference: A5PSOEUK)


**Kevin A. Tillison, PhD**
**Contracts Negotiator**
Virginia Tech | Office of Sponsored Programs
300 Turner Street NW, Suite 4200
Blacksburg, VA 24061
(540) 231-9887 | ktillison@vt.edu



 

March 20, 2025

Trudy M. Riley
Virginia Polytechnic Institute & State University
ospdirector@vt.edu

Dear Trudy M. Riley:

Effective with the date of this letter, funding for Project Number 1R21 AA031548-01A1 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on September 17, 2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.

1

agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls, on behalf of Judy Fox, Chief Grants Management Officer, National Institute on Alcohol Abuse and Alcoholism
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D
[11] 11 *Id.* § 50.406(a)
[12] 12 *Id.* § 50.406(b)

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 11:35 AM
**To:** UWM Office of Sponsored Programs - Grant Notifications <grant-notice@uwm.edu>
**Subject:** Grant Termination Notification



3/21/2025

Jeremy Miner
University Of Wisconsin Milwaukee
GRANT-NOTICE@UWM.EDU

Dear Jeremy Miner:

Effective with the date of this letter, funding for Project Number 1R01MH135498-01A1 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement, [1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination. [2]

The 2024 Policy Statement applies to your grant because NIH approved your grant on 9/5/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made." [3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards. [4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340." [5] . At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities.   It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision," [6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable. [7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*. [8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination. [9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board. [10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time. [11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim. [12]

Sincerely,

Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer, NIMH
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] *See* 42 C.F.R. Part 50, Subpart D

[11] *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)