# EXHIBIT 33

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> *Defendants.* | No. 1:25-cv-_____ |

## DECLARATION OF RYAN SHOREY

I, Ryan Christopher Shorey, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am an Associate Professor at the University of Wisconsin-Milwaukee. I have personal knowledge of the facts set forth in this declaration, and if required to testify, would and could competently do so.

2. I submit this Declaration in support of the States' Motion for Temporary Restraining Order.

**Professional Background**

3. I am an Associate Professor at the University of Wisconsin-Milwaukee. I have been a faculty member at the University of Wisconsin-Milwaukee since August 2018, where I conduct research and teach undergraduate and graduate students. Prior to that, I was a faculty member at Ohio University from Fall 2014-Spring 2018. I completed my PhD in Clinical Psychology at the University of Tennessee-Knoxville (American Psychological Association accredited; 2014).

1

4. I lead a laboratory focused on the impact of alcohol use on intimate partner and sexual violence among LGBTQ+ and young adult populations at the University of Wisconsin-Milwaukee. I have served as a Principal Investigator (PI) or Co-Investigator on numerous National Institutes of Health ("NIH") funded projects over the course of my career. I also currently serve as a standing member on The Social Psychology, Personality and Interpersonal Processes (SPIP) Study Section at NIH, which is a study section focused on grant applications examining the socio-personal, interpersonal, and psychological aspects of health and well-being across the lifespan.

5. I am providing this declaration to detail my experience with terminations of NIH-funded grants historically, and how that experience has changed since late January of 2025.

6. I am also providing this declaration to explain the impacts of delays in the grant review and renewal process and of grant terminations on my staff, my research, and the people who benefit from it.

7. The terminations severely impact me and my lab by completely halting critical public health research on the intersections of alcohol use and intimate partner and sexual violence; terminating the employment of a full-time project coordinator; stopping training in critical research skills for four PhD students in Clinical Psychology; halting research opportunities for undergraduate students; and causing irreparable career harm.

**Reliance on NIH Funding**

8. In fiscal year 2024, my lab received funding through NIH as PI and Co-PI to support five projects, totaling approximately $1,378,747. I received these funds under six grants, which run from 6 6/1/19–5/31/25; 7/22/22-3/31/27; 6/1/23–5/31/26; 8/17/23–5/31/28; 9/17/24-

2

8/31/26; 8/1/23-7/31/25. Critically, the dates of the awards were staggered intentionally to preserve funding for continuity of research lab operations.

9. My lab employs one worker who is funded primarily through NIH grants, whose employment I will have to terminate if my grants are terminated. I also have PhD students who work in my lab and are funded primarily through NIH, and who are relying on the work done there to complete their own research and earn their degrees. These students will lose funding and critical training opportunities if NIH funding is cutoff.

**Typical Processes for NIH Grant Awards**

10. Once a grant is awarded, the applicant receives a Notice of Award, specifying the conditions of the grant and the amount of funding. Grants are typically awarded for 3-5 year terms, though some may be longer and others may be shorter.

11. Although the life of the grant is often longer, funding is only provided on an annual basis, and grants must be renewed annually. This is typically done through a non-competitive renewal, which requires a report on progress on the grant project. These non-competing renewals do not go through a new review process involving study sections and advisory councils. If funding is available and progress is being made on the state project goals, in my experience such renewals are typically granted.

12. These regular cycles and predictable renewals are essential for the continuity of funding for my lab. Without this predictability, we are unable to hire study staff, have available supplies for studies, and unable to enroll research participants into studies as we transition from one year to the next. This severely disrupts our ability to conduct important scientific research on critical public health problems.

13. In my experience, termination of an active grant is also extremely rare and I have never had a grant terminated. To my knowledge, they have only occurred in cases of serious scientific or budgetary misconduct, and typically with prior notice and multiple opportunities to respond and correct any underlying issues.

**Irregularities in Grant Terminations**

14. For two of the previously approved grants for which I am principal investigator, we recently received a letter from NIH purporting to terminate the grant because it does not "effectuate agency priorities." The letter went on to state, "Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs." I was not referred to any new policy statement or regulation that described the new agency priorities.

15. My understanding is that NIH's purpose is to conduct and support biomedical and behavioral research, research training, and the dissemination of health information, and that the National Institute on Alcohol Abuse and Alcoholism's role is to, in part, "Identify Patterns, Trends, and Public Health Impact of Alcohol Misuse" and "…support epidemiological research to identify and track patterns of alcohol use and misuse, drinking-related outcomes and disparities, and individual and environmental variables that confer risk or resilience." My projects advance those goals by focusing on the alcohol-related outcome of sexual assault and intimate partner violence, serious and prevalent public health problems that impacts all Americans. In our grants, we are examining the conditions under which alcohol-related sexual assault and intimate partner violence are most likely to occur, which will have significant implications for addressing these costly public health problems. In addition, our grants focus on

4

both individual and environmental variables that confer risk and resilience for alcohol use and adverse alcohol-related outcomes. We are examining the impact of various daily and distal stressors on risk for alcohol use, how sexual assault and intimate partner violence impact subsequent alcohol use, and how social support may act as a resilience factor for alcohol use and the adverse impacts of alcohol use. This is not a "research program based on gender identity" but a study on substance use and violence prevention.

### Comparisons Across Administrations

16.     In prior years, under both Democratic and Republican administrations, I have submitted similar numbers of grant applications and received timely responses and awards. I have never experienced these types of unexplained delays or procedural breakdowns that have occurred within the last three months.

17.     Since late January, the tone and responsiveness of NIH communications have changed significantly.  Based on my communications with NIH staff, there now appear to be a growing number of topics that face internal scrutiny, without regard to their scientific merit. As a result, applications are being pulled from the review process without explanation, renewals are stalled, and terminations are being issued based on unexplained agency priorities.  I have never experienced this internal scrutiny or stalling of awards, in either Republican or Democratic administrations.

### Impacts from NIH Funding Terminations and Delays and Irreparable Harm

18.     Due to the delays and funding uncertainty, and having sought alternative sources of funding and failed to secure them, I have been forced to:

    a. Suspend hiring and reduce research staff hours, which risks the loss of key lab personnel who may be forced to seek other employment due to these cuts;

    b. Terminate employment of research staff, who will be forced to seek other employment;

    c. Stop ongoing research, compromising time-sensitive components of the research. For example, I have had to stop two longitudinal studies, pausing the research participation of dozens of people who consented to engage in this research. This will result in significant disruptions to the overall quality of the science and difficulty translating this critical work to into effective public health initiatives designed to improve the lives of Americans.

19. Students working in my lab who are relying on research conducted there to obtain their PhDs are likely to see disruptions in their progression and career development.

20. There is no way to recover the lost time, research continuity, or training value once disrupted.

**Conclusion**

21. The breakdown in NIH processes is affecting my lab, my staff, my research, and those individuals who stand to benefit from my research. Terminations and delays with no explanation or remedy are undermining my confidence in the system, making it harder to secure talent needed to continue effective research efforts. These harms are ongoing and, in many instances, irreparable.

                                                                _____
                                                                 Ryan C. Shorey

Date:  April 1, 2025