EXHIBIT 35

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>*Defendants.* | No. 1:25-cv-_____ |

## DECLARATION OF SUSAN PHILIP

I, Susan Philip, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following information is true and correct:

1.      I am familiar with the information in the statements set forth below either through personal knowledge, in consultation with the San Francisco Department of Public Health (SFDPH) staff, or from documents that have been provided to and reviewed by me.

2.      I submit this Declaration in support of the States' Motion for Temporary Restraining Order.

**Professional Background**

3.      I am physician board certified in both Internal Medicine and Infectious Diseases, the Health Officer for the City and County of San Francisco (the City), and the Director of the Population Health Division (PHD) of the SFDPH. SFDPH is a City department whose mission is to protect and promote the health of all San Franciscans.

4.      I received my M.D. from Washington University in St. Louis and trained as a resident in Internal Medicine at the University of Chicago. I also have an MPH from the Harvard

1

School of Public Health, after which I completed a fellowship in Infectious Diseases at the University of California, San Francisco (UCSF). I am an Assistant Clinical Professor of Medicine in the Division of Infectious Diseases at UCSF, and have previously been an HIV primary care provider at San Francisco City Clinic

5.      As the City's Health Officer, I am charged under California law with taking any preventative measure that may be necessary to protect and preserve the public health from any public health hazard during a 'state of war emergency,' 'state of emergency,' or 'local emergency.' I am also responsible for issuing orders to other governmental entities within my jurisdiction to take any action that I deem necessary to control the spread of the communicable disease.

6.      As Director of PHD, I oversee 16 branches within SFDPH that promote and protect public health through mandated public health functions including disease surveillance, environmental safety, health promotion and chronic disease prevention, preparation and response to public health emergencies, and monitoring of emerging and ongoing infections and diseases.

7.      In addition, I closely supervise and monitor the Research, Learning, and Development Group, which is comprised of three branches: Bridge HIV, Center for Public Health Research (CPHR), and Center for Learning and Innovation. Bridge HIV and CPHR are the only two research branches of SFDPH, where experts conduct nationally and internationally recognized research in multiple public health fields, including HIV and substance use.

8.      SFDPH's research program has been conducting cutting-edge research focused on the practical population health needs of its communities for over 30 years. It is very unusual to have a county public health program that performs its own research, let alone a program that consistently wins prestigious competitive grants from the National Institutes of Health (NIH).

2

San Francisco's discoveries provide benefits nationwide. For example, SFDPH clinics were the first to recommend doxycycline post-exposure prophylaxis (doxyPEP) to reduce transmission of STIs. The City has seen population-level decreases in syphilis and chlamydia infections and planned further research to refine and study doxyPEP treatment.

9.      I am providing this declaration to explain the impacts of delay and/or cancellation of City grants by the NIH.

**Typical Timeline and Processes for NIH Grant Awards**

10.     Researchers from Bridge HIV and the Center for Public Health Research submit grant applications and track applications and awards as part of the Population Health Division.

11.     Based on my 20 years of work at SFDPH, I have an understanding of the NIH grant process.

12.     NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity ("NOFO"). From there, they are assigned to a "study section" where the grant application is subjected to peer review and judged on its scientific merit. The grant application is then given a score. If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.

13.     What constitutes a fundable score is dependent on several factors as every institute, sometimes referred to as an "IC," is different. Some ICs publish paylines, meaning the percentiles of grants they will fund, and some do not. Paylines range from 8-20%. Most of the standing study sections result in an impact score and percentile for each proposal, but many others (special emphasis and non-CSR) will only result in an impact score, but not percentile. Program officers have latitude to recommend proposals with higher scores/percentiles in order to

balance portfolios and meet specific directives. Generally, researchers would consider a percentile less than 10% as guaranteed to receive funding

14.     After the study section, the grant application is sent to an "advisory council" where the ultimate decision on whether or not to recommend a grant for funding is made. After the advisory council meets, the relevant institute's Director typically approves the recommended grants, and a Notice of Award is promptly issued confirming the grant will be funded.

15.     The process for competitive renewals is very similar, except that a grant that has been funded in the past is even more likely to be renewed.

16.     The budget process at SFDPH relies upon the NIH grant application, review, and approval cycle. Historically, we have relied on grants being reviewed and scored within months of submission.

17.     Once a grant receives a score, SFDPH is able to consider whether to include the funding coming from that grant as part of its budget for the coming year

**<u>Delays and Irregularities in the Processing of NIH Grant Applications</u>**

18.     Since late January 2025, the City has seen an unusual number of delays in the processing of NIH grant applications. PHD is the subrecipient of incoming grants that have been significantly delayed. PHD anticipated receiving a Notice of Award (NOA) for the following grants: the Bridge Clinic: Optimizing Injectable PrEP Delivery for Transgender and Non-Binary People; Project Chill: Randomized controlled trial of as-needed olanzapine for self-management of methamphetamine-associated psychosis; the Camino Study: Evaluating a pilot legal intervention to reduce HIV risk among high risk Latina/o/x sexual/gender minorities; and the BEYOND Study.

19.     PHD had previously been informed that it would receive these funds as long PHD had "satisfactory programmatic progress" and there was an "availability of funds." On information and belief, I understand these conditions have been met for each of the above-mentioned grants.

20.     PHD has not received formal notice of changes for these grants, and has only been advised that the proposals are "paused" or "under review."

21.     As of April 2, 2025, PHD is awaiting roughly $3 million in grants from NIH.

**Terminations of NIH Grants**

22.     Since late January 2025, NIH has terminated twelve grants that funded PHD research.

23.     The notices of termination received as of April 2, 2025 are attached hereto as Exhibits A-I.

24.     These terminations will result in the loss of roughly $1,204,788.00 in research money to SFDPH.

25.     The termination notices for these grants have provided very little explanation as to the reason for the terminations, noting only that the research no longer "effectuates agency priorities." In my 20 years of working at SFDPH, I have not seen this language previously used to cancel grants.

26.     The termination notices also state that there is no corrective action that can be taken to ensure the grant aligns with agency priorities. However, prior to receipt of the termination, SFDPH had not been given notice of any opportunity to submit any "corrected" grant materials to align with agency priorities. Nor was SFDPH provided with any updated "agency priorities" with which its research must align.

5

27.     The terminated grants include the following: Tailoring Delivery of LongActing PrEP for Cisgender MSM  who use methamphetamine; MyPrEP Plus: Development and Pilot Testing of Novel Pre-Exposure Prophylaxis Support Tools for Transgender Women; PrEP-3D: An Integrated Pharmacy Digital Diary and Delivery Strategy to Increase PrEP Use Among MSM; SHINE: Strong: Building The pipeline of HIV behavioral scientists with expertise in trans pop health; One Ballroom: Understanding Intersectional Stigma to Optimize the HIV Prevention Continuum among Vulnerable Populations in the United States; T'Cher, Take Charge: PrEP for trans women in the Deep South; DoxyPEP Impact Study; Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) HIV and Pregnancy Prevention in Youth (HAPPY); ATN Operations and Collaborations Center; ATN Scientific Leadership Center; Short Trainings on Methods for Recruiting, Sampling, and Counting Hard-to-Reach Populations: The H2R Training Program.

**Comparisons Across Administrations**

28.     In prior years, under both Democratic and Republican administrations, our institution never experienced this volume of unexplained delays or procedural breakdowns.

29.     Renewals were routine and predictable. Terminations were exceedingly rare and followed due process.

30.     This year, even long-standing, high-performing programs are in limbo. The current approach is without precedent in our experience.

**Concerns About FY25 Funds Being Obligated**

31.     We are increasingly concerned that NIH will not be able to process and obligate FY25 funds by the end of the fiscal year in September.

32.     Several major proposals from our institution remain stuck at preliminary review stages, with no indication that the required advisory reviews or notices of award will occur in time.

33.     Our research administration staff have received informal feedback from NIH indicating that certain topic areas are being slowed due to "heightened scrutiny" or "internal concerns."

**<u>Irreparable Harm</u>**

34.     The City and County of San Francisco is severely harmed by NIH's funding delays and terminations. The City's capacity to create research-informed public health programs is diminished; one-half of the City's public health research projects has been terminated or delayed by NIH. For example, all of SFDPH's research comes from Bridge HIV and the Center for Public Health Research at SFDPH. Over fifty percent of Bridge HIV's research projects have been terminated by NIH. And the Center for Public Health Research had 12 ongoing research projects, but only 4 have not been impacted by the NIH's terminations, delays, and failure to review and renew grants.

35.     SFDPH's grants are aimed at stopping the spread of communicable diseases including HIV. NIH terminated almost the entirety of SFDPH's research into PrEP, a medication that significantly reduces a person's risk of contracting HIV. SFDPH's PrEP research is meant to support San Francisco "Getting to Zero San Francisco" initiative, which aims to achieve zero new HIV infections, zero HIV-related deaths, and zero HIV stigma by 2025.

36.     NIH terminated or delayed SFDPH research intended to engage with vulnerable populations who have a higher rate of contracting and spreading communicable diseases, such as

the transgender community and drug users. Over $800,000 has been lost towards this goal, further impacting the City's ability to reach its "Getting to Zero San Francisco" goal.

37.    NIH's terminations and delays have also impacted SFDPH's ability to maintain its workforce. SFDPH will lose vital researchers, analysts, and staff if it cannot replace the funding NIH terminated. SFDPH has also had to terminate recruitment efforts due to lack of funding.

38.    NIH's terminations and delays have also impacted SFDPH's capacity to prevent the spread of other communicable diseases, including bacterial STIs. Specifically, NIH terminated funding for the Doxy-PEP Impact Study (DoxyImpact), a longitudinal study to assess the use of post-exposure doxycycline in preventing bacterial STI transmission at study sites in five U.S. cities.

39.    In many cases, there is no way to recover the lost time, research continuity, or training value once the research is disrupted.

40.    The delays have disrupted ongoing research, and will inhibit SFDPH's capacity to conduct research going forward. Funding gaps have forced researchers to abandon studies or lose key personnel.

**Conclusion**

41.    The breakdown in NIH processes is affecting institutional operations, planning, and public health partnerships. Terminations and delays with no explanation or remedy are undermining confidence in the system. These harms are ongoing and, in many instances, irreparable.

//
//
//
//

8

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on April 2, 2025, at San Francisco, California

_____
Susan Philip, MD, MPH

EXHIBIT A

## FDP Subaward Amendment

| | |
|---|---|
| Awarding Agency | National Institutes of Health (NIH) |
| PTE/Prime Award No. | 7R21DA058575-02 |

Amendment No: 1

Subaward No: AH1058/PH1058A CCSF DPH

| Pass-Through Entity (PTE) | | Subrecipient |
|---|---|---|
| Harvard Pilgrim Health Care, Inc., on behalf of itself and Harvard Pilgrim Health Care Institute, LLC | Entity Name | City and County of San Francisco Department of Public Health |
| research_admin@hphci.harvard.edu | Contact Email | albert.liu@sfdph.org |
| Vanessa McMahan, PhD | Principal Investigator | Albert Liu |

Project Title: Tailoring Delivery of LongActing PrEP for Cisgender (MSM) Who Use Methamphetamine

| Cumulative Budget Period(s) | Amount Funded This Action | Total Amount of Funds Obligated to Date |
|---|---|---|
| Start Date: 09/01/2024 (Agreement Start Date) End Date: 03/21/2025 (End Date of Latest Budget Period) | $ 0.00 | $ 23,393.00 |

Subrecipient Cost Share ☐    Subject to FFATA ☑    Subrecipient UEI (Unique Entity Identifier - May leave blank if unchanged from prior Agreement): DCTNHRGU1K75

### Amendment(s) to Original Terms and Conditions
This Amendment revises the above-referenced Subaward Agreement as follows:

☐ **Additional Budget Period**

☐ **No Cost Extension**

☐ **Additional Funding**

☐ **Deobligation**

**Carryover is**

☐ **Carryover Authorized**

☐ **Detailed Budget/Scope of Work/Notice of Award Attached** (Specify if the Budget and Scope of Work are "New", "Revised", or "Supplemental" in dropdown or "Other")

☑ **Other (See Below)**

Notice of early termination effective 03/21/2025

*For clarity: all amounts stated in this amendment are in United States Dollars.*

### All other terms and conditions of this Subaward Agreement remain in full force and effect.

| By an Authorized Official of PTE: | Date | By an Authorized Official of Subrecipient: | Date |
|---|---|---|---|
| Name | Cary Williams | Name | |
| Title | Director, Office of Sponsored Programs | Title | |

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE ON DRUG ABUSE

**Notice of Award**
FAIN# R21DA058575
**Federal Award Date**
03/21/2025

## Recipient Information

**1. Recipient Name**
HARVARD PILGRIM HEALTH CARE INC
1 WELLNESS WAY
CANTON, MA 02021

**2. Congressional District of Recipient**
08

**3. Payment System Identifier (ID)**
1042452600A1

**4. Employer Identification Number (EIN)**
042452600

**5. Data Universal Numbering System (DUNS)**
071721088

**6. Recipient's Unique Entity Identifier**
NZVVQ8GNVX65

**7. Project Director or Principal Investigator**
Vanessa  McMahan

vanessa_mcmahan@hphci.harvard.edu
617-864-4260

**8. Authorized Official**
Cary Williams
research.admin@hphci.harvard.edu
617-867-4958

## Federal Agency Information

**9. Awarding Agency Contact Information**
Pamela G. Fleming
Grants Management Officer
NATIONAL INSTITUTE ON DRUG ABUSE
pfleming@mail.nih.gov
301-480-1159

**10. Program Official Contact Information**
Richard A Jenkins
Health Scientist Administrator
NATIONAL INSTITUTE ON DRUG ABUSE
jenkinsri@mail.nih.gov
301-443-6504

## Federal Award Information

**11. Award Number**
7R21DA058575-02

**12. Unique Federal Award Identification Number (FAIN)**
R21DA058575

**13. Statutory Authority**
42 USC 241  42 CFR 52

**14. Federal Award Project Title**
Tailoring Delivery of LongActing PrEP for Cisgender (MSM) who Use Methamphetamine

**15. Assistance Listing Number**
93.279

**16. Assistance Listing Program Title**
Drug Abuse and Addiction Research Programs

**17. Award Action Type**
Change of Recipient Organization (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $220,370 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $220,370 |
| **26. Project Period Start Date** 09/01/2023 – **End Date** 03/21/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $220,370 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Pamela G. Fleming

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*EXPLORATORY/DEVELOPMENT GRANT*
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE ON DRUG ABUSE



---

**SECTION I – AWARD DATA – 7R21DA058575-02 REVISED**

**Principal Investigator(s):**
Vanessa McMahan

**Award e-mailed to:** research_admin@hphci.harvard.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to HARVARD PILGRIM HEALTH CARE in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute On Drug Abuse of the National Institutes of Health under Award Number R21DA058575. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Pamela G. Fleming
Grants Management Officer
NATIONAL INSTITUTE ON DRUG ABUSE

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Salaries and Wages** $28,998

| | |
|---|---:|
| **Fringe Benefits** | $8,641 |
| **Personnel Costs (Subtotal)** | $37,639 |
| **Travel** | $4,000 |
| **Subawards/Consortium/Contractual Costs** | $99,331 |
| **Publication Costs** | $3,000 |
| | |
| **Federal Direct Costs** | $143,970 |
| **Federal F&A Costs** | $76,400 |
| **Approved Budget** | $220,370 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $220,370 |
| **TOTAL FEDERAL AWARD AMOUNT** | $220,370 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 2 | $220,370 | $220,370 |

**Fiscal Information:**
| | |
|---|---|
| **Payment System Identifier:** | 1042452600A1 |
| **Document Number:** | RDA058575B |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| DA | 8472628 | $220,370 |

**NIH Administrative Data:**
**PCC:** CV/RJP / **OC:** 41025 / **Released**: 03/21/2025
**Award Processed:** 03/22/2025 12:10:50 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 7R21DA058575-02  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 7R21DA058575-02  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.  The grant program legislation and program regulation cited in this Notice of Award.
    b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.  45 CFR Part 75.
    d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than

the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R21DA058575. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

· Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
· For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
· HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
· For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.


**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – DA SPECIFIC AWARD CONDITIONS – 7R21DA058575-02 REVISED**


Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REVISION #1 - TERMINATION**

It is the policy of NIH not to further prioritize research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination since race and other protected characteristics, which harms the health of Americans.
Therefore, this project is terminated.

The Harvard Pilgrim Health Care, Inc. may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered.

Please be advised that your organization, as part of the orderly closeout process, will need to submit the necessary closeout documents (i.e. Final Research Performance Program Report (F-RPPR), Final Invention Statement (FIS), and the Final Federal Financial Report (FFR)) within 120 days of the end date of this grant to avoid unilateral closeout.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

This revision supersedes Notice of Award (NoA) issued 8/09/2024.
_____

**CHANGE OF RECIPIENT**
Support for this project was previously funded via 1 R21 DA 058575-01 at Public Health Foundation Enterprises.

**CONSORTIUM ACTIVITY**
This award includes funds awarded for consortium activities.  Consortia are to be established and administered as described in the NIH Grants Policy Statement (NIH GPS), Section on Consortium Agreements - http://grants.nih.gov/policy/nihgps/index.htm.

The recipient is reminded of the *NIH Final Updated Policy Guidance for Subaward/Consortium Written Agreements* as published in the NIH Guide notice NOT-OD-23-182 on September 15, 2023 with an effective date of January 1, 2024.  The notice can be found here: https://grants.nih.gov/grants/guide/notice-files/NOT-OD-23-182.html

**NOFO REQUIREMENTS**
This award is subject to the requirements detailed in PAR-22-109, "Dissemination and Implementation Research in Health (R21 Clinical Trial Optional): posted on 05/10/2022 which are incorporated by reference as terms and conditions of this award.

The NOFO is available here: PAR-22-109: Dissemination and Implementation Research in Health (R21 Clinical Trial Optional) (nih.gov)

**NIDA TERMS**
In conjunction with the Acknowledgment of Federal Funding Requirement (as specified in the NIH Grants Policy Statement, Appropriation Mandates http://grants.nih.gov/policy/nihgps/index.htm), in order to most effectively disseminate research results, advance notice should be given to NIDA that research findings are about to be published so that we may coordinate accurate and timely release to the media. This information will be embargoed until the publication date. Please see the NIDA Special Considerations Page for guidance on coordination with the NIDA Press Office at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding, or contact the NIDA Press Office at media@nida.nih.gov.

Please see Special Considerations for NIDA Funding Opportunities and Awards at https://www.drugabuse.gov/funding/special-considerations-for-nida-funding.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 7R21DA058575-02 REVISED

**INSTITUTION:** HARVARD PILGRIM HEALTH CARE

| Budget | Year 2 |
|---|---|
| Salaries and Wages | $28,998 |
| Fringe Benefits | $8,641 |
| Personnel Costs (Subtotal) | $37,639 |
| Travel | $4,000 |
| Subawards/Consortium/Contractual Costs | $99,331 |
| Publication Costs | $3,000 |
| TOTAL FEDERAL DC | $143,970 |
| TOTAL FEDERAL F&A | $76,400 |
| TOTAL COST | $220,370 |

| Facilities and Administrative Costs | Year 2 |
|---|---|
| F&A Cost Rate 1 | 66% |
| F&A Cost Base 1 | $115,757 |
| F&A Costs 1 | $76,400 |

# EXHIBIT B



March 26, 2025

San Francisco Department of Public Health
101 Grove Street, Room 410
San Francisco, CA 94102
Attention: Sajid Shaikh
Phone: (415) 554-2778
Email: Sajid.shaikh@sfdph.org

**Subject: NIH Termination Letter: Notification of Termination**

We are writing to formally notify you that Heluna Health received a termination letter from the National institutes of Health (NIH) for Project Number 1R34MH132405-01 (HH Project Number: 1067.0101) to cease all activities associated with this project effective March 21, 2025.

Costs resulting from financial obligations incurred after termination are not allowable.  To comply with this termination, Heluna Health is initiating the closeout requirements for this project.

To facilitate the closeout process, as listed in your attached Amendment #1 please submit your final invoice for cost incurred no later than March 21, 2025, along with required back up documentation as stated in the attached Amendment #1, by April 11, 2025.

Amendment #1 is attached. Please return the signed amendment no later than March 31, 2025.

If you have any questions, please contact Adam Abate, Senior Contract and Grant Manager, at AAbate@HelunaHealth.org

Sincerely,

Rochelle McLaurin
Rochelle McLaurin
Director, Contracts and Grants Management

Attachment:

Amendment Number 1:

CC:

Susan Buchbinder

Peter Dale

Rochelle McLaurin

Adam Abate

Docusign Envelope ID: 878C1F25-EF3E-49BB-9085-A8C2E062A98E



13300 Crossroads Parkway North, Suite 450 | City of Industry, CA | 91746
Phone: 800.201.7320 | Fax: 562.205.2453 | www.helunahealth.org

**SUBCONTRACT/SUBRECIPIENT AMENDMENT 1**

**HELUNA HEALTH**

**AND**

**CITY AND COUNTY OF SAN FRANCISCO**

**1067.0101 MYPREP PLUS**

This [Subcontract/Subaward] Agreement (this "Agreement") is amended as follows:

Pursuant to Section 6 Term and Termination, Clause C Termination for cause, Part 2 of the Agreement, "if either party receives notice from the Funding Agency of the cancellation or termination of, or reduction of funding under, the Funding Award Agreement affecting the Services," effective March 21, 2025, funding for Project Number 1R34MH132405-01 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grant Policy Statement, and 2 C.F.R. § 200.340 (a)(2). Heluna Health along with City and County of San Francisco will be terminating the Subcontract for the project titled "MyPrEP Plus: Development and Pilot Testing of Novel Pre-Exposure Prophylaxis Support Tools for Transgender Women". City and County of San Francisco should cease services as of the effective date of termination March 21, 2025, and cancel any outstanding obligations and not incur any additional obligations.

**TERM AND TERMINATION**
    (a)    Term.  Unless earlier terminated as provided herein, the term of this Agreement shall be from September 7, 2023, and is amended to end on March 21, 2025.

**EXHIBIT D – FORM OF INVOICE**
The final invoice is due April 11, 2025 via email to Tyler Norgord at TNorgord@helunahealth.org with a copy to Adam Abate AAbate@helunahealth.org.


All other terms and conditions of the original Subcontract/Subaward Agreement remain in full force and effect.

Signatures acknowledging this amendment are below.

**HELUNA HEALTH**

By: _____    Date: 3/26/2025 _____
Rochelle McLaurin
Director, Contract and Grant Management


**THE CITY AND COUNTY OF SAN FRANCISCO**


By: _____    Date: _____
          Grant Colfax, MD
          Director of Health
          Department of Public Health


Approved as to Form

David Chiu
City Attorney


By: _____    Date: _____
          Henry Lifton
          Deputy City Attorney

Docusign Envelope ID: 878C1F25-EF3E-495B-9DB5-A9G2F062A96F



13300 Crossroads Parkway North, Suite 450 | City of Industry, CA | 91746
Phone: 800.201.7320 | Fax: 562.205.2453 | www.helunahealth.org

[SUBCONTRACT/SUBAWARD] AGREEMENT BETWEEN

HELUNA HEALTH

AND

CITY AND COUNTY OF SAN FRANCISCO

This [Subcontract/Subaward] Agreement (this "<u>Agreement</u>") is made and entered into as of
__4/19/2024__ by and between PUBLIC HEALTH FOUNDATION ENTERPRISES, INC., DBA Heluna
Health, a 501(c)(3) California nonprofit corporation (hereinafter referred to as "<u>HELUNA
HEALTH</u>"), and the party identified in Section 1 below (hereinafter be referred to as
"<u>Subcontractor/Subawardee</u>."

RECITALS

A.      HELUNA HEALTH has been granted an award by <u>Department of Health and Human
Services</u> (the "<u>Funding Agency</u>"); under contract number <u>1R34MH132405-01</u>; Federal Award
Identification Number (FAIN) <u>R34MH132405</u>; and Catalog of Federal Domestic Assistance
(CFDA) number <u>93.242</u> under which HELUNA HEALTH and its subcontractors and subawardees
will collaborate on the program.

B.      Subcontractor/Subawardee has expertise in the necessary area(s) which their expertise
can assist HELUNA HEALTH to perform its obligations under the Funding Award Agreement; and

C.      HELUNA HEALTH desires to engage the services of Subcontractor/Subawardee to assist
HELUNA HEALTH in the performance of certain of its obligations under the Funding Award
Agreement as set forth herein.

D.      The Parties understand and agree that any funding amount above $1,000,000, that
constitutes revenue to the City requires formal approval by the San Francisco Board of
Supervisors acting in its sole discretion under San Francisco Charter Section 9.118.

AGREEMENT

1.      IDENTITIES OF PARTIES

        SUBCONTRACTOR/SUBAWARDEE:

        Legal Name of Subcontractor/Subawardee: <u>City and County of San Francisco</u>
        DBA of Subcontractor/Subawardee: <u>San Francisco Department of Public Health</u>
        Type of Entity:  [ ] Sole Proprietorship; [ ] Partnership; [ ] Corporation;
                         [ ] Limited Liability Company; [ X ] Government

State of Organization (if an entity): <u>California</u>
Address: <u>101 Grove Street, Room 402</u>
City/State/Zip: <u>San Francisco, CA 94102</u>
Business Telephone: <u>(415) 554-2778</u>
Social Security or Employer Identification Number:  <u>94-6000417</u>
License Number and Expiration Date, if any: <u>N/A</u>
Email Address: <u>Sajid.shaikh@sfdph.org</u>

Name of Principal Investigator/Project Coordinator: <u>Susan Buchbinder</u>
Phone Number of Principal Investigator/Project Coordinator: <u>(415) 476-2300</u>

Is Subcontractor/Subawardee required to file a Single Audit with the Federal Government?  (Required for parties who receive Federal funds in the aggregate amount of $750,000 or more):
[ X ] Yes  [ ] No

If yes, has Subcontractor/Subawardee filed the required Single Audit? [ X ] Yes  [ ] No
(If yes, submit copy to HELUNA HEALTH prior to signing this Agreement)

 HELUNA HEALTH:

 Heluna Health
 Address and Phone #: 13300 Crossroads Parkway North, Suite 450, City of Industry, CA, 91746-3505; (562) 699-7320
 Program Name: MyPrEP Plus: Development and Pilot Testing of Novel Pre-Exposure Prophylaxis Support Tools for Transgender Women
 Program/CID #: 1067.0101
 Project Director Name: Susan Buchbinder
 Project Director Phone #: (415) 476-2300
 Project Director Email Address: susan.buchbinder@sfdph.org
 Contracts Manager Name: Adam Abate
 Contracts Manager Email Address: AAbate@helunahealth.org

2.     SCOPE OF SERVICES

(a)     <u>Services</u>.  Subcontractor/Subawardee shall perform the services, duties and obligations set forth in the Statement of Work ("<u>SOW</u>") attached as <u>Exhibit A hereto</u>, which is made a part hereof and incorporated herein by reference (the "<u>Services</u>").  The Services relate <u>Exhibit C, if attached hereto</u>.  Subcontractor/Subawardee shall perform the Services in accordance with the specifications, timetables and requirements set forth in the SOW and this Agreement.  HELUNA HEALTH may, in its discretion, provide to Subcontractor/Subawardee a copy of the Funding Award Agreement or the relevant sections thereof.  If Subcontractor/Subawardee is provided with a copy of the Funding Award Agreement or the relevant sections thereof, Subcontractor/Subawardee shall carefully review them and shall

perform the Services in accordance with the specifications, timetables and requirements set forth therein.

(b)    Location(s) of Services.  Subcontractor/Subawardee shall perform the Services at the following location(s):

101 Grove Street, Room 402
San Francisco, CA 94102

(c)    Subcontractor/Subawardee    Principal    Investigator/Project    Coordinator. Subcontractor/Subawardee shall appoint the Principal Investigator/Project Coordinator (the "PI") identified above to be primary point of contact with HELUNA HEALTH with respect to the Services and to have primary responsibility within Subcontractor's/Subawardee's organization for the performance of the (technical or programmatic) aspects of the Services. Subcontractor/Subawardee shall not replace or reassign the PI without HELUNA HEALTH's prior written approval.

(d)    HELUNA HEALTH Project Director. The HELUNA HEALTH Project Director identified above shall be primarily responsible on behalf of HELUNA HEALTH for the overall direction of the Services, including review and approval of Subcontractor's/Subawardee's performance of the Services.  HELUNA HEALTH will notify Subcontractor/Subawardee if HELUNA HEALTH replaces or reassigns such Project Director.

(e)    Performance Reporting.  If requested by HELUNA HEALTH or the Funding Agency, Subcontractor/Subawardee shall submit a final technical or performance report, annual performance report, and quarterly performance reports.  The final report shall be due 30 days after expiration or termination of this Agreement; annual reports and quarterly reports shall be due 30 days after the reporting period.  Subcontractor/Subawardee shall also provide any other reports as may be requested by HELUNA HEALTH.  Performance reports shall include a comparison of actual accomplishments with goals and objectives established for the period, findings of the PI, or both, as requested by HELUNA HEALTH.  Where possible, quantitative output data should be related to cost data for computation of unit costs. Other pertinent information will include, when appropriate, the reasons why established goals were not met and an analysis. Subcontractor/Subawardee shall immediately notify HELUNA HEALTH of developments that have a significant impact on the performance of the Services hereunder and of any problems, delays, or adverse conditions that materially impair its ability to meet the objectives of the Services, including providing a statement of the action taken or contemplated and any assistance needed to resolve the situation.

3.    COMPLIANCE WITH FUNDINGAWARD AGREEMENT AND LAWS AND REGULATIONS; FLOW DOWN PROVISIONS

(a)    Compliance with Funding Contract.  Subcontractor/Subawardee shall comply with, and shall ensure that all of its personnel and lower-tier subcontractors comply with, all of

the rules, requirements and restrictions set forth in the Funding Award Agreement, if attached hereto as Exhibit C, that are applicable to Subcontractor/Subawardee and Subcontractor's/Subawardee's activities.

(b)    <u>Flow Down Provisions</u>.  Without limiting the generality of Section 3(a) above, Subcontractor/Subawardee shall comply with, and shall ensure that all of its personnel and lower-tier subcontractors comply with, all of the flow-down provisions of the Funding Award Agreement applicable to Subcontractor/Subawardee, if attached as <u>Exhibit C</u> (the "<u>Flow Down Provisions</u>").  Subcontractor/Subawardee represents and warrants that it has carefully reviewed all of the Flow Down Provisions, if attached as Exhibit C, and is able to comply with all of the Flow Down Provisions.  In the event that the requirements set forth in the Flow Down Provisions are greater than the requirements set forth in this Agreement, or in the event of any conflict between the provisions of this Agreement and the Flow Down Provisions, the Flow Down Provisions shall control and Subcontractor/Subawardee shall comply with the requirements set forth in the Flow Down Provisions in accordance with Section 2(a).

(c)    <u>Laws and Regulations</u>.  Subcontractor/Subawardee shall also comply with all state and federal statutes and regulations applicable to Subcontractor/Subawardee, the Services or the Funding Award Agreement, in performing its obligations under this Agreement. Without limiting the generality of the foregoing, Subcontractor shall:

(i)    unless exempt, comply with the requirements under 45 CFR Part 74, and the Public Health Service Grants Policy Statement;

(ii)    unless exempt, comply with Executive Order 11246 entitled "Equal Employment Opportunity" as amended by Executive Order 11375 and as supplemental in Dept. of Labor regulations (41 CFR Part 60);

(iii)    comply with (and not violate) all statutes, laws, rules and regulations relating to non- discrimination against any employees or applicants for employment, including, without limitation, Title VII of the Civil Rights Act of 1964, The Americans with Disabilities Act Amendments Act of 2008, and the California Fair Employment and Housing Act (if Subcontractor/Subawardee is located within California), and shall take affirmative action to ensure that all employment related decisions are made in conformance with all such statutes, laws, rules and regulations; and

(iv)    unless it is exempt from doing so, comply with 45 CFR Part 76, Appendix B-Certification Regarding Debarment, Suspension, and Ineligibility, Voluntary Exclusion-Lower Tier Covered Transactions.

(d)    <u>HIPAA Business Associate Agreement</u>.  If the Health Insurance Portability and Accountability Act of 1996, as amended ("<u>HIPAA</u>") is applicable to the Services, Subcontractor/Subawardee shall execute and deliver HELUNA HEALTH's standard Business Associate Agreement as required by HIPAA.

(e)     Lower-tier Subcontractors/Subawardees.  Subcontractor/Subawardee shall incorporate all of the terms and conditions of this Agreement into all lower-tier subcontracts that Subcontractor/Subawardee may enter into in connection with this Agreement, and shall ensure that all such lower-tier subcontractors/subawardees and their personnel comply with all of the requirements of this Agreement applicable to Subcontractor/Subawardee, and all of the rules, requirements and restrictions set forth in the Funding Award Agreement, if attached as Exhibit C, including the Flow Down Provisions, that are applicable to such lower-tier subcontractors'/subawardees' activities.

4.     **PAYMENT FOR SERVICES**

(a)     Budget.  The total compensation and reimbursements payable to Subcontractor/Subawardee hereunder shall be as set forth in the detailed budget for the Services attached hereto as Exhibit B (the "Budget"), which is made a part hereof and incorporated herein by reference.  The maximum amount payable to Subcontractor/Subawardee hereunder shall not exceed the maximum amount set forth in the Budget.

(b)     Must Stay Within Budget Time Periods.  Subcontractor/Subawardee shall be compensated only for Services actually performed by Subcontractor/Subawardee and within the appropriate time period set forth in the Budget.

(c)     Approval of Services by HELUNA HEALTH.  All Services must be completed to the satisfaction of HELUNA HEALTH in order to be entitled to payment hereunder.

(d)     Funds Available to HELUNA HEALTH.  HELUNA HEALTH shall not be obligated to make payment under this Agreement unless the corresponding funds are disbursed to HELUNA HEALTH under the Funding Award Agreement.

(e)     Billing of Expenses and Costs.  All expenses and costs shall be billed in accordance with the approved budget.  Expenses incurred after the expiration or termination of this Agreement shall be disallowed.  Subcontractor/Subawardee shall submit its final invoice no later than 30 days after the date of expiration of the term or termination of this Agreement.

(f)     Budget Modifications.  The Budget may be modified only by written agreement of HELUNA HEALTH and Subcontractor/Subawardee and the prior written approval of the Funding Agency.

5.     **INVOICING PROCEDURES**

(a)     Approval by Funding Agency.  If required under the Funding Award Agreement, attached hereto as Exhibit C, Subcontractor/Subawardee must first submit all timesheets and invoices to the Funding Agency for approval by the Funding Agency.  After the Funding Agency

has approved a timesheet and invoice submitted by Subcontractor/Subawardee, Subcontractor/Subawardee shall submit the same to HELUNA HEALTH.

(b)    Address for Invoices.  Subcontractor/Subawardee shall send all timesheets and invoices to the attention of the HELUNA HEALTH Project Director at the address set forth in Section 1 above.

(c)    Invoicing Period.  All invoices shall be submitted not more frequently than monthly, in arrears and must be submitted to HELUNA HEALTH within 30 days after the end of the applicable month or within 15 days after approval by the Funding Agency (if applicable), whichever is later.  All final invoices must be received within 30 days of the expiration or termination of this Agreement or within such earlier time period as HELUNA HEALTH may require.  If any invoices are not submitted within such time periods, Subcontractor/Subawardee waives (in HELUNA HEALTH's discretion) all rights to payment under such invoices.

(d)    Formatting and Requirements of Invoices.  All invoices shall be submitted in the form attached hereto as Exhibit D, as it may be modified by HELUNA HEALTH from time to time.

## 6.    TERM AND TERMINATION

(a)    Term.  Unless earlier terminated as provided herein, the term of this Agreement shall be from September 7, 2023 to September 6, 2025 (the "Term").

(b)    Termination Without Cause.  Reserved.

(c)    Termination for Cause.  With reasonable cause, either party may terminate this Agreement effective immediately upon the giving of written notice of termination for cause. Reasonable cause shall include:

i.    A material violation or breach of this Agreement by the other party which is not cured within 15 days after written notice from the terminating party;

ii.    Any act of the other party that exposes the terminating party to liability to others for personal injury or property damage or any other harm, damage or injury; or

iii.    If either party receives notice from the Funding Agency of the cancellation or termination of, or reduction of funding under, the Funding Award Agreement affecting the Services.

(d)    Termination for Lack of Funding.  HELUNA HEALTH may terminate this Agreement if for any reason the funding available under the Funding Award Agreement is withdrawn, limited, or impaired.

(e)    <u>Cessation Upon Termination</u>. On the effective date of termination, Subcontractor/Subawardee shall cease all further Services under this Agreement, and Subcontractor/Subawardee shall cancel as many outstanding obligations as possible and not incur any additional obligations.

(f)    <u>Payment After Termination</u>.  Subject to the terms and conditions set forth in this Agreement, upon termination of this Agreement, provided, that HELUNA HEALTH has received the corresponding funds from the Funding Agency under the Funding Award Agreement , HELUNA HEALTH shall pay for any reasonable non-cancellable obligations properly incurred by Subcontractor/Subawardee under this Agreement and in accordance with the Budget prior to termination, and shall pay any amounts due to Subcontractor/Subawardee and properly invoiced under this Agreement for Services performed prior to termination; provided, that if HELUNA HEALTH has terminated this Agreement for reasonable cause under Section 6(c) above, then HELUNA HEALTH shall have the right to offset and deduct from any payments due to Subcontractor/Subawardee hereunder any damages or losses incurred by HELUNA HEALTH as a result of such violation or breach.

(g)    <u>Return of Materials</u>.  Reserved.

(h)    <u>Surviving Provisions</u>.  The provisions of Sections 7 through 16, and any other sections that by their nature should or are intended to survive the expiration or termination of this Agreement shall survive and the parties shall continue to comply with the provisions of this Agreement that survive.

**7.    REPRESENTATIONS AND WARRANTIES.**    Subcontractor/Subawardee represents, warrants and covenants to HELUNA HEALTH as follows:

(a)    <u>Licenses and Permits</u>.  Subcontractor/Subawardee maintains and shall maintain during all relevant times under this Agreement all applicable federal, state and local business and other licenses, including any professional licenses or certificates, industrial permits and/or licenses, industry specific licenses, licenses required by the state(s) and/or locality(s) in which it does business, fictitious business names, federal tax identification numbers, insurance, and anything else required of Subcontractor/Subawardee as a business operator.

(b)    <u>Qualifications and Performance</u>.    Subcontractor/Subawardee (i) has the experience and skill to perform the Services hereunder, (ii) shall perform the Services in a good and workman like manner and in accordance with generally accepted professional standards and in an expeditious and economical manner consistent with sound professional practices, and (iii) is adequately financed to meet any financial obligation it may be required to incur hereunder.

(c)    <u>Not Debarred</u>. Neither Subcontractor/Subawardee nor its principals or personnel are presently, nor will any of them be during the term of this Agreement, debarred, suspended,

proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any federal department or funding agency.

**8.      INDEPENDENT CONTRACTOR STATUS**

(a)      <u>Independent Contractor</u>.  Nothing in this Agreement is intended to place the parties in the relationship of employer-employee, partners, joint venturors, or in anything other than an independent contractor relationship. It is the parties' intention that Subcontractor/Subawardee shall be an independent contractor and not HELUNA HEALTH's employee or agent, and in conformity therewith, that Subcontractor/Subawardee shall retain sole and absolute discretion and judgment in the manner and means of carrying out Subcontractor/Subawardee's Services hereunder.  Subcontractor/Subawardee is under the control of HELUNA HEALTH as to the results of Subcontractor/Subawardee's Services only, and not as to the means by which such results are accomplished.

(b)      <u>No Power to Bind HELUNA HEALTH</u>.  Without limiting the generality of the foregoing paragraph, this Agreement does not designate Subcontractor/Subawardee as the agent or legal representative of HELUNA HEALTH for any purpose whatsoever. Subcontractor/Subawardee is not granted any right or authority to assume or create any obligation or responsibility, or to make any promise or commitment regarding any work, on behalf of or in the name of HELUNA HEALTH or to bind it in any manner, or to make any contract or agreement on behalf of or in the name of HELUNA HEALTH, without the prior written consent from HELUNA HEALTH management.  No sales, invoices nor orders for goods or services shall be valid and binding upon HELUNA HEALTH (whether as the provider or the recipient) unless and until accepted by HELUNA HEALTH, at its sole and absolute discretion, through its established channels.    HELUNA   HEALTH   shall   not   be   liable   for   any   obligation   incurred   by Subcontractor/Subawardee.

(c)      <u>No Withholding</u>.  Except for tax withholdings that are required by law, neither federal, nor state, nor local income tax nor payroll taxes of any kind shall be withheld or paid by HELUNA   HEALTH   on   behalf   of   Subcontractor/Subawardee   or   the   employees   of Subcontractor/Subawardee.  Subcontractor/Subawardee and its personnel shall not be treated as employees or HELUNA HEALTH with respect to the Services performed hereunder for federal or state tax purposes or for any other purposes.

(d)      <u>No Employee Benefits</u>.  Neither Subcontractor/Subawardee nor its personnel shall be eligible for, and shall not participate in, any of HELUNA HEALTH's retirement, health, or other fringe benefit plans.

(e)      <u>Workers' Compensation</u>.  No workers' compensation insurance shall be obtained by HELUNA HEALTH concerning Subcontractor/Subawardee or Subcontractor's/Subawardee's personnel.  Subcontractor/Subawardee shall comply with all workers' compensation laws concerning Subcontractor/Subawardee and its personnel.

(f)     Taxes.  Subcontractor/Subawardee understands that Subcontractor/Subawardee is responsible to pay, according to law, Subcontractor's/Subawardee's income taxes.   If Subcontractor/Subawardee is not an entity, Subcontractor/Subawardee further understands that Subcontractor/Subawardee may be liable for self-employment (social security) tax, to be paid by Subcontractor/Subawardee according to law.  Subcontractor/Subawardee shall be solely responsible for the payment of all federal, state and local income taxes, social security taxes, federal and state unemployment insurance and similar taxes and all other assessments, taxes, contributions or sums payable with respect to Subcontractor/Subawardee or its employees as a result of or in connection with the Services performed by Subcontractor/Subawardee hereunder.  Subcontractor/Subawardee represents and warrants and covenants that it shall report all income earned as a result of this Agreement and pay all federal, state and local income and self-employment taxes and other assessments required to be paid under applicable law. Subcontractor/Subawardee agrees to defend, indemnify and hold HELUNA HEALTH harmless from any and all claims made by federal, state and local taxing authorities on account of Subcontractor's/Subawardee's failure to pay any such federal, state or local income and self-employment taxes or other assessments due as a result of Subcontractor's/Subawardee 's Services hereunder.

(g)     Sub-Tier Subcontractors/Subawardees.  Subcontractor/Subawardee shall have control over the manner and means of Subcontractor/Subawardee's performance under this Agreement.      However, HELUNA HEALTH is engaging Subcontractor/Subawardee for Subcontractor's/Subawardee's unique skills, knowledge, abilities and other attributes.  Any lower-tier subcontractors/subawardees who are approved by HELUNA HEALTH must execute all agreements and documents required by HELUNA HEALTH prior to performing any work. Subcontractor/Subawardee shall ensure that all lower-tier subcontractors/subawardees comply with all of the terms and provisions of this Agreement and shall be responsible and liable for all acts and omissions of all lower-tier subcontractors/subawardees as if they were the acts or omissions of Subcontractor/Subawardee.

**9.     OWNERSHIP OF WORK PRODUCT**

(a)     Ownership of Work Product.  Subcontractor/Subawardee owns all work product developed under this Agreement.

(b)     No Infringement.  Subcontractor/Subawardee represents and warrants that any Work Product developed by Subcontractor/Subawardee and shall not infringe or violate any patents, copyrights, trademarks, trade secrets or other proprietary rights of any third party.

(c)     No Harmful Code.  With respect to the website and any computer programs or software code ("Software") included in the Services hereunder, Subcontractor/Subawardee represents and warrants that: (i) the Software and its media shall contain no computer instructions or inappropriate functions whose purpose or result is to disrupt, damage or interfere with HELUNA HEALTH's or its affiliates' or their customers' use of or access to the Software or any of their data, programs or computer or telecommunications facilities and (ii)

unless expressly authorized in writing by HELUNA HEALTH, such Software shall not contain any mechanism which electronically notifies Subcontractor/Subawardee of any fact or event, nor contain any key, node lock, time-out, logic bomb or other function, implemented by any means, which may restrict HELUNA HEALTH's or its affiliates' or customers' use of or access to the Software or any other programs, data or equipment.

## 10.    PUBLICATIONS

(a)    <u>Right to Publish Works</u>.  Subcontractor/Subawardee may, with HELUNA HEALTH's and the Funding Agency's prior written consent, publish articles written by Subcontractor/Subawardee in connection with the Services performed by Subcontractor/Subawardee hereunder.   Subcontractor/Subawardee shall submit all such articles for review by HELUNA HEALTH and the Funding Agency at least 60 days prior to the proposed publication date.

(b)    <u>Acknowledgment in Publications</u>.   On any publication approved by HELUNA HEALTH and the Funding Agency as described above, Subcontractor/Subawardee shall place an acknowledgment of federal government support, and shall include a disclaimer, as appropriate, as follows: "The contents of this publication are solely the responsibility of the authors and do not necessarily represent the official views of Heluna Health. or **[Name of Funding Agency]**".

(c)    <u>Use    of    HELUNA    HEALTH's    or    Funding    Agency's    Name</u>. Subcontractor/Subawardee shall not use in any manner HELUNA HEALTH's name, logo or trademarks without HELUNA HEALTH's prior written consent.   Subcontractor/Subawardee shall not use in any manner the Funding Agency's name, logo or trademarks without the Funding Agency's prior written consent.

## 11.    INDEMNIFICATION

HELUNA HEALTH hereby agrees to indemnify, hold harmless and defend Subcontractor/Subawardee, its officers, directors, agents, contractors and employees from any and all claims, causes of action, costs, demands, expenses (including attorney's fees and costs), losses, damages, injuries, and liabilities arising from (i) any accident, death, or injury whatsoever or however caused to any person or property arising out of the intentional action or negligence of HELUNA HEALTH, (ii) HELUNA HEALTH's violation of any federal, state or local law or regulation or (iii) the breach by HELUNA HEALTH of any its representations, warranties or agreements under this Agreement.

## 12.    INSURANCE

Subcontractor/Subawardee shall, unless otherwise agreed in writing by HELUNA HEALTH, maintain: (i) Workers' Compensation insurance, (ii) Professional Liability Insurance and Commercial General Liability Insurance (including broad form contractual and automobile liability coverage), with minimum limits of ONE MILLION DOLLARS ($1,000,000) combined single

limit per occurrence, and (iii) Automobile Liability on each automobile owned by him/her/it or his/her/its agents, subcontractors/subawardees or employees, which is used at any time to carry out Subcontractor's/Subawardee's duties hereunder, with minimum limits of $100,000 per person and $300,000 per occurrence for bodily injury.  If higher or additional coverages are required under the Flow Down Provisions, attached as Exhibit C, Subcontractor/Subawardee shall procure such coverages.  A program of self-insurance is acceptable.

**13.    CONFIDENTIALITY**

(a)    <u>Sunshine Ordinance</u>.  HELUNA HEALTH acknowledges that this Agreement and all records related to its formation, and the performance of Services, and HELUNA HEALTH's payment are subject to the California Public Records Act, (California Government Code §6250 et. seq.), and the San Francisco Sunshine Ordinance, (San Francisco Administrative Code Chapter 67). Such records are subject to public inspection and copying unless exempt from disclosure under federal, state or local law.

(b)    <u>Confidential Information</u>.  Confidential Information includes, but is not limited to, the identity of actual and potential clients of HELUNA HEALTH, client lists, particular needs of each client, the manner in which business is conducted with each client, addresses, telephone numbers, and specific characteristics of clients;  Subcontractor/Subawardee shall not disclose in any manner whatsoever any of the aforesaid Confidential Information, directly or indirectly, or use it in any way whatsoever, either during this Agreement or at any time thereafter, except as required in the course of Subcontractor's/Subawardee's work with HELUNA HEALTH or except as otherwise provided in this Agreement or permitted by law.  Further, Subcontractor/Subawardee shall develop and maintain procedures and take other reasonable steps in furtherance of HELUNA HEALTH's desire to maintain the confidentiality of its Confidential Information.

(c)    <u>Funding Agency Confidentiality</u>.  Subcontractor/Subawardee shall also comply with all confidentiality obligations imposed by the Funding Agency in the Funding Award Agreement, if attached as Exhibit C.

**14.    RECORD RETENTION AND ACCESS TO RECORDS**

Subcontractor/Subawardee shall grant to HELUNA HEALTH, the Funding Agency and the U.S. Comptroller General and their respective authorized representatives upon demand, access to any books, documents, papers and records of Subcontractor/Subawardee relating to this Agreement or the Services for audit, examination, excerpt and transcription. Subcontractor/Subawardee shall retain all such records for seven (7) years (or longer if required under HELUNA HEALTH's record retention policy, under the Funding Award Agreement or by law, including under Circular A-110, Subpart C, Post-Award Requirements  and FAR Subpart 4.7 Contractor Records Retention - 4.703 Policy) after final payment is made under this Agreement and all pending matters are closed, unless extended by an audit, litigation, or other action involving the records, whichever is later.

15.    **GENERAL TERMS**

(a)    <u>Amendments</u>.  Amendments to this Agreement shall be in writing, signed by the party to be obligated by such amendment and attached to this Agreement.

(b)    <u>Governing Law; Venue</u>.  This Agreement shall be interpreted, construed and governed by, in accordance with and consistent with the laws of the State of California with venue in San Francisco.

(c)    <u>Equitable Relief</u>.  In light of the irreparable harm to HELUNA HEALTH that a breach by Subcontractor/Subawardee of Sections 9, 10, 13 and 14 of this Agreement would cause, in addition to other remedies set forth in this Agreement and other relief for violations of this Agreement, HELUNA HEALTH shall be entitled to enjoin Subcontractor/Subawardee from any breach or threatened breach of such Sections, to the extent permitted by law and without bond.

(d)    <u>Binding Agreement</u>.  All terms, conditions and covenants to be observed and performed by the parties hereto shall be applicable to and binding upon their respective agents, employees, heirs, executors, administrators, affiliates, subsidiaries, associates, employees, successors and assigns.

(e)    <u>Captions</u>.  All captions (section headings) set forth herein are inserted only as a matter of convenience and for reference, and shall not affect the interpretation of this Agreement.

(f)    <u>Counterparts</u>.  This Agreement may be executed in any number of counterparts, each of which shall be deemed an original but all of which, when taken together, shall constitute one and the same document.

(g)    <u>Additional Documents</u>.  The parties hereto each agree that they shall execute and, if appropriate, acknowledge any and all additional and other documents, instruments and writings which may be reasonably requested by the other party in order to fully carry out the intent and purpose of this Agreement.

(h)    <u>Entire Agreement</u>.  This Agreement, and all documents referred to in it, or incorporated in it, is an integrated document containing and expressing all terms, covenants, conditions, warranties and agreements of the parties relating to the subject matter hereof.  No other or prior agreements or understandings, written or oral, pertaining to the same shall be valid or of any force or effect.

(i)    <u>Facsimile or Email Transmissions</u>.  A facsimile transmission or transmission by Email of the executed signature page of this Agreement shall be accepted as, relied upon as, and deemed to be, an original.

(j)    <u>Fair Interpretation</u>.  The language appearing in all parts of this Agreement shall be construed, in all cases, according to its fair meaning in the English language, and not strictly construed for or against any party hereto.  This Agreement has been prepared jointly by the parties hereto after arm's length negotiations and any uncertainty or ambiguity contained in this Agreement, if any, shall not be interpreted or construed against any party, but according to its fair meaning applying the applicable rules of interpretation and construction of contracts.

(k)    <u>No Waiver</u>.  No failure or delay by any party in exercising a right, power or remedy under the Agreement shall operate as a waiver of any such right or other right, power or remedy. No waiver of, or acquiescence in, any breach or default of any one or more of the terms, provisions or conditions contained in this Agreement shall be deemed to imply or constitute a waiver of any other or succeeding or repeated breach or default hereunder.  The consent or approval by any party hereto to or of any act of the other party hereto requiring further consent or approval shall not be deemed to waive or render unnecessary any consent or approval to or of any subsequent similar acts.

(l)    <u>Notices</u>.  Any notice, demand, consent or other communication required or permitted to be given hereunder shall be made in the English language and shall be so given by personal delivery, by (i) registered or certified (return receipt) or First Class United States Postal Service mail, postage pre-paid, or (ii) recognized overnight national courier service, or (iii) facsimile transmission confirmed by letter sent by First Class United States Postal Service mail, postage pre-paid, or (iv) by email confirmed by letter sent by First Class United States Postal Service mail, postage pre-paid, addressed to the recipient of such notice at the following address or facsimile number, as the case may be, or any other address or facsimile number or email address provided  by a party in the manner described hereinabove:

In the case of HELUNA HEALTH, addressed to:

Heluna Health
13300 Crossroads Parkway North, Suite 450
City of Industry, CA 91746-3505
Attention: Adam Abate
Facsimile: (562) 692-6950
Email: AAbate@helunahealth.org

In the case of Subcontractor, addressed to:

San Francisco Department of Public Health
1380 Howard Street
San Francisco, CA 94103
Attention: Sajid Shaikh
Facsimile: (415) 503-4710
Email: Sajid.shaikh@sfdph.org

And

San Francisco Department of Public Health
101 Grove Street, Room 410
San Francisco, CA 94102
Attention: Contract Analyst
Facsimile: (415) 554-2555
Email: DPH-ContractsRm410@sfdph.org

Any such notice shall be deemed to have been received by the addressee, and service thereof shall be deemed effective, five (5) days following deposit thereof with the United States Postal Service, or upon actual receipt, whichever first occurs, unless the address for delivery is not within one of the United States or its territories or possessions, in which case service shall be effective seven (7) days following deposit, or upon actual receipt, whichever first occurs.

(m)     Remedies Non-Exclusive.  Except where otherwise expressly set forth herein, all remedies provided by this Agreement shall be deemed to be cumulative and additional and not in lieu of or exclusive of each other or of any other remedy available to the respective parties at law or in equity.

(n)     Severability.  If any term, provision, condition or other portion of this Agreement is determined to be invalid, void or unenforceable by a forum of competent jurisdiction, the same shall not affect any other term, provision, condition or other portion hereof, and the remainder of this Agreement shall remain in full force and effect, as if such invalid, void or unenforceable term, provision, condition or other portion of this Agreement did not appear herein.

(o)     Limitation of Liability.  EXCEPT FOR A BREACH OF SECTIONS 9 AND 13 ABOVE AND EXCEPT TO THE EXTENT INCLUDED IN A PARTY'S INDEMNIFICATION OBLIGATIONS UNDER SECTION 11 ABOVE, IN NO EVENT SHALL ANY PARTY BE LIABLE TO THE OTHER FOR ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL DAMAGES, WHETHER BASED ON BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE, AND WHETHER OR NOT THAT PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

(p)     Non-Assignability.  None of the parties shall assign, transfer, sell, encumber, hypothecate, alienate or otherwise dispose of this Agreement, or any right, title or interest to or in this Agreement, nor shall a party delegate any duty or obligation to be performed hereunder, without the express written consent of the other party having been first obtained, except that any party may assign this Agreement without the consent of the other party in the case of a reorganization, merger, consolidation, or sale of all or substantially all of its assets so long as the assignee expressly assumes all of the obligations of the assignor under this Agreement.  Notwithstanding the foregoing, HELUNA HEALTH may assign this Agreement to an

affiliate of HELUNA HEALTH without the consent of the other party.  Any attempt to assign this Agreement other than as permitted above shall be null and void.

(q)    <u>Signing Person</u>.  The individuals signing this Agreement on behalf of an entity represents and warrants that he/she has authority to bind such entity to this Agreement.

[Signatures follow on next page]

The undersigned have caused this Subcontract/Subaward Agreement to be executed as of the date first set forth above:

**HELUNA HEALTH**

By: _Rochelle McLaurin_ _____    Date: 04/29/2024 | 5:01 PM PDT _____
       11FA7C5B062940D...
       XXXXXXXXX Rochelle McLaurin
       Chief Program Officer
       XXXXXXXXXXXXXXXXXX Director, Contract and Grant Management

**THE CITY AND COUNTY OF SAN FRANCISCO**

By: _Naveena Bobba_ _____    Date: 04/30/2024 | 11:08 AM PDT _____
       52BC36E46CB9439...
       Grant Colfax, MD
       Director of Health
       Department of Public Health

Approved as to Form

David Chiu
City Attorney

By: _Henry Lifton_ _____    Date: 04/29/2024 | 10:50 PM PDT _____
       6D6CB5842584B1...
       Henry Lifton
       Deputy City Attorney

**Exhibits**
Exhibit A:     Scope of Work (SOW)
Exhibit B:     Budget
Exhibit C:     Flow Down Provisions
Exhibit D:     Form of Invoice
Exhibit E:     Certificate of Self Insurance

EXHIBIT A
TO SUBCONTRACT/SUBAWARD AGREEMENT

SCOPE OF WORK (SOW)

**Susan Buchbinder, MD (Principal Investigator):**
As Principal Investigator (PI) of this proposal, she will be responsible for the overall scientific vision and implementation of the specific aims of this study. Dr. Buchbinder will have responsibility for maintaining the proposed study schedule, ensuring quality control over all aspects of the study, protecting participant safety, and data analysis and publication of results.

**Albert Liu, MD, MPH (Co-Investigator):**
Dr. Liu will be responsible for overseeing technology development with our web developer, who will be adapting the MyPrEP website. He will also assist with scientific design of research protocols. He will maintain frequent contact with Dr. Buchbinder and the other Co-Investigators through in-person meetings, conference calls, e-mail, and drafting and presenting emerging findings of the research. He will also work closely with the research team in data analysis, manuscript preparation, and dissemination of results.

**Hyman Scott, MD, MPH (Co-Investigator):**
He will provide overall operational oversight of the clinical research team at Bridge HIV. He will maintain frequent contact with Dr. Buchbinder and the other Co-Investigators through in-person meetings, conference calls, e-mail, and drafting and presenting emerging findings of the research. He will also work closely with the research team in data analysis, manuscript preparation, and dissemination of results.

EXHIBIT B
TO SUBCONTRACT/SUBAWARD AGREEMENT
BUDGET

| DETAILED BUDGET FOR INITIAL BUDGET PERIOD DIRECT COSTS ONLY | | | | | | FROM | THROUGH | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 09/07/23 | 09/06/25 | |
| List PERSONNEL *(Applicant organization only)* | | | | | | | | |
| Use Cal, Acad, or Summer to Enter Months Devoted to Project | | | | | | | | |
| Enter Dollar Amounts Requested *(omit cents)* for Salary Requested and Fringe Benefits | | | | | | | | |
| NAME | ROLE ON PROJECT | Cal. Mnths | Acad. Mnths | Summer Mnths | INST. BASE SALARY | SALARY REQUESTED | FRINGE BENEFITS | TOTAL |
| Susan Buchbinder | PD/PI | 3.60 | | | 212,100 | 63,630 | 23,543 | 87,173 |
| Albert Liu | Co-PI | 1.20 | | | 212,100 | 21,210 | 7,848 | 29,058 |
| Hyman Scott | Co-PI | 1.20 | | | 212,100 | 21,210 | 7,795 | 29,005 |
| | | | | | | 0 | 0 | 0 |
| **SUBTOTALS** | | | | | | 106,050 | 39,186 | 145,236 |
| CONSULTANT COSTS | | | | | | | | |
| | | | | | | | | 0 |
| EQUIPMENT *(Itemize)* | | | | | | | | |
| | | | | | | | | 0 |
| SUPPLIES *(Itemize by category)* | | | | | | | | |
| | | | | | | | | 0 |
| TRAVEL | 0 | | | | | | | |
| | | | | | | | | 0 |
| INPATIENT CARE COSTS | | | | | | | | 0 |
| OUTPATIENT CARE COSTS | | | | | | | | 0 |
| ALTERATIONS AND RENOVATIONS *(Itemize by category)* | | | | | | | | |
| | | | | | | | | 0 |
| OTHER EXPENSES *(Itemize by category)* | | | | | | | | |
| | | | | | | | | 0 |
| CONSORTIUM/CONTRACTUAL COSTS | | | | | | | | 0 |
| **SUBTOTAL DIRECT COSTS FOR INITIAL BUDGET PERIOD** *(Item 7a, Face Page)* | | | | | DIRECT COSTS | | | **145,236** |
| CONSORTIUM/CONTRACTUAL COSTS | | | | 22.46% | FACILITIES AND ADMINISTRATIVE COSTS | | | 32,623 |
| **TOTAL DIRECT COSTS FOR INITIAL BUDGET PERIOD** | | | | | | | | **177,860** |

**Total budget not to exceed $177,860.**

EXHIBIT C
TO SUBCONTRACT/SUBAWARD AGREEMENT

FLOW DOWN PROVISIONS

Refer to the following pages.

Notice of Award

National Institutes of Health
NATIONAL INSTITUTE OF MENTAL HEALTH

FAIN# R34MH132405
**Federal Award Date**
09/07/2023

## Recipient Information

**1. Recipient Name**
PUBLIC HEALTH FOUNDATION
ENTERPRISES, INC.
13300 CROSSROADS PKWY N
STE 450
CITY OF INDUSTRY, CA 91746

**2. Congressional District of Recipient**
32

**3. Payment System Identifier (ID)**
1952557063A1

**4. Employer Identification Number (EIN)**
952557063

**5. Data Universal Numbering System (DUNS)**
082199324

**6. Recipient's Unique Entity Identifier**
L4EEW9SQX2F6

**7. Project Director or Principal Investigator**
Susan  Buchbinder, MD
Director
Susan.Buchbinder@sfdph.org
628-217-7479

**8. Authorized Official**
Adam Abate
aabate@helunahealth.org
562-222-7804

## Federal Agency Information

**9. Awarding Agency Contact Information**
Julie M. Bergerud
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH
julie.bergerud@nih.gov
301-827-6184

**10. Program Official Contact Information**
Michael J Stirratt
Chief, Adherence To Treatment &
Prevention Program And Hiv Small
Business Program (sbir/sttr)
NATIONAL INSTITUTE OF MENTAL HEALTH
stirrattm@mail.nih.gov
240-627-3875

## Federal Award Information

**11. Award Number**
1R34MH132405-01

**12. Unique Federal Award Identification Number (FAIN)**
R34MH132405

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
MyPrEP Plus: Development and Pilot Testing of Novel Pre-Exposure Prophylaxis Support Tools for Transgender Women

**15. Assistance Listing Number**
93.242

**16. Assistance Listing Program Title**
Mental Health Research Grants

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
| --- | --- |
| **19. Budget Period Start Date** 09/07/2023 **– End Date** 09/06/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $521,875 |
| 20 a.  Direct Cost Amount | $482,440 |
| 20 b.  Indirect Cost Amount | $39,435 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $521,875 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $521,875 |
| ------------------------------------------------- | |
| **26. Project Period Start Date** 09/07/2023 **– End Date** 09/06/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $521,875 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Christine  Clarkson

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

| | Notice of Award | |
| --- | --- | --- |



*CLINICAL TRIAL PLANNING GRANT*
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE OF MENTAL HEALTH





**SECTION I – AWARD DATA – 1R34MH132405-01**

**Principal Investigator(s):**
Susan  Buchbinder, MD

**Award e-mailed to:** pdale@helunahealth.org

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $521,875 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to PUBLIC HEALTH FOUNDATION ENTERPRISES in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Mental Health of the National Institutes of Health under Award Number R34MH132405. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Christine  Clarkson
Grants Management Officer
NATIONAL INSTITUTE OF MENTAL HEALTH

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---:|
| Salaries and Wages | $136,657 |
| **Fringe Benefits** | $45,595 |
| **Personnel Costs (Subtotal)** | $182,252 |
| **Consultant Services** | $5,200 |
| **Equipment** | $3,400 |
| **Other** | $77,310 |
| **Subawards/Consortium/Contractual Costs** | $177,778 |
| **Participant Stipends** | $36,500 |
| | |
| **Federal Direct Costs** | $482,440 |
| **Federal F&A Costs** | $39,435 |
| **Approved Budget** | $521,875 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $521,875 |
| **TOTAL FEDERAL AWARD AMOUNT** | $521,875 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $521,875 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $521,875 | $521,875 |

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1952557063A1 |
| Document Number: | RMH132405A |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2023 |

| IC | CAN | 2023 |
|---|---|---|
| MH | 8472592 | $521,875 |

**NIH Administrative Data:**
**PCC**: 9A-ASGA / **OC**: 41021 / **Released**: Clarkson, Christine 08/30/2023
**Award Processed**: 09/07/2023 12:06:30 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1R34MH132405-01**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1R34MH132405-01**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.  The grant program legislation and program regulation cited in this Notice of Award.
    b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.  45 CFR Part 75.

    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.

    e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.

    f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):**  All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.**2.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

**MULTI-YEAR FUNDED AWARD:**  This is a multi-year funded award.  A progress report is due annually on or before the anniversary of the budget/project period start date of the award, in accord with the instructions posted at:  http://grants.nih.gov/grants/policy/myf.htm.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R34MH132405. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the eRA Commons (Commons) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated

funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the Payment Management System's (PMS) quarterly cash transaction data. A final quarterly federal cash transaction report is not required for awards in PMS B subaccounts (i.e., awards to foreign entities and to Federal agencies). NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures or quarterly federal cash transaction reporting. It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level. If the grantee submits a final expenditure FFR but does not reconcile any discrepancies between expenditures reported on the final expenditure FFR and the last cash report to PMS, NIH will close the award at the lower amount. This could be considered a debt or result in disallowed costs.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm. This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH strongly encourages electronic submission of the final invention statement through the Closeout feature in the Commons, but will accept an email or hard copy submission as indicated below.

Email: The final invention statement may be e-mailed as PDF attachments to: NIHCloseoutCenter@mail.nih.gov.

Hard copy: Paper submissions of the final invention statement may be faxed to the NIH Division of Central Grants Processing, Grants Closeout Center, at 301-480-2304, or mailed to:

National Institutes of Health
Office of Extramural Research
Division of Central Grants Processing
Grants Closeout Center
6705 Rockledge Drive
Suite 5016, MSC 7986
Bethesda, MD 20892-7986 (for regular or U.S. Postal Service Express mail)
Bethesda, MD 20817 (for other courier/express deliveries only)

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and should be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by

persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**

Additional Costs

---

**SECTION IV –  MH SPECIFIC AWARD CONDITIONS – 1R34MH132405-01**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.


**RESTRICTION - HUMAN SUBJECTS:**

In the absence of certification of IRB approval for Aim 3 for this project, this award is issued with the following restriction: only activities that are clearly severable and independent from Aim 3 activities that involve human subjects may be conducted under this award until the project has received IRB approval consistent with 45 CFR Part 46, and certification of IRB approval has been submitted to and accepted by the National Institute of Mental Health (NIMH). Failure to comply with this term may result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action.

Funds included in this award for research involving human subjects in Aim 3 in this project are restricted pending acceptance of certification of IRB approval for Aim 3 by the NIMH. Funds will not be available for carryover under the expanded authorities or Federal Demonstration Partnership without the written prior approval of the NIMH. In addition, no funds may be drawn down from the Payment Management System or expended for any research involving human subjects until the NIMH has accepted the certification of IRB approval.

### AWARD NOTICE:
This award has been made in response to the application submitted under the Funding Opportunity Announcement PA-20-141 which can be referenced at:  PA-20-141: Formative and Pilot Intervention Research for Prevention and Treatment of HIV/AIDS (R34 Clinical Trial Optional) (nih.gov)

### CHANGE TO A MULTIYEAR FUNDED AWARD:
Although the application was submitted as a 2-year grant request, in order to meet Institute program priorities and objectives within Fiscal Year 2023, this grant has been converted to a multi-year funded award, with all years of funding provided in the current fiscal year. Special monitoring requirements specific to multiyear funded awards, including the progress report due on or before the anniversary of the budget/project period start date of the award, are detailed in Section III in this Notice of Award.

### MULTI-YEAR FUNDED REQUIREMENT:
This grant may be deemed materially non-compliant if annual RPPRs are not submitted on September 1st each year. Further enforcement actions may be necessary in accordance with the NIH Grants Policy Statement Section 8.5 (http://grants.nih.gov/grants/policy/nihgps/index.htm).

### CONSORTIUM / CONTRACTUAL COSTS:
This award includes funds for consortium activity with **Department of Public Health, City and County of San Francisco (DPH/CCSF).**

Each consortium is to be established and administered in accordance with the NIH Grants Policy Statement (http://grants.nih.gov/grants/policy/nihgps/index.htm). No foreign performance site may be added to this project without the written prior approval of the National Institute of Mental Health.

### PARTICIPANT RECRUITMENT - MILESTONES:
Future NIMH support for this study is contingent upon adequate participant recruitment based on projected milestones as approved in the Recruitment Milestone Reporting system (RMR) on 6/20/23. It is expected that 60 of the 60 total projected participants will be recruited by 8/1/25. This tri-yearly recruitment report should be submitted electronically to NIMH after each milestone period of April 1, August 1 and December 1 at: http://wwwapps.nimh.nih.gov/rmr/displayHome.action. In the event that actual recruitment falls significantly below projected milestones, NIMH may consider withholding future support and/or negotiating an orderly phase-out of this study. Information regarding the NIMH Policy for the Recruitment of Participants in Clinical Research is available at: https://grants.nih.gov/grants/guide/notice-files/NOT-MH-19-027.html.

### DATA AND SAFETY MONITORING: Study ID 419992
This grant is subject to the clinical research policies outlined in NOT-MH-19-027. The recipient will adhere to the NIH (NIH GPS 4.1.15) and NIMH policies (NOT-MH-19-027) including appropriately providing adequate data and safety monitoring and timely reporting of key events

as defined in the NIMH Reportable Events Policy. The level and frequency of human subject data and safety monitoring should always be commensurate with the risk and nature of the research.

Each RPPR submitted is expected to include, in Section **G.1 SPECIAL NOTICE OF AWARD TERMS AND FUNDING OPPORTUNITIES ANNOUNCEMENT REPORTING REQUIREMENTS**, a summary of key safety indices (e.g., cumulative rates of AEs/SAEs) during the reporting period and cumulatively over the course of the project; and a summary of any safety recommendations from the IRB reviews and any actions taken based on the recommendations.

### GCP TRAINING:
NIH expects that all NIH-funded investigators and staff who are involved in the conduct, oversight, or management of clinical trials should be trained in Good Clinical Practice (GCP), consistent with principles of the International Conference on Harmonization (ICH) as stated in NOT-OD-16-148.

### CLINICAL TRIAL DISSEMINATION PLAN:
The clinical trial(s) supported by this award is subject to the plan within the competing application dated 5/4/22 submitted to NIH and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The plan states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

### CLINICAL TRIAL REQUIREMENTS:
This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:
In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

### HUMAN SUBJECTS RESEARCH:
This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award. Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46. Failure to comply with the terms and conditions of award may result in the disallowance of costs and collected data and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1R34MH132405-01

**INSTITUTION:** PUBLIC HEALTH FOUNDATION ENTERPRISES

| Budget | Year 1 |
|---|---|
| Salaries and Wages | $136,657 |
| Fringe Benefits | $45,595 |
| Personnel Costs (Subtotal) | $182,252 |
| Consultant Services | $5,200 |
| Equipment | $3,400 |
| Other | $77,310 |
| Subawards/Consortium/Contractual Costs | $177,778 |
| Participant Stipends | $36,500 |
| TOTAL FEDERAL DC | $482,440 |
| TOTAL FEDERAL F&A | $39,435 |
| TOTAL COST | $521,875 |

| Facilities and Administrative Costs | Year 1 |
|---|---|
| F&A Cost Rate 1 | 11% |
| F&A Cost Base 1 | $148,920 |
| F&A Costs 1 | $16,381 |
| F&A Cost Rate 2 | 13% |
| F&A Cost Base 2 | $147,557 |
| F&A Costs 2 | $19,182 |
| F&A Cost Rate 3 | 13% |
| F&A Cost Base 3 | $29,784 |
| F&A Costs 3 | $3,872 |

EXHIBIT D
TO SUBCONTRACT/SUBAWARD AGREEMENT

FORM OF INVOICE

Please send monthly invoices to Tyler Norgord at <u>TNorgord@helunahealth.org</u>.

The final invoice must be marked FINAL.

**The final invoice is due by October 5, 2025.**

EXHIBIT E
TO SUBCONTRACT/SUBAWARD AGREEMENT

CERTIFICATE OF INSURANCE

Refer to the following page.



**City & County of San Francisco**
London N. Breed, Mayor

**Office of the City Administrator**
Carmen Chu, City Administrator
Matt Hansen, Director, Risk Management

March 20, 2024

Heluna Health
Attn:  Adam Abate
13300 Crossroads Parkway North, Suite 450
City of Industry, CA 91746-3505

RE:    **MyPrEP Plus:  Debelopment and Pilot Testing of Novel Pre-Exposure Prophylaxis Support Tools for Transgender Women**
**Program/CID # 1067.0101**

This letter certifies that the City and County of San Francisco is self-insured and self-funded  for the following insurance coverages, which cover clinicians with the Department of Public  Health listed on the attached schedule.

General Liability insurance in the amount of $1,000,000 per occurrence and $2,000,000 general aggregate for bodily injury, property damage, and personal injury to third parties for  liability arising out of the City's negligence in performance of this agreement.

Automobile Liability insurance with limits not less than $1,000,000 combined single limit per accident for bodily injury and property damage including owned, and non-owned and hired  auto coverage as applicable.

Workers' Compensation in statutory amounts with Employer's Liability of $1,000,000 per  accident, injury or illness.

Professional Liability including Medical Malpractice and Errors & Omissions with limits not less than $1,000,000 each claim.

The City and County of San Francisco's self-insurance program is not commercial insurance  and has no legal capacity to name another entity as additional insured.

Sincerely,

Matt Hansen
Director

cc:  Brett Poe, SFDPH

EXHIBIT C



03/20/2025

Peter Dale
PUBLIC HEALTH FOUNDATION ENTERPRISES
pdale@helunahealth.org

Dear Peter Dale:

Effective with the date of this letter, funding for Project Number 5R01MH119956-05 is hereby
terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy
Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on
04/26/2023, and "obligations generally should be determined by reference to the law in effect
when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative
agreements and is incorporated by reference in all NIH grant and cooperative agreement
awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in
part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. §
200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to
the greatest extent authorized by law, if an award no longer effectuates the program goals or
agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on
artificial and non-scientific categories, including amorphous equity objectives, are antithetical to
the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns
on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-
called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful
discrimination on the basis of race and other protected characteristics, which harms the health of
Americans. Therefore, it is the policy of NIH not to prioritize such research programs. Although
"NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S   Digitally signed by Michelle G. Bulls -S
                        Date: 2025.03.20 12:02:04 -04'00'

Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer,
National Institute of Mental Health
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[6] 2024 Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

EXHIBIT D



March 24, 2025

William McFarland, MD
Professor
SHINE Strong: Building the pipeline of HIV behavioral scientists with expertise in trans population health
SFDPH Center for Public Health Research
*25 Van Ness Ave Suite 500*
*San Francisco, CA 94102*
*Willi_mcfarland@hotmail.com*


Subject: Termination Letter: Notification of Termination

Dear William McFarland,

We are writing to formally notify you that Heluna Health received a termination letter from National Institutes of Health on Friday, March 21, 2025 for Contract 5R25MH119858-05 (HH Project # 0761.0105) to cease all activities associated with this project effective March 21, 2025.

Cost resulting from financial obligations incurred after termination of this project are not allowable. To comply with this termination, Heluna Health is initiating the closeout requirements for this project.

To facilitate the closeout process, your client support team will schedule a meeting with you to discuss the steps for closeout, such as staff time allocation; vendor management; final report; expenditures; equipment; etc.

Even though this is one project in your portfolio of projects, we understand the impact this termination can have on the staff and the clients that you have supported, built relationships with as well as, providing services that created health and well-being in our communities throughout California.

We value your contributions, and we look forward to our continued partnership.

Should you have any questions about this letter, please contact Adam Abate at aabate@helunahealth.org and 562-222-7804.

Please acknowledge receipt of this termination letter by signing below and returning a copy to us by March 25,2025.

Thank you for your cooperation and understanding.

Sincerely,

Blayne Cutler, MD
Chief Executive Officer


CC:
Rochelle McLaurin
Johnson Troung

Docusign Envelope ID: 1CE6E8A5-7F96-43E3-BF70-4EBCA150B549



**Heluna Health**
EMPOWERING POPULATION
HEALTH INITIATIVES SINCE 1969

Shelia Elahee
Adam Abate

Acknowledgement:

Willi McFarland

_____

Print Name and Title

*Willi McFarland*                                    25 March 2025

_____

Signature and Date

EXHIBIT E

DEPARTMENT OF HEALTH & HUMAN SERVICES                    Public Health Service

National Institutes of Health
National Institute of Allergy
and Infectious Diseases
Bethesda, Maryland 20892

February 28, 2025

Maria G. Diaz
The Regents of the University of California, Irvine
160 Aldrich Hall
Irvine, CA 92697-7600

Dear Ms. Diaz,

Funding for Project Number 5DP2AI164315-04 is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2) (2024). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 08/06/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards."[4] According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340."[5] At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. NIH is obligated to carefully steward grant awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life. Your project does not satisfy these criteria. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of Project Number 5DP2AI164315-04 is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

## Administrative Appeal

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D.

You must submit a request for such review to Dr. Matthew J. Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Matthew J. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Emily B.
Linde -S

Digitally signed by Emily
B. Linde -S
Date: 2025.02.28 17:35:13
-05'00'

Emily Linde

Director, Grants Management Program
National Institutes of Allergy and Infectious Diseases

---

[11] *Id.* § 50.406(a).
[12] *Id.* § 50.406(b).

EXHIBIT F



03/20/2025

PETER DAVID DALE
PUBLIC HEALTH FOUNDATION ENTERPRISES
pdale@helunahealth.org

Dear PETER DAVID DALE:

Effective with the date of this letter, funding for Project Number 5R01MH128049-04 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 08/30/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of NIH not to prioritize these research programs. Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]


Sincerely,



Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer,
National Institute of Mental Health
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

EXHIBIT G



March 18, 2025

Olive T. Giovannetti
The Regents of the University of California, San Francisco
Olive.giovannetti@ucsf.edu

Dear Olive T. Giovannetti:

Effective with the date of this letter, funding for Project Number 1R01 AI181732-01A1 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on July 18, 2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans.  Many such studies ignore, rather than seriously examine, biological realities.  It is the policy of NIH not to prioritize these research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.

agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.*[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S

Digitally signed by Michelle G. Bulls -S
Date: 2025.03.19 21:54:59 -04'00'

Michelle G. Bulls, on behalf Emily Linde, Chief Grants Management Officer, National Institute of Allergy and Infectious Diseases
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

EXHIBIT H

Department of Health and Human Services
National Institutes of Health
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD
HEALTH & HUMAN DEVELOPMENT

Notice of Award
FAIN# UM2HD111102
**Federal Award Date**
03/24/2025

## Recipient Information

**1. Recipient Name**
FLORIDA STATE UNIVERSITY
874 TRADITIONS WAY
TALLAHASSEE, FL 32306

**2. Congressional District of Recipient**
02

**3. Payment System Identifier (ID)**
1596001138A1

**4. Employer Identification Number (EIN)**
596001138

**5. Data Universal Numbering System (DUNS)**
790877419

**6. Recipient's Unique Entity Identifier**
JF2BLNN4PJC3

**7. Project Director or Principal Investigator**
Lisa B Hightow-Weidman, MD (Contact)
Professor
lhightowweidman@fsu.edu
850-644-3296

**8. Authorized Official**
Stacey Patterson

## Federal Agency Information

**9. Awarding Agency Contact Information**
Mahasin Ingram

EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
ingrammk@mail.nih.gov
(201) 780-0309

**10. Program Official Contact Information**
Denise Russo
Program Officer
EUNICE KENNEDY SHRIVER NATIONAL
INSTITUTE OF CHILD HEALTH & HUMAN
DEVELOPMENT
drusso1@mail.nih.gov
301-435-6871

## Federal Award Information

**11. Award Number**
5UM2HD111102-03

**12. Unique Federal Award Identification Number (FAIN)**
UM2HD111102

**13. Statutory Authority**
42 USC 241 31 USC 6305 42 CFR Part 52

**14. Federal Award Project Title**
Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Scientific
Leadership Center

**15. Assistance Listing Number**
93.865

**16. Assistance Listing Program Title**
Child Health and Human Development Extramural Research

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 12/01/2024 **– End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a. Direct Cost Amount | $0 |
| 20 b. Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $11,647,748 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $11,647,748 |
| **26. Project Period Start Date** 01/25/2023 **– End Date** 03/21/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $36,023,354 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Margaret A. Young

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



Notice of Award

*Cooperative Agreement*
Department of Health and Human Services
National Institutes of Health



EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

**SECTION I – AWARD DATA – 5UM2HD111102-03 REVISED**

**Principal Investigator(s):**
Lisa B Hightow-Weidman (contact), MD
Sybil  Hosek, PHD

**Award e-mailed to:** SRA-Pre@fsu.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to FLORIDA STATE UNIVERSITY in support of the above referenced project. This award is pursuant to the authority of 42 USC 241 31 USC 6305 42 CFR Part 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the Eunice Kennedy Shriver National Institute Of Child Health & Human Development of the National Institutes of Health under Award Number UM2HD111102. The content is solely the responsibility of the authors and does not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Margaret A. Young
Grants Management Officer
EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Salaries and Wages** | $829,730 |
| **Fringe Benefits** | $266,026 |
| **Personnel Costs (Subtotal)** | $1,095,756 |
| **Consultant Services** | $387,198 |
| **Materials & Supplies** | $44,168 |
| **Travel** | $56,400 |
| **Other** | $2,104,186 |
| **Subawards/Consortium/Contractual Costs** | $5,908,978 |
| **ADP/Computer Services** | $30,000 |
| | |
| **Federal Direct Costs** | $9,626,686 |
| **Federal F&A Costs** | $2,021,062 |
| **Approved Budget** | $11,647,748 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $11,647,748 |
| **TOTAL FEDERAL AWARD AMOUNT** | $11,647,748 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 3 | $11,647,748 | $11,647,748 |

**Fiscal Information:**
**Payment System Identifier:**   1596001138A1
**Document Number:**               UHD111102A
**PMS Account Type:**              P (Subaccount)
**Fiscal Year:**                          2025

| IC | CAN | 2025 |
|---|---|---|
| HD | 8014710 | $8,647,748 |
| MH | 8472592 | $1,000,000 |
| DA | 8472628 | $2,000,000 |

**NIH Administrative Data:**
**PCC**: MPIDB-DR / **OC**: 41029 / **Released**: 03/24/2025
**Award Processed**: 03/25/2025 12:22:50 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5UM2HD111102-03  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5UM2HD111102-03  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.  The grant program legislation and program regulation cited in this Notice of Award.
    b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c.  45 CFR Part 75.
    d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This grant is excluded from Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) UM2HD111102. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
This award provides support for one or more NIH defined Phase III Clinical Trials. The NIH Policy for research supported as an NIH Phase III Clinical Trial has been amended in Section II.B. of the NIH Guidelines on the Inclusion of Women and Minorities as Subjects in Clinical Research – Amended October 2001 (see http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm).

A description of plans to conduct analyses, as appropriate, by sex/gender and racial/ethnic groups must be included in clinical trial protocols.  Cumulative subject accrual and progress in conducting subset analyses must be reported to NIH in the annual Progress Reports.  Final analyses of sex/gender and racial/ethnic differences must be reported in the required Final Progress Report or Competitive Renewal Applications (or Contract Renewals/Extensions) as stated in Section II.B. of the Guidelines. This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to

Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

This award is funded by the following list of institutes.  Any papers published under the auspices of this award must cite the funding support of all institutes.

| |
|---|
| Eunice Kennedy Shriver National Institute Of Child Health & Human Development (NICHD)<br>National Institute On Drug Abuse (NIDA)<br>National Institute Of Mental Health (NIMH) |

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently

the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

**SECTION IV – HD SPECIFIC AWARD CONDITIONS – 5UM2HD111102-03 REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**TERMINATION**

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

**CLOSEOUT**

"Recipient Institution" may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable within 120 days of the end of this grant.

The Closeout procedures should occur as expeditiously as possible while maintaining the safety of human subjects. There must be an orderly process to ensure the safety and welfare of participants. The grant close-out must occur within 120 days. The closeout will include:

- Informing all enrolled study participants of the study's termination and what study closure means for them:
  - Options pertaining to receiving further intervention, continuing follow-up, if required
  - Recognition of the value of their data and contribution to research
- If there remain participants that are actively participating in the research, the process and responsibilities will differ depending on the nature of the research.
  - If there is a prospect of direct benefit of the intervention and/or the intervention requires ongoing monitoring for safety and welfare there must be a plan to address these needs.
  - If there are no participants actively participating, or there is no need for ongoing monitoring or care, the protocol may be closed.
- Conduct any necessary final study visits or data collection procedures for enrolled participants.
- Notifying the IRB, DSMB, FDA, and/or other monitoring bodies of the study's closure.

· Assure all consent forms, case report forms, and source documentation for the study are completed as necessary and are present in the study files.

· Complete all adverse event reporting and reconciliation as per protocol.

· Perform any appropriate statistical analyses of the study data collected to date.

· Prepare a comprehensive final study report summarizing findings, including any deviations from the protocol and GCP compliance.

· Review and clean collected data for accuracy and completeness resulting in a locked dataset, suitable for sharing, as required.

· Confirm final disposition of investigational product(s)  and devices.  Plan for removal of any implanted devices, if applicable.

· Handle any biospecimens collected and prepare them for sharing, if required.

· Update the study record and status to terminated in ClinicalTrials.gov as appropriate.

**APPEALS**

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

\*\*\*\*\*\*\*\*

**RESTRICTION**: This award is being made without a currently valid certification of Institutional Review Board (IRB) approval and is issued with the following restriction:  Only activities that are clearly severable and independent from activities that involve human subjects may be conducted pending NICHD acceptance of the certification of IRB review and approval. No funds may be drawn down from the Payment Management System and no obligations may be made against Federal funds for any research involving human subjects prior to issuance of a revised Notice of Award rescinding this restriction.

IRB approval verification must be submitted within 60 days of the date of this Notice of Award to the Grants Management Specialist (GMS). Please contact the GMS if the IRB approval will be delayed beyond 60 days. Failure to comply with the above requirements can result in suspension and/or termination of this award, withholding of support, audit disallowances, and/or other appropriate action.

**MULTI-PI:** The recipient must follow the Multiple Principal Investigator Leadership Plan included in the application dated 11/05/2022 and may not implement any changes in the plan without written NICHD prior approval.

Although the signatures of all PI/PD(s) are not required on prior approval requests, the recipient institution must secure and retain the signatures of all of PI/PD(s) within their own internal processes. See NIH Guide Notice NOT-OD-06-054.

**SUBPROJECT:** Subproject funding information is available via the NIH RePORTER System.

**HUMANS:** For all competing applications or new protocols, the NICHD expects investigators for ALL NICHD Clinical Trials to abide by the requirements stated in NIH Guide Notice NOT-HD-20-036 "NICHD Data Safety Monitoring Guidelines for Extramural Clinical Trials and Clinical Research". All NICHD applications which include Clinical Trials must include a Data Safety

Monitoring Plan. All NIH-sponsored multi-site clinical trials, NIH-defined Phase III clinical trials and some single site clinical trials that pose potential risk to participants require Data and Safety Monitoring Board (DSMB) oversight. Applicants are expected to establish an independent, external DSMB when required by this policy.

For all competing applications or new protocols, the NICHD expects investigators for ALL human subject research to abide by the requirements stated in NIH Guide Notice NOT-HD-20-035 "NICHD Serious Adverse Event, Unanticipated Problem, and Serious Adverse Event Reporting Guidance".

**DISSEMINATION:** The clinical trial(s) supported by this award are subject to the Dissemination Plan specified in the application dated 11/05/2022 and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The policy states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and that primary summary results will be reported in ClinicalTrials.gov not later than one year after the trial completion date. The reporting of summary results is required even if the primary trial completion date occurs after the period of performance.

This award is subject to additional certification requirements with submission of the Annual, Interim and Final Research Performance Progress Reports (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the Signing Official (SO) signifies compliance, as follows:

In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of their knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials comply with the recipient's plan addressing compliance with the Dissemination of NIH-Funded Clinical Trial Information policy. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the trial completion date, even if the trial completion date occurs after the period of performance.

**RISK ASSESSMENT:**

Clinical Trial Study/Studies:

**416802**

This Clinical Trial Study or Studies listed above have been determined by NICHD to be considered **LOW** risk. Oversight by NICHD will occur in the standard manner through the annual RPPR. An annual update (no additional reports) on the status of the milestones included in Section 6 of the eRA HSS and any additional agreed-upon milestones are due in the RPPR. Information and procedures concerning these requirements are available on the NICHD Policies on Clinical Research site.

Clinical Trial Study/Studies:

**416804**

This Clinical Trial Study or Studies listed above have been determined by NICHD to be considered **LOW** risk. Oversight by NICHD will occur in the standard manner through the annual RPPR. An annual update (no additional reports) on the status of the milestones included in Section 6 of the eRA HSS and any additional agreed-upon milestones are due in the RPPR. Information and procedures concerning these requirements are available on the NICHD Policies on Clinical Research site.

Clinical Trial Study/Studies:

**416806**

This Clinical Trial Study or Studies listed above have been determined by NICHD to be considered **LOW** risk. Oversight by NICHD will occur in the standard manner through the annual

RPPR. An annual update (no additional reports) on the status of the milestones included in Section 6 of the eRA HSS and any additional agreed-upon milestones are due in the RPPR. Information and procedures concerning these requirements are available on the NICHD Policies on Clinical Research site.

Clinical Trial Study/Studies:

**416813**

The Clinical Trial Study or Studies listed above have been determined by NICHD to be considered **HIGH** risk requiring increased oversight by NICHD. A **quarterly update** on the status of the milestones included in Section 6 of the eRA Human Subjects System (HSS) and any additional agreed-upon milestones are due **three times a year** as well as being included in the annual RPPR. The update cycle due date is based on the budget period start date referenced in this Notice of Award. Information and procedures concerning these requirements are available on the NICHD Policies on Clinical Research site. Updates must be provided through the eRA HSS accessible through the eRA Commons.

Clinical Trial Study/Studies:

**416814**

The Clinical Trial Study or Studies listed above have been determined by NICHD to be considered **MEDIUM** risk requiring increased oversight by NICHD. An update on the status of the milestones included in Section 6 of the eRA Human Subjects System (HSS) and any additional agreed-upon milestones will be due **once a year (generally halfway through the budget period)** as well as being included in the annual RPPR. The update cycle due date is based on the budget period start date referenced in this Notice of Award. Information and procedures concerning these requirements are available on the NICHD Policies on Clinical Research site. Updates must be provided through the eRA HSS accessible through the eRA Commons.

Clinical Trial Study/Studies:

**416815**

This Clinical Trial Study or Studies listed above have been determined by NICHD to be considered **LOW** risk. Oversight by NICHD will occur in the standard manner through the annual RPPR. An annual update (no additional reports) on the status of the milestones included in Section 6 of the eRA HSS and any additional agreed-upon milestones are due in the RPPR. Information and procedures concerning these requirements are available on the NICHD Policies on Clinical Research site.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5UM2HD111102-03 REVISED

**INSTITUTION:** FLORIDA STATE UNIVERSITY

| Budget | Year 3 |
| --- | --- |
| Salaries and Wages | $829,730 |
| Fringe Benefits | $266,026 |
| Personnel Costs (Subtotal) | $1,095,756 |
| Consultant Services | $387,198 |
| Materials & Supplies | $44,168 |
| Travel | $56,400 |
| Other | $2,104,186 |
| Subawards/Consortium/Contractual Costs | $5,908,978 |
| ADP/Computer Services | $30,000 |
| TOTAL FEDERAL DC | $9,626,686 |
| TOTAL FEDERAL F&A | $2,021,062 |

| TOTAL COST | $11,647,748 |
|---|---|

| Facilities and Administrative Costs | Year 3 |
|---|---|
| F&A Cost Rate 1 | 54% |
| F&A Cost Base 1 | $3,742,708 |
| F&A Costs 1 | $2,021,062 |

EXHIBIT I

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Friday, March 21, 2025 9:31 AM
**To:** Sit, Jimmy <Bao.Sit@ucsf.edu>
**Subject:** Grant Termination Notification

---

**This Message Is From an External Sender**

This message came from outside your organization.

---



3/21/2025

Bao Sit
University Of California, San Francisco
bao.sit@ucsf.edu

Dear Bao Sit:

Effective with the date of this letter, funding for Project Number 5R25MH129290-03 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 6/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340.[5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10] You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11] The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle
G. Bulls -S

Digitally signed
by Michelle G.
Bulls -S

Michelle G. Bulls, on behalf of Theresa Jarosik, Chief Grants Management Officer, NIMH
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)