# EXHIBIT 36

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> *Defendants.* | No. 1:25-cv-_____ |

### DECLARATION OF THERESA A. MALDONADO

I, Theresa A. Maldonado, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the system-wide Vice President for Research & Innovation at the University of California (UC), Office of the President. I am familiar with the information in the statements set forth below either through personal knowledge, in consultation with UC staff, or from documents that have been provided to and reviewed by me.

2. I submit this Declaration in support of the States' Motion for Temporary Restraining Order.

**Professional Background**

3. I have served as the Vice President for Research & Innovation at UC since 2020. In addition to my current role, I have a Ph.D. in electrical engineering and over 30 years' academic experience. As Vice President for Research & Innovation, I lead UC researchers and administrators in research policy, funding for systemwide programs, and the innovation and entrepreneurship ecosystem. We work to build UC-wide partnerships, help shape effective

1

policies and provide a strong voice nationally for research and innovation on behalf of UC. As the systemwide leader for research and innovation, I work very closely with the Vice Chancellors for Research from each UC campus, and I am in regular contact with them to identify any issues impacting UC systemwide research, including concerns related to research funding.

**UC and Its Research Mission.**

4. The University of California ("UC") has 10 research-intensive campuses, 21 health professional sciences schools, five NCI-designated cancer centers, and six academic medical centers are widely recognized as among the best in the nation. They are international leaders in the education of health professionals, in research that develops new cures and treatments, and in public service that provides healthcare for all Californians regardless of ability to pay. The University of California is one of the nation's leading research institutions, with almost 9% of all U.S. academic research being conducted by UC researchers. Biomedical advancements at UC include the first radiation treatment for cancer, research contributing to the first flu vaccine, the discovery of the role of LDL and HDL cholesterol in heart disease, the invention of modern gene editing, and much more.

5. Every year, UC and its researchers submit thousands of grant applications for review, approval, and funding by the NIH. As world leading researchers, more than 1,000 UC faculty members serve annually on numerous NIH study sections and advisory councils to assess grant applications for scientific and technical merit. NIH contract and grant funding support many of the clinical trial studies at UC's six medical centers.

6. The research mission at UC includes, but is not limited to, allocated funding for staffing, clinical trials, dissemination of results, public outreach, teaching and training students

and others, equipment, and numerous other activities to fulfill the research mission and serve the people of California and the United States.

**Reliance on NIH Funding**

7.  In fiscal year 2024, UC was awarded over $2 billion through the National Institutes of Health ("NIH") to support more than 5000 research projects.

8.  The work done by UC's research-intensive campuses, academic medical centers, and health professional sciences schools on NIH funded projects provides education and training in Biomedical Engineering, Chemical Engineering, Civil Engineering, Electrical Engineering, Mechanical Engineering, Agriculture, Biology, Public Health and Health Sciences, Mathematics, Chemistry, Psychology, and other programs.

9.  UC's campuses, academic medical centers, health professional schools, cancer centers and the laboratories it manages and operates provide considerable employment benefits in the Science, Technology, Engineering, Mathematics, and Medicine ("STEMM") workforce to the California economy.  UC estimates that NIH funding supports thousands of employees at its medical centers and campuses, including clinical and professional staff, post-doctoral and graduate student researchers, laboratory technicians, and engineers.

**Typical Process for NIH Grant Awards**

10.  The Sponsored Projects Office at each UC location works with researchers to submit grant applications and tracks grant applications and awards.  NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity ("NOFO").  From there, they are assigned to a "study section" where the grant application is subjected to peer review and judged on its scientific merit.  The grant application is

then given a score. If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.

11. After the study section, the grant application is sent to an "advisory council" where the ultimate decision on whether to recommend a grant for funding is made. After the advisory council meets, the relevant institute's Director typically approves the recommended grants, and a Notice of Award is promptly issued confirming the grant will be funded.

12. The budget process at UC research institutions relies, in part, upon the NIH grant application, review, and approval cycle.

**Delays and Irregularities in the Processing of NIH Grant Applications**

13. Since late January 2025, UC has seen an unusual number of delays in the processing of NIH grant applications. Researchers have had their grant application study sections and advisory councils canceled or not scheduled, and grant application scoring has been significantly delayed.

14. The estimated value of just the NIH grant proposals that have been submitted for review by the five UC Health Centers as of December 31, 2024, and that have not yet been acted upon is approximately $563 million. Grant applications awaiting study sections before July 1, 2025, had an annual value of approximately $312 million, while grant applications awaiting NIH advisory councils and Notices of Awards amounted to approximately $251 million in annualized value.

15. UC has not received formal notices of awards for many of these grant proposals. For others, UC has only received a notification that proposals are "paused" or "under review."

**Terminations of NIH Grants.**

16. Since February 20, 2025, UC's research institutions have had at least thirty-one NIH grants terminated, amounting to over $37 million. Among these was a grant for over $50 million in funding for a UC Davis research project investigating the biological risk factors for dementia among target populations with early signs of cognitive dysfunction, including white, Hispanic, and black participants that had already enrolled over 1,700 participants, and a grant to UCSF for a project studying the effectiveness and adverse consequences of a vaccine for shingles, a disease that one in three Americans are likely to develop in their lifetimes.

17. The termination notices for these grants typically state that the "award no longer effectuates agency priorities." In my time at UC, to the best of my knowledge, NIH grants have not generally been terminated on this basis.

18. Many of the termination notices have also stated that there is no corrective action that can be taken to ensure the grant aligns with agency priorities. However, prior to receipt of the termination, most UC Principal Investigators were not given notice of any opportunity to submit "corrected" grant materials to align with agency priorities.

**Impacts of Funding Delays and Grant Terminations.**

19. The delays in funding decisions and evaluation of grant applications as well as the grant terminations have already caused numerous and critical harms to UC.

20. The delays and terminations have disrupted ongoing research, as well as setting back significant UC research projects. Funding gaps have forced researchers to abandon important research studies and terminate key personnel. Some of these studies involve clinical trials of medications or procedures, and terminations will delay UC's ability to identify and

5

deliver life-changing care for patients suffering from diseases such as Alzheimer's disease, Type 2 Diabetes, and HIV.

21. Once canceled, much research cannot immediately resume. Many of these projects entail longitudinal studies. When scientific studies stop in full swing, their partial results often lose validity. Without funding, labs languish, and specimens spoil. And once laid off, people with project-specific knowledge and experience may not return.

22. The UC system has instituted a system-wide hiring freeze on new faculty and staff. Top-ranked departments across UC campuses in chemistry, biology, public health, and more have reduced their graduate student classes. UC departments have had to consider rescinding offers of funding to some students admitted to doctoral programs. To the extent possible, UC has arranged for emergency funding to cushion the impact of interrupted federal funding and maintain salary support for affected graduate students and trainees. This relief is aimed at bridging those personnel to give them time to complete their graduate programs or to secure other funding or employment.

23. These funds are being diverted from other important needs, such as deferred maintenance and strategic investments. Without expected grant funds, UC will be challenged in meeting the expenses associated with overseeing research facilities which make these significant research projects possible and economically viable.

24. The delays in funding and terminations also have harmed the UC's educational and research mission. Doctoral students, postdoctoral researchers, faculty, and staff from around the world collaborate with or come to California to join the UC research enterprise. Future recruitment of these young scientists and researchers will be negatively impacted by diminished funding and arbitrary terminations aimed at international collaboration and research projects.

Further, terminations have specifically impacted the communities that come to UC for clinical trials and other community health interventions. Midstream terminations of long-term projects meant to reduce health disparities in projects like maternal mortality, the spread of HIV/AIDS, and services to other underserved communities directly undermines the trust necessary to convince individuals to participate in UC research projects.

April 3, 2025

DocuSigned by:

*Theresa A. Maldonado*

537FE71B2CD94F8...

THERESA A. MALDONADO