# EXHIBIT 40

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> *Defendants.* | No. 1:25-cv-10814-BEM |

### DECLARATION OF RYAN HUTCHINGS, PH.D.

I, Ryan Hutchings, Ph.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am employed as a Research Associate II at the California Department of Justice. I make this declaration based on my personal knowledge and in support of Plaintiffs' motion for a preliminary injunction.

2. The Federal Register makes public notices available through a RESTful API ("Federal Register API"), as described at https://www.federalregister.gov/developers/documentation/api/v1. This API provides programmatic access to official notices published by federal agencies, including meeting notices issued by the National Institutes of Health ("NIH").

3. I developed code to collect and analyze Federal Register notices issued by NIH for the period from 1 January 2009 to 12 April 2025. This code (1) systematically identifies NIH meetings related to the review of grant applications, (2) quantifies the cumulative number of

1

grant-related NIH meetings held each fiscal year noticed in the Federal Register, and (3) visualizes the results of this analysis.

4. Because a single notice posted in the Federal Register may be related to multiple such meetings, and because the formatting of notices varies, my code individually analyzes the full text of each notice (as represented by the XML documents provided by the Federal Register API) and attempts to find and organize relevant information about any meetings it contains.

5. At a high level, the portion of the code related to analyzing the full text of the notices performs the following functions:

    a. *Center/Institute Identification*: Using a database of NIH centers and institutes, including full names and abbreviations, compiled from an external reference file, the code attempts to associate API data with the formal NIH center or institute name. However, because there may be variations in how centers and institutes are named across notices (e.g., because of errors), the code matches names using both an exact and an approximate matching procedure.

    b. *Multiple Meetings*: The code identifies notices that appear to refer to multiple meetings based on the inclusion of multiple dates, times, locations, agendas, committee names, and/or contact person names and attempts to separate said notices into multiple meetings. The goal of this step is to mitigate against over- or under-counting the number of meetings held each year.

    c. *Grant-Related Meeting Detection:* To determine whether a meeting concerns the review of grant applications, the code examines the agenda or purpose section of notices when such information could be successfully identified and analyzed by the code. It searches for indicative phrases such as "grant application," "review of

applications," and "evaluate grant proposals." This code assumes that meetings containing these specific phrases are related to grant review. NIH meetings that are not related to grant review are excluded from the analysis.

d. *Amendments and Cancellations*: The code identifies amendments and cancellations by detecting keywords in the subject lines or titles of the notices such as "amendment" or "cancellation." I excluded notices identified as amendments and cancellations from the analysis to avoid counting the same meeting multiple times.

e. *Date Identification and Normalization*: The Federal Register API provides the publication date of the notice as well as the scheduled date or dates the noticed meeting. When multiple meetings were noticed, I supplemented the dates with information from the full text of the notice. When the code could not successfully detect or normalize dates from the API data or the full text data, the meeting was excluded from the analysis. This step was necessary to produce the visualizations presented below.

6. This code outputs a structured data file in a R programming language data format containing each meeting's date, institute, committee name, meeting type, agenda, and whether it is an amendment or cancellation, among other information ("the output database"). The output database included 53,237 meetings noticed from 1 January 2009 through 12 April 2025. The output database also identified meetings that could not be interpreted by the code based on the content of the notice for approximately 2,008 meetings. However, I excluded meetings from the output database for several reasons (see above). Exclusions were made in the following order. First, I removed 3,387 scheduled meetings related to amendment and cancellation notices.

3

Second, I removed 9,985 scheduled meetings that were not deemed grant related. Third, I removed 721 scheduled meetings that did not exactly or approximately match any formal NIH center or institute name. Fourth, I removed 65 scheduled meetings that did not have a date which could be identified or normalized. Fifth, I removed 1,817 meetings that were scheduled to occur before the beginning of Fiscal Year 2010. Finally, I removed 251 meetings that were scheduled to occur between 22 January 2025 and 15 March 2025 based on the assumption provided by counsel that these meetings did not occur as scheduled (see also ¶¶ 9- 10 below). This final exclusion was only made for Fiscal Year 2025, meaning that in all other fiscal years, this analysis assumes that meetings occurred as scheduled.

7. This code allows for systematic, reproducible identification and classification of NIH grant-review meetings from the text published in the Federal Register accessed via the API.

8. According to the output database, between Fiscal Years 2010 and 2024, NIH issued approximately 4 notices of cancelled meetings on average per year. The output database contained 3 such cancellations in Fiscal Year 2025. Amendments were more common than cancellations. The output database contained approximately 98 amendment notices issued by NIH each fiscal year from 2010 through 2024. The output database contained 48 such amendments in Fiscal Year 2025. I can conclude that the number of amendments and cancellations did not occur disproportionately in any of the examined fiscal years, such that their inclusion or exclusion would meaningfully impact the analysis. For this reason, this analysis and the visualization below exclude all amendment and cancellation notices.

9. The output database did not contain any notices for NIH grant-related meetings between 22 January 2025 and 3 March 2025. I was informed by counsel that the NIH adheres to a 15-day statutory notice period, meaning meetings noticed after 3 March 2025 could not occur

4

Common Interest Privilege

before 18 March 2025. Nevertheless, to be conservative my analysis only excludes meeting scheduled to occur between 22 January 2025 and 15 March 2025.

10. The output database contained 251 NIH grant-related meetings noticed prior to 22 January 2025 and scheduled to occur between 22 January 2025 and 15 March 2025. The output database did not contain any cancellation notices regarding these 251 meetings.

11. The output database contained 935 NIH grant-related meetings scheduled to occur in Fiscal Year 2025 between 1 October 2024 and 12 April 2025 after excluding meetings that were scheduled but ostensibly did not occur between 22 January 2025 and 15 March 2025. During the same period from 1 October to 12 April in each fiscal year between 2010 and 2024, the output database contained between 1,419 and 1,703 scheduled NIH grant-related meetings, with an average of 1,542 scheduled grant related meetings. Based on these figures from the output database, I can conclude that the number of NIH grant-related meetings scheduled from 1 October through 12 April in Fiscal Year 2025 was approximately 61% of the historical Fiscal Year 2010-2024 benchmark after removing scheduled meetings that ostensibly did not occur in Fiscal Year 2025.

12. In addition to the above-mentioned code, I also developed code to visualize the change in the number of scheduled NIH grant-related meetings over time. This visualization code transforms the output database into clear, color-coded graphs where each line represents a different NIH Fiscal Year and shows the cumulative number of grant-related meetings over time. Fiscal Year 2025 is highlighted in red to allow for comparison.

13. Figure 1 visualizes the cumulative number of meetings that were scheduled to occur based on the output database. Figure 1 displays 1 October to 30 September for Fiscal Years 2010-2025, excluding meetings that had been noticed before 22 January 2025 and

scheduled to occur between that date and 15 March 2025, on the assumption that all or nearly all were cancelled. Values in Figure 1 are plotted on the day the meeting was or will be scheduled to occur.

**Figure 1: Cumulative Scheduled Grant Related Meetings from 1 October to 30 September Fiscal Years 2010-2025 After Removing Assumed Fiscal Year 2025 Cancellations.**



Note: Values are plotted on the day of the scheduled meeting.

14.  I believe that Figure 1 shows that the cycle of scheduled meetings occurred consistently in Fiscal Years 2010-2024, but that this cycle was disrupted in Fiscal Year 2025.

Executed this 14 April 2025 in Sacramento, CA.

_Ryan J Hutchings_
_____
RYAN HUTCHINGS

6