# EXHIBIT 43



# NDCD Advisory Council Meeting: January 2025

**Event Date:** January 23, 2025 - January 24, 2025

**Time:** Check event schedule

**Location:** Virtual Day 1 | Closed Session Day 2

**Lecture Series:** National Deafness and Other Communication Disorders Advisory Council (NDCD) Meetings

**At the present time, all Federal advisory committee meetings have been canceled until further notice. Additional information will be forthcoming as it becomes available. We apologize for any inconvenience.**

## January 23-24, 2025

Agenda (PDF | 188 KB)

*Note: PDF files can be viewed with the free Adobe Reader.

Last Updated Date:  January 23, 2025

BACK TO TOP



# NIAID Council Agenda

At the present time, all Federal advisory committee meetings have been canceled until further notice. Additional information will be forthcoming as it becomes available. We apologize for any inconvenience.

Content last reviewed on January 17, 2025

menu

(/)



## National Advisory Council on Minority Health and Health Disparities (NACMHD)

Public Health Service Act section 464z-3(j), 42 U.S.C. 285t(j), gives the Secretary of Health and Human Services the authority to establish an advisory council to provide advice regarding the Institute's research and research training activities with respect to minority health issues. The National Advisory Council on Minority Health and Health Disparities (NACMHD) advises the Secretary of Health and Human Services, the NIH Director, and the NIMHD Director on matters related to the NIMHD's mission.

Advisory Council's Approved Research Concepts

NACMHD Past Meetings

## Upcoming Council Meeting

*At the present time, all Federal advisory committee meetings have been canceled until further notice. Additional information will be forthcoming as it becomes available. We apologize for any inconvenience.*

## Future Council Meetings

Tuesday, May 6, 2025

Friday, September 5, 2025

## Advisory Council's Approved Research Concepts

*Interested in learning about approved research concepts before they are published as Notice of Funding Opportunities (NOFOs)?* Review the Approved Research Concepts (/funding/approved-concepts/) page, which includes topical areas of research likely to become FOAs. Armed with this information, researchers can start thinking about assembling teams and pulling together information that could be the basis of a successful grant application.

Approved Research Concepts (../../funding/approved-concepts/index.html)

## NACMHD Past Meetings

| Date | Minutes/Agenda | Report(s) | Video |
|---|---|---|---|
| Sept. 2024 | Minutes (PDF, 268 KB) (/docs/advisory-council/nacmhd_2024sept_minutes.pdf)/ Agenda (PDF, 124 KB) (/docs/advisory-council/nacmhd_2024sept_agendaOpenSession.pdf) | View director's report (PDF, 3 MB) (/docs/advisory-council/nacmhd_2024sept_dtrReportOpenSession.pdf) | View videoc (https://vide |
| May 2024 | Minutes (PDF, 229 KB) (/docs/advisory-council/nacmhd_2024may_minutes.pdf)/ Agenda (PDF, 105 KB) (/docs/advisory-council/nacmhd_2024may_agendaOpenSession.pdf) | View director's report (PDF, 6 MB) (/docs/advisory-council/nacmhd_2024may_dtrReportOpenSession.pdf) | View videoc (https://vide |
| Feb. 2024 | Minutes (PDF, 241 KB) (/docs/advisory-council/nacmhd_2024feb_minutes.pdf)/ Agenda (PDF, 104 KB) (/docs/advisory-council/nacmhd_2024feb_agendaOpenSession.pdf) | View director's report (PDF, 3 MB) (/docs/advisory-council/nacmhd_2024feb_dtrReportOpenSession.pdf) | View videoc (https://vide |
| Sept. 2023 | Minutes (PDF, 268 KB) (/docs/advisory-council/nacmhd_2023sept_minutes.pdf)/ Agenda (PDF, 134 KB) (/docs/advisory-council/nacmhd_2023sept_agendaOpenSession.pdf) | View director's report (PDF, 4 MB) (/docs/advisory-council/nacmhd_2023sept_dtrReportOpenSession.pdf)  NACMHD Working Group Report September 20, 2023 (PDF, 662 KB) (/docs/advisory-council/nacmhd_workGrpOnHealthDisparitiesAndPeopleWithDisabilities_report_2023sept.pdf) | View videoc (https://vide |

| Date | Minutes/Agenda | Report(s) | Video |
|---|---|---|---|
| May 2023 | Minutes (PDF, 314 KB) (/docs/advisory-council/nacmhd_2023may_minutes.pdf)/ Agenda (PDF, 53 KB) (/docs/advisory-council/nacmhd_2023may_agendaOpenSession.pdf) | View director's report (PDF, 3 MB) (/docs/advisory-council/nacmhd_2023may_dtrReportOpenSession.pdf) | View video (https://video |
| Feb. 2023 | Minutes (PDF, 267 KB) (/docs/advisory-council/nacmhd_2023feb_minutes.pdf)/ Agenda (PDF, 183 KB) (/docs/advisory-council/nacmhd_2023feb_agendaOpenSession.pdf) | View director's report (PDF, 3 MB) (/docs/advisory-council/nacmhd_2023feb_dtrReportOpenSession.pdf) | View video (https://video |
| Sept. 2022 | Minutes (PDF, 265 KB) (/docs/advisory-council/nacmhd_2022september_minutes.pdf)/ Agenda (PDF, 101 KB) (/docs/advisory-council/nacmhd_2022sept_agendaOpenSession.pdf) | View director's report (PDF, 4 MB) (/docs/advisory-council/nacmhd_2022sept_dtrReportOpenSession.pdf) | View video (https://video |
| May 2022 | Minutes (PDF, 210 KB) (/docs/advisory-council/nacmhd_2022may_minutes.pdf) Agenda (PDF, 106 KB) (/docs/advisory-council/nacmhd_2022may_agendaOpenSession.pdf) | View director's report (PDF, 2 MB) (/docs/advisory-council/nacmhd_2022may_dtrReportOpenSession.pdf) | View video (https://video |
| Feb. 2022 | Minutes (PDF, 287 KB) (/docs/advisory-council/nacmhd_2022feb_minutes.pdf) Agenda (PDF, 196 KB) (/docs/advisory-council/nacmhd_2022feb_agendaOpenSession.pdf) | View director's report (PDF, 4 MB) (/docs/advisory-council/nacmhd_2022feb_dtrReportOpenSession.pdf) | View video (https://video |
| Sept. 2021 | Minutes (PDF, 333 KB) (/docs/advisory-council/nacmhd_2021sept_minutes.pdf) Agenda (PDF, 110 KB) (/docs/advisory-council/nacmhd_2021sept_agendaOpenSession.pdf) | View director's report (PDF, 6 MB) (/docs/advisory-council/nacmhd_2021sept_dtrReportOpenSession.pdf) | View video (https://video |
| May 2021 | Minutes (PDF, 312 KB) (/docs/advisory-council/nacmhd_2021may_minutes.pdf)/ Agenda (PDF, 108 KB) (/docs/advisory-council/nacmhd_agendaOpenSession_2021may.pdf) | View director's report (PDF, 2 MB) (/docs/advisory-council/nacmhd_2021may_dtrReportOpenSession.pdf) | View video (https://video |
| Feb. 2021 | Minutes (PDF, 433 KB) (../../docs/advisory-council/nacmhd_2021feb_minutes.pdf)/ Agenda (PDF, 263 KB) (/docs/advisory-council/2021_NACMHD_agenda_feb.pdf) | View director's report (PDF, 2 MB) (../../docs/advisory-council/feb_2021_directors_report.pdf) | View video (https://video |

Page updated Feb. 3, 2025

---

### Related

NACMHD Roster (PDF, 43 KB) (../../docs/advisory-council/nacmhd_roster.pdf)

Public Law 106–525—Nov. 22, 2000 (https://www.gpo.gov/fdsys/pkg/GPO-CDOC-106sdoc30/pdf/GPO-CDOC-106sdoc30-2-5-8.pdf)

*Individuals who need reasonable accommodation to participate should contact Edgar Dews (mailto:edgar.dews@nih.gov) (phone: 301-402-1366) at least* five business days before the event.

### NIH Visitor Information

- Parking details, rates and maps (https://www.nih.gov/about-nih/visitor-information)
- Procedures for visitors (including REAL ID requirements) (https://www.nih.gov/about-nih/visitor-information/campus-access-security)

Give yourself approx. 15 minutes to pass through security at the NIH Gateway Center.

NIMHD Research Framework (/researchFramework/)

### Learn More

Read about what is
happening at NIMHD at the News and Events (/news-events/) section

### Contact Us

301-402-1366

NIMHDinfo@nimhd.nih.gov (mailto:NIMHDinfo@nimhd.nih.gov)

### Connect with Us

Subscribe to email updates (https://public.govdelivery.com/accounts/USNIHNIMHD/subscriber/new) (/disclaimer/)

(/)

LinkedIn (https://www.linkedin.com/company/nimhd-nih/) (/disclaimer/)

Twitter (https://twitter.com/NIMHD) (/disclaimer/)

Facebook (https://www.facebook.com/NIMHD) (/disclaimer/)

U.S. Department of Health & Human Services (https://www.hhs.gov/) | National Institutes of Health (https://www.nih.gov/) | USA.gov (https://www.usa.gov/)