# EXHIBIT 44

# NIH Grant Review Meetings Cancelled  `FREE`



January 23, 2025

**The Trump administration abruptly cancelled NIH grant-review panel meetings**, along with NIH travel and hiring, after all federal health officials were ordered to freeze public communications. The panels, also known as study sections, meet to review research grant proposals and award grants—which account for 80% of the agency's $47 billion budget and support research at more than 2,500 institutions—but researchers reported that meetings were cancelled without warning, preventing the distribution of research grants. The federal memo announcing the communications freeze said it would lift on February 1, but no end date was given for the cancellation of study section meetings.

**Publisher:**  American Association for Cancer Research

**Article Type:**   Breaking

---

Advertisement

Skip to Main Content



## ✉ **Email Alerts**

Cancer Discovery News Alert

## Latest News

Accelerated Cancer Drugs Face
Delayed Reckonings

Bhattacharya, Makary Confirmed to
Lead NIH, FDA

How Unruly DNA Loops Are Shaping
Cancer—and Treatments

*View more recent articles* ›

## Breaking

Novartis to Invest $23 Billion in U.S.
Facilities

Polygenic Risk Score Better than PSA

Bevacizumab Biosimilar Approved

Skip to Main Content

*View more recent articles* ›

## Research Watch

Ligand Engagement Induces LAG3 Checkpoint Activity through Ubiquitination

Targeting VDAC2 Induces Inflammation and Immune-Mediated Tumor Cell Killing

A CAF–Epithelial Niche Promotes Immune Evasion in Squamous Cell Carcinoma

*View more recent articles* ›

All News

Noted This Week Archive (2011-2024)

Twitter

## AACR Journals

Blood Cancer Discovery

Cancer Discovery

Cancer Epidemiology, Biomarkers & Prevention

Cancer Immunology Research

Cancer Research

Cancer Research Communications

Clinical Cancer Research

Molecular Cancer Research

Molecular Cancer Therapeutics



Cancer Prevention Research

Skip to Main Content

Information on
Advertising & Reprints

Information for
Institutions/Librarians

RSS Feeds

Privacy Policy

Copyright © 2025 by the American Association for Cancer Research.