# EXHIBIT 46

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR, et al.,<br><br>*Defendants*. | No. 1:25-cv-_____ |

### DECLARATION OF SALLY MORTON

I, Sally Morton, declare as follows:

1. I am a resident of the State of Arizona. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by Arizona State University (ASU) as Executive Vice President of the ASU Knowledge Enterprise and as a Professor in the Colleges of Mathematical and Statistical Sciences and the College of Health Solutions. In my capacity as Executive Vice President, I lead the university's research and economic development portfolio to advance research priorities, oversee ASU's research institutes and initiatives, and drive corporate engagement, strategic partnerships, intellectual property, and technology transfer.

3. ASU is a comprehensive public research university committed to advancing research and discovery of public value. ASU is one of the fastest growing research institutions in the U.S., with research expenditures of $904 Million in the fiscal year ending June 30, 2023.

1

4. ASU enrolls more than 180,000 students, who can choose from more than 400 undergraduate academic programs and majors and more than 450 graduate degree programs and certificates.

5. ASU's research work spans all 16 of its colleges and schools and involves a vast array of topics and research goals, including human health, technology, and national security.

6. The economic impact of ASU's work has been estimated as $5.75 billion in Arizona gross product in the fiscal year 2023, including the creation of jobs, patenting of inventions, and attraction of private investment in university inventions.

7. Funding from federal agencies constitutes a significant portion of ASU's annual research expenditures.  In the fiscal year ending June 30, 2024, ASU expended approximately $508 million received from federal agencies to conduct work under approved agreements (grants, contracts, and cooperative agreements).

8. ASU receives grant funding from at least 23 different federal agencies, including the United States Departments of Agriculture, Commerce, Defense, Education, Energy, Health and Human Services, Homeland Security, Labor, and State; the United States Agency for International Development; the United States Environmental Protection Agency; the National Aeronautics and Space Administration; and the National Science Foundation.

9. The National Institutes of Health approved 99 ASU projects (including subawards) scheduled to begin in the fiscal year ending June 30, 2024, with a total anticipated amount of approximately $104 million.  ASU's NIH-funded research relates to topics of central importance to human health, including the causes and treatments of chronic disease, cancer and opioid addiction as well as the use of technology such as artificial intelligence to promote health outcomes.

10. As of the date of this declaration, five of ASU's NIH-funded projects have been paused or terminated, and ASU continues to receive new grant-related notices on an ongoing basis.

11. ASU also has more than 450 proposals with an estimated amount of $711 million that have been submitted to NIH but for which it has not received a response.

12. The nature of scientific research, including health research, is that it is often cumulative, with research teams seeking subsequent grants to build on prior discoveries.

13. Ongoing research is also essential to the education of students, as the ability to participate in research projects led by experienced faculty is a core part of training them to be successful scientists in the future.

14. Any actions by NIH that delay or suspend funding for ongoing and proposed research may result in the loss of research materials or the need to re-do work that is underway, and thereby delay scientific discoveries and impair the competitiveness of the university's research program. Interruptions in the funding needed to continue research may also result in the loss of employees with specialized expertise, including on projects that may later be resumed, and may affect the progress of students in their degree programs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2025, at Washington, District of Columbia.

_____
Sally Morton