# EXHIBIT 47

### In the UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR, et al.,<br><br>*Defendants*. | No. 1:25-cv-10814-BEM |

### **FIRST SUPPLEMENTAL DECLARATION OF JASON A. WILDER**

I, Jason A. Wilder, hereby declare:

1. I submit this First Supplemental Declaration to supplement the Declaration of Jason A. Wilder. *See* ECF No. 12-13.

2. Northern Arizona University (NAU) received notification from the National Institute of General Medical Sciences on April 2, 2025 that its "Bridging Arizona Native American Students to Bachelor Degrees" was terminated due to "changes in NIH/HHS priorities". This five-year award to NAU was terminated after its 4th year of activity, and thus NAU will forgo recruitment of the final cohort of students who would have benefited from this program. Activites associated with this program will cease on July 31, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2

Executed this 13th day of April, 2025, in Flagstaff, Arizona.

*[signature]*

_____

Jason A. Wilder
Vice President for Research
Northern Arizona University

2