EXHIBIT 48

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF
MASSACHUSETTS; et al.,

*Plaintiffs,*

v.

ROBERT F. KENNEDY, JR., et al.,

*Defendants.*

No. 1:25-cv-_____

1

## DECLARATION OF MARCUS CRAWFORD, Ph.D.

I, Marcus Crawford, Ph.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated here. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by California State University, Fresno as an Associate Professor in the Department of Social Work Education and have held that position since August 2018.

3.      My current responsibilities include but are not limited to acting as the Principal Investigator for the Research Centers in Minority Institutions ("RCMI") grant (RFA-MD-24-012, U54), a grant submitted to the National Institutes of Health ("NIH") and currently under review.

4.      I submit this Declaration in support of the States' Motion for Preliminary Injunction.

5.      The RCMI grant is a five-year award that would create a multi-core research center at California State University, Fresno with the purpose of expanding the university's capacity to conduct world-class research in the health sciences in the Central Valley of California. The grant is specifically designed for universities without significant NIH funding that serve historically underrepresented student populations in communities with significant populations with unmet health needs, criteria that matches California State University, Fresno

2

and its geographic region. The cores within the center are focused on increasing research capacity, enhancing investigator development, and fostering community engagement.

6.      We submitted the RCMI grant on November 19, 2024 with a decision date by the end of May 2025 and a start date of July 1, 2025. NIH grants have two levels of review: the scientific review meeting followed by the council review. The scientific review meeting was originally scheduled in February 2025 (with no specific date). This date has changed several times after January, first to mid-March, then to April, then to June; presently, no date is listed. The council review date was scheduled in May but was recently changed to August 2025. The start date remains July 1, 2025, but this won't be possible with a council date in August 2025. For the most part, I discovered these changes myself when checking on the status of the grant. I received one notification of a change at the end of March 2025, which is when I first noticed that the scientific review date had been moved to June 2025. When I checked on a subsequent date, I found the review date had been removed altogether and a code was listed in its place. I have contacted the grant manager twice to seek clarity about the review date but have not received a response to my inquiry.

7.      The delay in scheduling negatively impacts our ability to plan for the implementation of the grant. A grant of this size requires many people working collaboratively. We have 12 people listed on the grant with various roles across 3 colleges and 9 departments. Faculty working on this grant will receive time released from teaching ranging from 25% to 50%

///

///

///

3

but cannot plan for this while the grant remains under review with changing implementation

dates.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct to the best of my knowledge.

Executed on April 12, 2025, in Clovis, California.

Marcus Crawford (Apr 12, 2025 08:32 PDT)

Marcus Crawford, Ph.D.

4