# EXHIBIT 49

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> *Defendants*. | No. 1:25-cv-_____ |

1

## DECLARATION OF JENI KITCHELL

I, Jeni Kitchell, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated in this declaration, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the California State University as Assistant Vice Chancellor, Finance & Budget Administration and Controller.

3. As the Assistant Vice Chancellor, Finance & Budget Administration/Controller, I am responsible for oversight of financial operations at the CSU and financial reporting from all sources, including federal funding.

4. I submit this Declaration in support of the States' Motion for Preliminary Injunction.

5. The total NIH grant monies at issue for the California State University and its auxiliary organizations total approximately $20.2 million. Without a preliminary injunction that restores funding of each NIH grant to each of the affected CSU university campuses, neither the California State University nor any of its auxiliary organizations will have the financial resources to keep the programs running.

6. The CSU's operating budget does not have any available funds to cover these programs, should federal funding be terminated. The CSU's operating budget has two main funding sources: the state General Fund (as appropriated by the Legislature annually), covering about 60% of the educational budget, and student tuition and fees, which cover the rest. The CSU

has been challenged with budget gaps of $138 million in 2023-24 and $218 million in 2024-25, which it addressed in part through reducing course sections (equivalent to 35,000 student seats) and suspending or discontinuing 136 degree programs; implementing personnel reductions and program restructuring; pausing and deferring capital and maintenance projects; and cutting operational and discretionary spending. The rest was covered by spending down operational reserves. The CSU also approved a tuition increase to take effect starting in 2024-25.

7. Despite these actions (and the anticipated increased tuition), the CSU is facing an even larger budget gap in 2025-26. The state General Fund appropriation is proposed to decrease by 7.95% ($375 million), an amount equivalent to the funding needed to educate and support more than 34,000 full-time equivalent students. The tuition increase will just cover increases to baseline commitments for that fiscal year (i.e., increases in financial aid, healthcare premiums, liability and property insurance, utilities and maintenance of new facilities) without closing any of the remaining $375 million budget gap or allowing for funding of any of CSU's currently-unfunded essential priorities (e.g., compensation increases, student success initiatives and basic needs, infrastructure investments; totaling approximately $593 million). There is no additional public funding or student tuition money available to cover another $20 million in lost NIH grant program funding which, up to this point, has been reliably predictable as a funding source over multiple years.

8. The California Legislative Analyst's Office issues a California Fiscal Outlook at the start of the annual budget cycle. In November 2024, the LAO's outlook warned of continuing significant budget challenges through the 2028-29 fiscal year that will continue to result in reduced General Fund allocations to CSU. (See https://lao.ca.gov/Publications/Report/4957) For example, the LAO stated that "[g]iven the

3

state's projected budget deficit in 2026-27, the state likely will not have budget capacity to support substantial increases in General Fund spending for any programs, including for CSU." The LAO acknowledged that baseline commitments for CSU are growing annually, but stated that CSU "would need to make room for any such costs by adjusting other parts of their budgets." There is insufficient funding to cover CSU's operating costs for this fiscal year – let alone to bridge loss of funding for NIH programs. Because the purpose of CSU as established by California Education Code section 66010.2 is to provide access to education and the opportunity for educational success for all qualified Californians, CSU does not have the discretionary option *not* to spend its funds as required to fulfill its educational mission.

9. CSU's budget includes many items that are based on long-term commitments and planning efforts, including phased campus development under multi-year master plans, deferred maintenance schedules, and bond financing repayments. These funds are already committed, sometimes for many years in the future, and thus are not available to replace lost funds from the NIH programs. Moreover, the annual budget process is a lengthy one, with various components reviewed and evaluated months, and sometimes years, before actual funding is allocated. This also applies to grant funding, which is sought and secured well in advance of its use, necessitating personnel and equipment purchases based on those commitments. Abrupt and significant changes in circumstances, such as the loss of NIH funding, cannot be seamlessly absorbed into the ongoing budget process.

10. CSU cannot rely on its operating reserves to fund the NIH programs. As of June 2024, CSU had $2.4 billion in reserves to support the core operations of the 23 university campuses and the Chancellor's Office, of which only $777 million was not obligated for a specific purpose and therefore was available to address economic uncertainty. This amounts to

33 days of operation for the entire system, an amount that the LAO noted is far below the reserve policy, which stipulates that reserves cover from three to six months of operations. CSU university campuses used their reserves to bridge budget gaps in 2023-24 and may need to do the same in 2024-25 and the coming years.

11. CSU auxiliaries are nonprofit organizations that are authorized under the California Education Code to provide certain specified essential supplemental services and support to the CSU university campuses. CSU auxiliaries operate within policies established by the CSU and wholly within written operating agreements with the affiliated CSU university campus to perform limited and specific functions that contribute to the educational mission of the university, including management of "Externally Funded Projects Including Research, Workshops, Conferences, and Institutes".

12. Like the universities they serve, CSU auxiliaries are also economically strained and do not possess or generate sufficient revenue to replace lost grant funding. CSU auxiliaries do not have the financial resources available to replace the loss of NIH funding. The auxiliary organizations were hit hard during the COVID-19 pandemic, as a significant portion of their revenue comes from in-person activities on campus, and they have yet to recover from that multi-year loss of revenue.

///

///

///

///

13. CSU is facing dire fiscal challenges. Without the NIH grant funding, CSU will have to shutter these programs and may need to take additional measures that would adversely affect the university community – faculty, staff and students – both directly and indirectly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 12, 2025, at Long Beach, California.

_____
Jeni Kitchell (Apr 12, 2025 08:08 PDT)
Jeni Kitchell