EXHIBIT 51

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>*Defendants.* | No. 25-cv-10814-BEM |

**DECLARATION OF SUSANNAH PORTERFIELD, Ed.D.**

I, SUSANNAH PORTERFIELD, Ed.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am the Vice President of Research at Kean University. I have personal knowledge of the facts set forth in this declaration, and/or am familiar with the information in the statements set forth below either through personal knowledge, in consultation with the Kean University Office of Research and Sponsored Programs' staff, or from documents that have been provided to and reviewed by me.

2.      I submit this Declaration in support of the States' Motion for a Preliminary Injunction.

**Professional Background**

3.      I became the Vice President of Research at Kean University in April 2023. Prior to that, I was employed by Johns Hopkins University for 20 years. I have a doctorate in organizational leadership from Stockton University in New Jersey. I also have a master's degree in human

1

resource management from Towson University in Maryland and a bachelor's degree in business management and psychology from Grove City College in Pennsylvania.

**Institution Overview**

4.    Kean University is a vibrant public urban research institution of the State of New Jersey and was recently designated as an R2 research university under the Carnegie Classification of Institutions of Higher Education, marking a significant milestone in Kean's rapid transformation into a premier research institution.

5.    Kean is home to a diverse student population and is designated by the U.S. Department of Education as a Hispanic-Serving Institution.  The majority of the undergraduate students majoring in STEM and health-related sciences identify as underrepresented, first-generation college students or English as second language learners.  Over 65% of undergraduates who self-disclose ethnicity are from underrepresented groups.  In addition, 52% of Kean's students are first-generation college students, 80% of first-year students are awarded need-based financial aid, and 48% of independent undergraduates fall below the federal poverty level.

6.    As the fourth largest state institution in New Jersey, Kean offers 50 undergraduate degrees, 60 graduate degrees, six doctoral programs and 23 online programs.  The student body of Kean's main campus in Union, New Jersey is approximately 11,800, is drawn primarily from the surrounding urban area and reflects the area's ethnic diversity. In the past decade, the numbers of first-generation, transfer, and minority students have increased, and the administration is responsive to changing student needs.

7.    The Dorothy and George Hennings College of Science, Mathematics, and Technology (HCSMT), which serves about 2,400 students (55% from groups underrepresented in the sciences), is strongly, though not exclusively, addressed to biomedicine and relevant fields.

2

8.    Kean has implemented many programs designed to increase the number of underrepresented groups who persist and graduate.  Kean's Center for Advising, Persistence, and Success in the Division of Student Success and Retention provides culturally responsive academic advising, evidenced-based programming, educational planning and positive academic transitions for matriculated and undeclared freshman, sophomore and transfer students.  The Office for Student Retention & Educational Innovation provides programming and support towards persistence, retention, and timely graduation. Moreover, and more specifically, the office aims to support and develop student programming that enriches experiences, builds cohesion, and a sense of belonging to the University, and fosters warm relationships with peers, faculty members, and staff. Academic support and tutoring services are provided on campus at the Nancy Thompson Learning Commons. With Kean University's diverse student body, support from NIH programs helps fulfill the mission and vision of the University by encouraging and supporting diversity and inclusion in the biomedical sciences.

**NIH Delay and/or Cancellation of Study Sections**

9.    NIH's abrupt cessation of NIH Advisory Council meetings in February 2025 has created a situation whereby grant proposals due for funding have remained unfunded indefinitely. These are grants that had previously been evaluated by the relevant scientific peer-review committee or "study section" (also known as scientific review group, initial review group) and given a priority score (based on scientific merit) that traditionally is within a range that would result in the awarding of the grant funds.  These ranges are based on the recent history of similar grants funded by the same institute/center within NIH.

**Reliance on NIH Funding**

10.     In fiscal year 2024 (July 1, 2023-June 30, 2024), Kean had six active projects supported by the National Institutes of Health ("NIH"), totaling $133,000 in expenditures.

11.     Kean receives NIH grants across a variety of institutes encompassed within the NIH, including Aging, General Medical Sciences, and Child Health and Human Development.

12.     Through those NIH grants, Kean funds seven researchers and many students.

13.     The work done by Kean on NIH funded projects provides education and training in Biology, Biomedicine, Chemistry, Computer Science, Environmental Science, and Mathematical Sciences.

14.     Kean provides considerable employment benefits in the Science, Technology, Engineering and Mathematics ("STEM") workforce to the New Jersey economy.

**Typical Timeline and Processes for NIH Grant Awards**

15.     The Office of Research and Sponsored Programs at Kean works with researchers to submit grant applications and tracks grant applications and awards.

16.     As the Vice President of Research, I have an understanding of the NIH grant process based on my 20+ years of experience.

17.     NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity ("NOFO").  From there, they are assigned to a "study section" where the grant application is subjected to peer review and judged on its scientific merit. The grant application is then given a score.  If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.

18.     What constitutes a fundable score is dependent on several factors as every institute, sometimes referred to as an "IC," is different. Some publish paylines, meaning the percentiles of

4

grants they will fund, and some do not. Paylines range from 8-20%. Most of the standing study sections result in an impact score and percentile for each proposal, but many others (special emphasis and non-CSR) will only result in an impact score, but not percentile. Program officers have latitude to recommend proposals with higher scores/percentiles in order to balance portfolios and meet specific directives. Generally, researchers would consider a percentile less than 10% as guaranteed to receive funding.

19.    After the study section, the grant application is sent to an "advisory council" where the ultimate decision on whether or not to fund the grant is made. After the advisory council meets, a Notice of Award is issued confirming whether or not the grant will be funded.

20.    The process for competitive renewals is very similar, but it is even more consistent for a grant that has been funded in the past to be renewed.

21.    The budget process at Kean relies upon the NIH grant application, review, and approval cycle. Historically, we have relied on grants being reviewed and scored within nine months of submission.

22.    Once a grant receives a score, Kean is able to consider whether to include the funding coming from that grant as part of its budget for the coming year.

**Delays and Irregularities in the Processing of NIH Grant Applications**

23.    Since late January 2025, Kean has seen delays in the processing of NIH grant applications. Researchers have had their grant application study sections and advisory councils be canceled or otherwise not scheduled, and grant application scoring has been significantly delayed.

24.    Kean has not received formal notice of changes for many of these grants. For others, Kean has gotten only a notification that proposals are "paused" or "under review."

25.    As of April 11, 2025, Kean has six proposals totaling approximately $11 million awaiting NIH study section review, advisory council and/or Notice of Award.

**Termination of Grants**

26.    Since January 20, 2025, Kean has had one NIH grant terminated.

27.    The termination notice received as of April 2, 2025 is attached hereto as Exhibit A.

28.    This termination will result in the loss of $1,223,824 in research money to Kean.

29.    The termination notice for this grant has provided very little to explain the termination, instead noting that the research no longer "effectuates agency priorities." *See* Exhibit A.

30.    The following ostensibly boilerplate language was used to justify the termination: "Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs." *See* Exhibit A.

31.    In my time working at Kean and at Johns Hopkins, I have not seen this language previously used to cancel grants.

32.    The termination notice also stated that there is no corrective action that can be taken to ensure the grant aligns with agency priorities. *See* Exhibit A.  However, prior to receipt of the termination, Kean had not been given notice of any opportunity to submit any "corrected" grant

materials to align with agency priorities. Nor was Kean provided with any updated "agency priorities" with which its research must align.

### Kean University U-RISE Trainee Pathway
### (Award Number: 1T34GM149448-01A1)

33.    The Kean University U-RISE Trainee Pathway (KUTP) was proposed to expand the School of Integrative Science and Technology's (IST) undergraduate research pathway to increase the flow of graduates into graduate programs and research careers in biomedicine. It was designed serve a total of eight (8) fellows (a total of twenty (20) for the five-year program) recruited from all science departments, the majority of whose students are underrepresented minorities or first generation. Fellows were to receive financial support, intensive triad mentoring, and rigorous academic and research-skills training.

34.    KUTP received its initial year of funding beginning April 1, 2024. The program was proposed to last five years and was expected to be renewed beyond the initial funding period. Years 1 and 2 would work to enhance the IST's existing Research First undergraduate initiative by adding advanced training in the responsible conduct of research and new cohort activities to increase sense of belonging, self-efficacy, and STEM identity. Years 3 and 4 were to include more advanced, independent research projects and professional development activities. Finally, KUTP fellows and other science students would be supported in making the transition to graduate school and the biomedical research workforce and would be called upon to mentor students still in the program. Drawing on Kean's extensive expertise in the training of underrepresented minorities, KUTP incorporated data-driven mechanisms to create sustainable programmatic experiences and establish a model that could be applied more broadly at Kean and other institutions.

35.    KUTP recruitment would extend and enhance IST's extraordinary Group Summer Scholars Research Program for high-school students.    In this six-week, hands-on research

experience for 30 to 50 high school students interested in pursuing an education in a STEM field, participants would work alongside faculty and graduate student mentors on cutting-edge research projects in Kean's state-of-the art labs and facilities in Union, NJ. Enhancing recruitment would enlarge both the KUTP trainee pool and the flow of graduates into STEM majors and research careers.

36.     KUTP was awarded $152,978 for its first year. *See* Exhibit B. Kean University anticipated receiving funding for KUTP in the amount of $305,956 annually for each of the five years remaining on the grant (2025, 2026, 2027, and 2028) to fund the program and support KUTP Fellows. *See* Exhibit B.

37.     As a result of the termination letter, Kean University expects a prospective loss of $1,223,824 in funding for KUTP across the remaining 2025, 2026, 2027, and 2028 grant years.

38.     As a result of the loss of funding, the U-RISE program will be terminated and Kean undergraduates will lose the chance to train in research excellence, unite in a diverse cohort to build identity, and prepare for the next phase of their biomedical research career pathway.

**Comparisons Across Administrations**

39.     In prior years, under both Democratic and Republican administrations, our institution never experienced these unexplained delays or procedural breakdowns.

40.     Renewals were routine and predictable.

41.     Terminations were exceedingly rare and followed due process. The current approach is without precedent in our experience.

**Concerns About FY25 Funds Being Obligated**

42.     We are increasingly concerned that NIH will not be able to process and obligate FY25 funds by the end of the fiscal year in June.

43.    Major proposals from our institution remain stuck at preliminary review stages, with no indication that the required advisory reviews or notices of award will occur in time.

44.    Our research administration staff have received informal feedback from NIH indicating that certain topic areas are being slowed due to "heightened scrutiny" or "internal concerns."

**Irreparable Harm**

45.    Without the U-RISE federal grant funding, the program will be terminated, and the goals of the program will not be achieved.  Without NIH support, fewer students, especially those from underrepresented or lower-income backgrounds, will have access to meaningful research experiences.  Early research exposure, like U-RISE, is a key factor in students pursuing graduate programs and scientific careers.

46.    Kean is unable to reallocate enough funding to offset federal grant award delays and losses in federal grant funding.  Federal grant award delays and terminations have disrupted ongoing research and will set Kean back in research going forward.

**Conclusion**

47.    The breakdown in NIH processes is affecting institutional operations, budgeting and research progress. Terminations and delays with no explanation or remedy are undermining confidence in the system.  These harms are ongoing and, in some instances, irreparable.

*Susannah Porterfield*
SUSANNAH PORTERFIELD, Ed.D.

Date:  April 12, 2025

9

# EXHIBIT A

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

National Institutes of Health
National Institute of
General Medical Sciences
Bethesda, Maryland 20892-6200

http://www.nigms.nih.gov

4/2/2025

Susanna Porterfield
Kean University
sporterf@kean.edu

Dear Susannah Porterfield:

Funding for Project Number 1T34GM149448-01A1 is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on April 1, 2024 and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards."[4] According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340."[5]  At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.

decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Matthew J. Memoli, M.D., M.S., Acting Director, NIH no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

---

[6] 2024 Policy Statement at IIA-156.
[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D.
[11] *Id.* § 50.406(a).
[12] *Id.* § 50.406(b).

# EXHIBIT B

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

**Notice of Award**
FAIN# T34GM149448
**Federal Award Date**
03/25/2024

## Recipient Information

**1. Recipient Name**
KEAN UNIVERSITY
1000 MORRIS AVE
UNION, NJ 07083

**2. Congressional District of Recipient**
10

**3. Payment System Identifier (ID)**
1222960726A1

**4. Employer Identification Number (EIN)**
222960726

**5. Data Universal Numbering System (DUNS)**
155943111

**6. Recipient's Unique Entity Identifier**
SQ62WM5KNSV8

**7. Project Director or Principal Investigator**
Derrick  Swinton (Contact)

dswinton@kean.edu
(908) 737-7223

**8. Authorized Official**
Ms. Sherrie Calish

## Federal Agency Information

**9. Awarding Agency Contact Information**
ILENE GLASSMAN
Grants Management Specialist
NATIONAL INSTITUTE OF GENERAL
MEDICAL SCIENCES
glassmai@mail.nih.gov
301-594-4648

**10. Program Official Contact Information**
MARIE DEBORAHGAYNELLE Harton

NATIONAL INSTITUTE OF GENERAL
MEDICAL SCIENCES
marie.harton@nih.gov
(301) 594-1554

## Federal Award Information

**11. Award Number**
1T34GM149448-01A1

**12. Unique Federal Award Identification Number (FAIN)**
T34GM149448

**13. Statutory Authority**
42 USC 288 42 CFR 66

**14. Federal Award Project Title**
Kean University U-RISE Trainee Pathway (KUTP)

**15. Assistance Listing Number**
93.859

**16. Assistance Listing Program Title**
Biomedical Research and Research Training

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 04/01/2024 − **End Date** 03/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $152,978 |
| 20 a.  Direct Cost Amount | $144,328 |
| 20 b.  Indirect Cost Amount | $8,650 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $152,978 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $152,978 |
| ------------------------------------------------------------------------- | |
| **26. Project Period Start Date** 04/01/2024 − **End Date** 03/31/2029 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $152,978 |

**28. Authorized Treatment of Program Income**
Other Research (Add/Deduct Option)

**29. Grants Management Officer - Signature**
Justin  Rosenzweig

## 30. Remarks

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*MARC NATIONAL RESEARCH SERVICE AWARD*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

---

**SECTION I – AWARD DATA – 1T34GM149448-01A1**

**Principal Investigator(s):**
Salvatore John Coniglio, PHD
Matthew Gene Niepielko, PHD
Derrick  Swinton (contact)

**Award e-mailed to:** sporterf@kean.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $152,978 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to KEAN UNIVERSITY in support of the above referenced project.  This award is pursuant to the authority of 42 USC 288 42 CFR 66  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of General Medical Sciences of the National Institutes of Health under Award Number T34GM149448. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Justin  Rosenzweig
Grants Management Officer
NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| **Stipends** | $57,360 |

| | |
|---|---:|
| **Tuition & Fees** | $36,200 |
| **Trainee Travel** | $11,000 |
| **Training related Expenses** | $39,768 |

| | |
|---|---:|
| **Federal Direct Costs** | $144,328 |
| **Federal F&A Costs** | $8,650 |
| **Approved Budget** | $152,978 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $152,978 |
| **TOTAL FEDERAL AWARD AMOUNT** | $152,978 |

| | |
|---|---:|
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $152,978 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **THIS AWARD** | | | | **CUMULATIVE TOTALS** | | | |
| **YR** | **Total** | **Pre** | **Post** | **Short Term** | **Cumulative Total** | **Pre** | **Post** | **Short Term** |
| 1 | $152,978 | 4 | | | $152,978 | 4 | | |
| 2 | $305,956 | 8 | | | $305,956 | 8 | | |
| 3 | $305,956 | 8 | | | $305,956 | 8 | | |
| 4 | $305,956 | 8 | | | $305,956 | 8 | | |
| 5 | $305,956 | 8 | | | $305,956 | 8 | | |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1222960726A1 |
| **Document Number:** | TGM149448A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|
| GM | 8472205 | $152,978 | $305,956 | $305,956 | $305,956 | $305,956 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: T412MH / **OC**: 41010 / **Released**: Rosenzweig, Justin 03/18/2024
**Award Processed:** 03/25/2024 05:12:10 PM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1T34GM149448-01A1**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1T34GM149448-01A1**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

  a.  The grant program legislation and program regulation cited in this Notice of Award.
  b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
  c.  45 CFR Part 75.
  d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
  e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
  f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain

references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) T34GM149448. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts

with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.
**Treatment of Program Income:**
Other Research (Add/Deduct Option)

---

**SECTION IV – GM SPECIFIC AWARD CONDITIONS – 1T34GM149448-01A1**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**Informational Term** – Ongoing review of findings in prior single audit report(s): NIH is conducting a retrospective review of KEAN UNIVERSITY's most recent single audit report based on our identification of findings reported in prior single audits.  Based on the outcome of this retrospective review, NIH may unilaterally take administrative action to safeguard NIH funds in accordance with the NIH Grants Policy Statement, Section 8.5.1 "Specific or Special Award Conditions- Modification of the Terms of Award."

1. This grant must be administered in accordance with the guidelines and restrictions described in the Initiative for **Undergraduate Research Training Initiative for Student Enhancement (U-RISE) (T34) program announcement** (PAR-21-146) available at: https://grants.nih.gov/grants/guide/pa-files/PAR-21-146.html These guidelines are in addition to the standard Terms and Conditions referenced in Section III of this Notice of Award.

For more information on the Undergraduate Research Training Initiative for Student Enhancement (U-RISE) (T34) program as well as answers to Frequently Asked Questions, please visit: https://www.nigms.nih.gov/training/RISE

2. This award contains a lump sum that has been awarded under the category "TRAINING RELATED EXPENSES."  These funds may be rebudgeted within applicable Public Health Service policies in order to meet the expenses in personnel, consultants, equipment, supplies, travel and other, unless the rebudgeting has been specifically prohibited in a previous Notice of Award.

3. Funds are provided in this award to support stipend and other budgetary levels in accordance with NIH Guide Notice NOT-OD-23-076 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-23-076.html)

4. SUMMER RESEARCH EXPERIENCE:  This award includes $7,000 to support the Summer Research Experience (SRE) for 50% of the total trainee slots awarded.  These funds are based on $3,000 per trainee slot for per diem expenses for ten weeks and $500 for travel plus 8% F&A costs.  They are restricted solely for this purpose and may not be rebudgeted into other categories.  Additionally, funds have been included in future years for this purpose.  **Travel to foreign sites (a country other than the United States and its territories) is not allowed for any trainee while appointed to the grant.**  Please review the SRE guidelines posted at https://www.nigms.nih.gov/training/T34/Pages/sre.aspx

5. It is understood that no trainee will be permitted to work on any project involving live vertebrate animals or human subjects that has not been approved by the IACUC and/or IRB, as appropriate.

If any trainee undertakes a project that includes human subject research studies, these must conform to the NIH policies on the inclusion of women, minorities, and children in study populations.

6. This award includes funds to support four (4) trainees (48 Trainee Months). The maximum number of trainees that may be appointed without the prior written approval of NIGMS staff is 5 (60 Trainee Months) if funds are available through rebudgeting.

7. Although future years include a recommended number of trainee positions, actual award levels are contingent upon availability of funds. In general, grantees should NOT expect an increase in the actual number of slots awarded in future years unless notified by institute program staff.

8. In accordance with NIH Guide Notice NOT-OD-10-072, appointment documentation must be submitted electronically via xTrain as of January 1, 2011 (see http://grants.nih.gov/grants/guide/notice-files/NOT-OD-10-072.html). Additional information on xTrain, as well as training and reference materials can be found on the xTrain website https://era.nih.gov/help-tutorials/xtrain

Appointments must be filed prior to or at the time of each trainee's appointment. No stipend or other allowances may be paid until submission of the proper documentation. Failure to submit documentation may result in an expenditure disallowance or a delay in continued funding.

**IMPORTANT: Appointments must be filed prior to or at the time of each trainee's appointment. No stipend or other allowances may be paid until submission of the proper documentation**.

9. As appropriate, the grant recipient is required to follow the sharing plan(s) for unique research resources (i.e. Data, Model Organism, Genomic Data, or other) associated with this project and may not implement any changes to the plan(s) without the written prior approval of the National Institute of General Medical Sciences.

10. **The next non-competing progress report for this grant is due on August 15, 2024**.

11. None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the current salary cap. Therefore, this award and/or future years are adjusted accordingly, if applicable.

Current salary cap levels can be found at the following URL:

http://grants.nih.gov/grants/policy/salcap_summary.htm

12. NIH policy requires the submission of an annual Federal Financial Report (FFR) 90 days after the end of the calendar quarter in which the budget period ends. The FFR must be submitted through the Payment Management System (PMS) per NOT-OD-21-046. **The grant recipient is reminded that acceptance of an FFR by the NIH Office of Policy for Extramural Research Administration (OPERA) does not authorize the carry forward or expenditure of any remaining unobligated balance. As stated in Section III of this Notice of Award, only the NIGMS Grants Management Officer (or their designee) can authorize the carry forward of unobligated balances. Expenditures utilizing any portion of a remaining unobligated balance without prior approval will be disallowed.**

**13.** In keeping with NOT-OD-06-054 (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-06-054.html), as this grant has multiple Principal Investigators (PIs), although the signatures of the PIs are not required on prior approval requests submitted to the agency, the grantee institution must secure and retain the signatures of all of the PIs within their own internal processes.

**NIGMS' OFFICIAL WEBSITE**

The NIGMS WWW home page is at http://www.nigms.nih.gov

Data Management and Sharing Policy: Not Applicable

As outlined in the Notice of Funding Opportunity, this project is not expected to generate scientific data. Therefore, the <u>Final NIH Policy for Data Management and Sharing</u> does not apply. Any changes to the project that result in the generation of scientific data require NIH prior approval, and may require submission of a Data Management and Sharing Plan. See NIH Grants Policy Statement <u>Section 8.2.3</u> for more information on data management and sharing expectations.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1T34GM149448-01A1

**INSTITUTION:** KEAN UNIVERSITY