EXHIBIT 52

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> *Defendants.* | No. 25-cv-10814-BEM |

## DECLARATION OF JOHN A. PELESKO, PH.D.

I, John A. Pelesko, Ph.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am the Provost and Senior Vice President for Academic Affairs of the New Jersey Institute of Technology ("NJIT"). I am familiar with the information in the statements set forth below either through personal knowledge, in consultation with the NJIT staff, or from documents that have been provided to and reviewed by me.

2.      I submit this Declaration in support of the States' Motion for a Preliminary Injunction.

**Professional Background**

3.      I am the Provost and Senior Vice President for Academic Affairs at NJIT. I have served in this capacity since 2023. Previously, I served as the Dean of the College of Arts and Sciences at the University of Delaware. I have also held faculty positions at Georgia Institute of Technology and California Institute of Technology.

1

**Institution Overview**

4.      NJIT was founded in 1881 as the Newark Technical School, becoming the Newark College of Engineering in 1930. Today, NJIT has six schools and colleges: Newark College of Engineering (1930), the Hillier College of Architecture and Design (1973), the College of Science and Liberal Arts (1982), the Martin Tuchman School of Management (1988), the Albert Dorman Honors College (1993), and the Ying Wu College of Computing (2001).

5.      NJIT is a polytechnic university and its designation as a Very High (R1) Research Activity doctoral institution was reaffirmed by the Carnegie Classification of Institutions of Higher Education, placing NJIT among 146 of the most elite and productive research institutions in the nation and one of three in New Jersey.  As New Jersey's public, polytechnic research university, NJIT enrolls approximately 13,000 students across its six schools and colleges.

6.      As an R1 research-active university, NJIT's vision is to provide undergraduate students with a STEM focused education through research training and mentorship in order to produce the future generation of scientists and engineers. NJIT is also one of the largest producers of engineers and computer scientists in the tri-state area.

7.      NJIT has over 140 labs, centers, and institutes that strive to lead in five areas of multidisciplinary research: bioscience and bioengineering, data science and management, environment and sustainability, material science and engineering, and robotics and machine intelligence. NJIT is continuously growing its research enterprise with approximately $167 million of annual research expenditures in FY2023. NJIT aims for national and international prominence in research through new discoveries in areas ranging from medical sensors and devices to robotics, nanotechnology, and cybersecurity, to next-generation materials, among other topics of vital importance in basic, applied, and translational research.

8.    NJIT's statutory mission is as a public research university, deemed to be public and essential governmental functions necessary for the welfare of the State and the people of New Jersey.

9.    NJIT employs 560 researchers and 230 technicians.

**National Institutes of Health Delay and/or Cancellation of Study Sections**

10.    The National Institutes of Health's ("NIH") abrupt cessation of NIH Advisory Council meetings in February 2025 has created a situation whereby grant proposals due for funding have remained unfunded indefinitely. These are grants that had previously been evaluated by the relevant scientific peer-review committee or "study section" (also known as scientific review group, initial review group) and given a priority score (based on scientific merit) that traditionally is within a range that would result in the awarding of the grant funds. These ranges are based on the recent history of similar grants funded by the same institute/center within NIH.

11.    The NIH meeting blockade severely impacts NJIT by delaying the scholarship of faculty, which impedes progress towards tenure, risking the continuity of research in certain programs, and restricts NJIT's ability to train the next generation of scientists.

**Reliance on NIH Funding**

12.    In fiscal year 2024, NJIT received funding through the NIH to support 24 projects, totaling approximately $4.3 million.

13.    Through those NIH grants, NJIT supported a total of $1,823 million in personnel and fringe expenditures, including student support, in whole or in part, for fiscal year 2024.

14.    The work done by NJIT on NIH funded projects provides education and training in Biomedical Engineering, Chemical Engineering, Civil Engineering, Electrical Engineering, Mechanical Engineering, Biology, Mathematics, Chemistry, and other programs.

15.  NJIT provides considerable employment benefits in the Science, Technology, Engineering and Mathematics ("STEM") workforce to the New Jersey economy.

**Typical Timeline and Processes for NIH Grant Awards**

16.  The Research Office at NJIT works with researchers to submit grant applications and tracks grant applications and awards.

17.  Based on my work as Provost and Senior Vice President for Academic Affairs and as a former Dean, I have an understanding of the NIH grant process based on my 2 years in the Provost role and several years in other leadership roles.

18.  NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity ("NOFO"). From there, they are assigned to a "study section" where the grant application is subjected to peer review and judged on its scientific merit. The grant application is then given a score. If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.

19.  What constitutes a fundable score is dependent on several factors as every institute, sometimes referred to as an "IC," is different. Some publish paylines, meaning the percentiles of grants they will fund, and some do not. Paylines range from 8-20%. Most of the standing study sections result in an impact score and percentile for each proposal, but many others (special emphasis and non-CSR) will only result in an impact score, but not percentile. Program officers have latitude to recommend proposals with higher scores/percentiles in order to balance portfolios and meet specific directives. Generally, researchers would consider a percentile less than 10% as guaranteed to receive funding.

20.     After the study section, the grant application is sent to an "advisory council" where the ultimate decision on whether or not to fund the grant is made.  After the advisory council meets, a Notice of Award is issued confirming whether or not the grant will be funded.

21.     The process for competitive renewals is very similar, but it is even more consistent for a grant that has been funded in the past to be renewed.

22.     The budget process at NJIT relies upon the NIH grant application, review, and approval cycle.  Historically, we have relied on grants being reviewed and scored within approximately 9 months of submission.

23.     Once a grant receives a score, NJIT is able to consider whether to include the funding coming from that grant as part of its budget for the coming year.

**Delays and Irregularities in the Processing of NIH Grant Applications**

24.     Since late January 2025, NJIT has seen an unusual number of delays in the processing of NIH grant applications.  Researchers have had their grant application study sections and advisory councils be canceled or otherwise not scheduled, and grant application scoring has been significantly delayed.

25.     NJIT has not received formal notice of changes for many of these grants.  For others, NJIT has gotten only a notification that proposals are "paused" or "under review."

26.     As of April 11, 2025, NJIT has approximately 40 proposals totaling $70,683,171.27 awaiting NIH study section review.

27.     As of April 11, 2025, NJIT has 4 proposals totaling $3,269,729.47 that received fundable scores, awaiting NIH advisory council and Notice of Award.

28.     As of April 11, 2025, NJIT has 17 proposals totaling $26,602,999.51 that received possibly fundable scores, awaiting NIH advisory council and Notice of Award.

**Termination of Grants**

29.     Since January 20, 2025, NJIT has had 1 NIH grant terminated.

30.     The termination received on April 2, 2025 is attached as Exhibit A.

31.     This termination will result in a 2024-2025 budgetary loss of $80,053.33,

subject to the final close out process, and a loss of $1,227,615 over the remaining future years on

the grant. *See* Exhibit B.  NJIT has lost an approximate total of  $1.3 million in funding.

32.     The terminated NIH grant currently supports, in whole or in part, the personnel

expenses of 6 faculty and staff members.

### U-RISE at the New Jersey Institute of Technology
### (NIH Award Number: 5T34GM145521-02)

33.     NJIT established a U-RISE program designed to prepare an ethnically diverse

group of students for completion of a research-focused higher degree program in a biomedical

field. The goals of the program are clearly laid out, trainees complete two summer research

experiences, and trainees write and defend a bachelor's thesis. A focus on oral and written

communication, an excellent mentor matching strategy, and a student wellness component were

also considered strengths. The program is intended to: 1) increase the number of fellowship-

supported undergraduate students committed to finishing a Bachelor's Thesis; 2) increase the

number of underrepresented groups in research through engagement in self-directed learning-

based research experiences; 3) retain trainees for the 3 year training period and graduate within the

predicted time to graduation; 4) foster science and engineering identity through asset-based

individualized research experiences; 5) increase the number of students who choose to pursue a

research-focused higher degree program in a biomedical field, and 6) enhance the visibility and

competitiveness of NJIT trainees in the biomedical field.

34.    The program comprises didactic training, career development activities, individualized mentorship, and two semesters of research for credit culminating in an undergraduate thesis and scientific dissemination.  As an urban technological university serving one of the most ethnically diverse populations in the country, NJIT planned to utilize this training program to prepare a competitive cohort of undergraduate students who, as future scientists and engineers, would help diversify the field of biomedical research. The three-year biomedical research immersion program, focuses on engaging students from all racial and ethnic backgrounds, national origins, gender preferences and abilities. The intended outcomes of U-RISE are to establish a didactic multidisciplinary research training program integrated with academics, enhance the diversity of participation in research, increase competitiveness of trainees, and encourage students to consider an academic or professional degree in the biomedical field (i.e. PhD, MD/PhD).

35.    U-RISE aims to combine the strengths of the NJIT Biomedical Engineering, Biological Sciences and Chemistry and Environmental Science Departments to support three undergraduate students per year for three years, or nine students at peak, to participate in a three-year biomedical research immersion program.

36.    Through the U-RISE program, 32 well-funded experienced faculty mentors are enlisted for research experiences, mentoring statements are included in faculty bio-sketches, mentor training is required, and the institution provides 1 course release/semester for U-RISE mentors. The publication record of the mentors with their undergraduate students was considered impressive.

37.    On April 2, 2025, NJIT received a termination notice from NIH stating that the project "no longer effectuates agency priorities." Exhibit A.

38.     The following language was used to justify the termination: "Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs." Exhibit A.

39.     In my time working at NJIT since 2023, I have not seen this language previously used to cancel grants.

40.     The termination notice also stated that there is no corrective action that can be taken to ensure the grant aligns with agency priorities. Exhibit A.  However, prior to receipt of the termination, NJIT had not been given notice of any opportunity to submit any "corrected" grant materials to align with agency priorities.  Nor was NJIT provided with any updated "agency priorities" with which its research must align.

41.     NJIT was awarded a five-year URISE grant by the National Institute of General Medical Sciences on March 23, 2023, which was set to run between April 1, 2023 and March 31, 2028.  NJIT was to receive $271,543 for the U-RISE program for the budgetary period of April 1, 2024 through March 31, 2025.  At the time of termination, the total amount spent for this project was $191,489.67. Therefore, the funding lost for the 2024-2025 budgetary cycle was $80,053.33, subject to the final close out and adjustment process. NJIT was anticipating $409,205 for each of the remaining three years of the grant covering the 2025-2026, 2026-2027, and 2027-2028 budgetary periods, resulting in a prospective loss of $1,227,615. Exhibit B.

42.    This grant was specifically designed to build a skilled biomedical workforce by providing critical research training and mentorship to undergraduate students. The cancellation of this project disrupts the educational trajectory of these students and undermines our institutional efforts to build a robust scientific community. By eliminating these structured research experiences, the NIH's decision directly limits the development of future researchers and innovators, weakening our nation's capacity for scientific discovery and innovation. More specifically, the variety of research directions in which these students would have engaged include the study of traumatic brain injuries, the development of pain biosensors, the study of the neural basis of behavior, the treatment of neuropsychiatric disorders, the treatment of tumors, and the treatment of cardiovascular disease.

**Comparisons Across Administrations**

43.    Renewals were routine and predictable. This year, even long-standing, high-performing programs are in limbo.

44.    Terminations were exceedingly rare and followed due process. The current approach is without precedent in our experience.

**Impact on Institutional Operations**

45.    Our ability to forecast and plan for fiscal year 2026 has been disrupted by unreasonable delays by NIH through failure to publish. This has required us to change funding allocations to ensure that critical operations continue in anticipation of continued delay or outright loss of funding.

**Admissions, Training and Workforce Disruptions**

46.    NJIT uses that information regarding NIH grant applications and award rates to inform its admissions process, particularly at the graduate student level.

9

47.    NIH training grants, including T32 and F31 mechanisms, have been affected by review and award delays.  These training grants are designed to provide resources to institutions so they can train individuals in certain shortage areas (T32 grants), as well as support through predoctoral dissertation research (F31 grants).

48.    This instability is affecting the recruitment and retention of quality research trainees.  The inability to retain quality research trainees will have continuing effects on the research capabilities of NJIT, including by limiting the individuals qualified to conduct certain research.

**Concerns About FY25 Funds Being Obligated**

49.    We are increasingly concerned that NIH will not be able to process and obligate FY25 funds by the end of the fiscal year in June. We currently have experienced late NOAs on continued funding and are waiting on one continuing award in particular of $2 million in anticipated funding that is guaranteed based on conversations with the project officer who stated verbally that there is a "backlog" and that there is a "delay in processing" currently. If the timing exceeds the budget timeline, it puts the students' current positions at risk of termination.

50.    Several major proposals from our institution remain stuck at preliminary review stages, with no indication that the required advisory reviews or notices of award will occur in time. We have close to 20 proposals pending that have allotted a budget of at least three million dollars each. Half of these are pending study reviews, a third are in a possibly fundable range, and only three still with proposed start dates in the future.

**Irreparable Harm**

51.    NJIT is unable to reallocate funds to offset federal grant award delays and losses in federal grant funding.  Federal grant award delays and terminations have disrupted ongoing

10

research and will set NJIT back in research going forward.  Funding gaps have forced researchers to abandon studies, miss deadlines, or lose key personnel.

52.    In many cases, there is no way to recover the lost time, research continuity, or training value once disrupted.

53.    Absent this critical funding from NIH, NJIT would no longer be able to pursue the research and mentorship programs supported by the U-RISE grant.

### Conclusion

54.    The breakdown in NIH processes is affecting institutional operations, and planning. Terminations and delays with no explanation or remedy are undermining confidence in the system. These harms are ongoing and, in many instances, irreparable.

_____
John A. Pelesko, Ph.D.

Date:  _4/12/2025__

11

# EXHIBIT A

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

National Institutes of Health
National Institute of
General Medical Sciences
Bethesda, Maryland 20892-6200

http://www.nigms.nih.gov

April 2, 2025

Atam Dhawan
New Jersey Institute of Technology
srard@njit.edu

Dear Atam Dhawan:

Funding for Project Number **5T34GM145521-02** is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on April 1, 2024 and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards."[4] According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340."[5]  At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here.  The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.

Costs resulting from financial obligations incurred after termination are not allowable.[7]  Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390.  NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9]  NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Matthew J. Memoli, M.D., M.S., Acting Director, NIH no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position.  In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

---

[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D.
[11] *Id.* § 50.406(a).
[12] *Id.* § 50.406(b).

# EXHIBIT B

Department of Health and Human Services
National Institutes of Health
NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

**Notice of Award**
FAIN# T34GM145521
**Federal Award Date**
03/14/2024

## Recipient Information

**1. Recipient Name**
NEW JERSEY INSTITUTE OF TECHNOLOGY
323 DR MARTIN LUTHER KING JR BLVD
NEWARK, NJ 07102

**2. Congressional District of Recipient**
10

**3. Payment System Identifier (ID)**
1226000910A1

**4. Employer Identification Number (EIN)**
226000910

**5. Data Universal Numbering System (DUNS)**
075162990

**6. Recipient's Unique Entity Identifier**
SGBMHQ7VXNH5

**7. Project Director or Principal Investigator**
Bryan J. Pfister, PHD (Contact)
Associate Professor And Department Chair
pfister@njit.edu
973-596-3401

**8. Authorized Official**
Dr. Atam P. Dhawan

## Federal Agency Information

**9. Awarding Agency Contact Information**
Adam S Barnhart

NATIONAL INSTITUTE OF GENERAL
MEDICAL SCIENCES
adam.barnhart@nih.gov
(301) 451-1942

**10. Program Official Contact Information**
Joyce Chin-chin ng Stamm

NATIONAL INSTITUTE OF GENERAL
MEDICAL SCIENCES
joyce.stamm@nih.gov
(301) 827-5542

## Federal Award Information

**11. Award Number**
5T34GM145521-02

**12. Unique Federal Award Identification Number (FAIN)**
T34GM145521

**13. Statutory Authority**
42 USC 288 42 CFR 66

**14. Federal Award Project Title**
U-RISE at the New Jersey Institute of Technology

**15. Assistance Listing Number**
93.859

**16. Assistance Listing Program Title**
Biomedical Research and Research Training

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---:|
| **19. Budget Period Start Date** 04/01/2024 – **End Date** 03/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $271,543 |
| 20 a.  Direct Cost Amount | $258,540 |
| 20 b.  Indirect Cost Amount | $13,003 |
| 21. Authorized Carryover | |
| 22. Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $271,543 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $271,543 |
| **26. Project Period Start Date** 04/01/2023 – **End Date** 03/31/2028 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $409,205 |

**28. Authorized Treatment of Program Income**
Other Research (Add/Deduct Option)

**29. Grants Management Officer - Signature**
Justin  Rosenzweig

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*MARC NATIONAL RESEARCH SERVICE AWARD*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

---

**SECTION I – AWARD DATA – 5T34GM145521-02**

**Principal Investigator(s):**
Ashish D Borgaonkar
Bryan J. Pfister (contact), PHD
OMOWUNMI A SADIK, PHD
DAPHNE  SOARES, PHD
Prateek  Shekhar

**Award e-mailed to:** srard@njit.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $271,543 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to NEW JERSEY INSTITUTE OF TECHNOLOGY in support of the above referenced project.  This award is pursuant to the authority of 42 USC 288 42 CFR 66 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of General Medical Sciences of the National Institutes of Health under Award Number T34GM145521. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Justin  Rosenzweig
Grants Management Officer
NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Stipends | $86,040 |
| **Tuition & Fees** | $96,000 |
| **Trainee Travel** | $16,500 |
| **Training related Expenses** | $60,000 |

| | |
|---|---|
| **Federal Direct Costs** | $258,540 |
| **Federal F&A Costs** | $13,003 |
| **Approved Budget** | $271,543 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $271,543 |
| **TOTAL FEDERAL AWARD AMOUNT** | $271,543 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $271,543 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 2 | $271,543 | $271,543 |
| 3 | $409,205 | $409,205 |
| 4 | $409,205 | $409,205 |
| 5 | $409,205 | $409,205 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| **Payment System Identifier:** | 1226000910A1 |
| **Document Number:** | TGM145521A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2024 |

| IC | CAN | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|
| GM | 8472205 | $271,543 | $409,205 | $409,205 | $409,205 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: T412SJ / **OC**: 41013 / **Released**: Rosenzweig, Justin 03/13/2024
**Award Processed:** 03/14/2024 12:16:11 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5T34GM145521-02**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5T34GM145521-02**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

 a.  The grant program legislation and program regulation cited in this Notice of Award.
 b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
 c.  45 CFR Part 75.
 d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
 e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
 f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.  See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) T34GM145521. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for

Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.
**Treatment of Program Income:**
Other Research (Add/Deduct Option)

---

**SECTION IV − GM SPECIFIC AWARD CONDITIONS − 5T34GM145521-02**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

1. This grant must be administered in accordance with the guidelines and restrictions described in the Initiative for Undergraduate Research Training Initiative for Student Enhancement (U-RISE) (T34) program announcement PAR-21-146 available at: https://grants.nih.gov/grants/guide/pa-files/PAR-21-146.html. These guidelines are in addition to the standard Terms and Conditions referenced in Section III of this Notice of Award.

For more information on the Undergraduate Research Training Initiative for Student Enhancement (U-RISE) (T34) program as well as answers to Frequently Asked Questions, please visit: https://www.nigms.nih.gov/training/RISE

2. This award contains a lump sum that has been awarded under the category "TRAINING RELATED EXPENSES." These funds may be rebudgeted within applicable Public Health Service policies in order to meet the expenses in personnel, consultants, equipment, supplies, travel and other, unless the rebudgeting has been specifically prohibited in a previous Notice of Award.

3. Funds are provided in this award to support stipend and other budgetary levels in accordance with NIH Guide Notice NOT-OD-23-076 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-23-076.html)

4. SUMMER RESEARCH EXPERIENCE: This award includes $10,500 to support the Summer Research Experience (SRE) for 50% of the total trainee slots awarded. These funds are based on $3,000 per trainee slot for per diem expenses for ten weeks and $500 for travel plus 8% F&A costs. They are restricted solely for this purpose and may not be rebudgeted into other categories. Additionally, funds have been included in future years for this purpose. Travel to foreign sites (a country other than the United States and its territories) is not allowed for any trainee while appointed to the grant. Please review the SRE guidelines posted at https://www.nigms.nih.gov/training/T34/Pages/sre.aspx

5. It is understood that no trainee will be permitted to work on any project involving live vertebrate animals or human subjects that has not been approved by the IACUC and/or IRB, as appropriate. If any trainee undertakes a project that includes human subject research studies, these must conform to the NIH policies on the inclusion of women, minorities, and children in study populations.

6. This award includes funds to support six (6) trainees (72 Trainee Months). The maximum number of trainees that may be appointed without the prior written approval of NIGMS staff is 10 (120 Trainee Months) if funds are available through rebudgeting.

7. Although future years include a recommended number of trainee positions, actual award levels are contingent upon availability of funds. In general, grantees should

NOT expect an increase in the actual number of slots awarded in future years unless notified by institute program staff.

8. In accordance with NIH Guide Notice NOT-OD-10-072, appointment documentation must be submitted electronically via xTrain as of January 1, 2011 (see http://grants.nih.gov/grants/guide/notice-files/NOT-OD-10-072.html). Additional information on xTrain, as well as training and reference materials can be found on the xTrain website: https://era.nih.gov/help-tutorials/xtrain

Appointments must be filed prior to or at the time of each trainee's appointment. No stipend or other allowances may be paid until submission of the proper documentation. Failure to submit documentation may result in an expenditure disallowance or a delay in continued funding.

IMPORTANT: Appointments must be filed prior to or at the time of each trainee's appointment. No stipend or other allowances may be paid until submission of the proper documentation.

9. As appropriate, the grant recipient is required to follow the sharing plan(s) for unique research resources (i.e. Data, Model Organism, Genomic Data, or other) associated with this project and may not implement any changes to the plan(s) without the written prior approval of the National Institute of General Medical Sciences.

10. The next non-competing progress report for this grant is due on August 15, 2024.

11. None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the current salary cap. Therefore, this award and/or future years are adjusted accordingly, if applicable. Current salary cap levels can be found at the following URL: http://grants.nih.gov/grants/policy/salcap_summary.htm

12. NIH policy requires the submission of an annual Federal Financial Report (FFR) 90 days after the end of the calendar quarter in which the budget period ends. The FFR must be submitted through the Payment Management System (PMS) per NOT-OD-21-046. The grant recipient is reminded that acceptance of an FFR by the NIH Office of Policy for Extramural Research Administration (OPERA) does not authorize the carry forward or expenditure of any remaining unobligated balance. As stated in Section III of this Notice of Award, only the NIGMS Grants Management Officer (or their designee) can authorize the carry forward of unobligated balances. Expenditures utilizing any portion of a remaining unobligated balance without prior approval will be disallowed.

13. In keeping with NOT-OD-06-054 (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-06-054.html), as this grant has multiple Principal Investigators (PIs), although the signatures of the PIs are not required on prior approval requests submitted to the agency, the grantee institution must secure and retain the signatures of all of the PIs within their own internal processes.

## NIGMS' OFFICIAL WEBSITE

The NIGMS WWW home page is at http://www.nigms.nih.gov

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5T34GM145521-02

**INSTITUTION:** NEW JERSEY INSTITUTE OF TECHNOLOGY