EXHIBIT 53

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> *Defendants.* | No. 1:25-cv-10814-BEM |

## SUPPLEMENTAL DECLARATION OF JOHN J. FARMER, JR.

I, John J. Farmer, Jr., upon information and belief, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.  I am the Interim Senior Vice President and General Counsel of Rutgers, the State University of New Jersey.

2.  I have compiled the information in the statements set forth below through review of Rutgers's records and other documents gathered by Rutgers personnel who have assisted me and on the basis of documents that have been provided to and/or reviewed by me in order to understand their immediate impact on Rutgers.

3.  On April 4, 2025, I provided a declaration (ECF Docket No. 12-20) in support of Plaintiff's Motion for a Temporary Restraining Order, which is now set to be heard as a Motion for Preliminary Injunction.

4.  I submit both my original declaration (ECF Docket No. 12-20) and this supplemental declaration in support of Plaintiff's Motion for a Preliminary Injunction.

### A. Professional Background

5.      I am the Interim Senior Vice President and General Counsel at Rutgers, the State University of New Jersey. I have served in this capacity since 2024. I am the chief counsel for the University. Previously, I have served as Dean of Rutgers School of Law and Director of the Eagleton Institute. From 1999-2002, I was Attorney General of the State of New Jersey.

### B. The Rutgers University System

6.      Founded in 1766, Rutgers is the oldest, largest, and highest-ranked public university in the New York/New Jersey Metropolitan area and is among the nation's highest- ranked public research universities.

7.      As New Jersey's land-grant university, Rutgers has a significant academic and clinical health sciences presence across the state, including activity in each of the State's 21 counties and three campuses located in the cities of Camden, Newark, and New Brunswick, New Jersey.

8.      In addition to providing higher education to students from New Jersey and across the nation, Rutgers also supports significant medical and behavioral research and clinical trials across its colleges and schools. Rutgers conducts vital research across a wide range of areas including heart disease, cancer, neuroscience and brain health, and infectious disease.

### C. Reliance on National Institutes of Health Funding

9.      To fund these crucial medical research programs, Rutgers is the recipient of federal funding, including annual funding from the National Institutes of Health ("NIH") totaling approximately $250 million. NIH funding at Rutgers currently supports nearly 1,200 separate grants and more than 2,200 employees.

10.     In fiscal year 2024, Rutgers received funding through the NIH to support approximately 1,200 projects, totaling approximately $250 million.

11.     Rutgers receives NIH grants across a variety of institutes encompassed within the

NIH**,** including but not limited to the National Institutes on Aging, National Institute on Minority Health and Health Disparities, National Heart Lung and Blood Institute, National Institute of Allergy and Infectious Diseases, National Cancer Institute and the National Institute of General Medical Sciences.

12.     Through those NIH grants, Rutgers funds over 2,400 faculty and staff positions in whole or in part.

13.     Rutgers provides considerable employment benefits in the Science, Technology, Engineering and Mathematics ("STEM") workforce to the New Jersey economy.

### D.  **Typical Timeline and Processes for NIH Grant Awards**

14.     The Research and Sponsored Programs unit of the Office for Research at Rutgers works with researchers to submit grant applications and tracks grant applications and awards.

15.     NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity ("NOFO").  From there, they are assigned to a "study section" where the grant application is subjected to peer review and judged on its scientific merit.  The grant application is then given a score.  If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.

16.     What constitutes a fundable score is dependent on several factors as every institute/center, sometimes referred to as an "IC," is different. Some publish paylines, meaning the percentiles of grants they will fund, and some do not. Paylines range from 8-20%. Most of the standing study sections result in an impact score and percentile for each proposal, but many others (special emphasis and non-Center for Scientific Review) will only result in an impact score, but not a percentile.  Program officers have latitude to recommend proposals with higher scores/percentiles in order to balance portfolios and meet specific directives. Generally, researchers would consider a

percentile less than 10% as extremely likely to receive funding

17.     After the study section, the grant application is sent to an "advisory council" where the ultimate decision on whether or not to fund the grant is made.  After the advisory council meets, a Notice of Award is issued confirming whether or not the grant will be funded.

18.     The process for competitive renewals is very similar, but it is even more consistent for a grant that has been funded in the past to be renewed.

19.     The budget process at Rutgers relies upon the NIH grant application, review, and approval cycle.  Historically, we have relied on grants being reviewed and scored within 9 months of submission.

20.     Once a grant receives a score, Rutgers is able to consider whether to include the funding coming from that grant as part of its budget for the coming year.

E.  **Delays and Irregularities in the Processing of NIH Grant Applications**

21.     Since late January 2025, Rutgers has seen an unusual number of delays in the processing of NIH grant applications.  Researchers have had their grant application study sections and advisory councils be canceled or otherwise not scheduled, and grant application scoring has been significantly delayed.

22.     Rutgers has not received formal notice of changes for any of these grants.  For many grants, Rutgers researchers have gotten only informal notice of delays through phone calls or emails from their program officers.

23.     As of April 11, 2025, Rutgers has approximately 13 proposals totaling $26,990,860 awaiting NIH study section review.

24.     As of April 11, 2025, Rutgers has approximately six proposals totaling $19,608,265 that received fundable scores, awaiting NIH advisory council review and Notice of Award.

25.     Additionally, as of April 11, 2025, Rutgers currently has 738 grant submissions under

sponsor review with a total value of $1,387,066,143.

26.     We are increasingly concerned that NIH will not be able to process and obligate FY25 funds by the end of the fiscal year in September.

27.     Several major proposals from our institution remain stuck at preliminary review stages, with no indication that the required advisory reviews or notices of award will occur in time.

28.     Our research administration staff have received informal feedback from NIH indicating that certain topic areas are being slowed due to "heightened scrutiny" or "internal concerns."

**F.   Terminations of NIH Grants**

29.     In addition to the four NIH grants discussed in my April 4, 2025 declaration, Rutgers has had two additional NIH grants terminated as of April 10, 2025.

30.     The termination letters and notices of awards concerning these two additional terminated grants are attached hereto as Exhibits A through D.

31.     2025 funding lost in connection with these grants is $514,303.53, subject to the final close out and adjustment process.

32.      As such, the 2025 budgetary loss across all six terminated grants, including the four grants identified in my April 4, 2025 Declaration (ECF Docket No. 12-20), is $2,480,345.97.  The anticipated losses across all six terminated grants in future years total $4,580,826.  Collectively, Rutgers has lost more than $7 million in funding.

33.     The termination notices for these grants have provided very little to explain the termination, instead noting that the research no longer "effectuates agency priorities."

34.     The termination notices have also stated that there is "no corrective action" that can be taken to ensure the grant aligns with agency priorities. However, prior to receipt of the termination, Rutgers had not been given notice of any opportunity to submit any "corrected" grant materials to align with agency priorities despite policy guidance from NIH that "NIH generally will suspend (rather

than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision." 2024 NIH Grants Policy Statement at IIA-156. Nor was Rutgers provided with any updated "agency priorities" with which its research must align.

### Addressing HPV Vaccination Disparities Through Tailored Messaging for Hesitant Families (NIH Award Number: 5K22CA258675-03)

35.     NIH also terminated grant funding for a study by Rutgers Biomedical and Health Sciences researchers on developing improved strategies to reduce HPV vaccine hesitancy and, in turn, increase vaccine confidence, vaccination, and reduce HPV-related cancer disparities, Award Number 5K22CA258675-03, on April 1, 2025. Exhibit A. The Notice of Award ("NOA") for this grant is attached as Exhibit B. The project received its funding from the National Cancer Institute ("NCI") in response to a Funding Opportunity Announcement, PAR-18-466, which was aimed at facilitating the transition of investigators in mentored, non-independent cancer research positions to independent faculty cancer research positions.

36.     NCI leads a national effort to eliminate the suffering and death due to cancer. Through basic and clinical biomedical research and training, NCI conducts and supports research that will lead to a future in which we can prevent cancer before it starts, identify cancers that do develop at the earliest stage, eliminate cancers through innovative treatment interventions, and biologically control those cancers that we cannot eliminate so they become manageable, chronic diseases.

37.     The grant was awarded on August 2, 2022, and was intended to fund research faculty and staff as well as vaccine counseling services. One faculty member and one staff member are affiliated with this project. Exhibit B.

38.     This grant provided three years of funding and is scheduled to terminate on July 31, 2025. The total amount of funding was $659,697 over that three-year period. At the time of

6

termination, the total amount spent for this project was $541,767.47. Therefore, the funding lost in 2025 was $117,929.53, subject to the final close out and adjustment process. Exhibit B. The reason given for termination was, "This award no longer effectuates agency priorities. It is the policy of NIH not to prioritize research activities that focuses gaining scientific knowledge on why individuals are hesitant to be vaccinated and/or explore ways to improve vaccine interest and commitment. NIH is obligated to carefully steward grant awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life. Your project does not satisfy these criteria." See Exhibit A. Rutgers researchers were not referred to any new policy statement or regulation that described the new agency priorities.

39.      The termination of this funding results in irreparable harm. The grant termination resulted in a loss of funding for salaries. Additionally, this grant supported many community services that are now halted. A trial involving tailored HPV counseling ceased. The grant also supports HPV vaccination education and outreach efforts in pediatric facilities, schools, and family-friendly spaces, which has ended. Furthermore, grant funding helped connect low-income families with adolescents to the New Jersey Vaccine for Children program, which is also now suspended.

### Initiative for Maximizing Student Development
### (NIH Award Number: 5T32GM139804-05)

40.      NIH also terminated the grant funding for the Initiative for Maximizing Student Development ("IMSD") program at Rutgers, Award Number 5T32GM139804-05, on April 2, 2025. Exhibit C. The NOA for this grant is attached as Exhibit D. The project received its funding from the National Institute of General Medical Sciences ("NIGMS") in response to a Funding Opportunity Announcement, PAR-19-037, which was aimed at developing a diverse pool of Ph.D. scientists with the skills to successfully transition into biomedical research careers.

41.      NIGMS supports basic research that increases our understanding of biological

processes and lays the foundation for advances in disease diagnosis, treatment, and prevention. NIGMS also supports research in specific clinical areas that affect multiple organ systems: anesthesiology and peri-operative pain; clinical pharmacology common to multiple drugs and treatments; and injury, critical illness, sepsis, and wound healing. NIGMS-funded scientists investigate how living systems work at a range of levels—from molecules and cells to tissues and organs—in research organisms, humans, and populations. Additionally, to ensure the vitality and continued productivity of the research enterprise, NIGMS provides leadership in supporting the training of the next generation of scientists, broadening participation in the scientific workforce, and developing research capacity throughout the country.

42.     The grant was awarded on January 17, 2025, and was intended to help ensure that a diverse pool of highly trained scientists is available in appropriate scientific disciplines to address the Nation's biomedical, behavioral, and clinical research needs. 9 predoctoral students receive stipends funded by this grant. This grant is scheduled to terminate on January 31, 2026.

43.     This grant provided one year of funding totaling $362,537, plus an offset of unobligated funds in a previous budget period worth $103,788, for a total of $466,325. At the time of termination, the total amount spent for this project was $69,951.84. Exhibit D. Therefore, the funding lost in 2025 was $396,374, subject to the final close out and adjustment process. The reason given for termination was that termination was due to "changes in NIH/HHS priorities." See Exhibit C. Rutgers researchers were not referred to any new policy statement or regulation that described the new agency priorities.

## G.  Impacts from NIH Funding Terminations and Delays and Irreparable Harm

44.    Rutgers will be unable to reallocate funds to offset these delays and losses in federal grant funding.  Alternative sources of funding are unavailable such that Rutgers faculty and researchers will be forced to:

> a.  Suspend hiring and reduce research staff hours, which risks the loss of key personnel who may be forced to seek other employment due to these cuts;
>
> b.  Terminate employment of research staff, who will be forced to seek other employment, and who may also face deportation as a result of a loss of sponsored visas;
>
> c.  Stop ongoing experiments, compromising time-sensitive components of the research;
>
> d.  Pause community-based partnerships, disrupting services; and
>
> e.  Delay work on clinical translation, including potential therapeutic development.

45.    Students working in these labs who are relying on research conducted there to obtain their Ph.D. will see delays in their progression and career development.

46.    Shared research core facilities will need to lay off staff and close.

47.    These delays will cause slowdowns or pauses in hiring new faculty and staff.

## H.  Comparisons Across Administrations

48.    In prior years, under both Democratic and Republican administrations, our institution never experienced this volume of unexplained delays or procedural breakdowns.

49.    Renewals were routine and predictable. This year, even long-standing, high-performing programs are in limbo.

50.    Terminations were exceedingly rare and followed due process. The current approach is without precedent in our experience.

## I.    <u>Admissions, Training and Workforce Disruptions</u>

51.     Rutgers may need to reduce the number of undergraduate and graduate students admitted.

52.     NIH training grants, including T32 and F31 mechanisms, will be affected by review and award delays. These training grants are designed to provide resources to institutions so they can train individuals in certain shortage areas (T32 grants), as well as support through predoctoral dissertation research (F31 grants).

53.     The visa status of international postdocs will be at risk due to pending NIH awards that were expected to renew this spring.

## J.    <u>Irreparable Harm</u>

54.     The delays have disrupted and will disrupt ongoing research, as well as setting back Rutgers for research going forward. Funding gaps will force researchers to abandon studies, miss deadlines, or lose key personnel.

55.     Impacts to studies involving clinical trials for life-saving medications or procedures, and their closure could endanger the lives of patients.

56.     Some of these studies may have the potential to achieve breakthroughs which would have advanced public health, and which may not occur.

57.     Delays will also disrupt community services, student opportunities, and public programs.

58.     In many cases, there is no way to recover the lost time, research continuity, or training value once disrupted.

## **Conclusion**

59.    The breakdown in NIH processes is affecting institutional operations, planning, and public health partnerships. Terminations and delays with no explanation or remedy are undermining confidence in the system. These harms are ongoing and irreparable.

Signed by:

_____
6BAC825D7E72438...
John J. Farmer, Jr.
Interim Senior Vice President and General Counsel Rutgers,
The State University of New Jersey

Date:    4/12/2025
_____

11

Docusign Envelope ID: D4017E02-8003-417A-A1A6-84250BCB5DAE

# EXHIBIT A

4/1/25, 4:18 PM                  Mail - Documentation Notification - Deficsa Appapanou - Outlook

 Outlook

## FW: Grant Termination Notification

**From** Latona Thompson <thompslm@ored.rutgers.edu>
**Date** Tue 4/1/2025 4:17 PM
**To** federal-tracking@rutgers.edu <federal-tracking@rutgers.edu>
**Cc** Latona Thompson <thompslm@research.rutgers.edu>

I just received the email below for AWD00010466 Racquel Kelly Kohler (CINJ).

Thanks

Latona

*\*Future out of Office dates\**
*April 30th, May 23rd, May 27th and June 19th.*
*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**

        **Latona Thompson, MPA**
**Authorized Organizational Representative (AOR)**
Senior Research Contract/Grants Specialist
Research and Sponsored Programs
33 Knightsbridge Road, 2nd Floor East, E230D, Piscataway, NJ 08854

phone: (848) 932-4054 | email: thompslm@research.rutgers.edu

research.rutgers.edu | Follow @RutgersResearch  

*"Your smile is your logo, your personality is your business card, how you leave others*
*feeling after having an experience with you is your trademark!"*
**Legal Disclaimer:** The information in this message is intended only for the person(s) addressed. This message may contain
proprietary, confidential, and/or privileged material not meant to be shared with third parties. If this message was not intended
for you, then you received it in error. Please contact me and delete the email. I apologize for the inconvenience.

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Tuesday, April 1, 2025 9:24 AM
**To:** Latona Thompson <thompslm@ored.rutgers.edu>
**Subject:** Grant Termination Notification

 

4/1/2025

Thompson, Latona M
Rutgers Biomedical And Health Sciences
thompslm@ored.rutgers.edu

Dear Thompson, Latona M:

Effective with the date of this letter, funding for Project Number 5K22CA258675-03 is hereby terminated pursuant to the Fiscal Year 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on 8/1/2024, and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards.[4]" According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340. [5]" At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. It is the policy of NIH not to prioritize research activities that focuses gaining scientific knowledge on why individuals are hesitant to be vaccinated and/or explore ways to improve vaccine interest and commitment. NIH is obligated to carefully steward grant awards to ensure taxpayer dollars are used in ways that benefit the American people and improve their quality of life.  Your project does not satisfy these criteria.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov.[8]*

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Dr. Matt Memoli no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

Sincerely,

Michelle G. Bulls -S    Digitally signed by Michelle G. Bulls -S

Michelle G. Bulls, on behalf of Crystal Wolfrey, Chief Grants Management Officer, NCI
Director, Office of Policy for Extramural Research Administration
Office of Extramural Research

---

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.

[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373

[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).

[4] NIH Grants Policy Statement at IIA-1.

[5] *Id.* at IIA-155.

[6] NIH Grants Policy Statement at IIA-156.

[7] *See* 2 C.F.R. § 200.343 (2024).

[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)

[9] *See* 45 C.F.R. § 75.374.

[10] See 42 C.F.R. Part 50, Subpart D

[11] 11 *Id.* § 50.406(a)

[12] 12 *Id.* § 50.406(b)

Docusign Envelope ID: D4017E02-8003-417A-A1A6-8A250BCB5DAE

# EXHIBIT B



**Department of Health and Human Services**
National Institutes of Health
NATIONAL CANCER INSTITUTE

**Notice of Award**
FAIN# K22CA258675
**Federal Award Date**
08-02-2022

## Recipient Information

**1. Recipient Name**
RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY
65 BERGEN ST

NEWARK, 07107

**2. Congressional District of Recipient**
10

**3. Payment System Identifier (ID)**
1226001086A1

**4. Employer Identification Number (EIN)**
226001086

**5. Data Universal Numbering System (DUNS)**
090299830

**6. Recipient's Unique Entity Identifier**
YVVTQD8CJC79

**7. Project Director or Principal Investigator**
Racquel Elizabeth Kohler, PHD

kelly.kohler@rutgers.edu
732-258-6031

**8. Authorized Official**
Latona M Thompson

## Federal Agency Information

**9. Awarding Agency Contact Information**
Nailah Agyemann
Grants Technical Assistant
NATIONAL CANCER INSTITUTE
agyemann@mail.nih.gov
(240) 276-6290

**10. Program Official Contact Information**
SONIA B JAKOWLEW
Program Director
NATIONAL CANCER INSTITUTE
jakowles@mail.nih.gov
240-276-5630

## Federal Award Information

**11. Award Number**
1K22CA258675-01A1

**12. Unique Federal Award Identification Number (FAIN)**
K22CA258675

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
Addressing HPV vaccination disparities through tailored messaging for hesitant families

**15. Assistance Listing Number**
93.398

**16. Assistance Listing Program Title**
Cancer Research Manpower

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---:|
| **19. Budget Period Start Date** 08-02-2022 – **End Date** 07-31-2023 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $219,899 |
|     20 a.  Direct Cost Amount | $203,610 |
|     20 b.  Indirect Cost Amount | $16,289 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $219,899 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $219,899 |
| ------------------------------------------------------------------ | |
| **26. Project Period Start Date** 08-02-2022 – **End Date** 07-31-2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $219,899 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Carey  Beckley

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



**ACADEMIC CAREER AWARD**
Department of Health and Human Services
National Institutes of Health

NATIONAL CANCER INSTITUTE

Notice of Award



---

**SECTION I – AWARD DATA – 1K22CA258675-01A1**

**Principal Investigator(s):**
Racquel Elizabeth Kohler, PHD

**Award e-mailed to:** rsp-rbhs@research.rutgers.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $219,899 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to RUTGERS BIOMEDICAL AND HEALTH SCIENCES in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241 42 CFR 52  and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Cancer Institute of the National Institutes of Health under Award Number K22CA258675. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Carey  Beckley
Grants Management Officer
NATIONAL CANCER INSTITUTE

Additional information follows

---

<u>Cumulative Award Calculations for this Budget Period (U.S. Dollars)</u>

| | |
|---|---|
| Salaries and Wages | $100,000 |
| **Fringe Benefits** | $53,610 |
| **Personnel Costs (Subtotal)** | $153,610 |
| **Other** | $50,000 |

| | |
|---|---|
| **Federal Direct Costs** | $203,610 |
| **Federal F&A Costs** | $16,289 |
| **Approved Budget** | $219,899 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $219,899 |
| **TOTAL FEDERAL AWARD AMOUNT** | $219,899 |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $219,899 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 1 | $219,899 | $219,899 |
| 2 | $219,899 | $219,899 |
| 3 | $219,899 | $219,899 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

<u>Fiscal Information:</u>

| | |
|---|---|
| **Payment System Identifier:** | 1226001086A1 |
| **Document Number:** | KCA258675A |
| **PMS Account Type:** | P (Subaccount) |
| **Fiscal Year:** | 2022 |

| IC | CAN | 2022 | 2023 | 2024 |
|---|---|---|---|---|
| CA | 8481719 | $219,899 | $219,899 | $219,899 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: 1STR / **OC**: 41033 / **Released**: Beckley, Carey 08-01-2022
**Award Processed:** 08/02/2022 12:04:51 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 1K22CA258675-01A1**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 1K22CA258675-01A1**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a.  The grant program legislation and program regulation cited in this Notice of Award.
    b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.

    c.   45 CFR Part 75.
    d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) K22CA258675. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System

(FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**

Additional Costs

---

**SECTION IV – CA SPECIFIC AWARD CONDITIONS – 1K22CA258675-01A1**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

**REQUIREMENT:** This award is subject to the conditions set forth in PAR 18-466, "The NCI Transition Career Development Award (K22 Independent Clinical Trial Required)," NIH Guide to Grants and Contracts, (12/06/2017), which are hereby incorporated by reference as special terms and conditions of this award.

Copies of this funding opportunity announcement may be accessed at:  http://www.nih.gov/grants/guide/index.html

Copies may also be obtained from the Grants Management Contact indicated in the terms of award.

**RESTRICTION**:  National Institutes of Health (NIH) research or training grant funds (both direct costs and associated facilities and administrative costs) released as a result of this Career Development Award may not be retained by the awardee institution without written prior approval of the NIH awarding unit.

**REQUIREMENT**: Recipients of a National Cancer Institute Transition Career Development Award (K22) must apply for National Institutes of Health or other independent research project grant support for peer review and funding consideration prior to the end of the second year of support.

**REQUIREMENT:** The clinical trial(s) supported by this award is subject to the plan dated 07/15/2022 submitted to NIH and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The plan states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

**REQUIREMENT:** This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR).  The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:

*In submitting this RPPR, the SO (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under*

*this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.*

**REQUIREMENT**: The awardee is required to follow the data and safety monitoring plan included in the application and may not implement any changes in the plan without the written prior approval of the National Cancer Institute.

**INFORMATION:** This award involves Human Subjects Research.   See "Assurance Requirements and Institutional Review Boards" under Part II, Subpart A, Human Subjects, in the NIH Grants Policy Statement, for specific requirements and recipient responsibilities related to the protection of human subjects, which are applicable to and are a term and condition of this award.

This award reflects the National Cancer Institute's acceptance of the certification that all key personnel have completed education on the protection of human subjects, in accordance with the NIH Grants Policy Statement, "Education in the Protection of Human Research Subjects."

Any individual involved in the design and conduct of the study that is not included in the certification must satisfy this requirement prior to participating in the project.  Failure to comply can result in the suspension and/or termination of this award, withholding of support of the continuation award, audit disallowances, and/or other appropriate action.

**INFORMATION:**  Although the budget period start date for this award is 08/02/2022, this award includes funds for twelve months of support.  Future year budget periods will cycle on 08/01.  Allowable pre-award costs may be charged to this award, in accordance with the conditions in the NIH Grants Policy Statement, and with institutional requirements for prior approval.

**INFORMATION:**  This award, including the budget and the budget period, has been discussed between Nailah Agyemann of the National Cancer Institute and Latona Thompson on 08/01/2022.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 1K22CA258675-01A1

**INSTITUTION:** RUTGERS BIOMEDICAL AND HEALTH SCIENCES

| Budget | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Salaries and Wages | $100,000 | $100,000 | $100,000 |
| Fringe Benefits | $53,610 | $53,610 | $53,610 |
| Personnel Costs (Subtotal) | $153,610 | $153,610 | $153,610 |
| Other | $50,000 | $50,000 | $50,000 |
| TOTAL FEDERAL DC | $203,610 | $203,610 | $203,610 |
| TOTAL FEDERAL F&A | $16,289 | $16,289 | $16,289 |

| TOTAL COST | $219,899 | $219,899 | $219,899 |
|---|---|---|---|

| Facilities and Administrative Costs | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| F&A Cost Rate 1 | 8% | 8% | 8% |
| F&A Cost Base 1 | $203,610 | $203,610 | $203,610 |
| F&A Costs 1 | $16,289 | $16,289 | $16,289 |

# EXHIBIT C

| | |
|---|---|
| **From:** | Gibbs, Kenneth (NIH/NIGMS) [E] |
| **To:** | Cathy Rivera |
| **Subject:** | NIGMS Funding Update |
| **Date:** | Wednesday, April 2, 2025 1:24:23 PM |

Re: GM139804-05

Dear Wendy Neil,

As business official for the above referenced award, I am writing to let you know that due to changes in NIH/HHS priorities, the **Initiative for Maximizing Student Development (IMSD)** program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grants Policy Statement. Further awards will not be made, and NIGMS will not permit no-cost extensions. We advise against recruiting future cohorts.

NIGMS grants management will follow up if there is any specific information or action needed regarding your award. For additional information regarding funding opportunities that NIGMS supports, see NIGMS TWD Webpage: https://www.nigms.nih.gov/training/Pages/TWDPrograms.

If you have specific follow up questions, please email nigmstrainingmail@nigms.nih.gov and include your grant number.


**Kenneth D. Gibbs, Jr., PhD, MPH**

Director, Division of Training and Workforce Development

National Institute of General Medical Sciences

National Institutes of Health

Docusign Envelope ID: D4017E02-8003-417A-A1A6-8A250BCB5DAE

# EXHIBIT D

National Institutes of Health
NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

**Notice of Award**
FAIN# T32GM139804
**Federal Award Date**
01/17/2025

| Recipient Information | Federal Award Information |
|---|---|

**Recipient Information**

**1. Recipient Name**
RUTGERS THE STATE UNIVERSITY OF NEW JERSEY
65 BERGEN ST
STE 1
NEWARK, NJ 07107

**2. Congressional District of Recipient**
10

**3. Payment System Identifier (ID)**
1226001086A1

**4. Employer Identification Number (EIN)**
226001086

**5. Data Universal Numbering System (DUNS)**
090299830

**6. Recipient's Unique Entity Identifier**
YVVTQD8CJC79

**7. Project Director or Principal Investigator**
LOREN W RUNNELS, PHD (Contact)
Associate Professor
runnellw@rwjms.rutgers.edu
732-235-4593

**8. Authorized Official**
Wendy Neil
wn82@rutgers.edu
856-225-6645

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Jessica Dean

NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES
deanje@mail.nih.gov
(301) 451-2447

**10. Program Official Contact Information**
Jeremy Colin Mcintyre

NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES
jeremy.mcintyre@nih.gov
(301) 827-5011

**Federal Award Information**

**11. Award Number**
5T32GM139804-05

**12. Unique Federal Award Identification Number (FAIN)**
T32GM139804

**13. Statutory Authority**
42 USC 288  42 CFR 66

**14. Federal Award Project Title**
IMSD at Rutgers - New Brunswick

**15. Assistance Listing Number**
93.859

**16. Assistance Listing Program Title**
Biomedical Research and Research Training

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 02/01/2025 − End Date 01/31/2026 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $362,537 |
| 20 a.  Direct Cost Amount | $440,676 |
| 20 b.  Indirect Cost Amount | $25,649 |
| **21.** Authorized Carryover | $0 |
| **22.** Offset | $103,788 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $362,537 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $362,537 |
| ------------------------------------------------------------- | |
| **26. Project Period Start Date** 02/01/2021 − End Date 01/31/2026 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $1,382,151 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Leslie  Nichols

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*NATIONAL RESEARCH SERVICE AWARD*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

---

**SECTION I – AWARD DATA – 5T32GM139804-05**

**Principal Investigator(s):**
JAMES H. MILLONIG, PHD
LOREN W RUNNELS (contact), PHD
Tracy E Scott, PHD

**Award e-mailed to:** rsp-rbhs@research.rutgers.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $362,537 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to RUTGERS BIOMEDICAL AND HEALTH SCIENCES in support of the above referenced project. This award is pursuant to the authority of 42 USC 288 42 CFR 66 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of General Medical Sciences of the National Institutes of Health under Award Number T32GM139804. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F. The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Leslie Nichols
Grants Management Officer
NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**
**Childcare Costs**                                                                $27,000

| | |
|---|---|
| **Stipends** | $254,016 |
| **Tuition & Fees** | $93,060 |
| **Trainee Travel** | $9,000 |
| **Training related Expenses** | $57,600 |
| | |
| **Federal Direct Costs** | $440,676 |
| **Federal F&A Costs** | $25,649 |
| **Approved Budget** | $466,325 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $362,537 |
| **Cumulative Authorized Carryover and Offset for this Budget Period** | $103,788 |
| **TOTAL FEDERAL AWARD AMOUNT** | $362,537 |
| | |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $362,537 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **THIS AWARD** | | | | **CUMULATIVE TOTALS** | | | |
| **YR** | **Total** | **Pre** | **Post** | **Short Term** | **Cumulative Total** | **Pre** | **Post** | **Short Term** |
| 5 | $362,537 | 9 | | | $362,537 | 9 | | |

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1226001086A1 |
| Document Number: | TGM139804B |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2025 |

| IC | CAN | 2025 |
|---|---|---|
| GM | 8039713 | $362,537 |

**NIH Administrative Data:**
**PCC**: T417JM / **OC**: 41013 / **Released**: 01/16/2025
**Award Processed**: 01/17/2025 12:09:04 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5T32GM139804-05**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5T32GM139804-05**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a. The grant program legislation and program regulation cited in this Notice of Award.
b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c. 45 CFR Part 75.
d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to

report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM).  Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) T32GM139804. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


 This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures.  It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm.  This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at: https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE:  If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required.  However, a final expenditure FFR is required and must be submitted electronically as noted above.  If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.


Recipients must administer the project in compliance with federal civil rights laws that prohibit

discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Childcare Costs:**
This award includes childcare costs of $3,000 per full-time predoctoral or postdoctoral trainee. These funds are restricted and may not be used for any other purpose.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV –  GM SPECIFIC AWARD CONDITIONS – 5T32GM139804-05**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

1. This grant must be administered in accordance with the guidelines and restrictions described in the Initiative for Maximizing Student Development (IMSD) (T32) program announcement (PAR-19-037) available at: https://grants.nih.gov/grants/guide/pa-files/PAR-19-037.html. These guidelines are in addition to the standard Terms and Conditions referenced in Section III of this Notice of Award.

For more information on the Initiative for Maximizing Student Development (IMSD) (T32) program as well as answers to Frequently Asked Questions, please visit: https://www.nigms.nih.gov/training/IMSD

Version: 25 - 2/15/2024 5:51 AM | Generated on: 1/17/2025 12:00 AM

2. This award contains a lump sum that has been awarded under the category "TRAINING RELATED EXPENSES."  These funds may be rebudgeted within applicable Public Health Service policies in order to meet the expenses in personnel, consultants, equipment, supplies, travel and other, unless the rebudgeting has been specifically prohibited in a previous Notice of Award.

3. This award represents the final year of the competitive segment for this grant. If the grant is extended, only trainees currently supported may be reappointed during the extension period. No new trainees may be appointed during this period.

4. It is understood that no trainee will be permitted to work on any project involving live vertebrate animals or human subjects that has not been approved by the IACUC and/or IRB, as appropriate.

If any trainee undertakes a project that includes human subject research studies, these must conform to the NIH policies on the inclusion of women, minorities, and children in study populations.

5. In accordance with NIH Guide Notice NOT-OD-10-072, appointment and termination documentation for Kirschstein-NRSA predoctoral and postdoctoral institutional training grants must be submitted electronically via xTrain as of January 1, 2011 (see http://grants.nih.gov/grants/guide/notice-files/NOT-OD-10-072.html). Additional information on xTrain, as well as training and reference materials can be found on the xTrain website: https://era.nih.gov/help-tutorials/xtrain.

IMPORTANT: Appointments must be filed prior to or at the time of each trainee's appointment. No stipend or other allowances may be paid until submission of the proper documentation.  Terminations must be filed prior to or at the time of each trainee's termination of support.  Failure to submit documentation may result in an expenditure disallowance or a delay in continued funding.

6. This award includes funds to support 9 trainees (108 Trainee Months). The maximum number of trainees that may be appointed without the prior written approval of NIGMS staff is 10 (120 Trainee Months) if funds are available through rebudgeting.

7. Funds are provided in this award to support stipend and other budgetary levels in accordance with NIH Guide Notice NOT-OD-24-104 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-24-104.html)

8. None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the current salary cap. Therefore, this award and/or future years are adjusted accordingly, if applicable. Current salary cap levels can be found at the following URL: http://grants.nih.gov/grants/policy/salcap_summary.htm

9. As appropriate, the awardee is required to follow the sharing plan(s) for unique research resources (i.e. Data, Model Organism, Genomic Data, or other) associated with this project and may not implement any changes to the plan(s) without the written prior approval of the National Institute of General Medical Sciences.

10. In keeping with NOT-OD-06-054 (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-06-054.html), as this grant has multiple Principal Investigators (PIs), although the signatures of the PIs are not required on prior approval requests submitted to the agency, the grantee institution must secure and retain the signatures of all of the PIs within their own internal processes.

11. This award reflects use of an unobligated balance of $103,788 based on the year 3 Federal Financial Report (FFR). Although this award reflects an adjustment, this is not a decrease in funding for the project. Total funding for this project continues to be indicated as the "Approved Budget" in Section I of the Notice of Award.

NIGMS' OFFICIAL WEBSITE
For more information, please visit: http://www.nigms.nih.gov

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5T32GM139804-05

**INSTITUTION:** RUTGERS BIOMEDICAL AND HEALTH SCIENCES

| Budget | Year 5 |
| --- | --- |
| Childcare Costs | $27,000 |
| Stipends | $254,016 |
| Tuition & Fees | $93,060 |
| Trainee Travel | $9,000 |
| Training related Expenses | $57,600 |
| TOTAL FEDERAL DC | $440,676 |
| TOTAL FEDERAL F&A | $25,649 |
| TOTAL COST | $362,537 |

| Facilities and Administrative Costs | Year 5 |
| --- | --- |
| F&A Cost Rate 1 | 8% |
| F&A Cost Base 1 | $320,616 |
| F&A Costs 1 | $25,649 |

Version .25 - 2/15/2024 5:51 AM | Generated on: 1/17/2025 12:05 AM