# EXHIBIT 54

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> *Defendants.* | No. 1:25-cv-10814-BEM |

## DECLARATION OF LAKSHMI REDDI, PHD

I, Lakshmi Reddi, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Provost of New Mexico State University (NMSU). I am familiar with the information in the statements set forth below either through personal knowledge, in consultation with the New Mexico State University staff, or from documents made in the regular course of business that have been provided to and reviewed by me, and if required to testify, would and could competently do so.

2. I submit this Declaration in connection with *Commonwealth of Massachusetts, et al. v. Robert F. Kennedy, Jr., et al.*, No. 1:25-cv-10814.

**Professional Background**

3. I am the Interim Provost at New Mexico State University. I previously served as the Dean of the College of Engineering for over eight years. As Provost, I oversee the deans of the colleges participating in the vital research activities at NMSU. I have a background as an

1

administrator, professor, and research principal investigator and am familiar with research matters at NMSU. I hold a PhD of Civil Engineering.

4. New Mexico State University's statutory mission is to serve the diverse needs of the state through comprehensive programs of education, research, extension and outreach, and public service. As the state's land-grant and space-grant university, and as a Hispanic-Serving Institution, NMSU fosters learning, inquiry, diversity and inclusion, social mobility, and service to the broader community.

5. New Mexico State University is an R1 research institution with research centers statewide, including vital research in the areas of molecular, chemistry, and biochemistry projects. NMSU offers graduate programs in molecular biology and interdisciplinary life sciences and STEM programs. NMSU has  A list of NMSU's research facilities may be accessed at https://research.nmsu.edu/ResearchFacilities.html .

6. I am providing this declaration to explain the impacts of NIH's delay and/or cancellation of study sections. NIH's abrupt cessation of NIH Advisory Council meetings in February 2025 has created a situation whereby grant proposals due for funding have remained unfunded indefinitely. These are grants that had previously been evaluated by the relevant scientific peer-review committee or "study section" (also known as scientific review group, initial review group) and given a priority score (based on scientific merit) that traditionally is within a range that would result in the awarding of the grant funds.  These ranges are based on the recent history of similar grants funded by the same institute/center within NIH.

**Reliance on NIH Funding**

7. In fiscal year 2024, New Mexico State University received funding through the National Institutes of Health ("NIH") to support projects, totaling over $10,000,000.

8. New Mexico State University receives NIH grants across a variety of institutes encompassed within the NIH, including National Institute of General Medical Sciences (NIGMS), National Cancer Institute (NCI), and National Institute on Alcohol Abuse and Alcoholism (NIAAA).

9. Through those NIH grants, New Mexico State University funds more than thirty researchers.

10. The work done by New Mexico State University on NIH funded projects provides education and training in Biomedical Engineering, Chemical Engineering, Civil Engineering, Electrical Engineering, Mechanical Engineering, Agriculture, Biology, Public Health and Health Sciences, Mathematics, Chemistry, Psychology, and other programs.

11. New Mexico State University provides considerable employment benefits in the Science, Technology, Engineering and Mathematics ("STEM") workforce to the New Mexico economy.

**Typical Timeline and Processes for NIH Grant Awards**

12. The office of Research Administration Services (RAS) at New Mexico State University works with researchers to submit grant applications and tracks grant applications and awards.

13. Based on my work as Interim Provost and as Dean, I have an understanding of the NIH grant process based on my approximately 11 years in the roles.

14. NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity ("NOFO"). From there, they are assigned to a "study section" where the grant application is subjected to peer review and judged on its scientific merit. The grant application is then given a score. If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.

15. What constitutes a fundable score is dependent on several factors as every institute, sometimes referred to as an "IC," is different. Some publish paylines, meaning the percentiles of grants they will fund, and some do not. Paylines range from 8-20%. Most of the standing study sections result in an impact score and percentile for each proposal, but many others (special emphasis and non-CSR) will only result in an impact score, but not percentile. Program officers have latitude to recommend proposals with higher scores/percentiles in order to balance portfolios and meet specific directives. Generally, researchers would consider a percentile less than 10% as guaranteed to receive funding.

16. After the study section, the grant application is sent to an "advisory council" where the ultimate decision on whether or not to fund the grant is made. After the advisory council meets, a Notice of Award is issued confirming whether or not the grant will be funded.

17. The process for competitive renewals is very similar, but it is even more consistent for a grant that has been funded in the past to be renewed.

18. The budget process at New Mexico State University relies upon the NIH grant application, review, and approval cycle. Historically, we have relied on grants being reviewed and scored within three months of submission.

19. Once a grant receives a score, New Mexico State University is able to consider whether to include the funding coming from that grant as part of its budget for the coming year.

**Delays and Irregularities in the Processing of NIH Grant Applications**

20. Since late January 2025, New Mexico State University has seen an unusual number of delays in the processing of NIH grant applications. Researchers have had their grant application study sections and advisory councils be canceled or otherwise not scheduled, and grant application scoring has been significantly delayed.

21. New Mexico State University has not received formal notice of changes for many of these grants. For others, New Mexico State University has gotten only a notification that proposals are "paused" or "under review."

**Terminations of NIH Grants**

22. Since April 2, 2025, New Mexico State University has had three NIH grants terminated.

23. The terminations received as of April 2, 2025 are attached hereto as Exhibits.

24. These terminations will result in the loss of $6,700,000.00 in research money to New Mexico State University.

25. The termination notices for these grants have provided very little to explain the termination, instead noting that the research no longer "effectuates agency priorities." In my more than ten years working at New Mexico State University, I have not seen this language previously used to cancel grants.

**Comparisons Across Administrations**

26. In prior years, under both Democratic and Republican administrations, our institution never experienced this volume of unexplained delays or procedural breakdowns.

27. Renewals were routine and predictable. This year, even long-standing, high-performing programs are in limbo.

28. Terminations were exceedingly rare and followed due process. The current approach is without precedent in our experience.

**Impact on Institutional Operations**

29. Several shared research cores have seen decreased usage due to grant uncertainty, and one facility temporarily reduced staff hours due to budget delays.

5

**Concerns About FY25 Funds Being Obligated**

30. We are increasingly concerned that NIH will not be able to process and obligate FY25 funds by the end of the fiscal year in September.

31. Several major proposals from our institution remain stuck at preliminary review stages, with no indication that the required advisory reviews or notices of award will occur in time.

32. Our research administration staff have received informal feedback from NIH indicating that certain topic areas are being slowed due to "heightened scrutiny" or "internal concerns."

**Irreparable Harm**

33. The delays have disrupted ongoing research, as well as setting back New Mexico State University for research going forward. Funding gaps have forced researchers to abandon studies, miss deadlines, or lose key personnel.

34. Delays have also disrupted student opportunities.

35. In many cases, there is no way to recover the lost time, research continuity, or training value once disrupted.

**Conclusion**

36. The breakdown in NIH processes is affecting institutional operations, planning, and public health partnerships. Terminations and delays with no explanation or remedy are undermining confidence in the system. These harms are ongoing and, in many instances, irreparable.

*[Signature: Lakshmi N Reddi]*

Lakshmi Reddi, Provost

Date: April 13, 2025