# EXHIBIT 55

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> *Defendants.* | No. 1:25-cv-10814-BEM |

### **DECLARATION OF SHELLEY L. LUSETTI, PH.D.**

I, Shelley L. Lusetti, Ph.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Director of the New Mexico IDeA Networks of Biomedical Research Excellence of New Mexico State University. I have personal knowledge of the facts set forth in this declaration, and if required to testify, would and could competently do so.

2. I submit this Declaration in connection with *Commonwealth of Massachusetts, et al. v. Robert F. Kennedy, Jr., et al.*, No. 1:25-cv-10814.

**Professional Background**

3. I am a Professor of Biochemistry at New Mexico State University. I have been on the faculty of New Mexico State University since 2006. I am also the department head of Chemistry and Biochemistry. I earned my Bachelor of Science in Biology from the University of California-Santa Barbara and my Ph.D. in Biochemistry form the University of Wisconsin-Madison. My research program focuses on the enzymology of DNA repair and has been funded by the National Institutes of Health and the National Science Foundation. Since 2016, I have been

the Principal Investigator and Program Director for the New Mexico IDeA Networks of Biomedical Research Excellence (NM-INBRE) that seeks to builds biomedical research infrastructure throughout the state of New Mexico.

4.     I lead a large programmatic grant (NM-INBRE) focused on building research infrastructure, training undergraduate and graduate students for the biomedical workforce, and supporting junior faculty in developing competitive biomedical reseach labs across 10 institutions in the state of New Mexico. The grant is hosted at New Mexico State University. I have served as a Principal Investigator (PI) or Co-Investigator on numerous National Institutes of Health ("NIH") funded projects over the course of my career. I have also served on several special emphasis study sections and the Training and Workforce Developent Section D study section, which are study sections focused on programmatic, workforce development grants. I have one active grant related to research infrastructure and workforce development.

5.     I am providing this declaration to detail my experience in applying for and reviewing NIH grant applications, as well as with renewals and terminations of NIH-funded grants historically, and how that experience has changed since late January of 2025.

6.     I am also providing this declaration to explain the impacts of delays in the grant review and renewal process and of grant terminations on my staff, my research, and the people who benefit from it.

7.     The delay in grant review, renewals, and terminations severely impacts me and my program by jeopardizing the paid summer internships of 50 undergraduate students, the research funding of 20 research projects across the state, including research, for example, on clinically relevant diabetes mechanisms to research on basic mechanisms of membrane transport, and the salaries of full-time and part-time staff and graduate students.

2

**Reliance on NIH Funding**

8. In fiscal year 2024, my program received funding through NIH to support the network projects, totaling $5,061,077. I received these funds under one grant with two additional supplements, which run from April 1, 2024 through March 31, 2029.

9. My program employs twenty workers who are funded primarily through NIH grants, whose employment I will have to terminate if my grant is terminated. There are also fifteen PhD students who work on projects funded through the program and rely primarily on the NIH award, and who are relying on the work done there to complete their own research and earn their degrees, and who could not continue to do so absent NIH funding. Further, there are 50 undergraduate student interns that will lose their summer salaries and the training opportunity from their internship absent NIH funding.

**Typical Timeline and Processes for NIH Grant Awards**

10. For NIH grants, the first step in the process is typically a Notice of Funding Opportunity ("NOFO"), which may be a broad call for investigator-initiated proposals, or a more specific notice related to topics of emphasis. Some of these establish specific due dates, but for most there are standard deadlines based on the type of grant at issue. The standard due dates align with three annual review and funding cycles. For example, for research grants the standard due dates fall in February, June, and October.

11. Grant applications are typically submitted via NIH's online portal, which also allows the applicant to track the status of the grant, and provides access to scores and summaries generated by study sections and advisory councils.

12. Study sections and advisory council meetings are typically scheduled to align with these three funding cycles, with numerous study sections held in each cycle prior to advisory council meetings.

13. As a reviewer on a study section, I am typically assigned 8-10 grants to review. This is an intensive and rigorous process, which typically takes 8 hours of my time for each grant in advance of the study section meeting. To be able to effectively present and discuss each of my assigned grants at the study section meeting, I typically need to conduct my review shortly before the meeting occurs. After reviewing the grant at the study section, we provide each with a score. This score, along with a summary statement that summarizes the discussion, is provided to the applicant as well as the advisory council.

14. Through the peer review process, grant applications are given a score and sometimes assigned a percentile as well. If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded. What constitutes a fundable score is dependent on several factors as every institute or center, sometimes referred to as an "IC," is different. Some publish paylines, meaning the percentiles of grants they will fund, and some do not. Paylines range from 8-20%. I would consider a percentile less than 10% as highly likely to receive funding.

15. Once a grant is awarded, the applicant receives a Notice of Award, specifying the conditions of the grant and the amount of funding. Grants are typically awarded for 3-5 year terms, though some may be longer and others may be shorter.

16. Although the life of the grant is often longer, funding is only provided on an annual basis, and grants must be renewed annually. This is typically done through a non-competitive renewal, which requires a report on progress on the grant project. These non-competing renewals

do not go through a new review process involving study sections and advisory councils. If funding is available and progress is being made on the state project goals, in my experience such renewals are typically granted.

17. These regular cycles and predictable renewals are essential for the continuity of funding for my program. This allows for the program to identify new projects each year, set up sub-contracts to the ten partner institutions across the state of New Mexico, and to follow a set application, review, and award process for our summer interns.

18. In my experience, termination of an active grant is extremely rare and I have never had a grant terminated. To my knowledge, they have only occurred in cases of serious scientific or budgetary misconduct, and typically with prior notice and multiple opportunities to respond and correct any underlying issues.

**Delays and Irregularities in the Processing of NIH Grant Applications**

19. Since late January 2025, I have seen an unusual number of delays in processing my grant applications, as well as in the grant review process in which I participate as a reviewer.

20. For example, in the current year I submitted the progress report for our grants continuation, for which the non-competetive renewal remains pending. In prior years, I would have expected to receive confirmation of funding for my renewal by March 15th. Based on our outcomes, this would have left me with time to prepare awards for the students, faculty, and institutions in the network before the start date of April 1. However, this year, despite multiple inquiries, I have not received any formal communication explaining the delay.

21. I have been unable to obtain any substantive update from NIH staff regarding where my continuing application stands in the process. In the past, I have consistently received timely communications from NIH regarding my applications.

**Irregularities in Grant Terminations**

22. My understanding is that NIH's purpose is to conduct and support biomedical and behavioral research, research training, and the dissemination of health information, and that the National Institute of General Medical Science's role is "to supports basic research that increases our understanding of biological processes and lays the foundation for advances in disease diagnosis, treatment, and prevention. NIGMS-funded scientists investigate how living systems work at a range of levels—from molecules and cells to tissues and organs—in research organisms, humans, and populations. Additionally, to ensure the vitality and continued productivity of the research enterprise, NIGMS provides leadership in supporting the training of the next generation of scientists and developing research capacity throughout the country." My NM-INBRE program advances those goals by building research infrastructure, directly funding cutting-edge research in biomedical sciences, and training undergraduate and graduate students to develop the future workforce of biomedical researchers across the state of New Mexico.

**Comparisons Across Administrations**

23. In prior years, under both Democratic and Republican administrations, I have submitted similar numbers of grant applications and received timely responses and awards. I have never experienced these types of unexplained delays or procedural breakdowns that have occurred within the last three months.

24. Since late January, the tone and responsiveness of NIH communications have changed significantly. Based on my communications with NIH staff, there now appear to be a growing number of topics that face internal scrutiny, without regard to their scientific merit. As a result, applications are being pulled from the review process without explanation, renewals are stalled, and terminations are being issued based on unexplained agency priorities. I have never

experienced this internal scrutiny or stalling of awards, in either Republican or Democratic administrations.

### Impacts from NIH Funding Terminations and Delays and Irreparable Harm

25. Due to the delays and funding uncertainty, and having sought alternative sources of funding and failed to secure them, in the next month, I will be forced to:

    a. Suspend hiring and reduce research staff hours, which risks the loss of key lab and program personnel who may be forced to seek other employment due to these cuts;

    b. Terminate employment of research staff, who will be forced to seek other employment, and who may also face deportation as a result of a loss of sponsored visas;

    c. Stop ongoing experiments, compromising time-sensitive components of several research studies including the loss of animal models and other research samples.

    d. Pause community-based partnerships, disrupting services such as the training of community health researchers.

    e. Cancel the 2025 summer internship program for undergraduate students.

26. Students working in the labs funded by my program who are relying on research conducted there to obtain their PhDs are likely to see years of delay in their progression and career development. Undergraduate students relying on the summer internships with lose a critical source of summer support and set back their training.

27. There is no way to recover the lost time, research continuity, or training value once disrupted.

**Conclusion**

28.  The breakdown in NIH processes is affecting my program, my staff, the research of 20 faculty funded by my program, and those individuals who stand to benefit from the research and the infrastructure that my program provides.  Terminations and delays with no explanation or remedy are undermining my confidence in the system, making it harder to secure talent needed to continue effective research efforts.  These harms are ongoing and, in many instances, irreparable.

/s/ Shelley L. Lusetti, Ph.D.
Shelley L. Lusetti, Ph.D.

Date:  April 13, 2025