EXHIBIT 56

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF<br>MASSACHUSETTS, et al.,<br><br>                              *Plaintiffs,*<br><br>        v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>                              *Defendants.* | No. 1:25-cv-10814 |

## DECLARATION OF MICHAEL E. RICHARDS, M.D., MPA

I, Michael E. Richards, M.D., MPA, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am the Executive Vice President for Health Sciences and Chief Executive Officer of the UNM Health System of the Regents of the University of New Mexico ("UNM" or "the University"). I have personal knowledge of the facts set forth in this declaration, and if required to testify, would and could competently do so.  The records to which I refer in this Declaration were made at or near the time of the event by someone with knowledge and have been provided to and reviewed by me; the records were kept in the course of a regularly conducted activity of UNM, and the making of those records was a regular practice of those activities.

2.      I submit this Declaration in connection with *Commonwealth of Massachusetts, et al. v. Robert F. Kennedy, Jr., et al.*, No. 1:25-cv-10814.

### Professional Background

3.      As Executive Vice President for Health Sciences and Chief Executive Officer of the UNM Health System, I have administrative responsibility for all activities, operations, and

1

programs of the UNM Health Sciences Center, including the UNM Health System. I serve as the chief academic officer relative to colleges, schools, programs, and centers at the UNM Health Sciences Center. I oversee the deans of the UNM School of Medicine, the UNM College of Pharmacy, the UNM College of Nursing, and the UNM College of Population Health and the work of the faculty in the colleges, schools, programs, and centers at the UNM Health Sciences Center. Previously, I have had a background as both an administrator and physician, having most recently served as Senior Vice President for Clinical Affairs, the Interim Executive Vice President of UNM Health Sciences, Interim Dean of the UNM School of Medicine, and as a professor and former chair of the Emergency Medicine Department as well as former Chief of Staff at UNM Hospital. I received my medical training at the Brody School of Medicine at East Carolina University and a master of public administration at the University of North Carolina. I completed my internship and residency in emergency medicine at UNM.

4.       UNM is a state educational institution established in Article XII, Section 11 of the New Mexico Constitution. UNM is the flagship university in the State of New Mexico. UNM is the home of the UNM Hospital which is the State of New Mexico's primary teaching hospital, the State of New Mexico's only Level I trauma center, and the State of New Mexico's comprehensive safety net hospital, with a special relationship to the Indian Health Services and the Native American tribes and pueblos. UNM is also the home of the State of New Mexico's only NCI-designated Comprehensive Cancer Center and the only Clinical and Translational Sciences Center. UNM's stated mission is: "[a]s the state's premier institution of higher learning and provider of health care, The University of New Mexico promotes discovery, generates intellectual and cultural contributions, honors academic values, and fosters an educated, healthy, and economically

2

vigorous New Mexico." Vision, .Mission, & Values :: UNM 2040: Opportunity Defined | The University of New Mexico.

    5.    UNM has its primary campus in Albuquerque, New Mexico, with a Health Sciences

Rio Rancho campus and four (4) branch campuses which are community colleges.

### Reliance on NIH Funding

    6.    In fiscal year 2024, UNM received funding through the National Institutes of Health

("NIH") to support 202 projects, with a total of $95,929,910.00 awarded.  These included awards

from:

    Agency for Healthcare Research and Quality
    CDC - National Center for Chronic Disease Prevention and Health Promotion
    Cooperative Human Tissue Network
    John E. Fogarty International Center for Advanced Study in the Health Sciences
    National Center for Advancing Translational Sciences
    National Center for Complementary and Integrative Health
    National Cancer Institute
    National Center for Research Resources
    National Eye Institute
    National Human Genome Research Institute
    National Heart, Lung, and Blood Institute
    National Institute on Aging
    National Institute on Alcohol Abuse and Alcoholism
    National Institute of Allergy and Infectious Diseases
    National Institute of Biomedical Imaging and Bioengineering
    Eunice Kennedy Shriver National Institute of Child Health and Human Development
    National Institute on Drug Abuse
    National Institute on Deafness and Other Communication Disorders
    National Institute of Dental and Craniofacial Research
    National Institute of Diabetes and Digestive and Kidney Diseases
    National Institute of Environmental Health Sciences
    National Institute of General Medical Sciences
    National Institute of Mental Health
    National Institute on Minority Health and Health Disparities
    National Institute of Neurological Disorders and Stroke
    National Library of Medicine
    Office of the Director

    7.    These grants have been submitted by 126 faculty and would provide support for the

key personnel including hundreds of faculty, staff, and trainees.

8.     The work done by UNM on NIH funded projects provides critical support for groundbreaking research, advances in medical science, improvements in public health, as well as training and education of the future workforce. Additionally, it fosters innovation in STEMM (Science, Technology, Engineering, Mathematics, and Medicine) fields, ultimately enhancing the quality of life for people worldwide.

**Processes for NIH Grant Awards**

9.     The sponsored project/grant offices at UNM work with researchers to submit grant applications and track grant applications and awards.

10.     Based on my work as Executive Vice President for Health Sciences and Chief Executive Officer of the UNM Health System, I have an understanding of the NIH grant process. based on my many years in the various roles I outlined above.

11.     NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity ("NOFO"). From there, they are assigned to a "study section" where the grant application is subjected to peer review and judged on its scientific merit. The grant application is then given a score. If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.

12.     What constitutes a fundable score is dependent on several factors as every institute, sometimes referred to as an "IC," is different. Some publish paylines, meaning the percentiles of grants they will fund, and some do not. Paylines range from 8-20%. Most of the standing study sections result in an impact score and percentile for each proposal, but many others (special emphasis and non-CSR) will only result in an impact score, but not percentile. Program officers have latitude to recommend proposals with higher scores/percentiles to balance portfolios and

4

meet specific directives. Generally, researchers would consider a percentile less than 10% as guaranteed to receive funding.

13.     After the study section, the grant application is sent to an "advisory council" where the ultimate decision on whether to fund the grant is made. After the advisory council meets, a Notice of Award (NOA) is issued confirming whether the grant will be funded.

14.     The process for competitive renewals of existing grants is very similar and occurs every 5 years for many NIH grants. As for new projects, competitive renewals require review by a study section and subsequent consideration of the score during an advisory council meeting.

15.     The budget process at UNM relies upon the NIH grant application, review, and approval cycle. Historically, we have relied on grants being reviewed and scored within 5 months of submission.

16.     Once a grant receives a score, UNM is able to consider whether to include the funding coming from that grant as part of its budget for the coming year.

17.     As of April 5, 2025, UNM has approximately 256 proposals totaling $344,328,835.00 awaiting NIH review processes. This includes a pending C06, "Biomedical Research Facilities" grant which was submitted in January 2025; this grant will support adding space onto the existing Center for Memory and Aging to accommodate the Alzheimer Disease and Research Center.

### Terminations of NIH Grants

18.     Since April 5, 2025, UNM has had six (6) NIH grants terminated.

19.     The terminations UNM has received as of April 5, 2025 are attached my Declaration as Exhibits 1 through 6.

20.     These terminations will result in the loss of $10,243,849.70 in research money to UNM.  NIH has terminated five essential research training grants at UNM.  These prestigious grants support vital biomedical workforce development programs that provide advanced training for our students: 1) Institutional Research and Academic Career Development Award (IRACDA) Post-Doctoral program – trains post-doctoral fellows for research and teaching careers in academia; 2) The Leading Equity and Diversity in the Medical Scientist Training Program (LEAD MSTP) – to support biomedical research training of our MD/PhD students for developing the clinical research workforce; 3) the Initiative to Maximize Student Diversity at the University of New Mexico Health Sciences (IMSD) grant – to support predoctoral trainees in the Biomedical Sciences Graduate Program; 4) the Undergraduate Research Initiative for Student Enhancement (U-RISE) – to train and prepare undergraduate students for doctoral programs and careers in biomedical research; and 5) the Post-baccalaureate Research Education Program at UNM (PREP@UNM) – to enhance the ability of individuals in the biomedical sciences to gain entry to and succeed in nationally recognized PhD programs and research careers. These training grants provide structured training and mentorship programs as well as financial support, including tuition and stipends, to advance students' education and career opportunities in biomedical research; currently, we have approximately 57 students enrolled at different stages in these programs. Some of these programs have been at UNM for over 20 years.

21.     The termination notices for these grants provide very little to explain the termination, stating, for example: "I am writing to let you know that due to changes in NIH/HHS priorities, the **"grant name"** program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grants

6

Policy Statement. Further awards will not be made, and NIGMS will not permit no-cost extensions." The same language was received for two other training grants.

22.     In addition, UNM is expecting termination of a Faculty Institutional Recruitment for Sustainable Transformation (FIRST) grant; this grant supported hiring nine research-active tenure-track faculty at UNM. NIH websites state that "A closeout of the FIRST program has taken place and awardees are no longer receiving funding." We anticipate a loss of approximately $5.1 million associated with this grant. Termination notices have also stated that there is no corrective action that can be taken to ensure the grant aligns with agency priorities. Prior to receipt of the termination, however, UNM had not been given notice of any opportunity to submit any "corrected" grant materials to align with agency priorities. Nor was UNM provided with any updated "agency priorities" or an alternative NOFO with which its research must align. When one of the fellows (Ph.D. students) followed up on the funding for the second year of their F31 training grant, they received the following message: "...the diversity F31 program has ended due to NIH/HHS priorities. Further awards will not be made, but you can continue to draw funds from this award until it is terminated no later than the end of the current budget period. However, awards may terminate sooner based on NIH/HHS priorities." NIH F grants, also known as NIH Individual Fellowships, are designed to provide research training opportunities to individuals at various stages of their academic and professional careers. Currently, the University has eight active F31 grants and we anticipate loss of $360,185 associated with these grants.

**Admissions, Training and Workforce**

23.     UNM uses information regarding NIH grant applications and award rates to inform its admissions process, particularly at the graduate student level.

24.     Due to recent changes in federal policies and NIH priorities, the UNM School of Medicine anticipates reducing its incoming class of biomedical sciences PhD students by 31.6%, along with a 40% reduction to the incoming cohort of MD/PhD students. In addition, we have received significant cuts to our postdoctoral programs, including the complete loss of our 2025-2026 cohort of 4 postdoctoral scholars in our Academic Science Education and Research Training (ASERT) program that is administered by the UNM Comprehensive Cancer Center. This decision follows the termination of several key NIH-funded diversity-focused training programs that have long supported our efforts to build a strong and inclusive biomedical research workforce in the state of NM. These include the following: 1) the Initiative for Maximizing Student Development program, which funded 15 students in our Biomedical Sciences Graduate Program, and was focused on recruiting and retaining students from underrepresented backgrounds and preparing them for a range of research careers; 2) our Medical Scientist Training Program, which funded two students in our integrated MD/PhD program that emphasizes training in health equity, bioengineering, and computational sciences; and 3) our IRACDA-funded ASERT postdoctoral program, which funded 8 PhD scholars and provided interdisciplinary research and teaching training in partnership with local minority-serving institutions, namely New Mexico State University, Central New Mexico Community College, and Southwestern Indian Polytechnic Institute. These programs were terminated despite strong institutional support and long-standing records of success in developing highly successful researchers who contributed to new scientific discoveries to advance healthcare in the state of NM, and who helped bring in millions of dollars in annual research funding that significantly impacted our state economy. Their loss has created immediate disruptions to our research enterprise, limiting our ability to train and retain talented students and postdoctoral fellows. In addition, the absence of these training opportunities will have

8

lasting consequences on the capacity of UNM to advance scientific discovery, particularly in addressing health disparities and biomedical challenges that disproportionately affect New Mexico and the Southwest.

_____

Michael E. Richards, M.D., MPA

Date: April 7, 2025

9

# Exhibit 1

**Erin Fitzgerald**

| | |
|---|---|
| **From:** | Erin Fitzgerald |
| **Sent:** | Thursday, March 27, 2025 3:12 PM |
| **To:** | Ellen Fisher; Ariadna Vazquez; Sharon Nepstad |
| **Cc:** | Teresa Hammitt |
| **Subject:** | FW: Information regarding URISE award T34 GM145428-03 2UM10 004914-00001A |
| **Attachments:** | NIH_NOA_5T34GM145428-03 – 2UM10_Takacs_CONT.pdf; T34_2UM10 _Abstract_Narrative.pdf; T34_2UM10_Budget_Just.pdf |
| **Importance:** | High |

Good Afternoon,

We received notice from NIH today on Cristina Takacs' T34 training grant entitled, "U-Rise at the University of New Mexico," to cease work outside of the current budget period (which end 3/31/25) while NIH assesses this project and it's continued funding. It was anticipated to be funded through 2027.

This project funds 10 trainees per year, a graduate student and a student program specialist. I'm including the original abstract, project narrative and budget/justification for further context. I will add to the SWO tracker shortly.

Thank you,

**ERIN FITZGERALD, MBA, CRA** | Associate Director, UNM Office of Sponsored Projects | 505-277-2665

**From:** Rosenzweig, Justin (NIH/NIGMS) [E] <rosenzwj@nigms.nih.gov>
**Sent:** Thursday, March 27, 2025 12:00 PM
**To:** Rebecca Valdez <rvaldez3@unm.edu>
**Subject:** Information regarding URISE award

You don't often get email from rosenzwj@nigms.nih.gov. Learn why this is important

[EXTERNAL]

RE: T34 GM145428-03

Contact PI: TAKACS-VESBACH, CRISTINA D

Organizational Representative MRS REBECCA VALDEZ,

NIH is currently undergoing a process to assess whether pending awards perpetuate current agency priorities. You are advised to cease project activities as of the current budget period end date of 3/31/2025. Further, please reconcile expenditures with disbursements in the Payment Management

System as soon as possible but no later than 4/4/2025, for project activities that occurred through 3/31/2025. Additionally, please amend all active appointments in xTrain to end as of 3/31/2025.

Sincerely,

Justin Rosenzweig
Grants Management Team Leader, GAB
National Institute of General Medical Sciences, NIH/DHHS



**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

**Notice of Award**
FAIN# T34GM145428
**Federal Award Date**
03/14/2024

---

**Recipient Information**

**1. Recipient Name**
UNIVERSITY OF NEW MEXICO
1700 LOMAS BLVD NE STE 2200
ALBUQUERQUE, NM 87131

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1856000642A1

**4. Employer Identification Number (EIN)**
856000642

**5. Data Universal Numbering System (DUNS)**
868853094

**6. Recipient's Unique Entity Identifier**
F6XLTRUQJEN4

**7. Project Director or Principal Investigator**
Cristina D. Takacs-Vesbach, PHD

cvesbach@unm.edu
505-277-3418

**8. Authorized Official**
Rebecca Valdez

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Adam S Barnhart

NATIONAL INSTITUTE OF GENERAL
MEDICAL SCIENCES
adam.barnhart@nih.gov
(301) 451-1942

**10. Program Official Contact Information**
Joyce Chin-chin ng Stamm

NATIONAL INSTITUTE OF GENERAL
MEDICAL SCIENCES
joyce.stamm@nih.gov
(301) 827-5542

**Federal Award Information**

**11. Award Number**
5T34GM145428-03

**12. Unique Federal Award Identification Number (FAIN)**
T34GM145428

**13. Statutory Authority**
42 USC 288 42 CFR 66

**14. Federal Award Project Title**
U-Rise at the University of New Mexico

**15. Assistance Listing Number**
93.859

**16. Assistance Listing Program Title**
Biomedical Research and Research Training

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 04/01/2024 – **End Date** 03/31/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $336,892 |
| 20 a. Direct Cost Amount | $315,220 |
| 20 b. Indirect Cost Amount | $21,672 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $336,892 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $336,892 |
| **26. Project Period Start Date** 04/01/2022 – **End Date** 03/31/2027 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $1,006,140 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Justin Rosenzweig

---

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



*MARC NATIONAL RESEARCH SERVICE AWARD*
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

---

### SECTION I – AWARD DATA – 5T34GM145428-03

**Principal Investigator(s):**
Cristina D. Takacs-Vesbach, PHD

**Award e-mailed to:** osp@unm.edu

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $336,892 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to UNIVERSITY OF NEW MEXICO in support of the above referenced project. This award is pursuant to the authority of 42 USC 288 42 CFR 66 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of General Medical Sciences of the National Institutes of Health under Award Number T34GM145428. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F. The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Justin Rosenzweig
Grants Management Officer
NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES

Additional information follows

---

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Stipends | $143,400 |
| Tuition & Fees | $44,320 |
| Trainee Travel | $27,500 |

| | |
|---|---|
| Training related Expenses | $100,000 |
| **Federal Direct Costs** | $315,220 |
| **Federal F&A Costs** | $21,672 |
| **Approved Budget** | $336,892 |
| **Total Amount of Federal Funds Authorized (Federal Share)** | $336,892 |
| **TOTAL FEDERAL AWARD AMOUNT** | $336,892 |
| **AMOUNT OF THIS ACTION (FEDERAL SHARE)** | $336,892 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| **YR** | **THIS AWARD** | **CUMULATIVE TOTALS** |
| 3 | $336,892 | $336,892 |
| 4 | $336,892 | $336,892 |
| 5 | $336,892 | $336,892 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**
Payment System Identifier:   1856000642A1
Document Number:   TGM145428A
PMS Account Type:   P (Subaccount)
Fiscal Year:   2024

| IC | CAN | 2024 | 2025 | 2026 |
|---|---|---|---|---|
| GM | 8472205 | $336,892 | $336,892 | $336,892 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: T412SJ / **OC**: 41013 / **Released**: Rosenzweig, Justin 03/13/2024
**Award Processed:** 03/14/2024 12:17:19 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5T34GM145428-03**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5T34GM145428-03**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

    a. The grant program legislation and program regulation cited in this Notice of Award.
    b. Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
    c. 45 CFR Part 75.
    d. National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
    e. Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
    f. This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that

some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) T34GM145428. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
- For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html. For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see https://grants.nih.gov/grants/policy/harassment.htm.
- For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year

period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.
**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – GM SPECIFIC AWARD CONDITIONS – 5T34GM145428-03**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

1. This grant must be administered in accordance with the guidelines and restrictions described in the Initiative for Undergraduate Research Training Initiative for Student Enhancement (U-RISE) (T34) program announcement PAR-21-146 available at: https://grants.nih.gov/grants/guide/pa-files/PAR-21-146.html. These guidelines are in addition to the standard Terms and Conditions referenced in Section III of this Notice of Award.

For more information on the Undergraduate Research Training Initiative for Student Enhancement (U-RISE) (T34) program as well as answers to Frequently Asked Questions, please visit: https://www.nigms.nih.gov/training/RISE

2. This award contains a lump sum that has been awarded under the category "TRAINING RELATED EXPENSES." These funds may be rebudgeted within applicable Public Health Service policies in order to meet the expenses in personnel, consultants, equipment, supplies, travel and other, unless the rebudgeting has been specifically prohibited in a previous Notice of Award.

3. Funds are provided in this award to support stipend and other budgetary levels in accordance with NIH Guide Notice NOT-OD-23-076
(https://grants.nih.gov/grants/guide/notice-files/NOT-OD-23-076.html)

4. SUMMER RESEARCH EXPERIENCE: This award includes $17,500 to support the Summer Research Experience (SRE) for 50% of the total trainee slots awarded. These funds are based on $3,000 per trainee slot for per diem expenses for ten weeks and $500 for travel plus 8% F&A costs. They are restricted solely for this purpose and may not be rebudgeted into other categories. Additionally, funds have been included in future years for this purpose. Travel to foreign sites (a country other than the United States and its territories) is not allowed for any trainee while appointed to the grant. Please review the SRE guidelines posted at
https://www.nigms.nih.gov/training/T34/Pages/sre.aspx

5. It is understood that no trainee will be permitted to work on any project involving live vertebrate animals or human subjects that has not been approved by the IACUC and/or IRB, as appropriate. If any trainee undertakes a project that includes human subject research studies, these must conform to the NIH policies on the inclusion of women, minorities, and children in study populations.

6. This award includes funds to support ten (10) trainees (120 Trainee Months). The maximum number of trainees that may be appointed without the prior written approval of NIGMS staff is ten (10) trainees (120 Trainee Months).

7. Although future years include a recommended number of trainee positions, actual award levels are contingent upon availability of funds. In general, grantees should NOT expect an increase in the actual number of slots awarded in future years unless notified by institute program staff.

8. In accordance with NIH Guide Notice NOT-OD-10-072, appointment documentation

must be submitted electronically via xTrain as of January 1, 2011 (see http://grants.nih.gov/grants/guide/notice-files/NOT-OD-10-072.html). Additional information on xTrain, as well as training and reference materials can be found on the xTrain website: https://era.nih.gov/help-tutorials/xtrain

Appointments must be filed prior to or at the time of each trainee's appointment. No stipend or other allowances may be paid until submission of the proper documentation. Failure to submit documentation may result in an expenditure disallowance or a delay in continued funding.

IMPORTANT: Appointments must be filed prior to or at the time of each trainee's appointment. No stipend or other allowances may be paid until submission of the proper documentation.

9. As appropriate, the grant recipient is required to follow the sharing plan(s) for unique research resources (i.e. Data, Model Organism, Genomic Data, or other) associated with this project and may not implement any changes to the plan(s) without the written prior approval of the National Institute of General Medical Sciences.

10. The next non-competing progress report for this grant is due on August 15, 2024.

11. None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the current salary cap. Therefore, this award and/or future years are adjusted accordingly, if applicable. Current salary cap levels can be found at the following URL: http://grants.nih.gov/grants/policy/salcap_summary.htm

12. NIH policy requires the submission of an annual Federal Financial Report (FFR) 90 days after the end of the calendar quarter in which the budget period ends. The FFR must be submitted through the Payment Management System (PMS) per NOT-OD-21-046. The grant recipient is reminded that acceptance of an FFR by the NIH Office of Policy for Extramural Research Administration (OPERA) does not authorize the carry forward or expenditure of any remaining unobligated balance. As stated in Section III of this Notice of Award, only the NIGMS Grants Management Officer (or their designee) can authorize the carry forward of unobligated balances. Expenditures utilizing any portion of a remaining unobligated balance without prior approval will be disallowed.

## NIGMS' OFFICIAL WEBSITE

The NIGMS WWW home page is at http://www.nigms.nih.gov

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5T34GM145428-03

**INSTITUTION:** UNIVERSITY OF NEW MEXICO

# EXHIBIT 2

**Erin Fitzgerald**

| | |
|---|---|
| **From:** | UNM Awards |
| **Sent:** | Thursday, April 3, 2025 10:41 AM |
| **To:** | Erin Fitzgerald; Teresa Hammitt |
| **Cc:** | Brianne Lucero; Ernesto Trujillo; Anthony Gallegos |
| **Subject:** | NIGMS Funding Update (SL Award: 005758-00001A (2VX10) Biology Department) |
| **Importance:** | High |

Hello Erin & Teresa,

Below is another termination that we received. This is for Dr. Kelly Miller.

I will notify the PI and department and will process this in SL ASAP.


Thanks

Rebecca Valdez

**From:** Gibbs, Kenneth (NIH/NIGMS) [E] <kenneth.gibbs@nih.gov>
**Sent:** Wednesday, April 2, 2025 11:15 AM
**To:** UNM Office of Sponsored Projects <osp@unm.edu>
**Subject:** NIGMS Funding Update

You don't often get email from kenneth.gibbs@nih.gov. Learn why this is important
**[EXTERNAL]**

Re: GM075149-19

Dear Wester, Timothy,

As business official for the above referenced award, I am writing to let you know that due to changes in NIH/HHS priorities, the **Postbaccalaureate Research Education Program (PREP)** program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grants Policy Statement. Further awards will not be made, and NIGMS will not permit no-cost extensions. We advise against recruiting future cohorts.

NIGMS grants management will follow up if there is any specific information or action needed regarding your award. For additional information regarding funding opportunities that NIGMS supports, see NIGMS TWD Webpage: https://www.nigms.nih.gov/training/Pages/TWDPrograms.

If you have specific follow up questions, please email nigmstrainingmail@nigms.nih.gov and include your grant number.


**Kenneth D. Gibbs, Jr., PhD, MPH**
Director, Division of Training and Workforce Development
National Institute of General Medical Sciences
National Institutes of Health

AWD0008493 / 21-004522

## FDP Subaward Amendment

| Awarding Agency | National Institutes of Health (NIH) | | Amendment No | 3 |
|---|---|---|---|---|
| PTE/Prime Award No. | 5R01AA029088-03 | | Subaward No | CON-80004024(GR117911) |

| Pass-Through Entity (PTE) | Subrecipient |
|---|---|
| Yale University | **Entity Name** | The Regents of the University of New Mexico |
| gcat3@yale.edu | **Contact Email** | osp@unm.edu |
| John Pachankis, PhD | **Principal Investigator** | Katie Witkiewitz, PhD |

| Project Title | A unified protocol to address sexual minority women's minority stress, mental health and hazardous drinking |
|---|---|

| Cumulative Budget Period(s) (Agreement Start Date) (End Date of Latest Budget Period) | Amount Funded This Action | Total Amount of Funds Obligated to Date |
|---|---|---|
| Start Date: 09/12/2022   End Date: 03/21/2025 | $ 0.00 | $ 55,005.00 |

| Subrecipient Cost Share | | Subject to FFATA ■ | Subrecipient UEI (Unique Entity Identifier - May leave blank if unchanged from prior Agreement) | |

### Amendment(s) to Original Terms and Conditions
This Amendment revises the above-referenced Subaward Agreement as follows:

☐ **Additional Budget Period**

☐ **No Cost Extension**

☐ **Additional Funding**

☐ **Deobligation**

**Carryover is** | Automatic |    Carryover is allowed across all budget periods.

☐ **Carryover Authorized**

■ **Detailed Budget/Scope of Work/Notice of Award Attached** (Specify if the Budget and Scope of Work are "New", "Revised", or "Supplemental" in dropdown or "Other")

| A Notice of Award |    is incorporated by attachment to this Amendment.

■ **Other (See Below)**

This Subaward is terminated, effective 3/21/2025.

*For clarity: all amounts stated in this amendment are in United States Dollars.*

**All other terms and conditions of this Subaward Agreement remain in full force and effect.**

| By an Authorized Official of PTE: | Date | By an Authorized Official of Subrecipient: | Date |
|---|---|---|---|
| Name | Philip Frum, MA, CRA | Name | Erin Fitzgerald |
| Title | Subaward Manager | Title | Associate Director, Office of Sponsored Projects, UNM |

**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

**Notice of Award**
FAIN# R01AA029088
**Federal Award Date**
03/25/2025

---

**Recipient Information**

**1. Recipient Name**
YALE UNIV
150 MUNSON ST
NEW HAVEN, CT 06511

**2. Congressional District of Recipient**
03

**3. Payment System Identifier (ID)**
1060646973A1

**4. Employer Identification Number (EIN)**
060646973

**5. Data Universal Numbering System (DUNS)**
043207562

**6. Recipient's Unique Entity Identifier**
FL6GV84CKN57

**7. Project Director or Principal Investigator**
John Edward Pachankis, PHD (Contact)
Professor
john.pachankis@yale.edu
2037853710

**8. Authorized Official**
Ms. Tina Varick

**Federal Agency Information**

**9. Awarding Agency Contact Information**
Heather P. Olusoga

NATIONAL INSTITUTE ON ALCOHOL
ABUSE AND ALCOHOLISM
Heather.Olusoga@nih.gov
301-443-8767

**10. Program Official Contact Information**
Robert Freeman
Health Scientist Administrator
NATIONAL INSTITUTE ON ALCOHOL
ABUSE AND ALCOHOLISM
rfreeman@mail.nih.gov
301443-8820

**Federal Award Information**

**11. Award Number**
5R01AA029088-03

**12. Unique Federal Award Identification Number (FAIN)**
R01AA029088

**13. Statutory Authority**
42 USC 241 42 CFR 52

**14. Federal Award Project Title**
A unified protocol to address sexual minority women's minority stress, mental health and hazardous drinking

**15. Assistance Listing Number**
93.273

**16. Assistance Listing Program Title**
Alcohol Research Programs

**17. Award Action Type**
Non-Competing Continuation (REVISED)

**18. Is the Award R&D?**
Yes

| Summary Federal Award Financial Information | |
|---|---|
| **19. Budget Period Start Date** 09/01/2024 – **End Date** 03/21/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0 |
| 20 a.  Direct Cost Amount | $0 |
| 20 b.  Indirect Cost Amount | $0 |
| 21. Authorized Carryover | |
| 22. Offset | |
| 23. Total Amount of Federal Funds Obligated this budget period | $737,885 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $737,885 |
| **26. Project Period Start Date** 09/12/2022 – **End Date** 03/21/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $2,282,298 |
| **28. Authorized Treatment of Program Income** Additional Costs | |
| **29. Grants Management Officer - Signature** Judy Fox | |

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



RESEARCH
Department of Health and Human Services
National Institutes of Health



NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

**SECTION I – AWARD DATA – 5R01AA029088-03 REVISED**

**Principal Investigator(s):**
TONDA L HUGHES, PHD
John Edward Pachankis (contact), PHD

**Award e-mailed to:** ospadmin3@yale.edu

Dear Authorized Official:

The National Institutes of Health hereby revises this award  (see "Award Calculation" in Section I and "Terms
and Conditions" in Section III) to YALE UNIVERSITY in support of the above referenced project.  This award
is pursuant to the authority of 42 USC 241 42 CFR 52  and is subject to the requirements of this statute and
regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when
funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include
an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication
was supported by the National Institute On Alcohol Abuse And Alcoholism of the National Institutes of
Health under Award Number R01AA029088. The content is solely the responsibility of the authors and does
not necessarily represent the official views of  the National Institutes of Health." Prior to issuing a press
release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for
coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable
expectation that the design, conduct and reporting of research funded under NIH awards will be free from
bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011
revised regulation at 42 CFR Part 50 Subpart F.  The Institution shall submit all FCOI reports to the NIH
through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business
Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH
website http://grants.nih.gov/grants/policy/coi/ for a link to the regulation and additional important
information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,


Judy  Fox
Grants Management Officer
NATIONAL INSTITUTE ON ALCOHOL ABUSE AND ALCOHOLISM

Additional information follows


**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | $190,490 |
| Fringe Benefits | $89,249 |
| Personnel Costs (Subtotal) | $279,739 |
| Consultant Services | $4,500 |
| Travel | $3,420 |
| Other | $72,207 |
| Subawards/Consortium/Contractual Costs | $135,109 |
| Federal Direct Costs | $494,975 |
| Federal F&A Costs | $242,910 |
| Approved Budget | $737,885 |
| Total Amount of Federal Funds Authorized (Federal Share) | $737,885 |
| TOTAL FEDERAL AWARD AMOUNT | $737,885 |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | $0 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 3 | $737,885 | $737,885 |

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1060646973A1 |
| Document Number: | RAA029088A |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2024 |

| IC | CAN | 2024 |
|---|---|---|
| AA | 8470415 | $737,885 |

**NIH Administrative Data:**
**PCC**: AE FD / **OC**: 41025 / **Released**: 03/24/2025
**Award Processed**: 03/25/2025 12:08:55 AM

---

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5R01AA029088-03  REVISED**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

---

**SECTION III – STANDARD TERMS AND CONDITIONS – 5R01AA029088-03  REVISED**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

   a.   The grant program legislation and program regulation cited in this Notice of Award.
   b.   Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
   c.   45 CFR Part 75.
   d.   National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
   e.   Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
   f.   This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2. As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to

report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).

This institution is a signatory to the Federal Demonstration Partnership (FDP) Phase VII Agreement which requires active institutional participation in new or ongoing FDP demonstrations and pilots.

An unobligated balance may be carried over into the next budget period without Grants Management Officer prior approval.

This grant is subject to Streamlined Noncompeting Award Procedures (SNAP).

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI number must be included. See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) R01AA029088. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.

This award provides support for one or more clinical trials. By law (Title VIII, Section 801 of Public Law 110-85), the "responsible party" must register "applicable clinical trials" on the ClinicalTrials.gov Protocol Registration System Information Website. NIH encourages registration of all trials whether required under the law or not. For more information, see http://grants.nih.gov/ClinicalTrials_fdaaa/
This award provides support for one or more NIH defined Phase III Clinical Trials. The NIH Policy for research supported as an NIH Phase III Clinical Trial has been amended in Section II.B. of the NIH Guidelines on the Inclusion of Women and Minorities as Subjects in Clinical Research – Amended October 2001 (see http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm).

A description of plans to conduct analyses, as appropriate, by sex/gender and racial/ethnic groups must be included in clinical trial protocols. Cumulative subject accrual and progress in conducting subset analyses must be reported to NIH in the annual Progress Reports. Final analyses of sex/gender and racial/ethnic differences must be reported in the required Final Progress Report or Competitive Renewal Applications (or Contract Renewals/Extensions) as stated in Section II.B. of the Guidelines. This award represents the final year of the competitive segment for this grant. See the NIH Grants Policy Statement Section 8.6 Closeout for complete closeout requirements at: http://grants.nih.gov/grants/policy/policy.htm#gps.

A final expenditure Federal Financial Report (FFR) (SF 425) must be submitted through the Payment Management System (PMS) within 120 days of the period of performance end date; see the NIH Grants Policy Statement Section 8.6.1 Financial Reports, http://grants.nih.gov/grants/policy/policy.htm#gps, for additional information on this submission requirement. The final FFR must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. There must be no discrepancies between the final FFR expenditure data and the real-time cash drawdown data in PMS. NIH will close the awards using the last recorded cash drawdown level in PMS for awards that do not require a final FFR on expenditures. It is important to note that for financial closeout, if a grantee fails to submit a required final expenditure FFR, NIH will close the grant using the last recorded cash drawdown level.

A Final Invention Statement and Certification form (HHS 568), (not applicable to training, construction, conference or cancer education grants) must be submitted within 120 days of the expiration date. The HHS 568 form may be downloaded at: http://grants.nih.gov/grants/forms.htm. This paragraph does not apply to Training grants, Fellowships, and certain other programs—i.e., activity codes C06, D42, D43, D71, DP7, G07, G08, G11, K12, K16, K30, P09, P40, P41, P51, R13, R25, R28, R30, R90, RL5, RL9, S10, S14, S15, U13, U14, U41, U42, U45, UC6, UC7, UR2, X01, X02.

Unless an application for competitive renewal is submitted, a Final Research Performance Progress Report (Final RPPR) must also be submitted within 120 days of the period of performance end date. If a competitive renewal application is submitted prior to that date, then an Interim RPPR must be submitted by that date as well. Instructions for preparing an Interim or Final RPPR are at:
https://grants.nih.gov/grants/rppr/rppr_instruction_guide.pdf. Any other specific requirements set forth in the terms and conditions of the award must also be addressed in the Interim or Final RPPR. *Note that data reported within Section I of the Interim and Final RPPR forms will be made public and should be written for a lay person audience.*

NIH requires electronic submission of the final invention statement through the Closeout feature in the Commons.

NOTE: If this is the final year of a competitive segment due to the transfer of the grant to another institution, then a Final RPPR is not required. However, a final expenditure FFR is required and must be submitted electronically as noted above. If not already submitted, the Final Invention Statement is required and should be sent directly to the assigned Grants Management Specialist.

Recipients must administer the project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age, and comply with applicable conscience protections. The recipient will comply with applicable laws that prohibit discrimination on the basis of sex, which includes discrimination on the basis of gender identity, sexual orientation, and pregnancy. Compliance with these laws requires taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/.

- Recipients of FFA must ensure that their programs are accessible to persons with limited English proficiency. For guidance on meeting the legal obligation to take reasonable steps to ensure meaningful access to programs or activities by limited English proficient individuals, see https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov.
For information on an institution's specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and to provide effective communication, see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
HHS funded health and education programs must be administered in an environment free of sexual harassment; see https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html.
For information about NIH's commitment to supporting a safe and respectful work environment, who to contact with questions or concerns, and what NIH's expectations are for institutions and the individuals supported on NIH-funded awards, please see
https://grants.nih.gov/grants/policy/harassment.htm.
For guidance on administering programs in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, see https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

**SECTION IV – AA SPECIFIC AWARD CONDITIONS – 5R01AA029088-03  REVISED**

Clinical Trial Indicator: Yes
This award supports one or more NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2
for NIH definition of Clinical Trial.

**REVISION**: It is the policy of NIH not to prioritize gender identity. Research programs based on gender identity are often unscientific, have little identifiable return on investment, and do nothing to enhance the health of many Americans. Many such studies ignore, rather than seriously examine, biological realities. Therefore, this project is terminated. The Yale University may request funds to support patient safety and orderly closeout of the project. Funds used to support any other research activities will be disallowed and recovered. Please be advised that your organization, as part of the orderly closeout process will need to submit the necessary closeout documents (i.e., Final Research Performance Progress Report, Final Invention Statement, and the Final Federal Financial Report (FFR), as applicable) within 120 days of the end of this grant.

NIH is taking this enforcement action in accordance with 2 C.F.R. § 200.340 as implemented in NIH GPS Section 8.5.2. This revised award represents the final decision of the NIH. It shall be the final decision of the Department of Health and Human Services (HHS) unless within 30 days after receiving this decision you mail or email a written notice of appeal to Dr. Matthew Memoli. Please include a copy of this decision, your appeal justification, total amount in dispute, and any material or documentation that will support your position. Finally, the appeal must be signed by the institutional official authorized to sign award applications and must be dated no later than 30 days after the date of this notice.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This award is issued in accordance with NIH FY24 Fiscal Policies (see NIH Guide Notice NOT-OD-24-109 at (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-24-109.html), including salary limitations as indicated below.

**SALARY LIMITATION:** None of the funds in this award shall be used to pay the salary of an individual at a rate in excess of the applicable salary cap. Current salary cap levels can be found at https://grants.nih.gov/grants/policy/salcap_summary.htm.

**PHASE III CLINICAL TRIAL**: As indicated in Section III of this Notice of Award, this award provides support for one or more NIH defined Phase III Clinical Trials. The NIH Policy for research supported as an NIH Phase III Clinical Trial was amended in the NIH Policy and Guidelines on the Inclusion of Women and Minorities as Subjects in Clinical Research, October 9, 2001 (see NOT-OD-02-001, https://grants.nih.gov/policy/inclusion/women-and-minorities/guidelines.htm).

A description of plans to conduct analyses, as appropriate, by sex/gender and racial/ethnic groups must be included in clinical trial protocols. Cumulative subject accrual and progress in conducting subset analyses must be reported to NIH in the annual Progress Reports. Final analyses of sex/gender and racial/ethnic differences must be reported in the required Final Progress Report or Competitive Renewal Applications (or Contract Renewals/Extensions) as stated in the Guidelines.

**DATA AND SAFETY MONITORING:** This award is subject to the current Data and Safety Monitoring Plan (DSMP) submitted and previously approved by NIAAA in accordance with the NIAAA Data and Safety Monitoring Guidelines at http://www.niaaa.nih.gov/research/guidelines-and-resources/data-and-safety-monitoring-guidelines. Any changes in the DSMP must be reviewed and approved by the NIAAA Program Official.

**DISSEMINATION PLAN:** The clinical trial(s) supported by this award is subject to the dissemination plan previously submitted to and approved by NIH and the NIH policy on Dissemination of NIH-Funded Clinical Trial Information. The policy states that the clinical trial(s) funded by this award will be registered in ClinicalTrials.gov not later than 21 calendar days after enrollment of the first participant and primary summary results reported in ClinicalTrials.gov, not later than one year after the completion date. The reporting of summary results is required by this term of award even if the primary completion date occurs after the period of performance.

This award is subject to additional certification requirements with each submission of the Annual, Interim, and Final Research Performance Progress Report (RPPR). The recipient must agree to the following annual certification when submitting each RPPR. By submitting the RPPR, the AOR signifies compliance, as follows:

In submitting this RPPR, the AOR (or PD/PI with delegated authority), certifies to the best of his/her knowledge that, for all clinical trials funded under this NIH award, the recipient and all investigators conducting NIH-funded clinical trials are in compliance with the recipient's plan addressing compliance with the NIH Policy on Dissemination of NIH-Funded Clinical Trial Information. Any clinical trial funded in whole or in part under this award has been registered in ClinicalTrials.gov or will be registered not later than 21 calendar days after enrollment of the first participant. Summary results have been submitted to ClinicalTrials.gov or will be submitted not later than one year after the completion date, even if the completion date occurs after the period of performance.

**GRADUATE STUDENTS:** Per the NIH Grants Policy Statement (https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf), NIH may award the actual amount requested for a graduate student's salary, fringe benefits, and tuition remission up to a maximum of the National Research Service Award (NRSA) zero-level stipend in effect at time of the competing award (see http://grants.nih.gov/training/nrsa.htm).

**PRIOR APPROVALS:** In keeping with NIH Guide Notice NOT-OD-06-054 (http://grants.nih.gov/grants/guide/notice-files/NOT-OD-06-054.html), as this grant has multiple Principal Investigators (PIs), although the signatures of the PIs are not required on prior approval requests submitted to the agency, the grant recipient institution must secure and retain the signatures of all PIs following their own internal processes.

**INFORMATION:** This award includes funds awarded for consortium activity. Consortia are to be established and administered as described in the NIH Grants Policy Statement (see http://grants.nih.gov/grants/policy/policy.htm#gps).

**NIAAA DATA ARCHIVE (NIAAADA) DATA SHARING REQUIREMENT:** This award is subject to the data sharing guidance outlined in NOT-AA-23-002 https://grants.nih.gov/grants/guide/notice-files/NOT-AA-23-002.html.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5R01AA029088-03 REVISED

**INSTITUTION:** YALE UNIVERSITY

| Budget | Year 3 |
|---|---|
| Salaries and Wages | $190,490 |
| Fringe Benefits | $89,249 |
| Personnel Costs (Subtotal) | $279,739 |
| Consultant Services | $4,500 |
| Travel | $3,420 |
| Other | $72,207 |
| Subawards/Consortium/Contractual Costs | $135,109 |
| TOTAL FEDERAL DC | $494,975 |
| TOTAL FEDERAL F&A | $242,910 |
| TOTAL COST | $737,885 |

| Facilities and Administrative Costs | Year 3 |
|---|---|
| F&A Cost Rate 1 | 67.5% |
| F&A Cost Base 1 | $359,866 |
| F&A Costs 1 | $242,910 |

# EXHIBIT 4

 Outlook

---

## Fw: NIGMS Funding Update

---

**From** Stacy M Catanach <SCatanach@salud.unm.edu>

**Date** Sat 4/5/2025 3:32 PM

**To**   Stacy M Catanach <SCatanach@salud.unm.edu>

**From:** Gibbs, Kenneth (NIH/NIGMS) [E] <kenneth.gibbs@nih.gov>
**Sent:** Wednesday, April 2, 2025 11:16 AM
**To:** HSC-PreAward <HSC-PreAward@salud.unm.edu>
**Subject:** NIGMS Funding Update

| [[-- External - this message has been sent from outside the University --]] |
|---|

Re: GM152941-02

Dear Stacy Catanach,

As business official for the above referenced award, I am writing to let you know that due to changes in NIH/HHS priorities, the **Leading Equity and Diveristy in the Medical Scientist Training Program (LEAD MSTP)** program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grants Policy Statement. Further awards will not be made, and NIGMS will not permit no-cost extensions. We advise against recruiting future cohorts.

NIGMS grants management will follow up if there is any specific information or action needed regarding your award.  For additional information regarding funding opportunities that NIGMS supports, see NIGMS TWD Webpage: https://www.nigms.nih.gov/training/Pages/TWDPrograms.

If you have specific follow up questions, please email nigmstrainingmail@nigms.nih.gov and include your grant number.

**Kenneth D. Gibbs, Jr., PhD, MPH**
Director, Division of Training and Workforce Development
National Institute of General Medical Sciences
National Institutes of Health

 Outlook                    Type text here          **EXHIBIT 5**

---

## Fw: NIGMS Funding Update - Termination for Nancy Kanagy - FP13848

**From** Stacy M Catanach <SCatanach@salud.unm.edu>

**Date** Sat 4/5/2025 3:28 PM

**To**    Stacy M Catanach <SCatanach@salud.unm.edu>

**From:** Gibbs, Kenneth (NIH/NIGMS) [E] <kenneth.gibbs@nih.gov>
**Sent:** Wednesday, April 2, 2025 11:16 AM
**To:** HSC-PreAward <HSC-PreAward@salud.unm.edu>
**Subject:** NIGMS Funding Update

---

> **[[-- External - this message has been sent from outside the University --]]**

---

Re: GM144834-04

Dear Stacy Catanach,

As business official for the above referenced award, I am writing to let you know that due to changes in NIH/HHS priorities, the **Initiative for Maximizing Student Development (IMSD)** program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grants Policy Statement. Further awards will not be made, and NIGMS will not permit no-cost extensions. We advise against recruiting future cohorts.

NIGMS grants management will follow up if there is any specific information or action needed regarding your award. For additional information regarding funding opportunities that NIGMS supports, see NIGMS TWD Webpage: https://www.nigms.nih.gov/training/Pages/TWDPrograms.

If you have specific follow up questions, please email nigmstrainingmail@nigms.nih.gov and include your grant number.

**Kenneth D. Gibbs, Jr., PhD, MPH**
Director, Division of Training and Workforce Development
National Institute of General Medical Sciences
National Institutes of Health

 Outlook                        **EXHIBIT 6**

---

## Fw: NIGMS Funding Update

---

**From** Stacy M Catanach <SCatanach@salud.unm.edu>

**Date** Sat 4/5/2025 3:29 PM

**To** Stacy M Catanach <SCatanach@salud.unm.edu>

Begin forwarded message:

> **From:** "Gibbs, Kenneth (NIH/NIGMS) [E]" <kenneth.gibbs@nih.gov>
> **Date:** April 2, 2025 at 12:18:48 PM CDT
> **To:** Diane S Lidke <DLidke@salud.unm.edu>
> **Subject: NIGMS Funding Update**

> [[-- External - this message has been sent from outside the University --]]

Re: GM088021-16

Dear Dr. Lidke,

I am writing to let you know that due to changes in NIH/HHS priorities, the **Institutional Research and Academic Career Development Award (IRACDA)** program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grants Policy Statement. Further awards will not be made, and NIGMS will not permit no-cost extensions. We advise against recruiting future cohorts.

NIGMS grants management will follow up if there is any specific information or action needed regarding your award. For additional information regarding funding opportunities that NIGMS supports, see NIGMS TWD Webpage: https://www.nigms.nih.gov/training/Pages/TWDPrograms.

If you have specific follow up questions, please email nigmstrainingmail@nigms.nih.gov and include your grant number.

**Kenneth D. Gibbs, Jr., PhD, MPH**
Director, Division of Training and Workforce Development
National Institute of General Medical Sciences
National Institutes of Health