EXHIBIT 57

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF
MASSACHUSETTS; et al.,

*Plaintiffs,*

v.

ROBERT F. KENNEDY, JR., et al.,

*Defendants.*

No. 1:25-cv-10814-BEM_____

**<u>DECLARATION OF LAUREN FORREST, Ph.D.</u>**

I, Lauren Forrest, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am an Assistant Professor of Psychology at the University of Oregon.  I have personal knowledge of the facts set forth in this declaration, and if required to testify, would and could competently do so.

2.      I submit this Declaration in support of the States' Motion for Preliminary Injunction.

**<u>Professional Background</u>**

3.      I am an Assistant Professor of Psychology at the University of Oregon.  I was awarded a Ph.D. in Clinical Psychology from Miami University in 2020.  I thereafter served in a post-doctoral fellowship at Yale School of Medicine.  From 2021 to 2024, I was an Assistant Professor at the Penn State College of Medicine in its Department of Psychiatry and Behavioral Health.  I came to the University of Oregon in 2024 as an Assistant Professor and am well on my way to receiving tenure here.  My research focus involves examining risk processes for

1

disordered eating and suicide, particularly among marginalized populations in the rural United States.

4.      My lab is dedicated to determining how suicide and eating disorders can be effectively predicted, treated, and prevented. I lead this work because suicide and eating disorders are devastating. These problems affect millions of people worldwide every year, though the burdens are not felt equally across the population. Suicide and eating disorders disproportionately impact girls, women, and sexual and gender minorities. My lab conducts research to understand risk processes within at-risk groups. We hope to use this information to develop and disseminate effective interventions for these groups.

5.      Suicide and eating disorders are incredibly complex, so much of my work uses advanced quantitative methods to capture and model this complexity. Although I historically conducted research on eating disorders, for the past four years I have prioritized building my program of research investigating suicide risk processes among sexual minorities living across the U.S.

6.      I have one pending NIH grant application related to suicide risk in sexual and gender minority people. I had one active NIH grant related to suicide risk in sexual minority people.  The grant provided me with support in excess of $600,000 over multiple years.  This grant has now been terminated.  This grant was an NIH K08 career development award. This award was the culmination of over 10 years of clinical and research training and experience. This award gave me protected time to complete intensive and specialized research training, which would prepare me to transition into a fully independent and federally funded investigator. I also have a pending, highly rated application for a larger "R01" grant pending with NIH that is

unlikely to move forward in the funding "pipeline," given its focus on sexual and gender minority people.

7.      My K08 grant focused on suicide, which is an urgent public health problem. More than 13 million Americans think about suicide every year, more than 1.5 million attempt suicide every year, and nearly 50,000 die by suicide every year. My grant's overarching aim was to understand what causes people to think about and attempt suicide. Developing a comprehensive understanding of what things lead to suicide risk helps researchers and clinicians understand how to more effectively prevent suicide. The grant was specifically studying suicide risk among sexual minority Americans (i.e., people whose sexual orientation is lesbian, gay, or bisexual) who live in rural areas of the United States. I focused on this specific subgroup of the population for three reasons. (1) Sexual minority people experience suicidal thoughts and behaviors 3–6 times more frequently than heterosexual people, and suicide is the leading cause of death among sexual minority adults. (2) Despite having high prevalence of suicidal thoughts and behaviors, sexual minority people are almost never included in suicide research. (3) Rural location is a social context that could uniquely impact suicide risk for sexual minority people. Suicide research rarely incorporates contextual variables. Understanding how context contributes to suicide risk has implications for how we can more comprehensively study—and prevent— suicide among many different groups of people, including but not limited to sexual minority people.

8.      This K08 grant was abruptly terminated on 3/21/25. The NIH states that the grant was terminated because it no longer aligns with agency priorities. The abrupt termination of this grant is, without exaggeration, the biggest professional setback an early-career investigator can

face. This termination effectively ends my ability to produce research that could contribute to saving lives. Specific details are provided below.

9.      Furthermore, the delay in grant review, renewals, and terminations severely impacts me and my lab and impairs important discoveries intended to reduce a leading cause of death among the populations I am studying. As of today, my most important and potentially impactful grant has been canceled and I have no real hope for future funding given the ideologically driven shutdown of the processes for awarding future research funding.

10.     **Canceling this grant is the abandonment of a program of research that addresses a life and death problem in a population that almost no one is studying.** I developed my program of research on suicide risk among sexual minorities because I realized that virtually no one was studying how or why sexual minority adults think about suicide or attempt suicide at an acute, clinically actionable timescale (over hours or days). Statistics show clearly why this is an important problem to be studying. Sexual minority people have 3–6 times higher prevalence of suicidal thoughts and behaviors compared to heterosexual people. *Suicide is the leading cause of death for sexual minority people.* And yet, sexual minority people are almost never included in studies assessing acute suicide risk. This is clearly an important gap, and I designed my K award's research and training aims to provide me with experiences that would make me uniquely prepared to fill this specific gap.

11.     I spent the last four years building my research program focused on acute suicide risk in sexual minority adults. I was on track for this research program to be highly successful but this cancelation and the ideological restriction of further research funding puts my entire research program at risk. This grant was funded after a competitive process that involved review by experienced scientists to test its proposed methodology and potential to advance important

understandings in behavioral health. The cancellation and the subsequent indication that similar research will not be funded due to ideological positions is an existential challenge to scientific research with established promise to save lives.

12.     To document that my research program was on track to be highly successful, my "K" award was funded on its first submission, and my first R01 application (which I have counted on to accelerate my research in this field) was scored on its first submission (which is an achievement, given that only the top 50% of grants are scored at each study section meeting). I resubmitted the R01 in March 2025. However, due to the current administration's abrupt shift away from funding health disparity research—including studies on sexual minorities, and despite the fact that suicide is the leading cause of death among sexual minorities—it is now unlikely that this R01 or any future grant on suicide in sexual minorities will be funded.  Since large-scale research depends on federal grants, I can no longer continue this vital work, despite its urgency and potential to save lives.

13.     In addition to critical support for the specific suicide-related research, the cancelled K grant provided $25,000 per year (for 4 years) for research and training to support my development as an independent investigator. I planned to use the funds to complete advanced courses in research, data analysis, and mixed methods. Without the award, I lack the resources for this training. I also now lack the resources to complete the research study I proposed. Without these experiences, my ability to pursue future suicide research is now severely limited.

14.     My grant was propelling scientific discovery of what leads people to think about and attempt suicide. Although the grant focused on sexual minority people, the data collected under the grant would have produced scientific discoveries relevant to all people, regardless of their sexual orientation.  **These scientific discoveries are now cumulatively delayed.**  Without

the award, I will employ fewer research personnel for a shorter duration. This will delay collecting the necessary and critical preliminary data for future grants. I anticipate that collecting this preliminary data will now take me approximately 10 years. In the next 10 years, roughly half a million Americans will die by suicide. This terminated grant's findings and scientific discoveries could have prevented some of these deaths.

15.    Employing fewer staff for shorter durations compounds delays in my lab's scientific discoveries, because a key task for an early-career investigator is to build a team who will help them carry out the lab's scholarship. A lab's first research personnel are critical for a lab's efficiency. The investigator thoroughly trains their first research staff, and over months and years the investigator and staff work in tandem to develop rigorous lab protocols and standard operating procedures. When it is time to expand research personnel, such as after securing a new grant, the existing and thoroughly trained staff play a primary role in searching for, hiring, training, and mentoring new staff. Although the investigator supervises the training and mentorship of new staff, the investigator spends significantly less time on these activities than they do when they are hiring initial staff. This means that the investigator now has more time to be analyzing data, publishing and disseminating findings.

16.    The award and my pending grant would have allowed continuity in my research personnel.  This continuity is now impossible for me to achieve. I currently have funds to support salary for one research staff member for one year. The award would have allowed me to support this staff's salary for at least two more years. Once I expend my current funds, I will have no research staff until I secure a new grant. This may take up to 10 years, given that I must abandon my current program of research, which is no longer fundable due to the administration imposing their ideological positions on science.  Once I secure a new grant, I will have to build my team

from the ground up again, taking significant time to hire and train personnel. The more time I

spend hiring and training, the less time I have for conducting my scholarship. The termination of

the award thwarts my ability to build my team and maintain my lab's foundation, which will

have compounding effects for my lab's scientific discoveries. Having the grant helped propel my

lab's science and team development.

17.    I had plans to hire one part-time research staff member to begin in Summer 2025.

With the grant's termination, I can now no longer hire for this position. Importantly, this type of

research position is often given to individuals who want to pursue a PhD in clinical psychology

but who need more research experience to be competitive for this type of graduate program.

Thus, not hiring research staff means fewer students will obtain the necessary full-time research

experience they need to be competitive for admission to clinical psychology PhD programs.

18.    Without me conducting large-scale federally funded research, I will attract and

train fewer clinical psychology PhD students because I will have less data to train them on and

no lab-provided funds to pay their stipends. This will lead to fewer researchers and licensed

psychologists entering the workforce—an especially serious issue given the current mental

health crisis in the U.S., where demand for psychological care far exceeds the supply of qualified

providers.

19.    Society has now lost the benefit of the science that my lab and staff would have

conducted.

### Reliance on NIH Funding

20.    In fiscal year 2024, my lab received funding through NIH to support one project,

totaling $155,264.  I received these funds under one grant, which would have run from

September 2024 to July 2028.

21.     Although this is a small amount relative to more senior investigators, this amount of funding for a new assistant professor is remarkable.

22.     There are no alternative funding sources to replace my terminated grant or the level of funding future NIH grants would have provided.

23.     My lab will employ its first worker beginning in June 2025. This worker would be funded partially through my NIH grant. I will be required to terminate this staff's employment after one year if the K award is not reinstated. As described above, the terminated award provided necessary and critical preliminary data for my future grants. Without the terminated award, I will be unable to secure new grants.  No new grants means no funding to maintain staff. I also have PhD students who work in my lab who are relying on the lab's NIH-funded work to complete their own research and earn their degrees.  Their training will be substantially impacted without NIH funding.

24.     Through the peer review process, grant applications are given a score and sometimes assigned a percentile as well.  If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.  What constitutes a fundable score is dependent on several factors as every institute or center, sometimes referred to as an "IC," is different. Some publish paylines, meaning the percentiles of grants they will fund, and some do not. Paylines range from 8-20%. I would consider a percentile less than 10% as highly likely to receive funding.

25.     In my experience, termination of an active grant is also extremely rare and I have never had a grant terminated. To my knowledge, they have only occurred in cases of serious scientific or budgetary misconduct, and typically with prior notice and multiple opportunities to respond and correct any underlying issues.

**Irregularities in Grant Terminations**

26.     As noted above, in late March, I received a communication from NIH purporting

to terminate the grant because it does not "effectuate agency priorities."  It went on to state "This

award no longer effectuates agency priorities. Research programs based on gender identity are often

unscientific, have little identifiable return on investment, and do nothing to enhance the health of many

Americans. Many such studies ignore, rather than seriously examine, biological realities. It is the policy of

NIH not to prioritize these research programs."  Beyond this assertion, the letter did not include any

explanation on what those new agency priorities are, or why my project specifically no longer

furthers those priorities.  The implication that my study is one that "ignores biological realities"

is scientifically baseless.  It is an indisputable fact that my study was funded only after a

vigorous review by seasoned scientists and was, of necessity, based on a rigorous review of prior

scientific discoveries. There is no serious question that sexual minorities constitute at least 10%

of the United States' population and unchallenged scientific research published in the most

prestigious scientific journals, has, for decades, established the fact that members of this

population are at vastly greater risk of suicide attempts and death by suicide.[1]

---

[1] See., e.g., Chum, A., Kim, C., Nielsen, A., Dusing, G. J., O'Campo, P., Matheson, F. I., Barker, L., Vigod, S., Ling, V., Fung, K., & Kennedy, S. (2023). Disparities in suicide-related behaviors across sexual orientations by gender: A retrospective cohort study using linked health administrative data. *American Journal of Psychiatry, 180,* 660–667. doi: 10.1176/appi.ajp.20220763; Lynch, K. E., Gatsby, E., Viernes, B., Schliep, K. C., Whitcomb, B. W., Alba, P. R., DuVall, S. L., Blosnich, J. R. (2020). Evaluation of suicide mortality among sexual minority US Veterans from 2000 to 2017. *JAMA Network Open, 3:* e2031357. doi: jamanetworkopen.2020.31357; Salway Hottes, T., Bogaert, L., Rhodes, A. E., Brennan, D. J., & Gesink, D. (2016). Lifetime prevalence of suicide attempts among sexual minority adults by study sampling strategies: A systematic review and meta-analysis. *American Journal of Public Health, 106,* e1–e12. doi: 10.2105/AJPH.2016.303088.

27.     It should also be noted that my grant was not a research study based on gender identity. My grant focused on sexual orientation (which is distinct from gender identity), and specifically included participants whose sexual orientation was lesbian, gay, or bisexual (i.e., sexual minorities). Thus, the stated reason or the termination is not applicable to my grant.

28.     From the context, and by comparison to grants of other psychologists I work with that were not cancelled, I am informed and believe that the reason NIH has cancelled my K08 grant is because it includes a focus on sexual minorities. I am deeply troubled that this determination is based solely on ideology.

29.     It is unfathomable that the Agency would explicitly reject and no longer consider suicide research with sexual minorities to be among Agency priorities. Suicidal thoughts and behaviors are highly prevalent in sexual minorities, and much higher than in heterosexuals. Scientific evidence is incredibly clear about this. Sexual minorities' increased suicide risk is very real and very devastating. I cannot conceive of a logical scientific reason why research studying suicide in a population known to have very high prevalence of suicide would be rejected and not among agency priorities. I was not referred to any new policy statement or regulation that described the new agency priorities.

30.     My understanding is that NIH's purpose is to conduct and support biomedical and behavioral research for the entire population, research training, and the dissemination of health information. My project advances those goals by advancing our scientific understanding of life-threatening risks in a vulnerable population.

**Impacts from NIH Funding Terminations and Delays and Irreparable Harm**

31.     Due to the delays and funding uncertainty, I have been forced to suspend hiring and reduce research staff hours, which risks the loss of key lab personnel who may be forced to seek other employment due to these cuts.

32.     Students working in my lab who are relying on research conducted there to obtain their PhDs are likely to see years of delay in their progression and career development.

33.     There is no way to recover the lost time, research continuity, or training value once disrupted.

**Conclusion**

34.     The breakdown in NIH processes is affecting my lab, my staff, my research, my career, and those individuals who stand to benefit from my research.  The termination of my grant and citing reasons that are not applicable to the grant, with no explanation or remedy, is undermining my confidence in the system and making it harder to secure talent needed to continue effective research efforts.  These harms are ongoing and, in many instances, irreparable.

_____
Lauren Forrest, PhD

Date:  4/12/2025

11