EXHIBIT 58

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS; et al.,

*Plaintiffs,*

v.

ROBERT F. KENNEDY, JR., et al.,

*Defendants.*

No. 1:25-cv-10814-BEM

**DECLARATION OF RICHARD TANKERSLY**

I, Richard Tankersley, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Vice President for Research and Graduate Studies of Portland State University. I am familiar with the information in the statements set forth below either through personal knowledge, in consultation with Portland State University staff, or from documents that have been provided to and reviewed by me.

2. I submit this Declaration in support of the States' Motion for Temporary Restraining Order.

**Professional Background**

3. I am the Vice President for Research and Graduate Studies at Portland State University. I joined Portland State University in August 2023 and currently serves as the Vice President for Research and Graduate Studies. Prior to this role, I was the Vice Chancellor for Research and Economic Development at UNC Charlotte, where I focused on expanding research capacity. For more than 30 years, I have held faculty and research positions at institutions such as

Gonzaga University, the University of Maryland Baltimore County and the Florida Institute of Technology. I hold a Ph.D. in biology from Wake Forest University.

4. Portland State University's statutory mission is to provide students with access to a top-tier education as a key driver of economic and social mobility, a source of growth for the diverse communities in the region and a catalyst for social progress, to provide research that generates knowledge value essential for Oregon's economic growth, and to engage the professional expertise of its faculty to solve social problems.

5. Portland State University has a single campus with approximately 15,885 undergraduates and 4,585 graduate students enrolled in Fall 2024. In Fall 2024, Portland State University employed approximately 5,212 employees including research and instructional faculty, academic professionals and managers, administrators, classified staff and student employees.

6. I am providing this declaration to explain the impacts of NIH's delay and/or cancellation of study sections. NIH's abrupt cessation of NIH Advisory Council meetings in February 2025 has created a situation whereby grant proposals due for funding have remained unfunded indefinitely. These are grants that had previously been evaluated by the relevant scientific peer-review committee or "study section" (also known as scientific review group, initial review group) and given a priority score (based on scientific merit) that traditionally is within a range that would result in the awarding of the grant funds. These ranges are based on the recent history of similar grants funded by the same institute/center within NIH.

7. The NIH meeting blockade severely impacts Portland State University by creating uncertainty in the future of all of our current awards and pending proposals, leading to a decrease in talented graduate student acceptances, the loss of current talented staff due to delays in

funding decisions for new awards and/or renewals, and a decrease in funding for programs which train future STEM scientists and directly contribute high quality employees to the workforce.

**Reliance on NIH Funding**

8. Portland State University received funding through the National Institutes of Health ("NIH") to support thirty-five (35) active projects, with $4,677,130 incrementally funded directly to us as primary recipient for fiscal year 2024, of $42,573,132 in overall obligated funds. Twenty-one (21) of the awards were funded directly to PSU from NIH, fourteen (14) were funded through subaward agreements from other institutions.

9. Portland State University receives NIH grants across a variety of institutes encompassed within the NIH, including NCCIH, NIAID, NIDA, NIDCD, NIEHS, NIGMS, and NIMH.

10. Through those NIH grants, over the past year Portland State University funded fifty-five (55) researchers, including twenty-one (21) Graduate Research Assistants and undergraduate students.

11. The work done by Portland State University on NIH funded projects provides research, education and training in Biomedical Sciences, Speech & Hearing Sciences, Biology, Public Health and Health Sciences, Mathematics, Chemistry, Psychology, Social Sciences, and other programs.

12. Portland State University provides considerable employment benefits in the Science, Technology, Engineering and Mathematics ("STEM") workforce to the Oregon economy.

**Typical Timeline and Processes for NIH Grant Awards**

13. The Sponsored Projects and Administration Office at Portland State University works with researchers to submit grant applications and tracks grant applications and awards.

14. Based on my work as Vice President for Research and Graduate Studies at Portland State University and my work as Vice Chancellor for Research and Economic Development at UNC Charlotte, I have an understanding of the NIH grant process.

15. NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity ("NOFO"). From there, they are assigned to a "study section" where the grant application is subjected to peer review and judged on its scientific merit. The grant application is then given a score. If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.

16. What constitutes a fundable score is dependent on several factors as every institute, sometimes referred to as an "IC," is different. Some publish paylines, meaning the percentiles of grants they will fund, and some do not. Paylines range from 8-20%. Most of the standing study sections result in an impact score and percentile for each proposal, but many others (special emphasis and non-CSR) will only result in an impact score, but not percentile. Program officers have latitude to recommend proposals with higher scores/percentiles in order to balance portfolios and meet specific directives. Generally, researchers would consider a percentile less than 10% as guaranteed to receive funding.

17. After the study section, the grant application is sent to an "advisory council" where the ultimate decision on whether or not to fund the grant is made. After the advisory council meets, a Notice of Award is issued confirming whether or not the grant will be funded.

18. The process for competitive renewals is very similar, but it is even more consistent for a grant that has been funded in the past to be renewed.

19. The budget process at Portland State University relies upon the NIH grant application, review, and approval cycle. Historically, we have relied on grants being reviewed and scored within nine (9) months of submission.

20. Once a grant receives a score, Portland State University is able to plan on whether to include the funding coming from that grant as part of its budget for the coming year.

**Delays and Irregularities in the Processing of NIH Grant Applications**

21. Since late January 2025, Portland State University has seen an unusual number of delays in the processing of NIH grant applications. Researchers have had their grant application study sections and advisory councils be canceled or otherwise not scheduled, and grant application scoring has been significantly delayed.

22. Portland State University has not received formal notice of changes for many of these grants.

23. As of April 10th, 2025, Portland State University has approximately two proposals totaling $3,440,899 awaiting NIH study section review.

24. As of April 10th, 2025, Portland State University has three proposals totaling $2,252,492 that received possibly fundable scores, awaiting NIH advisory council and Notice of Award.

**Terminations of NIH Grants**

25. Since January 20th, 2025, Portland State University has had two NIH grants terminated.

26. The terminations received as of April 10th, 2025 are attached hereto as Exhibits A and B.

27. These terminations will result in the loss of $1,427,853 in research money to Portland State University.

28. The termination notices for these grants have provided very little to explain the termination, instead noting that the research no longer "effectuates agency priorities" or "due to changes in NIH/HHS priorities, the [ ] program has been terminated." In my approximate 5 years, and 8 months time serving in leadership roles at both Portland State University and UNC Charlotte, I have not seen this language previously used to cancel grants.

29. The termination notices have also stated that there is no corrective action that can be taken to ensure the grant aligns with agency priorities. However, prior to receipt of the termination, Portland State University had not been given notice of any opportunity to submit any "corrected" grant materials to align with agency priorities. Nor was Portland State University provided with any updated "agency priorities" with which its research must align.

30. As of April 10th, 2025, the two terminated grants both fund undergraduate training programs. U-RISE (Exhibit A) provides five cohorts of students two years of intensive research training that includes mentorship, professional development workshops and financial support to prepare historically underserved undergraduates in biomedical research careers to enter PhD programs in biomedical disciplines. To date, 15 students in Cohorts 1 and 2 have completed the program and 8 students in Cohort 3 are set to complete in spring term, now supported by bridge funding from Portland State University's limited reserves. Another 16 students in Cohorts 4-5 were anticipated to have completed the program if it had not been terminated early. The early termination will result in the loss of a second year of research for 8

students in Cohort 4, and the complete loss of training to 8 students in Cohort 5. A second program, Bridges to Baccalaureate (Exhibit B), provided research training and academic support to enable community college students interested in biomedical research careers to transfer to Portland State University to complete their Bachelor's of Science or Bachelor of Arts degrees. Due to the early termination of this grant Portland State University has been forced to use limited reserves to support 8 students through summer and has rescinded offers to 8 trainees planning to transfer in Fall 2025 who had expected to participate in research placement, receive tuition remission and be paid monthly stipends to perform research.

**Comparisons Across Administrations**

31. In prior years, under both Democratic and Republican administrations, our institution never experienced this volume of unexplained delays or procedural breakdowns.

32. Renewals were routine and predictable. This year, even long-standing, high-performing programs are in limbo.

33. Terminations were exceedingly rare and followed due process. The current approach is without precedent in our experience.

**Impact on Institutional Operations**

34. These delays and terminations are forcing Portland State University to lose talented research staff. For example, Portland State University lost one researcher whose continued employment was dependent on a timely award decision because Portland State University is unable to implement bridge funding due to a lack of discretionary reserves. Our grants that were terminated early will result in several staff having to be moved to other projects short term, but we do not have long-term funding to support their positions after June 2025.

35. Early terminations of active awards during the academic year have forced us to use limited discretionary reserves to help undergraduate students finish out their term. We will not have funds available to run these valuable programs in the future.

**Admissions, Training and Workforce Disruptions**

36. Portland State University uses the information regarding NIH grant applications and award rates to inform its admissions process, particularly at the graduate student level.

37. Portland State University is seeing a reduction in some STEM program graduate applicants, and faculty are soliciting fewer new students due to uncertainty over incoming grant funding because of the delays in reviewing and awarding grants by NIH.

38. Portland State University is being forced to reduce the number of undergraduate STEM students we provide support for. We have been forced to rescind scholarships and stipends to 16 new undergraduate students (8 U-RISE and 8 Bridges to Baccalaureate) who had been accepted and an additional 8 (U-RISE) will be unable to complete their final year of the program due to a loss of funding.

39. This instability is affecting the recruitment and retention of quality research trainees. The inability to retain quality research trainees will have continuing effects on the research capabilities of Portland State University, including by limiting the individuals qualified to conduct certain research.

**Concerns About FY25 Funds Being Obligated**

40. We are increasingly concerned that NIH will not be able to process and obligate FY25 funds by the end of the fiscal year in September.

41. Several major proposals from our institution remain stuck at preliminary review stages, with no indication that the required advisory reviews or notices of award will occur in time.

42. Our research administration staff have received informal feedback from NIH indicating that proposals that focus on certain topic areas are being slowed due to "heightened scrutiny" or "internal concerns."

**Irreparable Harm**

43. The delays have disrupted ongoing research, as well as setting back Portland State University for research going forward. Funding gaps have forced researchers to abandon studies, miss deadlines, or lose key personnel.

44. For tenure-track faculty, NIH funding is often central to tenure and promotion criteria. Delays and cancellations are disrupting research timelines and publication pipelines, putting these faculty at risk of not meeting tenure benchmarks through no fault of their own.

45. Ongoing disruptions may cause Portland State University to miss critical deadlines for progress reports, budget justifications, or final deliverables, which could in turn make faculty or the institution ineligible for future NIH or related funding opportunities, compounding the long-term harm.

46. Uncertainty around future funding impacts our ability to project existing employee retention and student research assistant retention or recruitment efforts. Additionally, it limits our ability to accurately project indirect (Facilities and Administrative) cost returns for our research administration operations, forcing us to consider future layoffs.

47. Delays have also disrupted community services, student opportunities, and public programs.

48. In many cases, there is no way to recover the lost time, research continuity, or training value once disrupted.

**Conclusion**

49. The breakdown in NIH processes is affecting institutional operations, planning, and public health partnerships. Terminations and delays with no explanation or remedy are undermining confidence in the system. These harms are ongoing and, in many instances, irreparable.

50. These disruptions undermine the very mission of Portland State University as a public research institution committed to advancing knowledge, supporting community well-being, and promoting social mobility through research-driven education. They also erode public trust in federally funded research systems.

51. The harm from these actions is not merely immediate. Each delay or cancellation sets off a cascading effect, stalling future proposals, discouraging promising students and faculty from pursuing NIH-funded careers, and dissuading collaborators from partnering with us in the future.

Signed by:

Richard Tankersley

6894C5496E724C1...

Richard Tankersly, PhD
Vice President for Research and Graduate Studies,
Portland State University

Date: April 11, 2025

# EXHIBIT A

Kathleen Choi <kchoi@pdx.edu>

## Information regarding URISE award

**Rosenzweig, Justin (NIH/NIGMS) [E]** <rosenzwj@nigms.nih.gov> Thu, Mar 27, 2025 at 11:00 AM
To: "kchoi@pdx.edu" <kchoi@pdx.edu>

RE: T34 GM141989-04

Contact PI: KELLER, THOMAS E

Organizational Representative KATHLEEN CHOI,

NIH is currently undergoing a process to assess whether pending awards perpetuate current agency priorities. You are advised to cease project activities as of the current budget period end date of 3/31/2025. Further, please reconcile expenditures with disbursements in the Payment Management System as soon as possible but no later than 4/4/2025, for project activities that occurred through 3/31/2025. Additionally, please amend all active appointments in xTrain to end as of 3/31/2025.

Sincerely,

Justin Rosenzweig

Grants Management Team Leader, GAB

National Institute of General Medical Sciences, NIH/DHHS



DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

National Institutes of Health
National Institute of
General Medical Sciences
Bethesda, Maryland 20892-6200

http://www.nigms.nih.gov

April 2, 2025

Kathleen Choi
Portland State University
kchoi@pdx.edu

Dea Kathleen Choi:

Funding for Project Number **5T34GM141989-04** is hereby terminated pursuant to the 2024 National Institutes of Health ("NIH") Grants Policy Statement,[1] and 2 C.F.R. § 200.340(a)(2). This letter constitutes a notice of termination.[2]

The 2024 Policy Statement applies to your project because NIH approved your grant on April 1, 2024 and "obligations generally should be determined by reference to the law in effect when the grants were made."[3]

The 2024 Policy Statement "includes the terms and conditions of NIH grants and cooperative agreements and is incorporated by reference in all NIH grant and cooperative agreement awards."[4] According to the Policy Statement, "NIH may … terminate the grant in whole or in part as outlined in 2 CFR Part 200.340."[5] At the time your grant was issued, 2 C.F.R. § 200.340(a)(2) permitted termination "[b]y the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

This award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, it is the policy of NIH not to prioritize such research programs.

Although "NIH generally will suspend (rather than immediately terminate) a grant and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision,"[6] no corrective action is possible here. The premise of this award is incompatible with agency priorities, and no modification of the project could align the project with agency priorities.

[1] https://grants.nih.gov/grants/policy/nihgps/nihgps.pdf.
[2] 2 C.F.R. § 200.341(a); 45 C.F.R. § 75.373
[3] *Bennett v. New Jersey*, 470 U.S. 632, 638 (1985).
[4] 2024 Policy Statement at IIA-1.
[5] *Id.* at IIA-155.
[6] 2024 Policy Statement at IIA-156.

Costs resulting from financial obligations incurred after termination are not allowable.[7] Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed by 2 C.F.R. §§ 75.381-75.390. NIH will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[8]

**Administrative Appeal**

You may object and provide information and documentation challenging this termination.[9] NIH has established a first-level grant appeal procedure that must be exhausted before you may file an appeal with the Departmental Appeals Board.[10]

You must submit a request for such review to Matthew J. Memoli, M.D., M.S., Acting Director, NIH no later than 30 days after the written notification of the determination is received, except that if you show good cause why an extension of time should be granted, Dr. Memoli may grant an extension of time.[11]

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.[12]

---

[7] *See* 2 C.F.R. § 200.343 (2024).
[8] 2 C.F.R. § 200.341(c); 45 C.F.R. § 75.373(c)
[9] *See* 45 C.F.R. § 75.374.
[10] See 42 C.F.R. Part 50, Subpart D.
[11] *Id.* § 50.406(a).
[12] *Id.* § 50.406(b).

# EXHIBIT B

**Jennifer Ward <jenward@pdx.edu>**

## Fwd: NIGMS Funding Update

**Thomas Keller** <kellert@pdx.edu> Wed, Apr 2, 2025 at 12:49 PM
To: Annie Lindgren <arl3@pdx.edu>, Dawn Boatman <dboatman@pdx.edu>
Cc: Rick Tankersley <rtankers@pdx.edu>, Jennifer Ward <jenward@pdx.edu>, Kathleen Choi <kchoi@pdx.edu>, Kay Logan <kay.logan@pdx.edu>

Hi Annie & Dawn,

We've just received notice regarding the B2B program. It looks like we can continue through the end of the current grant year (July 31).

Please let me know if you would like to meet to discuss this latest development.

Thank you,
Tom

---------- Forwarded message ---------
From: **Gibbs, Kenneth (NIH/NIGMS) [E]** <kenneth.gibbs@nih.gov>
Date: Wed, Apr 2, 2025 at 10:13 AM
Subject: NIGMS Funding Update
To: kellert@pdx.edu <kellert@pdx.edu>

Re: GM147664-03

Dear Dr. Keller,

I am writing to let you know that due to changes in NIH/HHS priorities, the **Bridges to the Baccalaureate** program has been terminated. Your institution can continue to draw funds on any active award for allowed costs that are within scope and consistent with the Grants Policy Statement. Further awards will not be made, and NIGMS will not permit no-cost extensions. We advise against recruiting future cohorts.

NIGMS grants management will follow up if there is any specific information or action needed regarding your award. For additional information regarding funding opportunities that NIGMS supports, see NIGMS TWD Webpage: https://www.nigms.nih.gov/training/Pages/TWDPrograms.

If you have specific follow up questions, please email nigmstrainingmail@nigms.nih.gov and include your grant number.

**Kenneth D. Gibbs, Jr., PhD, MPH**
Director, Division of Training and Workforce Development
National Institute of General Medical Sciences
National Institutes of Health