# EXHIBIT 59

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> *Defendants.* | No. 1:25-cv-10814-BEM <br> _____ |

**Declaration of Vice President Anshuman Razdan, Ph.D.**

I, Anshuman Razdan, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Vice President for Research and Innovation of The University of Oregon. I have personal knowledge of the facts set forth in this declaration, and if required to testify, would and could competently do so. I submit this Declaration in support of the States' Motion for Preliminary Injunction.

**Professional Background**

2. I am the Vice President for Research and Innovation at the University of Oregon ("UO") in Eugene, Oregon. I have held that position since July 1, 2022, and I also hold a tenured full professor position in the Department of Computer Information Science at UO. Previously, I was the Associate Vice President for Research at the University of Delaware (2016 – 2022) and held faculty and administrative positions at Arizona State University (1996 – 2016).

1

3. UO's statutory mission is to strive for excellence in education, research, clinical practice, scholarship and community service while maintaining compassion, personal, and institutional integrity and leadership in carrying out its missions.

4. The University of Oregon has two campuses, one in Eugene and one in Portland, with over 24,000 enrolled students, which employs roughly 1,000 people on federal research projects. UO has over 200 employees that support the research enterprise. I am providing this declaration to explain the impacts of NIH's delay and/or cancellation of study sections. NIH's abrupt cessation of NIH Advisory Council meetings in February 2025 has created a situation whereby grant proposals due for funding have remained unfunded indefinitely. These are grants that had previously been evaluated by the relevant scientific peer-review committee or "study section" (also known as scientific review group, initial review group) and given a priority score (based on scientific merit) that traditionally is within a range that would result in the awarding of the grant funds. These ranges are based on the recent history of similar grants funded by the same institute/center within NIH.

5. The NIH meeting blockade severely impacts the University of Oregon by delaying and terminating funding that is vital to the University's mission, particularly the focus on excellence in education and research. Due to the blockade, we are having to pause research hires and faculty are waitlisting graduate students, depriving those students of exposure and training in research.

**Reliance on NIH Funding**

6. In fiscal year 2024, the University of Oregon expended $54 million of funding through the National Institutes of Health ("NIH") to support over 250 projects.

7. The University of Oregon receives NIH grants across a variety of institutes encompassed within the NIH, including, National Human Genome Research Institute (NHGRI), National Institute of Allergy and Infectious Diseases (NIAID), National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS), National Institute of Child Health and Human Development (NICHD), National Institute of General Medical Sciences (NIGMS), National Institute of Neurological Disorders and Stroke (NINDS), National Institute of Mental Health (NIMH), National Cancer Institute (NCI), National Institute on Aging (NIA), National Institute on Drug Abuse (NIDA), National Institute on Deafness and Other Communication Disorders (NIDCD), National Institute of Neurological Disorders and Stroke (NINDS), National Center for Advancing Translational Sciences (NCATS), National Institute of Biomedical Imaging and Bioengineering (NIBIB), and National Eye Institute (NEI).

8. Through those NIH grants, UO funds approximately 150 researchers and supports approximately 100 graduate students.

9. The work done by the University of Oregon on NIH funded projects provides education and training in fundamental life sciences, biomedical research, behavioral health and biomedical engineering. NIH-funded investigators at the University of Oregon have a demonstrated track record of high impact publication and dissemination of discoveries enabled by active NIH grants, as well as significant community partnerships with schools, mental and community health agencies, and medical schools. The University of Oregon provides considerable employment benefits in the Science, Technology, Engineering and Mathematics ("STEM") workforce to the Oregon economy, both through direct employment of researchers, but also contributions to new small business growth and associated jobs through spinout companies emerging from innovations at the University.

**Typical Timeline and Processes for NIH Grant Awards**

10. The Sponsored Projects Services office at the University of Oregon works with researchers to submit grant applications and tracks grant applications and awards.

11. Based on my work as Vice President for Research and Innovation, I have an understanding of the NIH grant process based on my three years in the role. Further, I have been a researcher and held other research-focused administrative positions which provides me with almost 30 years of experience with NIH processes.

12. NIH grant applications are typically submitted via NIH's online portal, often in response to a Notice of Funding Opportunity ("NOFO"). From there, they are assigned to a "study section" where the grant application is subjected to peer review and judged on its scientific merit. The grant application is then given a score. If the grant receives what is called a "fundable score," there is a high probability that the grant will be funded.

13. What constitutes a fundable score is dependent on several factors, as every institute, sometimes referred to as an "IC," is different. Some publish paylines, meaning the percentiles of grants they will fund, and some do not. Paylines range from 8-20%. Most of the standing study sections result in an impact score and percentile for each proposal, but many others (special emphasis and non-CSR) will only result in an impact score, but not percentile. Program officers have latitude to recommend proposals with higher scores/percentiles in order to balance portfolios and meet specific directives. Generally, researchers would consider a percentile less than 10% as guaranteed to receive funding. In addition, competitive proposals submitted by Early-Stage Investigators are prioritized, so may be considered for funding even if outside the typical payline or impact score given the NIH's desire to support early career scholars. After the study section, the grant application is sent to an "advisory council" where the

ultimate decision on whether to fund the grant is made. After the advisory council meets, a Notice of Award is issued confirming whether or not the grant will be funded.

14. The process for competitive renewals is very similar, but it is even more consistent for a grant that has been funded in the past to be renewed.

15. The budget process at University of Oregon relies upon the NIH grant application, review, and approval cycle. Historically, we have relied on grants being reviewed and scored within nine months of submission.

16. Once a grant receives a score, faculty at University of Oregon are able to consider whether the grant will likely be able to fund the students and staff in their lab. Additionally, the University of Oregon will use the negotiated reimbursement for "indirect costs" associated with the likely award as part of the budget to support the research infrastructure.

**Delays and Irregularities in the Processing of NIH Grant Applications**

17. Since late January 2025, the University of Oregon has seen an unusual number of delays in the processing of NIH grant applications. Researchers have had their grant application study sections and advisory councils canceled or otherwise not scheduled, and grant application scoring has been significantly delayed. Advisory councils were cancelled and have not been rescheduled until late April, May, and June. The University of Oregon has not received formal notice of changes for the majority of these grants. For others, UO has gotten only a notification that proposals are "paused" or "under review."

18. As of April 10, 2025, the University of Oregon has 12 proposals totaling $36,562,025 that received fundable scores, awaiting NIH advisory council and Notice of Award.

**Terminations of NIH Grants**

19. As of April 11, 2025, the University of Oregon has had six NIH grants terminated.

20. These terminations will result in the loss of approximately $2.7 million in research money to UO.

21. The termination notices for these grants have provided very little to explain the termination, instead noting that the research no longer "effectuates agency priorities." In my almost ten years working at UO and University of Delaware, I have not seen this language previously used to cancel grants.

22. The termination notices have also stated that there is no corrective action that can be taken to ensure the grant aligns with agency priorities. However, prior to receipt of the termination, the University of Oregon had not been given notice of any opportunity to submit any "corrected" grant materials to align with agency priorities. Nor was the University of Oregon provided with any updated "agency priorities" with which its research must align.

23. As of April 11th, we have received 8 termination notices, of which 6 are still in effect: A) Two termination notices were received for graduate fellowships funded via the Ruth L. Kirschstein National Research Service Award (NRSA) Individual Predoctoral Fellowship to Promote Diversity in Health-Related Research. These fellowships are designed to provide funding for research education and mentorship and facilitate the success of future NIH independent researchers. The project titles for these grants are "The Development of Novel Anion Receptors for Reactive Sulfur, Oxygen, and Nitrogen Species" and "Fibroblast-lineage cell state transitions during zebrafish fin regeneration." No other active F31 NRSA awards at UO received termination notices. B) A termination notice was received for the UO PREP Program, funded via the Postbaccalaureate Research Education Program (R25) mechanism. The intent of this program is to empower postbaccalaureate students to achieve their academic and professional goals by using a multifaceted, mentored educational framework that allows students

6

to build and develop core competencies in experimental knowledge and inquiry, professional skills, and scientific identity. C) A termination notice was received for an award made via the Mentored Clinical Scientist Research Career Development Award mechanism (K08). The project, "Predicting acute and dynamic suicide risk in rural sexual minorities," aims to reduce current significant disparities in suicidal thoughts and behaviors among rural sexual minorities, who experience a disproportionate burden of suicidal thoughts and behaviors, often reside in high-stigma environments, and have limited access to healthcare resources. D) A termination notice was received for a subaward at the UO for an R01 NIH grant to the Center for Innovative Public Health Research for, "Transcendent Health - Adapting an LGB+ inclusive teen pregnancy prevention program for transgender boys." This study is designed to develop a text message program to prevent pregnancy in adolescent transgender boys and other gender diverse youth assigned female at birth across the United States. E) a termination notice was received for a diversity supplement on a R01, titled "Computational roles of inhibition in human action control." This supplement provided support for a graduate student to work on the project which characterizes physiological and neurochemical contributions to the neural computations underlying human motor behavior and understands how disease-related disruption of these mechanisms contributes to motor impairments.

**Comparisons Across Administrations**

24. In prior years, under both Democratic and Republican administrations, our institution never experienced this volume of unexplained delays or procedural breakdowns.

25. Renewals were routine and predictable. This year, even long-standing, high-performing programs are in limbo.

26.     Terminations were exceedingly rare and followed due process. The current approach is without precedent in our experience.

**Impact on Institutional Operations**

27.     UO does not have an available endowment or other sources of funds to provide significant bridge funding for the researchers impacted by funding delays and terminations. This will result in smaller research labs of associate faculty and prevent career development and growth of young faculty. Any bridge funding support that UO is able to provide to researchers will prevent the use of these funds for any other purpose, including other planned improvements to our programs and research.

28.     We have paused start-up funding for new hires whose research programs depend on timely NIH awards. This includes several new hires we had provided offer letters to and for whom the University of Oregon had taken steps to prepare for their arrival.

**Effect on Public-Facing or State-Supported Programs**

29.     Our institution operates multiple programs funded by NIH that directly partner with and/or generate data that is directly used by K-12 schools, community health agencies, mental health clinics, and other public-facing initiatives, primarily in the state of Oregon (although faculty have partners across the country). For example, one pending P50 grant (that was submitted in May 2024, reviewed with a fundable score, and should have been considered for funding at a council in January 2025) seeks to increase scientific understanding, public awareness, and delivery of effective school-based interventions that prevent and reduce mental health distress during early adolescence.

**Admissions, Training and Workforce Disruptions**

30. UO uses information regarding NIH grant applications and award rates to inform its admissions process, particularly at the graduate student level.

31. This 2025 admission year, UO's Division of Graduate Studies has rescinded 55 not-yet-accepted offers of admission and funding to doctoral applicants in chemistry and biology; the University would primarily use NIH money to fund these students. This number is expected to rise as the current administration cuts more federal funding. Despite a 17.5% increase in submitted graduate program applications (master's and doctoral), the number of doctoral admissions offers at UO has decreased by approximately 50%.

32. NIH training grants, including T32 and F31 mechanisms, have been affected by review and award delays. These training grants are designed to provide resources to institutions so they can train individuals in certain shortage areas (T32 grants), as well as support through predoctoral dissertation research (F31 grants). The University of Oregon currently has two T32 proposals that, under typical timelines prior to January 2025, should have progressed to study section or advisory council. These awards fund several graduate positions. Thus, the delay in funding or award impacts the number of graduate positions participating departments can feasibly recruit for.

33. This instability is affecting the recruitment and retention of quality research trainees. The inability to retain quality research trainees will have continuing effects on the research capabilities of the University of Oregon, including by limiting the individuals qualified to conduct certain research.

**Concerns About FY25 Funds Being Obligated**

34. We are increasingly concerned that NIH will not be able to process and obligate FY25 funds by the end of the fiscal year in September.

35. Several major proposals from our institution remain stuck at preliminary review stages, with no indication that the required advisory reviews or notices of award will occur in time.

36. Our research administration staff have received informal feedback from NIH indicating that certain topic areas are being slowed due to "heightened scrutiny" or "internal concerns."

**Irreparable Harm**

37. The delays have disrupted ongoing research, as well as setting back the University of Oregon for research going forward. Funding gaps have forced researchers to abandon studies, miss deadlines, or lose key personnel, including graduate students.

38. Some of these studies involve the use of animal test subjects, all of which would need to be terminated due to loss of funding and would require destruction of colonies of animals, an expense which will have to be borne by UO, and loss of research done so far. When the projects finally get funded, they will have to start from scratch.

39. Delays have also disrupted community services, student opportunities, and public programs. We have had at least five researchers report they have waitlisted or not hired graduate students because they haven't received the funding they expected by now. They cite concerns about training graduate students and post-docs, and one post-doc reported to UO that she will pursue a career outside of research.

40. In many cases, there is no way to recover the lost time, research continuity, or training value once disrupted.

## Conclusion

41.     The breakdown in NIH processes is affecting institutional operations, planning, and public health partnerships. Terminations and delays with no explanation or remedy are undermining confidence in the system. These harms are ongoing and, in many instances, irreparable.

_____
Anshuman Razdan, Ph.D.

Date:  April 13, 2025