# EXHIBIT 60

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>       *Plaintiffs,*<br><br> v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>       *Defendants.* | No. 1:25-cv-10814-BEM |

**SUPPLEMENTAL DECLARATION OF BETHANY D. JENKINS**

  I, Bethany D. Jenkins, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

  1. I am the Vice President for Research and Economic Development and Professor of Cell and Molecular Biology at the University of Rhode Island. I have personal knowledge of the facts set forth in this declaration, and if required to testify, would and could competently do so.

  2. I submit this Supplemental Declaration in support of the States' Motion for a preliminary injunction.

**Professional Background**

  3. I am the Vice President for Research and Economic Development and Professor of Cell and Molecular Biology at University of Rhode Island. As the Vice President for Research and Economic Development I help our community receive competitive federal awards that augment significant investments made by the State of Rhode Island in URI as our State's flagship land and sea grant university.

  4. University of Rhode Island's mission is one as a student-centered research institution, that actively partners with other organizations globally and locally to advance knowledge and to develop

1

informed residents and leaders. URI is committed to high-quality education, community engagement, and solving the world's most important challenges. Situated on the traditional land and territories of the Narragansett Nation and the Niantic People, URI strives to create a diverse and inclusive environment for researchers, teachers, learners, and community members.

5. University of Rhode Island has three campuses throughout the state of Rhode Island, that serve approximately 14,000 undergraduate students and approximately 3,000 graduate students.

6. I am providing this supplemental declaration to document the impacts of NIH grant delays on the University of Rhode Island.

**Delays of NIH Grants**

7. NIH has delayed the release of already approved funds to URI.

8. URI has sought guidance and information from the NIH as to when the funds will be released. As of the date of this declaration, URI has not received this guidance.

9. NIH has not yet released the funding for a grant "Interplay of affect and physiology in the real-time prediction of return to use during community reintegration of substance users (5R01DA058636-02). Funding was expected 2/28/2025. The project aims to prevent return to substance use as it follows community reintegration following residential substance use disorder treatment, which is a critically vulnerable time that is characterized by high rates of return to use. The research uses cutting-edge technologies to identify time-sensitive proximal predictors of return to use during community reintegration. When NIH was contacted with regards to when the University can expect funding, we received the message from the agency "[w]e are waiting for guidance." In addition to the salary support to the early career investigator, delays in funding to this award impact continued work with human subjects as they receive payments for their time. These delays mean that URI cannot issue payments to our sub-awarded institutions: Brown University, University of Connecticut Health Center, Rutgers University and The Providence Center (Lifespan). Delayed funding also impacts URI's ability to pay key research personnel including graduate students and undergraduates.

10. The delay in these funds has harmed URI by impacting financial support to our earliest career scientists: our undergraduate researchers, our graduate students and our early career faculty. They hamper our ability to continue to lead to healthy outcomes for human populations of Rhode Island and in the US.

11. URI will not be able to provide funding for these projects without the NIH funds.

**Comparisons Across Administrations**

12. In prior years, delays in funding were exceedingly rare.

**Conclusion**

13. NIH grant delays with no explanation or remedy are undermining confidence in the system. These harms are ongoing and, in many instances, irreparable.

_____
Bethany Diane Jenkins

Date: 4/12/2025

3