EXHIBIT 61

## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> *Defendants.* | No. 1:25-cv-_____ |

### SUPPLEMENTAL DECLARATION OF JEREMY M. BERG, PH.D.

I, Jeremy M. Berg, declare as follows:

**Background**

1.      I am a former director of the National Institute of General Medical Sciences (NIGMS), one of the twenty-seven National Institutes of Health (NIH). I served as director of NIGMS from 2003 to 2011. The purpose of NIGMS is to support research and training of scientists across a wide range of areas, including biochemistry, cell biology, genetics, computational biology, bioinformatics, anesthesiology, wound healing, and burn and trauma research. The United States' ability to effectively treat, diagnose, manage, and ultimately cure diseases requires an understanding of their underlying mechanisms and biology. NIGMS' investments in fundamental basic research have supported 90 Nobel prizes and improvements in treatments for diseases including heart disease, cancer, neurological diseases associated with aging, sepsis, and many others.

2.      Throughout my career, I have also helped guide scientists at the beginning of their independent careers as they sought to compete for NIH funding. Prior to coming to NIH, I was Director of the Department of Biophysics and Biophysical Chemistry at the Johns Hopkins

University School of Medicine. In this role, I conducted research in partnerships with graduate students including combined MD/PhD students, and postdoctoral fellows with much of this work supported by NIGMS and other NIH institutes.

3.      In 2011, I left NIH in 2011 to come to the University of Pittsburgh with my wife, a leading breast cancer screening expert who was recruited to this institution. Here, I have continued to conduct some NIH-funded research in the area of computational biology and also have helped to manage a range of programs that receive NIH funding.

4.      Since January 20, 2025, delays and terminations in NIH funding have dramatically disrupted the work of advancing biomedical research and training the next generation of scientists. Steps that have contributed to these disruptions have included the "pausing" of grant-making processes at NIH, the extremely slow release of continuing awards for multi-year grants, the disruption of the regularly scheduled national Advisory Committee meetings required to approve grant applications prior to funding, the disruption of the peer review "study section" meetings required for grant application evaluation and prioritization, and other steps. More recently, these have included direct terminations of specific grants based not on lack of performance or any other irregularities, but claims that the aims of these grants no longer aligned with NIH's priorities. As described below, the gap in funds that would have typically been disbursed by this point in the year has continued to worsen.

**<u>Delays in NIH Grant Making and Funding</u>**

5.      On April 2, 2025, I submitted a declaration based on my personal analysis of publicly available data (through the NIH Reporter website), stating that over $3.3 billion of NIH funding that would typically have been disbursed through NIH's grant making and grants management process by March 1, 2025 has not been. Through March 1st, more than $1.8 billion

of the funding is missing from the normal funding of continuation awards for multi-year grants. Similarly, more than a billion of the funding is missing in new grant funding from grant applications that undergo the highly competitive scientific peer review described in my previous declaration.

6.      The NIH Reporter website is updated on a continuing basis with a lag time of approximately 1 week between the issuance of Notices of Award and appearance of information in NIH Reporter. Most NIH awards have budget start dates at the first of a month. I am therefore writing to supplement my original analysis to include awards that would have been expected through grants with April 1st budget start dates. Through April 7th, more than $1.6 billion is missing from the funding that would be anticipated from continuation awards for multi-year grants. In addition, more than $500 million is missing in new grant funding from grant applications that undergo the highly competitive scientific peer review described in my previous declaration, based on comparison with the level of new grants awards from this same period from previous fiscal years.

7.      If these estimates were broken down on a week-to-week basis (i.e., weeks in 2024 compared to weeks in 2025), the estimated difference is stark. In Weeks 4-11 of 2024 (i.e., January 20, 2024, through March 14, 2024), NIH awarded a total of $4.08 billion with 8,071 awards.  For comparison, in Weeks 4-11 of 2025 (i.e., January 20, 2025 through March 14, 2025), NIH awarded a total of $2.45 billion with 4,961 awards. This represents-a reduction of approximately 40%.

8.      Narrowing the focus to new awards (and competitive renewal awards) that require study section and advisory council review prior to the award, in those same weeks, NIH awarded $740 million in 1,756 awards in 2024 but only $360 million in 781 awards in 2025. Focusing

further still just on Weeks 6-11 (February 3rd to March 14th), the comparison is even more striking: 1,342 awards for $576 million in 2024, compared with 395 awards for $180 million in 2025, a reduction of approximately 69%.

9.     In a recent analysis, which includes awards with April 1st budget start dates, the estimated difference for Weeks 12-13 (i.e., the period from March 14, 2025 to April 1, 2025) is $1.04 billion. Of this, $780 million is due to non-competitive renewal awards that were anticipatable during this period—since many grants were due for renewal by April 1, 2025. In addition, based on the new and competitive renewal awards made during this same period in 2023 and 2024, I estimate that there is a $260 million reduction in anticipatable new and competitive renewal awards in 2025.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of April 2025, in Chicago, IL.

Jeremy M. Berg, Ph.D.
Former Director (2003-2011)
National Institute of General Medical Sciences
National Institutes of Health