# EXHIBIT 62

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>*Defendants.* | No. 1:25-cv-_____ |

## SUPPLEMENTAL DECLARATION OF GANESH RAMAN, Ph.D.

I, **Ganesh Raman, Ph.D.**, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated here or have knowledge of the matters based on my review of information and records gathered by me and my colleagues at California State University ("CSU"). If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by California State University as the Assistant Vice Chancellor for Research.

3. I submit this Declaration in support of the States' Motion for a Preliminary Injunction.

4. On April 2, 2025, I signed a Declaration in support of the States' Motion for a Temporary Restraining Order. The current declaration is submitted to supplement that document.

5. Since I prepared my original declaration, researchers at CSU campuses have continued to receive notices of termination from NIH. I have reviewed data provided to me by the Chief Research Officers at the CSU university campuses and the total NIH grant monies at issue for the California State University and its auxiliary organizations is approximately $20.2 million in unspent grant funds.

6. Researchers at CSU university campuses have seen an unusual number of delays in the processing of NIH grant applications. Examples of these delays include:

   a. At California State University, Fresno, a researcher submitted a grant in November 2024 with a decision date by the end of May 2025 and a start date of July 1, 2025. NIH grants have two levels of review: the scientific review meeting followed by the council review. The scientific review meeting was originally scheduled in February 2025 (with no specific date). This date has changed several times and presently no meeting date is listed. The council review meeting was scheduled in May 2025 but was recently changed to August 2025. This delay will not permit the grant to move forward as scheduled on July 1, 2025. (See Declaration of Marcus Crawford, Ph.D. at ¶6.)

   b. At San Francisco State University, a researcher submitted a grant proposal on January 16, 2025 with a decision date by October 2025 and a start date of December 1, 2025. The scientific review meeting was originally scheduled in April 2025. The scientific review was delayed to July 2025. The council review was scheduled for October 2025. An important factor is that in 2024 there were 6 standing scientific review panels, now in 2025 there is only one scientific review panel, which can affect the fair evaluation of the proposal. In addition, the proposal was written and submitted with review guidelines and criteria that has since been changed after the grant has been submitted. (See Declaration of Blake Riggs, Ph.D. at ¶6.)

      7.      These delays in scheduling prevent the researchers from planning for the implementation of the grants and stall important research programs from moving forward.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

      Executed this 13th day of April, 2025, in Long Beach, California.

_____
Ganesh Raman, Ph.D.
Assistant Vice Chancellor for Research
California State University

4