# EXHIBIT 63

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>      *Plaintiffs,*<br><br>  v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>      *Defendants.* | No. 1:25-cv-_____ |

1

## **DECLARATION OF BLAKE RIGGS, Ph.D.**

I, Blake Riggs, Ph.D. declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated here. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by San Francisco State University as an Full Professor and have held that position since January 3, 2010.

3. My current responsibilities include but are not limited to acting as the Principal Investigator for the *ER-Driven Asymmetric Cell Division: Mechanisms Underlying Cell Fate Determination in Drosophila Neurogenesis* proposal submitted to the National Institutes of Health ("NIH").

4. I submit this Declaration in support of the States' Motion for Preliminary Injunction.

5. *ER-Driven Asymmetric Cell Division* is a 5-year grant. The goal of the research is to determine how internal cell structures and signals control what kind of cells are made. This research could also shed light on certain human diseases linked to problems with the JAGN1 gene, like severe congenital neutropenia.

6. The grant proposal was submitted on January 16, 2025 with a decision date by October 2025 and a start date of December 1, 2025. NIH grants have two levels of review: the scientific review meeting followed by the council review. The scientific review meeting was originally scheduled in April 2025. The scientific review was delayed to July 2025. Currently, the scientific review meeting is set for July 2025.  The council review was scheduled for October

2025. An important factor is that in 2024 there were 6 standing scientific review panels, now in 2025 there is only one scientific review panel, which can affect the fair evaluation of the proposal. In addition, the proposal was written and submitted with review guidelines and criteria that has since been changed after the grant has been submitted.

7. The delay in scheduling negatively impacts moving the research forward and funding graduate students. Additionally, there are other grants at NIH and NSF that I could apply for but need to wait until this is reviewed and my score is provided. This delay greatly slows the research efforts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 14, 2025, in San Francisco, California.

_____ 4/14/25
Blake Riggs, Ph.D.