EXHIBIT 65

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF
MASSACHUSETTS; et al.,

                    *Plaintiffs,*

    v.

ROBERT F. KENNEDY, JR., et al.,

                    *Defendants.*

No.1:25-cv-10814

## DECLARATION OF HAROLD R. COLLARD

I, Harold R. Collard, declare as follows:

1.　　I am the Vice Chancellor for Research at the University of California, San Francisco ("UCSF") and a professor of Medicine and Health Policy. I am familiar with the information in the statements set forth below either through personal knowledge, in consultation with UCSF staff, or from documents that have been provided to and reviewed by me.

**2.**　　As Vice Chancellor for Research, I oversee UCSF's research mission. This includes responsibility for the institutional administrative units supporting federal contracts and awards. I have served as Vice Chancellor for Research at UCSF since September 2022.

**3.**　　As Professor of Medicine and Health Policy, I have conducted clinical research and written seminal articles on the epidemiology, natural history, and management of interstitial lung disease. I have trained dozens of clinical and translational research fellows, a number of whom are now leading academic research programs in interstitial lung disease around the world.

4.　　I submit this Declaration in support of the States' Motion for Preliminary Injunction.

1

**Termination of NIH Research Awards Causes Irreparable Harm.**

5.      For nearly a decade, UCSF has been the top-funded public academic recipient of biomedical research funding from NIH.  As a leading health sciences university, UCSF has 1,650 unique principal investigators with 4,110 active NIH awards. In fiscal year 2024, UCSF received approximately $792 million in funding from NIH.

6.      Beginning in March 2025, UCSF began receiving a significantly increased number of award termination letters from the NIH.  As of this date, UCSF has had 52 grants terminated by the NIH. The NIH letters notifying UCSF of award terminations have generally explained the terminations by saying that the funded research no longer aligns with the priorities of the agency. In my time as VCR, I have not seen NIH issue this number of award terminations, nor have I seen terminations based on a purported shift in agency priorities.

7.      These award terminations are having a substantial impact on UCSF, its researchers, and the larger research community. The terminations have disrupted ongoing research in ways that directly impact the scientific integrity of the studies.  And funding gaps resulting from award terminations are forcing researchers to abandon important research studies and to lay off key personnel.

8.      When UCSF receives a research award from the NIH, the funds must be used to support the specific research project identified in the award consistent with the terms of the Award Notice.  The award funds are used to support all aspects of the award, including personnel costs, drug and medication costs, technology and equipment.  When an award is terminated, there are no longer any funds available to pay the salaries of the research staff or to cover significant expenses.  When research staff are laid off, the institution loses the knowledge and

experience those research staff members possess and that was attained through the research project.

9. Canceling research projects at UCSF because of NIH award terminations will result in irreparable harm. Once canceled, most research projects cannot immediately resume. Many of these projects entail longitudinal studies. When scientific studies stop in full swing, their partial results often lose validity.

10. For example, on March 18, 2025, UCSF received a letter stating that funding for Project Number 1R01 AI186641-01was terminated because "[t]his award no longer effectuates agency priorities."

    a. This Grant Award funded research studying the pharmacokinetics and pharmacodynamics of doxycycline in men and women, using urine, plasma, and hair drug-level measurement. Doxycycline is an effective treatment for chlamydia and syphilis and is a commonly used antibiotic for serious infections such as Staphylococcus aureus and Lyme disease. Understanding the metabolism of doxycycline is also relevant to the study of antimicrobial resistance, given that pharmacologic metrics of drug exposure are the only objective way to confirm antibiotic exposure after resistance has been detected in routine clinical settings.

    b. The research project was being conducted through a randomized clinical trial that is currently 13% enrolled, with participants receiving doxycycline on a daily basis and submitting to the collection of urine, plasma and hair samples on a daily or weekly basis depending on timing since last dose to determine metabolic effects. Safety monitoring during and after dosing is critical to protecting the safety of participants

already enrolled. Doxycycline may cause liver injury and allergic reactions days to

weeks after administration of the drug.

    c.    The Grant termination cancelled $618,496.47 in funding for year 1 and a total of

$3,243,539 for future years.  As a result, UCSF is preparing to lay off the staff

members responsible for monitoring the participants' daily consumption of

doxycycline, retrieving and reviewing the laboratory collection of urine, blood and

hair samples, and is unable to pay salary owed to senior scientists responsible for

analyzing the metabolic impacts of Doxycycline.

11.    Another UCSF Grant terminated by NIH on March 10, 2025, was Project Number

R01EY028739-07 which studied the impact of the Herpes Zoster (or shingles) vaccine on Herpes

Zoster Ophthalmicus. The termination letter stated that the Grant award was no longer consistent

with agency priorities.

    a.    Shingles affects one in three Americans during their lifetime and about 10-20% of

those cases involve shingles of the eye and the surrounding nerves (herpes zoster

ophthalmicus).  This can be exceptionally painful and can result in permanent

vision loss.  The Grant studied the effectiveness of the shingles vaccine on herpes

zoster ophthalmicus, including whether the vaccine could trigger another bout of

shingles inflammation of the eye in those patients who previously experienced

herpes zoster ophthalmicus which would caution against administration of the

vaccine to such patients.

    b.    The Grant termination cancelled $ 2,161,532 in funding for this project.  As a

result, UCSF is preparing to lay off three full-time research data scientists and

4

also will be unable to pay the Principal Investigator to compensate her for time

spent to conduct research (as opposed to time spent seeing patients as a Clinician).

13.  A later award of money damages by a court cannot make up for the fundamental harms

caused by NIH grant terminations that support ongoing biomedical research studies at UCSF.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true

and correct and that this declaration was executed this 14th day of April.

DocuSigned by:

*Harold Collard*

A3367CF03F8446A

HAROLD R. COLLARD