Common Interest Privilege

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> *Defendants.* | No. 1:25-cv-10814-BEM |

**SUPPLEMENTAL DECLARATION OF RYAN HUTCHINGS, PH.D.**

I, Ryan Hutchings, Ph.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am employed as a Research Associate II at the California Department of Justice. I make this supplemental declaration based on my personal knowledge and in further support of Plaintiffs' motion for a preliminary injunction.

2. I previously submitted a declaration dated 14 April 2025, which described code I developed to parse Federal Register data and visualize the cumulative number of meetings for Fiscal Year 2010 through Fiscal Year 2025. My previous declaration included the following Figure 1, which shows the output through 12 April 2025 and is reproduced here.

Common Interest Privilege

**Figure 1: Cumulative Scheduled Grant Related Meetings from 1 October to 30 September Fiscal Years 2010-2025 After Removing Assumed Fiscal Year 2025 Cancellations as of 12 April 2025.**



Note: Values are plotted on the day of the scheduled meeting.

3.  Using the same methodology and code described in my 14 April 2025 declaration but updating to include data through 1 May 2025, Figure 2 visualizes the cumulative number of meetings scheduled to occur based on the updated output database. As with Figure 1, meetings that had been noticed before 22 January 2025 and scheduled to occur between that date and 15 March 2025 are excluded, on the assumption that all or nearly all were canceled. Values in Figure 2 are plotted on the day the meeting was or is scheduled to occur.

Common Interest Privilege

**Figure 2: Cumulative Scheduled Grant Related Meetings from 1 October to 30 September Fiscal Years 2010-2025 After Removing Assumed Fiscal Year 2025 Cancellations as of 1 May 2025.**



Date: Results as of May 1, 2025
Note: Values are plotted on the day of the scheduled meeting.

4.     In the time since my 14 April 2025 declaration, 332 NIH grant-related meetings have been scheduled to occur between 12 April 2025 and 1 May 2025. However, Figure 2 demonstrates that, as of 1 May 2025, the cumulative number of meetings in 2025 remains below prior Fiscal Year averages. NIH has scheduled 1,267 meetings to occur by 1 May 2025 in Fiscal Year 2025 which is 80% of the Fiscal Years 2010 to 2024 average of 1,586 meetings scheduled to occur by 1 May and is also outside of the Fiscal Year 2010 to 2024 range of 1,462 to 1,756 meetings scheduled to occur by 1 May.

5.     I believe the data and the Figures above show the cycle of scheduled meetings occurred consistently in Fiscal Years 2010 to 2024, but the cycle was disrupted in Fiscal Year

3

2025. The cyclical nature of the review process is apparent based on steep increases in the cumulative number of meetings that occurred each year in the months June–July (Cycle I), October–November (Cycle II), February–March (Cycle III). *See also* Amended Complaint ¶ 72 (noting the agency's website disclosure of the scientific merit review cycles running through these months). While some meetings are scheduled in "off cycle" periods, the number is significantly less than those scheduled "on cycle."

6. To better compare between Fiscal Year 2025 and prior years while accounting for the cyclical nature of the review process, I used the updated output database to calculate the average number of weekly meetings during "on cycle" periods. For Fiscal Years 2010–2024, the average number of "on cycle" weekly grant-related meetings was 77 meetings. The average number of "off cycle" weekly grant-related meetings was 20 meetings.

7. The roughly two-month delay in Fiscal Year 2025 when meetings were cancelled and when no new notices were published in the Federal Register had the apparent effect of delaying Cycle III in Fiscal Year 2025. To compare with prior Fiscal Years, I calculated the average number of "on cycle" weekly grant-related meetings during the period of 15 March through 15 May 2025. The average number of meetings during this period in Fiscal Year 2025 is 69 meetings per week, which is below the weekly average of "on cycle" periods in prior Fiscal Years (i.e., 77 meetings per week).

8. While the weekly average for the delayed Cycle III in Fiscal Year 2025 now approaches the "on cycle" average in prior years, it is still below that number. Notably, the number of weekly meetings scheduled to occur slows in the next two weeks (i.e., 1 May 2025– 15 May 2025), dropping to an average of 54 meetings per week.

Common Interest Privilege

9. Figure 1 and Figure 2 plot the meetings with respect to the dates when they are scheduled to occur. Therefore, the analysis beyond 15 May 2025 in the current year is necessarily incomplete, as additional meetings could still be noticed and scheduled during those time periods.[1] Another way to assess NIH grant-related meeting activity is by visualizing meetings based on the date they are published (i.e., "noticed") in the Federal Register. Figure 3 visualizes meetings with respect to when they are noticed, excluding meetings noticed before 22 January 2025 and scheduled to occur between that date and 15 March 2025, on the assumption that all or nearly all were canceled.

**Figure 3: Cumulative Noticed Grant Related Meetings from 1 October to 30 September Fiscal Years 2010-2025 After Removing Assumed Fiscal Year 2025 Cancellations as of 1 May 2025.**



Note: Values are plotted on the day of the published meeting notice.

---

[1] *See* Amended Complaint ¶ 65 (noting 15 days' notice requirement).

5

Common Interest Privilege

10. Figure 3 confirms that NIH remains below the pace of meetings noticed in every prior Fiscal Year from 2010 to 2024. NIH published notices regarding 1,106 meetings by 1 May 2025 in Fiscal Year 2025 which is 80% of the Fiscal Years 2010 to 2024 average of 1,375 noticed meetings by 1 May as well as outside of the Fiscal Year 2010 to 2024 range of 1,244 to 1,516 noticed meetings by 1 May. Further, after an initial spike in the number of new meetings noticed in March (i.e., an average of 138 new meetings noticed per week), the pace of new meetings noticed in April dropped considerably (i.e., an average of 25 new meetings noticed per week). These findings are consistent with the analysis of scheduled meetings presented in Figures 1 and 2.

Executed this 5 May 2025 in Sacramento, CA.

_____
RYAN HUTCHINGS