UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., et al., <br><br> *Defendants.* | No.1:25-cv-10814 |

### SUPPLEMENTAL DECLARATION OF THERESA A. MALDONADO

I, Theresa A. Maldonado, declare as follows:

1. I am the system-wide Vice President for Research & Innovation at the University of California (UC), Office of the President. I have held that position since 2020. In addition to my current role, I have a Ph.D. in electrical engineering and over 30 years' academic research experience. As Vice President for Research & Innovation, I have personal knowledge of the contents of this declaration or have knowledge of these matters based on my review of information and records gathered by UC personnel and could testify thereto.

2. UC does not have an available pool of funds that can be redirected to sustain research projects that were to be supported through terminated NIH grants without serious institutional harm. As a public university, UC invests nearly all of its revenue into mission-critical activities, leaving little margin to absorb unexpected funding gaps. In other words, unlike for-profit organizations, UC does not generate significant surpluses that could be redirected without impacting core academic priorities.

3.     Absorbing the costs, even if it were possible, would create long-term budget pressures on UC—which would in turn force reductions in key investments supporting UC's faculty, students, staff, research, and teaching infrastructure, as well as other critical activities needed to maintain UC's academic excellence.  So even if UC could "cover" some of the indirect costs previously funded by terminated NIH grants, it could do so only by negatively affecting other critical goals central to the institution's mission, such as:

a.   Legally mandated compliance efforts under Title VI, Title IX, the ADA, and other federal and state statutes as well as the compliance support necessary to ensure research security and human subject safety and health protections;

b.   Contractual labor obligations under collective bargaining agreements with graduate researchers and postdoctoral fellows;

c.   Debt service and bond repayment obligations tied to campus infrastructure; and

d.   Student financial aid and essential instructional programs.

4.     Disruptions to UC's research will also have negative effects in the local communities where campuses are located and the state of California.  UC is the third largest employer in the state of California—and it collaborates with state and local partners to help solve regional challenges and propel economic development through joint research and innovation.  UC's research also fuels spending in the regional economy, including by driving discoveries that launch new ventures, attract private investment, and make a positive social impact.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 2, 2025, at Oakland, California.

*DocuSigned by:*

*Theresa A Maldonado*

—537FE71B2CD94F8...—————————————

Theresa A. Maldonado

2

3