## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al., | |
| *Plaintiffs,* | No. 1:25-cv-10814-WGY |
| v. | |
| ROBERT F. KENNEDY, JR., et al., | |
| *Defendants.* | |

### DECLARATION OF ANNIKA BARBER

I, Annika Barber, upon information and belief, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am an Assistant Professor of the Waksman Institute and the Department of Molecular Biology and Biochemistry at Rutgers, The State University of New Jersey.

2.      I have compiled the information in the statements set forth below through review of the Federal Register, publicly available data from the National Institutes of Health (NIH) Center for Scientific Review (CSR), firsthand knowledge of the NIH process from experience and participation in study sections in previous years and during the spring scheduling disruptions, and from soliciting information from scientific colleagues about grant review delays.

3.      I submit this declaration in further support of Plaintiff's Motion for a Preliminary Injunction.

### A.  Professional Background

4.      I have been an assistant professor at Rutgers since January 2, 2020 and have substantial experience with the NIH review process as both an applicant and reviewer for multiple

grant mechanisms and NIH granting institutes.

5.      My research has been funded by NIH grants since 2012 including training grants as a graduate student and postdoctoral researcher and grants that support my independent research lab at Rutgers University. At this time, NIH grants pay for supplies, equipment, and for the salary, benefits, and fringe of multiple doctoral students and postdoctoral researchers in my laboratory. Over the course of my scientific career, I have been awarded five NIH grants from two NIH institutes: the National Institute of Neurological Disorders and Stroke (NINDS) and the National Institute of General Medical Sciences (NIGMS).

6.      In addition, I have served as a study section reviewer in person or virtually six times since 2021. Study section service is a matter of public record, and I have served on study sections for Sensorimotor Neuroscience (2021), National Institute of Mental Health (NIMH), the Brain Research Through Advancing Innovative Neurotechnologies (BRAIN) Initiative (2023), Neurodifferentiation, Plasticity, Regeneration and Rhythmicity (2024), and Molecular Neurogenetics (2023, 2024, 2025).

7.      I was scheduled to serve as a reviewer on the Molecular Neurogenetics (MNG) study section in person on February 20-21, 2025. As study sections began to be halted in January 2025, I began tracking which scheduled meetings did not occur using the Center for Scientific Review's public data. Initially, CSR marked study sections that did not meet as scheduled.  As scheduling began to occur in March 2025, they revised the scheduled study section dates with no indication that the section had originally been scheduled for an earlier date. At that time, I began using the Federal Register to track rescheduling and solicited input from scientific peers to validate rescheduling of study sections not marked by CSR.

8.      My research and tracking of CSR public data was discussed in the Chronicle of Higher Education on February 25, 2025. A link to that article can be found here: https://tinyurl.com/nxwmhcvh. The Chronicle of Higher Education article is also attached as Exhibit

A. I also discussed this work on This American Life. A link to that transcript of the episode can be found here: https://www.thisamericanlife.org/859/transcript. The transcript for the interview is also attached as Exhibit B.

**B.  NIH Has Not Resumed Its Normal Operations**

9.      Between January 27, 2025 and March 28, 2025, there were 205 NIH study sections convened by the NIH Center for Scientific Review that did not meet as scheduled.  The 205 study sections initially reported under-represents the number of study sections that should have taken place during that timeframe, as an additional approximate 25% of study sections are convened by individual NIH institutes and centers and were also delayed. Approximately 60 study sections actually met during this time, all of which had been posted to the Federal Register prior to January 20th, 2025.  In addition, NIH Council meetings, a second round of meetings that occurs after study section to recommend funding to favorably scoring grants, were not held during this time.

10.     By comparison, between January 27, 2024 and March 28, 2024, there were 367 NIH study sections convened by the NIH Center for Scientific Review that met as scheduled.

11.     CSR rescheduled all but seven of the study sections that did not meet as originally scheduled in early 2025, and continued with meetings that were already scheduled. This resulted in three times the number of review meetings normally held between March 24, 2025 and May 16, 2025 – 289 study sections in total.  By contrast, 96 study sections took place from March 24, 2024 to May 17, 2024.  Only 10-15% of NIH grants reviewed during that timeframe received fundable scores that allow them move to forward without further revision and be approved by the advisory councils. The other 90% of grants that move through the study section review process receive feedback that allows researchers to address any deficiencies in their application before resubmitting to the study section for another round of peer review in the hope that their changes will result in a more favorable score upon resubmission and allow them to move on to the Advisory Council for final approval.

12.     NIH offers just three "standard due dates" per year for most grant types (e.g. for R01 grants, the standard due dates are February, June, and October 5th). Given the eight to twelve week delay experienced in early 2025, the 90% of grants unlikely to be funded by advisory councils did not receive study section feedback in time for the next resubmission deadline. This means that all applicants seeking to resubmit face an additional four month wait to be able to resubmit their applications for study section re-consideration.

13.     In the normal course of NIH review, grant deficiencies that preclude peer review are "administratively rejected," which is a non-scientific rejection made by NIH staff because a grant does not comply with the guidelines; is missing required elements outlined in the Funding Opportunity Announcement; or has certain technical issues. Administrative rejection occurs soon after application submission and before a grant is assigned to a study section, and the applicant is provided notice of the reasons for this rejection to allow them to remediate the issues on a future submission. I myself have been subject to administrative rejection due to failure to provide a specific form required for the type of grant I submitted, and this rejection was received within 72 hours of submission.

14.     I am aware of at least two NIH applications that were not administratively rejected and were assigned to spring 2025 study sections. This assignment was visible to the applicant and to study section members when review assignments were made for sections originally scheduled in February and March 2025. However, these grants were subsequently removed from review consideration and not reviewed by the assigned study section. Instead, these grants are sitting "in limbo" with the applicants receiving no guidance on why their grants are not being reviewed and what they would need to change in order to be eligible for review. Thus, a subset of grants originally scheduled for study section consideration in Spring 2025 were removed from discussion for unspecified reasons.

15.     A subset of grants originally scheduled for study section consideration in Spring 2025

were removed from discussion. I am aware of at least two such grants and believe that they were withheld from review due to touching on Diversity, Equity, and Inclusion topics or their perception as such. These grants were submitted in Fall 2024, and would have complied with all NIH guidance available at that time.

## Conclusion

16.    The breakdown in NIH processes is affecting institutional operations, planning, and public health partnerships. Delays with no explanation or remedies are undermining confidence in the system and adversely affecting final grant award determinations and the advancement of research. These harms are ongoing and irreparable.

Signed by:

*Annika Barber*
C4F9F36234FC472...
_____
Annika Barber, Ph.D.
Assistant Professor
Waksman Institute
Department of Molecular Biology and Biochemistry
Rutgers, The State University of New Jersey

Date: <u>May 5, 2025</u>

# EXHIBIT A

Docusign Envelope ID: 761A90D6-35FC-4548-8945-85D17592D584
5/3/25, 9:41 AM                    NIH Funding Is at a Standstill. This Professor Is Tracking the Delays.
Case 1:25-cv-10814-WGY    Document 101-5    Filed 05/05/25    Page 7 of 40



# THE CHRONICLE
## OF HIGHER EDUCATION

BLOCKING RESEARCH

# NIH Funding Is at a Standstill. This Professor Is Tracking the Delays.

*By* Stephanie M. Lee    February 26, 2025



**Workers hold a rally outside the Department of Health and Human Services to protest Elon Musk's budget cuts and employee terminations.** BRYAN DOZIER, NURPHOTO, AP

On February 19, Annika F. Barber started counting.

Docusign Envelope ID: 761A90D6-35FC-4548-8945-85D17E92D584

3/3/25, 9:41 AM        Case 1:25-cv-10814-WGY iff...uD.ocumerlsat.a1n0dst1il-l 5This ProFfeisshooreisdTr0a5c/k2in5g/t2h5e DelaPyasge 8 of 40

Barber, an assistant professor of molecular biology and biochemistry at Rutgers University at New Brunswick, had been gearing up for a meeting in which she and other experts would review grant applications to the National Institutes of Health. These convenings of study sections, as they're known, are the first step in deciding who gets NIH funding. But they've slowed to a standstill since the Trump administration's announcement in late January of a freeze on trillions in federal funding.

**Use this Google form** to tell us how the actions of the Trump Administration are affecting you.

Even though a judge has since issued and extended an order to keep funds flowing, neither study sections nor advisory councils, which make final funding recommendations, can schedule the meetings required for grant making to happen. By law, they must publish notifications of their meetings in the Federal Register 15 days in advance — but submissions to the register have been paused "indefinitely." No NIH-related meetings have been posted since January 21, the day after Trump's inauguration, although meetings that were posted before then can take place.

The hold-up in peer review has reportedly stalled 16,000 applications for $1.5 billion of funding. Many scientists are furious and anxious that such delays could halt cutting-edge research into cancer, Alzheimer's, infectious diseases, and more.

**Free Webinar Series**

Docusign Envelope ID: 761A90D6-35FC-45A8-8945-85D17E92D584
5/3/25, 9:41 AM                              NIH Funding Is at a Standstill. This Professor Is Tracking the Delays.



## Trump and Higher Ed: The Latest

Join us as *Chronicle* journalists delve into President Trump's
impact on higher education and what may come next.
**May 8 at 1:00 p.m. Eastern Time**

Register Now

With Support From



---

Barber had held out hope that her study section would meet on February 20, since there was a brief period earlier in the month when meetings were brought back on track. She estimates that she spends up to 40 hours grading about a dozen proposals in preparation for such meetings. But less than 24 hours before her scheduled meeting, she received an email saying it would be delayed. The email did not give a new date.

Barber decided to record how often this was happening by manually searching the NIH's website daily and pasting cancellation notices in a Google Sheet. By her count, as of Wednesday more than half of the study sections that should have met since January 2 — 77 out of 148 — "did not take place as scheduled." (Barber restricts her search to meetings officially listed as canceled by the Center for Scientific Review, which awards most of the NIH's funding.) Her spreadsheet is just one of many DIY efforts by scientists to pool information in the last month, which has included scraping data sets disappearing from federal websites and crowdsourcing lists of graduate schools cutting back on admissions.

Docusign Envelope ID: 761A90D6-35EC-4548-884F-8ED47F92D584
5/3/25, 9:41 AM                    NIH Funding Is at a Standstill. This Professor Is Tracking the Delays



**Annika Barber** COURTESY OF ANNIKA BARBER

At Rutgers, Barber runs a fruit-fly lab dedicated to circadian biology — the study of the molecular and cellular reasons for when organisms decide to sleep and eat, and how forces like traumatic brain injuries can disrupt that timing. To run her six-year-old lab and pay five full-time staffers, she relies on two NIH grants that are also vulnerable to a 15-percent cap on indirect NIH funding. On Tuesday, she spoke to *The Chronicle* on a four-hour bus ride back to New Jersey from Washington, D.C., where she and various union members had gathered to protest the cuts to science. "We don't want to be in the street. We want to be in the lab," Barber said. "But it feels like a time where we can't be in the lab if we're not in the street getting what we need to be able to do research and train scientists." This conversation has been edited for clarity and brevity.

**What made you decide to start tracking and documenting these study-section cancellations?**

Docusign Envelope ID: 761A99D6-35EC-4648-884F-8FD47F92D584

5/5/25, 9:41 AM                    NIH Funding Is at a Standstill. This Professor Is Tracking the Delays

Case 1:25-cv-10814-WGY    Document 101-5    Filed 05/05/25    Page 11 of 40

**NEWSLETTERS**

# The Edge

The world is changing. Is higher ed ready to change with it? Read Scott Carlson every Wednesday.

Sign Up

I think a lot of us are handling a lot of anxiety around these uncertain times. And one of the ways I like to manage my anxiety is spreadsheets. So as I started feeling like, "Oh my gosh, they're really not going to restart study sections," I started keeping track of, "Are they going to meet next week? Did any of them sneak through?" I learned how to search the Center for Scientific Review website for the list of every study section that meets every week and whether it did meet or didn't meet.

A number of my friends started asking me, "Can you check on this study section? Do you think my study section will happen on this date?" It's not the user-friendliest website you could imagine. And then I had enough friends that were doing this, I was like, "Guys, I'm just gonna make a Google Sheet." Eventually other people were emailing me to tell me, "Just want you to know the study section I'm supposed to serve on tomorrow already got canceled."

I was like, "OK, clearly I'm the clearinghouse for this information now," which is when I decided to just make my Google Sheet public on Bluesky. I'm really well-networked with a lot of NIH-funded researchers there, and we're all anxious about not only, "Is the study section I'm reviewing for, or the study section that my grant is going to, did it meet?" but, "Are *any* study sections meeting?" Because without these meetings happening, nothing can get funded.

Yesterday, there was some news that somebody said they will allow the NIH to post in the Federal Register. (Editor's note: *Stat* reported late Monday that NIH employees were told that the block on Federal Register notices would be lifted, but the agency did not answer

5/5/25, 9:41 AM                NIH Funding Is at a Standstill: This Professor Is Tracking the Delays
Docusign Envelope ID: 761A99D6-35EC-4648-884F-8ED47F92D584

questions about when that would happen.) I can assure you that as of now, that has not occurred, but I will definitely update the spreadsheet if and when that happy day arrives.

**Without a restart date, it seems like we're in the same position as we were before.**

Last week, there were a lot of people who just didn't really believe that, truly, no study section would happen. People were like, "There's going to be waivers. There has to be a way around this. Blocking the Federal Register isn't going to stop all study sections." And now that we've had a whole week where no study section occurred, I think a lot of people who were trying to tell us "don't panic" are now also panicking.

**Who was telling you not to panic?**

Some senior faculty. And any of us who work in a university have gotten the platitude-filled emails from our university administrators that tell us, "Just keep submitting grants. Everything's going to get solved in court." I think this Federal Register strategy shows us that everything *isn't* being solved. We have a temporary restraining order that says that the NIH should be disbursing biomedical-research grants, and they aren't. The funds are not being disbursed, and who's gonna enforce it?

**"We don't want to be in the street. We want to be in the lab."**

**What is your routine of updating the spreadsheet?**

On my lunch hour, I hop on the CSR website. Some study sections are only one day, some are two days, so I usually enter a two-day date range. They put a little asterisk after every one that "did not meet as scheduled." And every day, by noon, everything that's listed for that day did not meet as scheduled. I copy the name and originally scheduled meeting dates in the "did not meet" column.

## About half of the study sections scheduled to meet this year haven't done so. What is the impact of that 50 percent on scientific research?

There are two major impacts: NIH councils that should be meeting now would be needing to fund the grants that scientists reviewed last fall, and study sections that are meeting now are reviewing the grants that scientists submitted last fall. So at this point, we've got about a six-month window of science that isn't moving forward. And that's enough to close a small lab. Every scientist is living from grant to grant and trying to make plans for how to keep our labs open and how to keep our students funded, and there's always been a certain security inherent in that, but we've known what the funding landscape generally looks like. We know how many grants we need to submit in order to get one or two funded — and now it seems like no amount of grants is enough to keep funding.

For some labs, maybe this was their resubmission of a grant that already scored well last time, and they were really counting on this for their next five years. If that doesn't come through, are universities going to step in and bridge those labs to keep existing? Some will, but not all universities have the financial wherewithal to do that or the administrative will to do that. And for small labs, for pre-tenure people like me who have the one-two punch of Covid and now this, we're staring down the barrel of tenure and needing to explain why couldn't we do the things we said we would do when we were hired.

## What kind of reaction have you gotten from other scientists to your compiling this all in one place?

I didn't realize quite how big the craving for this was going to be, but I think it's where a lot of us are focusing our anxiety right now. We're all pretty desperate for every scrap of news, and with a ban on NIH communication, all we can rely on are these automated, arcane, poorly designed government websites to trickle out data.

## What is the importance of scientists collecting and sharing data like this?

This is something that a functioning NIH should be able to do for us. This is all publicly available data. This is taxpayer-funded time that's being wasted. But in the absence of the NIH being able to communicate, I think it's great to see scientists trying to pick up the slack where they can and forming networks, sharing information. Because ultimately, we are all part of the same community, and we are all being impacted by this. I hope that that's going to lead to scientists coming together and organizing in other ways to support each other.

**You've got two NIH grants — known as an R21 and an R35 — totaling $1.75 million. How much more runway do you have with those?**

My R21 will wrap up this summer. We hope to get a paper submitted this fall with the work that we've done to develop fruit flies as a calibrated model for traumatic brain injury and post-injury phenotypes. So that one I knew was running out, and this fall I intend to submit an R01, continuing to build on our findings from that project — assuming they're still taking submissions this fall.

My R35 grant was just awarded this past fall, so I'm in my first year of funding for that, and I have a progress report due this spring. Normally, when your grants get awarded for two years or five years, you don't have to go through this entire study-section review process to get each year of funds released. Instead, you submit a progress report and what's called a noncompeting renewal: Did you make progress on your stated goals? But I'm hearing that even that approval process has been extremely slow, or seemingly not moving at all for some people. So I have to worry about what happens if I don't get access to the funds that I was already awarded.

**Are there other funding sources out there?**

We are super lucky to be funded by the New Jersey Commission on Brain Injury Research. I'm really glad to be in a state that steps up and does have state funding for biomedical research. But obviously that's not enough to cover all the research the NIH funds.

## What do you hope scientists take away from this moment?

We need to be better at not just talking to other scientists about science but talking to the public about what their taxes are paying for. We need to be better at [saying], "Look at these amazing things that you paid for, look at the ways that your tax dollars are benefiting you" — so that we can get the public to recognize that they should be demanding the life-saving research that they have already paid for.

*We welcome your thoughts and questions about this article. Please [email the editors](#) or [submit a letter](#) for publication.*

**Tags**    Political Influence & Activism    Scholarship & Research    The Workplace

**Share**    X  in  f  ✉



**About the Author**

# Stephanie M. Lee

Stephanie M. Lee is a senior writer at *The Chronicle* covering research and society. Follow her on Bluesky at [@stephaniemlee.bsky.social](#), message her on Signal at @stephaniemlee.07, or email her at [stephanie.lee@chronicle.com](#).

3/3/25, 9:41 AM
Case 1:25-cv-10814-WGY   Document 101-5   Filed 05/05/25   Page 16 of 40
NIH funding is at a standstill. This professor is tracking the delays

Docusign Envelope ID: 761A90D6-35EC-4E48-884F-8ED47F92DF84



# Subscribe today for unlimited digital access

Start reading for as low as $10/month.

Subscribe Now

## Jobs Recommended For You



**Assistant Professor of English**

Fairmont State University

---



**Inaugural Dean, College of Social and Behavioral Sciences**

Empire State University SUNY

---



**Maintenance Summer Help**

University of Missouri - Columbia

---



**Part-Time Office Support Assistant III**

University of Missouri - Columbia

---

**Assistant Professor in Global Mental Health and Implementation Science**

University of Pennsylvania

View More Jobs

# First job.
# New challenge.
# Change of pace.

# Small step.
# Giant leap.

Start Your Job Search

 

**CHRONICLE**
CAREERS

---

**NEWSLETTERS**

## The Edge

The world is changing. Is higher ed ready to change with it? Read Scott Carlson every Wednesday.

Sign Up

---

## Top Articles


DATA
**What It's Like to Work in Higher Ed**


'ARROGANT COMPLACENCY'
**A Scandal in Alzheimer's Research Shows How Science Can Go Astray**


POLITICAL INFLUENCE
**A University System Ends Diversity-Related Gen-Ed Requirements, Citing Trump Order**


DEBATING ACTIVISM
**Why the American Historical Association Rejected a Resolution on Gaza**

## In The Chronicle Store



**Everything You Need to Know About Getting a Job**



**The Essential Leadership Primer**



**The Neurodiverse Campus**



**The Future of Diversity Training**

Docusign Envelope ID: 761A90D6-35EC-4548-884F-8ED17F92D584

3/3/25, 9:41 AM          Case 1:25-cv-10814-WGY    Document 101-5    Filed 05/05/25    Page 19 of 40
NIH Funding Is at a Standstill. This Professor Is Tracking the Delays

Subscribe Today

1255 23rd Street, N.W. Washington, D.C. 20037
© 2025 The Chronicle of Higher Education

*The Chronicle of Higher Education* is academe's most trusted resource for independent journalism, career development, and forward-looking intelligence. Our readers lead, teach, learn, and innovate with insights from *The Chronicle*.

Docusign Envelope ID: 761A90D6-35EC-4648-884F-8ED47F92D584

# EXHIBIT B

Docusign Envelope ID: 761A99D6-35EC-4648-884F-8FD47F92D584

 **This American Life**

Transcript
# 859: Chaos Graph

*Note: This American Life is produced for the ear and designed to be heard. If you are able, we strongly encourage you to listen to the audio, which includes emotion and emphasis that's not on the page. Transcripts are generated using a combination of speech recognition software and human transcribers, and may contain errors. Please check the corresponding audio before quoting in print.*

## Prologue: Prologue

**Chana Joffe-Walt**  It's *This American Life.* I'm Chana Joffe-Walt, sitting in for Ira Glass.

I've been talking to someone here and there over the last couple of months about a situation she's in. And I think she typifies the thing we're going to try to do in this episode, so I'd like you to meet her. Her name is Annika Barber. She's a scientist, a molecular biologist at Rutgers University, a runner. She's got purple hair and a particular way of organizing the world around her-- her books, organized topically and then by height, her lab, color-coded labels.

> **Annika Barber**  I also track how many days of the year my husband eats pizza, and I make a chart of it. He's really into pizza. So sometimes I just like to have data.

> **Chana Joffe-Walt**  Wait, wait, wait, why? Why do you do that?

> **Annika Barber**  So my husband really can't go 24 hours without talking about pizza. So last year, I accused him of talking about pizza every day, and he swore he didn't. And I was like, I really think you do. And so starting in January of this year, I said that for 2025, I was going to log every day that I heard him say the word pizza, as well as every time he ate pizza for the year.

> He actually eats less pizza than I would expect for the amount he talks about pizza. Like, the consumption to discussion ratio is not what I expected it would be. He's only had pizza 14 times this year.

**Chana Joffe-Walt**  Lately, Annika has been trying to get her mind around a new situation that is deeply confusing for her and lots of people. She's tracking scientific meetings that are not happening.

When President Trump was inaugurated, he put a freeze on research grants. This meant the meetings where scientists like Annika get together at the National Institutes of Health to assess new research-- they're called NIH study sections-- those meetings were off. But then, a judge said the administration couldn't pause all research grants, so the meetings were theoretically back on.

They were listed on an NIH website as scheduled, but Annika says they did not seem to be happening. The website showed they were, but scientists were saying they weren't. Scientists who had submitted grants literally had no idea if their grant had been reviewed and moved on to the next step of the funding process.

But Annika learned there was a place you could get a way better picture of whether a meeting was going to happen or had already happened.

> **Annika Barber**  I had never even heard of the federal register in my American tax-paying, voting life.

> **Chana Joffe-Walt**  What is the federal register?

**Annika Barber**  The federal wgister is where all notices of open public meetings that may be happening in the federal government are required to be posted. And for some reason, NIH study sections do have to be posted to the federal register at least 15 days before they meet.

**Chana Joffe-Walt**  And if they're not posted to the federal register, they cannot meet.

It's a strange feeling knowing you're in the middle of an upending, knowing that something fundamental to the way that you live is changing, but you can't understand or see the scale of change as it's happening. You just can't. You have to wait.

What I like about Annika is she rejects this. She is not waiting. Annika immediately begins scraping data from federal websites, finding all the meetings that were supposed to happen, cross-referencing them with the federal register, reaching out to scientists to see if the supposedly-scheduled meetings did, in fact, occur, compiled all that into a Google spreadsheet, and posted it online.

Anxious and confused scientists all over America began consulting Annika's spreadsheet and passing it around to see is my study section actually happening? Has my grant been reviewed? Is there any point in submitting my next grant? Will I be able to keep my lab open?

**Annika Barber**  There are tens of thousands of scientists whose grants depend on this happening who are all wondering what's going on?

**Chana Joffe-Walt**  How much science has not happened?

**Annika Barber**  So let's see. Right now, we are at 182 meetings that have not happened.

**Chana Joffe-Walt**  182 meetings. How many grants is that?

**Annika Barber**  You know, if we assume roughly 100 grants would have gotten reviewed at each meeting, we're talking about at least 18,000 grants that didn't get reviewed.

**Chana Joffe-Walt**  Wow.

**Annika Barber**  And that's 18,000 grants across all kinds of things-- I mean, very basic science. Just scrolling through here, I've got things like adaptive immunity and bacterial virulence.

But then we also have things like addiction risk, and learning and memory and decision making, and therapeutic immune regulation. We have training neuroscientists and physician scientists. And we have studies looking at dentistry and eye diseases, and those aren't meeting.

**Chana Joffe-Walt**  For five weeks, there were no NIH study sections, till it was 205 study sections that did not meet. All of those proposals sat waiting, and all the ones that came after, stacking up behind them, a long traffic jam of uncertainty and science not happening.

And then, in March, a meeting appeared on the federal register, an NIH study section, and then another, and another. Now, the meetings to assess new research grants seem to have mostly picked back up. Scientists are doing peer reviews, but it's not clear if the government will actually cough up the money.

And a few of the grant proposals that were supposed to be reviewed at these meetings, they're being quietly disappeared from the lists. They're not being reviewed at all. They seem to be the grants with DEI words or other thought crimes in them that are no longer allowed. It's unclear if the scientists who submitted these grants even know that their proposals have been dropped.

Annika went to a meeting herself. It was two months late, pulled together at the very last minute, but it did happen.

**Annika Barber**  We all made the time, and people were there, and people gave the same quality of review that I have always experienced in these meetings, and the same level of scientific discussion. But it felt so weird to be having these scientific discussions in this climate where you could only wonder, like, yeah, we have all these amazing scientists in this room reviewing the future of the next five years of research in the areas of molecular neurogenetics.

But is any of this going to be funded? Are any of these studies going to go forward? Is the NIH going to give these people any money?

**Chana Joffe-Walt**  Did anybody ask? Did anybody ask?

**Annika Barber**  No, no. Every grant gets 15 minutes for discussion, and we needed to get through 50-odd grants, so there's no time to think about anything else.

**Chana Joffe-Walt**  So will that stuff that you reviewed get funded?

**Annika Barber**  I don't know.

**Chana Joffe-Walt**  Was there a part of you that felt like, are we chumps? Are we just like--

**Annika Barber**  Yes, absolutely. It feels like we're fiddling while Rome burns, talking about some cool genes, and worms, and mice, and all the interesting genome-wide association studies that we could do if money keeps existing.

**Chana Joffe-Walt**  Uh huh.

**Annika Barber**  And yeah, are we chumps? Are we participating in furthering something or nothing? Are we just wasting our time?

**Chana Joffe-Walt**  The thing that is killing her is not knowing the shape of the new normal. How many grants will now be funded compared to before-- half, a quarter? Which scientists will get funding? What kind of research? There's no data she can turn to that will tell her that.

**Annika Barber**  And so I need the data of how bad is it? I think a lot of us are used to approaching problems as something that we can, not necessarily solve with data, but that we can find the edges of with data--

**Chana Joffe-Walt**  Mm-hmm.

**Annika Barber**  --and get our arms around the problem, and define the problem by figuring out what the data are and what the--

**Chana Joffe-Walt**  But it might be possible that that's not going to happen in this case, that there might not be--

**Annika Barber**  That does say-- yeah, I'm starting to get that vibe. Yeah, it becomes one of those things where can you graph chaos? Maybe not. Can you feel better trying to graph chaos? Also maybe not.

**Chana Joffe-Walt**  Will she continued to try to graph the chaos? Yes, she will.

Docusign Envelope ID: 761A99D6-35EC-4548-884F-8ED47F92D584

Today's show is full of people who do not wait for the chaos to settle, people who run toward it, who will take whatever little data they have available to them and try to make it make sense. These are people who get answers. Stay with us.

**Act One: Solving For Why**

---

**Chana Joffe-Walt**  It's *This American Life.* The questions people are trying to answer in today's episode, they are basic-- where and why? Act One-- Solve for Why.

One of the hardest places to see through chaos in the middle of a war-- fog of war, all that. This is especially true for the war in Gaza. There is very limited information moving in and out of Gaza. Israel has banned international press from entering the strip for nearly 18 months, except for a few brief trips, accompanied by and under the control of the Israeli military.

One rare outside group has gotten a view on the ground of Gaza-- medical workers. Since the start of the war, over 100 American doctors and nurses have traveled to Gaza, treated patients there for weeks at a time, and come back out. Producer Ike Sriskandarajah talked to a dozen of them who volunteered there.

**Ike Sriskandarajah**  Dr. Mark Perlmutter had been on about 40 medical missions all over the developing world before he went to Gaza. He's a white guy, almost 70, a hand surgeon in rural North Carolina when he's not doing humanitarian work. And when he found out patients in Gaza needed an orthopedic specialist like himself, he signed up and flew there in March of 2024. He'd worked in some pretty violent places, but never an active war zone, and only knew the basics about the conflict between Israelis and Palestinians.

> **Mark Perlmutter**  I went there, only because my twist is to operate on kids who are hurt. And I knew that Gaza was 50% kids, and that's all I knew. I thought "infitada" was a type of Mexican dish. And, I mean, I knew nothing.

**Ike Sriskandarajah**  Intifada is the word for Palestinian uprising against Israeli occupation. But Mark was about to get a crash course from one of his fellow doctors.

> **Mark Perlmutter**  We got on the van, and I heard Feroze talking casually to somebody else. He's got this deep baritone voice. And, you know, you meet somebody for the first time, and within minutes you can tell that somebody is a whole lot smarter than you. And my first message was, there's absolutely no way that I'm going to get on this van and not sit next to this dude, or behind him, or within earshot of him.

**Ike Sriskandarajah**  Dr. Feroze Sidhwa, a trauma surgeon from the US-- he's also volunteered as a doctor in the war in Ukraine and with Palestinians in the West Bank. He's closely studied the Israeli-Palestinian conflict, though his family is from a small ethnic minority in what is now Pakistan.

> **Feroze Sidhwa**  When people look at me, they assume I'm Palestinian or something, but I'm not. I lived in Haifa. That was from 2004 to '05, and I worked with an Arab Jewish cooperative that doesn't exist anymore. And during that time, I toured around in the West Bank-- was never able to go to Gaza, but toured around in the West Bank a lot.

**Ike Sriskandarajah**  So Mark sat next to Feroze, and when they arrived at the European Hospital-- that's the name of the hospital in Khan Younis in Gaza-- their team dropped off their thousands of pounds of supplies.

European Hospital was built for just over 200 beds, but is taking care of over 1,000 people, and families are living in every corner of the hospital. Mark hadn't seen anything like it. Feroze hadn't either, but he told me he didn't linger on that long. A nurse took them on a quick tour, let them know where everything was-- the operating room, the ICU.

5/5/25, 4:15 PM                                          American Graph - thisamerican.life

**Feroze Sidhwa**  The nurse that was showing us around didn't really speak English very well, and she just pointed at these two kids, and just pointed at her head, and said, shot, shot. There were four kids in the hospital with gunshot wounds to the head.

I just thought that that was unbelievable. And I just assumed that she was just wrong. I didn't think she was lying, but she was just incorrect. That probably was a shrapnel injury or something like that.

But then, I looked at these kids, and they didn't have any other evidence of an explosive injury. And then we pulled up their CT scans, and sure enough, it did look like they had been shot in the head. And then we went on and found two more kids also shot in the head in the other ICUs.

**Ike Sriskandarajah**  This is, like, minutes into your initial tour of the hospital. You see two kids with gunshots to the head and then two more kids with gunshots to the head.

**Feroze Sidhwa**  Mm-hmm. Yeah, for me, what struck me about it was just the fact that it had happened. I work in a pretty rough part of the country, so I do see children who get shot in the head.

**Ike Sriskandarajah**  Feroze works at a hospital near Stockton, California, which has higher rates of violent crime than most of the country.

**Feroze Sidhwa**  But to see four kids with gunshot wounds to the head already admitted to the hospital when I get there, it certainly struck me as being very unusual.

**Ike Sriskandarajah**  I mean, it was a war zone, but still, this was a lot. And then, he moved on. There were so many people that needed medical attention. The only way he could keep track of his patients was to make notes on his iPhone. Just to warn you here, the details are graphic.

**Feroze Sidhwa**  Here, this is from March 28.

**Ike Sriskandarajah**  He pulled up an entry from a random day, just to give me a sense of what it was like.

**Feroze Sidhwa**  Overnight, we had another mass casualty event. EMS told us a building with a large number of people in it was bombed. And then, two children arrived dead. The one I saw was 12 months old, and the other was reportedly two years old.

Next bullet-- I took care of a seven-year-old girl with a blast injury pneumothorax to the right lung and a bad contusion to the left lung. Next bullet-- I took care of a three-year-old child who had a massive aspiration after a head injury. Next bullet-- I took care of a 20-year-old woman with a left hemopneumothorax and depressed open skull fracture.

Next bullet-- I took care of her sister. She had almost identical injuries. Next bullet-- finally, I took care of a 25-year-old man with a frontal skull fracture and small associated subdural hematoma.

**Ike Sriskandarajah**  So that's, like, an 18-hour day.

**Feroze Sidhwa**  No, that was-- all of that probably happened in one hour.

**Ike Sriskandarajah**  That's one hour?

**Feroze Sidhwa**  That probably took about an hour or an hour and a half. Yeah.

**Ike Sriskandarajah** 90 minutes-- it's intense. But in that endless stream of traumatic injuries, there's one that jumped out at him every time, kids getting shot in the head. Whenever he saw this, he'd make a note of it on his phone.

> **Feroze Sidhwa** And what I wrote down is that I was going through the ICU, and I found an eight-year-old girl shot in the head overnight. Her pupils are fixed and dilated. It's a transcranial gunshot wound, definitely non-survivable.

> **Ike Sriskandarajah** This is an eight-year-old girl with a bullet wound that went through her head.

> **Feroze Sidhwa** Yeah, the bullet didn't stop. And then, let's see, the next day. So the next day, the eight-year-old girl had died, and in the same bed is a 14-year-old boy shot in the right chest and the head.

> The next day, I said, I went through the ICU afterwards. The 14-year-old boy turns out to be 12 when his family arrived. So then, let's see, two days later, he's been replaced by a 13-year-old boy shot in the head. I wrote, he'll also die.

> So then on that same day, I wrote, I took care of a two-year-old girl who was brought to the ED after being shot in the head. She arrived with bilateral fixed and dilated pupils, also a non-survivable brain injury. We then had a mass casualty event a few minutes later.

**Ike Sriskandarajah** At the same time that Feroze was starting to document this, Mark, working with his patients-- he was seeing the same thing. He vividly remembered the day he saw two kids brought in who had both been shot in the head and the chest.

> **Mark Perlmutter** One of the kids was there with a family member. I ripped up his shirt, and there was a bullet entry wound right over the heart. And then I picked up the dressings on his forehead, and a second bullet went in right in front of his left ear hole, in front of his ear and out of his neck.

> **Ike Sriskandarajah** Oh, my god. What was the kid doing when this happened?

> **Mark Perlmutter** Walking with their adult to get water.

> **Ike Sriskandarajah** Was there a street battle happening?

> **Mark Perlmutter** I didn't ask if there was a street battle going on, but it happened twice in the same day.

> **Ike Sriskandarajah** Could you say the second time?

> **Mark Perlmutter** Yeah, right next to that kid was another kid who got shot in the head and the chest. And that child had no adult with him, so I couldn't get a story. It's hard to see it.

**Ike Sriskandarajah** These weren't kids injured by collapsing buildings. They were kids who'd been shot-- direct gunshot wounds into 12-year-olds, eight-year-olds, even toddlers.

> **Mark Perlmutter** Oh, over a dozen, combined two injuries, only two, head or chest, a dozen others.

> **Ike Sriskandarajah** Almost every day you were there?

> **Mark Perlmutter** Yeah.

Docusign Envelope ID: 761A99D6-35EC-4548-884F-8ED47F92D584

**Feroze Sidhwa** By the time I left, I had seen 13 children shot in the head total, or at least that's what I recorded in my journal. I probably saw more, but I try to stick to what I actually documented.

**Ike Sriskandarajah** 13 children in 14 days. Even with all the other traumatic injuries and deaths they saw, the kids who were shot really stuck with Mark. It was haunting him.

**Mark Perlmutter** Early on, I thought it was just an isolated jerk carrying out, because every army has jerks. War changes people, and so you can absolutely have rogue people behaving inappropriately.

**Ike Sriskandarajah** That's as far as Mark thought about it at the time. The detail of 13 kids, all with gunshot wounds to the head and chest, it just got added to the long list of things they saw in Gaza and couldn't fully understand. It didn't come back to Feroze until they were back home and got invited to speak at a conference in Dearborn, Michigan.

The panel had another American doctor, who also volunteered in Gaza. He worked in two different hospitals a couple months before Feroze and Mark arrived.

**Feroze Sidhwa** He's a Palestinian-American in Chicago named Thaer Ahmed. And we were just sitting next to each other, talking before our panel started. And I said, I couldn't believe how many kids I saw shot in the head. I just went through my journal recently, and it was 13.

And he said, oh, yeah, I know, me, too. Almost every day, I saw a kid shot in the head. And I was like, oh, OK.

**Mark Perlmutter** And then Feroze texted me, hey, this guy saw other kids shot. We have to find out who else saw other kids shot.

**Feroze Sidhwa** So I started asking other people who had been over there-- physicians, nurses, midwives, nurse practitioners.

**Adam Hamawy** I got a call from Feroze Sidhwa. I think sometime in mid-July, he called me.

**Ike Sriskandarajah** Dr. Adam Hamawy is a plastic surgeon from New Jersey.

**Adam Hamawy** And he said, did you take care of anyone with any gunshot wounds to the head or face? And I said, yes. And he said, really? How many?

**Ike Sriskandarajah** Because of Adam's specialty, he would have only seen children who survived a gunshot to the head long enough to make it to reconstructive surgery. Not many did. He saw one. It was still shocking to him.

Adam had served in Iraq as a surgeon in the US Army. He treated lots of injured people, but what he was seeing in Gaza was different.

**Adam Hamawy** When I was in Iraq, there were civilians that were injured. There were children that were injured. And that's called incidental, collateral damage, all the terms that we use to cleanly justify what's happening. But the scale was, I mean, not even-- not even close to this.

I mean, I probably took care of, like, five, six children the whole time I was in Iraq, and I wasn't there for three weeks. I was there for eight months. I mean, it didn't look-- it didn't appear that they were intentional targets. Those you could really say that they were wrong place, wrong time.

I didn't see targeted gunshots to little kids that were five, six years old or 10, 15 years old. In fact, I mean, I'm thinking back. I mean, I don't think I saw a gunshot wound to a kid at all when I was there.

**Ike Sriskandarajah**  There were documented cases where Americans did kill Iraqi children, but nothing near the scale that these doctors saw in Gaza.

As somebody with US military experience, do you have a perspective that could explain the circumstances that lead to a kid getting shot? How do you answer that?

> **Adam Hamawy**  These are little children that are being shot, and these aren't stray bullets. These are aimed. They're precise. So a stray bullet will explain one or two of them. It's not going to explain the string of precise, targeted shootings that are being done on children since October.

**Ike Sriskandarajah**  The medical worker I spoke with who spent the most time in Gaza also saw the most kids shot-- 50. She showed me a picture she took of a scan of a five or six-year-old's skull. There's a bullet in the middle of it. She was told this child was playing with their friends when an armed quadcopter drone came overhead and shot the child.

Dr. Ahlia Kattan also responded to Feroze's callout. She's an anesthesiologist from Southern California. She went with her husband, and between the two of them saw 15 kids who had been shot in the head or chest. The one that really stuck with her also happened to be the youngest case I'd heard of.

> **Ahlia Kattan**  One day, I got called in for a mass trauma in the emergency room. They said, we need help, so I assumed it was just from bombings. And this 18-month-old got thrown into my hands. Her name was Liliana.
>
> I knew she was dead, but her mom was screaming, so I knew we had to do something and show her we tried. So I didn't see any blood frothing out of her mouth, and I was doing chest compressions.
>
> And I looked up at her head, and I saw there was blood. And I asked her, was there any imaging? They handed me a CT scan, and there was a bullet shot to her head, and you could tell it was like a shot right to her temple. And I was just, like, in shock to-- never have I been done this many kids, but I've never done chest compressions on a gunshot wound to an 18-month-old.
>
> And the mom was just screaming. The mom, this was her only daughter, and she had tried for nine years to have her. And she was just hysterical, obviously.

**Ike Sriskandarajah**  Feroze reached out to as many American medical workers as he could-- doctors, nurses, paramedics. He created a survey to send out and compiled all the answers. The results stunned him.

> **Feroze Sidhwa**  Almost everybody had the exact same experience. Almost universally, they said the same thing, which I really was surprised by.

**Ike Sriskandarajah**  Out of the 53 American medical workers surveyed who did emergency care for children in Gaza, 44 said they saw kids shot in the head or chest. Here's Mark.

> **Mark Perlmutter**  83% said they saw a child who was shot in the chest or head-- 83%. So it's not just my finding.

> **Ike Sriskandarajah**  Could you describe that moment when you saw just how many?

> **Mark Perlmutter**  Oh, I cried. Yeah, because it gave a number to the tragedy.

**Ike Sriskandarajah**  Feroze published an op ed in the *New York Times* with the results of the survey. A group of the doctors wrote two letters to then President Biden outlining what they saw. Feroze thought that would mean two things-- they'd get a call from the White House and there'd be an investigation.

> **Feroze Sidhwa**  I thought that any sensible Biden administration would take that *New York Times* article as a major opportunity to feign ignorance about what had been going on in Gaza and to say, oh, my God, we can't believe American doctors saw this. And if this is true, then we're going to have to seriously reevaluate the arms that we send to Israel.

**Ike Sriskandarajah**  I talked with three people who worked at the US State Department and reviewed allegations like this, including the person who, until recently, was the Ambassador at Large for Global Criminal Justice, a position that used to be called the War Crimes Ambassador. They all agreed the doctors' report sounded credible and significant enough to investigate.

Each of them said the next step should be asking Israel for answers. One, who is involved in vetting US weapons transfers, told me if this had been another country other than Israel, this is what would have happened.

A few years ago, a senior member of the House Foreign Affairs Committee received reports that Mexican marine units were executing and disappearing people. The US stopped a shipment of machine guns for more than two years while they investigated the allegations. Eventually, Mexico agreed that American weapons wouldn't go to those units.

But that isn't what happened here. The Biden administration never met with Feroze and Mark. They didn't investigate these claims or make any public statements asking Israel to stop shooting kids in Gaza. They didn't try to get to the bottom of these allegations.

I read these doctors' accounts and had the same question they asked in one of their letters to President Biden. How could this be a series of accidents, such widespread shooting of so many young children over the course of an entire year? But I've also reported on war crimes before, and I know that cases that seem to a bystander, or even a doctor on the ground, like clear acts of atrocity-- they can be explained as a tragic but expected part of war, allowable under the rules of war.

The Gaza Strip is a small, densely populated place. It's nearly 50% children. Hamas is hiding inside that population. Any fighting between Hamas and Israel will have civilian casualties, including children.

So we asked the Israel Defense Forces how they explained the reports from American medical workers. They declined both my interview requests, but sent a statement, saying, "The IDF does not target minors and takes extensive measures to prevent harm to civilians, including children. The IDF is committed to mitigating civilian harm and operates in full compliance with international legal obligations. For security reasons, we cannot elaborate on operational policies."

Which doesn't explain why so many kids were getting shot. So I went looking for an Israeli soldier who'd served in Gaza, who could tell me what it was like on the ground and what the rules were on who they could shoot in what circumstances. And we found one who would talk with us. He's a reservist in his early 30s, a grad student whose unit got called up at the beginning of the war. He asked us to just call him M. He was worried about retribution, so we had an actor read his responses to my questions.

> **M**  It varied a lot, but a typical day was we'd have some missions, looking for weapons, looking for tunnels. And if we see anybody, engage them. And my role was the front machine gunner, light machine gunner.

**Ike Sriskandarajah**  His company started in the north of Gaza, not near the hospital where Feroze and Mark and most of the doctors were. He said there was a humanitarian road running north and south, and near the

humanitarian road, the rules of engagement were don't shoot unless there's an immediate threat. But once you got away from the humanitarian road--

> **M**  Everything besides that, we're told no one is supposed to be there. The orders to evacuate have been made. Anyone who is there is not supposed to be there. For us, basically the guidance was, men of fighting age, shoot. It doesn't matter if they're armed or not. They're not supposed to be there. And the logic being that Hamas operators, they don't walk around armed. They keep weapons caches in different homes. They walk around. They run to the nearest house if they need a weapon. So any basically men, you shoot on sight.

> **Ike Sriskandarajah**  And that's--

> **M**  And it's shoot to kill.

> **Ike Sriskandarajah**  Shoot to kill.

> **M**  If it's a woman and child, use the standard kind of non-war procedure where you just detain them-- try to detain them. This is how we heard it from the commanders. Don't shoot women and children unless they're a threat. Try to just detain them.

**Ike Sriskandarajah**  He says there was one incident where his unit did see two young people they thought might be a threat. One day, when two teenagers, 14 or 15, were part of a convoy going south, they sprinted away and ran into a building. A Hummer and a tank followed them and ordered them to come out. The army thought the teens might be luring them into a trap. When the teens didn't come out, they fired at the building, killing them.

He says his unit never fired on any other teenagers or little kids. But, he says, different units operate differently.

> **M**  The Israeli army is not the US Army. There's much more kind of DIY element. It comes down to your commander, how he decides, the standards he sets. And our company commander happens to be a kibbutznik, who is a little bit more cautious and doesn't want to essentially create a [BLEEP] storm.

> **Ike Sriskandarajah**  It matters who your commander is.

> **M**  Yeah. I can tell you there are soldiers in the unit who are hardcore, right wing settlers who, if it was up to them, we could be doing much more damage.

> I remember there was another company in the battalion, their company commander, very much not like ours. I was at an observation post, and he comes by just to look through my binoculars. And he sees a Gazan family passing by some Shaldag soldiers, and he sees them giving the family bottled water. And he goes on the radio to yell at them, saying, what are you doing? You want to open up a lemonade stand, too?

> And he starts looking through my binoculars and calling orders to some bulldozers, saying, see that line of trees over there? See that? Take them all down. Destroy all of that. And I ask, oh, are you doing an operation there later and for security, you don't want them to have any kind of sniper positions? And he said, no, just don't let them live. He was pretty much operating from make it as difficult for their lives as possible going forward.

**Ike Sriskandarajah**  So according to M, the broad permission to fire, and the types of units led by more aggressive company commanders, you can see how that could result in soldiers shooting Palestinian children. He didn't see this himself. This is just his opinion, he told me. But he believes that Israeli soldiers have probably shot some children on purpose.

M  At least some of these cases I can see being intentional. It wouldn't shock me. They're in the situation, and they get desensitized really fast, and develop a hatred really fast. So no way to justify that. I do understand the mentality.

At first, shooting unarmed people was horrifying to us. It's like, I can't believe we did that. And then it was like, ugh. Like, you get desensitized to it. And after you lose some friends, you start thinking, why even take the chance? Our lives are more important than theirs. I won't bet my life on it that they're Hamas, but I'll bet their lives on it that they're Hamas, essentially.

So regarding this American doctors seeing the children, no, I can only give my take that some soldier took it upon themselves, said, OK, they're an age like this that I can rationalize to myself that they're potentially combatants. Why take the chance?

Ike Sriskandarajah  I could just tell you, based on the dozen conversations I've had, they're talking about children who are as young as-- this is hard to say-- but 18 months who have been shot.

M  Well, the 18-month-old, there's no-- there's no question there.

Ike Sriskandarajah  Yeah.

M  And I don't think anything-- I can't give a reason. I mean, the simple one of crossfire, et cetera, that's one. But if they're saying there was one shot exactly and no other wounds, then that goes out the window.

Ike Sriskandarajah  I asked M for other possible explanations. What if the soldiers didn't know they were kids? It's a chaotic, tense environment full of people and places to hide. That could happen.

But he and another IDF soldier I spoke with, someone who didn't serve in Gaza but whose job was to identify targets for snipers, said it wasn't hard to distinguish a child from an adult. It wouldn't explain an 18-month-old being precisely shot in the head, or toddlers, or other grade school age kids.

Were the kids being used as human shields by Hamas, or even victims of Hamas in a false flag operation to blame Israel and draw sympathy? M hadn't heard of that happening in Gaza and hadn't seen it. He says when he tries to make sense of what happened, there's been a societal shift in Israel that he thinks is a factor.

M  I hear enough attitudes and opinions that would have shocked me 10 years ago. Now, it's like yeah, this is how people feel here.

I have a friend whose dad said in an interview he was in the Mossad and basically said that no one in Gaza over the age of 4 is innocent. So this isn't a fringe mentality among Israelis. No one in Gaza is innocent. They all support Hamas, of all ages. Where they draw the line varies. But they'll say anyone that's self-aware in Gaza is a Hamas supporter.

Ike Sriskandarajah  The Israeli army has not announced any investigations into the shooting of children in Gaza. In the meantime, the Trump administration just authorized another $12 billion in arms sales to Israel. That's in addition to the reported $17.9 billion the US has given Israel in military aid since the war began.

The kids getting shot like this are a tiny part of the large number of casualties in Gaza. At least 65,000 people have been killed, more than 15,000 of them children. An expert who investigates war crimes described it as a haystack of needles.

Most of these allegations will never find their way to court, so sometimes, in cases like these, war crimes investigators look for emblematic crimes, clear instances of violence outside of the rules of war that tell us something about the war, like the My Lai Massacre, Srebrenica, the chemical weapons attacks in Syria.

What do these deaths tell us? The hundreds of kids American medical workers saw shot in the head and chest, what are they emblematic of? They tell us it's likely that an Israeli soldier can shoot a child in Gaza on purpose with no consequence, and the US isn't going to try to stop it.

**Chana Joffe-Walt**  Ike Sriskandarajah is a producer on our show. Avi Vichner is the actor who read for M.

Coming up, a woman discovers she is a central data point in a story she did not know was unfolding. That's in a minute from Chicago Public Radio, when our program continues.

## Act Two: Solving For Where

---

**Chana Joffe-Walt**  It's *This American Life.* I'm Chana Joffe-Walt sitting in for Ira Glass. Today's show, Chaos Graph, people trying to make sense of things, trying to map what is happening around them and see the bigger picture. We've arrived at Act Two-- Solve for Where.

In this next story, the bigger picture has become very clear to the rest of us over the last couple of weeks. It's in the news all the time. But the woman at the center of this story, she experienced it up close. She learned each fact in the most personal, direct way, and making sense of those facts, understanding how they all fit together for her was urgent. Nadia Reiman has her story.

**Nadia Reiman**  When Mari shows me this video, it feels like something I'm not supposed to be watching. On the screen is her fiance, Mikael. He's shirtless. He's crisply lined up. He's young, 23, bright green eyes, wild curly hair tucked under a baseball cap, and he's holding a tattoo gun, giving himself a tattoo on his stomach while she teases him, says he's never going to tattoo her again.

[MIKAEL LAUGHING]

He looks up and laughs, his mouth full of braces. Mari is always sort of dragging Mikael about his tattoos. He has lots of them, some which Mari finds offensively dumb.

> **Mari**  [SPEAKING SPANISH]
>
> **Interpreter**  He has a Mickey Mouse, but the Mickey Mouse is smoking. He used to smoke, and he used to do ridiculous things like that, because to me, they're ridiculous things. But yeah.
>
> And then behind that, he has a little hand, like a little hand with an eye. And he tells me that eye sees everything. And I was just like, bueno, OK.
>
> **Mari**  [SPEAKING SPANISH]
>
> **Interpreter**  And he has something else there, like just-- like an ugly doll, like it looks like a toad. It has big eyes.
>
> **Mari**  [SPEAKING SPANISH]

**Nadia Reiman**  It's ET smoking a blunt. Mari is not her real name. She's from Venezuela. She's here applying for asylum, which is legal, but that seems to matter less and less nowadays in terms of who gets deported, hence the alias.

Mari and Mikael are the kind couple who wear matching outfits-- her idea, but she insists he's also into it, shows me a picture where they're wearing matching pink shorts that he chose. Mikael is a barber. Mari works cleaning hotels, so they work opposite hours. She gets up early, goes to bed early. He gets up later, goes to bed later. When their schedules do match up, they're usually so tired that they sit at home and watch TV on their fuzzy pink bedspread.

The morning it happened, Mari left early, like she usually does. She noticed a bunch of men outside. They were dressed in black, she says. One of them spoke Spanish. They came up to her, her roommate, and her landlord.

>    **Mari**  [SPEAKING SPANISH]

>    **Interpreter**  The owner of the house stands up, and he looks out the window, and he sees a few police outside. And they show him a photo, and they ask him for un muchacho, for a guy. And he says, no, he doesn't live here, but three other people live here.

>    **Mari**  [SPEAKING SPANISH]

**Nadia Reiman**  It seemed like they were looking for someone. One of them showed her the photo on his phone. He was like, do you know this person?

>    **Mari**  [SPEAKING SPANISH]

>    **Interpreter**  He was a dark-skinned person with dark hair. He had big eyes. He had a beard. We didn't really know who he was. And they tell us that he's Dominican.

>    **Mari**  [SPEAKING SPANISH]

>    **Interpreter**  And he tells us that they're going to check the house to just make sure and to verify, to make sure it's true that that person that they're looking for doesn't live here. I really didn't see a problem with it because we haven't committed any crime. We're not hiding anything.

>    **Mari**  [SPEAKING SPANISH]

**Nadia Reiman**  Mari figured she and Mikael had applied for asylum. He had his first court hearing already. His next one was coming up. They didn't think they were in any danger, so Mari sees no problem with letting any sort of law enforcement in. So she opens the gate, leads them down these narrow gray steps and into her basement apartment, where Mikael was still asleep.

>    **Mari**  [SPEAKING SPANISH]

>    **Interpreter**  So they went downstairs, and, obviously, I went first, because I was there to wake him up. He was half asleep, and he says, what's happening? He sat up, and when he sat up, well, he usually sleeps naked. I hand him a towel, and I tell him put the towel on because [SPEAKING SPANISH]. The police is coming.

>    **Mari**  [SPEAKING SPANISH]

>    **Interpreter**  They came in. They pushed the door. They put me in handcuffs. They put him in handcuffs. And the moment that happened, I said, well, what's happening? Why are you putting us in handcuffs?

>    And then I started crying. I started crying, and he would tell me, niña, tranquila. Niña, calm down. And I kept on crying, and I was asking, why are we in handcuffs? Why are they doing this? But they didn't tell me anything.

Docusign Envelope ID: 761A99D6-35EC-4548-884F-8ED47F92D584

The only thing they were saying, stay calm, because things can get worse. And if he moved, whatever movement he made, they would sit him down. I mean, he couldn't do anything. He couldn't move.

**Nadia Reiman**  Did they identify themselves? Did they tell you they were from ICE?

**Mari**  No.

**Nadia Reiman**  The men in black, Mari would later learn, were maybe ICE, Immigrations and Customs Enforcement, or maybe police working with ICE and the DEA for some reason. We don't know for sure, because they won't answer any of my questions.

What we do know is that Mikael ends up one of the 238 men who are in the news now almost every day, men who were sent away to a prison in El Salvador, where no one can reach them. And the president has refused to try to get them back, despite a court suggesting he should.

But that's all in the future. On that day in February, Mari says there was one of them, one of the men in black, that spoke Spanish. He started talking to Mikael. He was calmer.

He was like, it's OK, man, just be cool. Don't move too much. It's going to be fine. He translates for the rest. He tells Mari that they are taking Mikael, that they need to question him, but that she is free to go. Mari is in a daze. She doesn't know why they are taking him but letting her go.

They uncuff her. They let Mikael get dressed. The one that speaks Spanish tells Mari that they're taking him to Federal Plaza, an ICE office in Manhattan. And then, it's over. The men in uniforms take Mikael away, and Mari is left looking around, wondering what just happened.

**Mari**  [SPEAKING SPANISH]

**Interpreter**  I didn't know what to do, so the first thing I did was-- I don't know. I went to work.

**Nadia Reiman**  You went to work after that?

**Mari**  Sí. Sí.

**Nadia Reiman**  Why?

**Mari**  [SPEAKING SPANISH]

**Interpreter**  I didn't know what to do. I thought to myself, look, I'll go to work. I'll look for help. I just didn't know what to do. I didn't know. Everything felt stuck. I've never gone through something like this.

**Nadia Reiman**  Not going to work is not an option for Mari. She's been working since she was about 16, no matter what's happening around her. Her boss told me that she's never met someone so young yet so serious, reliable. She's the only one in her family who has left the country, the problem solver, the one her mom likes best, she said.

I asked her, would your mom agree? And without missing a beat, she said, I will FaceTime her right now and you can ask her yourself.

Mari met Mikael in Colombia three years ago. She was 21. He kept hanging out at the boutique where she worked and one day, she mentioned she wanted a tattoo. He was like, I'll do it for you. She was skeptical but agreed.

Docusign Envelope ID: 761A99D6-35EC-4548-884F-8FD17F92D584

From the moment they started dating, they were inseparable. Mari told me she has a temper and liked that Mikael could handle it. She says he's funny and charming, a little more shameless than she is.

When they traveled up to the US, if they needed to ask for food, Mari always felt embarrassed. Not Mikael. He made friends with everybody.

When they got to New York and their hours didn't match up, they spent what seems to me like basically their whole day video calling. When she got off the train in the morning, call from Mikael. When he got out of the shower, call from Mikael. At lunchtime, call from Mikael. While he's cutting hair, call from Mikael. They knew where the other was, what the other was doing, what the other was eating all the time, until now.

Mari is at a loss. She doesn't understand why Mikael would be in trouble. So she turns to the first person she trusts that knows this crazy system to see if she can help her make sense of what's going on, her boss at the hotel, a woman from Ecuador who's also an immigrant but a citizen.

Her boss always told her employees if they were ever in trouble with immigration, come to her, no problem. So even though it made Mari feel a little embarrassed to ask for help, she did it.

Mari's boss helped Mari find Mikael online through an ICE website. And it shows that, indeed, Mikael is being held in New York. That afternoon, he calls and tells Mari that they had to hold him there, even though there was no criminal record of him.

That night, Mari tracks him online again and sees that he's now in Pennsylvania. She thinks, why are they moving him?

Mari's boss tells her get a lawyer, like yesterday, so she starts to look for one. She needs one that she can afford and that speaks Spanish. It took her a week to find one. The lawyer looks into Mikael's case right away, trying to figure out why he got detained in the first place.

Much to the lawyer's distaste, Mari, a true gen Z'er, starts to post a lot on TikTok. Almost overnight, her feed morphs from dancing reggaeton videos to photo collages of Mikael set to cheesy Spanish ballads, laying out their story, asking people to make it go viral.

    **Mari** [SPEAKING SPANISH]

**Nadia Reiman** Mari is particularly concerned with Mikael being moved to Pennsylvania like that, without him consenting to it. The lawyer tells her, don't worry about that part. The government can move him around detention centers all they want. They just can't deport him. A judge has to decide that.

So for the next few weeks, all of these moving parts become Mari's new normal-- TikToks about Mikael, calls with the lawyer, video calls from the Pennsylvania detention center.

    **Mari** [SPEAKING SPANISH]

    **Interpreter** Four or five times a day was him calling me, me calming him down, me telling him he was going to get out of there, to have faith.

    **Mari** [SPEAKING SPANISH]

**Nadia Reiman** And then, one day in March, she doesn't hear from him for hours.

    **Mari** [SPEAKING SPANISH]

Docusign Envelope ID: 761A99D6-35EC-4648-884F-8FD47F92D584

**Interpreter**  And then he called me. He called me at 4:00 in the morning, and he tells me, crying desperately, niña, they transferred me again to El Valle, to Texas. I was the whole time on a plane. They didn't tell me anything. I didn't eat. I didn't drink water. They didn't give us anything. I haven't been able to sleep. They're going to process me here.

And me, bueno niño, calm down. Be strong. You're going to leave. Remember that on Monday, you have your court appointment. If we have to pay bail, we'll pay bail. But you're going to-- you're going to leave. You're going to get out of there.

**Nadia Reiman**  Mari checks the website, and indeed, there he is in Texas, so much further away from her, from their little basement apartment. She's like, why are they taking him further away?

She calls the lawyer, who tells her, again, don't worry, they can move him, but they can't deport him. Which is true, at least legally speaking. Mari had a bad feeling, but she pushed it down and went to work.

**Mari**  [SPEAKING SPANISH]

**Interpreter**  I worked as much as I could, because honestly, when you're nervous, when you're anxious, it's really, really hard to get things done. I arrived really late to my house that day. I arrived at 8 o'clock. I arrived on the bus. When I get down off the bus on the corner of my house, my boss, she was the one that sent me the video.

She tells me, Mari, I sent you this video. I think I saw your husband there. Take a look and let me know if it's him.

**Nadia Reiman**  She sent it to your phone, like a video on your phone?

**Mari**  Si.

**Interpreter**  Yeah, it was a news clip, from Telemundo. And I click on the video, and the beginning is there were airplanes, getting to El Salvador, and a bunch of Venezuelans, people getting off the planes and all of that. But at the end, when the video was almost done, there's a moment where there's people kneeling down, getting shaved.

**Mari**  [SPEAKING SPANISH]

**Nadia Reiman**  There, at 38 seconds in on the screen, was Mikael, profile sharp, curls falling around his face, his head held down while someone shaves his head. It lasts just a few seconds, and then the camera cuts to someone else. It was chilling, like a scene in some perverse movie.

**Mari**  [SPEAKING SPANISH]

**Interpreter**  I recognized him immediately. The second I saw him, I knew it was him. He has a tattoo, and it's a Chinese phrase, like on his sideburn. And, obviously, when they were shaving him, you could see it. And he has long, curly blonde hair, and he's the only one who had hair like that. I mean, it was him. It was him.

**Mari**  [SPEAKING SPANISH]

**Interpreter**  When I saw him, I went into crisis. I started shaking. I started crying. I was with another girl that lives with me, because we work in the same hotel. And I tell her, Josefina, it's him. Josefina, it's him. It's Mikael. They took him, and I just-- it was very bad.

**Mari** [SPEAKING SPANISH]

**Interpreter**  I was telling her, Jose, it's him, it's him, it's him. And the first thing she told me was calm down, because something could happen to you. And all I could say was, Jose, it's him. They took him.

I just felt so, so sad when I saw his face, like he was suffering. His eyes were swollen. He must have cried so much.

And then immediately, I went home. I turned on my computer, and I started to look, and immediately, I saw that he was-- he was no longer in the US system.

**Nadia Reiman**  At that moment, Mari unknowingly became a data point, part of a group of people who figured out their loved ones were taken to a notoriously bad Salvadoran prison through a video.

A mom in Venezuela had the same experience at around the same time as Mari. She saw a close-up of her son Mervin Yamarte Fernandez's face on screen in the same Telemundo report, and that's how she knew where he was.

Another mom, same thing. Seeing a brief glimpse of his tattooed arms was the only marker of her son Francisco García Casique and his whereabouts. Without these videos, they would have simply disappeared.

I know people say unprecedented a lot, but I really can't think of another word to describe this swift and secretive removal of 238 Venezuelans. It happened so quickly. Within four hours of the Trump administration invoking the Alien Enemies Act, Mikael and the other 237 got removed. Mari described it to me as a kidnapping. And this move of shipping people who were in the US abroad to some dank prison is unlike anything I've seen in US immigration.

We've sent hundreds to the mega prison CECOT so far, and we're paying the Salvadoran government $6 million to hold them. It's described as a prison no one leaves alive. And it's next to impossible to talk to people who are there. Not even lawyers can.

The government is saying Mikael was sent there because he's a gang member, Tren de Aragua. So is he?

The *New York Times* and CBS have made these lists with all the men taken there, looked into whether they could find any criminal activity here in the US, in Venezuela, and in surrounding countries. And so far, it looks like almost 90% either have no record or have been charged with minor offenses, like driving with a suspended license or trespassing.

I talked to a professor named Dorothy Kronick, who's making one of these lists. She studies crime and policing in Venezuela. I asked her specifically about Mikael. She hasn't found anything suspicious.

I also asked a local reporter in his hometown, this small island off the coast of Venezuela. She told me that there is no Tren de Aragua activity there.

Mikael lived in Colombia for a while. I did a criminal record search there, using his Venezuelan government ID number. Nothing.

This lack of information connecting Mikael to Tren de Aragua, that doesn't seem to deter our government. Robert Cerna, an acting field office director for ICE's removal operations, said something that stuck with me. Quote, "The lack of specific information about each individual actually highlights the risk they pose. It demonstrates that they are terrorists, with regard to whom we lack a complete profile." So according to the government, no proof that you're a criminal is the greatest proof of all.

Mari is convinced that Mikael's tattoos, that's the only reason the government thinks he's a gang member, which is not crazy. The government is looking at tattoos. They have a list of Tren de Aragua suspicious tattoos, and it is broad-

- trains, crowns, roses, clocks, star, a Michael Jordan. If this is a list of gang tattoos, everyone under 50 is in a gang.

Ronna Risquez, a Venezuelan reporter who has been following Tren de Aragua for 10 years and wrote the book about them, told me two things. One, as far as she knows, there are no Tren de Aragua specific tattoos, so basing anything on tattoos is ridiculous. To be fair, the government says they're relying on more than just tattoos, but it's unclear in a lot of cases what else. And two, Ronna confirmed what the local reporter said, that the place Mikael is from has no Tren de Aragua activity at all.

Mari scoffs at the idea that Mikael is some secret Tren de Aragua operative who could hide from the biggest snoop of all, her.

> **Mari** [SPEAKING SPANISH]
>
> **Interpreter** I mean, when you're with someone, you're going to notice if he's into something weird or not. And, I'm a very toxic person. Bueno, not toxic. Like, I'm not toxic when it comes to women, but I like to be on top of what he's doing all the time.
>
> I go through all his things. I go through his phone. I spent a lot of time with him at the barber shop. We were always making video calls while he was working, while I was working. It was always 24 hours a day we were in communication, we were in touch. And he's the same. He was-- he was more toxic than me.
>
> **Mari** [SPEAKING SPANISH]

**Nadia Reiman** What Mikael is is an asylum seeker. Regardless of what his asylum claim is and whether or not you think he should get asylum, I want you to put that aside for a moment. He's in the middle of a legal process that he followed our laws to participate in.

I cannot overstate how crazy it is that he and others got picked up and shipped away, like we just pretended due process doesn't exist anymore. Normally, someone like Mikael would present all his evidence to a judge-- documents, testimony. And then the judge would decide if under our law Mikael could stay or if he should be deported. That's what due process is, getting to stand in court and prove who you are, where you should be. Without it, the government could send anyone to CECOT. Without due process, you have no say.

Immediately after seeing the head shaving video, Mari gets herself together and calls for help, calls Mikael's lawyer. She's like, the lawyer will know what to do.

The lawyer does not know what to do. The lawyer is in shock. She told me she's never seen anything like this in over 20 years of legal practice. She can't get a hold of Mikael at all. The next day is his next hearing with the judge.

The lawyer told me that during that hearing, the judge kept calling Mikael's name. Subero? Subero? Where is Subero? The detention center didn't know. The ICE attorney didn't know. Mari was there listening in on Zoom.

> **Mari** [SPEAKING SPANISH]
>
> **Interpreter** They were waiting for Mikael to come on the video call that they were doing for the correctional facility where he was, which is in Pennsylvania. Mikael never came out. The cops would say nothing. The cops wouldn't give a reason. All they would say was that they were looking for him.
>
> **Nadia Reiman** Whoa, so no one in the court knew where he was, either?
>
> **Mari** No.

Docusign Envelope ID: 761A99D6-35EC-4548-884F-8FD47F92DF84

**Nadia Reiman**  Throughout this story, I felt a lot like Mari, turning to scholars, to lawyers, to think tanks that track immigration for decades to ask, what exactly is this? What's happening? And the response, over and over again, was they have no idea. Everyone is wading into new water.

Mari hasn't heard from Mikael in over a month.

> **Mari**  [SPEAKING SPANISH]

> **Interpreter**  Sometimes I get to work, and I'm doing whatever, and I'm like, oh, I feel like calling Mikael to see what's going on at the barber shop. And then, obviously, I remember that he's not here anymore, that I can't do that.

> **Nadia Reiman**  When was the last time a moment like that happened for you?

> **Mari**  [SPEAKING SPANISH]

> **Interpreter**  Literally every day that I go to work. In the mornings, it's always the first thing that comes to my mind. Because every day when I get to work, it's the time he would call me always to say, are you OK? Did you have breakfast-- to see if I had breakfast. I always-- like, I wait for the call. I hear the phone ringing, and I'm like, it's Mikael, and like that. And that's what it's like. And it's like-- it's like the hardest thing.

> **Mari**  [SPEAKING SPANISH]

> **Interpreter**  She can't stay in their apartment anymore because the raid was so intense. She didn't want to touch his stuff, because she kept thinking he'd be back. Some days, she says, she doesn't know what to do with herself. She feels angry all the time, tricked. Disappearing people in the middle of the night, taking them someplace where you can't see them or talk to them, that's not a US thing. She never thought something like this could happen here. Many people didn't.

**Chana Joffe-Walt**  Nadia Reiman is an editor on our show. Interpreting for this story by Anayansi Diaz-Cortes.

**Credits**

---

**Chana Joffe-Walt**  Our program was produced today by Valerie Kipnis. Our executive editor Emanuele Berry edited the show. The people who put together today's program include Phia Bennin, Mike Comite, Aviva DeKornfeld, Emanuel Dzotsi, Angela Gervasi, Cassie Howley, Seth Lind, Tobin Low, Katherine Rae Mondo, Stowe Nelson, Ryan Rumery, Marisa Robertson-Textor, Alissa Shipp, Lilly Sullivan, Christopher Swetala, Laura Starecheski, Nancy Updike, James Williamson, and Diane Wu.

Our managing editor is Sarah Abdurrahman. Our senior editor is David Kestenbaum. Our executive producer is Ira Glass.

Special thanks today to Yael Even Or, Jeremy Ashkenas, Aaron Reicklin-Melnick, Muzaffar Chishti, Stephen Yale-Loehr, Julie Turkewitz, Carolina Arias Ipys, Dara Lind, Josbelk Gonzalez Mejias, Galya Walt, Breaking the Silence, and the Chronicle for Higher Education. Casting help from Sabrina Hyman.

*This American Life* is delivered to public radio stations by PRX, the Public Radio Exchange. Our website, thisamericanlife.org. If you become a *This American Life* partner, you will get bonus episodes, ad-free listening, and more. The latest bonus episode is an Ask Me Anything episode, where Ira Glass answered questions sent in by subscribers. To hear it, and get all the other perks, and, most importantly, help us keep making the show, go to thisamericanlife.org/lifepartners. That link is also in the show notes.

Thanks, as always, to my boss, Ira Glass. He went to a Hugh Grant convention this year. Everyone dressed up-- *Four Weddings and a Funeral* Hugh, *Notting Hill* Hugh, *Love Actually* Hugh.

**Annika Barber**  We're talking about at least 18,000 grants.

**Chana Joffe-Walt**  I'm Chana Joffe-Walt. We'll be back next week with more stories of *This American Life.*





© 1995 - 2025 This American Life Privacy Policy | Terms of Use