UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br> Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br> Defendants. | Civil Action No. 25-CV-10814 |

**NOTICE OF PRODUCTION**

Pursuant to this Court's order, defendants have produced the Certified Administrative Record for phase one of the above-captioned proceeding. The record is described in the attached Certification of the Administrative Record.

The administrative records includes Notices of Award that may contain commercial information, but that defendants have not yet been able to review given the expedited compilation. Defendants have therefore produced the administrative records by sending a box.com link to plaintiffs, and by delivering a thumb drive to chambers that contains a chambers' copy, on June 3, 2025. After briefing, the parties intend to file a joint appendix that contains the portions of the record cited by any party.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

LEAH B. FOLEY
United States Attorney

|  |  |
|---|---|
|  | KIRK T. MANHARDT<br>Director |
|  | MICHAEL QUINN<br>Senior Litigation Counsel |
| Dated: June 2, 2025 | */s/ Thomas Ports*<br>*Trial Attorney*<br>THOMAS PORTS (Va. Bar No. 84321)<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division<br>Corporate/Financial Section<br>P.O. Box 875<br>Ben Franklin Stations<br>Washington D.C. 20044-0875<br>Tel: (202) 307-1105<br>Email: thomas.ports@usdoj.gov<br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 2, 2025                                                 */s/ Thomas Ports*
                                                                             Thomas Ports