IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>*Defendants.* | No. 1:25-cv-10787-WGY |
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>*Defendants.* | No. 1:25-cv-10814-WGY |

## STIPULATED MODIFICATIONS TO THE PHASE ONE SCHEDULE

The Court has adopted the schedule for Phase One proceedings set forth at page 2 of ECF No. 113 in No. 1:25-cv-10814. *See* Electronic Clerk's Notes, ECF No. 87 in No. 1:25-cv-10787 and 119 in No. 1:25-cv-10814. Having met and conferred, all parties in the above cases have stipulated to, and hereby ask the Court to adopt, the following modifications to that schedule:

- Plaintiffs must submit a list of any exhibits or witnesses they intend to present at the June 16 hearing by **June 10, 2025, at 6:00 p.m.**

- Defendants shall file any response or objections to the presentation of such exhibits or witnesses by **June 12, 2025, at 6:00 p.m.**

- Plaintiffs shall file a response to any such objections by **June 13, 2025, at 2:00 p.m.**

June 5, 2025

**For Plaintiffs in No. 25-cv-10787:**

/s/ *Jessie J. Rossman*
Jessie J. Rossman
Suzanne Schlossberg
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 801
Boston, MA 02018
(617)482-3170
jrossman@aclum.org

Olga Akselrod
Alexis Agathocleous
Rachel Meeropol
Alejandro Ortiz
AMERICAN CIVIL
  LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2659
oakselrod@aclu.org

Shalini Goel Agarwal
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., NW, Ste. 163
Washington, DC 20006
(202) 579-4582
shalini.agarwal@protectdemocracy.org

Michel-Ange Desruisseaux
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
michelange.desruisseaux@protectdemocracy.org

Kenneth Parreno
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
kenneth.parreno@protectdemocracy.org

(continued on next page)

Respectfully submitted.

**For Defendants:**

YAAKOV M. ROTH
Acting Assistant Attorney General

LEAH B. FOLEY
United States Attorney

KIRK T. MANHARDT
Director

MICHAEL QUINN
Senior Litigation Counsel

THOMAS PORTS (Va. Bar No. 84321)
Trial Attorney
U.S. Department of Justice
Civil Division
Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 307-1105
Email: thomas.ports@usdoj.gov

/s/ *Anuj K. Khetarpal*
ANUJ K. KHETARPAL
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel: (617) 823-6325
Email: anuj.khetarpal@usdoj.gov

Lisa S. Mankofsky
Oscar Heanue
CENTER FOR SCIENCE IN
  THE PUBLIC INTEREST
1250 I St., NW, Suite 500
Washington, DC 20005
202-777-8381
lmankofsky@cspinet.org

**For Plaintiffs in No. 25-cv-10814:**

ANDREA JOY CAMPBELL
  *Attorney General of Massachusetts*

 /s/ *Gerard J. Cedrone*
Katherine B. Dirks
  *Chief State Trial Counsel*
Gerard J. Cedrone
  *Deputy State Solicitor*
Allyson Slater
  *Director, Reproductive Justice Unit*
Rachel M. Brown
Vanessa A. Arslanian
Chris Pappavaselio
  *Assistant Attorneys General*
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for the
  Commonwealth of Massachusetts*

(continued on next page)

ROB BONTA
  *Attorney General of California*

/s/ *Emilio Varanini*
Neli Palma
  *Senior Assistant Attorney General*
Emilio Varanini
Kathleen Boergers
  *Supervising Deputy Attorneys General*
Nimrod Pitsker Elias
Daniel D. Ambar
Ketakee R. Kane
Sophia TonNu
Hilary Chan
  *Deputy Attorneys General*
455 Golden Gate Avenue
San Francisco, CA 94102
(415) 510-3541
emilio.varanini@doj.ca.gov

*Counsel for the State of California*

ANTHONY G. BROWN
  *Attorney General of Maryland*

/s/ *James C. Luh*
Michael Drezner
James C. Luh
  *Senior Assistant Attorneys General*
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6959
mdrezner@oag.state.md.us

*Counsel for the State of Maryland*

(continued on next page)

NICHOLAS W. BROWN
  *Attorney General of Washington*

 /s/ *Andrew Hughes*
Andrew Hughes
Tyler Roberts
  *Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
andrew.hughes@atg.wa.gov

*Counsel for the State of Washington*

KRISTIN K. MAYES
  *Attorney General of Arizona*

 /s/ *Joshua G. Nomkin*
Joshua G. Nomkin
  *Assistant Attorney General*
2005 N. Central Avenue
Phoenix, AZ 85004
(602) 542-3333
joshua.nomkin@azag.gov

*Counsel for the State of Arizona*

PHILIP J. WEISER
  *Attorney General of Colorado*

 /s/ *Lauren Peach*
Shannon Stevenson
  *Solicitor General*
Lauren Peach
  *First Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
lauren.peach@coag.gov

*Counsel for the State of Colorado*

(continued on next page)

KATHLEEN JENNINGS
  *Attorney General of Delaware*

/s/ *Vanessa L. Kassab*
Ian R. Liston
  *Director of Impact Litigation*
Vanessa L. Kassab
  *Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

ANNE E. LOPEZ
  *Attorney General of Hawaiʻi*

/s/ *Kalikoʻonālani D. Fernandes*
David D. Day
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

KEITH ELLISON
  *Attorney General of Minnesota*

/s/ *Pete Farrell*
Peter J. Farrell
  *Deputy Solicitor General*
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 757-1424
peter.farrell@ag.state.mn.us

*Counsel for the State of Minnesota*

(continued on next page)

AARON D. FORD
  *Attorney General of Nevada*

 /s/ *Heidi Parry Stern*
Heidi Parry Stern
  *Solicitor General*
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Counsel for the State of Nevada*

MATTHEW J. PLATKIN
  *Attorney General of New Jersey*

 /s/ *Nancy Trasande*
Nancy Trasande
Bryce Hurst
  *Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 954-2368
nancy.trasande@law.njoag.gov

*Counsel for the State of New Jersey*

RAÚL TORREZ
  *Attorney General of New Mexico*

 /s/ *Astrid Carrete*
Astrid Carrete
  *Assistant Attorney General*
408 Galisteo Street
Santa Fe, NM 87501
(505) 270-4332
acarrete@nmdoj.gov

*Counsel for the State of New Mexico*

(continued on next page)

LETITIA JAMES
   *Attorney General of New York*

/s/ *Rabia Muqaddam*
Rabia Muqaddam
   *Special Counsel for Federal Initiatives*
Molly Thomas-Jensen
   *Special Counsel*
28 Liberty Street
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov

*Counsel for the State of New York*

DAN RAYFIELD
   *Attorney General of Oregon*

/s/ *Christina L. Beatty-Walters*
Christina L. Beatty-Walters
   *Senior Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880
tina.beattywalters@doj.oregon.gov

*Counsel for the State of Oregon*

PETER F. NERONHA
   *Attorney General of Rhode Island*

/s/ *Jordan Broadbent*
Jordan Broadbent
   *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2060
jbroadbent@riag.ri.gov

*Counsel for the State of Rhode Island*

(continued on next page)

JOSHUA L. KAUL
  *Attorney General of Wisconsin*

 /s/ *Lynn K. Lodahl*
Lynn K. Lodahl
  *Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, WI 53707
(608) 264-6219
lodahllk@doj.state.wi.us

*Counsel for the State of Wisconsin*