IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, | |
| *Plaintiffs,* | |
| v. | No. 1:25-cv-10814-WGY |
| ROBERT F. KENNEDY, JR., *et al.*, | |
| *Defendants.* | |

**PLAINTIFFS' NOTICE REGARDING THE JUNE 16 HEARING**

The schedule for first-phase proceedings requires plaintiffs to submit a list, by today, of any exhibits or witnesses that plaintiffs intend to present at the June 16 hearing. *See* ECF No. 113, ¶2; ECF No. 119; ECF No. 123. Plaintiffs believe that all first-phase merits questions—*i.e.*, all questions pertaining to whether defendants lawfully adopted the Challenged Directives or terminated plaintiffs' grants—can be decided on the certified administrative record.[1] Accordingly, plaintiffs do not intend to introduce additional evidence or witnesses with respect to the merits of the first-phase issues at the June 16 hearing.

To the extent that the parties' dispute entails "issues separate from the merits"—including plaintiffs' standing and the propriety of injunctive relief—"consideration of extra-record evidence is appropriate." *Nat'l Ass'n for Gun Rights, Inc. v. Garland*, 741 F. Supp. 3d 568, 600 (N.D. Tex. 2024); *see* ECF No. 125, at 14–15, 30–31 (challenging plaintiffs' standing and the propriety of injunctive relief). On those separate issues, plaintiffs propose to submit the case for decision on

---

[1] That record must be completed. *See* ECF Nos. 124, 128. Additionally, plaintiffs are in the process of updating the demonstrative spreadsheet of terminated grants, which they will produce before the hearing. As plaintiffs have explained, the determination of the legality of any specific termination is largely ministerial, because it involves only the question whether any given termination was pursuant to a Challenged Directive (or pursuant to any order adopting the language of the Challenged Directives).

the materials that have already been filed, including the exhibits accompanying the Declaration of Chris Pappavaselio at ECF No. 77 and the exhibits accompanying plaintiffs' reply brief at ECF No. 101.  Because defendants have not challenged plaintiffs' submissions as a factual matter—but instead dispute only whether that evidence satisfies the relevant legal standards—plaintiffs believe that the existing record is sufficient to allow the Court to resolve the parties' arguments on those non-merits issues.  Defendants have indicated, however, that they object to proceeding on a case-stated basis as to these non-merits issues.  Plaintiffs intend to meet and confer with defendants to discuss next steps on those issues.

June 10, 2025                                                             Respectfully submitted.

| | |
|---|---|
| **ANDREA JOY CAMPBELL**<br>   *Attorney General of Massachusetts* | **ROB BONTA**<br>   *Attorney General of California* |
| /s/ Gerard J. Cedrone<br>Katherine B. Dirks (BBO No. 673674)<br>   *Chief State Trial Counsel*<br>Gerard J. Cedrone (BBO No. 699674)<br>   *Deputy State Solicitor*<br>Allyson Slater (BBO No. 704545)<br>   *Director, Reproductive Justice Unit*<br>Rachel M. Brown (BBO No. 667369)<br>Vanessa A. Arslanian (BBO No. 688099)<br>Phoebe M. Lockhart (BBO No. 709411)<br>Chris Pappavaselio (BBO No. 713519)<br>   *Assistant Attorneys General*<br>One Ashburton Place, 20th Floor<br>Boston, MA 02108<br>(617) 963-2282<br>gerard.cedrone@mass.gov<br><br>*Counsel for the*<br>   *Commonwealth of Massachusetts* | /s/ Emilio Varanini<br>Neli Palma<br>   *Senior Assistant Attorney General*<br>Emilio Varanini\*<br>Kathleen Boergers\*<br>   *Supervising Deputy Attorneys General*<br>Nimrod Pitsker Elias\*<br>Daniel D. Ambar\*<br>Ketakee R. Kane\*<br>Sophia TonNu\*<br>Hilary Chan\*<br>   *Deputy Attorneys General*<br>455 Golden Gate Avenue<br>San Francisco, CA 94102<br>(415) 510-3541<br>emilio.varanini@doj.ca.gov<br><br>*Counsel for the State of California* |

2

**ANTHONY G. BROWN**
  *Attorney General of Maryland*

 /s/ *James C. Luh*
Michael Drezner*
James C. Luh*
  *Senior Assistant Attorneys General*
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6959
mdrezner@oag.state.md.us

*Counsel for the State of Maryland*

**KRISTIN K. MAYES**
  *Attorney General of Arizona*

 /s/ *Joshua G. Nomkin*
Joshua G. Nomkin*
  *Assistant Attorney General*
2005 N. Central Avenue
Phoenix, AZ 85004
(602) 542-3333
joshua.nomkin@azag.gov

*Counsel for the State of Arizona*


 **KATHLEEN JENNINGS**
  *Attorney General of Delaware*

 /s/ *Vanessa L. Kassab*
Ian R. Liston*
  *Director of Impact Litigation*
Vanessa L. Kassab*
  *Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**NICHOLAS W. BROWN**
  *Attorney General of Washington*

 /s/ *Andrew Hughes*
Andrew Hughes*
Tyler Roberts*
  *Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
andrew.hughes@atg.wa.gov

*Counsel for the State of Washington*

**PHILIP J. WEISER**
  *Attorney General of Colorado*

 /s/ *Lauren Peach*
Shannon Stevenson*
  *Solicitor General*
Lauren Peach*
  *First Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
lauren.peach@coag.gov

*Counsel for the State of Colorado*

**ANNE E. LOPEZ**
  *Attorney General of Hawaiʻi*

 /s/ *Kalikoʻonālani D. Fernandes*
David D. Day*
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

3

**KEITH ELLISON**
  *Attorney General of Minnesota*

/s/ *Pete Farrell*
Peter J. Farrell*
  *Deputy Solicitor General*
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 757-1424
peter.farrell@ag.state.mn.us

*Counsel for the State of Minnesota*

**MATTHEW J. PLATKIN**
  *Attorney General of New Jersey*

/s/ *Nancy Trasande*
Nancy Trasande*
Bryce Hurst*
  *Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 954-2368
nancy.trasande@law.njoag.gov

*Counsel for the State of New Jersey*

**LETITIA JAMES**
  *Attorney General of New York*

/s/ *Rabia Muqaddam*
Rabia Muqaddam*
  *Special Counsel for Federal Initiatives*
Molly Thomas-Jensen*
  *Special Counsel*
28 Liberty Street
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov

*Counsel for the State of New York*

**AARON D. FORD**
  *Attorney General of Nevada*

/s/ *Heidi Parry Stern*
Heidi Parry Stern*
  *Solicitor General*
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Counsel for the State of Nevada*

**RAÚL TORREZ**
  *Attorney General of New Mexico*

/s/ *Astrid Carrete*
Astrid Carrete*
  *Assistant Attorney General*
408 Galisteo Street
Santa Fe, NM 87501
(505) 270-4332
acarrete@nmdoj.gov

*Counsel for the State of New Mexico*

**DAN RAYFIELD**
  *Attorney General of Oregon*

/s/ *Christina L. Beatty-Walters*
Christina L. Beatty-Walters*
  *Senior Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880
tina.beattywalters@doj.oregon.gov

*Counsel for the State of Oregon*

| | |
|---|---|
| **PETER F. NERONHA**<br>*Attorney General of Rhode Island*<br><br> /s/ *Jordan Broadbent* <br>Jordan Broadbent*<br>*Special Assistant Attorney General*<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2060<br>jbroadbent@riag.ri.gov<br><br>*Counsel for the State of Rhode Island* | **JOSHUA L. KAUL**<br>*Attorney General of Wisconsin*<br><br> /s/ *Lynn K. Lodahl* <br>Lynn K. Lodahl*<br>*Assistant Attorney General*<br>17 West Main Street<br>P.O. Box 7857<br>Madison, WI 53707<br>(608) 264-6219<br>lodahllk@doj.state.wi.us<br><br>*Counsel for the State of Wisconsin* |

* admitted *pro hac vice*