# APPENDIX A

**Plaintiff States' Response to Defendants' Identification of Grants**

| No. | Entry Identification | Plaintiffs' Response |
|---|---|---|
| | **GRANTS THAT DEFENDANTS CLAIM WERE NOT TERMINATED AND DID NOT FAIL TO RENEW (90)[1]** | |
| 1. | 2R25MH067127-21 | This grant was up for non-competing renewal on or before a date certain. That date has passed with no renewal, despite preconditions being met, and funds for this year have not been made available. Thus, defendants have terminated the grant. (Hereinafter, "termination through non-renewal") |
| 2. | 2T32AR007175-47 | Termination through non-renewal |
| 3. | 1P20CA290477-01 | Plaintiffs will withdraw this grant from their list.[2] |
| 4. | 1P20CA290477-01 | Termination through non-renewal |
| 5. | 5R01EY034973-02 | Termination through non-renewal |
| 6. | 5R25AG078149-03 | Termination through non-renewal |
| 7. | 5R25MH084565-14 | Termination through non-renewal |
| 8. | 5T32AG052354-09 | Termination through non-renewal |
| 9. | 5R01DK134723-02 | Plaintiffs received a termination notice for this grant. |
| 10. | 5R01HD109158-02 | Plaintiffs received a termination notice for this grant |
| 11. | R01AR082816 | Plaintiffs received an email terminating this grant |
| 12. | R37AR061402 | Plaintiffs received a termination notice for this grant |
| 13. | 3R01MD018265-03S1 | Plaintiffs will withdraw this grant from their list. |
| 14. | 5R01AA026302-09 | Termination through non-renewal |
| 15. | 5R01GM086858-17 | Termination through non-renewal |
| 16. | 5R01NS123263-03 | Termination through non-renewal |
| 17. | 5R01NS128277-02 | Termination through non-renewal |
| 18. | 5R35GM149542-03 | Termination through non-renewal |
| 19. | 5R01DK106399-09 | Termination through non-renewal |
| 20. | 1F32GM154469-01 | Termination through non-renewal |
| 21. | 5R01EY018839-16 | Termination through non-renewal |

---

[1] Defendants' Exhibit A to Updated Certification of Administrative Record, ECF No. 131-3.
[2] Unless indicated that Plaintiffs will withdraw the grant, all grants in this chart will be included in the updated submission of Plaintiff States' Terminated Grants, dated 6/13/25.

1

| No. | Entry Identification | Plaintiffs' Response |
|---|---|---|
| 22. | 5R01EY032861-03 | Termination through non-renewal |
| 23. | 5R35NS132160-02 | Termination through non-renewal |
| 24. | 5R01AI148300-05 | Termination through non-renewal |
| 25. | 5R01GM144446-04 | Termination through non-renewal |
| 26. | 5R01HG002385-24 | Termination through non-renewal |
| 27. | 5R01HG010632-06 | Termination through non-renewal |
| 28. | 5R01HL112808-13 | Termination through non-renewal |
| 29. | 5R01HL146500-06 | Termination through non-renewal |
| 30. | 5R01HL155990-04 | Termination through non-renewal |
| 31. | 5R01HL156808-04 | Termination through non-renewal |
| 32. | 5R01HL158667-04 | Termination through non-renewal |
| 33. | 5R01MH126040-03 | Termination through non-renewal |
| 34. | 5R01NS058721-15 | Termination through non-renewal |
| 35. | 5R01NS101354-07 | Termination through non-renewal |
| 36. | 5R01NS120218-04 | Termination through non-renewal |
| 37. | 5R21HG013504-02 [Should be 1R21HG013504-01] | Termination through non-renewal |
| 38. | 5R24GM141156-05 | Termination through non-renewal |
| 39. | 5R35GM122451-07 | Termination through non-renewal |
| 40. | 5R01DK138948-02 [Should be 1R01DK138948-01] | Termination through non-renewal |
| 41. | 1K76AG088411-01 | Plaintiffs will withdraw this grant from their list. |
| 42. | 1R01MH137799-01 | Termination through non-renewal |
| 43. | 5K01AG071798-05 [Should be -04] | Termination through non-renewal |
| 44. | 5K01AG073533-04 | Termination through non-renewal |
| 45. | 5K08AG083050-02 | Termination through non-renewal |
| 46. | 5K23AG072035-04 | Termination through non-renewal |
| 47. | 5K23AG076960-03 | Termination through non-renewal |

| No. | Entry Identification | Plaintiffs' Response |
|---|---|---|
| 48. | 5K23EY034893-02 | Termination through non-renewal |
| 49. | 5P2CHD042828-24 | Termination through non-renewal |
| 50. | 5P50HD112034-02 | Plaintiffs received a termination notice for this grant |
| 51. | 5P51OD010425-64 | Termination through non-renewal |
| 52. | 5R01AA030750-03 | Termination through non-renewal |
| 53. | 5R01AG073244-04 | Termination through non-renewal |
| 54. | 5R01AI145486-07 | Termination through non-renewal |
| 55. | 5R01AI158861-04 | Termination through non-renewal |
| 56. | 5R01AI161019-05 | Termination through non-renewal |
| 57. | 5R01DK123104-05 | Termination through non-renewal |
| 58. | 5R01DK128346-04 | Termination through non-renewal |
| 59. | 5R01DK133527-02 | Termination through non-renewal |
| 60. | 1F31CA288086-01 | Termination through non-renewal |
| 61. | 1F31HL170757-01A1 | Plaintiffs will withdraw this grant from their list. |
| 62. | 1P30AG086635-01 | Termination through non-renewal |
| 63. | 1P30AG086635-01 | Termination through non-renewal |
| 64. | 1R01AG075734-01A1 | Plaintiffs received a termination notice for this grant |
| 65. | 5R01EY021482-15 | Termination through non-renewal |
| 66. | 5R01EY031312-05 | Termination through non-renewal |
| 67. | 5R35NS122110-04 | Termination through non-renewal |
| 68. | 5T32AG000212-32 | Termination through non-renewal |
| 69. | 5T32AG049663-08 | Termination through non-renewal |
| 70. | 5U01NS120836-04 | Termination through non-renewal |
| 71. | 5U54AI170792-03 | Termination through non-renewal |
| 72. | 5UM1AI164560-04 | Termination through non-renewal |
| 73. | 1R35GM153309-02 | Plaintiffs received a termination notice for this grant |
| 74. | 5U19AI077439-18 | Plaintiffs received a termination notice for this grant |
| 75. | R25GM056637 | Plaintiffs received a termination notice for this grant program |
| 76. | 5P01AG002132-43 | Termination through non-renewal |

| No. | Entry Identification | Plaintiffs' Response |
|---|---|---|
| 77. | 5P01AI091580-14 | Plaintiffs received a termination notice for this grant |
| 78. | 5P01NS083513-10 | Termination through non-renewal |
| 79. | 5P30ES030284-05 | Termination through non-renewal |
| 80. | 5R01AI175614-03 | Plaintiffs received a termination notice for this grant |
| 81. | 5R01AR080034-04 | Plaintiffs received a termination notice for this grant |
| 82. | 5R01MD016071-05 | Plaintiffs received a termination notice for this grant |
| 83. | 5U2CDK135074-03 | Plaintiffs received a termination notice for this grant |
| 84. | K24DA042720-08 | Plaintiffs will withdraw this grant from their list. |
| 85. | 5R25GM086304-14 | Plaintiffs received a termination notice for this grant program |
| 86. | 5R01DK133645-04 | Plaintiffs received a termination notice for this grant |
| 87. | 5K99GM147825-02 | Plaintiffs received a termination notice for this grant |
| 88. | 1F31GM151860-01A1 | Plaintiffs received a termination notice for this grant program |
| 89. | T34GM136497 | Plaintiffs received a termination notice for this grant |
| 90. | K99GM145410-02 | Plaintiffs received a termination notice for this grant |
| **ENTRIES THAT DEFENDANTS CLAIM ARE NOT A GRANT, A CONTRACT, OR ANOTHER TRANSACTION (28)[3]** | | |
| 1. | 15042sc<br><br>**R56AG079510 ; subaward 15042sc** | The grant number was incorrectly recorded in the initial spreadsheet; the correct grant number is included here in **bold**. According to Plaintiffs' records, the grant was terminated as noted in Plaintiffs' initial spreadsheet. (Hereinafter, "updated grant number"). |
| 2. | 18X107CF8<br><br>**75N91019D00024, 75N91020F00008; subaward 18X107CF8** | Updated grant number |
| 3. | 71505-00 11<br><br>**GM102779-13** | Updated grant number |

---

[3] Defendants' Exhibit B to Updated Certification of Administrative Record. ECF No. 131-4.

4

| No. | Entry Identification | Plaintiffs' Response |
|---|---|---|
| 4. | 71541-00 12 **GM102779-13** | Updated grant number |
| 5. | 7F515-00 04 **GG017227** | Updated grant number |
| 6. | 7K001-00 01 **1R01MD017273-01A1** | Updated grant number |
| 7. | Award Account Not Established | Insufficient information provided |
| 8. | Award Account Not Established | Insufficient information provided |
| 9. | Award Account Not Established | Insufficient information provided |
| 10. | GG011322-01 **2R01NR016941-07** | Updated grant number |
| 11. | SUBK00023583 **5U54CA280805; subaward SUBK00023583** | Updated grant number |
| 12. | 2(GG019236-01) **1R01DA058028; subaward 2(GG019236-01)** | Updated grant number |
| 13. | 21X184F7 **75N91019D00024, 75N91020F00008; subaward 21X184F7** | Updated grant number |
| 14. | 30008154-04 **1R01HD114134-01A1** | Updated grant number |
| 15. | 41393-00 22 **GM062003-22** | Updated grant number |
| 16. | 42133-00 05 **GM137858** | Updated grant number |

5

| No. | Entry Identification | Plaintiffs' Response |
|---|---|---|
| 17. | 42135-00 04<br>5SC3GM136580-04 | Updated grant number |
| 18. | 42189-00 01<br>1RF1MH132360-01 | Updated grant number |
| 19. | 42200-00 02<br>T34 GM149490-02 | Updated grant number |
| 20. | 42201-00 02<br>T34 GM149475-02 | Updated grant number |
| 21. | 42218-00 02<br>5R36DA058819-02 | Updated grant number |
| 22. | 42239-00 01<br>1K23 MH137389-01 | Updated grant number |
| 23. | 42246-00 01<br>1R21 DA062591-01 | Updated grant number |
| 24. | 42250-00 01<br>GM156689-01 | Updated grant number |
| 25. | 42433-00 02<br>T34 GM149385-02 | Updated grant number |
| 26. | 42435-00 02<br>T34 GM149459-02 | Updated grant number |
| 27. | 42445-00 01<br>T34 GM153558-01 | Updated grant number |
| 28. | 5116689 amendment 4<br>1R01HL149778; subaward 5116689 amendment 4 | Updated grant number |

| No. | Entry Identification | Plaintiffs' Response |
|---|---|---|
| **ENTRIES THAT DEFENDANTS CLAIM ARE NOT GRANTS ISSUED BY NIH (7)[4]** | | |
| 1. | 75N93024D00018 | Plaintiffs will withdraw this grant from their list. |
| 2. | 75N94023C00001 | Plaintiffs will withdraw this grant from their list. |
| 3. | 75N95019D00031 | Plaintiffs will withdraw this grant from their list. |
| 4. | 75N95022F00001 / 75N95019D00031 | Plaintiffs will withdraw this grant from their list. |
| 5. | 75N95023Q00445 | Plaintiffs will withdraw this grant from their list. |
| 6. | 75N95024P00617 | Plaintiffs will withdraw this grant from their list. |
| 7. | 5R01HS028024-03 | Plaintiffs will withdraw this grant from their list. |

---

[4] Defendants' Exhibit C to Updated Certification of Administrative Record. ECF No. 131-5.