UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>  Defendants. | Civil Action No. 1:25-cv-10814-WGY |
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>  Defendants. | Civil Action No. 1:25-cv-10787-WGY |

**NOTICE OF PRODUCTION**

Pursuant to this Court's order, defendants have produced records to supplement the Certified Administrative Record for phase one of the above-captioned proceedings. The supplemental documents are described in the attached Designation and Certification of the Administrative Record. This new production includes various documents that may contain commercial information, but that defendants have not yet been able to review given the expedited compilation. Defendants have therefore produced them by sending a box.com link to

plaintiffs, and by delivering one paper copy of the entire production to chambers on June 13, 2025, and a second copy on June 16, 2025.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

LEAH B. FOLEY
United States Attorney

KIRK T. MANHARDT
Director

MICHAEL J. QUINN
Senior Litigation Counsel

Dated: June 13, 2025                          */s/ Thomas W. Ports, Jr.*

THOMAS W. PORTS, Jr. (Va. Bar No. 84321)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 307-1105
Email: thomas.ports@usdoj.gov

*/s/ Anuj Khetarpal*
ANUJ KHETARPAL
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3658
Anuj.Khetarpal@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Dated: June 13, 2025 | */s/ Thomas W. Ports, Jr.* <br> Thomas W. Ports, Jr. |
| | */s/ Anuj Khetarpal* <br> Anuj Khetarpal |