UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-10814-WGY |
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-10787-WGY |

**MOTION FOR A STAY OF THE COURT'S JUNE 23 PARTIAL JUDGMENT**

For the reasons stated in Defendants' Memorandum in Support, Defendants respectfully request that the Court stay pending appeal the Court's June 23, 2025, orders and partial final judgments, States Doc No. 151 and APHA Doc No. 143, or for a stay of at least 14 days so that Defendants may seek a stay pending appeal from the First Circuit.

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General

1

|  |  |
|---|---|
|  | LEAH B. FOLEY<br>United States Attorney<br><br>KIRK T. MANHARDT<br>Director<br><br>MICHAEL J. QUINN<br>Senior Litigation Counsel |
| Dated: June 23, 2025 | */s/ Thomas W. Ports, Jr.*<br>THOMAS W. PORTS, Jr. (Va. Bar No. 84321)<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division, Corporate/Financial Section<br>P.O. Box 875<br>Ben Franklin Stations<br>Washington D.C. 20044-0875<br>(202) 307-1105<br>thomas.ports@usdoj.gov<br><br>ANUJ KHETARPAL<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3658<br>anuj.khetarpal@usdoj.gov<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 23, 2025                                  */s/ Thomas W. Ports, Jr.*
                                                      Thomas W. Ports, Jr.


## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I conferred with Plaintiffs' counsel on June 23, 2025, in a good faith effort to narrow the issues. Plaintiffs' counsel indicated that Plaintiffs oppose this motion.

Dated: June 23, 2025                                  */s/ Thomas W. Ports, Jr.*
                                                      Thomas W. Ports, Jr.