**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Commonwealth of Massachusetts et al v. Kennedy, Jr. et al

District Court Number: 25cv10814-WGY

Fee: Paid? Yes ____ No ____   Government filer _X_   *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes _X_ No ____     Sealed documents     Yes ____ No _X_
*If yes, document #* 76,148,153        *If yes, document #*

*Ex parte* documents   Yes ____ No _X_   Transcripts     Yes _X_ No ____
*If yes, document #*                    *If yes, document #* 107,110,121,137

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#105 Memorandum and Order, #151 Final Judgment

Other information:

    I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#105, #151, and #152

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __152__ filed on __June 23, 2025__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __June 23, 2025__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**