UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS; et al.,<br><br>     *Plaintiffs,*<br><br> v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>     *Defendants.* | No. 1:25-cv-10814-BEM |

### SUPPLEMENTAL DECLARATION OF RYAN HUTCHINGS, PH.D.

I, Ryan Hutchings, Ph.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am employed as a Research Associate II at the California Department of Justice. I make this supplemental declaration based on my personal knowledge and in support of Plaintiffs' opposition to Defendants' motion to dismiss Plaintiffs' unreasonable delay claims.

2. I previously submitted declarations dated 14 April 2025 and 5 May 2025 which described code I developed to parse Federal Register data and visualize the cumulative number of meetings for Fiscal Year 2010 through Fiscal Year 2025. I incorporate those prior declarations here by reference.

3. Using the same methodology and code described in my previous declarations but updating to include all available data as of 20 June 2025, Figure 1 below visualizes the cumulative number of meetings scheduled to occur based on the updated output database. Consistent with my prior declarations, meetings that had been noticed before 22 January 2025 and scheduled to occur between that date and 15 March 2025 are excluded from this analysis, on

1

2

the assumption that all or nearly all were canceled. Values in Figure 1 are plotted on the day the meeting was or is scheduled to occur.

2

**Figure 1: Cumulative Scheduled Grant Related Meetings from 1 October to 30 September Fiscal Years 2010-2025 After Removing Assumed Fiscal Year 2025 Cancellations as of 20 June 2025.**



Date: Results as of June 20, 2025
Note: Values are plotted on the day of the scheduled meeting.

4. Figure 1 demonstrates that, as of 30 June 2025, the cumulative number of meetings in 2025 remains below prior Fiscal Year averages. According to my analysis, NIH has scheduled 1,644 meetings to occur by 30 June 2025 in Fiscal Year 2025 which is 79% of the Fiscal Years 2010 to 2024 average of 2,112 meetings scheduled to occur by 30 June and is also outside of the Fiscal Year 2010 to 2024 range of 1,969 to 2,314 meetings scheduled to occur by 30 June.

5. Figure 1 plots the meetings with respect to the dates when they are scheduled to occur. Therefore, the analysis beyond 5 July 2025 in the current year is necessarily incomplete, as additional meetings could still be noticed and scheduled during those time periods.[1] Another way to assess NIH grant-related meeting activity is by visualizing meetings based on the date they are published (i.e., "noticed") in the Federal Register. My previous 5 May 2025 declaration included a Figure 3, which visualized meetings with respect to when they are noticed. The figure excluded meetings noticed before 22 January 2025 and scheduled to occur between that date and 15 March 2025, on the assumption that all or nearly all were canceled. Figure 2, below, updates that analysis with data through 20 June 2025

---

[1] *See* Amended Complaint ¶ 65 (noting 15 days' notice requirement).

4

**Figure 2: Cumulative Noticed Grant Related Meetings from 1 October to 30 September Fiscal Years 2010-2025 After Removing Assumed Fiscal Year 2025 Cancellations as of 20 June 2025.**



Note: Values are plotted on the day of the published meeting notice.

6. Figure 2 confirms that NIH remains below the pace of meetings noticed in every prior Fiscal Year from 2010 to 2024. NIH published notices regarding 1,434 meetings by 20 June 2025 which is 76% of the Fiscal Years 2010 to 2024 average of 1,890 noticed meetings by 20 June as well as outside of the Fiscal Year 2010 to 2024 range of 1,725 to 2,032 noticed meetings by 20 June. Further, after an initial spike in the number of new meetings noticed in March (i.e., an average of 138 new meetings noticed per week), the pace of new meetings noticed dropped considerably (i.e., an average of 44 new meetings noticed per week in May), and does not appear to be on pace to close the gap relative to prior years.

Executed this 26 June 2025 in Sacramento, CA.

*Ryan Hutchings*
Digitally signed by Ryan Hutchings
Date: 2025.06.26 17:54:01 -07'00'

_____
RYAN HUTCHINGS