UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF
MASSACHUSETTS; et al.,

    *Plaintiffs,*

v.

ROBERT F. KENNEDY, JR., et al.,

    *Defendants.*

No. 1:25-cv-__10814-WGY__

**SUPPLEMENTAL DECLARATION OF JEREMY M. BERG, PH.D.**

I, Jeremy M. Berg, declare as follows:

**Background**

1. I am a former director of the National Institute of General Medical Sciences (NIGMS), one of the twenty-seven National Institutes of Health (NIH). I served as director of NIGMS from 2003 to 2011. The purpose of NIGMS is to support research and training of scientists across a wide range of areas, including biochemistry, cell biology, genetics, computational biology, bioinformatics, anesthesiology, wound healing, and burn and trauma research. The United States' ability to effectively treat, diagnose, manage, and ultimately cure diseases requires an understanding of their underlying mechanisms and biology. NIGMS' investments in fundamental basic research have supported 90 Nobel prizes and improvements in treatments for diseases including heart disease, cancer, neurological diseases associated with aging, sepsis, and many others. I have continued to receive and manage funding from the NIH as a researcher at a private research university in Pennsylvania.

2. As noted in my previous declarations, the NIH receives approximately 50,000 grant applications per year. NIGMS alone awards and manages more than 4,500 grants on

average and reviewed, in the past, nearly 1,000 grant applications (in addition to those reviewed by study sections at the NIH's Center for Scientific Review) received in response to NOFOs. As part of the NIH mission to advance biomedical research, all applications for completely new grants or grants up for competitive renewal submitted to the NIH in support of biomedical and behavioral research are evaluated for scientific and technical merit through the NIH peer review system. As part of the scientific review process, even if potential grantees are asked to re-submit applications, grantees receive feedback on how to align their applications with rigorous scientific and technical merit demanded by NIH.

3. Today, Congress appropriates more than $47 billion to the NIH's institutes and centers to advance biomedical research, including through grants to extramural researchers and institutions. A 80 percent of NIH's annual funding to advance biomedical research powers the thousands of principal researchers, research projects, and trainees in external organizations across the United States. This allocation of funding to external projects has been consistent across Presidential administrations and consistent with Congressional direction, dates to the beginning of the modern biomedical research system in the United States. In 2023, these grants supported 38,000 principal investigators and more than 300,000 researchers at more than 2,500 institutions across the country.

4. This means that at any given time, NIH is managing more than 59,000 grants in a year. Generally, grants are funded for at least four years; but are not fully funded all at once. An initial award in one fiscal year is followed by continuation (or non-competitive renewal) awards in subsequent years pending submission of an acceptable scientific and financial progress report. Thus, at any given point in time, about 80-85 percent of NIH's external funding is committed to existing research, support for the NIH intramural research program, or other costs such as NIH

operations. The remaining 15-20 percent is available for new grant applications and the competitive renewal of long-term research projects.

5.      This multi-year stability is important to scientific investigation, particularly to encourage researchers to pursue innovation and risk in biomedical research. Due to the nature of funding scientifically significant but innovative and sometimes risky nature of biomedical research, investigators have the flexibility to adjust their research efforts depending on ongoing discoveries or other developments in the scientific field. But the NIH's staff still review annual progress reports to assess whether or not the researcher has continued to make progress on the project appropriate for what was in their grant application.

6.      I now update my previous analyses that reflect that the NIH remains dramatically behind its typical pace of operations for this time of the fiscal year i.e. FY2025. Based on previous agency practice, including my time at NIH, the agency during this fiscal year has not been able to further the key functions such as the scientific and technical review of grant applications, the funding of new grants from such applications, and continued funding of existing grants that have made scientific progress as mandated by Congress.

**FY2025 Funding of New Grants and Continuing Grants**

7.      Using the NIH's NIH Reporter database, I am continuing to compare NIH funding of non-competitive and competitive grants in fiscal year 2025 compared to previous fiscal years.[1] Not even accounting for the terminations by NIH which purportedly total over $2 billion, my updated analysis reflects that there is another $3.71 billion in grant funding that NIH

---

[1] The NIH appears to update the database on a one to two week lag. So for example, a grant recipient that was expecting a non-competitive renewal on May 31 would typically receive a renewal and the budget for another year around June 1 based on previous agency practice. That new budget period would then be reflected in the update made by NIH to the NIH Reporter system in the first week of June.

has not allocated this year. If this rate of non-competitive renewals and new grant awards continues, NIH will not allocate all of its appropriated funding by the end of fiscal year 2025.

8. In my most recent analysis (which includes grants with budget start dates through June 1, 2025), I found that NIH had failed to make awards for $2.91 billion for non-competitive awards that do require progress reports to NIH staff, but do not undergo review by study sections or by the Advisory Councils of each NIH institute or center.[2] As illustrated in this graph, the pace of renewals or grant continuations has further slowed since the beginning of this litigation:



This clearly demonstrates that the percentage of non-competitive renewal awards made by the budget end date of the earlier award has fallen to less that 50% in grants due in May through June 1, 2025. Less than half of active grants receiving a renewal is extremely low even compared

---

[2] See 42 CFR 52.6(c)(2) ("Generally, the grant will initially be for one year and subsequent continuation awards will also be for one year at a time. A grantee must submit an application at the time and in the form and manner as the Secretary may prescribe to have support continued for each subsequent year.")

with data only from Fiscal Year 2025 where this renewal percentage prior to January 2025 is 98 to 100%.

9.  I also estimate that the amount of funds committed to competitive awards (new and competitive renewal grants) is approximately $800 million lower than expected based on fiscal year 2023 and fiscal year 2024 results over the same time period. By June 2024, NIH had awarded 6,557 competitive awards and allocated $3.01 billion in competitive awards. In fiscal year 2025, NIH has awarded only 4,567 competitive awards and allocated $2.26 billion in competitive awards.

10. The rate of committing funds for new and competitive renewal grants from January 20, 2025 through June 20, 2025 compared with the same dates in fiscal year 2024 is illustrated below:



This reveals that the rate of award issuance in fiscal year 2025 tracked that for fiscal year 2024 for the first two weeks of the Trump administration and then slowed beginning the government-wide "pause" in grant-making and has continued at a slow pace continuing to the present.

11. There are now 102 days remaining in the current fiscal year. My previous analysis compared historical rates of grant making over one-month periods from fiscal years 2015 through 2024 to the results through April 2025. To spend all or nearly all of its appropriated funds, NIH needs to significantly accelerate its grant making pace. Today, to allocate all of its appropriated funds, approximately $23.3 billion must be committed over the remaining 102 days (from the time of this writing). Examination of all 102 day periods from fiscal year 2015 through fiscal year 2024 reveals that the maximum amount (in inflation-corrected dollars) that has even been allocated over 102 days is $20.48 billion. Thus, there is literally no precedent over the past decade of NIH allocating the necessary amount of funding in the time remaining.

**NIH Agency Practice & Congressional Appropriations**

12. In my experience, NIH institutes and centers almost always commit all or nearly all of the funds appropriated by Congress. Every year, the President submits a budget to Congress. 31 U.S.C. § 1105. The budget includes documentation on how the agencies obligate via payable grants and other agreements; and documentation on how much agencies expended or outlayed funds in the previous fiscal year. 31 U.S.C. § 1105(a)(7); see also 31 U.S.C. § 1501 (a)(5). As part of that process, the director of each NIH institute and center has responsibilities tied to the NIH budget process. This includes submitting Congressional Justifications for each institute and center's budget as a part of the President's budget proposal.[3]

13. For example, when I was NIGMS director, I would work with the NIGMS budget officer to manage and report the disbursement of appropriated funds. Every year, the NIGMS

---

[3] These Congressional Justifications for each institute and center are available online. For example, the NIGMS budget justifications dating from FY2025 and back to my tenure are available at Nat'l Inst. Gen. Medical Sciences, "Congressional Justifications" https://www.nigms.nih.gov/about/budget/CJs/Pages/default/ (accessed on June 26, 2025).

budget officer would prepare an accounting of the funds disbursed by NIGMS in the previous fiscal year. That accounting would then be incorporated into the budget justification submitted by my office to the central budget office of the NIH. My understanding is that each institute and center submits a similar budget justification to NIH as part of the President's annual proposed budget.

14. Ultimately, this accounting reflected that as NIGMS director, I worked with my team to make sure that all funds were committed, down to the last dollar. As noted above and in my previous declarations, the vast majority of funds are committed by each institute and center over the course of the whole fiscal year. But during my time at NIGMS, I also recall specific discussions about committing the last $100 out of a budget of ~$2 billion, or 0.00005%.

15. As director, I also recall working with other directors and NIH leadership to identify funding opportunities and grant applications to commit every last dollar of NIGMS funds. As part of an NIH-wide program that NIGMS administered for early stage investigators, I would reach out of the other institute directors in the last month of the fiscal year to see if any institute had funds remaining to fund one or more additional early stage investigators. While some did contribute funds for one or two additional awards, most institute directors indicated that they did not have any unallocated funds available to fund even a single $1-2 million award.

16. This can be seen in the NIGMS Congressional Justifications. For example, towards the end of my tenure as director, NIGMS submitted a Congressional Justification for FY2012 with table entitled "Amounts Available for Obligation" reflecting (1) funds actually obligated in FY2010; (2) expected obligations in FY2011; and (3) a proposed budget and

expected obligations for the President's budget in FY2012. On page 4 of the Budget Justification, there were not unobligated funds at the end of FY2010.[4]

| | | | |
|---|---|---|---|
| Subtotal, adjusted budget authority | 2,050,581 | 2,050,053 | 2,102,300 |
| Unobligated balance, start of year | 0 | 0 | 0 |
| Unobligated balance, end of year | 0 | 0 | 0 |
| Subtotal, adjusted budget authority | 2,050,581 | 2,050,053 | 2,102,300 |
| Unobligated balance lapsing | (151) | 0 | 0 |
| Total obligations | 2,050,430 | 2,050,053 | 2,102,300 |

[1] Excludes the following amounts for reimbursable activities carried out by this account:
FY 2010 - $1,188    FY 2011 - $5,000    FY 2012 - $5,000

17. NIGMS has continued to submit Congressional Justifications through the present that reflect that NIGMS obligates all or nearly all of its appropriated funding by the end of the fiscal year.[5] For example, the NIGMS Congressional Justification for FY2015 shows again, an unobligated balance of $0 at the end of the year for FY2014. This lack of unobligated funds continues through the NIGMS Congressional Justification for FY2025.

| | | | |
|---|---|---|---|
| Subtotal, adjusted budget authority | $2,290,525 | $2,361,894 | $2,368,877 |
| Unobligated balance, start of year | 0 | 0 | 0 |
| Unobligated balance, end of year | 0 | 0 | 0 |
| Subtotal, adjusted budget authority | $2,290,525 | $2,361,894 | $2,368,877 |
| Unobligated balance lapsing | -204 | 0 | 0 |
| Total obligations | $2,290,322 | $2,361,894 | $2,368,877 |

18. While I have not examined all of the Congressional Justifications for all NIH institutes and centers from 2015 to 2024, I did examine a sample of Congressional Justifications each institute and center. The largest unobligated balance I located was approximately $10 M out

---

[4] NAT'L INST. GEN. MEDICAL SCIENCES, CONGRESSIONAL JUSTIFICATION FY2012, at *4 https://www.nigms.nih.gov/sites/nigms/files/migrated/cj2012.pdf
[5] NAT'L INST. GEN. MEDICAL SCIENCES, CONGRESSIONAL JUSTIFICATION FY2015, at *4 https://www.nigms.nih.gov/sites/nigms/files/migrated/cj2015.pdf

of an appropriation of $2.34 B or 0.4% for the National Institute of Mental Health. This means that absent a change in its current pace of grant-making, the NIH is currently set to leave more appropriated funds unspent in the current fiscal year by several orders of magnitude more than it has in the last decade.

Executed on this 28th day of June 2025, in Gibsonia, PA.

*[signature]*
Jeremy M. Berg, Ph.D.
Former Director (2003-2011)
National Institute of General Medical Sciences
National Institutes of Health