UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., et al.,<br><br>Defendants. | Case No. 1:25-cv-10814-BEM |

## NOTICE OF WITHDRAWAL

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please withdraw the appearance of the undersigned as an attorney for the Plaintiff, Commonwealth of Massachusetts, in the above-entitled action.

      Plaintiff,

      COMMONWEALTH OF MASSACHUSETTS,

      By its Attorneys

      ANDREA JOY CAMPBELL
      ATTORNEY GENERAL

      */s/ Chris Pappavaselio*
      Chris Pappavaselio, BBO# 713519
      Assistant Attorney General
      Office of the Attorney General
      One Ashburton Place
      Boston, MA  02108
      (617) 717-2200
      chris.pappavaselio2@mass.gov

Date: August 22, 2025

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that this document was filed through the ECF system on August 22, 2025, and will be served upon Defendants' counsel electronically.

<u>/s/ Chris Pappavaselio</u>
Chris Pappavaselio
Dated: August 22, 2025
