UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSSACHUSETTS, et al.<br><br>     *Plaintiffs*,<br><br> v.<br><br>ROBERT F. KENNEDY, JR., et al.<br><br>     *Defendants*. | No. 1:25-cv-10814-BEM |

## NOTICE OF WITHDRAWAL

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please withdraw the appearance of the undersigned as an attorney for the Plaintiff, Commonwealth of Massachusetts, in the above-entitled action.

October 16, 2025                                    Respectfully submitted.

                   PHILIP J. WEISER
                   ATTORNEY GENERAL OF COLORADO

                   */s/ Lauren Peach*
                   Lauren Peach, CO Reg. No. 49234
                   First Assistant Attorney General
                   Colorado Department of Law
                   Ralph L. Carr Judicial Center
                   1300 Broadway, 10th Floor
                   Denver, CO 80203
                   Phone: (720) 508-6156
                   Lauren.Peach@coag.gov

                   *Attorney for Plaintiff State of Colorado*