IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., *et al.*, <br><br> *Defendants.* | No. 1:25-cv-10814-WGY |

## ORDER CONCERNING REMAINING CLAIMS

Upon consideration of the parties' joint stipulation and request for relief regarding the remaining claims of this litigation ("Joint Stipulation"), pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby **ORDERED** that:

I.  Plaintiffs and Defendants shall comply with and carry out their respective obligations as set forth in Part II of the parties' Joint Stipulation.

II.  Counts 4, 5, 6, 7, and 8 of the Amended Complaint (ECF No. 75) are dismissed without prejudice. All Phase Two trial dates and/or Phase Two pretrial deadlines are hereby vacated.

III.  The Court shall retain jurisdiction to enforce the terms of this order and the parties' Joint Stipulation until such time as Defendants have considered and disposed of all identified applications as set forth in the Joint Stipulation.

/s/ William G. Young
District Judge
January 6, 2026